United States District Court
Middle District of Florida
Jacksonville Division

**WINN-DIXIE STORES, INC.,**
**& BI-LO HOLDINGS, LLC,**

    *Plaintiffs,*

v.                                        No. 3:15-cv-1143-J-39PDB

**SOUTHEAST MILK, INC., ETC.,**

    *Defendants.*

---

## Order Granting Special Admission

The plaintiffs have filed a motion under Local Rule 2.02 asking the Court to allow out-of-state counsel Patrick John Ahern, Esquire, to specially appear to represent them in this case, with Timothy Gillis, Esquire, and Nancy Johnson, Esquire, serving as local counsel. Doc. 2. Based on the information accompanying the request and Mr. Ahern's payment of the required fee, the Court grants the motion, Doc. 2; permits him to specially appear to represent the plaintiffs in this case, with Mr. Gillis and Ms. Johnson serving as local counsel; and directs Mr. Ahern to expeditiously register with the Court's electronic case filing (ECF) system. He can find the "ECF Attorney Registration Form" on the Court's website under the "Attorney Resources" tab: www.flmd.uscourts.gov/CMECF/register.cfm.

**Ordered** in Jacksonville, Florida, on October 5, 2015.

                                                  PATRICIA D. BARKSDALE
                                                *United States Magistrate Judge*

c:      Counsel of Record