BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION

IN RE: FRESH DAIRY PRODUCTS
 ANTITRUST LITIGATION
:
:    MDL NO. 2340
:

## PROOF OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of April, 2016, the original attached Plaintiffs' Motion of Defendants' for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, Memorandum and Schedule A were filed electronically with the Clerk of the Panel using the Judicial Panel on Multidistrict litigation's CM/ECF system for filing. I further certify that copies of the above- referenced document were served on all parties via email, FedEx overnight delivery or U.S. Mail as follows:

Clerk, Middle District of Florida
U.S. Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

*3:15-cv-1143*

Clerk, Southern District of Illinois
U.S. Courthouse
750 Missouri Avenue
East St. Louis, IL 62201
*3:13-cv-00454, 3:14-cv-1014, 3:15-cv-750*

John W. Barrett
Barrett Law Office – MS Holmes County
404 Court Square North
P.O. Box 987

Lexington, MS 39095
Email: dbarrett@barrettlawgroup.com

Charles F. Barrett
Neal & Harwell, PLC
One Nashville Place
150 Fourth Avenue, North, Suite 2000
Nashville, TN 37219
615-244-1713
Fax: 615-726-0573
Email: cbarrett@nealharwell.com

Michael L. Roberts
Stephanie Egner Smith
Debra Gaw Josephson
Jana K. Law
Roberts Law Firm
20 Rahling Circle
Little Rock, AR 72223
501-821-5575
Email: mikeroberts@robertslawfirm.us
Email: stephanieegner@robertslawfirm.us
Email: debrajosephson@robertslawfirm.us
Email: janalaw@robertslawfirm.us

Dianne M. Nast
Erin C. Burns
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
Fax: 215-923-9302
Email: dnast@nastlaw.com
Email: eburns@nastlaw.com

Joseph Michael Vanek
Vanek, Vickers & Masini, P.C.
55 West Monroe Street
Suite 3500
Chicago, IL 60603-5575
312-224-1502
Email: jvanek@vaneklaw.com

Michael D. Fishbein
Levin Fishbein, et al.
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697

215-591-1500
Email: mfishbein@lfsblaw.com

Linda P. Nussbaum
Nussbaum Law Group, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
212-702-7054
Email: lnussbaum@nussbaumpc.com

Counsel for Plaintiffs
*3:13-cv-00454, 3:14-cv-1014, 3:15-cv-750*

Kenneth P. Ewing
John. J. Kavanagh
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, DC 20036
202-429-3000
Email: kewing@steptoe.com
Email: jkavanagh@steptoe.com

Counsel for Defendant National Milk Producers Federation

Steven R. Kuney
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20016
202-434-5000
Email: skuney@wc.com

W. Todd Miller
Amber L. McDonald
Ishai Mooreville
Lucy S. Clippinger
Baker & Miller, PLLC
2401 Pennsylvania Ave., NW
Suite 300
Washington, DC 20037
202-663-7820
Email: tmiller@bakerandmiller.com
Email: amcdonald@bakerandmiller.com
Email: imooreville@bakerandmiller.com
Email: lclippinger@bakerandmiller.com

Carl Rowan Metz
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20016
202-434-5899
Fax: 202-434-5029
Email: cmetz@wc.com

Christopher W. Byron
Byron Carlson Petri & Kalb, LLC
411 St. Louis Street
Edwardsville, IL 62025
618-655-0600
Fax: 618-655-4004
Email: cwb@bcpklaw.com

Counsel for Defendant Dairy Farmers of America, Inc.

Nathan P. Eimer
Scott C. Solberg
Vanessa Jacobsen
Daniel J. Birk
Benjamin E. Waldin
Eimer, Stahl et al.
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
312-660-7600
Email: neimer@eimerstahl.com
Email: bwaldin@eimerstahl.com
Email: dbirk@eimerstahl.com
Email: ssolberg@eimerstahl.com
Email: vjacobsen@eimerstahl.com

John E. Galvin
Bart C. Sullivan
Fox Galvin, LLC - St. Louis
One Memorial Drive, 12th Floor
St. Louis, MO 63102
314-588-7000
Email: jgalvin@foxgalvin.com
Email: bsullivan@foxgalvin.com

Counsel for Defendant Land O' Lakes, Inc.

Edward R. Conan
Bond, Schoeneck, et al.
One Lincoln Center

Syracuse, NY 13202-1355
315-218-8313
Fax: 315-218-8100
Email: econan@bsk.com

Counsel for Defendant Dairylea Cooperative, Inc.

Diane C. Polletta
Jill M. O'Toole
Christopher J. Cahill
Eric Goldstein
Shipman & Goodwin, LLP - Stamford
300 Atlantic Street, Third Floor
Stamford, CT 06901
203-324-8100
Fax: 203-324-8199
Email: dpolletta@goodwin.com
Email: jotoole@goodwin.com
Email: ccahill@goodwin.com
Email: egoldstein@goodwin.com

Counsel for Defendant Agri-Mark, Inc.

Cindy A. Laquidara
Akerman LLP
Suite 3100
50 N. Laura Street
Jacksonville, FL 32202-3659
904-798-3700
Email: cindy.laquidara@akerman.com

Michael J. Beaudine
Latham, Shuker, Eden & Beaudine, LLP
Suite 1400
111 N Magnolia Ave
Orlando, FL 32801
407/481-5800 ext: 5815
Email: beaudine@lseblaw.com

Counsel for Defendant Southeast Milk, Inc.

/s/ Patrick J. Ahern
Ahern & Associates, PC
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

Counsel for Plaintiffs, Winn-Dixie Stores, Inc., and Bi-Lo Holdings LLC