**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Winn-Dixie Stores, Inc. and
Bi-Lo Holdings, LLC,

       Plaintiffs,

                             Case No. 3:15-cv-01143-BJD-PDB

v.

Southeast Milk, Inc., National
Milk Producers Federation, aka
Cooperatives Working Together;
Dairy Farmers of America, Inc.;
Land O'Lakes, Inc.; Dairylea
Cooperative Inc.; and Agrimark,
Inc.,

       Defendants.

                             **AMENDED COMPLAINT AND**
                             **DEMAND FOR JURY TRIAL**

_____/

Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC ("Plaintiffs") bring their Amended Complaint against Defendants Southeast Milk, Inc., National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers Of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agri-Mark, Inc. (collectively "Defendants"), and allege as follows:

## I.      NATURE OF THE CASE

1.      Cooperatives Working Together ("CWT") and its members have engaged in a continuing contract, combination and conspiracy to limit the production of raw farm milk through premature "herd retirements."  These herd retirements required participating dairy farmers to destroy all of the dairy cows in all of their herds and, beginning on April 1, 2009, agree not to reenter the dairy farming business for at least one year.  The principle purpose and effect of this contract, combination and conspiracy has been to reduce the supply of milk, eliminate competition, and significantly reduce the number of dairy farmers competing in the market in order to increase the price of raw farm milk, which included the over-order premium or price.  This then artificially inflated the price of milk[1] and other fresh milk products, including cream, half & half, yogurt, cottage cheese, cream cheese, and sour cream, purchased by retailers.

2.      Founded in July of 2003, CWT is "a voluntary, producer-funded national program developed by the National Milk Producers Federation (NMPF), to strengthen and stabilize milk prices."  This was and continues to be CWT's sole stated reason for existence.  CWT involves "dairy producers in every state," who are producing "almost 70% of the nation's milk."[2]

---

[1] This refers to fluid as opposed to dry milk.

[2] http://www.cwt.coop/about/about_whatis.html.

3. CWT's individual producer and cooperative members finance CWT's programs by paying assessments based on their productivity. As of July 07, 2010, as CWT was conducting its tenth and final herd retirement, members paid assessments of $0.10 per hundredweight (cwt) of raw farm milk produced.[3]

4. Each member of CWT, including each defendant other than NMPF/CWT, agreed to and did in fact pay these assessments so that CWT in turn could pay some members of CWT to prematurely retire (slaughter) their entire herd, and agree to refrain from milk production for a certain time – the practical effect of which is permanent retirement as demonstrated by CWT's surveys – in order to eliminate competition, significantly reduce the number of dairy farmers competing in the market, and "strengthen and stabilize" raw farm milk prices for all members of CWT. As a result, competition was eliminated, the supply of raw milk was restrained, and the over-order premium prices[4] increased to artificial, supracompetitive levels.

5. Indeed, CWT's primary activity since inception has been to increase the profitability of dairy producers through coordinated herd retirements. Through this program, dairy producers can submit bids for the price at which they will sell their herd to slaughter prematurely. CWT provides a formula through which farmers can calculate their bids essentially based on subtracting the price the farmer can recoup by selling them at auction as slaughter cows from their market value as producing dairy cows, with CWT paying the difference.[5]

---

[3] http://www.agweb.com/assets/import/files/Herd-retirement-bids-accepted-070710(1).pdf.

[4] "Over-order premium prices" or "over-order prices" refer to prices over and above the minimum prices set by applicable Federal Milk Marketing Orders.

[5] http://www.cwt.coop/calculator/index.html.

6.  In order to participate in CWT's herd retirement program, dairy producers were required to complete and execute the below "Dairy Herd Retirement Program Bid Form," which, if accepted by CWT, became a contract that was binding on the dairy producer:



Mail to: CWT Herd Retirement Program
P.O. Box 41049
Bethesda, MD 20824-1049

## 2010 DAIRY HERD RETIREMENT PROGRAM BID FORM

The undersigned milk producer ("Producer") hereby submits this "Bid for Commitment to Sell Dairy Herd" ("Bid") as part of the Cooperatives Working Together Program of the National Milk Producers Federation ("CWT").

1.  **Bid Offer.** Producer hereby offers to sell Producer's entire dairy herd, including all milking cows and dry cows, in accordance with the terms and conditions set forth in this Bid. To be considered by the CWT, a completed and signed copy of this Bid must be mailed to CWT with a postmark on or before June 25, 2010. Producer may not revoke this Bid for a period of 120 days after June 25, 2010 (the "Offer Period").

2.  **Producer Information. (Please print or type.)**

> NOTE: Consistency of milk production throughout the Production Period is a factor in bid selection. A milk company printout verifying the Producer's monthly milk marketings during the "Production Period" for each farm in which Producer holds an interest <u>must be submitted</u> with this bid form.
>
> Producer Name: _____   Phone: _____
>
> Dairy Name: _____ (if applicable)   Cell Phone _____
>
> Address: _____   E-mail_____
>
> _____
>
> Name of Producer's Cooperative Marketing Organization or Milk Company: _____
>
> Number of Cows as of **May 1, 2010**: Milking Cows_____ Dry Cows_____ Total Cows_____
>
> Total Pounds of Milk Marketed (April 1, 2009 – March 31, 2010, (the "Production Period")): _____
>
> Bid Price (per 100 pounds of Milk): $_____. _____ /cwt – not to exceed $3.75/cwt.
>
> <u>NOTE</u>: Subject to the consistency of the bidder's milk production, bids will be accepted starting with the lowest bid received. Based on the program's goals for eliminating milk production and inherent budgetary considerations, there is no assurance that bids submitted at the maximum level of $3.75/cwt will be accepted.

3.  **Producer Representations and Warranties.** Producer hereby represents and warrants to CWT that:
    (a) Producer has the full power and authority to execute and deliver this Bid and to consummate the transactions contemplated hereby, including the sale of Producer's entire dairy herd which means all of the producer's milking and dry cows and all of Producer's heifers that calve prior to CWT's farm audit (which cows and heifers are herein referred to collectively as "The Cows").
    (b) The execution and delivery of this Bid by Producer does not and will not violate the articles of incorporation, bylaws or other organizational documents applicable to Producer or any contract or other agreement to which Producer is a party.
    (c) Producer has not sold, leased, licensed, lent, exchanged or otherwise transferred any cows, other than for slaughter, after May 1, 2010.
    (d) Producer holds legal and beneficial title to The Cows.
    (e) <u>The Bid includes all of The Cows in which Producer holds an interest at any location.</u>
    (f) The Cows constitute a commercial dairy herd and are not cows that have been segregated from other cows due to lower production or illness (including, but not limited to cows in herd affected by brucellosis or tuberculosis) and including from cows in which Producer has an interest and which have been located to another farm.
    (g) Producer is a member of a farmers' cooperative association, a participant in a milk-marketing organization or an independent producer, in each case that has been a CWT member effective January 1, 2009.

4.  **Acceptance.** CWT may accept this Bid at any time during the Offer Period by having an officer execute this Bid Form in the space provided below.

7.     Pursuant to the terms of the Dairy Herd Retirement Program Bid Form, participating dairy farmers must be members of CWT (either individually or as a member of a cooperative that is in turn a member of CWT) and agreed to sell for slaughter their "entire dairy herd which means all of the producer's milking and dry cows and all of Producer's heifers that calve prior to CWT's farm audit" even those too young to produce milk. To further satisfy the participants in the conspiracy that the competing producer fully exited the business, the "entire herd" explicitly included "all of The Cows in which Producer holds an interest at any location."

8.     The payment to a retiring milk producer was calculated without regard to the number of cows slaughtered, but was focused solely on the amount of milk produced in the previous year – CWT calculated payments based on the amount of milk the retiring producer would not produce in the coming year. Indeed, CWT expressly denounced any responsibility or involvement whatsoever in the "marketing" of the cows for slaughter, and made clear that the price that the milk farmer received for slaughter of its cows had nothing to do with the payment from CWT: "[p]roducer shall be responsible for marketing The Cows and negotiating the terms of such sale with a slaughterhouse" and is "entitled to retain all proceeds from such sale." Eligibility was expressly "not conditioned on Producer receiving any minimum price or other terms for the sale of The Cows." In furtherance of "***the program's goals for eliminating milk production***" (bold and italics in original), and to ensure that the effect of the program was not simply to weed out cows that would soon be sent to slaughter absent the program, eligibility was limited to "a commercial dairy herd and … not cows that have been segregated … due to lower production."

