# EXHIBIT 2

SMI DEPOSITION CITES

RULE 30(b)(6) DISCOVERY DEPOSITION

ALBERT ANTOINE

| | |
|---|---|
| 14:19-21 | Did not talk to anyone in preparation for his 30(b)(6) deposition. |
| 18:1-3 | Doesn't know if SMI has prior versions of policies and procedures manual. |
| 25:23-26:3 | Doesn't know whether any backups exist for the period from 2003-2010. |
| 27:24-28:1 | Doesn't know when SMI started using Exhibit 13 for document retention. |
| 30:8-13 | Doesn't know whether Board was asked to follow document retention guidelines. Doesn't know who would know. |
| 32:25-33:9 | Doesn't know who would know about any policy regarding the retention of CWT related documents. |
| 35:10-20 | Doesn't know if SMI has documents relating to the other antitrust litigations. |
| 37:24-38:1 | Did not confirm that Wright and Covington searched for and provided documents.  Just assumed that they did. |
| 39:19-40:10 | Doesn't know anything about Ex. 15 or SMI- 316. |
| 40:23-41:7 | Doesn't know what the bates number prefixes mean on documents produced in the prior antitrust litigations. |
| 43:18-23 | Doesn't know if SMI has the 82 boxes of documents provided in the other antitrust litigations. |
| 43:24-25 | Doesn't know who would know. |
| 49:6-10 | Assumes that every SMI individual assigned a document request would have searched for documents and provided them, but he did not confirm this and cannot give specifics for requests not assigned to him. |
| 50:3-52:15 | Many requests assigned to Covington. Antoine doesn't know what steps Covington took. He did not ask Covington as part of his 30(b)(6) deposition preparation. |

1

SHANA WOOTEN

| 12:4-21 | Identified Rosemary Jones but did not talk to her. |
|---|---|
| 12:22-13:4 | Did not talk to anyone in preparation for 30(b)(6) deposition. |
| 17:6-9 | Did not look for any documents from the prior antitrust litigations, other than transcripts. |
| 18:14-15 | Did not look for deposition exhibits. |
| 21:18-21:22 | Doesn't know how large storage room devoted to documents is. |
| 24:15-25 | Just looked for and provided SDCA and DCMA minutes, and pricing letters. Did not look for anything else. |
| 26:18-21 | Doesn't know whether Tom Pittman or Bryce Kelly were document custodians for the search for documents. |
| 27:13-18 | Doesn't know whether there were specific locations for documents relating to CWT and Herd Retirement Program. |
| 27:19-21 | Doesn't know whether there are documents regarding SMI member farmers who retired herds under the Herd Retirement Program. |
| 28:11-21 | Doesn't know if SMI has handwritten notes by Wright, Covington, Peachy or Eade. |
| 28:22-29:3 | Doesn't know any steps that SMI took to locate any handwritten notes. |
| 31:10-14 | Doesn't know if SMI has a copy of the requested video. |
| 31:19-22 | Doesn't know if SMI has documents relating to Board training materials. |

2

DANIELLE WEAVER

| | |
|---|---|
| 11:10-14 | Identified Justin Lazanowski as her predecessor, but did not talk to him. |
| 11:18-24 | Did not talk to anyone in preparation for her 30(b)(6) deposition. |
| 11:25-12:6 | Reviewed declaration, but nothing else. |
| 12:19-22 | Doesn't know if SMI used network drives from 2006 forward. |
| 15:1-12 | Doesn't know whether network drives have any materials produced in other antitrust litigations and doesn't know who at SMI would know. |
| 29:10-16 | SMI did not collect non-email electronic documents. |
| 18:24-19:2; 24:24-25:5 | Doesn't know about changes to email system prior to 2006. Also, doesn't know when Maggie Murphy, Tom Pittman and Bryce Kelly left SMI. |
| 27:10-15 | Doesn't know whether SMI took any steps to determine if there were any responsive documents in Covington's personal email accounts. Doesn't know who would know. |
| 29:10-16 | No steps taken to retrieve any non-email documents from Wright's laptop. |
| 29:17-20; 31:2-9 | Doesn't know if SMI inquired of Wright. Doesn't know why NMPF emails to Wright relating to CWT were not produced in SMI production. |
| 32:2-8 | Doesn't know when Wright began using his Gmail address. |
| 32:9-10 | Did not ask Wright. |

3