# EXHIBIT 7

**Mark Hamill**

| | |
|---|---|
| **From:** | Patrick Ahern |
| **Sent:** | Sunday, May 14, 2017 11:59 AM |
| **To:** | Christina Taylor |
| **Cc:** | mbeaudine@lseblaw.com; Mark Hamill |
| **Subject:** | RE: Winn-Dixie v. Southeast Milk |

Christina,  we would urge SMI to respond as soon as possible.  The timing that you propose would mean that there would be two weeks between the May 5 declaration and any further response from SMI.  It is our impression from Judge Barksdale's comments at the oral argument that she would expect these issues to be moving faster.

Patrick

Patrick J. Ahern
Ahern and Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois   60603
(312) 404-3760

---

**From:** Christina Taylor [mailto:CTaylor@lseblaw.com]
**Sent:** Friday, May 12, 2017 3:01 PM
**To:** Patrick Ahern <patrick.ahern@ahernandassociatespc.com>
**Subject:** RE: Winn-Dixie v. Southeast Milk

Dear Patrick,

I have had an opportunity to review your letter and accompanying chart regarding Ms. Weaver's declaration.  It is going to take us some time to go through each of the areas of information set forth in your chart to determine what additional or follow-up information we are able to provide.  I expect to be able to provide you with a substantive response specifying what additional information we can and will provide to you by the end of next week.

Thanks,

Christina

Christina Y. Taylor, Esq.
Latham, Shuker, Eden & Beaudine, LLP
Direct:  407.481.5873
E-mail:  ctaylor@lseblaw.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL.  IT IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE ADDRESS OR AT (407) 481-5800, AND THEN DELETE THIS MESSAGE.  THANK YOU.

**From:** Patrick Ahern [mailto:patrick.ahern@ahernandassociatespc.com]
**Sent:** Monday, May 08, 2017 9:36 PM
**To:** Michael J. Beaudine; Christina Taylor
**Cc:** Mark Hamill
**Subject:** Winn-Dixie v. Southeast Milk

Mike and Christina,   attached please see our letter re SMI's IT Declaration.

Patrick

Patrick J. Ahern
Ahern and Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois   60603
(312) 404-3760