# Exhibit B

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

MICHAEL J. BEAUDINE
CINDY CAMPBELL
MICHAEL G. CANDIOTTI
JAN ALBANESE CARPENTER
DANIEL H. COULTOFF
ANDREW C. D'ADESKY
MARIANE L. DORRIS
JENNIFER S. EDEN
DOROTHY F. GREEN
JOSHUA D. GROSSHANS

111 NORTH MAGNOLIA AVENUE, SUITE 1400
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801
WWW.LSEBLAW.COM

BRUCE D. KNAPP
PETER G. LATHAM
JUSTIN M. LUNA
LORI T. MILVAIN
R. SCOTT SHUKER
JONATHAN A. STIMLER
CHRISTINA Y. TAYLOR
KRISTEN E. TRUCCO
DANIEL A. VELASQUEZ

DIRECT DIAL: (407) 481-5815
EMAIL: BEAUDINE@LSEBLAW.COM

July 24, 2017

*VIA EMAIL*

Re:   *Winn-Dixie Stores, Inc., et al. v. Southeast Milk, Inc., et al.;*
      **Case No. 3:15-cv-01143-BJD-PDB**

TO ALL COUNSEL OF RECORD:

On behalf of Defendant Southeast Milk, Inc. ("SMI"), we are providing this additional notice pursuant to Paragraph 4(d) of the parties' Stipulated Confidentiality Agreement dated August 2, 2016 (the "Agreement"), with respect to the transcripts of Plaintiffs' deposition of SMI's corporate representatives on June 2, 2017.

As set forth in my letter dated July 7, 2017, SMI designated the following deposition testimony as "Confidential" pursuant to the Agreement:

Albert Antoine

Page 15, line 4 – Page 19, line 23
Page 22, line 13 – Page 23, line 11
Page 25, line 6 – Page 32, line 24
Page 36, line 22 – Page 42, line 15
Page 50, line 16 – Page 52, line 11

Shana Wooten

Page 14, line 23 – Page 15, line 20
Page 17, line 14 – Page 18, line 25
Page 29, line 20 – Page 32, line 15

Danielle Weaver

Page 25, line 18 – Page 27, line 7
Page 29, line 3 – Page 30, line 11

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**

TO ALL COUNSEL OF RECORD
July 24, 2017
Page 2

The court reporter has now placed this Confidential deposition testimony in separate transcripts marked "Confidential" pursuant to the Agreement. As noted in my July 7, 2017 letter, pursuant to Paragraph 4(d) of the Agreement, "[a]ny testimony designated Confidential or Highly Confidential shall be marked and treated in the same manner as documents covered by this Agreement."

Please note that among other provisions, the Agreement (at Paragraph 9(a)) provides: "No pleading or document containing Confidential Material or Highly Confidential Material shall be filed in the public record without the written permission of the Producing Party or a court's order. The parties shall comply with Local Rule 1.09."

As further stated in my July 7 letter, pursuant to the Agreement, Exhibits 12-13 to the Antoine deposition are designated Confidential and Exhibits 15-17 to the Antoine deposition are designated Highly Confidential; Exhibits 19, 21, and 23 to the Wooten deposition are designated Highly Confidential and Exhibit 22 to the Wooten deposition is designated Confidential; and Exhibit 24 to the Weaver deposition is designated Confidential and Exhibit 26 to the Weaver deposition is designated Highly Confidential. These designations also appear on the face of the documents, which were previously produced in this case.

The deposition testimony and documents designated as either Confidential or Highly Confidential should be handled and treated pursuant to the terms of the Agreement.

Please contact me if you have any questions regarding this matter.

Yours truly,

Michael J. Beaudine

MJB/sag

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

MICHAEL J. BEAUDINE
CINDY CAMPBELL
MICHAEL G. CANDIOTTI
JAN ALBANESE CARPENTER
DANIEL H. COULTOFF
ANDREW C. D'ADESKY
MARIANE L. DORRIS
JENNIFER S. EDEN
DOROTHY F. GREEN
JOSHUA D. GROSSHANS

111 NORTH MAGNOLIA AVENUE, SUITE 1400
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801
**WWW.LSEBLAW.COM**

BRUCE D. KNAPP
PETER G. LATHAM
JUSTIN M. LUNA
LORI T. MILVAIN
R. SCOTT SHUKER
JONATHAN A. STIMLER
CHRISTINA Y. TAYLOR
KRISTEN E. TRUCCO
DANIEL A. VELASQUEZ

DIRECT DIAL: (407) 481-5815
EMAIL: BEAUDINE@LSEBLAW.COM

July 7, 2017

*__VIA EMAIL__*

Re:     *__Winn-Dixie Stores, Inc., et al. v. Southeast Milk, Inc., et al.;__*
        *__Case No. 3:15-cv-01143-BJD-PDB__*

TO ALL COUNSEL OF RECORD:

On behalf of Defendant Southeast Milk, Inc. ("SMI"), we are providing this notice pursuant to Paragraph 4(d) of the parties' Stipulated Confidentiality Agreement dated August 2, 2016 (the "Agreement"), with respect to the transcripts of Plaintiffs' deposition of SMI's corporate representatives on June 2, 2017.

Specifically, SMI is designating the following deposition testimony as "Confidential" pursuant to the Agreement:

Albert Antoine

Page 15, line 4 – Page 19, line 23
Page 22, line 13 – Page 23, line 11
Page 25, line 6 – Page 32, line 24
Page 36, line 22 – Page 42, line 15
Page 50, line 16 – Page 52, line 11

Shana Wooten

Page 14, line 23 – Page 15, line 20
Page 17, line 14 – Page 18, line 25
Page 29, line 20 – Page 32, line 15

Danielle Weaver

Page 25, line 18 – Page 27, line 7
Page 29, line 3 – Page 30, line 11

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**

TO ALL COUNSEL OF RECORD
July 7, 2017
Page 2

     Please note that pursuant to Paragraph 4(d) of the Agreement, "[a]ny testimony designated Confidential or Highly Confidential shall be marked and treated in the same manner as documents covered by this Agreement."

     Further, pursuant to the Agreement, Exhibits 12-13 to the Antoine deposition are designated Confidential and Exhibits 15-17 to the Antoine deposition are designated Highly Confidential; Exhibits 19, 21, and 23 to the Wooten deposition are designated Highly Confidential and Exhibit 22 to the Wooten deposition is designated Confidential; and Exhibit 24 to the Weaver deposition is designated Confidential and Exhibit 26 to the Weaver deposition is designated Highly Confidential. These designations also appear on the face of the documents, which were previously produced in this case.

     The deposition testimony and documents designated herein as either Confidential or Highly Confidential should be handled and treated pursuant to the terms of the Agreement.

     Please contact me if you have any questions regarding this matter.

Yours truly,

Michael J. Beaudine

MJB/sag

cc:    Orange Legal