# Exhibit 1

| A. How did SMI identify the following? | B. How did SMI identify, collect and produce the following? |
|---|---|
| Documents concerning why the Herd Retirement Program was developed, operated through 2010 and then ended? (RFP No. 28.) | Documents reflecting SMI's organizational structure. (RFP No. 18.) |
| Documents concerning the purpose for each of the ten herd retirements? (RFP No. 29.) | Minutes of meetings of SMI's board of directors, board committees or subcommittees. (RFP No. 19.) |
| Documents concerning communications with Plaintiffs regarding the Herd Retirement Program. (RFP No. 36.) | Documents that compile, summarize or analyze OOPs. (RFP No. 23.) |
| Public communications or private speeches or presentations by SMI concerning the Herd Retirement program. (RFP No. 42) | Documents that announce, promote or publicize the Herd Retirement Program. (RFP No. 27) |
| | Documents concerning communications with government entities such as Congressional committees or the USDA. (RFP No. 33.) |
| | Documents concerning communications with Plaintiffs regarding the supply or demand for milk. (RFP No. 37.) |
| | Documents concerning SMI's eligibility for protection under the Capper-Volstead Act from Plaintiffs' claims. (RFP No. 57.) |
| | Documents concerning any analysis, evaluation, consideration or decision by Southeast Milk to disclose (or to not disclose) the Herd Retirement Program to Plaintiffs. (RFP No. 65.) |
| | Documents (including emails) relating to communications with Plaintiffs regarding OOPs or the sale of raw milk, processed milk or ice cream to Plaintiffs. (RFP Nos. 76 and 77.) |
| | SMI internal emails regarding OOPs charged to Plaintiffs or the sale of raw milk, processed milk or ice cream to Plaintiffs. (RFP No. 78.) |
| | Documents (including emails) relating to communications with Plaintiffs. (RFP Nos. 80 and 81.) |

