# United States District Court
# Middle District of Florida
# Jacksonville Division

**WINN-DIXIE STORES, INC.,**
**& BI-LO HOLDINGS, LLC,**

    *Plaintiffs*,

v.                                                               No. 3:15-cv-1143-J-39PDB

**SOUTHEAST MILK, INC., ETC.,**

    *Defendants.*

## Third Amended Case Management and Scheduling Order

Based on discussions with counsel on April 11, 2018, Doc. 151, the joint motion to extend the time to conduct mediation is **granted**, Doc. 149, and the second amended case management and scheduling order, Doc. 106, as amended, Doc. 125, is **further amended** as follows.

| Event | Date or Deadline |
|---|---|
| Mediation | May 16, 2018 |
| Dispositive and *Daubert* motions (responses due 21 days after service) | June 30, 2018 |
| Motions in limine | November 7, 2018 |
| All other motions and responses to motions in limine | November 14, 2018 |
| Joint final pretrial statement | November 14, 2018 |
| Final pretrial conference (courtroom 12C) | November 21, 2018 10:00 a.m. |
| Trial term (courtroom 12C; jury; expected to last 15 days) | December 3, 2018 9:00 a.m. |

All other deadlines, dates, and directives in the second amended case management and scheduling order, Doc. 106, remain in effect. If the parties jointly consent to jurisdiction of a United States Magistrate Judge to obtain a date certain for the start of the jury trial, they must complete and file AO Form 85 ("Notice, Consent, and Reference of a Civil Action to a Magistrate Judge").

**Ordered** in Jacksonville, Florida on April 16, 2018.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

Counsel of record