## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHEAST MILK, INC., *et al.*, <br><br> Defendants. | Case No. 3:15-cv-01143-J-39-BJD-PDB |

### **DECLARATION OF JILL M. O'TOOLE, ESQ. AND INDEX OF EXHIBITS**

I, JILL M. O'TOOLE, declare as follows:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am a partner of Shipman & Goodwin LLP, counsel for Defendant Agri-Mark, Inc. ("Agri-Mark") in this action. I make this declaration in support of Defendants' Joint Motion and Supporting Memorandum for Summary Judgment on Statute of Limitations and Standing, dated August 20, 2018.

3. Attached hereto as Exhibit 1 is a true and correct copy of the "About Us" page obtained on June 26, 2018, from the Winn Dixie website. *Winn-Dixie About Us*, https://www.winndixie.com/about (last visited June 26, 2018).

4. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. John Connor, dated December 18, 2017, produced by Plaintiff Winn-Dixie Stores, Inc. ("Winn-Dixie.")

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Third Amended Responses to Defendant DFA's First Set of Interrogatories, dated August 6, 2018.

1

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Defendant Southeast Milk, Inc. ("SMI"), which is the Asset Purchase Agreement by and among Plaintiff Winn-Dixie, Winn-Dixie Properties, LLC, Winn-Dixie Warehouse Leasing, LLC, Winn-Dixie Logistics, Inc., Sunshine State Dairy Farms, LLC, and Defendant SMI, dated February 26, 2008, bearing Bates numbers SMI-019748-SMI-020025.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Defendant SMI, which is the Supply Contract by and between Winn-Dixie Procurement, Inc., Plaintiff Winn-Dixie, Defendant SMI, and Sunshine State Dairy, Inc., dated April 30, 2008, bearing Bates numbers SMI-000009-SMI-000112.

8. Attached hereto as Exhibit 6 is true and correct copy of national newspaper articles from:

    a. **Reuters News** (Randi Fabi, <u>UPDATE 1-US dairy group to buy cattle, boost milk prices</u>, Reuters, April 4, 2003) obtained from the WestLaw NewsRoom archives;

    b. **The Washington Post** (Pamela Ferdin, <u>For Vermont Dairy Farms, a Livelihood Soured; Falling Prices and Demand Take Heavy Toll</u>, The Washington Post, June 28, 2003, at A, 2003 WLNR 18662783) obtained from the WestLaw NewsRoom archives;

    c. **USA Today** (Barbara Hagenbaugh, <u>Farmers pitch in to pay others to sell their cows</u>, USA Today, August 7, 2003, at MONEY, 2003 WLNR 6092629) obtained from the WestLaw NewsRoom archives;

    d. **Los Angeles Times** (The Associated Press, <u>Milk Prices Going Up Due to Reduced Supply</u>, Los Angeles Times, April 11, 2004, at The Nation, http://articles.latimes.com/print/2004/apr/11/nation/na-milk11 (last visited

8/17/2018)) obtained from the Los Angeles Times website; and

 e. **Boston Globe** (Bruce Mohl, <u>Need Milk? Get Ready to Pay More Regulators OK 52-cent-a-gallon Increase for Farmers; Supermarkets' Plans Are Not Yet Clear</u>, Boston Globe, April 24, 2004, at Business, 2004 WLNR 3590612) obtained from the WestLaw NewsRoom archives.

9. Attached hereto as Exhibit 7 is a true and correct copy of local newspaper articles from:

 a. **The News-Press, Fort Myers, Florida** (The Associated Press, <u>Dairy Farmers Try to Boost Low Milk Prices by Cutting Production</u>, The News Press, August, 17, 2003, at 18A, https://www.newspapers.com/image/219615987/ (last visited February 6, 2018) obtained from Newspapers.com newspaper archive;

 b. **Montgomery Advertiser, Montgomery**, **Alabama** (Frederic J. Frommer, <u>Dairy Farmers Cutting Production to Bolster Prices</u>, Montgomery Advertiser, August 17, 2003, at 10A, https://www.newspapers.com/image/261220802 (last visited February 6, 2018) obtained from Newspapers.com newspaper archive;

 c. **The Palm Beach Post, West Palm Beach, FL** (The Associated Press, <u>Got Money? Milk Prices May Rise 50 Cents a Gallon</u>, The Palm Beach Post, April 11, 2004 at 9A, https://www.newspapers.com/image/134869199 (last visited February 6, 2018) obtained from Newspapers.com newspaper archive;

 d. **Sunday Advocate, Baton Rouge, LA** (Frederic J. Frommer, <u>"Perfect Storm" of Market Events Will Soon Send Milk Prices Soaring</u>, Sunday Advocate, April 11, 2004 at 6-A) obtained from the Lexis Advance news archives; and

 e. **St. Petersburg Times, St. Petersburg, FL**, (Janet K. Keeler, <u>Milking Our

