UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC. and BI-LO
HOLDINGS, LLC,

        Plaintiffs,

v.

Case No. 3:15-cv-1143-J-39PDB

SOUTHEAST MILK, INC., NATIONAL
MILK PRODUCERS FEDERATION,
DAIRY FARMERS OF AMERICA, INC.,
LAND O'LAKES, INC., DAIRYLEA
COOPERATIVE INC., and AGRI-MARK,
INC.,

        Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendants' Motion to Stay Further Briefing

on Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 194), or for Leave to File a

Cross-Motion for Summary Judgment; and Rule 3.01(g) Certification and Memorandum

of Law in Support (Doc. 197; Motion). The Court also considers Plaintiffs' Response in

Opposition to Defendants' Motion (Doc. 201; Opposition).

By Order dated June 6, 2018 (Doc. 174; Order), the Court permitted Defendants

to file one motion for summary judgment relating to issues of the Statute of Limitations

and standing, and a second motion for summary judgment relating to issues of liability

and damages, if necessary depending on the Court's ruling on the first motion for

summary judgment. See Order at 4. On August 20, 2018, Defendants filed the Motion

and Supporting Memorandum for Summary Judgment on Statute of Limitations and

Standing (Doc. 187; Defendants' First Motion for Summary Judgment). On this same

date, Plaintiffs also filed a Motion for Summary Judgment and Supporting Memorandum of Law (Doc. 194; Plaintiffs' Motion for Summary Judgment).

In the instant Motion, Defendants request that the Court stay further briefing on Plaintiffs' Motion for Summary Judgment or in the alternative, permit Defendants to file a cross-motion for summary judgment. See Motion at 1. Defendants maintain that the Court's June 6, 2018 Order was based on preserving judicial economy and efficiency and requiring further briefing on Plaintiffs' Motion for Summary Judgment will frustrate these purposes. See id. ¶¶ 3-5. Defendants argue that the Court should rule on Defendants' First Motion for Summary Judgment, as outlined in the June 6, 2018 Order, before considering more substantive issues of liability and damages. See id. at 3. As such, Defendants request that the Court stay further briefing on Plaintiffs' Motion for Summary Judgment.

In response, Plaintiffs highlight that the June 6, 2018 Order did not prevent Plaintiffs from filing a substantive motion for summary judgment on issues of liability and damages by the August 20, 2018 deadline set forth in the Court's June 27, 2018 Order (Doc. 178). See Opp. at 1-2. Plaintiffs argue that if the Court grants Defendants' Motion, Defendants will have substantially more than the permissible 21 days to respond to Plaintiffs' Motion for Summary Judgment, which would create additional unfairness to Plaintiffs. See id. at 2. Plaintiffs also argue that Defendants failed to provide good cause for the relief requested. See id. at 4.

In light of the Court's June 6, 2018 Order and the procedural posture of this case, the Motion is due to be granted in part. The Court finds that good cause exists to stay

further briefing on Plaintiffs' Motion for Summary Judgment pending the Court's resolution of Defendants' First Motion for Summary Judgment.

Accordingly, after due consideration, it is

**ORDERED:**

Defendants' Motion to Stay Further Briefing on Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 194), or for Leave to File a Cross-Motion for Summary Judgment; and Rule 3.01(g) Certification and Memorandum of Law in Support (Doc. 197) is **GRANTED in part and DENIED in part** as follows:

1. Defendants' Motion to Stay Further Briefing on Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 194), or for Leave to File a Cross-Motion for Summary Judgment; and Rule 3.01(g) Certification and Memorandum of Law in Support (Doc. 197) is **GRANTED** to the extent that further briefing on Plaintiffs' Motion for Summary Judgment and Supporting Memorandum of Law (Doc. 194) is **STAYED** pending resolution of Defendants' Motion and Supporting Memorandum for Summary Judgment on Statute of Limitations and Standing (Doc. 187).

2. Defendants' Motion to Stay Further Briefing on Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 194), or for Leave to File a Cross-Motion for Summary Judgment; and Rule 3.01(g) Certification and Memorandum of Law in Support (Doc. 197) is **DENIED** with regard to Defendants' request for leave to file a cross-motion for summary judgment.

**DONE** and **ORDERED** in Jacksonville, Florida this 5th day of September, 2018.

BRIAN J. DAVIS
United States District Judge

5
Copies furnished to:

Counsel of Record