Case 3:15-cv-01143-BJD-JBT   Document 208-1   Filed 09/10/18   Page 1 of 2 PageID 8422

*Winn-Dixie Stores, Inc. v. Southeast Milk, Inc. et al.,* Case No. 3:15-CV-01143-BJD-PDB
Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations and Standing

# INDEX OF EXHIBITS

| EX. | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 1. | 3.22.018 | --- | Excerpts from the Deposition of Bryan Ricchetti, Ph.D. |
| 2. | 10.8.2012 | NMPF0025083-NMPF0025088 | Presentation by Scott Brown entitled, "The Economic Effects of the CWT Program" |
| 3. | 9.26.2011 | --- | *Edwards v. National Milk Producers Federation, et al.*, Case No. 11-cv-04766, N.D. Cal., Class Action Complaint |
| 4. | 1.6.2012 | --- | *LaFrance v. National Milk Producers Federation, et al.*, Case No. 12-cv-00070, E.D. Pa., Class Action Complaint |
| 5. | 12.7.2012 | --- | *Blakeman v. National Milk Producers Federation, et al.*, Case No. 12-cv-01246, S.D. Ill., Class Action Complaint |
| 6. | 5.10.2013 | --- | *First Impressions Salon, Inc. v. National Milk Prod. Federation, et al.*, Case No. 13-cv-00454, S.D. Ill., Class Action Complaint |
| 7. | 2.11.2009 | WD1143_000973 WD1143_000986 | Email from Calvin Covington to Graham Leary attaching a Summary of the Supply Agreement between Winn-Dixie and Sunshine State Dairy Farms |
| 8. | 2.10.2015 | --- | Excerpts from the Deposition of Michael Lichte |
| 9. | Various | --- | Excerpted Testimony of Current and Former Employees Who Had Never Heard of Cooperatives Working Together or its Herd Retirement Program |
| 10. | 3.25.2018 | --- | Declaration of Donald Breen, Jr. |
| 11. | 3.6.2018 | --- | Declaration of Evan L. Rainwater |
| 12. | 3.28.2018 | --- | Declaration of Donald Bernos |
| 13. | 5.14.2018 | --- | Excerpts from the Deposition of Katherine Lussier |
| 14. | 3.13.2018 | --- | Excerpts from the Deposition of Hugh Ridgway |
| 15. | 3.6.2018 | --- | Excerpts from the 30(b)(6) Deposition of Graham Leary |
| 16. | 10.4.2008 | WD1143_000578-WD1143_000581 | Email from Calvin Covington to Graham Leary, et al. re: Milk Costs, attaching price projections Central Florida.xls |
| 17. | 2.20.2009 | WD1143_000609-WD1143_000614 | Email from from Graham Leary FW: March 2009 Milk Pricing Letter, attaching: (1) Fuel Surcharge Letter, (2) 3.2009 Pricing Announcement and (3) 3.2009 Pricing Letter |

*Winn-Dixie Stores, Inc. v. Southeast Milk, Inc. et al.,* Case No. 3:15-CV-01143-BJD-PDB
Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment on Statute of Limitations and Standing

## INDEX OF EXHIBITS

| EX. | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 18. | 8.14.2008 | SMI-005702-SMI-005703 | Email string between Graham Leary and Calvin Covington re: August 21 meeting |
| 19. | 3.26.2018 | --- | Declaration of Dwight Moore |
| 20. | 3.25.2018 | --- | Declaration of Joseph A. Ragase |
| 21. | 3.8.2018 | --- | Excerpts from the Deposition of David Welch |
| 22. | 3.29.2018 | --- | Excerpts from the Deposition of Joseph A. Ragase |
| 23. | 7.11.2018 | --- | Excerpts from the Deposition of Evan L. Rainwater |
| 24. | 5.14.2018 | --- | Excerpts from the Deposition of Katherine Lussier |
| 25. | 5.23.2018 | --- | Excerpts from the Deposition of Coler Ambrose |
| 26. | 5.11.2018 | --- | Excerpts from the Deposition of Donald T. Bernos |
| 27. | 3.3.2018 | --- | Excerpts from the Deposition of Dwight Moore |
| 28. | 2.26.2008 | --- | Asset Purchase Agreement (APA) between Winn-Dixie and Sunshine/Southeast Milk, attaching schedules, exhibits and amendments |
| 29. | 12.12.2017 | --- | Excerpts from the 30(b)(6) Deposition of Joseph Wright |
| 30. | 5.6.2015 | --- | Excerpts from the Deposition of Edward Gallagher |