**EXHIBIT 27**

```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORDIA
                   JACKSONVILLE DIVISION
                   3:15-CV-1143 J 39PDB
```

---

Winn-Dixie Stores, Inc. and
Bi-Lo Holdings, Inc.

       Plaintiffs,                    V I D E O

       vs.                          D E P O S I T I O N

Southeast Milk, Inc., National Milk
Producers Federation, aka Cooperatives
Working Together, Dairy Farmers of
America, Inc., Land O'Lakes, Inc.
Dairylea Cooperative, and
Agri-Mark, Inc.

       Defendants.

---

### DWIGHT MOORE

    2600 Yorkmount Road, the Mulberry Room
    Charlotte, North Carolina 28208

       Friday, March 30, 2018
            9:00 a.m.

   Atlantic Professional Reporters, Ltd.
     Winston-Salem, NC 27116-1692

Page 26

BY MS. GLAVICH:
Q  I guess I am trying to get a handle on it. If you say there wasn't a lot of negotiations since you had suppliers, what types of communication--
  MS. GLAVICH: Scratch that.
BY MS. GLAVICH:
Q  So if you were not negotiating on a supply agreement with the coops, would you reach out to the coops?
  MR. AHERN: Object to the form.
  THE WITNESS: If needed.
BY MS. GLAVICH:
Q  What is a circumstance where that would be needed?
A  If there was a quality issue or the plant manager had an issue that I needed to address with them.
Q  Would the plant managers generally send that up to you if they had a problem?
  MR. AHERN: Object to the form.
  THE WITNESS: If they were not getting anything accomplished.
BY MS. GLAVICH:
Q  So is it fair to say that you would

Page 27

reach out to coops on as needed basis?
A  Yes.
  MR. AHERN: Object to the form.
BY MS. GLAVICH:
Q  Would the coops ever contact you?
A  Yes.
Q  What are some of the reasons why they would contact you?
  MR. AHERN: Object to the form.
  THE WITNESS: If they were changing prices. Say if they had issues and for whatever reason they needed to contact me about supplying our plants.
BY MS. GLAVICH:
Q  How often did they change prices?
A  Milk prices change monthly.
Q  So would they call you before the price change, and let you know, "We're changing our price?"
A  They would only call if the over order price was changing.
Q  How often did that happen?
A  I have no idea.
Q  If you had to put a lot versus a little, what would you put it on?

Page 28

  MR. AHERN: Object to the form.
  THE WITNESS: Very seldom.
BY MS. GLAVICH:
Q  Very seldom. When they would call with that type of information, "The prices is changing," for you, from a business perspective, would that just-- did you ever try and reject that information?
A  No.
  MR. AHERN: Object to the form.
BY MS. GLAVICH:
Q  I think you had mentioned before when you had talked to people at the coops, sometimes would ask them-- would they ask you how things are going? Was that usually the question directed towards you?
A  It would be just a general question.
Q  Did you ever talk about the supply of milk with any of the coop-employees?
  MR. AHERN: Object to the form.
  THE WITNESS: Yes.
BY MS. GLAVICH:
Q  What types of things did you say?
A  I had two plants in Florida, so the seasonality of the milk supply in Florida. That

Page 29

was always a concern during the summer.
Q  Was that every year issue?
A  Yes.
Q  Was the concern not getting enough milk?
A  Yes.
Q  Did they address your concerns?
  MR. AHERN: Object to the form.
  THE WITNESS: Yes.
BY MS. GLAVICH:
Q  When you were a (sic) director of dairy operations--
  THE REPORTER: I am sorry. Did you say "a" or "the director"?
  MS. GLAVICH: Just --
  MR. AHERN: "Director."
  MS. GLAVICH: -- "director."
  THE REPORTER: Thank you.
BY MS. GLAVICH:
Q  Just director of dairy operations, did you keep informed about the dairy industry?
  MR. AHERN: Object to the form.
  THE WITNESS: Yes.
BY MS. GLAVICH:
Q  How did you do that?
  MR. AHERN: Same objection.

