# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

|  |  |
|---|---|
| Winn-Dixie Stores, Inc. and<br>Bi-Lo Holdings LLC,<br><br>　　　　Plaintiffs<br>v.<br><br>Southeast Milk, Inc., et al.<br><br>　　　　Defendants | Case No. 3:15-cv-01143-J-39PDB |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF AND SUPPORTING MEMORANDUM OF LAW

Plaintiffs move, pursuant to Local Rule 3.01(d), for leave to file a reply brief in response to Defendants' Response to Plaintiffs' Daubert Motion (Dkt.# 206) because Defendants raised new authority in their Response, which they should have raised in Dr. Ricchetti's expert report. Therefore, Plaintiffs' Motion meets the standard employed by courts in this District for reply briefs, which requires that the reply must not only respond to new legal arguments and facts, but also aid the court and be based on good cause. *Fiddler's Creek, LLC v. Naples Lending Group LC*, 2016 U.S. Dist. LEXIS 140945 *5 (M.D. Fla. 2016) (a "consistent line of cases in the Middle District of Florida find[s] that the broad discretion necessarily requires a showing of good cause for leave to reply")(citations omitted).

Unlike Defendants' motion for leave to file reply briefs, Plaintiffs' Motion is actually based on (1) new academic authority cited and discussed by Defendants in defense of their expert, Dr. Ricchetti, and (2) authority which should have been disclosed on his expert report. Defendants cite certain academic authority for the proposition that Dr. Ricchetti's univariate analysis is an accepted scientific methodology. *See* Defendants' Response, pp. 11-12. However, this authority was never cited in Dr. Ricchetti's expert report. If it had been, Plaintiffs could have explained in their rebuttal expert report and in their Daubert motion that univariate analysis is not an accepted scientific methodology ***for the purpose that Dr. Ricchetti uses it*** – namely to draw conclusions about Dr. Connor's reduced form regression analysis. Furthermore, Dr. Ricchetti admitted that he was using his univariate analysis to reach conclusions about Dr. Connor's regression analysis. Moreover, a party propounding expert opinion has the burden of showing that it is based on an accepted scientific

1

methodology. *Maiz v. Virani*, 253 F.3d 641, 665 (11th Cir. 2001)("the proponent of the testimony must show that: … (2) the methodology by which the expert reaches his conclusions is sufficiently reliable"). Therefore, it was incumbent on Defendants and Dr. Ricchetti to set forth authority in his expert report to support that he employed an accepted scientific methodology – that his univariate analysis could be used to reach economic conclusions. Defendants failed to do so. They cannot do so now without allowing Plaintiffs the opportunity to address such authority, provided for the first time in their Response to Plaintiffs' Daubert motion.

Therefore, Plaintiffs request the right to file a 3-page reply brief to address this new authority, which should have been disclosed in Dr. Ricchetti's expert report. Should this Court grant Plaintiffs' request, Plaintiffs can file their reply brief within two days of this Court's order.

## CERTIFICATE OF FAITH CONFERENCE

In accordance with Local Rule 3.01(g), prior to the filing of this Motion, counsel for Plaintiffs conferred with counsel for Defendants, who indicated that they do not consent to the relief requested in this Motion.

/s/ *H. Timothy Gillis*
Attorney

Respectfully submitted October 5, 2018

>/s/ H. Timothy Gillis
> H. Timothy Gillis, Trial Counsel
> Florida Bar No. 133876
> Jeffrey S. York
> Florida Bar No. 987069
> Shutts & Bowen LLP
> 1022 Park Street, Suite 308
> Jacksonville, FL 32204
> Phone: (904) 899-9926
> Fax: (904) 899-9965
> tgillis@shutts.com
> jyork@shutts.com
>
> Patrick J. Ahern
> Ahern and Associates, P.C.
> 8 South Michigan Avenue
> Suite 3600
> Chicago, IL 60603
> (312) 404-3760
> patrick.ahern@ahernandassociatespc.com
> (*Admitted Pro Hac Vice*)
>
> *Attorneys for Plaintiffs Winn-Dixie*
> *Stores, Inc., and Bi-Lo Holdings, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 5, 2018 I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

>/s/ H. Timothy Gillis
> Attorney