**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

Winn-Dixie Stores, Inc. and
Bi-Lo Holdings, LLC,

    Plaintiffs,

v.

                                        Case No. 3:15-cv-01143-J-39PDB

Southeast Milk, Inc., *et al.*,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF PUBLIC RECORD FILING OF PLAINTIFFS'
MOTION TO EXCLUDE OR LIMIT THE OPINIONS OF DEFENDANTS'
EXPERTS AND SUPPORTING MEMORANDUM OF LAW EXCEPT FOR
EXHIBIT 11 AND WITHDRAWAL OF MOTION TO SEAL (DOC. 195)**

Plaintiffs, Winn-Dixie Stores, Inc. and Bi-Lo Holdings LLC ("Plaintiffs"), hereby give notice of filing in the public record of this case Plaintiff's Motion to Exclude or Limit the Opinions of Defendants' Experts and Supporting Memorandum of Law ("Plaintiffs' Daubert Motion"), including all exhibits except for Exhibit 11, and of the withdrawal of Plaintiffs' Motion to Seal previously filed by Plaintiffs and directed at sealing the entirety of Plaintiffs' Daubert Motion because it is now moot for the reasons identified herein, and state:

1.    On August 20, 2018, pursuant to Fed. R. Civ. P. 26(c) and Local Rule 1.09 of the Local Rules of this Court, Plaintiffs filed and served Plaintiffs' Motion to Seal (Doc. 195) requesting to seal Plaintiffs' contemporaneous Daubert Motion and its exhibits because they contained information confidential or highly confidential information so designated by Defendants pursuant to the terms of the Parties' Stipulated Confidentiality Agreement. *See* Doc. 195 at 1.

2. On September 4, 2018, Defendants responded to the Motion to Seal by filing their "Partial Opposition to [Plaintiffs'] Motion to Seal and Request that Exhibit 11 [to Plaintiffs' Daubert Motion] Be Modified and Redacted" (Doc. 202). Therein, Defendants stated that they did not oppose the filing in the public record (i.e., not under seal) of any of the contents of Plaintiffs' Daubert Motion and exhibits except for Exhibit 11 to the Daubert Motion, which they contended contains confidential information. *See* Doc. 202 at 2-3.

3. On September 11, 2018, Defendant DFA filed an Emergency Joint Motion to Strike or Seal Exhibits 6, 7, and 27 of Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions of Dr. Connor (Doc. 207) Pending Briefing on Sealing (Doc. 209) (the "Emergency Motion") to which Plaintiffs filed their Response to and Clarification of Defendant DFA's Emergency "Joint" Motion to Strike or Seal (Doc. 210) on September 12, 2018. In response to these filings, the Court entered an Order granting the Emergency Motion and directing the Clerk "to provisionally place under seal Docs. 207-7 [Exhibit 6], 207-8 [Exhibit 7], and 207-28 [Exhibit 27]" (Doc. 213) (the "Order"). Pursuant to the Court's Order, the Clerk placed Doc. 207-7, 207-8, and 207-28 under seal and these documents remain provisionally sealed in the Court record.

4. On September 28, 2018, pursuant to the Court's Order, Defendant DFA filed a "Motion to Seal Exhibits 6, 7, and 27 to Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions of Dr. Connor" (Doc. 218) ("Motion to Seal Exhibits 6, 7, and 27"), seeking to seal three (3) exhibits attached to Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions of Dr. Connor ("Plaintiffs' Opposition to Defendants' Daubert Motion") (Doc. 207). On October 12, 2018, Plaintiffs timely filed their Response to Defendant DFA's Motion to Seal

Exhibits 6, 7, and 27.  (Doc. 221).  Thus, Defendant DFA's Motion to Seal Exhibits 6, 7, and 27 is now before the Court for consideration.

5.     Exhibit 27 (Doc. 207-28) that is the subject of Defendant DFA's Motion to Seal Exhibits 6, 7, and 27 is the same identical document that Plaintiffs attached as Exhibit 11 to Plaintiffs' Daubert Motion that is also the subject of Plaintiffs' pending Motion to Seal.  *See* Doc. 195.  Currently, Exhibit 27 has been provisionally sealed by the Court pursuant to the Order (Doc. 213) and is the subject of Defendant DFA's Motion to Seal Exhibit 6, 7, and 27 and Plaintiffs' Response thereto.  *See* Doc. 218 & Doc. 221.

6.     Because Exhibit 27 of Plaintiffs' Daubert Opposition and Exhibit 11 of Plaintiffs' Daubert Motion are the same document and Exhibit 27 is provisionally under seal pending an Order on Defendant DFA's Motion to Seal Exhibits 6, 7, and 27, the remainder of Plaintiffs' Daubert Motion other than Exhibit 11 can be publicly filed as Defendants have stated on the record that they only seek confidentiality protection as to the contents of Exhibit 11 and not any other text or exhibits constituting Plaintiffs' Daubert Motion.  Furthermore, Plaintiffs' Motion to Seal is now moot as a result and because the confidentiality protection as to Exhibit 11 will be resolved when the Court rules upon Defendant DFA's Motion to Seal Exhibits 6, 7, and 27 (Doc. 218) can be withdrawn.

WHEREFORE, Plaintiffs hereby give notice of the following:  (i) the filing in the public record of this case of Plaintiffs' Daubert Motion and exhibits, except that Exhibit 11 of Plaintiffs' Daubert Motion shall not be so filed but a cover page shall be inserted noting that the confidentiality of said exhibit is under review by the Court; and, (ii) Plaintiff's withdrawal of its prior Motion to Seal (Doc. 195) directed at sealing the entirety of Plaintiffs' Daubert Motion and exhibits because it is now moot under the present circumstances.

Respectfully submitted October 19, 2018.

/s/ H. Timothy Gillis
H. Timothy Gillis
Florida Bar No. 133876
Jeffrey S. York
Florida Bar No. 987069
Shutts & Bowen LLP
1022 Park Street, Suite 308
Jacksonville, FL 32204
Phone: (904) 899-9926
Fax: (904) 899-9965
tgillis@shutts.com
jyork@shutts.com

Patrick J. Ahern
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
(*Admitted Pro Hac Vice*)

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc., and Bi-Lo Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2018 I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ H. Timothy Gillis
Attorney