# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC. and
BI-LO HOLDINGS, LLC,

    Plaintiffs,

v.

SOUTHEAST MILK, INC., *et al.*,

    Defendants.

Case No. 3:15-cv-01143-J-39-BJD-PDB

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Dairy Farmers of America, Inc. ("DFA"), respectfully moves for an order permitting the law firm of Williams & Connolly, LLP to withdraw as its counsel. In support of the Motion, DFA states:

1. DFA's lead counsel in this matter is W. Todd Miller of the law firm Baker & Miller, PLLC.

2. DFA is also represented by Cindy A. Laquidara of Akerman LLP.

3. Steven R. Kuney and Carl R. Metz of Williams & Connolly were admitted *pro hac vice* to represent DFA as additional counsel in this matter. Effective at the end of 2018, Mr. Kuney is retiring from active practice. In anticipation of Mr. Kuney's retirement, DFA seeks permission for Williams & Connolly to withdraw as its co-counsel. DFA will continue to be represented in this matter by Mr. Miller, Ms. Laquidara and their respective law firms.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Defendants certify that they conferred in good faith with Plaintiffs' counsel and they do not oppose this Motion.

47017250;1

WHEREFORE, DFA respectfully requests that this motion be granted and Williams & Connolly be permitted to withdraw as its counsel.

DATED:  November 16, 2018           Respectfully submitted,


By: */s/ Cindy A. Laquidara*

Cindy A. Laquidara
Florida Bar No. 394246
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsmile: (904) 798-3730
Email: cindy.laquidara@akerman.com

*Attorneys for Defendants National Milk Producers Federation; Southeast Milk, Inc.; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; and Agri-Mark, Inc.*


W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

Steven R. Kuney
District of Columbia Bar No. 253286
Carl R. Metz
District of Columbia Bar No. 490663
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20016
Telephone: (202) 434-5000

Facsimile: (202) 434-5029
skuney@wc.com
cmetz@wc.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on November 16, 2018, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ *Cindy A. Laquidara*
Attorney