**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

Winn-Dixie Stores, Inc. and
Bi-Lo Holdings, LLC,

    Plaintiffs,

v.                              Case No. 3:15-cv-01143-J-39PDB

Southeast Milk, Inc., et al.,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT THE WITHDRAWAL OF
CHRISTOPHER STUART AS PLAINTIFFS' COUNSEL AND THE REMOVAL
OF LIANA ALSTON FROM BEING LISTED AS PLAINTIFFS' COUNSEL**

    Plaintiffs, Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC, ("Plaintiffs") hereby move this Court to permit: (i) the withdrawal of attorney Christopher Stuart as Plaintiffs' counsel; and (ii) the removal of Liana Alston from being listed as Plaintiffs' counsel, as both Mr. Stuart's and Ms. Alston's ECF listings as such were inadvertent, and state:

    1.    Plaintiffs have been represented by Ahern and Associates, P.C. in this matter since it was filed and Patrick J. Ahern appeared on behalf of his firm. Mr. Ahern has been admitted pro hac vice in this case. Plaintiffs are also represented, as co-counsel with Mr. Ahern, by H. Timothy Gillis and Jeffrey S. York, of the Jacksonville, Florida office of Shutts & Bowen LLP. Mr. Gillis and Mr. York are local members of the Bar of this Court and Mr. Gillis sponsored Mr. Ahern's pro hac vice appearance.

    2.    The relief requested by this Motion results from an inadvertent filing error. Specifically, on April 26, 2018, Plaintiffs filed their Response to Defendants' Motion for

Enforcement or Clarification of Order (Dkt. 158) (the "Motion").  In the Motion, the signature block for Ahern and Associates, P.C. inadvertently listed Christopher Stuart, a member of the Ahern law firm and licensed attorney, but who has not been admitted pro hac vice to practice in this case, and Liana Alston, who is Mr. Ahern's legal assistant and not a lawyer, in addition to Mr. Ahern on the signature block.  The inclusion of Mr. Stuart and Ms. Alston was a scrivener's error and an oversight and they should not have been listed under the Ahern and Associates, P.C. block, and it should have just been Mr. Ahern.

3.   After the filing of the above-referenced Response with Mr. Stuart and Ms. Alston inadvertently included on its signature block, they were then added to this case as attorneys for Plaintiffs in the ECF filing system.  As stated, Mr. Stuart has no appeared pro hac vice in this case, and Ms. Alston, while an employee of the Ahern law firm, is not an attorney.  Accordingly, to fix this inadvertent inclusion of Mr. Stuart and Ms. Alston as listed "counsel" for Plaintiffs in this case, Plaintiffs move this Court to enter an Order granting this Motion and permitting the withdrawal of Mr. Stuart as Plaintiffs' counsel and removal of Ms. Alston from the ECF system listing Plaintiffs' counsel due to the clerical error that occurred.  There is no prejudice that can occur because Plaintiffs will continue to have representation as described herein by Messrs. Gillis, York, and Ahern.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Unopposed Motion to permit attorney Christopher Stuart to withdraw as Plaintiffs' counsel in this case and to remove Liana Alston from being listed as Plaintiffs' counsel in the ECF system.

Respectfully submitted December 7, 2018.

By: */s/Jeffrey S. York*
H. Timothy Gillis
Florida Bar No. 133876
Jeffrey S. York
Florida Bar No. 0987069
Shutts & Bowen LLP
1022 Park Street, Suite 308
Jacksonville, FL 32204
Phone: (904) 899-9926
Fax: (904) 899-9965
tgillis@shutts.com
jyork@shutts.com

Patrick J. Ahern
Theodore Bell
Ahern and Associates, P.C.
8 South Michigan Avenue
Suite 3600
Chicago, IL 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
(*Admitted Pro Hac Vice*)

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc., and Bi-Lo Holdings, LLC*

## CERTIFICATE OF FAITH CONFERENCE

In accordance with Local Rule 3.01(g), prior to the filing of this Motion, counsel for Plaintiffs conferred with counsel for Defendants, who indicated that they do not oppose the relief requested in this Motion.

*/s/Jeffrey S. York*
Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 7, 2018 I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*/s/Jeffrey S. York*
Attorney
