UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

    Plaintiff,

v.                                    Case No. 3:15-cv-1143-J-39PDB

SOUTHEAST MILK, INC., NATIONAL
MILK PRODUCERS FEDERATION,
DAIRY FARMERS OF AMERICA, INC.,
LAND O'LAKES, INC., DAIRYLEA
COOPERATIVE INC., and AGRI-MARK,
INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Stipulation for Settlement Conference and Motion for Order Scheduling Submissions and Trial Pursuant to Doc. 234; Memorandum of Law in Support Thereof (Doc. 235; Stipulation). The parties state that they are willing to participate in a settlement conference on March 6, 2019 with the Honorable Patricia D. Barksdale, United States Magistrate Judge, who has confirmed the settlement conference date. Stip. ¶ 1.

The parties request that the Court retain the previously imposed February 15, 2019 deadline for Defendants to file a motion for summary judgment regarding only the issue of standing. Id. ¶¶ 2, 2(a); (see also Doc. 234 at 27 ¶ 2(a); 1/16/19 Order (setting the deadline for Defendants to file a motion for summary judgment regarding standing)). In support, the parties argue that the retention of the February 15, 2019 deadline furthers judicial economy without causing unnecessary attorneys' fees and that the briefing on

standing will provide the best opportunity for settlement. See id. ¶ 2. The parties also request that Court retain the May 1, 2019 deadline for additional dispositive or Daubert motions. Id. ¶ 2(b); see also 1/16/19 Order at 27 ¶ 2(b) (setting the deadline for dispositive and Daubert motions). The parties then state that they "will respond to the above motions thirty (30) days after filing." Stip. ¶ 2(c).

With the exception of the 30-day response time, the Court agrees with the parties' Stipulation and appreciates the parties' willingness to participate in a settlement conference. For purposes of judicial economy and efficiency and to ultimately provide the best opportunity for settlement, at this time the Court will not stay the February 15, 2019 and May 1, 2019 deadlines imposed in its 1/16/19 Order. However, in light of the parties' need for briefing on the issue of standing to help facilitate a settlement, the Court finds that an expedited response to Defendants' forthcoming motion for summary judgment is also necessary. Plaintiff shall respond to Defendants' forthcoming motion prior to the March 6, 2019 settlement conference.

Accordingly, after due consideration, it is

**ORDERED:**

1. This matter is **REFERRED** to the Honorable Patricia D. Barksdale, United States Magistrate Judge, to conduct a settlement conference on **March 6, 2019.**

2. On or before **March 13, 2019**, the parties shall file a joint notice advising the Court of the outcome of the settlement conference and what issues, if any, remain pending in this matter.

3. In accordance with the Court's January 16, 2019 Order (Doc. 234), on or before **February 15, 2019**, Defendants may file a motion for summary judgment regarding

only the issue of standing. Defendants' motion shall not exceed **fifteen (15) pages** in length. On or before **March 1, 2019**, Plaintiff shall file a response to the motion, which shall not exceed **fifteen (15) pages** in length. The Court does not anticipate granting leave to file reply briefs.

    4. The dispositive and <u>Daubert</u> motions deadline remains set for **May 1, 2019**.

    5. The Court will enter an amended case management and scheduling order forthwith setting the case for trial.

**DONE** and **ORDERED** in Jacksonville, Florida this 4th day of February, 2019.

                                          BRIAN J. DAVIS
                                          United States District Judge

5
Copies furnished to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record