United States District Court
Middle District of Florida
Jacksonville Division

**WINN-DIXIE STORES, INC.,**

    *Plaintiff,*

v.                                                                                            NO. 3:15-cv-1143-J-39PDB

**SOUTHEAST MILK, INC., ETC.,**

    *Defendants.*

---

### Order Setting Settlement Conference

Upon request and referral from the District Judge, the undersigned will conduct a settlement conference on **March 6, 2019, at 10:00 a.m.,** at the Bryan Simpson United States Courthouse, in Courtroom 5B (5th floor), 300 North Hogan Street, Jacksonville, Florida, 32202. Counsel and party representatives with full settlement authority must attend in person.

No later than **March 1, 2019**, each party must submit to the undersigned a confidential letter setting forth, at a minimum, the key issue or issues that remain, the minimum and maximum amounts of damages, the last rejected offer (if any), and the name and title of each party representative. The letters are for the undersigned's benefit only, and the undersigned will not disclose their content. The parties should send them directly to chambers by hand-delivery, facsimile, ((904) 549-1957), or email (chambers_flmd_barksdale@flmd.uscourts.gov) without providing a copy to opposing counsel. The undersigned will destroy them after the settlement conference regardless of whether the parties settle.

Please note that anyone entering the courthouse must have photo identification and that only lawyers with either a Florida Bar identification card or a

pro-hac-vice order may enter the courthouse with electronic devices. *See* General Order, Doc. 1, No. 6:13-mc-94-Orl-22.

**Ordered** in Jacksonville, Florida, on February 6, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Counsel of Record