UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

    Plaintiff,

v.

SOUTHEAST MILK, INC., *et al.*,

    Defendants.

Case No. 3:15-cv-1143-J-39PDB

# DECLARATION OF SARAH H. CATALANO AND INDEX OF EXHIBITS

I, Sarah H. Catalano, declare as follows:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am an associate at Eimer Stahl LLP, counsel for Defendant Land O'Lakes, Inc. in this action. I make this declaration in support of Defendants' Renewed Motion and Supporting Memorandum for Summary Judgment on Standing, dated February 15, 2019.

3. Attached hereto as Exhibit 1 is a true and correct copy of the "About Us" page obtained on February 14, 2019, from the Winn-Dixie website. *Winn-Dixie About Us*, https://www.winndixie.com/about (last visited February 14, 2019).

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Expert Report of Dr. John Connor, dated December 18, 2017, produced by Plaintiff Winn-Dixie Stores, Inc. ("Winn-Dixie").

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Third Amended Responses to Defendant DFA's First Set of Interrogatories, dated August 6, 2018.

1

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Defendant Southeast Milk, Inc. ("SMI"), which is the Asset Purchase Agreement by and among Plaintiff Winn-Dixie, Winn-Dixie Properties, LLC, Winn-Dixie Warehouse Leasing, LLC, Winn-Dixie Logistics, Inc., Sunshine State Dairy Farms, LLC, and Defendant SMI, dated February 26, 2008, bearing Bates numbers SMI-019748-SMI-020025.

7. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Amended Response to Defendants' First Set of Requests for Admission, dated May 30, 2018.

8. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Second Amended Response to Agri-Mark's First Set of Interrogatories, dated August 6, 2018.

9. Attached hereto as Exhibit 7 is a true and correct copy of an Amendment to the Asset Purchase Agreement by and among Plaintiff Winn-Dixie, Winn-Dixie Properties, LLC, Winn-Dixie Warehouse Leasing, LLC, Winn-Dixie Logistics, Inc., Sunshine State Dairy Farms, LLC, and Defendant SMI, dated April 30, 2008.

10. Attached hereto as Exhibit 8 is a true and correct copy of Schedule D to the Asset Purchase Agreement dated February 26, 2008.

11. Attached hereto as Exhibit 9 is a true and correct copy of a Lease Agreement between ZSF/WD Hammond, LLC and Winn-Dixie Louisiana, Inc., dated August 10, 1999.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the March 6, 2018 deposition transcript of Graham Leary.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the February 13, 2018 deposition transcript of Plaintiff's Expert, Dr. John M. Connor.

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Amended Response to Defendants' First Set of Requests for Production, dated May 30, 2018.

15. Attached hereto as Exhibit 13 is a true and correct copy of a Supply Agreement between BI-LO, LLC and C&S Wholesale Grocers, Inc., dated May 10, 2013, obtained on February 14, 2019 from the website of the U.S. Securities and Exchange Commission. *Bi-Lo/Winn-Dixie Supply Agreement*, https://www.sec.gov/Archives/edgar/data/1587205/ 000119312513423126/d598593dex102.htm.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February 2019 in Chicago, Illinois

                                       _/s/ *Sarah H. Catalano*_____

# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | "About Us" page obtained on February 14, 2019 from the Winn Dixie website. Winn-Dixie About Us, https://www.winndixie.com/about (last visited February 14, 2019) |
| 2 | Excerpts from the Expert Report of Dr. John Connor, dated December 18, 2017 |
| 3 | Plaintiffs' Third Amended Responses to Defendant DFA's First Set of Interrogatories, dated August 6, 2018 |
| 4 | Asset Purchase Agreement by and among Winn-Dixie Stores, Inc., Winn-Dixie Properties, LLC, Winn-Dixie Warehouse Leasing, LLC, Winn-Dixie Logistics, Inc., Sunshine State Dairy Farms, LLC, and Southeast Milk, Inc., dated February 26, 2008 |
| 5 | Plaintiffs' Amended Response to Defendants' First Set of Requests for Admission, dated May 30, 2018 |
| 6 | Plaintiffs' Second Amended Response to Agri-Mark's First Set of Interrogatories, dated August 6, 2018 |
| 7 | Amendment to the Asset Purchase Agreement by and among Plaintiff Winn-Dixie, Winn-Dixie Properties, LLC, Winn-Dixie Warehouse Leasing, LLC, Winn-Dixie Logistics, Inc., Sunshine State Dairy Farms, LLC, and Defendant SMI, dated April 30, 2008 |
| 8 | Schedule D to the Asset Purchase Agreement dated February 26, 2008 |
| 9 | Lease Agreement between ZSF/WD Hammond, LLC and Winn-Dixie Louisiana, Inc., dated August 10, 1999 |
| 10 | Excerpts from the March 6, 2018 deposition transcript of Graham Leary |
| 11 | Excerpts from the February 13, 2018 deposition transcript of Plaintiff's Expert, Dr. John M. Connor |
| 12 | Plaintiffs' Amended Response to Defendants' First Set of Requests for Production, dated May 30, 2018 |
| 13 | Supply Agreement between Bi-Lo, LLC and C&S Wholesale Grocers, Inc., dated May 10, 2013, obtained on February 14, 2019 from the website of the U.S. Securities and Exchange Commission. *Bi-Lo/Winn-Dixie Supply Agreement*, https://www.sec.gov/Archives/edgar/data/1587205/000119312513423126/d598593dex102.htm |