**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| WINN-DIXIE STORES, INC., | Case No. 3:15-CV-01143-BJD-PDB |
| Plaintiff, | |
| v. | **JOINT SUBMISSION ON SETTLEMENT CONFERENCE AND REMAINING ISSUES** |
| SOUTHEAST MILK, INC., et al., | |
| Defendants. | |

Plaintiff and Defendants respectfully make this submission, pursuant to this Court's Order dated February 4, 2019 (ECF No. 236), regarding the outcome of the Settlement Conference held on March 6, 2019 before Magistrate Judge Barksdale, and regarding the remaining issues to be decided in this case prior to trial.

A.  **OUTCOME OF THE MARCH 6, 2019 SETTLEMENT CONFERENCE**

Plaintiff and Defendants wish to inform this Court that they were unable to settle this case at the March 6, 2019 Settlement Conference held before Magistrate Judge Barksdale.

B.  **PLAINTIFF'S SUMMARY OF REMAINING ISSUES PRIOR TO TRIAL**

Plaintiff submits this list of issues to be decided prior to trial (or at trial if summary judgment is either not sought on the issue or not appropriate):

(1) Whether the Per Se Rule or the Rule of Reason applies to Defendants' conduct,

(2) Whether either party is entitled to Summary Judgment under either the Per Se Rule or the Rule of Reason,

(3) Whether Defendants are entitled to Capper Volstead immunity,

(4) Whether Plaintiff's expert or Defendants' experts will be excluded,

(5) The period for which Plaintiff may seek damages, and

(6) Whether Defendants will be allowed to assert the defense of lack of standing that they have set forth in their Motion for Summary Judgment on the Issue of

Standing (Dkt. 242), and if so, whether Defendants are entitled to Summary Judgment on that issue,

(7) Whether Plaintiff are entitled to the relief set forth in its Motion to Compel (Dkt. 222) pending before Magistrate Judge Barksdale;

(8) On the timing of the trial in this matter, as raised by Defendants in Paragraph No. 1 below, Defendants make the suggestion that they could file their Summary Judgment and Daubert motions on or by April 1, 2019 (in Paragraph No. 9 below), no doubt implying that this might allow a trial in this case before Defendants' trial in the First Impressions class action and Plaintiff's and Plaintiff's counsel trial in the Eggs multidistrict case. However, even if this deadline was moved forward, and even if this Court issued a ruling on 5 motions – 3 Summary Judgment motions and 2 Daubert motions – within 60 days (which would arguably not give this Court enough time to rule on the motions), the earliest a trial could be scheduled would be in early September, less than one month before Defendants' trial in First Impressions and less than two months before Plaintiff's and Plaintiff's counsel trial in the Eggs multidistrict case.[1] Therefore, not only would this suggestion arguably not allow the Court enough time to rule on 3 Summary Judgment motions and 2 Daubert motions, but also it would still would not allow

---

[1] The Eggs multidistrict litigation trial is scheduled for a "liability trial phase beginning October 31, 2019 with jury and continuing with damages phase with *same jury* beginning December 9, 2019." (Dkt. 249-1 at 2.)(Emphasis added.)

this case to be tried without running into preparation for Defendants' trial in First Impressions and Plaintiff's trial in Eggs.[2]

Finally, of course, there will be issues raised on motions in limine, relating to the Pretrial Order materials and at trial regarding the admissibility of evidence and other issues relating to the trial of this case.

C. **DEFENDANTS' SUMMARY OF REMAINING ISSUES PRIOR TO TRIAL**

The parties did not resolve any issues at the settlement conference and all issues raised by the pleadings remain pending in this case, except for those previously resolved by the Court. Defendants further state that the following motions are currently pending:

1. Assignment of the matter for a trial term, which is the subject of competing submissions by Plaintiff (ECF No. 249) and Defendants (ECF No. 251)

2. Defendants' Renewed Motion for Summary Judgment on Standing (ECF No. 242) and opposition (ECF No. 247)

3. Defendants' Motion to Seal Pursuant to Confidentiality Agreement and Opposition (ECF No. 241)

4. Defendant Dairy Farmers of America's Motion to Seal Unredacted Exhibit Containing Pricing Information (ECF No. 192). No opposition was filed.

