# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

        Plaintiff,

   v.

SOUTHEAST MILK, INC., *et al.*,

        Defendants.

Case No. 03:15-cv-1143-J-39-BJD-PDB

## <u>NOTICE OF COMPLIANCE WITH COURT ORDER (DOC. 254)</u>

Defendants, by and through undersigned counsel, hereby comply with Court Order

Doc. 254 and file on the public docket unsealed versions of the following documents, which are

filed here with as Exhibits A-J to this Notice:

| Ex. | Original Docket No. | Description |
|---|---|---|
| A | 188-14 | Ex. 14 - Excerpts of the March 30, 2018 deposition transcript of Dwight Moore |
| B | 188-15 | Ex. 15 - Excerpts of the May 11, 2018 deposition of Donald Bernos |
| C | 188-17 | Ex. 17 - Email from Graham Leary, Vice President-Strategic Sourcing of Winn-Dixie, to Bennet Nussbaum, Chief Financial Officer of Winn-Dixie, and others dated February 20, 2009 |
| D | 188-29 | Ex. 29- Plaintiffs' Amended Response to Defendants' First Set of Requests for Admission dated May 30, 2018 |
| E | 243-2 | Ex. 2 - Excerpts from the Expert Report of Dr. John Connor, dated December 18, 2017 |
| F | 243-3 | Ex. 3 - Plaintiffs' Third Amended Responses to Defendant DFA's First Set of Interrogatories, dated August 6, 2018 |
| G | 243-5 | Ex. 5 - Plaintiffs' Amended Response to Defendants' First Set of Requests for Admission, dated May 30, 2018 |
| H | 243-10 | Ex. 10 - Excerpts from the March 6, 2018 deposition transcript of Graham Leary |
| I | 243-11 | Ex. 11 - Excerpts from the February 13, 2018 deposition transcript of Plaintiff's Expert, Dr. John M. Connor |

| J | 243-12 | Ex. 12 - Plaintiffs' Amended Response to Defendants' First Set of Requests for Production, dated May 30, 2018 |

Dated:  April 15, 2019

By: */s/ Cindy A. Laquidara*
Cindy A. Laquidara
Florida Bar No. 394246
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
cindy.laquidara@akerman.com
*Attorneys for Defendants National Milk*
*Producers Federation, Southeast Milk, Inc.;*
*Dairy Farmers of America, Inc., Land*
*O'Lakes, Inc.; and Agri-Mark, Inc.*

Michael J. Beaudine, Esq
Florida Bar No. 0772763
LATHAM, SHUKER, EDEN &
BEAUDINE, LLP
111 N. Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
beaudine@lseblaw.com

*Attorneys for Defendant Southeast Milk, Inc.*

W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

Nathan P. Eimer
Illinois State Bar No. 00735353
Scott C. Solberg
Illinois State Bar No. 6204487
Ben E. Waldin
Illinois State Bar No. 6317991
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com

*Attorneys for Defendant Land O'Lakes, Inc.*

Jill M. O'Toole
Connecticut No. 414338
Diane C. Polletta
Connecticut No. 428468
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
jotoole@goodwin.com
dpolletta@goodwin.com
*Attorneys for Defendant Agri-Mark, Inc.*

Jonathan B. Sallet
District of Columbia Bar No. 336198
John J. Kavanagh
New York Bar No. 2858074
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jsallet@steptoe.com
jkavanagh@steptoe.com
*Attorneys for Defendant National Milk
Producers Federation aka Cooperatives
Working Together*

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2019, I electronically filed the foregoing with the Clerk of

Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal

Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to

all counsel of record.

/s/*Cindy A. Laquidara*_____
Cindy A. Laquidara, Esq.

7567269