# EXHIBIT A

# Exhibit 14

```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORDIA
                  JACKSONVILLE DIVISION
                  3:15-CV-1143 J 39PDB
```

---------------------------------------

Winn-Dixie Stores, Inc. and
Bi-Lo Holdings, Inc.

       Plaintiffs,                      V I D E O

        vs.                        D E P O S I T I O N

Southeast Milk, Inc., National Milk
Producers Federation, aka Cooperatives
Working Together, Dairy Farmers of
America, Inc., Land O'Lakes, Inc.
Dairylea Cooperative, and
Agri-Mark, Inc.

       Defendants.

---------------------------------------

_____

DWIGHT MOORE
_____

    2600 Yorkmount Road, the Mulberry Room
    Charlotte, North Carolina 28208

      Friday, March 30, 2018
          9:00 a.m.

_____
  Atlantic Professional Reporters, Ltd.
    Winston-Salem, NC 27116-1692

```
 1                           NOTES

 2    Page:Line      Subject Matter         Relates To        Action

 3    _____/_____

 4    _____/_____

 5    _____/_____

 6    _____/_____

 7    _____/_____

 8    _____/_____

 9    _____/_____

10    _____/_____

11    _____/_____

12    _____/_____

13    _____/_____

14    _____/_____

15    _____/_____

16    _____/_____

17    _____/_____

18    _____/_____

19    _____/_____

20    _____/_____

21    _____/_____

22    _____/_____

23    _____/_____

24    _____/_____

25
```

```
 1                APPEARANCES OF COUNSEL
 2
 3
 4        Patrick J. Ahern, Esquire
 5        AHERN & ASSOCIATES, P.C.
 6        Attorneys for Plaintiffs
 7        8 South Michigan Avenue
 8        Suite 3600
 9        Chicago, Illinois 60603
10
11
12
13        Erin Ann Glavich, Esquire
14        BAKER & MILLER, PLLC
15        Attorneys for Defendants
16        Suite 300
17        2401 Pennsylvania Avenue NW
18        Washington, DC 20037
19
20
21
22
23        Also in Attendance:   Liara Alston, paralegal
24        Robert Scott Swing, CLVS, Videographer
25
```

1     Q    Just so I have a time line.  So you took
2  the director of dairy operations position in 2001?
3  2000?
4     A    I came to Winn-Dixie's corporate office
5  in 2007.  No, no, no.  Let's see.  I left in two
6  thousand-- seven years before 2004, the late '90s,
7  as a director of plant operations.
8          I was the responsible for three dairies
9  and some other plants and then I am going to say,
10 roughly 2001, 2002, I took over responsibility for
11 all the dairy plants and those dates are a good
12 guess.
13    Q    I am just going to recap to make sure I
14 have this right.  You let me know if I am wrong.
15    A    Okay.
16    Q    So in the late '90s you joined
17 Winn-Dixie's--
18    A    Corporate staff.
19    Q    Corporate staff.
20    A    Yes.  I believe it was 1997.
21    Q    What was the title of that position?
22    A    That title was director of plant
23 operations.
24    Q    Then in that position you said you were
25 in charge of three--

```
 1        A     Yes.
 2              MR. AHERN:  Object to the form.
 3   BY MS. GLAVICH:
 4        Q     Which newspapers?
 5        A     Jacksonville Times Union.
 6        Q     Any others?
 7        A     No.
 8        Q     You watched the news on TV?
 9        A     Occasionally, yes.
10        Q     Is there any particular channels?
11        A     No, not really.
12        Q     Do you ever read the New York Times?
13        A     No.
14        Q     Would you keep yourself up-to-date on
15   dairy news?
16              MR. AHERN:  Object to the form.
17              THE WITNESS:  I would try.
18   BY MS. GLAVICH:
19        Q     How so?
20        A     Keeping up with the dairy news.
21        Q     But what would you do to keep up with
22   the dairy news?
23        A     Read the Dairy Foods Magazine, the IDFA
24   News, those type of things so I could keep up on
25   what's going on in the industry.
```

1      Q    So you're reading these magazines, but
2   you never heard of the Cooperatives Working
3   Together?
4      A    No.  I have heard of it.
5      Q    When did you hear of it?
6      A    I can't answer that because I don't
7   know.
8      Q    Was it while you were working at
9   Winn-Dixie?
10     A    I don't know.
11     Q    You don't know?
12     A    No, I don't know.  I have no idea when
13  it started, so I can't pinpoint when I learned of
14  it.
15     Q    You think it is possible that you heard
16  about it when you were at Winn-Dixie?
17          MR. AHERN:  Object to the form.
18          THE WITNESS:  It is possible.
19  BY MS. GLAVICH:
20     Q    Is there anything that would refresh
21  your recollection as to when you would have heard
22  about it?
23     A    No.
24     Q    Do you know what the National Milk
25  Producers Federation is?

Page 87

State of North Carolina )

)

Orange County )

CERTIFICATE OF THE REPORTER

I, Thomas Stephen Hubbard, Jr, do hereby certify that the witness whose deposition is hereinbefore set forth was duly sworn by me, a duly authorized notary in and for the State of North Carolina, and that the within transcript is a true and accurate reflection of the testimony herein.

I further certify that I am not related by blood or marriage to any of the parties who are at issue in this cause of action.

IN WITNESS WHEREOF, I have hereunto set my hand this 31st day of March 2018.

Thomas S. Hubbard, Jr.

Court Reporter and Notary Public

My Commission Expires September 28, 2022