# EXHIBIT B

# Exhibit 15

```
1        UNITED STATES DISTRICT COURT
2         MIDDLE DISTRICT OF FLORIDA
3           JACKSONVILLE DIVISION
4
5   WINN-DIXIE STORES, INC.
    AND BI-LO HOLDINGS, LLC
6            Plaintiffs
                                      CASE NO. 315-cv-
7   V.                                01143(BJD)(PDB)
8   SOUTHEAST MILK, INC.
    ET AL
9            Defendants
10
11
12
13    The testimony of
14          DONALD T. BERNOS,
15  taken by the defendant, Land O'Lakes, Inc.,
16  pursuant to notice and the within stipulation,
17  at the Microtel Inn and Suites by Wyndham,
18  Strawberry Conference Room, 727 West Pine Street,
19  Ponchatoula, Louisiana, beginning at 9:05 a.m.,
20  on Friday, May 11, 2018.
21
22  BEFORE:  Margie P. Betts
23           Certified Court Reporter
24           in and for the State of Louisiana
25  Job No. 142002
```

1           A P P E A R A N C E S
2

   FOR THE PLAINTIFFS, WINN-DIXIE STORES, INC. AND
3  BI-LOW HOLDINGS, LLC:
4     AHERN AND ASSOCIATES
      8 South Michigan Avenue
5     Chicago, Illinois  60603
      BY:    PATRICK AHERN, ESQ.
6
7
8
9  FOR THE DEFENDANT, LANK OF LAKES. INC.:
10    EIMER STAHL
      224 South Michigan Avenue
11    Chicago, Illinois  60604
      BY:    DANIEL BIRK, ESQ.
12           SARAH CATALANO, ESQ.
13
14
15
   ALSO PRESENT:
16
      Liana Alston, Paralegal, Ahern &
17    Associates, PC
18    Todd Meaux, Videographer
19
20                  * * * * *
21
22
23
24
25

1    Q.    Were you ever asked to investigate the
2   reason for supply shortages?
3    A.    No.
4    Q.    Did you ever investigate the reason
5   for supply shortages?
6     MR. AHERN:
7          Object to the form.
8    A.    No.
9   BY MR. BIRK:
10   Q.    Did you ever hear any reasons for
11  supply shortages?
12    MR. AHERN:
13         Object to the form.
14   A.    All we heard it was heat-related.
15  Stress on the cows from the heat.
16  BY MR. BIRK:
17   Q.    Anything else?
18   A.    That's all I was ever aware of.
19   Q.    While you were Plant Manager at
20  Hammond, between 2001 and 2008, did you ever
21  hear about a program that paid dairy farmers to
22  retire their herds?
23   A.    Yes.  The federal program.
24    MR. AHERN:
25         Object to form.

Page 28

1   BY MR. BIRK:
2       Q.    Sorry, can you say that again, please.
3       A.    The federal program.
4       Q.    What did you hear?
5       A.    Hearsay through farmers and truck
6   drivers that the federal government was buying
7   out farms.  And all the farmers wanted to be
8   bought out, because it was big payday for them.
9       Q.    When was that?
10      A.    That seemed like that went on always,
11  time and time again, off and on, always.
12      Q.    In 2001?
13      A.    Yes.
14      Q.    Around that time, 2003?
15      A.    I don't know the exact years, but, I
16  mean, that -- seemed like that was always on the
17  conversation of the farmers and drivers.
18      Q.    You talked to dairy farmers?
19      A.    The drivers would talk to the farmers,
20  and I would talk to -- the drivers would tell
21  stories.
22      Q.    Who were the drivers, who did they
23  work for?
24      A.    Dairy Farmers.
25      Q.    Of America?

1  A. I remember Mr. Lee's name.  I don't
2 remember Ms. Catalano's name.
3  Q. Okay.  Do you remember if Mr. Lee
4 asked you whether you were represented by an
5 attorney?
6  A. Yes.
7  Q. And what did you say?
8  A. He asked me if I'd heard from anyone,
9 and I said no.  And he mentioned had I heard
10 from Patrick Ahern about representing me.  And
11 the answer was no, I had not heard.
12  Q. Okay.  And did he -- did you say that
13 you were represented by an attorney at that
14 time?
15  A. I was not.
16  Q. Did Mr. Lee call you again after that
17 phone call?
18  A. Seems like we called -- talked a
19 couple of times, yes.
20  Q. Did Mr. Lee ask you whether you'd ever
21 heard about the herd retirement program?
22 MR. AHERN:
23   Object to the form.
24  A. Yes.
25 BY MR. BIRK:

1    Q.    And what did you say?
2    A.    The federal program was the one I had
3    heard of, yes.
4    Q.    Did you say federal program to Mr.
5    Lee?
6    A.    Yes.
7    Q.    Are you pos --
8    A.    More than once.
9    Q.    You're positive you said federal
10   program?
11   A.    Yes.
12   Q.    Did you say that this -- that you had
13   heard of the program and that it was the program
14   where they bought out farmers?
15   A.    Federal program where they -- where
16   they reduced herds buying out farmers, yes.
17   Q.    Did you say that you knew that the
18   herd retirement program went on for many years?
19   A.    I don't believe that was part of the
20   conversation.
21   Q.    You don't know whether you did?
22   A.    He did -- I don't recall that question
23   being asked or answered.
24   Q.    Did you say that you had heard about
25   it on and off during the time as Plant Manager

