# **EXHIBIT C**

# Exhibit 17

Message

| | |
|---|---|
| **From:** | Graham Leary [/O=WINNDIXIEUS/OU=HDQ/CN=RECIPIENTS/CN=USERS/CN=LEARYGA] |
| **Sent:** | 2/20/2009 6:48:14 PM |
| **To:** | Bennett Nussbaum [/O=WINNDIXIEUS/OU=HDQ/CN=RECIPIENTS/CN=Nussbbl]; Sheila Reinken [/O=WINNDIXIEUS/OU=HDQ/CN=RECIPIENTS/CN=Reinksc]; Matthew Gutermuth [/O=WINNDIXIEUS/OU=HDQ/CN=RECIPIENTS/CN=Gutemmg]; Joe McKie [/O=WINNDIXIEUS/OU=HDQ/CN=RECIPIENTS/CN=Mckiej]; Raymond Rhee [/O=WINNDIXIEUS/OU=HDQ/CN=RECIPIENTS/CN=RheeRM] |
| **Subject:** | FW: March 2009 Milk Pricing Letter |
| **Attachments:** | Fuel Surcharge Letter.doc; 032009 Pricing announcement.doc; 032009 Pricing Letter.xls |

I was speaking with Calvin today. He asked me to communicate some points on the Dairy market:

- Milk prices have collapsed to July 1978 levels
- There's an exodus from Dairy Farms
- In the U.S West, slaughters cannot handle the volume of dairy cows. Reports of farmer suicides
- In recent times, when milk prices became depressed farmers could sell some of their herd, or land. Given the banking crisis, accompanied with falling land values this has eliminated that option
- Calvin is forecasting a V shaped recovery of dairy prices, earliest Q4'09

Graham

---

**From:** Lou Ann Edge [mailto:ledge@ssdfllc.com]
**Sent:** Friday, February 20, 2009 11:13 AM
**To:** Graham Leary; Raymond Rhee
**Subject:** FW: March 2009 Milk Pricing Letter

Pricing letter attachments are below.

Thank you,


Lou Edge

Office Manager

Sunshine State Dairy Farms, LLC

813-707-5263

---

**From:** Shana Wooten
**Sent:** Friday, February 20, 2009 11:03 AM
**To:** (GFB_SAB@msn.com); Bill Seago; Bob Ulrey; Brenda Reilly; Bryce Kelly; David ; Dennis Stone; Elma Chan-Glucksman; Fran Wiesen; Ginnie Widmer; Hato Potrero; Howard Hutchinson (howard@mbproducts.com); jana unterman; Jeff Sims; Jerry Dryer; Jim Sleper; John Cook; John Fisher; Joy Cannon; Kelly Morgan; Lisa Schneier; Lou Ann Edge; Lynn Heller; Mary Garner; Michael Denman ; Norm Rasmussen; Richard Goldner; Sue Mosley; 'Tricia.frazier@veldafarms.com'; Tucker Arrington
**Subject:** March 2009

DEFENDANT'S EXHIBIT 19

Highly Confidential                                                                                         WD1143_000609

<<Fuel Surcharge Letter.doc>> <<032009 Pricing announcement.doc>> <<032009 Pricing Letter.xls>>

Shana Wooten
PPD/MMS Supervisor
(352) 347-4935
fax (352) 307-6041

Highly Confidential