# EXHIBIT E

# Exhibit 2

# EXPERT REPORT
# OF
# JOHN M. CONNOR, PH.D.

**In the matter of**

*Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*
*v.*
*Southeast Milk, Inc., National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agrimark, Inc.*

**OnPoint Analytics, Inc.**

**Highly Confidential**
**Pursuant to Protective Order**

**December 18, 2017**

the Southeast U.S. from 2003 to 2013 increased from the cow-supply constraints imposed by

CWT Herd Retirement Program.

**Table 16: Average Annual Increase to OOP in Southeast U.S.**
**from Herd Retirement Program**

| Year | Average Overcharge ($/cwt) | | | |
|---|---|---|---|---|
|  | **Class I** | **Class II** | **Class III** | **Class IV** |
| 2003 | $0.00 | $0.05 | $0.00 | $0.00 |
| 2004 | $0.07 | $0.17 | $0.00 | $0.00 |
| 2005 | $0.21 | $0.32 | $0.03 | $0.03 |
| 2006 | $0.39 | $0.38 | $0.09 | $0.09 |
| 2007 | $0.44 | $0.57 | $0.19 | $0.19 |
| 2008 | $0.70 | $0.57 | $0.25 | $0.24 |
| 2009 | $0.53 | $0.96 | $0.32 | $0.32 |
| 2010 | $1.17 | $1.09 | $0.24 | $0.24 |
| 2011 | $1.09 | $0.88 | $0.49 | $0.48 |
| 2012 | $0.84 | $0.75 | $0.50 | $0.48 |
| 2013 | $0.89 | $0.71 | $0.61 | $0.60 |
| Average | $0.58 | $0.59 | $0.25 | $0.24 |

## VII.   WINN-DIXIE WAS OVERCHARGED BY AT LEAST $21.4 MILLION

88. To calculate damages to the Plaintiffs in this case, I apply the monthly overcharge to

data specific to Plaintiffs' purchases. Winn-Dixie dairy product purchase data was obtained for

the period April 27, 2004 through August 16, 2013 (the "Purchase Order Data"), which I

understand contains purchases from all vendors for raw milk, fluid milk and other dairy products

that use Class I, II, III, and IV milk. The Purchase Order Data includes variables for the purchase

order number, purchase order date, distribution center shipped to, vender number, item code,

product description, case pack, size, quantity ordered, quantity received, date received, unit cost,

vendor name, and total dollars purchased.[199] In total, the Purchase Order Data includes

approximately 1.66 million transactions comprising $3.08 billion in total dairy-product

purchases.[200] This dataset ends in August 2013 because Winn-Dixie changed data management

systems around this time, which prevented such data being produced through December 31,

2013.[201] Thus, I also obtained supplementary Winn-Dixie purchase data at the product level from

the new data management system from August 2013 through the end of 2013 (the "Additional

Purchase Data").[202] The Additional Purchase Data only includes Class I product purchases of

$28.9 million.[203] Consequently, my damages calculation is understated, because data for Class II,

III, and IV products purchased from August 2013 through the end of 2013 are unavailable.[204]

89. In addition, the Winn-Dixie Purchase Order Data includes item descriptions (e.g.,

"YOGURT CUPS REGULAR," "CHEESE SHREDDED NATURAL," or "MILK PRIVATE

LABEL WHITE") corresponding to various item codes in a separate tab. I first matched each

transaction in the dataset to these item descriptions and then identified which class of milk

---

[199] Although no data dictionary was provided that describes each variable in the dataset, it is my understanding that the "case pack" variable refers to the number of units per case, while the "size" variable refers to the size of each unit, and the "quantity received" variable indicates the number of cases received.

[200] Winn-Dixie. "Extract 1 -  2010 to 2013.xlx," WD1143_000299; Winn-Dixie. "Extract 1 -  up to year 2010.xlx," WD1143_000300.

[201] My model results show that the overcharges continued through 2014, as noted by the positive lagged coefficients shown in my model in Table 15. However, due to data limitations, I was instructed to only calculate damages through 2013. This approach is conservative.

[202] Note that this Additional Purchase Data only includes item code, item description, category, sub-category, case pack, cases shipped, and total store cost. However, I obtain product size information sufficient to calculate the cwt purchased by matching the item code in the Additional Purchase Data to the item code in the Purchase Order Data. Lastly, I note that the Additional Purchase Data includes plant-based beverage milk (e.g., soymilk), but I appropriately exclude this from my damage calculation.

