# **EXHIBIT H**

# Exhibit 10

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                  JACKSONVILLE DIVISION

 3

 4   WINN-DIXIE STORES, INC.,
     and BI-LO HOLDINGS, LLC,
 5
             Plaintiffs,
 6
     vs.                      CASE NO.:  3:15-cv-1143-J-39PDB
 7

 8   SOUTHEAST MILK, INC.,
     et al.,
 9
             Defendants.
10
     * * * * * * * * * * * * * * * * * * * * * * * * *
11

12                         VOLUME I

13                   (Pages 1 through 126)

14
     DEPOSITION OF:    GRAHAM LEARY
15
     DATE TAKEN:       March 6, 2018
16
     TIME:             9:03 a.m. - 3:50 p.m.
17
     PLACE:            Akerman, LLP
18                     50 North Laura Street, Suite 3100
                       Jacksonville, Florida 32202
19

20   TAKEN BEFORE:     Lisa McCormack, RMR
                       and Notary Public
21

22   * * * * * * * * * * * * * * * * * * * * * * * * *

23

24

25
```

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 4 of 10 PageID 11356

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018                                        Page 2

```
 1  A P P E A R A N C E S:

 2  APPEARING ON BEHALF OF THE PLAINTIFFS:

 3     PATRICK AHERN, ESQUIRE
       Ahern and Associates, P.C.
 4     70 West Madison Street, Suite 1400
       Chicago, Illinois 60601
 5     312-404-3760
       patrick.ahern@ahernandassociatespc.com
 6

 7  APPEARING ON BEHALF OF DEFENDANT SOUTHEAST MILK, INC.:

 8     MICHAEL J. BEAUDINE, ESQUIRE
       Latham, Shuker, Eden & Beaudine, LLP
 9     111 North Magnolia Avenue, Suite 1400
       Orlando, Florida 32801
10     407-481-5800
       beaudine@lseblaw.com
11

12  APPEARING ON BEHALF OF DEFENDANT LAND O'LAKES:

13     SCOTT C. SOLBERG, ESQUIRE
       Eimer Stahl, LLP
14     224 South Michigan Avenue, Suite 1100
       Chicago, Illinois 60604
15     312-66-07600
       ssolberg@eimerstahl.com
16

17  APPEARING ON BEHALF OF DEFENDANT AGRI-MARK:

18     JOHN J. DiMARCO, ESQUIRE
       Shipman & Goodman, LLP
19     One Constitution Plaza
       Hartford, Connecticut 06103
20     860-251-5000
       jdimarco@goodwin.com
21

22

23

24

25
```

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 5 of 10 PageID 11357

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018                                    Page 3

```
 1  APPEARING ON BEHALF OF DEFENDANT DAIRY FARMERS OF
    AMERICA:
 2
       LUCY S. CLIPPINGER, ESQUIRE
 3     Baker & Miller, PLLC
       2401 Pennsylvania Avenue, N.W., Suite 300
 4     Washington, D.C. 20037
       202-663-7845
 5     lclippinger@bakerandmiller.com

 6
    APPEARING ON BEHALF OF DEFENDANT NATIONAL MILK PRODUCERS
 7  FEDERATION:

 8     JOHN J. KAVANAGH, ESQUIRE
       Steptoe & Johnson, LLP
 9     1330 Connecticut Avenue, NW
       Washington, D.C. 20036
10     202-429-3000
       jkavanagh@steptoe.com
11

12  APPEARING ON BEHALF OF DEFENDANTS NATIONAL MILK
    PRODUCERS FEDERATION, DAIRY FARMERS OF AMERICA,
13  AGRI-MARK, LAND O'LAKES, AND SOUTHEAST MILK, INC.

14     CINDY A. LAQUIDARA, ESQUIRE
       Akerman, LLP
15     50 North Laura Street, Suite 3100
       Jacksonville, Florida 32202
16     904-798-3700
       cindy.laquidara@akerman.com
17

18  CAMERA OPERATOR:

19     DAN BISHOP,
       First Choice Reporting and Video Services, Inc.
20

21

22

23

24

25
```

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 6 of 10 PageID 11358

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018                                          Page 45

