# EXHIBIT I

# Exhibit 11

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., and  )
BI-LO HOLDINGS, LLC,          )
            Plaintiffs,       )
      vs.                     ) 3:15-cv-1143-BJD-PDB
SOUTHEAST MILK, INC., et al., )
            Defendants.       )

VIDEOTAPED DEPOSITION

OF

JOHN M. CONNOR, PH.D.

Tuesday, February 13, 2018

9:04 a.m.

Reported by:

Juliana F. Zajicek, RPR, CSR

Job No. 20714

1
2
3
4
5
6
7             The videotaped deposition of JOHN M.
8    CONNOR, PH.D., called for examination, taken pursuant
9    to the Federal Rules of Civil Procedure of the United
10   States District Courts pertaining to the taking of
11   depositions, taken before JULIANA F. ZAJICEK, a
12   Registered Professional Reporter and a Certified
13   Shorthand Reporter, at the offices of Eimer Stahl LLP,
14   Suite 1200, 224 South Michigan Avenue, Chicago,
15   Illinois, on February 13, 2018, at 9:04 a.m.
16
17
18
19
20
21
22
23
24

```
 1   PRESENT:

 2   ON BEHALF OF THE PLAINTIFF:

 3        AHERN AND ASSOCIATES, PC
          8 South Michigan Avenue, Suite 3600
 4        Chicago, Illinois 60603
          312-404-3760
 5        BY:  PATRICK AHERN, ESQ.
               patrick.ahern@ahernandassociatespc.com;
 6             CHRISTOPHER STUART, ESQ.

 7
     ON BEHALF OF DAIRY FARMERS OF AMERICA, INC.:
 8
          BAKER & MILLER PLLC
 9        2401 Pennsylvania Avenue, NW, Suite 300
          Washington, D.C. 20037
10        202-663-7820
          BY:  W. TODD MILLER, ESQ.
11             tmiller@bakerandmiller.com

12
     ON BEHALF OF LAND O'LAKES, INC.:
13
          EIMER STAHL LLP
14        224 South Michigan Avenue, Suite 1100
          Chicago, Illinois 60604
15        312-660-7600
          BY:  BEN E. WALDIN, ESQ.
16             bwaldin@eimerstahl.com;
               DANIEL D. BIRK, ESQ.
17             dbirk@eimerstahl.com

18
     ON BEHALF OF AGRI-MAR, INC.:
19
          SHIPMAN & GOODWIN LLP
20        One Constitution Plaza
          Hartford, Connecticut 06103
21        860-251-5000
          BY:  DIANE C. POLLETTA, ESQ.
22             dpolletta@goodwin.com

23

24
```

1   PRESENT:  (Continued)

2
    ON BEHALF OF NATIONAL MILK PRODUCERS FEDERATION A/K/A
3   COOPERATIVES WORKING TOGETHER:

4        STEPTOE & JOHNSON LLP
         1330 Connecticut Avenue, NW
5        Washington, D.C. 20036
         202-429-3000
6        BY:  JOHN J. KAVANAGH, ESQ.
              jkavanagh@steptoe.com
7

8

9   ALSO PRESENT:

10       MR. GARETH MACARTNEY, PH.D., Senior Economist

11       MR. DAN WERNER, PH.D., CPA, Economist,

12          OnPoint Analytics;

13
         MR. KOSTIS HATZITASKOS,
14
            Cornerstone Research.
15

16

17

18

19  THE VIDEOGRAPHER:

20       JEAN-LOUIS ZIESCH,
         TransPerfect Legal Solutions.
21

22

23

24

1  second largest retailer, I believe, in the Southeast,
2  then -- then Winn-Dixie's sales, you know, might be
3  representative of the entire region.  But we weren't
4  concerned about that.  We were concerned about
5  Winn-Dixie's direct purchases from the -- from the
6  Defendants.
7  BY MR. WALDIN:
8       Q.    Turn your attention to Table 19.  And the
9  total damages for Class I in 2013 are $2,174,802, is
10 that correct?
11      A.    I don't see -- oh, for what year?
12      Q.    2013, Class I.
13      A.    2013, Class I.  $2,174,802, yes, correct.
14      Q.    And at the bottom of Page 65, which is
15 where Table 19 is, there is a Footnote 209, it is a
16 little grainy on my copy, but it says:
17           "Within Class I damages of $2,174,802 that
18 occurred during 2013, $1,286,612 relates to the
19 purchase order data and $888,190 relates to the 2013
20 additional purchase data."
21           Can you please explain to me what the 2013
22 additional purchase data are?
23      A.    As I recall, there was -- there was a
24 change in the computer system or something like that

1  so that we didn't have -- we didn't have any 2014
2  data, even though our model predicted overcharges in
3  2014.  We just couldn't get -- we couldn't get that
4  information from -- from Winn-Dixie.  I'd be surprised
5  if we didn't explain the difference between purchase
6  order data and the additional purchase order data at
7  some earlier point in my report, but I don't remember
8  where it is.
9      Q.   Do the -- did the 2 -- 2013 additional
10 purchase order data -- or additional purchase data
11 come from a spreadsheet in your report backup
12 titled "2013 CNS Purchases"?
13     A.   I'd have to see it to -- to be reminded of
14 its contents, but you may -- you may be correct.  I --
15 I just have -- I'd have to see it.
16     Q.   Did Mr. Leary tell you about Winn-Dixie
17 purchasing any products from CNS wholesale grocers?
18     A.   I don't -- I don't recall that topic
19 coming up.
20     Q.   In the years 2003 to 2008, Winn-Dixie
21 owned its own processing operations, is that correct?
22     A.   Yes.
23     Q.   And during those five years, you estimate
24 data using Winn-Dixie's purchases of finished dairy

Page 306

```
 1                REPORTER'S CERTIFICATE
 2           I, JULIANA F. ZAJICEK, C.S.R. No. 84-2604,
 3  a Certified Shorthand Reporter, do hereby certify:
 4           That previous to the commencement of the
 5  examination of the witness herein, the witness was
 6  duly sworn to testify the whole truth concerning the
 7  matters herein;
 8           That the foregoing deposition transcript
 9  was reported stenographically by me, was thereafter
10  reduced to typewriting under my personal direction and
11  constitutes a true record of the testimony given and
12  the proceedings had;
13           That the said deposition was taken before
14  me at the time and place specified;
15           That I am not a relative or employee or
16  attorney or counsel, nor a relative or employee of
17  such attorney or counsel for any of the parties
18  hereto, nor interested directly or indirectly in the
19  outcome of this action.
20           IN WITNESS WHEREOF, I do hereunto set my
21  hand on this 19th day of February, 2018.
22
23
24           JULIANA F. ZAJICEK, Certified Reporter
```