## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**WINN-DIXIE STORES, INC.,**

    **Plaintiff,**

v.                                                                        Case No.: 3:15-cv-1143-J-39PDB

**SOUTHEAST MILK, INC., et al.,**

    **Defendants.**

_____/

## FOURTH AMENDED
## CASE MANAGEMENT AND SCHEDULING ORDER

The parties having submitted their Case Management Report (Doc. 255) as directed by the Court, it is hereby

**ORDERED:**

1.    The following deadlines and settings shall now apply:

| | |
|---|---|
| Dispositive and *Daubert* Motions Deadline: Parties' Motions for Summary Judgment on merits issues; Defendants' renewed Daubert Motion; and Plaintiff's Renewed Motion to Exclude or Strike Defendants' Affirmative Defense of Lack of Standing Relating to Plaintiff's Purchases of Raw Milk<br>*(Response to dispositive motions due 21 days after service unless otherwise ordered)* | **May 1, 2019** |
| Parties' Opposition to Motions for Summary Judgment on merit issues; renewed *Daubert* Motions and Plaintiff's Renewed Motion to Exclude or Strike Defendants' Affirmative Defense of Lack of Standing Relating to Plaintiff's Purchases of Raw Milk | **May 22, 2019** |
| Motions In Limine: | **November 25, 2019** |
| Responses to Motions In Limine: | **December 2, 2019** |
| All other Motions: | **December 9, 2019** |

| Filing of Pretrial Statement: | **December 9, 2019** |
|---|---|
| Deadline to Exchange Trial Exhibit Lists, Deposition Designations and Witness Lists | **December 18, 2019** |
| Deadline for Objections to Trial Exhibits, Deposition Designations and Witnesses | **December 18, 2019** |
| Final Pretrial Conference: | **December 18, 2019<br>10:00 AM<br>Courtroom 12C** |
| Trial Term Begins: | **January 6, 2020<br>9:00 A.M.<br>Courtroom 12C<br>(Jury - 10 days)** |

2. The parties are reminded of their obligation to comply with the redaction requirements set forth in Fed.R.Civ.P. 5.2.

3. Pursuant to Local Rule 3.01(a), any motion and memorandum in support must be in a single document not to exceed 25 pages absent leave of Court. Responses to motions may not exceed 20 pages absent leave of Court. In summary judgment practice, the combined motion and memorandum (including any "Statement of Undisputed Facts") must be filed as one document and may not exceed 25 pages without permission of the Court.  <u>Please deliver a courtesy copy of all dispositive and *Daubert* motions and responses, including copies of all relevant exhibits and depositions, to the chambers of the undersigned</u>.

4. Except as otherwise ordered, the parties are directed to meet the pretrial disclosure requirements in Fed.R.Civ.P. 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures. While counsel for the Plaintiff shall be responsible for initiating the pretrial compliance process, all parties are responsible for assuring its timely completion.

5.      A pretrial statement in compliance with Local Rule 3.06 shall be filed with the Clerk on or before the date noted in this Order with two courtesy copies to be provided to the Court. The parties are required to identify the depositions to be read at trial in the pretrial statement but are <u>not</u> required to designate the pages of depositions to be read at trial until a date to be established by the Court at the final pretrial conference.

6.      The final pretrial conference and trial will be held in Courtroom 12C, 12th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. The pretrial conference shall be attended by counsel who will act as lead counsel and who are vested with full authority to make and solicit disclosures and agreements touching on all matters pertaining to the trial. **Arguments on Motions <u>In</u> <u>Limine</u>, if allowed, will be heard at the Final Pretrial Conference.**

7.      Unless otherwise ordered by the Court, no later than **five days** before the trial term set forth above, the parties **shall file** with the Clerk of Court the following (<u>and</u>, as to each of the following, provide directly to Chambers, Suite 11-400, by mail or hand delivery two (2) copies marked "Judge's Chambers Copy"):

(a) <u>Each side</u> shall file a **Trial Brief**, with citations of authorities and arguments specifically addressing all significant disputed issues of law likely to arise at trial: **<u>and</u> either (b) or (c) below, as appropriate.**

(b) **<u>If case is a jury trial</u>**, the following:

(1) A concise (one paragraph preferably) <u>**joint or stipulated**</u> statement of the nature of the action to be used solely for purpose of providing a <u>basic</u> explanation of the case to the jury *venire* at the commencement of jury selection process:

(2) **Proposed *Voir Dire*** (the Court will conduct the jury *voir dire* and, in addition to the usual more general questions, will, without initiation by counsel, ask more particular questions suggested by the nature of the case; counsel should, therefore, be selective in the jury questions submitted to the Court for consideration); and

   (3) A **Proposed Verdict Form** and complete set of all written **Proposed Jury Instructions.** (The Court will expect counsel to give their best efforts, cooperatively, in the production of a <u>joint set of instructions and verdict form</u>, the format of which the Court will discuss at the pretrial conference.)

 (c) **If case is a non-jury trial**, Proposed Findings of Fact and Conclusions of Law (each shall be separately stated in numbered paragraphs; Findings of Fact shall contain a detailed listing of the relevant material facts the party intends to prove, in a simple, narrative form; Conclusions of Law shall contain a full exposition of the legal theories relied upon by counsel).

  8. The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.[1]

  9. In the event that the dates set herein for final pretrial conference and/or trial are continued or otherwise modified, the remaining provisions of this Order shall remain in full force and effect.

  10. **THE COURT HAS DONE EVERYTHING POSSIBLE TO SET APPROPRIATE DEADLINES FOR THIS CASE. THE PARTIES SHOULD PROCEED ACCORDINGLY. DO NOT ASSUME THAT THE COURT WILL EXTEND THESE DEADLINES.**

  **DONE** and **ORDERED** in Jacksonville, Florida this 18th day of April, 2019.

              _____
              **BRIAN J. DAVIS**
              United States District Judge

---

[1] Cell phones must be turned off while in the courtroom.

**Copies furnished to:**

All counsel of record
unrepresented parties (if any)

**ap**