UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WINN-DIXIE STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEAST MILK, INC., *et al.*, <br><br> Defendants. | Case No. 3:15-cv-01143-J-39-BJD-PDB |

### DFA'S RENEWED MOTION TO SEAL UNREDACTED EXHIBIT AND TO PUBLICLY FILE LIGHTLY REDACTED VERSION OF EXHIBIT

In connection with Defendants' Renewed Motion to Exclude the Opinions of Plaintiff's Expert Dr. John M. Connor, filed pursuant to this Court's January 16, 2019 Order (Doc. 234), DFA respectfully renews its Motion to be permitted to publicly file a lightly redacted exhibit to that Renewed Motion.

DFA respectfully requests that the Court grant its Renewed Motion for the reasons stated in the attached Motion, previously filed as Doc. 192.

Dated: May 1, 2019

Respectfully submitted,

By: */s/ Cindy A. Laquidara*
Cindy A. Laquidara
Florida Bar No. 394246
Email: cindy.laquidara@akerman.com
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730

*Attorneys for Defendants Agri-Mark, Inc.; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.;*

*National Milk Producers Federation; and Southeast Milk, Inc.*

W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

*Attorneys for Defendant
Dairy Farmers of America, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Cindy A. Laquidara
Cindy A. Laquidara, Esq.