**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHEAST MILK, INC., *et al.*,<br><br>Defendants. | Case No. 3:15-cv-01143-J-39-BJD-PDB |

**MOTION TO SEAL UNREDACTED EXHIBIT CONTAINING
PRICING INFORMATION AND TO PUBLICLY FILE LIGHTLY
REDACTED VERSION OF EXHIBIT**

Defendant Dairy Farmers of America, Inc. ("DFA"), by and through its undersigned counsel, hereby moves under Local Rule 1.09(a) to publicly file an exhibit with narrowly tailored redactions in support of Defendants' motion to exclude the opinions of Dr. John M. Connor, proffered expert witness of Plaintiff Winn-Dixie Stores, Inc. ("Winn-Dixie"). DFA seeks to file and maintain the unredacted version Exhibit U to that motion under seal indefinitely. DFA states that, pursuant to Local Rule 3.01(g), counsel for DFA and counsel for Plaintiff met and conferred regarding this Motion and were unable to reach an agreement. The parties will continue to meet and confer regarding the sealing and redaction of documents after their respective Daubert motions have been filed.

In support of this Motion, DFA states as follows:

1. The information DFA seeks to redact from Exhibit U to Defendants' motion is specific confidential prices and credits from three pricing announcements issued by DFA. DFA does not seek to seal the documents in their entirety, nor does it

46159114;1

seek to seal the pricing information that is relevant to the motion in support of which the document is filed. DFA only seeks to redact confidential numbers associated with specific prices and credits that are not relevant to the motion.

2. Filing each pricing announcement is necessary because they support Defendants' arguments in their motion to exclude the opinions of Dr. Connor. Dr. Connor's analysis fails to properly take into account rBST-free and fuel surcharge premiums that were charged by multiple cooperatives in the Southeastern United States during the relevant period when attempting to calculate damages. These pricing announcements, the relevant portions of which would remain unredacted, show that DFA was consistent with other cooperatives from which Plaintiff purchased milk in charging a 90-cent rBST-free premium during this period. The announcements also identify the fuel surcharges as a separate line item.

3. The non-relevant prices and credit amounts should be sealed because they contain competitively sensitive pricing information. Disclosing pricing charged to one customer could cause competitive harm to DFA's interests and its customer relationships.

4. DFA has carefully considered the proposed redactions. The redactions are narrowly tailored and do not include any information relevant to Defendants' motion; DFA therefore does not believe there is any other satisfactory means to protect its interest in preserving the confidentiality of the redacted information while still submitting these documents in support of Defendants' motion.

5. In light of the sensitive nature of the information and the irrelevance of the information to the pending motion to exclude Dr. Connor's testimony, DFA requests that the redactions it proposes remain on the public version of Exhibit U to Defendants' Motion to Exclude indefinitely.

## MEMORANDUM OF LAW

Courts in the Eleventh Circuit routinely permit the sealing of confidential pricing and financial information. *See, e.g., Local Access, LLC v. Peerless Network, Inc.*, No. 6:14-cv-399-Orl-40TBS, 2017 U.S. Dist. LEXIS 72511, at *8-9 (M.D. Fla. May 12, 2017); *NXP B.V. v. Blackberry Ltd.*, No. 6:12-cv-498-Orl-22TBS, 2014 U.S. Dist. LEXIS 113591, at *13 (M.D. Fla. Aug. 15, 2014). The redactions sought by DFA are narrowly tailored and the redacted information is not relevant to the motion at hand; DFA's privacy interest in its pricing information and in avoiding competitive harm therefore outweighs the public's right of access to judicial proceedings. *See Reed v. Chase Home Fin.*, No. 11-0412-WS-C, 2012 U.S. Dist. LEXIS 138312 (S.D. Ala. Sep. 26, 2012) (permitting redaction of fees and pricing information but not sealing of entire documents due to public right to access).

## CONCLUSION

For the foregoing reasons, DFA requests that it be permitted to file a lightly redacted version of its pricing announcements publicly as Exhibit U to Defendants' motion to exclude Dr. Connor's opinions, and further requests that the unredacted version of its pricing announcements be maintained under seal indefinitely.

Dated: August 20, 2018               AKERMAN LLP

                                     By: */s/ Cindy A. Laquidara*
                                     Cindy A. Laquidara
                                     Florida Bar No. 394246
                                     Email: cindy.laquidara@akerman.com
                                     50 North Laura Street, Suite 3100
                                     Jacksonville, FL 32202
                                     Telephone: (904) 798-3700
                                     Facsimile: (904) 798-3730

                                     *Attorneys for Defendants National Milk Producers Federation, Southeast Milk, Inc.;*

*Dairy Farmers of America, Inc., Land O'Lakes, Inc.; and Agri-Mark, Inc.*
W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

Steven R. Kuney
District of Columbia Bar No. 253286
Carl R. Metz
District of Columbia Bar No. 490663
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20016
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
skuney@wc.com
cmetz@wc.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Cindy A. Laquidara*
Cindy A. Laquidara, Esq.