**EXHIBIT 34**

```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                      JACKSONVILLE DIVISION

 3
    Winn-Dixie Stores, Inc., and
 4  Bi-Lo Holdings, LLC,

 5       Plaintiffs,
                                         Case Number:
 6  v.                                   3:15-cv-01143-BJD-PDB

 7  Southeast Milk, Inc., Et al.,

 8       Defendants.
    _____/
 9

10

11  * * * * * * * * * * * * * * * * * * * * * * * * *

12                       VOLUME I OF II

13  VIDEOTAPED
    DEPOSITION OF:        JOSEPH WRIGHT
14
    DATE TAKEN:           DECEMBER 12, 2017
15
    TIME:                 9:11 A.M. - 7:14 P.M.
16
    LOCATION:             LATHAM, SHUKER, EDEN & BEAUDINE, LLP
17                        111 N. MAGNOLIA AVENUE
                          SUITE 1400
18                        ORLANDO, FLORIDA 32801

19  REPORTED BY:          SHOSHANA KRAMER, RPR, CRR

20

21

22

23

24

25
```



Orange Legal
800-275-7991

Page 14

1 what your counsel just indicated?
2    A.  Yes.
3    Q.  All right.  You could set that aside.  Okay.
4 Thank you.
5        Mr. Wright, can you tell us a little bit about
6 your educational background, starting in high school?
7    A.  I graduated from Winter Park High School in
8 1974.  That school is less than ten miles from here.  I
9 have a Bachelor's Degree in Finance with honors,
10 University of Florida in 1978.  I have a Master of
11 Business Administration, University of Florida, 1982.  I
12 have a juris doctor with honors, University of Florida,
13 also 1982.
14   Q.  Okay.  Did you ever practice as a lawyer?
15   A.  Yes, I did.
16   Q.  For how long?
17   A.  Approximately six years, 1982 to 1988.
18   Q.  And do you currently own or operate a dairy
19 farm?
20   A.  Yes, I do.
21   Q.  Is that a farm that's been in your family?
22   A.  That is my wife's family business.
23   Q.  Okay.  And how long have you been involved in
24 operating that farm?
25   A.  I left Orlando August 1, 1988.

Page 15

1    Q.  To move to the farm and to operate the farm?
2    A.  Yes.  I actually live in Avon Park, which is
3 ten miles from the dairy.  The dairy is located in
4 Hardee County, Florida.
5    Q.  Stepping back one second, have you been deposed
6 before?
7    A.  Yes.
8    Q.  How many times?
9    A.  Probably at least a dozen.
10   Q.  Roughly, how many of those have been antitrust
11 matters?
12   A.  At least two or three, and I need a
13 clarification.  Getting to the deposition of the
14 Department of Justice, but in two parts, whether that's
15 one deposition or two.  But anyway, the Department of
16 Justice, two different days.
17   Q.  Okay.
18   A.  And also, I guess a private.  Three that --
19 those three instances that I specifically recall today.
20   Q.  All right.  And how long have you -- well,
21 strike that.
22        So just to briefly review the rules of the
23 deposition, you have a -- you have the right to hear and
24 understand my questions.  If you don't hear it, I can
25 repeat it, or we can ask the court reporter to -- to

Page 16

1 read it back.  If you don't understand my question, you
2 can ask me to rephrase it.  If you neither ask for the
3 dep -- for the question to be repeated or rephrased, and
4 you answer it, I'm going to understand that you heard
5 and understood the question.
6        Is that fair?
7    A.  Fair enough.
8        MR. DIMARCO:  Counsel, before --
9        MR. AHERN:  Yeah, go ahead.
10       MR. DIMARCO:  Before we get started, can we
11 agree on the record that objections as to one of the
12 defendants is an objection as to all the defendants?
13       MR. AHERN:  Yes.
14       MR. DIMARCO:  Thank you.
15 BY MR. AHERN:
16   Q.  And you have the right to take a break at any
17 time.  The only thing I would ask is, if there's a
18 question pending that you finish your answer to the
19 question.
20   A.  Okay.
21   Q.  Now, how long have you been associated with
22 Southeast Milk, Incorporated?
23   A.  You say associated, our farm has been a member
24 since Southeast Milk was founded, October 1, 1998.  I
25 have been president -- I have the title as president.  I

