**EXHIBIT 35**

WINN-DIXIE STORES, INC. VS. SOUTHEAST MILK, INC.
Wright Joseph

```
 1                  UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                     JACKSONVILLE DIVISION

 3
    Winn-Dixie Stores, Inc., and
 4  Bi-Lo Holdings, LLC,

 5       Plaintiffs,
                                        Case Number:
 6  v.                                  3:15-cv-01143-BJD-PDB

 7  Southeast Milk, Inc., et al.,

 8       Defendants.
    _____/
 9

10

11  * * * * * * * * * * * * * * * * * * * * * * * * * * * *

12                        VOLUME II OF II

13  VIDEOTAPED
    DEPOSITION OF:      JOSEPH WRIGHT
14
    DATE TAKEN:         DECEMBER 12, 2017
15
    TIME:               9:11 A.M. - 7:14 P.M.
16
    LOCATION:           LATHAM, SHUKER, EDEN & BEAUDINE, LLP
17                      111 N. MAGNOLIA AVENUE
                        SUITE 1400
18                      ORLANDO, FLORIDA 32801

19  REPORTED BY:        SHOSHANA KRAMER, RPR, CRR

20

21

22

23

24

25
```



Page 187

1          (Continued from Volume I.)
2          THE VIDEOGRAPHER:  This is disc number four.
3      The time is 3:10.  We're back on the record.
4  BY MR. AHERN:
5      Q.  All right.  Let's show you some more documents.
6          (Plaintiffs' Exhibit No. 37 was marked for
7      identification.)
8      Q.  Mr. Wright, the court reporter has handed you
9  what's been marked as Exhibit 37.  Please take a moment
10  to review it.  It is a September 28, 2007, e-mail from
11  you to Calvin Covington and Tom Pittman.  The subject is
12  CWT 2008 participation update, and it bears the document
13  control number SMI 013966 to 967.
14     A.  Okay.
15     Q.  All right.  I'm just going to focus on the
16  portion of your e-mail to Covington and Pittman, not
17  Tillison's e-mail below.  You write, Jerry Kozak
18  called -- did call me this week to lobby for renewal.  I
19  suggested he tell Baird and Smith to behave for the next
20  couple of weeks.  I asked him about select and
21  continental, dash, dash.  He said Mike will be okay.  I
22  think you meant to say, notice there, not on the list.
23     A.  Yes.
24     Q.  See that?
25     A.  That's a typo.  Yes, sir.

Page 188

1      Q.  SO what did you mean when you said tell
2  Baird -- I suggest that you tell Baird and Smith to
3  behave for the next couple of weeks?
4      A.  I assume Smith meant Rick Smith.  This is still
5  tied in.  I don't know if -- I guess this was at a time
6  where I guess we were in CWT.  I don't remember if this
7  is when we got out or not, but again --
8      Q.  It's not.  That comes a year later.
9      A.  Okay.  So I can't remember all the timeframes.
10  So, again, I've tried -- I know it's not the subject
11  matter of this deposition, but it has certainly been the
12  subject matter of prior depositions I've given.  Our
13  epic battle with DFA and their friends -- and Baird at
14  times fought with DFA, but at times he'd do the dirty
15  work.  Our cooperative just was attacked on so many
16  fronts that it was very hard for us to go before our
17  membership and say Cooperatives Working Together when we
18  had so many cooperatives that weren't working together
19  other than against us.  So that's what I meant.
20          There were so many things in the marketplace,
21  and things they were saying and doing to the customers
22  to our detriment, that it was just kind of hard for us
23  to come kumbaya and break bread with all of them.
24  That's what I meant.
25     Q.  And actually, let me go ahead and show you this

Page 189

1  next document, which may strike a similar cord.
2          (Plaintiffs' Exhibit No. 38 was marked for
3      identification.)
4          THE WITNESS:  The date on this is
5      September 28th, okay.
6  BY MR. AHERN:
7      Q.  This is -- these are minutes from -- this is --
8  I'm sorry.
9          Mr. Wright, the court reporter has handed you
10  what's been marked as Exhibit 38.  These are minutes
11  from a Southeast Milk, Incorporated, Board of Directors
12  meeting, October 9, 2007, bearing the document control
13  numbers SMI 002059-62, and I'm going to -- I'm going to
14  ask you about, actually, just a reference at the top of
15  page four.
16     A.  Okay.  Well, let me review this document a
17  little bit.  There was a lot going on here.
18          Okay.
19     Q.  All right.  Just turning your attention to
20  page four at the top, the carry-over paragraph, the last
21  sentence.  It says, a specific point of concern with
22  NMPF is, they are being selective where they want to --
23  where they want, quote, Farmers Working Together, close
24  quote, such as CWT, but not on a lot of other issues.
25          Do you see that?

