# Exhibit B

Case 3:15-cv-01143-BJD-J_T    Document 272-2    Filed 05/22/19    Page 1 of 7 PageID 14781



# INTRODUCTORY
# ECONOMETRICS
A MODERN APPROACH

JEFFREY M. WOOLDRIDGE

THIRD EDITION

# INTRODUCTORY ECONOMETRICS
## A MODERN APPROACH

**JEFFREY M. WOOLDRIDGE**
Michigan State University



THOMSON
SOUTH-WESTERN

Australia · Canada · Mexico · Singapore · Spain · United Kingdom · United States

**THOMSON**

**SOUTH-WESTERN**

**Introductory Econometrics, Third Edition**
Jeffrey M. Wooldridge

**VP/Editorial Director:**
Jack W. Calhoun

**Editor-in-Chief:**
Alex von Rosenberg

**Publisher:**
Steven Momper

**Sr. Acquisitions Editor:**
Michael W. Worls

**Sr. Developmental Editor:**
Susanna C. Smart

**Sr. Marketing Manager:**
John Carey

**Production Project Manager:**
Starratt E. Alexander

**Manager of Technology, Editorial:**
Vicky True

**Technology Project Editor:**
Pam Wallace

**Web Coordinator:**
Karen L. Schaffer

**Sr. Manufacturing Coordinator:**
Sandee Milewski

**Production House:**
Lachina Publishing Services

**Printer:**
RR Donnelley
Crawfordsville, Indiana

**Art Director:**
Michelle Kunkler

**Cover and Internal Designer:**
Jennifer Lambert / jen2 design

**Cover Images:**
© Getty Images

**Library of Congress Control Number:**

2005924660

For more information about our products, contact us at:

Thomson Learning Academic Resource Center

1-800-423-0563

**Thomson Higher Education**
5191 Natorp Boulevard
Mason, OH 45040
USA

COPYRIGHT © 2006
Thomson South-Western, a part of The Thomson Corporation. Thomson, the Star logo, and South-Western are trademarks used herein under license.

Printed in the United States of America
1 2 3 4 5 08 07 06 05

ISBN: 0-324-28978-2

ALL RIGHTS RESERVED.
No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, Web distribution or information storage and retrieval systems, or in any other manner—without the written permission of the publisher.

For permission to use material from this text or product, submit a request online at http://www.thomsonrights.com.

# Brief Contents

| | | |
|---|---|---|
| Chapter 1 | The Nature of Econometrics and Economic Data | 1 |

**PART 1: Regression Analysis with Cross-Sectional Data** — 23

| | | |
|---|---|---|
| Chapter 2 | The Simple Regression Model | 24 |
| Chapter 3 | Multiple Regression Analysis: Estimation | 73 |
| Chapter 4 | Multiple Regression Analysis: Inference | 123 |
| Chapter 5 | Multiple Regression Analysis: OLS Asymptotics | 176 |
| Chapter 6 | Multiple Regression Analysis: Further Issues | 192 |
| Chapter 7 | Multiple Regression Analysis with Qualitative Information: Binary (or Dummy) Variables | 230 |
| Chapter 8 | Heteroskedasticity | 271 |
| Chapter 9 | More on Specification and Data Problems | 304 |

**PART 2: Regression Analysis with Time Series Data** — 341

| | | |
|---|---|---|
| Chapter 10 | Basic Regression Analysis with Time Series Data | 342 |
| Chapter 11 | Further Issues in Using OLS with Time Series Data | 380 |
| Chapter 12 | Serial Correlation and Heteroskedasticity in Time Series Regressions | 412 |

**PART 3: Advanced Topics** — 447

| | | |
|---|---|---|
| Chapter 13 | Pooling Cross Sections Across Time: Simple Panel Data Methods | 448 |
| Chapter 14 | Advanced Panel Data Methods | 485 |
| Chapter 15 | Instrumental Variables Estimation and Two Stage Least Squares | 510 |
| Chapter 16 | Simultaneous Equations Models | 552 |
| Chapter 17 | Limited Dependent Variable Models and Sample Selection Corrections | 582 |
| Chapter 18 | Advanced Time Series Topics | 632 |
| Chapter 19 | Carrying out an Empirical Project | 678 |