9.     CWT then reviewed and tentatively accepted bids subject to farm visits by CWT auditors who supervised the tagging of the herds for removal. The producers were

then required to ship their cows and heifers for slaughter within 15 days after completion of the audit. CWT made payment within 30 days of receiving verification that all cows had gone to slaughter.[6]

10. As hereinafter alleged, beginning on or about April 1, 2009, persons participating in CWT's herd retirement program were not only required to tender all of their dairy animals for slaughter but they were also required to withdraw entirely from dairy farming for at least one year. Thus, beginning on or about April 1, 2009 the terms of the Dairy Herd Retirement Program Bid Form that participating farmers were required to execute provided that payment by CWT for "herd retirements" was to be made by CWT "in two installments – 90% upon verification of sale of the cows and 10% plus interest twelve months after completion of the [CWT] audit provided that neither the Producer nor the dairy facility, whether owned or leased, have been involved in the production and marketing of milk during that twelve month period." CWT made payment of the initial 90% due to the farmer within 30 days of receiving verification that all cows had gone to slaughter.[7]

11. The amount expended to fund the CWT Herd Retirement Program was enormous. In 2009, for example, CWT membership assessments generated $219 million in revenues for CWT, which spent $217 million on herd reductions.[8] Nearly the entire revenue of CWT was expended on "retiring herds" – that is, paying dairy farmers to cease competing – and thereby substantially constraining output, reducing the supply of raw milk, and eliminating dairy farmers from the market.

---

[6] http://www.cwt.coop/action/action_herd_faqs html#c.

[7] http://www.cwt.coop/action/action_herd_faqs html#c.

[8] http://www.cwt.coop/sites/default/files/pdf/CWT-Website-Financial-Report-2009.pdf.

12.     The herd retirement program can in no way be construed as pro-competitive.  Had CWT not instigated the "herd retirement program," individual dairy farmers would not have been inclined to prematurely retire their herds and effectively withdraw permanently from the production and sale of raw farm milk.  The ultimate result of the CWT Program was to restrain the growth in the number of dairy herds to levels below the number of herds had the Program not been implemented.

13.     The purpose and effect of the Defendants' herd retirement program were to reduce the supply of raw farm milk in order to increase its price, which in turn increased the price paid for milk and other fresh milk products.  Specifically, Defendants intended to and did in fact effectuate pre-production restraints on the output of milk, permanently eliminate competition in the supply of raw farm milk, significantly reduce the number of producers competing in the market for the production and sale of raw milk, reduce the supply of raw farm milk and thereby increase the over-order price of raw milk and milk products and artificially inflate the price paid for raw milk, processed or fluid milk, and other milk products.

14.     By all accounts, the herd retirement program was a huge success for CWT and its members.  CWT financed ten rounds of herd retirements from 2003 to 2010, during which CWT was responsible for removing over 500,000 cows from production, reducing the nation's milk supply by approximately 10 billion pounds.  According to studies commissioned by CWT from Dr. Scott Brown at the University of Missouri, the Herd Retirement Program resulted in a raw farm milk price increase of $0.85/cwt by 2007 and $1.75/cwt by 2010 – more than doubling the increase in the price of raw farm milk in the last three years of the program.  By the end of the program in 2010, it was responsible for a cumulative increase in milk price revenue of $9.55 billion.  Further, Dr. Brown's studies indicate that "each herd retirement round has effects that extend forward

years into the future,"[9] so that dairy farmers are still significantly profiting from previous herd retirements.[10]

15.     By manipulating the supply of raw farm milk through herd retirement, price competition has been suppressed and prices have been supported at artificially high levels throughout the United States.  As a result, Plaintiffs, direct purchasers of raw milk, processed or fluid milk, and other fresh milk products have paid supracompetitive prices for the over-order premiums and other charges above the minimum prices set by Federal Minimum Marketing Orders (FMMO).

16.     Accordingly, Plaintiffs bring this suit for violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

## II.     JURISDICTION AND VENUE

17.     This Court has jurisdiction over the instant matter pursuant 28 U.S.C. § 1331, 1337(a) and the Clayton Act, 15 U.S.C. §§15(a) and 26.

18.     Venue is appropriate in this district under 15 U.S.C. §§ 15 and 22, and 28 U.S.C. § 1391(b) and (c), because during the Relevant Period (2003 through 2013) because many of the Defendants transacted business, were found, or had agents in this district and because a substantial portion of the affected interstate trade and commerce described below has been carried out in this district.

19.     Intradistrict Assignment: Assignment to the Jacksonville division of this Court is proper because a substantial portion of the events giving rise to the claims

---

[9] http://web.archive.org/web/20080301233800/http://www.cwt.coop/impact/impact_index.html.

[10] Relatedly, CWT also instituted a Reduced Production Marketing Program by which "dairy producers bid to be compensated for reducing their milk production."  The program was discontinued in September of 2004.  CWT also operates an Export Assistance Program, which subsidizes exportation of dairy products to remove them from the U.S. market.  Since the termination of its Herd Retirement Program in 2010, CWT has focused on the Export Assistance Program to reduce supply, drive up prices, and increase producer revenues.

occurred therein.

20. This Court has personal jurisdiction over each Defendant because, inter alia, each Defendant: (a) transacted business throughout the United States, including in this district; (b) participated in the sale and distribution of milk throughout the United States, including in this district; (c) had substantial contacts with the United States, including in this district; and/or (d) was engaged in an illegal scheme and supply-reduction conspiracy that was directed at and had the intended effect of causing injury to persons residing in, located in, or doing business throughout the United States, including in this district.

21. Indeed, there are about 122,000 dairy cows in Florida that collectively produce about 2.34 billion pounds of milk a year. The total represents 272 million gallons of Florida-produced milk in the grocery store.

### III.    THE PARTIES

**A.    Plaintiffs**

22. Plaintiff Winn-Dixie Stores, Inc. is a corporation organized under the laws of the State of Florida. Its principal place of business is 5050 Edgewood Court, Jacksonville, Florida 32254. Plaintiff purchased raw milk, processed or fluid milk, and other fresh milk products during the Relevant Period and was injured as a result of Defendants' illegal conduct, by paying higher prices for over-order premiums and other charges above the minimum FMMO prices.

23. Plaintiff Bi-Lo Holdings, LLC is a limited liability company organized under the laws of the State of Delaware. Its principal place of business is 5050 Edgewood Court, Jacksonville, Florida 32254. Plaintiff purchased raw milk, processed or fluid milk, and other fresh milk products during the Relevant Period and was injured as a result of Defendants' illegal conduct, by paying higher prices for over-order premiums

and other charges above the minimum FMMO prices.

**B.     Defendants**

24.     Defendant Southeast Milk, Inc. ("SEM") is a corporation organized under the laws of the State of Florida. Its principal place of business is Belleview, Florida. SEM is and has been a contributing member of CWT. As such it has agreed to and in fact paid assessments of $0.10 per hundredweight (cwt) of milk produced to CWT in order to finance pre-production output restraints, reduce supply, eliminate competition and thereby illegally strengthen and stabilize milk prices through nationally orchestrated herd retirements. SEM has 290 member dairy farms in Florida, Georgia, Alabama and Tennessee. SEM's annual revenues are over $1 billion. SEM produces over 3 billion pounds of milk annually. SEM sold raw milk, processed or fluid milk and other fresh milk products to Winn-Dixie and Bi-Lo, during the Relevant Period.

25.     Defendant National Milk Producers Federation ("NMPF") is a trade association that was established in 1916 and is based in Arlington, Virginia. The members of NMPF's 31 cooperatives, over 40,000 dairy producers, make the majority of the nation's milk. NMPF "promote[s] the economic well-being of dairy producers and their cooperatives through coordinated industry efforts."[11] NMPF manages Cooperatives Working Together, the primary purpose of which was to effectuate pre-production output restraints with respect to raw milk, reducing supply and eliminating competition, and thereby strengthening and stabilizing raw farm milk prices through nationally orchestrated herd retirements. According to NMPF, the "dairy farmer cooperative associations of the National Milk Producers Federation (NMPF) represent two-thirds of the nation's 60,000 commercial dairy farmers."

---

[11] http://www.nmpf.org/.

26.    Defendant Cooperatives Working Together ("CWT") "is a voluntary, producer-funded national program developed by NMPF, to strengthen and stabilize milk prices."  While it is a separately funded program, CWT is organized within the existing operating structure of NMPF.  Dairy farmers in every state, producing almost 70% of the nation's milk, participate in CWT.  These producers are either members of the 35 cooperative members of CWT, or one of over 130 independent dairy farmers who are members of CWT.  The CWT Committee establishes policies and oversees CWT's programs and activities.  The CWT Committee consists of the NMPF Board of Directors, representatives from participating cooperatives that are not members of NMPF, and representatives for independent producer members of CWT.[12]  CWT's website indicates that dairy farmers in every state invest in CWT.  A major member of CWT is DFA, which has over 14,000 member dairies throughout the United States.

27.    Defendant Dairy Farmers of America, Inc. ("DFA") has its headquarters and principal place of business in Kansas City, Missouri.  It is the largest dairy farmer cooperative in the country and is a vertically integrated cooperative that not only engages in the production of raw milk, but also hauls, processes, bottles, and distributes raw milk.  DFA has over 14,000 members in 48 states responsible for over 1.8 million cows.[13]  In 2007, DFA was the 29th largest private company in the United States with $11.1 billion in revenue.[14]  DFA's Chairman of the Board, Randy Mooney, is also the Chairman of NMPF.  Twelve of DFA's executives are on NMPF's Board of Directors, which also

---

[12] http://www.cwt.coop/about/about_whatis.html; http://www.cwt.coop/cwt_faqs.html.