3

Wallets, St. Petersburg Times, April 13, 2004, at MONEY, 2004 WLNR 3727444) obtained from the WestLaw NewsRoom archives.

10. Attached hereto as Exhibit 8 is a true and correct copy of a compilation of Dairy Foods magazine website articles regarding the Cooperatives Working Together Program (the "CWT Program") and the Herd Retirement Program (the "HRP Program") dated between 2003-2009 obtained from the publically available Dairy Foods magazine website, including:

a. From Trans Fat to Butterfat, Dairy Foods, August 1, 2003, https://www.dairyfoods.com/articles/82636-from-trans-fat-to-butterfat (last visited August 17, 2018);

b. Amended CWT Plan Approved, Dairy Foods, August 29, 2003, https://www.dairyfoods.com/articles/82665-amended-cwt-plan-approved (last visited August 17, 2018) ;

c. Plan to Reduce Milk Supply Detailed, Criticized, Dairy Foods, September 1, 2003, https://www.dairyfoods.com/articles/82658-plan-to-reduce-milk-supply-detailed-criticized (last visited: August 17, 2018);

d. Jerry Dryer, Milk Prices: What Next?, Dairy Foods, September 1, 2003, https://www.dairyfoods.com/articles/82531-milk-prices-what-next (last visited August 17, 2018);

e. Jerry Dryer, Insights:: Milk Prices: What Next?, Dairy Foods, December 1, 2003, https://www.dairyfoods.com/articles/82754-insights-milk-prices-what-next (last visited August 17, 2018);

f. News Wire, Dairy Foods, April 1, 2004, https://www.dairyfoods.com/articles/86545-news-wire-1 (last visited August 17,

2018);

g. What Price Healthy, Dairy Foods, April 1, 2004, https://www.dairyfoods.com/articles/86561-what-price-healthy (last visited August 17, 2018);

h. Jerry Kozak, Working Together, Dairy Foods, June 1, 2004, https://www.dairyfoods.com/articles/86594-working-together-1 (last visited August 17, 2018);

i. Dave Kurzawski, Bull Market Looms Large in 2005, Dairy Foods, February 1, 2005, https://www.dairyfoods.com/articles/86734-bull-market-looms-large-in-2005 (last visited August 17, 2018);

j. CWT Program Concludes, Dairy Foods, June 1, 2005, https://www.dairyfoods.com/articles/83219-cwt-program-concludes (last visited August 17, 2018);

k. Top 100 Report, Dairy Foods, June 1, 2005, https://www.dairyfoods.com/articles/86844-top-100-report (last visited August 17, 2018);

l. CWT Program Continues, Dairy Foods, August 1, 2005, https://www.dairyfoods.com/articles/83150-cwt-program-continues (last visited August 17, 2018);

m. Ron O'Brien, Milk Money, Dairy Foods, August 1, 2005, https://www.dairyfoods.com/articles/86912-milk-money (last visited August 17, 2018;

n. Lynn Petrak, Trade Winds, Dairy Foods, August 1, 2005,

https://www.dairyfoods.com/articles/86900-trade-winds (last visited August 17, 2018);

o. The Flip Side, Dairy Foods, March 1, 2006, https://www.dairyfoods.com/articles/87066-the-flip-side (last visited August 17, 2018);

p. David Kurawski, Plenty of Cows?, Dairy Foods, February 1, 2007, https://www.dairyfoods.com/articles/87347-by-dave-kurzawski (last visited August 17, 2018);

q. NMPF Boss Suggests New Direction For Dairy Industry, Dairy Foods, October 31, 2008, https://www.dairyfoods.com/articles/84295-nmpf-boss-suggests-new-direction-for-dairy-industry (last visited August 17, 2018);