Page 30

```
 1       THE WITNESS:  Talking to people, those
 2   type things, just general knowledge about the
 3   industry.
 4   BY MS. GLAVICH:
 5       Q   Were you talking to people within
 6   Winn-Dixie or just or--
 7       MS. GLAVICH:  We will stay just with
 8   Winn-Dixie.
 9       A   When Gene Smith was there, yes, we were
10   taught about the industry, but after he left, very
11   little.
12   BY MS. GLAVICH:
13       Q   Did you talk to-- well, who else would
14   you have talked to?
15       A   Well, obviously, we talked to our plant
16   managers.  Those type things.
17       Q   Would you talk to the people at the
18   coops?
19       A   Yes.
20       Q   Did you talk to farmers, dairy farmers
21   directly?
22       A   No.
23       Q   Did you ever talk to haulers?
24       A   No.
25       Q   Is there anybody else that you would
```

Page 31

```
 1   have talked to?
 2       A   No.
 3       Q   What types of information would the
 4   people at the coops provide you about the
 5   industry?
 6       MR. AHERN:  Object to the form.
 7       THE WITNESS:  Just general information
 8   of what's going on in the industry as far as
 9   supply, changes, things like that.
10   BY MS. GLAVICH:
11       Q   Did anyone ever tell you about the
12   cooperatives working together?
13       A   No.
14       Q   Did anyone ever talk to you about the
15   Herd Retirement Program?
16       A   No.
17       Q   Did anyone ever talk to you about herd
18   slaughters?
19       A   No.
20       Q   So they didn't talk to you about
21   cooperatives working together, the Herd
22   Retirement, or Herd slaughters.  What in terms of
23   supply would they be talking to you about?
24       MR. WINTON:  Object to the form.
25       THE WITNESS:  If they saw an issue--
```

Page 32

```
 1   like I said in Florida, that the raw milk
 2   supply was getting tight, they would let me
 3   know so that we could make moves in our
 4   plants to preserve the class-- to preserve
 5   the milk for Class I rather than making ice
 6   cream out of those type things.
 7   BY MS. GLAVICH:
 8       Q   Anything else?
 9       A   No, that would be it, basically.
10       Q   So the only thing they talked to you
11   about was the supply of milk of ice cream versus
12   fluid milk in Florida?
13       A   We would talk about the general supply
14   situation in Florida, and if it was going to be so
15   tight that we were concerned, we would not have
16   another fluid milk, we would stop making ice cream
17   with milk and use other ingredients so that we
18   could preserve the raw milk supply for fluid milk
19   so that we could meet our store needs.
20       Q   Did you ever talk why the supply was
21   tight?
22       A   No, because it was Florida, we knew why
23   it was tight.
24       Q   Did you ever have-- did you ever talk
25   about the plants in, I think you mentioned, North
```

Page 33

```
 1   Carolina, or Hammond, Louisiana?
 2       MR. AHERN:  Object to the form.
 3       THE WITNESS:  Those plants were not as
 4   susceptible to seasonality as Florida.  It
 5   could happen, but as a general rule it did
 6   not.
 7   BY MS. GLAVICH:
 8       Q   So you would never talk about the supply
 9   of milk for those plants in non-Florida plants?
10       MR. AHERN:  Object to the form.
11       THE WITNESS:  Could you clarify that
12   question?
13   BY MS. GLAVICH:
14       Q   Sure.  When you were talking to coops
15   about supply issues, you mentioned that you have
16   the specific issues in Florida with the
17   seasonality, were there any supply issues for the
18   non-Florida plants outside of seasonality?
19       A   Outside of seasonality, no.
20       Q   So when you were a director of dairy
21   operations, did you ever read any industry
22   publications?
23       A   Yes.
24       Q   Like what?
25       A   Dairy Foods Magazine, IDFA Newsletters,
```


## Page 38

1  Q  So you're reading these magazines, but
2  you never heard of the Cooperatives Working
3  Together?
4  A  No.  I have heard of it.
5  Q  When did you hear of it?
6  A  I can't answer that because I don't
7  know.
8  Q  Was it while you were working at
9  Winn-Dixie?
10  A  I don't know.
11  Q  You don't know?
12  A  No, I don't know.  I have no idea when
13  it started, so I can't pinpoint when I learned of
14  it.
15  Q  You think it is possible that you heard
16  about it when you were at Winn-Dixie?
17     MR. AHERN:  Object to the form.
18     THE WITNESS:  It is possible.
19  BY MS. GLAVICH:
20  Q  Is there anything that would refresh
21  your recollection as to when you would have heard
22  about it?
23  A  No.
24  Q  Do you know what the National Milk
25  Producers Federation is?