5. Defendants' Motion to Seal Pursuant to Confidentiality Agreement and Opposition (ECF No. 193).

---

[2] Moreover, Plaintiff's pending Motion to Compel (Dkt. 222), if granted, would require Plaintiff and Defendants to take depositions of at least several witnesses and maybe more, particularly since Magistrate Judge Barksdale indicated that she would entertain discovery directed to the newly named witnesses (Dkt. 178 at p. 15).

6. Plaintiff's Motion to Seal (ECF No. 195), and opposition (ECF No. 202)

7. Defendant Dairy Farmers of America, Inc.'s Motion to Seal (ECF No. 218), and Plaintiffs' Response to Defendant Dairy Farmers of America, Inc.'s Motion to Seal (ECF No. 221)

8. Plaintiff's Motion to Compel Defendants to Identify or Narrow List of Witnesses That They Intend to Call at Trial (ECF No. 222), and Defendants' Response in Opposition to Plaintiffs' Motion to Compel Defendants to Identify or Narrow List of Witnesses that They Intend to Call at Trial (ECF No. 224)

9. In addition, the parties have until May 1, 2019 to file summary judgment motions on remaining merits issues and Daubert motions. In Defendants' Response to Plaintiff's Notice of Availability Regarding the Timing of Trial (ECF No. 251), Defendants noted that they "intend to file before May 1, 2019 and would be willing to move the deadline for these motions to April 1, 2019."

Dated: March 13, 2019

By: /s/ *H. Timothy Gillis*
H. Timothy Gillis, Trial Counsel
Florida Bar No. 133876
Jeffrey S. York
Florida Bar No. 0987069
Shutts & Bowen LLP
1022 Park Street, Suite 308
Jacksonville, Florida 32204
Phone: (904) 899-9926
Fax: (904) 899-9965
tgillis@shutts.com
jyork@shutts.com

/s/ *Patrick J. Ahern*
Patrick J. Ahern (admitted Pro Hac Vice)
Theodore Bell (admitted Pro Hac Vice)
Ahern and Associates, P.C.
Willoughby Tower
8 South Michigan Avenue
Suite 3600
Chicago, Illinois 60603
(312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

*Attorneys for Plaintiff Winn-Dixie Stores, Inc.*

Respectfully Submitted,

By:  /s/ *Cindy A. Laquidara*
Florida Bar No. 394246
Email: cindy.laquidara@akerman.com
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Defendants National Milk Producers Federation; Southeast Milk, Inc.; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; and Agri-Mark, Inc.*

Jonathan B. Sallet
District of Columbia Bar No. 336198
John J. Kavanagh
New York Bar No. 2858074
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jsallet@steptoe.com
jkavanagh@steptoe.com

*Attorneys for Defendant National Milk Producers Federation aka Cooperatives Working Together*

Michael J. Beaudine, Esq.
Florida Bar No. 0772763
beaudine@lseblaw.com
LATHAM, SHUKER, EDEN & BEAUDINE, LLP
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801

*Attorneys for Defendant Southeast Milk, Inc.*

W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*


Nathan P. Eimer
Illinois State Bar No. 00735353
Scott C. Solberg
Illinois State Bar No. 6204487
Benjamin E. Waldin
Illinois State Bar No. 6317991
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com

*Attorneys for Defendant Land O'Lakes, Inc.*


Jill M. O'Toole
Connecticut No. 414338
Diane C. Polletta
Connecticut No. 428468
John D. DiMarco
Connecticut No. 435220
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103

Telephone: (860) 251-5000
Facsimile: (860) 251-5218
jotoole@goodwin.com
dpolletta@goodwin.com
jdimarco@goodwin.com

*Attorneys for Defendant Agri-Mark, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on March 13, 2019, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

DATED:  March 13, 2019            */s/     H. Timothy Gillis*