Page 64

1    for Winn-Dixie?
2      A.    I don't believe that was discussed.
3    It was a quick phone call in a car, so it wasn't
4    --
5      Q.    Okay.  Would you please turn to page 3
6    in this declaration.  I'd like to direct your
7    attention to paragraph 12.  This is Ms.
8    Catalano's declaration which she has testified
9    to under penalty of perjury.  She testifies that
10   she was on this call with you.  She says, "Mr.
11   Lee asked Mr. Bernos whether he had ever heard
12   of the herd retirement program.  Mr. Bernos
13   quickly responded that he had heard of the
14   program and said that it was the program where
15   they bought out farmers.  Mr. Bernos also said
16   that he knew the herd retirement program went on
17   for many years and that he had heard about it on
18   and off during his time as Plant Manager for
19   Winn-Dixie."  Does this refresh your memory, at
20   all, about that phone call?
21     MR. AHERN:
22           Object to the form.
23     A.    Except that the word fed's not in
24   there.  And I know I mentioned federal program
25   more than once.

1     BY MR. BIRK:
2         Q.    Other than that, this -- what's said
3     in this paragraph is correct?
4         MR. AHERN:
5               Object to the form.  Mischaracterizes
6     his testimony.
7         A.    Yes.
8     BY MR. BIRK:
9         Q.    So you said that you knew the prog --
10    herd retirement program went on for many years?
11        MR. AHERN:
12              Object to the form.
13        A.    Over the years, yes.
14    BY MR. BIRK:
15        Q.    And you said you had heard about it on
16    and off during your time as Plant Manager for
17    Winn-Dixie?
18        A.    Yes.
19        MR. AHERN:
20              Object to the form.
21        A.    And that hearsay.  Like I say, it was
22    from driver -- from farmer, to driver, to me.
23    So it was hearsay.
24    BY MR. BIRK:
25        Q.    You had heard about it from drivers

Page 66

1  and they had said they had heard about it from
2  farmers?
3      A.    Yes.
4      Q.    Did they say anything else about the
5  program?
6      A.    No.
7      Q.    Did you ask them anything about the
8  program?
9      A.    No.
10     Q.    Did you say to Mr. Lee that you didn't
11 know much about the program?
12     MR. AHERN:
13           Object to the form.  What program are
14    you talking about?
15     MR. BIRK:
16           The herd retirement.
17 BY MR. BIRK:
18     Q.    Did you tell Mr. Lee that you didn't
19 know much about the herd retirement program?
20     A.    I don't know.  I don't remember what I
21 told Mr. Lee.
22     Q.    Did you ever say that you heard about
23 it from the health inspectors that would inspect
24 the plant?
25     A.    That may -- that may be true.

Page 67

1   Q.    You may have said that to him?
2   A.    I may have said that to him, yes.
3   Q.    Is it true that you heard about the
4   program from health inspectors?
5   A.    There were a couple of local health
6   inspectors that I was pretty good friends with,
7   and they may have mentioned it in their visits.
8   I'm not positive of that, but seems like it
9   could have happened.
10  Q.    When did you speak to health
11  inspectors --
12  MR. AHERN:
13        Object to the form.
14  Q.    -- as --
15  A.    They would spend -- they would monthly
16  -- do monthly inspections in our plant.
17  BY MR. BIRK:
18  Q.    And would you talk to them as Plant
19  Manager?
20  MR. AHERN:
21        Object to the form.
22  A.    Yes.
23  BY MR. BIRK:
24  Q.    And you were Plant Manager between
25  2001 and 2007?

1     MR. AHERN:
2          Object to the form.
3     MR. BIRK:
4          I'm sorry.  2008.
5     A.   Yes.
6  BY MR. BIRK:
7     Q.   Did you say that you had heard about
8  the program through the grapevine?
9     MR. AHERN:
10         Object to the form.
11    A.   I don't remember the conversations
12 exactly.
13    MR. AHERN:
14         What are you --
15 BY MR. BIRK:
16    Q.   Did you say --
17    MR. AHERN:
18         What are you reading off of there?
19    This is not in the declaration.
20 BY MR. BIRK:
21    Q.   Did you say, Mr. Bernos, that you
22 might have heard about the program as early as
23 2001?
24    MR. AHERN:
25         Object to the form.

1    A.    I don't remember.
2    MR. AHERN:
3         Once again, I ask what your reading
4    from, Mr. -- Mr. Birk?
5    MR. BIRK:
6         Please note for the record that Mr.
7    Ahern is continuing to obstruct the
8    deposition with speaking objections and
9    interjections that are improper.
10        Let's take a ten-minute break.
11   (Reporter's note:  A brief recess followed,
12   after which testimony resumed.)
13   BY MR. BIRK:
14   Q.    Mr. Bernos, did you take any steps to
15   prepare for this deposition?
16   A.    Speaking with Mr. Ahern yesterday.
17   Yes.
18   Q.    Did you take any other steps?
19   A.    No.
20   Q.    Is that the only time you met with Mr.
21   Ahern?
22   A.    Yes
23   Q.    How long did that meeting last?
24   A.    An hour or two.
25   Q.    Have you communicated with anyone else