[203] Winn-Dixie. Milk Purchases from C&S After Transfer of Warehouse Operations, "Milk Purchases from C and S after warehouse transfer 2013.xlsx"

[204] Damages are also understated because of the absence of Purchase Order Data for the first eight months of the affected period. My model shows that damages began to accrue for Plaintiffs in September 2003, but because purchase orders are not available for the period September 2003 to May 11, 2004, I omit computing damages during that early period.

corresponded to each item description, which enabled me to calculate economic damages by class of raw milk.

90. For the Winn-Dixie Purchase Order Data, Plaintiffs' counsel instructed me to calculate damages on purchases of Class I, II, III, and IV products solely from vendors listed in Table 17 below. These purchases represent $1.24 billion in total dairy-product purchases by Winn-Dixie derived from the Purchase Order Data. I conservatively excluded Winn-Dixie purchases from all other vendors not listed in Table 17 before applying the overcharge calculated from my model.[205]

---

[205] This is a conservative assumption because when collusion is effective, market prices increase for all suppliers (including those outside the cartel). If the fringe firms did indeed practice such "umbrella pricing," then the true damages to Plaintiffs would be higher than what I report here, because the damage base would be calculated on at least $3.08 billion of sales instead of only $1.24 billion of sales within the Purchase Order Data. Lastly, although the Additional Purchase Data does provide cwt by each vendor, I conservatively reduce the calculated cwt in the Additional Purchase Data by 6.9% to account for excluded vendors. This reduction is based on the fact that 6.9% of Class I purchases within the Purchase Order Data relate to excluded vendors in 2012. The vendor exclusion is smaller for Class I products than Class II, III, and IV products because Winn-Dixie had supply contracts with included vendors and thus the Class I exclusion relates primarily to specialty products (e.g., organic and flavored milk).

***Table 17: Venders included in the damage base,***
***showing total sales only from the Winn-Dixie Purchase Order Data***

| Vendor Name | Total Sales |
|---|---|
| CABOT CREAMERY | $5,089,180 |
| DAIRY FARMERS OF AMERICA | $25,204,694 |
| GUSTAFSON'S DAIRY | $522,483 |
| GUSTAFSONS DAIRY | $62,377,433 |
| GUSTAFSONS DAIRY-SPECIALTY MLK | $3,758,614 |
| KEMPS LLC | $4,933,380 |
| LAND O LAKES | $61,976,757 |
| SUNSHINE DAIRY ICE CREAM | $15,098,619 |
| SUNSHINE DAIRY(MILK)- FL DC'S | $224,148,238 |
| SUNSHINE DAIRY(MILK)NON-FL DCS | $135,348,811 |
| SUPERBRAND DAIRY | $59,606,745 |
| SUPERBRAND ICE CREAM-GRNVLE | $228,749 |
| WD DAIRIES-HAMMOND (MILK) | $85,769,649 |
| WD DAIRIES-HAMMOND (MTG MILK) | $114,065,831 |
| WD DAIRIES-HIGHPOINT | $8,575 |
| WD DAIRIES-HIGHPOINT(MILK) | $21,436,082 |
| WD DAIRIES-MTG (BUTTERMILK) | $246,748 |
| WD DAIRIES-NEW ORLEANS | $66,177 |
| WD DAIRIES-PLANT CITY (MILK) | $407,102,505 |
| WD DAIRIES-PLANT CITY BAHAMAS | $2,462,331 |
| WD YOGURT (HIGH POINT) | $13,762,551 |
| **Total** | **$1,243,214,153** |

91. The overcharge results in Table 16 are expressed in dollars per hundredweight of farm milk, but the procurement data are in various volumetric units or weights other than hundredweights. To convert volumes into the appropriate cwt measurement, I employed the industry standard ratios shown in Table 18. For example, for bottled fluid milk, I used the conventional conversion rate of 8.6 pounds per gallon,[206] although I understand that milk weight can vary across batches delivered because of slight differences in fat and protein content. Lastly, approximately 0.2% of product purchases from relevant vendors (approximately $265,000 in the

---

[206] USDA. "USDA ERS Documentation." October 12, 2016, accessed November 28, 2016 via https://www.ers.usda.gov/data-products/price-spreads-from-farm-to-consumer/documentation/; Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milk-facts.

Purchase Order Data and Additional Purchase Data combined) were excluded because the data did not include sufficient information on the weight/volume units (e.g., the product size variable was listed as "counts" only). This is another reason why the economic damage calculations provided in Table 19 below are conservative numbers (i.e., lower-bound estimates).