```
 1      A.   February -- yes, it would have been, I believe.
 2   Yeah.
 3      Q.   Okay.  But you just don't know what prompted
 4   Mr. Latham to send these documents to you?
 5      A.   No.  I don't even recall Mr. Latham.
 6      Q.   Okay.
 7           (Whereupon, Defendants' Exhibit Number 11 was
 8           marked for identification.)
 9      Q.   Let me show you Exhibit 11.  And I'll represent
10   to you that this is a copy of the asset purchase
11   agreement.  It's dated February of 2008.  You can see
12   the parties to that agreement on the first page.  This
13   is an executed copy without the exhibits.  The exhibits
14   and schedules are quite lengthy, so this is just the
15   main document itself.
16           Have you seen this before?
17      A.   I believe I have to some degree.
18      Q.   What role did you play in negotiating this
19   asset purchase agreement?
20      A.   As I said earlier, minimal, if any, role.
21      Q.   Is it your understanding on behalf of
22   Winn-Dixie Stores that this -- under this asset purchase
23   agreement, all of the assets relating to the two plants,
24   the Plant City and the Hammond plants, were sold to
25   Sunshine State Dairy Farms except for certain
```

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 7 of 10 PageID 11359

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018                                      Page 46

1  specifically identified excluded assets?
2      A.   That's my understanding.  What I'm not fully
3  clear on is what was rented and leased, should I say,
4  right.  So that's what I'm not clear on.
5      Q.   But in terms of the assets that were owned by
6  Winn-Dixie --
7      A.   The physical asset, I believe so, yeah.
8      Q.   As well as any other assets associated with the
9  two plants, is it your understanding that those were
10 sold to Sunshine State Dairy Farms, LLC?
11          MR. AHERN:  Object to the form.
12     A.   What do you mean by "any other assets"?
13     Q.   Any associated assets of the plants.
14     A.   For example?
15     Q.   It's a broad definition in the agreement.  It
16 covers quite a lot.
17     A.   Okay.
18          MR. AHERN:  Object to the form.
19     Q.   Is it your understanding that basically
20 Winn-Dixie was selling everything at the plants except
21 for some specifically identified assets?
22          MR. AHERN:  Same objection.
23     A.   I don't know.  I don't recall.
24     Q.   Who was responsible for negotiating the asset
25 purchase agreement at Winn-Dixie?

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 8 of 10 PageID 11360

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018                                    Page 103

position?

    A.   So as I understand when it came to the company, the plants were really responsible for the day-to-day purchases of the milk.

    **Q.   And that would include whatever the pricing for the product was?  I mean, they were purchasing it?  They were negotiating the price with the supplier?**

        MR. AHERN:  Object to the form.

    A.   I'm not aware of any negotiations.

    **Q.   They were what?  We saw the contracts earlier, right?**

    A.   Uh-huh.

    **Q.   So they were purchasing the milk pursuant to those contracts?**

    A.   Yes.

    **Q.   And those purchases related directly to the plant that he was operating?**

    A.   Yes, they would have.  Yeah.

    **Q.   So did you -- you said you spoke to David Welch?**

    A.   Uh-huh.

    **Q.   Yesterday?**

    A.   Yes.

    **Q.   And that he told you that he was not aware of the CWT program, correct?**

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 9 of 10 PageID 11361

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME II on 03/06/2018                                    Page 222

```
 1              CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA:
     COUNTY OF DUVAL:
 3

 4        I, Lisa McCormack, RMR, do hereby certify that I

 5   was authorized to and did stenographically report the

 6   foregoing videotaped deposition of GRAHAM LEARY; that a

 7   review of the transcript was requested; and that the

 8   foregoing transcript, Volumes I and II, Pages 1 through

 9   225, is a true record of my stenographic notes.

10        I FURTHER CERTIFY that I am not a relative,

11   employee, attorney, or counsel of any of the parties'

12   attorneys or counsel connected with the action, nor am I

13   financially interested in the action.

14

15        Dated this 8th day of March 2018, at

16   Jacksonville, Duval County, Florida.

17

18

19

20

21   _____
         LISA McCORMACK, RMR
22
```

Case 3:15-cv-01143-BJD-JBT   Document 256-8   Filed 04/15/19   Page 10 of 10 PageID 11362

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME II on 03/06/2018                                    Page 223

```
 1                    CERTIFICATE OF OATH

 2   STATE OF FLORIDA:
     COUNTY OF DUVAL:
 3

 4        I, LISA McCORMACK, Registered Merit Reporter and

 5   Notary Public, State of Florida, certify that the

 6   witness, GRAHAM LEARY, personally appeared before me on

 7   the 6th day of March, 2018, and was duly sworn.

 8

 9        WITNESS my hand and official seal this 8th day of

10   March 2018.

11

12

13

14        [signature: Lisa McCormack]

15   _____
     LISA McCORMACK, RMR
16   Notary Public
     State of Florida
17   Commission No. FF228930

18   My Expires May 13, 2019
```

[Notary Seal: LISA MCCORMACK / MY COMMISSION #FF228930 / EXPIRES: MAY 13, 2019 / Bonded through 1st State Insurance]