Page 17

1 function as a chairman of the board, also since
2 Southeast Milk was founded October 1, 1998.
3    Q.  What are your duties and responsibilities as
4 president?
5    A.  I'm basically chairman of the board.
6    Q.  And what are your duties and responsibilities
7 as chairman of the board?
8    A.  In 20 years I have hired, fired and retired
9 half a dozen CEOs.  I represent us in state, regional
10 and national dairy matters.  I have been on the Board of
11 Directors for National Milk Producers Federation that
12 entire time and before, and to be honest with you, I
13 have been in -- in the role of president of Southeast
14 Milk, you'd have to ask me -- I -- I have been on more
15 boards of directors in a representative capacity than I
16 could recall sitting here.
17   Q.  Okay.
18   A.  I mean, it's just been 20 years, plus.  I was
19 actually president of one of the prior cooperatives that
20 merged to form Southeast Milk.  So to the best of my
21 recollection, I've been a co-op president since April of
22 1997.
23   Q.  All right.  Thank you.  You said you were on
24 the Board of Directors of the National Milk Producers
25 Federation; is that correct?

Page 18

1  A.  Yes.
2  Q.  And you were on -- you've been on the board of
3  directors of -- can we call it the NMPF?
4  A.  Yes.  That's -- National Milk for short.
5  Q.  Okay.  Well, let's call it National Milk.
6      You've been on the Board of Directors of
7  National Milk before Southeast Milk was formed?
8  A.  Yes, sir, to the best of my recollection.  When
9  you go back 20 years -- because I don't have a piece of
10 paper saying it -- I believe that after I became
11 president of what was then Florida Dairy Farmers
12 Association in April of '97.  At that time or shortly
13 thereafter I went on to the Board of National Milk.
14 Q.  And are you on the Board of National Milk
15 today?
16 A.  Yes, sir.
17 Q.  With -- going back to this -- to the -- to your
18 testimony as corporate representative of Southeast Milk,
19 Incorporated, what did you do to prepare to testify as
20 the corporate representative of Southeast Milk?
21 A.  I have met with my lawyer, and the extent --
22 everything I've done has been within the confines of
23 meeting with my lawyer.  I am an extremely busy person,
24 so I have not gone back and read all these voluminous
25 documents that have been produced.

Page 19

1  Q.  Were you provided documents to review in
2  preparation for your deposition today?
3  A.  In the context with meeting with my attorney.
4  Q.  How many times did you meet with your attorney
5  in preparation to testify as the corporate
6  representative of Southeast Milk?
7  A.  Recently, once in person, but I've also had
8  flash drive provided to me with documents, and I have
9  looked through those documents.  But I will say, I
10 haven't seen interrogatories.  This -- although, I don't
11 recall it, this is not the first time I've seen these
12 answers.  So presume going back in time, I reviewed
13 answers to interrogatories before they were filed, but
14 that's -- but I haven't gone back and reread all that
15 stuff.
16 Q.  Your -- you're referring to -- you're pointing
17 to Exhibit No. 1 but that's in -- that's the Amended
18 Rule 30(b)(6) deposition notice, but you're --
19 A.  Okay.  Well --
20 Q.  -- also talking about interrogatory answers,
21 which is fine.
22 A.  Yeah.  To me, they were one -- I didn't realize
23 they weren't one and the same, so...
24 Q.  Okay.  All right.  Did you review interrogatory
25 responses in this case?

Page 20

1  A.  To the best of my recollection, before they
2  were originally filed, I have.
3  Q.  Okay.
4  A.  I do not recall going back and rereading them.
5  Q.  Did you provide input into those responses?
6  A.  I'm sure I did, but I don't have any specific
7  recollection.
8  Q.  In terms of factual information?
9  A.  Yeah.  About -- presumably, what we filed was
10 correct, so if there were anything that needed
11 corrected, I would have pointed that out.
12 Q.  Do you recall doing so?
13 A.  Sir, I really don't.
14 Q.  Okay.  That's fine.
15     So you met recently once in person with your
16 counsel in preparation for the -- your testimony today
17 as -- as Southeast Milk's corporate representative,
18 correct?
19 A.  Correct.
20 Q.  For how many hours?
21 A.  It was a better part of the day.  Realizing --
22 well, I can't remember if I was up here for another
23 meeting, too, but you got to realize I have -- depending
24 on the time of day, I'm a good two-hour drive each way
25 from my -- where I live and work.