Page 190

1      A.  Yes, sir.
2      Q.  Is that a similar sentiment that you're -- that
3  you are -- that you've just testified to with respect
4  to --
5      A.  Very much so.  That was the state of affairs in
6  the fall of 2007.
7      Q.  Okay.  All right.  You could set that aside.
8          Can you pull out Exhibit 22, please, and if --
9  if you'll just look at the -- at the -- the last two
10  pages of that.
11     A.  As to the roll call or something else?
12     Q.  The roll call.
13     A.  Okay.
14     Q.  Was National -- National Milk dominated by
15  Dairy Farmers of America?
16          MR. BEAUDINE:  Object to the form.
17     A.  Let me say -- well, you see there's some
18  weightings here to the number of directors.  It's been a
19  long time since I've looked at the specific dues
20  formula, but, absolutely.  In the time -- well, there's
21  only been a Dairy Farmers of America since -- was it '98
22  or '99?  We have never had a chairman who was not -- of
23  National Milk that was not the chairman of DFA, and even
24  though the cooperative principle -- and -- and I
25  realized that even in our cooperative.



Page 191

1      You know, every member is supposed to have the
2 same vote, but when you go to split up the money, you do
3 it by your patrons, the percentage of business.  So DFA
4 is the strongest single influence, the National Milk.
5 Sometimes they use that wisely and sometimes they do
6 not.
7    Q.  Okay.  All right, you could set that aside.
8      (Plaintiffs' Exhibit No. 39 was marked for
9    identification.)
10    Q.   Mr. Wright, the court reporter's handed you
11 what's been marked as Exhibit 39.  These are minutes of
12 the November 6, 2007, Southeast Milk Board of Directors
13 meeting bearing the document control numbers SMI 002063
14 to 66.  I'm only going to ask you about the -- the
15 paragraph that states old business on the bottom of
16 page three, but feel free to look at as much of the
17 document as you need or want to.
18    A.  Okay.
19    Q.  All right.  On page three at the bottom under
20 old business, it says, under old business the president
21 reviewed the CWT program and noted the upcoming
22 expiration of the association's commitment in December.
23 This was followed by discussion about continuing the
24 program.  Concerns have arisen about the administration
25 of the program.  A motion was made to amend the original

Page 192

1 motion, parentheses, to renew participation, closed
2 parenthesis, to make it voluntary on a member-by-member
3 basis, which was duly seconded and discussed at length.
4 However, the motion was not passed.  The primary motion
5 on renewal was then voted upon and passed.  Whereupon,
6 it was resolved, the association renew its participation
7 in the National Milk CWT program for calendar year 2008.
8      Do you see that?
9    A.  Yes.
10    Q.   So this was the meeting in which the Southeast
11 Milk Board voted to continue the mandatory involvement
12 of its members in National Milk's CWT program, correct?
13    A.  Yes.
14    Q.   Just out of curiosity, you see the reference to
15 the association, but that is referring to actually
16 Southeast Milk, correct?
17    A.  That is correct.
18    Q.  Okay.  All right.  You could set that aside.
19      (Plaintiffs' Exhibit No. 40 was marked for
20    identification.)
21    Q.   Mr. Wright, the court reporter's handed you
22 what's been marked as Exhibit 40, which is an e-mail
23 from you to Ed Henderson, dated November 7, 2007.
24      Do you see that?
25    A.  Yes.

Page 193

1    Q.  Let me know when you've reviewed it.
2    A.  Okay.
3    Q.  All right.  In this e-mail you write, Ed, I
4 telephoned Jerry Kozak this morning to let him know we
5 had voted to renew our participation in CWT.  I also let
6 Jerry know that going forward you would get involved and
7 represent us in CWT.  Jerry does remember you.  I told
8 him two things.  First, that you were a true believer in
9 the CWT concept.  Second, that you would advocate some
10 changes, and that I thought that you would be better
11 suited than I to advocate those changes, parenthesis,
12 less controversial given my history battling DFA, closed
13 parenthesis.
14      Do you see that?
15    A.  Yes.
16    Q.  And was Ed Henderson at this time a true
17 believer in the CWT concept?
18    A.  Ed -- well, yes and no.  Ed's basic complaint
19 was the program didn't do any good or not much good, but
20 it could.  You needed to throw more serious money at it.
21 That -- if I were to summarize what I understood Ed's
22 issue to be, that was it, but this -- it really wasn't
23 moving the needle.  It wasn't doing what they said it
24 could do, but it could if it had more money.  That was
25 Ed's -- that's how I would characterize Ed's basic

Page 194

1 position.
2    Q.  It wasn't doing enough?
3    A.  Well, it wasn't doing anything --
4      MR. DIMARCO:  Object to the form.
5    A.  -- but it could.  That would be -- whether it
6 was $0.05 or $0.10, that wasn't nearly enough to
7 accomplish what -- what they said it was accomplishing.
8    Q.  All right.  You could set that aside.
9      (Plaintiffs' Exhibit No. 41 was marked for
10    identification.)
11    Q.  Mr. Wright, the court reporter's handed you
12 what's been marked as Exhibit 41.  Please take a moment
13 to review it.  I'm going to direct your attention to the
14 fourth page, 26238, but review as much of this as you
15 need to.
16      This is a National Milk Producer Federation CWT
17 committee meeting minutes, November 11th, 2007 at Walt
18 Disney World Dolphin Hotel in Orlando, Florida.
19    A.  Okay.
20    Q.  All right.  Turning your attention to page four
21 of Exhibit 41.  You see in the middle, under policy and
22 participation task force report, there are -- there's
23 some text in bold there, and it says Mr. Mooney -- and
24 that's referring to Randy Mooney -- stated that after a
25 review of the information presented by staff, the task



Orange Legal
800-275-7991