**APPENDICES**

| | | |
|---|---|---|
| Appendix A | Basic Mathematical Tools | 707 |
| Appendix B | Fundamentals of Probability | 728 |
| Appendix C | Fundamentals of Mathematical Statistics | 763 |
| Appendix D | Summary of Matrix Algebra | 808 |
| Appendix E | The Linear Regression Model in Matrix Form | 819 |
| Appendix F | Answers to Chapter Questions | 834 |
| Appendix G | Statistical Tables | 847 |

| | |
|---|---|
| References | 854 |
| Glossary | 859 |
| Index | 873 |



whether any of the variants of OLS—such as weighted least squares or correcting for serial correlation in a time series regression—are required.

In order to justify OLS, you must also make a convincing case that the key OLS assumptions are satisfied for your model. As we have discussed at some length, the first issue is whether the error term is uncorrelated with the explanatory variables. Ideally, you have been able to control for enough other factors to assume that those that are left in the error are unrelated to the regressors. Especially when dealing with individual-, family-, or firm-level cross-sectional data, the self-selection problem—which we discussed in Chapters 7 and 15—is often relevant. For instance, in the IRA example from Section 19.3, it may be that families with unobserved taste for saving are also the ones that open IRAs. You should also be able to argue that the other potential sources of endogeneity—namely, measurement error and simultaneity—are not a serious problem.

When specifying your model you must also make functional form decisions. Should some variables appear in logarithmic form? (In econometric applications, the answer is often yes.) Should some variables be included in levels and squares, to possibly capture a diminishing effect? How should qualitative factors appear? Is it enough to just include binary variables for different attributes or groups? Or, do these need to be interacted with quantitative variables? (See Chapter 7 for details.)

A common mistake, especially among beginners, is to incorrectly include explanatory variables in a regression model that are listed as numerical values but have no quantitative meaning. For example, in an individual-level data set that contains information on wages, education, experience, and other variables, an "occupation" variable might be included. Typically, these are just arbitrary codes that have been assigned to different occupations; the fact that an elementary school teacher is given, say, the value 453 while a computer technician is, say, 751 is relevant only in that it allows us to distinguish between the two occupations. It makes no sense to include the raw occupational variable in a regression model. (What sense would it make to measure the effect of increasing *occupation* by one unit when the one-unit increase has no quantitative meaning?) Instead, different dummy variables should be defined for different occupations (or groups of occupations, if there are many occupations). Then, the dummy variables can be included in the regression model. A less egregious problem occurs when an ordered qualitative variable is included as an explanatory variable. Suppose that in a wage data set a variable is included measuring "job satisfaction," defined on a scale from 1 to 7, with 7 being the most satisfied. Provided we have enough data, we would want to define a set of six dummy variables for, say, job satisfaction levels of 2 through 7, leaving job satisfaction level 1 as the base group. By including the six job satisfaction dummies in the regression, we allow a completely flexible relationship between the response variable and job satisfaction. Putting in the job satisfaction variable in raw form implicitly assumes that a one-unit increase in the ordinal variable has quantitative meaning. While the direction of the effect will often be estimated appropriately, interpreting the coefficient on an ordinal variable is difficult. If an ordinal variable takes on many values, then we can define a set of dummy variables for ranges of values. See Section 7.3 for an example.

Sometimes, we want to explain a variable that is an ordinal response. For example, one could think of using a job satisfaction variable of the type described above as the dependent variable in a regression model, with both worker and employer characteristics

among the independent variables. Unfortunately, with the job satisfaction variable in its original form, the coefficients in the model are hard to interpret: each measures the change in job satisfaction given a unit increase in the independent variable. Certain models—*ordered probit* and *ordered logit* are the most common—are well suited for ordered responses. These models essentially extend the binary probit and logit models we discussed in Chapter 17. (See Wooldridge [2002, Chapter 15] for a treatment of ordered response models.) A simple solution is to turn any ordered response into a binary response. For example, we could define a variable equal to one if job satisfaction is at least 4, and zero otherwise. Unfortunately, creating a binary variable throws away information and requires us to use a somewhat arbitrary cutoff.

For cross-sectional analysis, a secondary, but nevertheless important, issue is whether there is heteroskedasticity. In Chapter 8, we explained how this can be dealt with. The simplest way is to compute heteroskedasticity-robust statistics.