[13] http://www.dfamilk.com/.

[14] http://money.cnn.com/galleries/2008/fortune/0805/gallery.private_companies.fortune/29.html.

places them on the CWT Committee.  DFA is and has been a contributing member of CWT.  As such it has agreed to and in fact paid assessments of $0.10 per hundredweight (cwt) of milk produced to CWT in order to finance pre-production output restraints, reduce supply, eliminate competition and thereby illegally strengthen and stabilize milk prices through nationally orchestrated herd retirements.

28.     Defendant Land O'Lakes, Inc. is the second largest cooperative in the nation with 3,200 producer members and 1,000 member cooperatives comprised of over 300,000 producers.  Located in Arden Hills, Minnesota, Land O'Lakes handles 12 billion pounds of milk annually and does business in all 50 states.[15]  Land O'Lakes is a vertically integrated cooperative that not only engages in the production of raw milk, but also hauls, processes, bottles, and distributes raw milk.  Land O'Lakes is and has been a contributing member of CWT.  As such it has agreed to and in fact paid assessments of $0.10 per hundredweight (cwt) of milk produced to CWT in order to finance pre-production output restraints, reduce supply, eliminate competition and thereby illegally strengthen and stabilize milk prices through nationally orchestrated herd retirements.

29.     Defendant Dairylea Cooperative Inc. was founded in 1907 and is headquartered in Syracuse, New York.  It is the fifth largest U.S. dairy cooperative with over 2,000 members and selling more than 6 billion pounds of milk annually.[16]  Dairylea is and has been a contributing member of CWT.  As such it has agreed to and in fact paid assessments of $0.10 per hundredweight (cwt) of milk produced to CWT in order to finance pre-production output restraints, reduce supply, eliminate competition and thereby illegally strengthen and stabilize milk prices through nationally orchestrated herd retirements.  In 2014, Dairylea agreed to merge with DFA.

---

[15] http://www.landolakesinc.com/company/default.aspx.

[16] http://www.dairylea.com/.

30.     Defendant Agri-Mark, Inc. is located in Lawrence, Massachusetts, and markets more than 300 million gallons of milk each year for more than 1,300 producer members.[17]  Agri- Mark is and has been a contributing member of CWT.  As such it has agreed to and in fact paid assessments of $0.10 per hundredweight (cwt) of milk produced to CWT in order to finance preproduction output restraints, reduce supply, eliminate competition and thereby illegally strengthen and stabilize milk prices through nationally orchestrated herd retirements.

## C.     Unidentified Co-Conspirators

31.     Various other persons, firms, and corporations, not named as Defendants in this Complaint, have participated as co-conspirators with Defendants in the violations alleged herein, and aided, abetted and performed acts and made statements in furtherance of the conspiracy.

32.     The true names and capacities, whether individual, corporate, associate, or representative is unknown to Plaintiffs at this time.  Plaintiffs will amend this Complaint to allege the true names and capacities of additional co-conspirators as their identities become known through discovery.

33.     At all relevant times, milk producers, milk trade groups, and others, referred to herein as "co-conspirators," as well as other various persons, companies, and corporations, the identities of which are presently unknown, willingly conspired with Defendants in their unlawful restraint of trade as described herein.

34.     The acts alleged herein that were done by each of the co-conspirators were

---

[17] http://www.agrimark.net/public/ourcoop.php.

fully authorized by each of those co-conspirators, or ordered, or committed by duly authorized officers, managers, agents, employees or representatives of each co-conspirator while actively engaged in the management, direction, or control of its affairs.

## IV. FACTUAL ALLEGATIONS

**A.** **Defendants Combined to Effectuate Pre-production Output Restraints, Artificially Reduce Supply, Eliminate Competition, Significantly Reduce the Number of Dairy Producers Competing in the Market and Thereby Reduce Milk Production and Increase Prices Through Premature Herd Retirement.**

**1.** **The 2003 herd reduction reduces output.**[18]

35. On July 11, 2003, the National Milk Producers Federation announced that the "dairy industry's new voluntary, producer-funded program to strengthen farm milk prices will begin this summer, following action this week by the National Milk Producers Federation Board at their summer meeting in Washington, DC. 'Now that we've reached the critical mass needed to move forward with this innovative program, Cooperatives Working Together, we are eager to finalize specific program details and implement the plan as quickly as possible,' said Jerry Kozak, NMPF President and CEO. Participating producers will begin their investment by contributing the 5 cents per hundredweight assessment on their July milk. These contributions will be used to implement a multi-dimensional program to reduce milk supplies by 1.2 billion pounds over a 12-month period." Members of CWT were required to financially contribute to the herd retirement program. Without this mandatory assessment from a substantial number of members, such as the Defendants, CWT and its members would not have been successful in effectuating preproduction restraints, artificially limiting supply, eliminating competition

---

[18] http://www.cwt.coop/about/about_news_releases2003 html.

and thereby raising milk prices to supracompetitive levels.

36.     On July 23, 2003, NMPF announced that CWT would begin accepting farmer bids for participation in the first herd retirement.  These bids stipulate how much each producer would accept to sell every milking cow he owned or controlled, with the amount of payment being a function of the amount of milk that the farmer's herd produced the previous year (and unrelated to the number of cows being sold to slaughter). Rather than assisting to market the farmers' produce, CWT would be paying farmers not to produce anything at all.  By September 16, 2003, "2,038 bids were submitted for the herd retirement program (under which a producer will be paid for selling his/her herd of milk cows)" and "approximately 33,000 cows will be culled due to the herd retirement program … which will reduce the nation's milk output by 580 million pounds." According to CWT, the producer must agree to sell "all cows in which producer has an ownership interest, regardless of where the cows are located" even if the producer owns multiple dairies.[19]  As discussed herein, as demonstrated by CWT's survey the effect of the program was to eliminate smaller farmers from the dairy business, while increasing the profits of agribusiness giants.

37.     On October 2, 2003, NMPF explained that "[i]n order to ensure the integrity of the herd retirement process, those farms whose bids have been tentatively accepted are now being contacted by CWT field auditors shortly before the auditors visit the farms.  That process will continue until all the farms have been audited, and the herds have been tagged for removal.  To date, nearly half the 300 farms have been audited, and are now being liquidated."  By October 23, 2003, those audits were complete.  Also on October 2, 2003, Jerry Kozak, NMPF President and CEO, stated: "We've moved very

---

[19] http://www.cwt.coop/action/action_herd_faqs.html.

quickly to reduce milk supplies – which is what CWT is all about."

38.     The national scope of the herd retirements is evidenced in the following chart:[20]

## 2003 CWT Herd Retirement

|  | Region I | Region II | Region III | Region IV | Region V | Total |
|---|---|---|---|---|---|---|
| Total Bids | 350 | 338 | 707 | 360 | 283 | 2038 |
| Accepted Bids | 40 | 32 | 141 | 54 | 32 | 299 |
| Pounds of Milk | 54.6 Million | 59.1 Million | 111.6 Million | 146.6 Million | 237.3 Million | 609.2 million |
| Number of Cows | 2,848 | 3,342 | 6,463 | 8,190 | 11,881 | 32,724 |
| Average Bid | $3.86 | $4.00 | $3.94 | $4.08 | $4.20 | $4.02 |



**2.      The 2004 reduction of output.**[21]

39.     On January 20, 2004, CWT stated, "After six months of operation, the dairy industry's historic self-help program, Cooperatives Working Together, has already had a sizeable impact on dairy producer prices.  According to new analysis released by the National Milk Producers Federation, CWT will ultimately return nearly 60 cents per

---

[20] Regions I, II, III, IV, and V were renamed Northeast, Southeast, Midwest, Southwest, and West.

*See* http://www.cwt.coop/sites/default/files/pdf/past-herd-retirements-110810.pdf.

[21] http://www.cwt.coop/about/about_news_releases2004.html.

hundredweight for America's dairy farmers through this fall."

40. The first round of herd retirements was so successful at effectuating preproduction output restraints, reducing supply, eliminating competition and thereby raising milk prices that on September 13, 2004, NMPF announced a second round of herd retirement: "Starting October 1st, 2004, CWT will begin accepting bids from dairy farmers willing to sell their entire milking herds to CWT. The bidding window will be open through October, 29th, after which CWT staff will review the bids submitted. Producers who wish to bid must be paying the five cent per hundredweight CWT membership assessment, either through their cooperative, or directly. CWT also announced today that it has received a number of additional participation commitments recently, bringing the total percentage of milk production contributing to the program to 70.1% of the nation's milk supply."

41. By November 17, 2004, CWT accepted 378 bids from farmers seeking to retire their milking herds, representing approximately 51,700 cows. "Those retirements will remove 931 million pounds of milk, or 0.55% of the nation's supply, helping to stabilize farm-level prices that have been declining in recent months." As intended, this caused the over-order price of raw milk, and fluid milk and other fresh milk products, to rise above competitive levels.