r. Newsline: Farmers Extend CWT, Dairy Foods, March 1, 2009, https://www.dairyfoods.com/articles/84548-newsline-partnership-introduces-first-ever-sugar-free-frozen-dairy-dessert (last visited August 17, 2018);

s. CWT Announces Largest-ever Herd Retirement, Dairy Foods, May 14, 2009, https://www.dairyfoods.com/articles/84699-cwt-announces-largest-ever-herd-retirement (last visited August 17, 2018);

t. Dairy Farmers Are Facing Economic Crisis, Says NMPF, Dairy Foods, July 14, 2009, https://www.dairyfoods.com/articles/84665-dairy-farmers-are-facing-economic-crisis-says-nmpf (last visited August 17, 2018); and

u. Third CWT Herd Retirement in Nine Months Is Second Largest Ever, Dairy Foods, August 5, 2009, https://www.dairyfoods.com/articles/84856-third-cwt-herd-retirement-in-nine-months-is-second-largest-ever (last visited August 17,

2018)

11.     Attached hereto as Exhibit 9 is a true and correct copy of the "Media Planning Materials" page of the Dairy Foods magazine website obtained on June 27, 2018. *Dairy Foods - Media Planning Materials*, https://www.bnpsolutions.com/bnp-brands/food-and-beverage/dairy-foods/ (last visited June 27, 2018).

12.     Attached hereto as Exhibit 10 is a true and correct copy of the April 10, 2018, response by BNP Media to a subpoena for subscription information to the publication Dairy Foods magazine.

13.     Attached hereto as Exhibit 11 is a true and correct copy of various dairy market analyst reports, including:

    a.  Dairy & Food Market Analyst, Vol. 11, No. 39, March, 12, 2004;

    b.  Dairy Market Report, Vol. 10, No. 6, July 2007;

    c.  Daily Dairy Report, Vol. 8, No. 128, July 12, 2004;

    d.  Dairy Market Report, Vol. 10, No. 6, July 2007;

    e.  Dairy Market News, Vol. 75, Report 23, June 2–6, 2008; and

    f.  The Cheese Reporter, Vol. 134, No. 6, August 7, 2009.

14.     Attached hereto as Exhibit 12 is a true and correct copy of a compilation of articles addressed to the beef industry, including:

    a.  Steven D. Vetter, <u>Dairy Buyout Planned</u>, Western Livestock Journal, Vol. 82, No. 31, May 19, 2003, https://dspace.library.colostate.edu/bitstream/handle/10217/186627/SPEC_WLJ_v82_n31.pdf?sequence=1&isAllowed=y (last visited August 17, 2018) obtained from the Digital Collections of Colorado website.

  b. <u>Dairy Herd Launches Next Buyout</u>, Beef Magazine, July 13, 2009, http://www.beefmagazine.com/print/2285 (last visited June 27, 2018), obtained from the Beef magazine website.

15. Attached hereto as Exhibit 13 is a true and correct copy of the article "Got Milk? Enjoy it While You Can" from the Sarasota Herald Tribune, obtained from the WestLaw NewRoom archives. Rich Shopes, <u>Got Milk? Enjoy it While You Can</u>, Sarasota Herald Tribune, April 17, 2004, A Section, 2004 WLNR 2981100.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the March 30, 2018, deposition transcript of Dwight Moore.

17. Attached hereto as Exhibit 15 is true and correct copy of excerpts of the May 11, 2018, deposition of Donald Bernos.

18. Attached hereto as Exhibit 16 is a true and correct copy of the GAO Report to Congressional Requestors; Dairy Termination Program, A Perspective on Its Participants and Milk Production, dated May 1988. General Accounting Office, <u>Dairy Termination Program, A Perspective on Its Participants and Milk Production</u>, May 1988, obtained from the GAO website at: https://www.gao.gov/products/135965.

19. Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Plaintiff in this action, which is an email from Graham Leary, Vice President-Strategic Sourcing of Winn-Dixie, to Bennet Nussbaum, Chief Financial Officer of Winn-Dixie, and others dated February 20, 2009, bearing Bates numbers WD1143_000609 -WD1143_000610.

20. Attached hereto as Exhibit 18 is a true and correct copy of a document produced by Defendant SMI in this action, bearing Bates number SMI-005861, which is an email chain with a lead email from David Welch, Senior Category Manager - Dairy of Winn-Dixie, to Calvin

Covington, Chief Executive Officer of Defendant SMI, dated January 20, 2009.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Class Action Complaint filed in *Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.*, Case No. 2:12-cv-00070 (E.D. Pa.), ECF No. 1, dated January 6, 2012.