## Page 39

1  A  It is an industry organization for coops
2  or for dairy farmers.  One or the other.
3  Q  When you were at Winn-Dixie, do you know
4  if you had heard of the National Milk Producers
5  Federation?
6  A  Yes.
7  Q  How would you have known them?
8     MR. WINTON:  Object to the form.
9     THE WITNESS:  They were like IDFA.  IDFA
10  was Processors of National Milk Producers.
11  BY MS. GLAVICH:
12  Q  Did you ever read any of their
13  newsletters?
14     MR. AHERN:  Object to the form.
15     THE WITNESS:  Not that I recall, but it
16  is possible.
17  BY MS. GLAVICH:
18  Q  Have you ever visited their website?
19  A  No.
20  Q  Do you remember who you would talk--
21     MS. GLAVICH:  Well, let's back that up.
22  BY MS. GLAVICH:
23  Q  Did you ever speak with anybody at DFA,
24  Dairy Farmers of America?
25  A  Yes.

## Page 40

1  Q  Do you remember who that was?  Do you
2  know who that was?
3  A  Frank Johns.
4     THE REPORTER:  Frank who, sir?
5     THE WITNESS:  Johns.
6     THE REPORTER:  J o n h s?
7     MR. AHERN:  J o h n s.
8     THE REPORTER:  Thank you.
9  BY MS. GLAVICH:
10  Q  Anyone else?
11  A  Not that I recall.
12  Q  Did you ever speak with anybody at
13  Agri-Mark?
14  A  No.
15  Q  Did you ever speak with anybody at
16  Southeast Milk?
17  A  Yes.
18  Q  Do you know who?
19  A  It would be Calvin Covington.
20  Q  Anyone else?
21  A  Joe Wright occasionally.
22  Q  Wright?
23  A  Yes, W r i g h t.
24  Q  Anyone else?
25  A  I cannot think of anyone else.

## Page 41

1  Q  Bryce Kelly?
2  A  No.
3  Q  Did you ever speak with anybody at Land
4  O'Lakes?
5  A  No.
6  Q  Did you ever speak to anybody in
7  Maryland and Virginia?
8  A  Yes.
9  Q  Who?
10  A  Numerous people.  Jay Bryant, Mike John,
11  Jim Howie.
12     MR. AHERN:  Is this in what time period?
13     THE WITNESS:  Mostly Harris Teeter
14  because they are a current supplier.
15  Probably during the Winn-Dixie days and it
16  would have been mainly Jay Bryant.
17  BY MS. GLAVICH:
18  Q  And the people that you mentioned for
19  DFA, Frank Johns, and Southeast Milk, Cal
20  Covington, and Joe Wright, that was during the
21  Winn-Dixie period?
22  A  Yes.
23  Q  Would you speak to them generally in a
24  professional context of milk supply and milk
25  purchasing?

Page 70

1  exhibit?
2       MR. AHERN:  We just mark it in sequence.
3       THE REPORTER:  Your next exhibit number
4  is 61.  Presenting Exhibit 61 to the witness.
5  (Whereupon, Exhibit Number 61, Declaration of the
6  Witness, is marked for Identification.)
7  BY MR. AHERN:
8    Q   Mr. Moore, the court reporter has handed
9  you what has been marked as Exhibit 61.  Have you
10 seen this before?
11   A   Yes.
12   Q   Is this your declaration in this case?
13   A   Yes.
14   Q   Were you sent a draft of this
15 declaration?
16   A   Yes.
17   Q   Did you review it?
18   A   Yes.
19   Q   Did you make changes to it?
20   A   Yes.
21   Q   And after your changes, was it accurate?
22   A   Yes.
23   Q   And you signed it?
24   A   Yes.
25   Q   Now, in this declaration, in paragraph

Page 71

1  3, can you read that into the record, please.
2       THE REPORTER:  Slowly, please, sir.
3       THE WITNESS:  "While I had heard of the
4  Cooperatives Working Together, CWT, or its
5  Herd Retirement Program, HRP, before I
6  received the subpoena, I cannot swear that I
7  learned of them while I was at Winn-Dixie."
8  BY MR. AHERN:
9    Q   You stand by that statement?
10   A   Yes, I do.
11   Q   And that is consistent with your
12 testimony here today?
13   A   Yes, it is.
14   Q   Let's go to paragraph 5.  Can you read
15 that into the record, please?
16   A   "I did not learn of the CWT or the HRP
17 from any newspapers."
18   Q   And you stand by that statement?
19   A   Yes.
20   Q   And that is consistent with your
21 testimony here today, sir?
22   A   Yes.
23   Q   Would you read paragraph 6 into the
24 record, please.
25   A   "No one at Winn-Dixie ever told me