*Table 18: Dairy-Product / Milk Conversion Assumptions*[207]

| |
|---|
| 1 pound of butter requires 21.2 pounds of milk for production |
| 1 pound of whole milk cheese requires 10.0 pounds of milk for production |
| 1 pound of cottage cheese requires 6.25 pounds of milk for production |
| 1 pound of plain yogurt requires 1 pound of milk for production |
| 1 gallon of ice cream requires 12.0 pounds of milk for production |
| 1 gallon of milk weighs 8.6 pounds |

92. Table 19 below shows my damages estimates for Plaintiffs, by milk class. Applying the monthly overcharge amounts from my model to Winn-Dixie purchase data yields a total estimate of at least $21.4 million in economic damages.[208]

---

[207] Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milk-facts.

[208] Again, these damages are conservative because they are only calculated from Winn-Dixie sales data through 2013, even though my model finds that milk prices remained artificially elevated for five years after a herd retirement. Similarly, only $1.2 billion of purchases are included in the damage base from the Purchase Order Data, out of at least $3.08 billion of total dairy purchases during this period (even though the price paid by Winn-Dixie on the excluded dairy purchases would have similarly been elevated beyond competitive levels). Moreover, damages of approximately $21.4 million represent a less than 2% overcharge on Winn-Dixie's $1.2 billion in purchases of dairy products from the included vendors in the Purchase Order Data.

Table 19: Annual Damages, by Class[209]

| Year | Class I | Class II | Class III | Class IV | Total |
|------|---------|----------|-----------|----------|-------|
| 2003 | $0 | $0 | $0 | $0 | $0 |
| 2004 | $291,632 | $130,005 | $0 | $0 | $421,637 |
| 2005 | $857,714 | $277,242 | $3,472 | $17,552 | $1,155,980 |
| 2006 | $1,380,846 | $194,440 | $15,154 | $49,761 | $1,640,201 |
| 2007 | $1,450,428 | $247,608 | $32,344 | $116,942 | $1,847,322 |
| 2008 | $2,192,548 | $233,261 | $42,644 | $101,988 | $2,570,441 |
| 2009 | $1,663,124 | $245,440 | $39,487 | $183,097 | $2,131,148 |
| 2010 | $3,375,315 | $13,481 | $1,457 | $128,684 | $3,518,937 |
| 2011 | $2,982,687 | $25,567 | $4,215 | $257,657 | $3,270,126 |
| 2012 | $2,200,238 | $26,425 | $5,785 | $244,672 | $2,477,120 |
| 2013 | $2,174,802 | $12,746 | $20,713 | $126,893 | $2,335,154 |
| **Total** | **$18,569,334** | **$1,406,215** | **$165,271** | **$1,227,246** | **$21,368,066** |

## VIII.   CONCLUSION

Inasmuch as discovery in this case is not yet complete, I reserve the right to revise or supplement my opinions as additional information becomes available.

Exhibits to be used in support of the opinions stated in this Report include all of the tables, graphics and information contained herein as well as the Exhibits cited in or accompanying this report. Additional demonstrative exhibits based upon this same information may be prepared for trial and used to support my opinions.

December 18, 2017                                      Respectfully submitted,

                                                                 _John M. Connor_

                                                                 John M. Connor, Ph.D.

---

[209] Within Class I damages of $2,174,802 that occurred during 2013, $1,286,612 relates to the Purchase Order Data and $888,190 relates to the 2013 Additional Purchase Data. As previously noted, the 2013 total damage figures are conservative because the Additional Purchase Data did not include any Class II, III, or IV dairy-product purchases.

# Exhibit C

## Materials Reviewed and Relied Upon

Winn-Dixie. Milk Purchases from C&S After Transfer of Warehouse Operations, "Milk Purchases from C and S after warehouse transfer 2013.xlsx"

**Bates Numbered Documents and Data**

| | |
|---|---|
| BROWN-MU 0000006-08 | NMPF0026235-6242 |
| BROWN-MU_0000390 | NMPF0026613-6620 |
| BROWN-MU_0000574-587 | SMI-000137-173 |
| BROWN-MU_0003688 | SMI-000327-374 |
| BROWN-MU_0003728 | SMI-001654-1925 |
| BROWN-MU_0003729-744 | SMI-007361-7464 |
| DFA2013-00027624-636 | WD1143_000299 |
| DFA2013-00037605 | WD1143_000300 |
| DFAWD-00000030 | |
| NMPF0002599-2648 | |
| NMPF0005170 | |
| NMPF0005177 | |
| NMPF0006110-152 | |
| NMPF0008695 | |
| NMPF0008700-8707 | |
| NMPF0011018-094 | |
| NMPF0013488-489 | |
| NMPF0013716 | |
| NMPF0013775 | |
| NMPF0013779 | |
| NMPF0018344-354 | |
| NMPF0021004-1007 | |
| NMPF0024092-4103 | |
| NMPF0025083-088 | |
| NMPF0025995-26016 | |
| NMPF0026128-6144 | |