Page 21

1  Q.  Okay.  And did you meet with your counsel any
2  other time to prepare to testify as Southeast Milk's
3  corporate representative?
4  A.  If you're asking for today, no, but in the
5  course of this case, we have met any number of times,
6  whether it's by phone, conference call, computer disc,
7  but this is the only occasion that I can recall
8  physically coming up to this office in preparation for
9  this deposition.  One time.
10 Q.  Okay.  And you said you were provided with a
11 flash drive with documents?
12 A.  Yes, sir.
13 Q.  And did -- and you -- and you reviewed some of
14 those documents?
15 A.  Yes, sir.
16 Q.  And did any of those documents refresh your
17 recollection?
18 A.  Yes, sir.
19 Q.  Can you tell me which documents refreshed your
20 recollection?
21 A.  No, sir.  Just start bringing them out.  There
22 were a lot of them, and some of these were 15 years old,
23 and I did -- I can say this, I didn't see anything that
24 was inconsistent with my memory.  Obviously, a document
25 often has a little more detail than my memory of what



Page 22

1  happened 15 years ago.
2     Q.  Did you speak to anyone other than counsel in
3  preparation to testify as Southeast Milk's corporate
4  representative?
5     A.  No.
6     Q.  You didn't talk to any Southeast Milk current
7  employees?
8     A.  No, sir.
9     Q.  Former employees?
10    A.  The only thing I would say is, maybe Calvin
11 Covington and I in the course of preparing documents
12 like I have in the past, but in specifically in coming
13 here today, no, sir.  I met -- I was the only -- it was
14 me meeting with Counsel.  I wasn't in a room with
15 Calvin.  I heard somebody before a deposition say
16 Mr. Antoine, he's still employed by Southeast Milk.  But
17 I've had no reason to go back and talk about this
18 deposition.
19    Q.  Did you talk to Mr. Covington about his
20 deposition, which took place last week?
21    A.  No, sir.  I have not.
22    Q.  Now, are you familiar with an entity or a
23 program called Cooperatives Working Together?
24    A.  I am familiar with it, yes.
25    Q.  And can we refer to that as CWT?

Page 23

1     A.  Yes, sir.
2     Q.  And were you on the National Milk Board when
3  CWT was created by National Milk?
4     A.  Yes, sir.
5     Q.  And were you -- does CWT exist today?
6     A.  Yes, sir.
7     Q.  And so you've been on the National Milk Board
8  during the entire time since -- from when CWT was
9  created to today?
10    A.  Yes, sir.
11    Q.  And did CWT have something called a Herd
12 Retirement Program?
13    A.  Yes, sir.
14    Q.  And you were on the National Milk Board during
15 the entire time that CWT operated the Herd Retirement
16 Program?
17    A.  Yes, sir.
18    Q.  And after CWT discontinued the Herd Retirement
19 Program, you continued on the National Milk Board?
20    A.  Yes, sir.
21    Q.  And did CWT have a program called an Export
22 Assistance -- Export Assistance Program?
23    A.  Yes, sir.
24    Q.  And has that program been operating
25 continuously since CWT was first created?

Page 24

1     A.  I'm not sure about that.  I'm really not sure
2  that it always had the export program.  I simply cannot
3  recall.
4     Q.  Since the time that CWT discontinued the Herd
5  Retirement Program, has the Export Assistance Program
6  been in existence?
7     A.  Yes, sir.
8     Q.  And operated by CWT?
9     A.  Yes, sir.
10    Q.  And during that entire --
11       MR. DIMARCO:  Objection.
12    Q.  -- time you were on the National Milk Board,
13 correct?
14    A.  Yes, sir.
15    Q.  Now, from time to time would you report to the
16 Southeast Milk Board about what was happening at
17 National Milk?
18    A.  Yes, sir.
19    Q.  And would you report on actions taken by the
20 National Milk Board?
21    A.  Some actions.  I didn't give a detailed report
22 on everything that -- every action that National Milk
23 Board took.
24    Q.  I understand.
25    A.  The big picture things, yes, I did.