As we emphasized in Chapters 10, 11, and 12, time series applications require additional care. Should the equation be estimated in levels? If levels are used, are time trends needed? Is differencing the data more appropriate? If the data are monthly or quarterly, does seasonality have to be accounted for? If you are allowing for dynamics—for example, distributed lag dynamics—how many lags should be included? You must start with some lags based on intuition or common sense, but eventually it is an empirical matter.

If your model has some potential misspecification, such as omitted variables, and you use OLS, you should attempt some sort of **misspecification analysis** of the kinds we discussed in Chapters 3 and 5. Can you determine, based on reasonable assumptions, the direction of any bias in the estimators?

If you have studied the method of instrumental variables, you know that it can be used to solve various forms of endogeneity, including omitted variables (Chapter 15), errors-in-variables (Chapter 15), and simultaneity (Chapter 16). Naturally, you need to think hard about whether the instrumental variables you are considering are likely to be valid.

Good papers in the empirical social sciences contain **sensitivity analysis**. Broadly, this means you estimate your original model and modify it in ways that seem reasonable. Hopefully, the important conclusions do not change. For example, if you use as an explanatory variable a measure of alcohol consumption (say, in a grade point average equation), do you get qualitatively similar results if you replace the quantitative measure with a dummy variable indicating alcohol usage? If the binary usage variable is significant but the alcohol quantity variable is not, it could be that usage reflects some unobserved attribute that affects GPA and is also correlated with alcohol usage. But this needs to be considered on a case-by-case basis.

If some observations are much different from the bulk of the sample—say, you have a few firms in a sample that are much larger than the other firms—do your results change much when those observations are excluded from the estimation? If so, you may have to alter functional forms to allow for these observations or argue that they follow a completely different model. The issue of outliers was discussed in Chapter 9.

Using panel data raises some additional econometric issues. Suppose you have collected two periods. There are at least four ways to use two periods of panel data without resorting to instrumental variables. You can pool the two years in a standard OLS

analysis, as discussed in Chapter 13. Although this might increase the sample size relative to a single cross section, it does not control for time-constant unobservables. In addition, the errors in such an equation are almost always serially correlated because of an unobserved effect. Random effects estimation corrects the serial correlation problem and produces asymptotically efficient estimators, provided the unobserved effect has zero mean given values of the explanatory variables in all time periods.

Another possibility is to include a lagged dependent variable in the equation for the second year. In Chapter 9, we presented this as a way to at least mitigate the omitted variables problem, as we are in any event holding fixed the initial outcome of the dependent variable. This often leads to similar results as differencing the data, as we covered in Chapter 13.

With more years of panel data, we have the same options, plus an additional choice. We can use the fixed effects transformation to eliminate the unobserved effect. (With two years of data, this is the same as differencing.) In Chapter 15, we showed how instrumental variables techniques can be combined with panel data transformations to relax exogeneity assumptions even more. As a rule, it is a good idea to apply several reasonable econometric methods and compare the results. This often allows us to determine which of our assumptions are likely to be false.

Even if you are very careful in devising your topic, postulating your model, collecting your data, and carrying out the econometrics, it is quite possible that you will obtain puzzling results—at least some of the time. When that happens, the natural inclination is to try different models, different estimation techniques, or perhaps different subsets of data until the results correspond more closely to what was expected. Virtually all applied researchers search over various models before finding the "best" model. Unfortunately, this practice of **data mining** violates the assumptions we have made in our econometric analysis. The results on unbiasedness of OLS and other estimators, as well as the $t$ and $F$ distributions we derived for hypothesis testing, assume that we observe a sample following the population model and we estimate that model once. Estimating models that are variants of our original model violates that assumption because we are using the same set of data in a *specification search*. In effect, we use the outcome of tests by using the data to respecify our model. The estimates and tests from different model specifications are not independent of one another.