42. The across-the-country impact of this program is evidenced by the following chart:

## 2004 CWT Herd Retirement

|  | Region I | Region II | Region III | Region IV | Region V | Total |
|---|---|---|---|---|---|---|
| **Total Bids** | 97 | 134 | 261 | 134 | 110 | 736 |
| **Accepted Bids** | 53 | 39 | 150 | 72 | 49 | 363 |
| **Pounds of Milk** | 68.9 Million | 62.1 Million | 141.9 Million | 284.0 Million | 351.5 Million | 908.4 million |
| **Number of Cows** | 3,871 | 4,066 | 8,479 | 16,184 | 17,878 | 50,478 |
| **Average Bid** | $5.32 | $4.76 | $5.22 | $5.47 | $5.42 | $5.24 |



**3.     The 2005 reduction in output.**[22]

43.     On March 9, 2005, Mr. Kozak stated, "With nearly two years history behind us, we can say without equivocation that CWT is having a positive impact on the lives of all dairy farmers in this country."

44.     By July 2005, "[n]early three-quarters of the nation's milk supply" was contributing to CWT. During that same time period, CWT determined that its funds would be "primarily devoted to the retirement program," and on August 10, 2005,

---

[22] http://www.cwt.coop/about/about_news_releases2005.html.

announced a third herd retirement round.

45.     CWT explained that the "first two programs reduced cow numbers by more than 83,000, representing reduced milk production equivalent to 1.6 billion pounds. Since CWT began operations in the summer of 2003, dairy prices have been at or above historical averages, preserving millions of dollars in income for dairy farmers." However, "[i]n recent months, cow numbers have climbed up, along with milk output per cow, and that combination doesn't bode well for future milk prices…. The CWT management committee, in looking at all of the economic indicators that we track, has decided that we need to proceed now to keep production from swamping demand and bringing prices down to unacceptably low levels. CWT estimates that there will be approximately 70,000 cows in this third retirement program to reach its goal of reducing future milk output by 1.9 billion pounds.'" Despite the market's inclination to naturally correct the price of milk, Defendants continued their efforts to artificially force the over-order price of milk upward by restraining the supply through additional herd retirements.

46.     "'Based on our feedback from those whose bids we have accepted previously, we know that most producers view the decision to sell their herds through CWT as a long-term commitment which results in them exiting the business permanently,' said Walt Wosje, Chief Operating Officer of CWT." According to a survey conducted by CWT, only 12% of those retiring their herds through the CWT program planned on engaging in dairy farming again. Indeed, as discussed below, in later, progressively larger herd retirement rounds, CWT sought to even further reduce the

percentage of dairy farmers reentering the market by adding the requirement that farmers retiring herds through the program not engage in any milk production for at least one year.

47.     By September 2005, membership in CWT reached 74% of the nation's milk supply, with nearly 50 dairy cooperatives and more than 300 individual farmers. CWT reiterated that since it "started operations in July 2003, farm-level milk prices have been consistently above historic averages."  In other words, CWT had been successful in artificially raising the over-order price of milk.

48.     To obstruct the market's inclination to return to competitively priced milk, Defendants continued their herd retirements to intentionally restrain supply, eliminate competition, and thereby inflate over-order milk prices.  On September 28, 2005, CWT announced "that it has tentatively accepted 448 bids from farmers to retire their milking herds.  There will be approximately 66,000 cows removed, thereby eliminating 1.2 billion pounds of milk, or 0.7% of the nation's annual supply."

49.     On December 5, 2005, Mr. Kozak explained that "[c]ow numbers and production per cow were both on the rise.  Experience tells us that can be a formula for dramatic milk price drops.  That's why we initiated this most recent herd retirement ….  We are pleased with the size program we were able to execute.  This is our biggest retirement to date."

**4.     In 2006 CWT boasts of the price effects of its first three rounds of reductions.**[23]

50.     On September 26, 2006, CWT announced that an "independent economic analysis of the impact of Cooperatives Working Together has found that the historic dairy self-help program has raised farmers' prices by at least 40 cents per hundredweight since it began operations in 2003. The analysis was performed by Dr. Scott Brown of the University of Missouri, a nationally known farm policy expert who is often called on by the U.S. Congress to assess agricultural economic issues. Brown examined the impact of CWT's three herd retirements, plus its ongoing export assistance program, while also taking into consideration other factors affecting the dairy supply in 2003-2006, such as the relative shortage of Canadian dairy replacements. His analysis showed that CWT alone was responsible for a minimum 40 cent average increase in prices from 2004-06, apart from the other factors affecting the market."

51.     Dr. Brown stated, "At the start of CWT, I was skeptical about the long-term effects that CWT would have on dairy farmers' prices, but the evidence is clear that this program has raised the price that all farmers have received since it first began removing cows at the end of 2003." According to his evaluation, the "cumulative impact of CWT from the start of 2004 through the first half of 2006 is $1.97 billion in additional producer revenue," as "the milk price impact has grown with each herd retirement program" and with the "normal attrition of cows in a herd [being] taken into

---

[23] http://www.cwt.coop/about/about_news_releases2006.html.

consideration in determining the effect on milk production in the years following a herd removal." Mr. Kozak concluded that even though CWT has "seen both rising and falling prices since 2003, there is no question that prices overall are better because of CWT." As Dr. Brown's study indicated, without the anticompetitive conspiracy orchestrated and funded by Defendants, the over-order price of raw milk, and fluid milk and other fresh milk products, would have been lower.

**5.     The 2007 reduction in output.**[24]

52.     On February 6, 2007, CWT announced a fourth herd retirement, because, according to Mr. Kozak, "[a]ll of the economic indicators and benchmarks that we monitor in order to guide CWT's decisions show that now is the appropriate time for us to initiate this herd retirement program." Yet again, just as the market was naturally correcting the price of milk, Defendants took anti-competitive measures and instituted another supply restraint through a fourth herd retirement.

53.     On March 15, 2007, CWT announced that it was "tentatively accepting 343 bids from 39 states, representing 54,000 cows which produced 1.03 billion pounds of milk" in the previous year. CWT explained the logistics: "Beginning the week of March 19th, CWT auditors will begin visiting those farms to check their milk production records, inspect the herds, and tag each of the cows for slaughter."

54.     CWT further explained that this retirement "will remove more than one billion pounds of milk, or 0.6% of the nation's dairy supply, in an effort to help strengthen and stabilize farm-level milk prices. USDA projects a 2.3 billion pound

---

[24] http://www.cwt.coop/about/about_news_releases2007.html.

increase in milk production for 2007 and this action by CWT effectively reduces that projection by 45 percent." By June 6, 2007, the fourth round was complete. Defendants had yet again effectively blocked the natural downward shift in milk prices.

55. Knowing that the price of milk would eventually decline again, and recognizing that the herd retirements were very effective at eliminating competition and artificially inflating the price of milk, Defendants committed to sticking with the program. In September 2007, "Kozak said that even with the record high farm prices of this summer, 'producers recognize that we will need CWT in the future to help stabilize prices. The track record of the past four years shows what we can accomplish with this unique program when our industry works together.'"

56. On September 20, 2007, CWT released the results of further economic analysis by Dr. Brown. He evaluated the impact of CWT's 2007 herd retirement, and its export assistance program activities during the first half of 2007, in addition to reviewing the effects of CWT's past activities. Dr. Brown's analysis showed that CWT's programs helped raise farm-level milk prices by 75 cents per hundredweight this year, up from 67 cents in 2006, 42 cents in 2005, 18 cents in 2004, and 5 cents in the brief time it operated in 2003.

57. Dr. Brown stated, "CWT has had a growing influence on the financial returns of dairy farmers. My economic models account for the variety of supply and demand factors affecting prices, including the fact that in response to CWT, some producers have added cows and produced more milk." He continued, "[w]hen you separate out all the other factors affecting milk production, the fact remains that CWT has

boosted the milk check of each farmer by 75 cents per hundredweight this year." According to his assessment, U.S. dairy cow numbers were a net 66,000 head fewer than they would have been without CWT's ongoing activities. While purportedly increasing the "check of each farmer," Defendants had – even as early as 2007 – prior to the most aggressive rounds of herd retirements – eliminated over one thousand four hundred dairy farmers from the market and caused Plaintiffs to pay higher prices for raw milk, processed or fluid milk, and other fresh milk products.

### 6. The two rounds of reductions in 2008 – time to trim output and raise prices.[25]

58. In June 2008, the CWT Committee endorsed a continuation of the program, at the membership assessment level of 10 cents per hundredweight, through calendar year 2009.

59. On June 3, 2008, CWT announced its fifth herd retirement. Mr. Kozak explained, "All of the economic indicators and benchmarks that guide CWT's decisions, including farmers' cost of production, show that now is the appropriate time for us to initiate this herd retirement." In a 2008 newsletter, CWT explained that "[d]airy farmers need to remember that CWT is a national program. Therefore, the benchmarks it monitors must be national benchmarks. Some regions of the country may be squeezed before other regions, but overall the benchmarks will tell CWT when to execute a herd retirement so to strengthen and stabilize dairy farmer milk prices.[26]

---

[25] http://www.cwt.coop/about/about_news_releases2008.html.