22. Attached hereto as Exhibit 20 is a true and correct copy of the Order granting the Joint Motion to Transfer Venue of the Case to the United States District Court for the Northern District of California (Case No. 3:12-cv-04142 (N.D. Cal.))*,* in *Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.*, Case No. 2:12-cv-00070 (E.D. Pa.), ECF No. 76, dated July 31, 2012.

23. Attached hereto as Exhibit 21 is a true and correct copy of the Voluntary Dismissal filed in *Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.*, Case No. 3:12-cv-04142 (N.D. Cal.), ECF No. 82, dated August 23, 2012.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Class Action Complaint filed in *Blakeman v. National Milk Producers Federation, et al.*, 3:12-cv-01246-GPM-PMF (S.D. Ill.), ECF No. 2, dated December 7, 2012.

25. Attached hereto as Exhibit 23 is a true and correct copy of the Memorandum and Order directing dismissal in *Blakeman v. National Milk Producers Federation, et al.*, 3:12-cv-01246-GPM-PMF (S.D. Ill.), ECF No. 101, dated July 24, 2013.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-GPM-SCW (S.D. Ill.), ECF No. 2, dated May 10, 2013.

27. Attached hereto as Exhibit 25 is a true and correct copy of the Third Amended Consolidated Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National*

*Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 182, dated September 11, 2015.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Memorandum and Order granting Class Certification in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 291, dated September 29, 2017.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Joint Stipulation for Separate Plaintiff Gerry Whiting's Dismissal with Prejudice filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 357, dated July 27, 2018.

30. Attached hereto as Exhibit 28 are true and correct copies of excerpts of the March 6, 2018, deposition transcript of Graham Leary.

31. Attached hereto as Exhibit 29 is a true and correct copy of Plaintiffs' Amended Response to Defendants' First Set of Requests for Admission, dated May 30, 2018.

32. Attached hereto as Exhibit 30 is true and correct copy of excerpts of the February 13, 2018, deposition transcript of Plaintiff's Expert, Dr. John M. Connor.

33. Attached hereto as Exhibit 31 is a true and correct copy of Plaintiffs' Second Amended Response to Agri-Mark's First Set of Interrogatories, dated August 6, 2018.

34. Attached hereto as Exhibit 32 is a true and correct copy of a document produced by Defendant NMPF in this action, which is a transcript of remarks by Agriculture Secretary Michael Johanns, dated November 2, 2006, as more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers NMPF0027144- NMPF0027152.

35.     Attached hereto as Exhibit 33 is a true and correct copy of a transcript of Senate Hearing 109-662 before the Committee on Agriculture, Nutrition, and Forestry dated July 20, 2006, as more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently. *To Review USDA Programs: Hearing Before the S. Comm. On Agriculture, Nutrition, and Forestry*, 109th Cong. 109-662 (2006) (statement of Charles Beckendorf, National Milk Producers Federation).

36.     Attached hereto as Exhibit 34 is a true and correct copy of a document produced by Defendant NMPF in this action, which is a transcript of a news teleconference with Agriculture Secretary Thomas Vilsack dated March 26, 2009, as more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers NMPF0027153-NMPF0027159

37.     Attached hereto as Exhibit 35 is a true and correct copy of a document produced by Defendant NMPF in this action, which is a transcript of statements made by Congressman Robert Goodlatte, as more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers NMPF0000903-NMPF0000906.

38.     Attached hereto as Exhibit 36 is a true and correct copy of a document produced by Defendant NMPF in this action, which is a document entitled "CWT Participation Growth Plan," more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates number NMPF0008532

39.     Attached hereto as Exhibit 37 is a true and correct copy of a compilation of documents produced by Defendant NMPF in this action, which are copies of newsletters issued by the CWT Program, between 2003-2010, more fully described in the Declaration of Jerome

Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers NMPF0020828-NMPF0020829; NMPF0000174- NMPF0000177; NMPF0009799-NMPF0009800; NMPF0009792-NMPF0009793, NMPF0010764-NMPF0010765; NMPF0003707-NMPF0003708; NMPF0010762-NMPF0010763, NMPF0022171-NMPF0022172, NMPF0011349-NMPF0011350, NMPF0011369-NMPF0011370, NMPF0011365-NMPF0011366, NMPF0011361-NMPF0011362, NMPF0011375 -NMPF0011376, NMPF0011381 -NMPF0011382, NMPF0013488-NMPF0011389, NMPF0013474-NMPF0011375, NMPF0013492-NMPF0011393, NMPF0013484-NMPF0011385, NMPF0013478-NMPF0013479, NMPF0013500-NMPF0013501, NMPF0013496-NMPF0013497, NMPF0013482-NMPF0013483, NMPF0015289-NMPF0015290, NMPF0015791-NMPF0015792, NMPF0015932-NMPF0015933.