Page 72

1  about CWT, or HRP, nor did I have any discussion
2  of it at Winn-Dixie.
3       "As far as I know, no one at Winn-Dixie
4  knew of the CWT, or HRP.  Finally, no one at
5  Southeast Milk, Incorporated, Dairy Farmers of
6  America, Incorporated, or any supplier of dairy
7  products ever told me about the CWT or the HRP."
8    Q   And you stand by that statement?
9    A   Yes.
10   Q   And is that consistent with your
11 testimony to here today?
12   A   Yes.
13   Q   Now, in reading it you said, "... nor
14 did I have any discussion of it at Winn-Dixie."
15 And that is a correct statement, right?
16   A   That is correct.
17   Q   And the declaration says, "... nor did
18 I hear any discussion of it," and that is a
19 correct statement as well, correct?
20   A   That is correct.
21   Q   Do you know how you learned of the CWT
22 or the HRP?
23   A   I am just assuming dairy industry
24 newsletters.  I don't remember.
25   Q   Do you know?

Page 73

1    A   No.
2    Q   You were asked about Dairy Foods
3  Magazine and whether you read it.  Would you read
4  it cover to cover?
5    A   No.
6    Q   Would you skim it to see what you wanted
7  to read?
8    A   Yes.
9    Q   So you don't know when you first learned
10 of CWT, correct?
11   A   Correct.
12   Q   Or the Herd Retirement Program, correct?
13   A   Correct.
14   Q   And you don't know how you learned of
15 them, correct?
16   A   Correct.
17   Q   And do you know when the Herd Retirement
18 Program started?
19   A   No.
20   Q   Do you know when it ended?
21   A   No.
22   Q   From April two thousand --
23       MR. AHERN:  I am sorry.
24 BY MR. AHERN:
25   Q   From 2003, until April 2, 2004, when you

Page 74

1  left Winn-Dixie, did you know how it was created?
2      A   No.
3      Q   I'm talking about the Herd Retirement
4  Program.
5      A   No.
6      Q   In that same time frame, did you know
7  how the bids under the Herd Retirement Program
8  were calculated?
9      A   No.
10     Q   In that same time frame, did you see a
11 bid form under the program?
12     A   No.
13     Q   And in that same time frame, did you
14 know where the funding was coming from for the
15 program?
16     A   No.
17     Q   In that same time frame, did you know
18 that dairy farmers that had multiple herds at
19 different locations had to submit all of their
20 herds under the program?
21     A   No.
22     Q   In that same time frame, do you know how
23 much money was raised for the program?
24     A   No.
25     Q   Or how much money was spent by the

Page 75

1  program?
2      A   No.
3      Q   In that same time frame, do you know how
4  many Herd Retirements occurred?
5      A   No.
6      Q   And in that same time frame, and I am
7  talking about from 2003 until April 2, 2004, when
8  you left Winn-Dixie, do you know how many cows
9  were slaughtered under the program?
10     A   No.
11     Q   At any time, did you see anything where
12 CWT reauthorized the herd Retirement Program, and
13 by "at any time," I mean to include from 2003 to
14 2013?
15     A   (No response.)
16         MR. AHERN:  So I may have kind of lost
17     track of the question here.
18 BY MR. AHERN:
19     Q   From 2003 to 2013, at any time did you
20 see anything about CWT reauthorizing the Herd
21 Retirement Program?
22     A   Yes.
23     Q   Now from going back to the time frame
24 from 2003 until April 2, 2004, did you have any
25 knowledge about how long the Herd Retirement

Page 76

1  Program was authorized for at that time?
2      A   No.
3      Q   In that same time frame, did you know if
4  it had an audit procedure?
5      A   No.
6      Q   Did you talk to Calvin Covington about
7  raw milk prices?
8      A   Yes.
9      Q   Did he ever mention CWT to you?
10     A   No.
11     Q   Or the Herd Retirement Program?
12     A   No.
13     Q   You were asked if you negotiated with
14 coops with respect to pricing and you said no.
15 You were asked why and you said you had no say so
16 in the price of milk because there was the federal
17 minimum order price which was set by the federal
18 government and the order premiums were set by the
19 coops.
20         Do you remember that testimony?
21     A   Yes.
22     Q   Did Winn-Dixie have any understanding
23 with the coops, generally, as to whether or not it
24 was receiving a competitive price?
25     A   Our understanding was they would provide