Page 25

1     Q.  And as well you would report to the SM -- to
2  the Southeast Milk Board about just what had transpired
3  at a National Milk Board meeting?
4     A.  Well, I would typically, if there were major
5  issues, hit the hot spots, but there are a whole
6  spectrum of issues actually covered in a National Milk
7  Board meeting.
8     Q.  How often does the National Milk Board meet,
9  either in person or by telephone?
10    A.  First, let's talk about in person.  That's the
11 easy part.
12    Q.  Okay.
13    A.  The traditional pattern -- and it's -- I think
14 it's been this way the entire time.  There's typically a
15 March board meeting held in the Washington D.C. area, a
16 June board meeting held in the Washington D.C. area, and
17 a fall meeting, it could be either October or -- or
18 November that is held somewhere else.  That's actually
19 an annual meeting.  It tends to move around the country.
20 About every fifth year they come to Disney World here in
21 Florida.  And that meeting -- maybe not the entire time
22 of the 20 years I've been -- but usually that's -- that
23 annual meeting is held in conjunction with the milk
24 promotion side of the industry.
25       Now DMI, Dairy Marketing, Inc., that outfit's



Page 34

1 responsiveness.
2    Q. What about Agri-Mark?
3        MR. DIMARCO: Objection.
4    A. I know Agri-Mark has a -- is that -- is that
5 who makes Cabot cheese?
6    Q. I believe so.
7    A. It's a very good product. I don't know about
8 outside sales. I assume they have some more, but I know
9 the -- for example, the Cabot cheese is a good product.
10 We see a lot of Cabot cheese down here in Florida.
11   Q. I think it's called Cabot Creamery, something
12 like that?
13   A. I -- I -- I guess.
14   Q. Okay. And what about Dairylea? Which is the
15 word dairy with L-E-A on the end of it.
16   A. Yeah. I'm familiar with Dairylea.
17   Q. I'm doing that for the court reporter.
18   A. Oh, okay.
19   Q. And I -- it was -- was before Dairylea was
20 merged into Dairy Farmers of America, was Dairylea a
21 vertically integrated cooperative?
22       MR. SOLBERG: Objection to form.
23   A. I don't know to what degree and to what period
24 of time.
25   Q. But it was at -- to some degree and at some

Page 35

1 period --
2    A. At some -- at some in time they were, and then
3 I thought my understanding was, at some point in time
4 they almost got completely out of processing, but I --
5 that is a very old organization. Even at the time I've
6 been in, I thought they were not all that involved in
7 processing, but I don't know their exact business model.
8    Q. Okay. Thank you. So the CWT committee was
9 responsible for designing and operating the CWT program;
10 is that correct?
11       MR. BEAUDINE: Object to the form.
12       MR. SOLBERG: Object to the form.
13   A. That's not quite how I would characterize that.
14   Q. Well, you indicated that the CWT committee
15 acted as basically a board for the CW -- for the CWT
16 program, correct?
17   A. That is correct.
18   Q. And -- and so you're -- the distinction you're
19 making is when I use the word operated; is that correct?
20 Because you previously testified that the staff was also
21 involved.
22   A. That -- that's where I would go. The -- the
23 specifics of the staff, at least by the time I got
24 information -- you know, these were proposals brought
25 forth by the staff. There may have been one or two

Page 36

1 instances I can remember where it was represented to us
2 that one or more member cooperatives actually brought
3 the proposal, the tweaking or whatever to staff, but by
4 the time I got it, you know, the real legwork had been
5 done, and you know, it would be kind of an up or down
6 decision.
7    Q. Right. So when you say by the time that you
8 got it, you mean by the time that it would come to the
9 CWT committee, which you are a member of, there would be
10 some -- something, some proposal to be discussed and
11 then voted on, correct?
12   A. Yes, sir.
13   Q. And do you -- the CWT committee was created
14 sometime in -- in early 2003; is that correct?
15   A. You know, I've recently -- reviewing some
16 documents, I believe that to be correct. If you show me
17 documents that I'm a little off there by six months,
18 I'll -- I'll stand by what the documents show, yes, sir.
19   Q. Well, the CWT committee was created for the
20 express purpose of creating the CWT program, correct?
21       MR. SOLBERG: Object to the form.
22   A. Yes, sir.
23   Q. And -- and you were on the CWT committee from
24 the beginning, correct?
25   A. Yes, sir, by virtue of being on the National

Page 37

1 Milk Board.
2    Q. And you've been on the CWT committee from that
3 point to the present, correct?
4    A. Correct. I've continuously been on the
5 National Milk Board in that timeframe.
6    Q. So when the CWT committee created and voted on
7 the CWT program, you were on the committee, correct?
8    A. Yes, sir.
9    Q. And from time to time there would be issues
10 with respect to the CWT program that would come before
11 the National Milk Board; is that correct?
12   A. Yes, sir. I -- I really do not recall anything
13 out of what I would call the regular order. You asked
14 me about National Milk Board meetings, I mentioned that
15 there's three a year. To the best of my recollection,
16 at two of those three, there were regularly scheduled
17 CWT meetings.
18   Q. Thank you. And was the National Milk Board
19 called upon to take action with respect to the CWT
20 program?
21       MR. BEAUDINE: Object to the form.
22   A. The word action could mean a lot of things.
23 From time to time we were brought proposals to change
24 the program, but the committee itself did not administer
25 or make operational decisions regarding the program.