Some specification searches have been programmed into standard software packages. A popular one is known as *stepwise regression*, where different combinations of explanatory variables are used in multiple regression analysis in an attempt to come up with the best model. There are various ways that stepwise regression can be used, and we have no intention of reviewing them here. The general idea is either to start with a large model and keep variables whose $p$-values are below a certain significance level or to start with a simple model and add variables that have significant $p$-values. Sometimes, groups of variables are tested with an $F$ test. Unfortunately, the final model often depends on the order in which variables were dropped or added. (For more on stepwise regression, see Draper and Smith [1981].) In addition, this is a severe form of data mining, and it is difficult to interpret $t$ and $F$ statistics in the final model. One might argue that stepwise regression simply automates what researchers do anyway in searching over various models. However, in most applications, one or two explanatory variables are of primary interest, and then the goal is to see how robust the coefficients on those variables are to either adding or dropping other variables, or to changing functional form.

In principle, it is possible to incorporate the effects of data mining into our statistical inference; in practice, this is very difficult and is rarely done, especially in sophisticated empirical work. (See Leamer [1983] for an engaging discussion of this problem.) But we can try to minimize data mining by not searching over numerous models or estimation methods until a significant result is found and then reporting only that result. If a variable is statistically significant in only a small fraction of the models estimated, it is quite likely that the variable has no effect in the population.

## 19.5 Writing an Empirical Paper

Writing a paper that uses econometric analysis is very challenging, but it can also be rewarding. A successful paper combines a careful, convincing data analysis with good explanations and exposition. Therefore, you must have a good grasp of your topic, good understanding of econometric methods, and solid writing skills. Do not be discouraged if you find writing an empirical paper difficult; most professional researchers have spent many years learning how to craft an empirical analysis and to write the results in a convincing form.

While writing styles vary, many papers follow the same general outline. The following paragraphs include ideas for section headings and explanations about what each section should contain. These are only suggestions and hardly need to be strictly followed. In the final paper, each section would be given a number, usually starting with one for the introduction.

### Introduction

The introduction states the basic objectives of the study and explains why it is important. It generally entails a review of the literature, indicating what has been done and how previous work can be improved upon. (As discussed in Section 19.2, an extensive literature review can be put in a separate section.) Presenting simple statistics or graphs that reveal a seemingly paradoxical relationship is a useful way to introduce the paper's topic. For example, suppose that you are writing a paper about factors affecting fertility in a developing country, with the focus on education levels of women. An appealing way to introduce the topic would be to produce a table or a graph showing that fertility has been falling (say) over time and a brief explanation of how you hope to examine the factors contributing to the decline. At this point, you may already know that, ceteris paribus, more highly educated women have fewer children and that average education levels have risen over time.

Most researchers like to summarize the findings of their paper in the introduction. This can be a useful device for grabbing the reader's attention. For example, you might state that your best estimate of the effect of missing 10 hours of lecture during a 30-hour term is about one-half a grade point. But the summary should not be too involved because neither the methods nor the data used to obtain the estimates have yet been introduced.

### Conceptual (or Theoretical) Framework

In this section, you describe the general approach to answering the question you have posed. It can be formal economic theory, but in many cases, it is an intuitive discussion about what conceptual problems arise in answering your question.

As an example, suppose you are studying the effects of economic opportunities and severity of punishment on criminal behavior. One approach to explaining participation in crime is to specify a utility maximization problem where the individual chooses the amount of time spent in legal and illegal activities, given wage rates in both kinds of activities, as well as variable measuring probability and severity of punishment for criminal activity. The usefulness of such an exercise is that it suggests which variables should be included in the empirical analysis; it gives guidance (but rarely specifics) as to how the variables should appear in the econometric model.

Often, there is no need to write down an economic theory. For econometric policy analysis, common sense usually suffices for specifying a model. For example, suppose you are interested in estimating the effects of participation in Aid to Families with Dependent Children (AFDC) on the effects of child performance in school. AFDC provides supplemental income, but participation also makes it easier to receive Medicaid and other benefits. The hard part of such an analysis is deciding on the set of variables that should be controlled for. In this example, we could control for family income (including AFDC and any other welfare income), mother's education, whether the family lives in an urban area, and other variables. Then, the inclusion of an AFDC participation indicator (hopefully) measures the nonincome benefits of AFDC participation. A discussion of which factors should be controlled for and the mechanisms through which AFDC participation might improve school performance substitute for formal economic theory.