[26] http://www.cwt.coop/about/about_newsletters2008.html.

60. By September 15, 2008, CWT completed the farm audits of its fifth herd retirement round, resulting in the removal of 24,860 cows representing 436 million pounds of milk.

61. This prompted another economic analysis from Dr. Brown, who noted that his economic models account for the variety of supply and demand factors affecting farm-level milk prices, including the fact that in response to CWT, some producers have added cows and produced more milk. He concluded, "When you separate out all the other factors affecting milk production, the fact remains that CWT has boosted the milk check of each farmer by 71 cents per hundredweight this year."

62. In 2008, the prices of milk were on a downward trend, and the Defendants took additional, aggressive action to reduce output, eliminate competition, and to control and increase over-order prices. On October 24, 2008, CWT announced its sixth herd retirement. "As farm-level milk prices drop to their lowest level in 18 months, CWT officials said it was time the program offered its members another opportunity to retire their herds to trim overall national milk production, and strengthen prices going into 2009." Farmers in 40 states submitted a total of 471 herd retirement bids in late November to CWT.

63. By December 10, 2008, CWT had accepted 184 bids in its second 2008 herd retirement, and by February 2009, CWT had eliminated another 61,078 cows, 186 dairy farms, and 1.2 billion pounds of raw farm milk from the market. The success of this second 2008 herd retirement proved that CWT's aggressive action would enable

Defendants to continue to artificially inflate the price of raw milk, fluid milk and other fresh milk products, the over-order price of which had been artificially enhanced through output restraints and elimination of competition effectuated by Defendants' concerted action.

64.    As with each of CWT's herd retirements, this one impacted all regions of the U.S.

## 2008-2 Herd Retirement Results

| Region | Total Cows | Total Milk (Million lbs.) | Dairies | Bred Heifers | Bid Price per cwt. |
|---|---|---|---|---|---|
| Northeast | 2,295 | 43.7 | 22 | 25 | $6.47 |
| Southeast | 3,750 | 65.4 | 28 | 58 | $6.48 |

## 2nd 2008 Herd Retirement

- Announced October 24th
  - Press Release and news conference
  - E-mail and mailing to cooperative members
  - Mailing to individual producer members
  - Postcard announcement to all producers
- Must be CWT Member as of January 2008
- Bred Heifer Option included
- All forms and information on website, www.cwt.coop



65.     The unlawful agreement and conspiracy among Defendants is evidenced by the presentation made by NMPF's COO at an October 29, 2008 "Town Hall Meeting" where he explained the logistics and benefits of the retirement program before concluding that "continued operation of the CWT program is essential for producers to continue to receive benefits from the program":

## 2nd 2008 Herd Retirement Timeline

✓ October 24, 2008 > Bid process opens
✓ November 24, 2008 > Postmark deadline for submitting bids
✓ Nov. 25 – Dec. 5, 2008 > Independent audit firm bid analysis
✓ December 8-10, 2008 > Bids reviewed, final selection by CWT staff
✓ December 15, 2008 > Farm audits begin
✓ January 12, 2009 > All bidders receive notification



**7.      The three rounds of herd reductions in 2009 methodically reduced supply, eliminated competition and thereby raised prices.**[27]

66.      On February 11, 2009, CWT's members approved a change in program policy that required all members whose bids were accepted in future herd retirement programs to agree to cease dairy production for one year.

67.      By February 17, 2009, CWT completed the farm audits of its sixth herd retirement round, removing 50,630 cows that produced almost one billion pounds of raw farm milk.

68.      On April 1, 2009, CWT announced its seventh herd retirement.  Mr. Kozak stated, "We all recognize that 2009 is shaping up to be among the toughest years on record for dairy farmers, but CWT will help shorten the price plunge farmers are facing, and speed the recovery."  This would be another opportunity for Defendants to block the downward trend of milk prices by restraining supply, significantly reducing the number of dairy producers competing in the market and otherwise eliminating competition.

69.      By May 13, 2009, CWT had accepted 388 bids representing 102,898 cows and 2 billion pounds of farm milk production capacity, representing the largest single herd retirement carried out in the six-year history of CWT.  Mr. Kozak explained, "Those that took advantage of CWT's offer to retire their herds will aid others still wanting to farm by reducing the amount of milk coming to market and strengthening prices going

---

[27] http://www.cwt.coop/about/about_news_releases2009.html.

forward."

70. By July 2, 2009, CWT completed the farm audits of its seventh herd retirement round, removing 367 herds in 41 states, comprised of nearly 101,000 cows that produced 1.96 billion pounds of farm milk. "The national dairy herd will be noticeably smaller this summer as a result of CWT," said Jim Tillison, Chief Operating Officer of CWT.

71. On July 10, 2009, CWT announced that it would conduct its eighth herd retirement. "Carrying out a second herd retirement right on the heels of the largest-ever herd retirement should give us a double-barreled attack on milk production in a very short period of time, resulting in a farm level price recovery several months sooner than would otherwise occur," Kozak said.

72. By September 24, 2009, CWT finished the farm audits for its eighth herd retirement, removing 74,114 cows that produced 1.5 billion pounds of farm milk.

73. On October 1, 2009, CWT announced its ninth herd retirement. "This third herd retirement of 2009, along with a stabilizing global economy, should further accelerate the recovery in dairy farmers' prices," said Mr. Kozak.

74. Defendants continued to conspire to significantly reduce the supply of milk, significantly reduce the number of dairy farmers competing in the market, eliminate competition and thereby hike over-order prices to a supracompetitive level despite an economic downturn. By October 27, 2009, CWT accepted 154 bids in the fourth herd retirement it had conducted in the last 12 months, representing 26,412 cows and 517 million pounds of farm milk. "Coming into 2009, CWT's economists estimated that we

would need to remove between five and six billion pounds of milk, the production of approximately 250,000 cows, through herd retirements," said Mr. Kozak. "We are pleased that the participation in this third herd retirement of 2009 has brought us to our goal of aligning supply with demand, and hastening the recovery of farm-level milk prices that plunged because of the global recession." Said Mr. Kozak, "We felt it was important to help milk prices continue to strengthen by conducting another herd retirement as soon as we completed farms audits for the previous round."

75.     In November 2009, Dr. Brown provided another economic evaluation of CWT's herd retirement program. His "analysis showed that the combined effect of CWT's cow-removal programs, as well as its export assistance program, helped raise farm-level milk prices by $1.54 per hundredweight this year, and added $2.4 billion to farm-level milk receipts in a year when dairy income is expected to shrink by more than $10 billion because of the global recession." He explained that his economic model "allows for the effects of the CWT to be separated from everything else that has occurred in the industry during the operation of CWT."[28]

76.     This chart shows the impact of CWT's three 2009 herd retirements on prices:

---

[28] http://www.cwt.coop/sites/default/files/pdf/ScottBrownCWTNovember2009.pdf.



*December 2009 All Milk price is an estimate.

CWT explains that these herd retirements were "made possible by the financial commitment of tens of thousands of dairy farmers" who "have in just a matter of months moved milk prices for all producers back to where they were a year ago."[29]

77.    According to the analysis of Dr. Brown, milk prices in 2009 "would have averaged $1.66 less had the CWT program not been in business - actively removing cows and, thus, reducing milk production in a timely manner."[30]

78.    Moreover, the only way in which the herd retirement program could be effective was with the organized conspiracy of the Defendant members of CWT; individual producers could not effectuate the intended raw milk reduction alone.  "67%

_____

[29] http://www.cwt.coop/sites/default/files/newsletters/CWTNewsDecember2009.pdf.

[30] http://www.cwt.coop/sites/default/files/newsletters/CWTNewsJune2010.pdf.

represents the <u>minimum</u> level of participation [of milk cooperatives and producers in the U.S.] CWT needed to reach. However, to maximize the effectiveness of CWT's programs in 2009 and 2010 that number needs to grow." (Emphasis in original.) In 2009, "CWT reached that goal, thanks to the 35 dairy cooperatives and nearly 400 individual dairy farmers making the investment that gives CWT the resources necessary to achieve its milk reduction goals." Without the investment" of the $0.10 per hundredweight (cwt) of raw milk produced by each Defendant member of CWT and the agreement to use that funding for herd retirements to restrain the supply of raw milk produced, Defendants would not have been able to accomplish their goal to "strengthen and stabilize milk prices."[31]

**8.      The 2010 herd reduction again boosts prices above the free market.**[32]

79.      On May 27, 2010, CWT announced its tenth herd retirement. Said Mr. Kozak, "It is our belief that a herd retirement at this time will add to the positive momentum already building and should result in speeding up the milk price recovery already in progress."

80.      By July 7, 2010, CWT accepted 194 bids on what would be its last herd retirement, representing 34,442 cows and 653,893,409 pounds of farm milk.

---

[31] http://www.cwt.coop/about/about_whatis.html.

[32] http://www.cwt.coop/about/about_news_releases2010.html.