40.     Attached hereto as Exhibit 38 is a true and correct copy of a document produced by Defendant NMPF in this action which is a document entitled "CWT Radio Spots -October 2007," more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates number NMPF0012285.

41.     Attached hereto as Exhibit 39 is a true and correct copy of a compilation of documents produced by Defendant NMPF in this action, which are copies of brochures issued by the CWT Program, between 2003-2010, more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers NMPF0000002-NMPF0000005, NMPF0018557-NMPF0018558, NMPF0008439-NMPF0008440, NMPF0003427-NMPF0003428, NMPF0003477-NMPF0003478, NMPF0003688-NMPF0003689, NMPF0005624-NMPF0005625,

NMPF0000332-NMPF0000333, NMPF0000344-NMPF0000345, NMPF0000350-NMPF0000351, NMPF0002586-NMPF0002587.

42. Attached hereto as Exhibit 40 is a true and correct copy of a compilation of documents consisting of archived copies of the website http://www.cwt.coop available at https://web.archive.org (last visited June 26, 2018), more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, which were captured on October 11, 2003; April 1, 2004; October 15, 2004; February 7, 2005; February 22, 2006; March 12, 2007; July 20, 2007; November 22, 2007; April 5, 2008; June 5, 2008; October 25, 2008; February 3, 2009; November 5, 2009; January 6, 2010; July 29, 2010; November 21, 2010.

43. Attached hereto as Exhibit 41 is a true and correct copy of a compilation of documents produced by Defendant NMPF in this action, which are copies of news releases issued by NMPF regarding the Herd Retirement Program, between 2003-2010, more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers NMPF0003200-NMPF0003202, NMPF0006238-NMPF0006239, NMPF0005044-NMPF0005045, NMPF0005075-NMPF0005076, NMPF0000833-NMPF0000834, NMPF0005092-NMPF0005093, NMPF0000829-NMPF0000830, NMPF0022337-NMPF0022338, NMPF0005899-NMPF0005900, NMPF0004092-NMPF0004093, NMPF0003928-NMPF0003929, NMPF0021215-NMPF0021216, NMPF0021217-NMPF0021218, NMPF0005901-NMPF0005902, NMPF0021221-NMPF0021222, NMPF0021223-NMPF0021224, NMPF0014317-NMPF0014318, NMPF0001934-NMPF0001935, NMPF0002590-NMPF0002591, NMPF0002824-NMPF0002825, NMPF0004465-NMPF0004467.

44. Attached hereto as Exhibit 42 is a true and correct copy of a compilation of documents produced by Defendants NMPF and Agri-Mark in this action, which are news releases and presentations issued by NMPF and the CWT Program, publishing the findings of Dr. Scott Brown, more fully described in the Declaration of Jerome Kozak, former President and Chief Executive Officer of NMPF, filed concurrently, bearing Bates numbers, NMPF0005737-NMPF0005738, AMFL0000770-AMFL0000781, NMPF0014113-NMPF0014122, NMPF0014201-NMPF0014210, NMPF0015274-NMPF0015283.

45. Attached hereto as Exhibit 43 is a true and correct copy of a compilation of documents produced by Plaintiff Winn-Dixie consisting of a memo entitled "Analysis of Recent Dairy Market Decreases," dated December 11, 2018, and a spreadsheet entitled "Dairy Fundamental Outlook," dated January 2, 2009, bearing Bates numbers WD1143_001017 and WD1143_001018, respectively.

46. Attached hereto as Exhibit 44 is a Declaration of Patrick Ahern, counsel for Plaintiff Winn-Dixie, setting out the custodians and location of documents searched in this litigation.  In a subsequent meet and confer phone call held on August 13, 2018, Mr. Ahern confirmed that documents WD1143_001017 and WD1143_001018 came from Winn-Dixie's CMFoods drive identified on page 4 of Exhibit 44.