Page 77

1  a competitive price.
2      Q   You mentioned that there would only be
3  calls with coops.  These would be coops contacting
4  you if there was a change in price.
5          Do you remember that?
6      A   Yes.
7      Q   And you said that those were monthly, is
8  that correct?
9      A   Correct.
10     Q   And you said-- then you said only--
11 there would only be a call if over order prices
12 were changing and you said that was very seldom.
13         Do you remember that?
14     A   Yes.
15     Q   So I am a little confused.  Did you have
16 monthly calls with the coops?
17     A   Probably.  They would basically be a
18 courtesy call and then if it was an over order
19 premium change, then they would call to discuss
20 that.
21     Q   Sitting here today, from the period of
22 2003 through April 2, 2004, do you recall
23 specifically what the over order prices were?
24     A   Oh, no.
25     Q   Do you recall whether or not they

Page 78

1  changed?
2     A  Specifically, no.
3     Q  When you were first asked about whether
4  or not you had heard of the CWT, or the Herd
5  Retirement Program, and you said that, yes, you
6  had, you said, "I have no idea when it started,
7  so I cannot pin down when I learned."
8        Do you remember that?
9     A  Yes.
10    Q  But you don't you don't remember when
11 you learned, correct?
12    A  No, I do not, no.
13    Q  And you said that there weren't any
14 documents that would refresh your recollection on
15 that, correct?
16    A  No.
17    Q  And you didn't know when the program
18 started, right?
19    A  No, I do not.
20    Q  So whenever the program started, that is
21 not something that would necessarily refresh your
22 recollection as to when you learned, correct?
23    A  No.
24    Q  I think you were asked whether it was
25 possible if you heard about the Herd Retirement

Page 79

1  Program at Winn-Dixie, and you said, yes, and then
2  I asked you if it was possible if you heard about
3  it-- if you didn't hear about it at Winn-Dixie,
4  and you said yes.
5        But the phrasing of the question that
6  possibly you heard about it at Winn-Dixie, you
7  have stated in your declaration that you never
8  heard about it from anyone at Winn-Dixie, correct?
9     A  Correct.
10    Q  You were asked about whether or not
11 Winn-Dixie, anyone on your team, kept track of
12 what Congress was doing, do you remember that?
13    A  Yes.
14    Q  I believe you said no.  You were asked
15 if anybody else at Winn-Dixie would keep track of
16 what Congress was doing?
17    A  Yes.
18    Q  And you said that you expected that the
19 government relations guy would keep up with what
20 Congress was doing.
21       Do you remember that?
22    A  Yes.
23    Q  Do you have any knowledge that the
24 government relations person at Winn-Dixie, while
25 you were there from 2003 through April 2, 2004,

Page 80

1  kept track of anything that Congress was doing
2  with respect to dairy.
3        Do you have any knowledge of that?
4     A  Not Congress, no.
5     Q  You were asked if you had any
6  discussions with supply with anyone at Winn-Dixie
7  and you mentioned the VP of manufacturing.
8        Do you remember that?
9     A  Yes.
10    Q  Do you recall having discussions about
11 supply with Mr. Rainwater?
12    A  No.
13    Q  You were also asked what types of things
14 would you report to the VP of manufacturing and
15 you testified financials and that those financials
16 would include the cost of raw milk.
17       Do you remember that?
18    A  Correct.
19    Q  Did you have any discussions with
20 Mr. Rainwater about the cost of raw milk?
21    A  No.
22    Q  Between April --
23       MR. AHERN:  I am sorry, I keep doing
24    that.
25 BY MR. AHERN:

Page 81

1     Q  Between 2003 and April 2, 2004, did you
2  know who the members of the Cooperatives Working
3  Together was?
4     A  No.
5     Q  Did you know which dairy coops were
6  involved?
7     A  No.
8     Q  Did you ever speak to anyone at Dairy
9  Farmers of America about the Herd Retirement
10 Program?
11    A  No.
12    Q  Or Cooperatives Working Together?
13    A  No.
14    Q  Anybody at any other coop?
15    A  No.
16    Q  From 2003 through April 2, 2004, did you
17 know that coops representing over 65 percent of
18 the national milk production participated in the
19 Herd Retirement Program?
20    A  No.
21       MR. AHERN:  That is all I have.
22       MS. GLAVICH:  I have a few follow up
23    questions.
24          --
25          --