Page 46

1  A. No, sir.
2  Q. On the first page, in the fourth paragraph --
3  actually, the second paragraph under program structure.
4  It says, quote:
5      Mr. Kozak reported that the objective of the
6  CWT program is to strengthen and stabilize dairy
7  producer prices by balancing supply with demand, period,
8  closed quote.
9      Do you see that?
10  A. Yes, I see that. That's what the document
11  says.
12  Q. Okay. And that's -- that's -- that's the same
13  statement that we saw in Exhibit 2, as in terms of the
14  stated objective of the CWT program, correct?
15  A. That's what they were trying to sell for the
16  program, yes.
17  Q. Okay. And this is a meeting of the Economic
18  Policy Committee, correct?
19  A. Yes.
20  Q. And this is what was referred to in Exhibit 2,
21  as the concept presented by the Economic Policy
22  Committee; is that correct?
23  A. I assume so, yes.
24  Q. Okay.
25  A. Because it looks like it was just the day

Page 47

1  before.
2  Q. Okay. And the concept of the Economic Policy
3  Committee at this time had what was called, if you look
4  on the second page, a -- a whole herd buyout? It's in
5  the middle of the page.
6  A. Yes, sir.
7  Q. Now, going back to the first page. It says,
8  there was a question raised how to handle the free
9  riders and individual cheaters.
10     Do you see that?
11  A. I don't know where it is in here --
12  Q. I'm sorry.
13  A. -- but I'm aware of the issue, so...
14  Q. It's in the middle of the -- it's just in the
15  middle of the page on the first page. It's the fifth
16  paragraph down, third paragraph down in program
17  structure.
18  A. Oh, okay. Under the large paragraph, okay.
19  Q. Yeah. There was a question raised about how to
20  handle the free riders and individual cheaters.
21     You say you're aware of this issue?
22  A. Yes.
23  Q. It was a fairly significant issue for the CWT
24  program?
25     MR. BEAUDINE: Object to the form.

Page 48

1  A. It's an issue not only in CWT, just among dairy
2  producers. You could say in a lot of context, there are
3  free riders, and so it is an issue.
4  Q. And -- and is the free rider issue the fact
5  that some -- someone might get the benefit of something
6  without paying for it?
7  A. That's exactly it.
8  Q. And in this instance it would be, in the
9  context of the CWT program, it's that someone might get
10  the benefit of the program without participating and
11  funding the program?
12  A. That's correct. If the program worked, if it
13  did what they thought it could do, but only 70 percent
14  participated. The under -- the other 30 percent are
15  getting the benefit without paying, that's correct.
16  Q. And ironically, at one point Southeast Milk was
17  a quote-on-quote free rider under that definition,
18  correct?
19     MR. BEAUDINE: Object to the form.
20  A. If you follow that logic, yes.
21  Q. And then Southeast Milk voted to participate in
22  the CWT program by making the involvement of its members
23  mandatory, correct?
24     MR. BEAUDINE: Object to the form.
25  A. Correct. But it had nothing to do with this

Page 49

1  language on what they claim the program would do.
2  That's not at all why we joined.
3  Q. Okay. But you did join?
4  A. We did -- we joined, and then we didn't --
5  yeah. We initially did not join, then we joined, then
6  we stepped out and did not join, and then we rejoined
7  when it became only an export enhancement program.
8  Q. Okay. So you were against it before you were
9  for it?
10     MR. BEAUDINE: Object to the form.
11  A. Yeah. I wouldn't even agree with that
12  assessment.
13  Q. Okay.
14  A. We -- when we did initially join CWT, we did it
15  for reasons not really associated with CWT. That's how
16  I would answer that.
17  Q. All right. You can set that aside.
18     (Plaintiffs' Exhibit No. 4 was marked for
19  identification.)
20  Q. Mr. Wright, the court reporter's handed you
21  what's been marked as Exhibit 4, which are minutes from
22  the National Milk Producer Federation's Board of
23  Directors meeting, March 13th, 2013, bearing the
24  document controls numbers NMPF 0026313 through 321.
25     Would you take a moment to familiarize yourself