## Econometric Models and Estimation Methods

It is very useful to have a section that contains a few equations of the sort you estimate and present in the results section of the paper. This allows you to fix ideas about what the key explanatory variable is and what other factors you will control for. Writing equations containing error terms allows you to discuss whether OLS is a suitable estimation method.

The distinction between a *model* and an estimation method should be made in this section. A model represents a *population* relationship (broadly defined to allow for time series equations). For example, we should write

$$colGPA = \beta_0 + \beta_1 alcohol + \beta_2 hsGPA + \beta_3 SAT + \beta_4 female + u \qquad (19.1)$$

to describe the relationship between college GPA and alcohol consumption, with some other controls in the equation. Presumably, this equation represents a population, such as all undergraduates at a particuar university. There are no "hats" (^) on the $\beta_j$ or on $colGPA$ because this is a model, not an estimated equation. We do not put in numbers for the $\beta_j$ because we do not know (and never will know) these numbers. Later, we will *estimate* them. In this section, do not anticipate the presentation of your empirical results. In other words, do not start with a general model and then say that you omitted certain variables because they turned out to be insignificant. Such discussions should be left for the results section.

A time series model to relate city-level car thefts to the unemployment rate and conviction rates could look like

$$thefts_t = \beta_0 + \beta_1 unem_t + \beta_2 unem_{t-1} + \beta_3 cars_t + \beta_4 convrate_t + \beta_5 convrate_{t-1} + u_t, \qquad (19.2)$$

---

where the $t$ subscript is useful for emphasizing any dynamics in the equation (in this case, allowing for unemployment and the automobile theft conviction rate to have lagged effects).

After specifying a model or models, it is appropriate to discuss estimation methods. In most cases, this will be OLS, but, for example, in a time series equation, you might use feasible GLS to do a serial correlation correction (as in Chapter 12). However, the method for estimating a model is quite distinct from the model itself. It is not meaningful, for instance, to talk about "an OLS model." Ordinary least squares is a method of estimation, and so are weighted least squares, Cochrane-Orcutt, and so on. There are usually several ways to estimate any model. You should explain why the method you are choosing is warranted.

Any assumptions that are used in obtaining an estimable econometric model from an underlying economic model should be clearly discussed. For example, in the quality of high school example mentioned in Section 19.1, the issue of how to measure school quality is central to the analysis. Should it be based on average SAT scores, percentage of graduates attending college, student-teacher ratios, average education level of teachers, some combination of these, or possibly other measures?

We always have to make assumptions about functional form whether or not a theoretical model has been presented. As you know, constant elasticity and constant semi-elasticity models are attractive because the coefficients are easy to interpret (as percentage effects). There are no hard rules on how to choose functional form, but the guidelines discussed in Section 6.2 seem to work well in practice. You do not need an extensive discussion of functional form, but it is useful to mention whether you will be estimating elasticities or a semi-elasticity. For example, if you are estimating the effect of some variable on wage or salary, the dependent variable will almost surely be in logarithmic form, and you might as well include this in any equations from the beginning. You do not have to present every one, or even most, of the functional form variations that you will report later in the results section.

Often, the data used in empirical economics are at the city or county level. For example, suppose that for the population of small to midsize cities, you wish to test the hypothesis that having a minor league baseball team causes a city to have a lower divorce rate. In this case, you must account for the fact that larger cities will have more divorces. One way to account for the size of the city is to scale divorces by the city or adult population. Thus, a reasonable model is

$$\log(div/pop) = \beta_0 + \beta_1 mlb + \beta_2 perCath + \beta_3 \log(inc/pop) + other\ factors, \qquad (19.3)$$

where $mlb$ is a dummy variable equal to one if the city has a minor league baseball team and $perCath$ is the percentage of the population that is Catholic (so a number such as 34.6 means 34.6%). Note that $div/pop$ is a divorce rate, which is generally easier to interpret than the absolute number of divorces.

Another way to control for population is to estimate the model

$$\log(div) = \gamma_0 + \gamma_1 mlb + \gamma_2 perCath + \gamma_3 \log(inc) + \gamma_4 \log(pop) + other\ factors. \qquad (19.4)$$

The parameter of interest, $\gamma_1$, when multiplied by 100, gives the percentage difference between divorce rates, holding population, percent Catholic, income, and whatever else is