81.     In total, CWT was responsible for removing 506,921 cows from production and for eliminating 2,802 dairy farms from the market, resulting in the removal of 9.672 billion pounds of farm milk as summarized in the following chart.[33]

## Summary of Herd Retirements

| Herd Retirement | Farms Accepted | Cows Removed | Pounds of Milk Removed (billion lbs.) | Average Herd Size |
|---|---|---|---|---|
| 2003 | 299 | 32,724 | 0.609 | 109 |
| 2004 | 363 | 50,478 | 0.903 | 139 |
| 2005 | 442 | 64,069 | 1.174 | 145 |
| 2007 | 333 | 52,783 | 1.001 | 159 |
| 2008-1 | 201 | 24,585 | 0.432 | 122 |
| 2008-2 | 186 | 50,630 | 0.976 | 272 |
| 2009-1 | 367 | 101,040 | 1.960 | 275 |
| 2009-2 | 274 | 74,113 | 1.523 | 270 |
| 2009-3 | 150 | 25,340 | 0.505 | 169 |
| 2010 | 187 | 31,159 | 0.584 | 167 |
| Total | 2,802 | 506,921 | 9.672 | 181 |

cwt Cooperatives Working Together

Moreover, the chart indicates that some of the 2,802 dairy farms that were eliminated were smaller farms, because the average retired herd size was 181 (and larger U.S. dairy farms can have up to 5,000 cows or more).

82.     On October 26, 2010, CWT voted to focus the program exclusively on building export markets and no longer fund herd retirement. The refocused program was to be funded at two instead of ten cents per hundredweight. Mr. Kozak claimed that the herd retirement program "has reached a point of diminishing returns, where there were a

---

[33] http://www.cwt.coop/sites/default/files/pdf/past-herd-retirements-110810.pdf.

declining number of member farms that were expecting to use CWT as a means to liquidate their herds."

83. In a June 8, 2011, press release, NMPF noted that the CWT program no longer funds herd retirements or cow removals, and will focus exclusively on assisting member organizations with dairy exports, assuming it could obtain commitment by mid-November of a 70% membership participation level.[34]

**B.    Defendants' Conspiracy Raises Milk Prices Throughout the Class Period**

84. As a direct result of the Defendants' and co-conspirators' reduction in output of farm milk and the elimination of thousands of competitors from the market, over-order milk prices throughout the Relevant Period were supracompetitively higher than they would have been in competition.

85. In a 2008 report, Dr. Brown illustrated the effect of herd retirement on "U.S. Dairy Cows" in an analysis that "allows for the effects of the CWT to be separated from everything else that has occurred in the industry during the operation of the CWT program":

---

[34] http://www.cwt.coop/about/about_news_releases.html.



86. Dr. Brown then summarized the effect of CWT's program, funded by Defendants, on increasing the "US All Milk Price":

## Effect of the CWT Program on the US All Milk Price *

| Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 * |
|---|---|---|---|---|---|---|
| US All Milk Price | $12.55 | $16.13 | $15.19 | $12.90 | $19.13 | $19.08 |
| CWT Herd Retirement Impact | $0.05 | $0.16 | $0.44 | $0.55 | $0.62 | $0.57 |
| CWT Export Assistance Impact | NA | $0.01 | $0.01 | $0.09 | $0.16 | $0.14 |
| TOTAL CWT Impact | $0.05 | $0.17 | $0.45 | $0.64 | $0.77 | $0.71 |

87.     Dr. Brown concluded his 2008 report by describing the success of the CWT program, funded by Defendants:



88.     In Dr. Brown's January 2011 Report, entitled "The Economic Effects of the CWT Program," he analyzed the cumulative effect of the ten herd retirements.[35]

89.     Again, his analysis "allowed for the effects of the CWT to be separated from everything else that has occurred in the industry during the operation of the CWT program."[36]

---

[35] http://www.cwt.coop/sites/default/files/pdf/Economic-Effects-of -CWT-January-2011.pdf.

[36] 2008 CWT Town Hall Meeting Presentation.

90.     First, Dr. Brown analyzed the impact CWT's herd retirements have had on farm milk prices each year since its inception.  CWT states, "The beauty of CWT herd retirements is that the impact of each herd retirement lasts several years.  Each herd retirement completed builds on and adds to those that have been carried out before."



91.     In the above chart, each color represents the effect of a herd retirement on farm milk prices.  There were ten rounds of herd retirements and so ten colors in the chart.  The blue represents the effects of the first herd retirement, which occurred in 2003 and affected prices in 2004 through 2006.  The red represents the effects of the second herd retirement, which occurred in 2004 and affected prices in 2004 through 2007.  The green represents the effects of the third herd retirement, which occurred in 2005 and affected prices in 2005 through 2008, and so on.  Thus, the later herd retirements are

likely still to be affecting prices through to the present, especially after the addition - in advance of the four record-breaking 2009 herd reduction - of the policy restraining farmers from reentering the dairy farming business for at least one year after they accepted a CWT payment in exchange for retiring their entire herd.

92.    The chart also shows that the total increase in farm milk price in 2004 due to herd retirement was $0.20 per cwt.   The cumulative continuing impact of the subsequent herd retirement rounds was $0.50 per cwt in 2005; $0.60 per cwt in 2006; $0.86 per cwt in 2007; $0.78 per cwt in 2008; $1.61 per cwt in 2009; and $1.75 per cwt in 2010.

93.    Another chart from Dr. Brown's analysis shows the cumulative impact on producer revenue that the ten herd retirements have had:



94.     This chart shows that as of 2010, CWT's restraints on milk production in the form of premature herd retirements had increased cumulative farm milk price revenues by over $9 billion.

95.     Moreover, CWT's impact on farm milk prices affects retail milk prices, as "[r]etail prices roughly track farm prices."[37]    Jim Dunn, Professor of Agricultural Economics at Pennsylvania State University, explains that "retail prices do fall with farm prices, as well as rise."[38]   In his July 2011 report entitled "Dairy Outlook," he graphs the direct relationship between farm and retail milk prices:"[39]



---

[37] http://www.modbee.com/2010/10/23/1396934/got-retail-milk-price-basics.html.

[38] http://www.agweb.com/news/news.aspx?ArticleId=305612.

[39] http://dairyoutlook.aers.psu.edu/reports/DairyOutlookjul11.pdf.

96.     From the above chart, it is plain to see that retail milk prices closely follow farm milk prices over time. Thus, by manipulating the supply of farm milk through herd retirement, price competition has been suppressed and, as a result, direct purchasers of raw milk, processed or fluid milk, and fresh milk products have paid supracompetitive prices for over-order premiums and other charges above the minimum FMMO prices. Milk demand is highly price inelastic. Therefore a decrease in raw milk supply can cause - and as shown by Dr. Brown's analysis, has caused - a substantial increase in price due to a lack of suitable alternatives. Because milk demand is inelastic, prices rose and revenues were higher for remaining producers as a result of the herd retirement program.

97.     Jerry Kozak, President and CEO of NMPF, recognized in an August 2004 newsletter that CWT's supply-reducing measures at the farm milk level had an almost immediate effect on retail prices. CWT's own newsletter included the following chart, which shows that average retail prices tracked average raw milk prices:[40]



98.     Prices have been supported at artificially high levels throughout the United States.  The minimum pricing of nearly all of the farm milk produced in the United States is regulated by milk marketing orders.  Currently ten federal milk marketing orders (FMMOs) regulate the sale of 70 percent of all milk produced in the country.  However, prices of raw farm milk over such minimums - called "over-order" prices - are not subjected to such regulation.

99.     The federal milk marketing orders set the minimum prices that processors must pay for Grade A milk according to its end-use.  "Each month, federal orders set the minimum prices for milk used in cheese, and milk used in butter and dry milk according to formulae that take into account the wholesale prices of these products.  The minimum price for milk used in fluid products (Class I) in each order is set as a fixed differential over the manufacturing-use minimum prices."[41]

100.    These orders protect farmers from too-rapidly falling prices by setting a minimum price that processors must pay for raw farm milk.  However, the orders set no maximum; market forces, such as reductions in supply, can and do increase the price of raw farm milk well above the floor set forth in the federal milk marketing order.  The "over-order" price of milk is unregulated and determined solely by market forces, without regard to any federal milk pricing regulation.  To be clear, the artificially inflated over-order prices received by Defendants were never approved by the USDA.

---

[41] http://aic.ucdavis.edu/research1/DairyEncyclopedia_policy.pdf.

101.     Thus, the farm milk price and all milk price used throughout this Complaint do not refer to the regulated minimum price but the over-order milk price actually received by Defendants.  Indeed, the all milk price referenced in Dr. Brown's reports will typically be higher than the milk marketing order due to the over-order premium.[42]

102.     The CWT herd retirement program reduced the supply and thereby raised the over-order price of raw farm milk, thus raising the price of the key input into a broad range of dairy products.  The reduced supply and higher over-order prices of raw farm milk resulted in higher wholesale and retail prices of milk and other fresh milk products, which harmed direct purchasers of those products, such as Plaintiffs, which paid higher prices for dairy products than they would have paid had CWT not enacted its herd retirement program.