47. Attached hereto as Exhibit 45 is a copy of excerpts from the Expert Report of Bryan M. Ricchetti, Ph. D., dated February 20, 2018, prepared for the Defendants.

48. Attached hereto as Exhibit 46 is a true and correct copy of the Amended Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 57, dated July 22, 2013.

49. Attached hereto as Exhibit 47 is a true and correct copy of the Second Amended

Consolidated Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al*., 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 102, dated October 10, 2014.

50.     Attached hereto as Exhibit 48 is a demonstrative prepared by the Defendants containing a chart that describes lawsuits involving the Cooperatives Working Together HRP Program.

51.     Attached hereto as Exhibit 49 is true and correct copy of Plaintiffs' Second Amended Response to Agri-Mark's First Set of Interrogatories dated August 6, 2018.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of August 2018 in Hartford, Connecticut

/s/ Jill M. O' Toole
JILL M. O'TOOLE, ESQ.

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | "About Us" page obtained on June 26, 2018 from the Winn Dixie website.  Winn-Dixie About Us, https://www.winndixie.com/about (last visited June 26, 2018) |
| 2 | Expert Report of Dr. John Connor, dated December 18, 2017 |
| 3 | Plaintiffs' Third Amended Responses to Defendant DFA's First Set of Interrogatories, dated August 6, 2018 |
| 4 | Asset Purchase Agreement by and among Winn-Dixie Stores, Inc., Winn-Dixie Properties, LLC, Winn-Dixie Warehouse Leasing, LLC, Winn-Dixie Logistics, Inc., Sunshine State Dairy Farms, LLC, and Southeast Milk, Inc., dated February 26, 2008 |
| 5 | Supply Contract by and between Winn-Dixie Procurement, Inc., Winn-Dixie Stores, Inc., Southeast Milk, Inc., and Sunshine State Dairy, Inc., dated April 30, 2008 |
| 6 | National newspaper articles from Reuters News, The Washington Post, USA Today, Los Angeles Times, Boston Globe |
| 7 | Local newspaper articles from The News-Press (Fort Myers, Florida), Montgomery Advertiser (Montgomery, Alabama), The Palm Beach Post (West Palm Beach, FL), The Advocate (Baton Rouge, LA), and St. Petersburg Times (St. Petersburg, FL) |
| 8 | Dairy Foods magazine website articles regarding the Cooperatives Working Together Program and the Herd Retirement Program dated between 2003-2009 |
| 9 | "Media Planning Materials" page of the Dairy Foods magazine website obtained on June 27, 2018.  Dairy Foods - Media Planning Materials, https://www.bnpsolutions.com/bnp-brands/food-and-beverage/dairy-foods/ (last visited June 27, 2018) |
| 10 | April 10, 2018 response by BNP Media to a subpoena for subscription information to the publication Dairy Foods magazine |
| 11 | Compilation of dairy market analyst reports |
| 12 | Compilation of articles addressed to the beef industry |
| 13 | "Got Milk? Enjoy it while you can" from the Sarasota Herald Tribune. Rich Shopes, Got milk? Enjoy it while you can, Sarasota Herald Tribune, April 17, 2004, 2004 WLNR 2981100 |
| 14 | Excerpts of the March 30, 2018 deposition transcript of Dwight Moore |
| 15 | Excerpts of the May 11, 2018 deposition of Donald Bernos |
| 16 | GAO Report to Congressional Requestors; Dairy Termination Program, A Perspective on Its Participants and Milk Production, dated May 1988. General Accounting Office, Dairy Termination Program, A Perspective on Its Participants and Milk Production, May 1988, obtained from the GAO website at:  https://www.gao.gov/products/135965 |