## C.     Defendants Are Not Entitled to the Limited Protections of the Capper-Volstead Act

103.     CWT blatantly restricted farm milk production to increase farm milk prices because it purported to enjoy antitrust immunity under the Capper-Volstead Act. According to its website, "CWT is, in effect, a federation of cooperatives and producers formed in accordance with the Capper-Volstead Act and acting in association for the specific purpose of achieving strong and stable milk prices."[43]

---

[42] See Andrew M. Novakovic, Changes in the Farm Price of Milk Over the Last 100 Years, Cornell Program on Dairy Markets & Policy, Brfg. Paper Number 09-1, at 2 (Aug. 2009).

[43] http://www.cwt.coop/cwt_faqs.html.

104.     But the activities by CWT and its members to restrain the supply of farm milk are outside of the protections of the Capper-Volstead Act.  The plain language of the Capper Volstead Act does not provide immunity for production restraints.  Indeed, as NMPF, established in 1916, and CWT must be well aware, the Department of Justice, Federal Trade Commission, and United States Department of Agriculture have long interpreted Capper-Volstead not to apply to production restraints.  The USDA has recognized in various published documents that it is illegal for cooperatives to restrain members' production.  Cooperatives were developed to assist producers in marketing the available supply of agricultural products, not to limit supply.  Congress did not grant the cooperatives the power to restrict supply.  The herd retirements orchestrated by CWT and its members went beyond merely setting the price for raw milk, but instead sought to restrain the supply of raw milk, eliminate competition and thereby artificially inflate the over-order prices of raw milk.  CWT, and its members, therefore, are not entitled to the protections of the Capper- Volstead Act.

105.     In addition, the activities of CWT and its members, including Defendants, as described herein, were anticompetitive and predatory.  CWT performed no activities that promoted market efficiency and had no legitimate business justification for its existence.  CWT did not collectively process, prepare for market, handle, or market any of the products of its members as required by the Capper Volstead Act.  As described herein, Defendants' collusive plan to orchestrate premature herd retirements and eliminate competing producers from the market was predatory and not protected under the Capper Volstead Act.  Among the over twenty eight hundred (2,800) dairy farms

removed from the market are those who explain they had intended to reenter the dairy business but were prevented from doing so after participating in the CWT herd retirement program:

> [M]y co-op convinced me to go in the 'buyout' last summer promising me we could start milking our young fresh heifers when they first calf. But they denied me the ability to restart stating they had too much production. Now we will probably lose our farm because they will not take the milk and they have purchased all the competing creamer[ie]s in our area. I needlessly slaughter[ed] my families' life work. They seem to favor the big 'sweat shop' dairies in favor of us small guys. By the way my Bank took all the proceeds from the slaughter and the CWT money, we were left with nothing but an empty dairy.

Thus, not only did CWT and its members orchestrate the removal of over 2,800 dairy farms from the market, but they also intended to and did in fact prevent dairy farmers who wanted to reenter the dairy farming business from doing so, in order to reduce supply, eliminate competition, and drive up over-order raw farm milk prices.

106. Moreover, the limited protections of Capper-Volstead are not even available unless the organization engaging in the coordinated efforts is exclusively made up of protected entities. The exemption afforded by the Capper Volstead Act extends specifically to "farmers [and] dairymen" not to large, vertically integrated processors which are also engaged in production, such as Defendants Dairy Farmers of America and Land O'Lakes. Accordingly, CWT and its members do not enjoy the limited immunities of Capper-Volstead and neither does NMPF for having created and conspired with a non-exempt entity.

107. Further, Capper-Volstead requires that protected cooperatives be "operated for the mutual benefit of the members thereof," and limits the immunity

provided by the Act to cooperatives that afford equal corporate suffrage rights to its members, providing "that no member of the association is allowed more than one vote because of the amount of stock or membership capital he may own therein." NMPF, which contains numerous cooperatives that are not members of CWT, retains ultimate authority over CWT operations. Per its bylaws, CWT is subject to the general supervision and direction of the NMPF, and NMPF has retained the power to amend CWT's bylaws, which are part of NMPF's bylaws. Moreover, CWT's organizational structure vests automatic, ex officio representation on the CWT committee with NMPF's Board of Directors, who are not all CWT members.[44] These circumstances defeat the equality of corporate suffrage that members of CWT are entitled to, effectively defeating the one-member-one-vote condition of Capper Volstead immunity. Moreover, the fact that such non-members have influence over the direction of CWT, without paying dues and while benefitting from the herd retirements' industrywide effect, puts the conduct of the Defendants outside of the immunity afforded by the statute. Per CWT bylaws, there are at least eight policy-setting CWT Committee members who represent dairy cooperatives that are not themselves members of CWT, but still materially benefit from

---

[44] http://www.cwt.coop/sites/default/files /pdf/cwt_by_laws.pdf. In particular, seven out of forty NMPF Board of Directors members and one out of seven NMPF Officers are not affiliated with a CWT member cooperative. The seven directors from non-CWT organizations are: (1) Steve Schlangen, Associated Milk Producers Inc.; (2) Ed Welch, Associated Milk Producers Inc.; (3) Tim den Dulk, Continental Dairy Products, Inc.; (4) Randy Geiger, Manitowoc Milk Producers Coop.; (5) Albert Knegendorf, Ellsworth Cooperative Creamery; (6) Dennis Donahue, Manitowoc Milk Producers Coop.; and (7) Brad Bouma, Select Milk Producers. The officer from a non-CWT organization is Assistant Treasurer Mike McCloskey, Select Milk Producers, Inc. http//www.nmpf.org/about-nmpf/board-of-directors.

CWT policies despite not paying dues. This conflict of interest makes plain that CWT is not operated for the mutual benefit of its members but for the benefit of interested and involved non-members as well. Thus, CWT does not qualify as a Capper-Volstead entity.

108. For all of the above reasons, the Capper Volstead's limited protection from antitrust liability does not apply to Defendants.

## V.     FRAUDULENT CONCEALMENT ALLEGATIONS

109. Throughout the Relevant Period, Defendants and their co-conspirators engaged in a successful and illegal price-fixing and supply control conspiracy that was self-concealing. In addition, Defendants effectively, affirmatively and fraudulently concealed their unlawful combination, conspiracy, and acts in furtherance thereof from Plaintiffs. Defendants effectuated their concealment by, among other things, falsely claiming that their activities were cloaked under the protection of the Capper-Volstead Act.

110. Specifically, Defendants took the following steps to conceal their conspiracy.

111. In communications concerning milk and milk product prices throughout the Relevant Period with Plaintiffs, Defendant Southeast Milk attributed price increases to various cost and other putatively legitimate factors, such as increases in the cost of feed, and inhospitable weather, and never revealed to Plaintiffs the material fact that prices were increased above competitive levels due the Herd Retirement Program. Southeast Milk knew or should have known that the intended purpose and actual effect of

the Program to raise prices above competitive levels should have been disclosed to Plaintiffs, independently and when the topic of prices arose in dealings with Plaintiffs. Southeast Milk also knew that it could induce Plaintiffs to forego taking action to protect their interests and prevent or recover their losses by concealing from them the intended purpose and actual effect of Program to raise prices above competitive levels, and communicating other plausible, yet false, reasons for the price increases to Plaintiffs. Moreover, when it was communicating with Plaintiffs about prices or price increases, Southeast Milk had a duty to disclose to Plaintiffs the Herd Retirement Program and the fact that its intended and actual purpose was to reduce the number of dairy cows and increase prices above competitive levels. That duty was created, inter alia, by the Supply Agreements in force between Plaintiffs and Southeast Milk from at least May 2006 through 2013, including without limitation the obligation on behalf of Southeast Milk to conduct itself ethically, and also its representation in the Agreements that it would conduct itself in compliance with all laws, as well as the duty of good faith and fair dealing implied in every contract. Plaintiffs relied to their detriment on the false and misleading incomplete statements made by Southeast Milk concerning the reasons for price increases.

112.    In addition to the fraudulent and misleading communications directly with Plaintiffs, Defendants took steps to conceal more broadly the intended purpose and actual effect of the Herd Retirement Program to raise prices above competitive levels. For example, when Defendants ceased the Program, they sought to cover it up. They took down the FAQs section from the CWT website that contained information regarding the

Program. In addition, Mr. Kozak made a false statement as to why the CWT was discontinuing the Program. He said that it was because it was having a diminishing effect. See Paragraph 82 of this Complaint. However, to the contrary, 2010 was the most successful year ever for the Program, with 3 of the 10 herd retirements occurring during that year. Moreover, Mr. Kozak's statement was made after the first lawsuits were filed challenging the legality of the Program – lawsuits that the CWT ascribed to animal rights activists, another false statement.

113. The CWT also covered up that the Program was intended to drive small dairy farmers out of business. For example, there is the statement of the family owned dairy farmer in Paragraph 105 of the Complaint, where he states that he was told that he could get back into dairy farming the next season, after selling his entire herd, but then was prevented from doing so by Defendants.