| | |
|---|---|
| 17 | Email from Graham Leary, Vice President-Strategic Sourcing of Winn-Dixie, to Bennet Nussbaum, Chief Financial Officer of Winn-Dixie, and others dated February 20, 2009 |
| 18 | Email chain with a lead email from David Welch, Senior Category Manager - Dairy of Winn-Dixie, to Calvin Covington, Chief Executive Officer of Southeast Milk, Inc., dated January 20, 2009 |
| 19 | Class Action Complaint filed in *Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.*, Case No. 2:12-cv-00070 (E.D. Pa.), ECF No. 1, dated January 6, 2012 |
| 20 | Order granting the Joint Motion to Transfer Venue of the case to the United States District Court for the Northern District of California (Case No. 3:12-cv-04142 (N.D. Cal.)), filed in *Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.*, Case No. 2:12-cv-00070 (E.D. Pa.), ECF No. 76, dated July 31, 2012 |
| 21 | Voluntary Dismissal filed in *Stephen L. LaFrance Holding Inc., et al. v. National Milk Producers Federation, et al.*, Case No. 3:12-cv-04142 (N.D. Cal.), ECF No. 82, dated August 23, 2012 |
| 22 | Class Action Complaint filed in *Blakeman v. National Milk Producers Federation, et al.*, 3:12-cv-01246-GPM-PMF (S.D. Ill.), ECF No. 2, dated December 7, 2012 |
| 23 | Memorandum and Order directing dismissal filed in *Blakeman v. National Milk Producers Federation, et al.*, 3:12-cv-01246-GPM-PMF (S.D. Ill.), ECF No. 101, dated July 24, 2013 |
| 24 | Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-GPM-SCW (S.D. Ill.), ECF No. 2, dated May 10, 2013 |
| 25 | Third Amended Consolidated Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 182, dated September 11, 2015 |
| 26 | Memorandum and Order granting Class Certification filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 291, dated September 29, 2017 |
| 27 | Joint Stipulation for Separate Plaintiff Gerry Whiting's Dismissal with Prejudice filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 357, dated July 27, 2018 |
| 28 | Excerpts of the March 6, 2018 deposition transcript of Graham Leary |
| 29 | Plaintiffs' Amended Response to Defendants' First Set of Requests for Admission dated May 30, 2018 |
| 30 | Excerpts of the February 13, 2018 deposition transcript of Dr. John Connor |
| 31 | Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC's Second Amended Response to Agri-Mark's First Set of Interrogatories, dated August 6, 2018 |

| | |
|---|---|
| 32 | Transcript of remarks by Agriculture Secretary Michael Johanns dated November 2, 2006 |
| 33 | Transcript of Senate Hearing 109-662 before the Committee on Agriculture, Nutrition, and Forestry dated July 20, 2006. *To Review USDA Programs: Hearing Before the S. Comm. On Agriculture, Nutrition, and Forestry*, 109th Cong. 109-662 (2006) (statement of Charles Beckendorf, National Milk Producers Federation) |
| 34 | Transcript of a news teleconference with Agriculture Secretary Thomas Vilsack dated March 26, 2009 |
| 35 | Transcript of statements made by Congressman Robert Goodlatte |
| 36 | "CWT Participation Growth Plan" |
| 37 | Copies of newsletters issued by Cooperatives Working Together, between 2003-2010 |
| 38 | "CWT Radio Spots -October 2007" |
| 39 | Copies of brochures issued by Cooperatives Working Together, between 2003-2010 |
| 40 | Archived copies of the website http://www.cwt.coop available at https://web.archive.org (last visited June 26, 2018) |
| 41 | Copies of news releases issued by NMPF regarding the Herd Retirement Program, between 2003-2010 |
| 42 | News releases and presentations issued by NMPF and Cooperatives Working Together, publishing the findings of Dr. Scott Brown |
| 43 | "Analysis of Recent Dairy Market Decreases" dated December 11, 2018 and a spreadsheet entitled "Dairy Fundamental Outlook" dated January 2, 2009 |
| 44 | Declaration of Patrick Ahern |
| 45 | Excerpts from the Expert Report of Bryan M. Ricchetti, Ph. D. dated February 20, 2018, prepared for the Defendants |
| 46 | Amended Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 57, dated July 22, 2013 |
| 47 | Second Amended Consolidated Class Action Complaint filed in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.*, 3:13-cv-00454-NJR-SCW (S.D. Ill.), ECF No. 102, dated October 10, 2014 |
| 48 | Demonstrative prepared by the Defendants containing a chart that describes lawsuits involving the Cooperatives Working Together Herd Retirement Program |
| 49 | Plaintiffs' Second Amended Response to Agri-Mark's First Set of Interrogatories dated August 6, 2018 |

## **CERTIFICATE OF SERVICE**

      I certify that on August 20, 2018, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

Dated:  August 20, 2018                          /s/ Cindy A. Laquidara
                                                         *Attorney for the Defendants*