114. In addition, the CWT concealed the Capper-Volstead disabling conflicts of interests that existed as a result of the makeup of the NMPF and the CWT, as detailed in Paragraph 107 of this Complaint.

115. The CWT put into fine print on the Bid Form the conditions that (1) a dairy farmer had to sell his entire herd, not just his poorly-producing part of the herd, and (2) a dairy farmer had to attest that the herd being sold was a true producing herd, and not one that was sickly or poorly producing, even though the cows purchased by the CWT as part of the Program were going to slaughter. See Paragraphs 6-7 of this Complaint. Furthermore, Plaintiffs never saw the Bid Form during the time that the Herd Retirement Program was being carried out.

116. The CWT covered up and certainly did not publicize the fact that the Program was changed in 2009 to require that any dairy farmer who sold his herd to the Program had to stay out of dairy farming for one year (and would not get the remaining 10% of the payment for his herd until the end of that one year and only upon certification that he had not engaged in dairy farming during that one year). See Paragraphs 10 and 66 of this Complaint.

117. Defendants' statements regarding the purpose and effect of the Herd Retirement Program concealed that it was intended to create supracompetitive prices. Those statements masked the true purpose of the Program – to raise over-order prices to supracompetitive levels. Instead, Defendants' statements spoke of "the milk price recovery" – suggesting the opposite of the truth -- that the Program was intended to help dairy farmers in times of low prices, rather than to create supracompetitive prices. See, inter alia, Paragraphs 79 and 71 of this Complaint.

118. Plaintiffs did not know nor could they have known that the prices for raw milk, processed or fluid milk, and other milk products were artificially inflated and maintained by virtue of Defendants' illegal price-fixing and supply control conspiracy, and that Plaintiffs were paying higher prices as a result of the conspiracy.

119. While Defendants' own statements in connection with the Program were intended to conceal its true purpose and effect, Plaintiffs were not aware of these statements (except those set forth in Paragraph 111) because they, as retailers, did not and do not keep track of dairy herd organizations, their websites, their announcements or newsletters, which are targeted to members of the dairy farmers' cooperatives and not the

general public. In short, the audience for all of the above (with the exception of the fraudulent and misleading communications made directly to Plaintiffs), and the dissemination of it, is not sufficient that Plaintiffs would have been aware of them. Even considering this, the false and misleading nature of the Defendants' statements regarding the Herd Retirement Program is important because, had Plaintiffs been aware of them, the statements would have concealed the true purpose and effect of the Program from the Plaintiffs.

120. Moreover, no Defendant, including Southeast Milk and DFA, ever told Plaintiffs (1) about the existence of the Herd Retirement Program or Cooperatives Working Together, (2) that Southeast Milk, DFA and the other Defendants Dairylea, Land 'O Lakes and Agri-mark were members of CWT and participated in the Herd Retirement Program, either by paying the Herd Retirement Program fees or assessments and/or by reason of their members retiring their herds pursuant to the Program, or (3) that the intended purpose and actual effect of the Program was to raise prices to supracompetitive levels.

121. As a result of Defendants' fraudulent concealment of their conspiracy, the running of any statute of limitations has been tolled with respect to any claims that Plaintiffs have as a result of the anticompetitive conduct alleged in this Complaint.

## VI. CONTINUING VIOLATION ALLEGATIONS

122. Defendants' conspiracy – the Herd Retirement Program, the acts in furtherance of it, and the resulting injury caused to Plaintiffs – was a continuing antitrust violation.

123. Specifically, Defendants created, agreed to and engaged in the Herd Retirement Program, which they knew would (a) reduce the number of dairy cows and dairy farms, (b) reduce the supply of raw milk, (c) increase the price of raw milk above competitive levels, (d) increase the over-order premiums or prices above a competitive level, and (e) have a lasting effect beyond the last herd retirement, such that the supracompetitive prices caused by the Program would last for several years beyond the last herd retirement in 2010. Indeed, the CWT stated that "The beauty of CWT herd retirements is that the impact of each herd retirement lasts several years. Each herd retirement completed builds on and add to those that have been carried out before." See Paragraph 90, supra.

124. Therefore, based on CWT's own statement regarding the lasting effect of the herd retirements, their effect – raising prices above competitive levels – lasted at least through 2013. And Defendants continued to charge supracompetitive prices caused by the herd retirements through 2013. Every time that a Defendant charged such a supracompetitive price, through 2013, and every time Plaintiffs purchased milk and other fresh dairy products at that supracompetitive price, through 2013, the purchase constituted an overt act and a new statutory period would begin to run.

125. Thus, since Plaintiffs purchased milk and other fresh dairy products from Defendants at supracompetitive prices (caused by the herd retirements) through 2013, Defendants engaged in a continuing antitrust violation, and therefore, this action is timely.

## COUNT I

## VIOLATION OF SECTION 1 OF THE SHERMAN ACT

## 15 U.S.C. ¶ 1

126.    Plaintiffs reallege and reassert all of the prior allegations, as if set forth fully herein.

127.    In response to market conditions, and in an effort to supracompetitively inflate the prices of farm milk, beginning in 2003, and continuing thereafter through 2010, the Defendants and their co-conspirators engaged in a continuing contract, combination and conspiracy in restraint of interstate trade and commerce, which had the purpose and effect of fixing, raising, maintaining and/or stabilizing the prices of milk at artificially high, non-competitive levels in the United States.

128.    The aforesaid contract, combination and conspiracy between and among the Defendants and their co-conspirators was furthered and effectuated, among other ways, by the following acts:

(a)    Prior to the Relevant Period, raw milk over-order prices could not be maintained due to a fluctuating imbalance of supply over demand – after spurts of high prices, producers would add more production capacity and prices would fall again.

(b)    Against this backdrop the Defendants acted in concert with competitors, with and through CWT and other trade groups, and with non-producer conspirators, and contracted, conspired, and combined to effectuate a substantial reduction of the production of raw farm milk and to eliminate

thousands of otherwise competing dairy farms from the market, which caused substantial supra-competitive increases in over-order prices of raw milk, and ultimately fluid milk and other fresh milk products.

(c) Defendants conspired to, and contributed financially towards a plan to, substantially reduce farm milk production through ten phases of herd retirements, which removed over 500,000 cows from production, eliminated 2,802 dairy farms from the market, and reduced the nation's milk supply by over 9.672 billion pounds. These actions were extraordinary, noncompetitive, and contrary to economic fundamentals.

(d) To maintain their overarching conspiracy to restrain output and production, to significantly reduce the number of dairy producers competing in the market, to eliminate competition, and to thereby supracompetitively raise over-order prices of milk, and thereby raise the price of processed milk and other fresh milk products, Defendants took significant steps throughout 2003 to 2010, which resulted in supracompetitive prices for the over-order prices of milk and for the prices of processed milk and other fresh milk products throughout the Relevant Period.

129. The conspiracy had its intended effect, as Defendants benefited from their limitations on production as described herein.

130. For the purposes of effectuating the aforesaid contract, combination and conspiracy, the Defendants and their co-conspirators:

(a)     Agreed among themselves to fix, raise, maintain and/or stabilize the prices of farm milk in the United States;

(b)     Agreed among themselves to restrict the supply of farm milk by implementing and coordinating herd retirements; and

(c)     Agreed among themselves to implement supracompetitive increases in the prices of farm milk in the United States.

131.    By reason of the foregoing, Defendants have violated Section 1 of the Sherman Act, 15 U.S.C. §1.

## PRAYER FOR RELIEF

Plaintiffs pray for the following relief:

A.      A declaration that Defendants' conduct constituted an unlawful restraint of trade in violation of Section 1 of the Sherman Act (15 U.S.C. § 1) alleged herein and that Defendants are liable for the conduct or damage inflicted by any other co-conspirator;

B.      Restitution and/or damages to Plaintiffs for their purchases of raw milk – specifically the over-order premiums or prices of milk, and the prices of processed or fluid milk, and/or other milk products at inflated prices;

C.      Actual damages, statutory damages, punitive or treble damages, and such other relief as provided by the statute cited herein;

D.      Attorneys' fees and costs;

E.      Pre-judgment and post-judgment interest on such monetary relief;

F. Equitable relief in the form of restitution and/or disgorgement of all unlawful or illegal profits received by Defendants as a result of the anticompetitive conduct alleged in herein;

G. The costs of bringing this suit, including reasonable attorneys' fees; and

H. All other relief to which Plaintiffs may be entitled at law or in equity.

JURY DEMAND

Plaintiffs request a jury trial on any and all claims so triable.

Dated August 31, 2016

_____

H. Timothy Gillis, Trial Counsel
Florida Bar No. 133876
Gillis Way & Campbell
1022 Park Street, Suite 308
Jacksonville, Florida 32204
Phone: (904) 647-6476
Fax: (904) 738-8640
tgillis@gillisway.com

and

Patrick J. Ahern (admitted Pro Hac Vice)
Ahern and Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2016, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

_____

H. Timothy Gillis