# Exhibit C

Case 3:15-cv-01143-BJD-J_T    Document 272-3    Filed 05/22/19    Page 2 of 7 PageID 14789

# A. COLIN CAMERON · PRAVIN K. TRIVEDI



# MICROECONOMETRICS

## METHODS AND APPLICATIONS

CAMBRIDGE

Case 3:15-cv-01143-BJD-J_T    Document 272-3    Filed 05/22/19    Page 3 of 7 PageID 14790

# Microeconometrics

*Methods and Applications*

**A. Colin Cameron**
*University of California, Davis*

**Pravin K. Trivedi**
*Indiana University*



CAMBRIDGE
UNIVERSITY PRESS

Case 3:15-cv-01143-BJD-J_T    Document 272-3    Filed 05/22/19    Page 4 of 7 PageID 14791

*To*
*my mother and the memory of my father*
*the memory of my parents*

CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paulo, Delhi

Cambridge University Press
32 Avenue of the Americas, New York, NY 10013-2473, USA

www.cambridge.org
Information on this title: www.cambridge.org/9780521848053

© A. Colin Cameron and Pravin K. Trivedi 2005

This publication is in copyright. Subject to statutory exception
and to the provisions of relevant collective licensing agreements,
no reproduction of any part may take place without the written
permission of Cambridge University Press.

First published 2005
8th printing 2009

Printed in the United States of America

*A catalog record for this publication is available from the British Library.*

*Library of Congress Cataloging in Publication Data*

Cameron, Adrian Colin.
Microeconomics : methods and applications / A. Colin Cameron, Pravin K. Trivedi.
    p.    cm.
Includes bibliographical references and index.
ISBN 0-521-84805-9 (hardcover)
1. Microeconomics – Econometric models.   I. Trivedi, P. K.   II. Title.
HB172.C343      2005
338.5'01'5195 – dc22
                                                    2004022273

ISBN  978-0-521-84805-3 hardback

Cambridge University Press has no responsibility for the persistence or
accuracy of URLs for external or third-party Internet Web sites referred to in
this publication and does not guarantee that any content on such Web sites is,
or will remain, accurate or appropriate. Information regarding prices, travel
timetables, and other factual information given in this work are correct at
the time of first printing, but Cambridge University Press does not guarantee
the accuracy of such information thereafter.

experiments, the choice of control groups plays a critical role in determining the reliability of the conclusions. Several potential problems that affect a social experiment, such as selectivity and attrition bias, will also remain potential problems in the case of natural experiments. Only a subset of interesting policy problems may lend themselves to analysis within the natural experiment framework. The experiment may apply only to a small part of the population, and the conditions under which it occurs may not replicate themselves easily. An example given in Section 22.6 illustrates this point in the context of difference in differences.

## 3.5. Practical Considerations

Although there has been an explosion in the number and type of microdata sets that are available, certain well-established databases have supported numerous studies. We provide a very partial list of some of very well known U.S. micro databases. For further details, see the respective Web sites for these data sets or the data clearinghouses mentioned in the following. Many of these allow you to download the data directly.

### 3.5.1. Some Sources of Microdata

**Panel Study in Income Dynamics (PSID):** Based at the Survey Research Center at the University of Michigan, PSID is a national survey that has been running since 1968. Today it covers over 40,000 individuals and collects economic and demographic data. These data have been used to support a wide variety of microeconometric analyses. Brown, Duncan and Stafford (1996) summarize recent developments in PSID data.

**Current Population Survey (CPS):** This is a monthly national survey of about 50,000 households that provides information on labor force characteristics. The survey has been conducted for more than 50 years. Major revisions in the sample have followed each of the decennial censuses. For additional details about this survey see Section 24.2. It is the basis of many federal government statistics on earnings and unemployment. It is also an important source of microdata that have supported numerous studies especially of labor markets. The survey was redesigned in 1994 (Polivka, 1996).

**National Longitudinal Survey (NLS):** The NLS has four original cohorts: NLS Older Men, NLS Young Men, NLS Mature Women, and NLS Young Women. Each of the original cohorts is a national yearly survey of over 5,000 individuals who have been repeatedly interviewed since the mid-1960s. Surveys collect information on each respondent's work experiences, education, training, family income, household composition, marital status, and health. Supplementary data on age, sex, etc. are available.

**National Longitudinal Surveys of Youth (NLSY):** The NLSY is a national annual survey of 12,686 young men and young women who where 14 to 22 years of age when they were first surveyed in 1979. It contains three subsamples. The data

provide a unique opportunity to study the life-course experiences of a large sample of young adults who are representative of American men and women born in the late 1950s and early 1960s. A second NLSY began in 1997.

**Survey of Income and Program Participation (SIPP):** SIPP is a longitudinal survey of around 8,000 housing units per month. It covers income sources, participation in entitlement programs, correlation between these items, and individual attachments to the job market over time. It is a multipanel survey with a new panel being introduced at the beginning of each calendar year. The first panel of SIPP was initiated in October 1983. Compared with CPS, SIPP has fewer employed and more unemployed persons.

**Health and Retirement Study (HRS):** The HRS is a longitudinal national study. The baseline consists of interviews with members of 7,600 households in 1992 (respondents aged from 51 to 61) with follow-ups every two years for 12 years. The data contain a wealth of economic, demographic, and health information.

**World Bank's Living Standards Measurement Study (LSMS):** The World Bank's LSMS household surveys collect data "on many dimensions of household well-being that can be used to assess household welfare, understand household behavior, and evaluate the effects of various government policies on the living conditions of the population" in many developing countries. Many examples of the use of these data can be found in Deaton (1997) and in the economic development literature. Grosh and Glewwe (1998) outline the nature of the data and provide references to research studies that have used them.

**Data clearinghouses:** The Interuniversity Consortium for Political and Social Research (ICPSR) provides access to many data sets, including the PSID, CPS, NLS, SIPP, National Medical Expenditure Survey (NMES), and many others. The U.S. Bureau of Labor Statistics handles the CPS and NLS surveys. The U.S. Bureau of Census handles the SIPP. The U.S. National Center for Health Statistics provides access to many health data sets. A useful gateway to European data archives is the Council of European Social Science Data Archives (CESSDA), which provides links to several European national data archives.

**Journal data archives:** For some purposes, such as replication of published results for classroom work, you can get the data from journal archives. Two archives in particular have well-established procedures for data uploads and downloads using an Internet browser. The *Journal of Business and Economic Statistics* archives data used in most but not all articles published in that journal. The *Journal of Applied Econometrics* data archive is also organized along similar lines and contains data pertaining to most articles published since 1994.

### 3.5.2. Handling Microdata

Microeconomic data sets tend to be quite large. Samples of several hundreds or thousands are common and even those of tens of thousands are not unusual. The distributions of outcomes of interest are often nonnormal, in part because one is often dealing

with discrete data such as binary outcomes, or with data that have limited variation such as proportions or shares, or with truncated or censored continuous outcomes. Handling large nonnormal data sets poses some problems of summarizing and reporting the important features of data. Often it is useful to use one computing environment (program) for data extraction, reduction, and preparation and a different one for model estimation.

### 3.5.3. Data Preparation

The most basic feature of microeconometric analysis is that the process of arriving at the sample finally used in the econometric investigation is likely to be a long one. It is important to accurately document decisions and choices made by the investigator in the process of "cleaning up" the data. Let us consider some specific examples.

One of the most common features of sample survey data is **nonresponse** or partial response. The problems of nonresponse have already been discussed. Partial response usually means that some parts of survey questionnaires were not answered. If this means that some of the required information is not available, the observations in question are deleted. This is called **listwise deletion**. If this problem occurs in a significant number of cases, it should be properly analyzed and reported because it could lead to an unrepresentative sample and biases in estimation. The issue is analyzed in Chapter 27. For example, consider a question in a household survey to which high-income households do not respond, leading to a sample in which these households are underrepresented. Hence the end effect is no different from one in which there is a full response but the sample is not representative.

A second problem is *measurement error* in reported data. Microeconomic data are typically noisy. The extent, type, and seriousness of measurement error depends on the type of survey cross section or panel, the individual who responds to the survey, and the variable about which information is sought. For example, self-reported income data from panel surveys are strongly suspected to have serially correlated measurement error. In contrast, reported expenditure magnitudes are usually thought to have a smaller measurement error. Deaton (1997) surveys some of the sources of measurement error with special reference to the World Bank's *Living Standards Measurement Survey*, although several of the issues raised have wider relevance. The biases from measurement error depend on what is done to the data in terms of transformations (e.g., first differencing) and the estimator used. Hence to make informative statements about the seriousness of biases from measurement error, one must analyze well-defined models. Later chapters will give examples of the impact of measurement error in specific contexts.

### 3.5.4. Checking Data

In large data sets it is easy to have erroneous data resulting from keyboard and coding errors. One should therefore apply some elementary checks that would reveal the existence of problems. One can check the data before analyzing it by examining some

descriptive statistics. The following techniques are useful. First, use summary statistics (min, max, mean, and median) to make sure that the data are in the proper interval and on the proper scale. For instance, categorical variables should be between zero and one, counts should be greater than or equal to zero. Sometimes missing data are coded as $-999$, or some other integer, so take care not to treat these entries as data. Second, one should know whether changes are fractional or on a percentage scale. Third, use box and whisker plots to identify problematic observations. For instance, using box and whisker plots one researcher found a country that had negative population growth (owing to a war) and another country that had recorded investment as more than GDP (because foreign aid had been excluded from the GDP calculation). Checking observations before proceeding with estimation may also suggest normalizing transformations and/or distributional assumptions with features appropriate for modeling a particular data set. Third, screening data may suggest appropriate data transforms. For example, box and whisker plots and histograms could suggest which variables might be better modeled via a log or power transform. Finally, it may be important to check the scales of measurement. For some purposes, such as the use of nonlinear estimators, it may be desirable to scale variables so that they have roughly similar scale. Summary statistics can be used to check that the means, variances, and covariances of the variables indicate proper scaling.

### 3.5.5. Presenting Descriptive Statistics

Because microdata sets are usually large, it is essential to provide the reader with an initial table of descriptive statistics, usually mean, standard deviation, minimum, and maximum for every variable. In some cases unexpectedly large or small values may reveal the presence of a gross recording error or erroneous inclusion of an incorrect data point. Two-way scatter diagrams are usually not helpful, but tabulation of categorical variables (contingency tables) can be. For discrete variables histograms can be useful and for continuous variables density plots can be informative.

### 3.6. Bibliographic Notes

**3.2** Deaton (1997) provides an introduction to sample surveys especially for developing economies. Several specific references to complex surveys are provided in Chapter 24. Becketti et al. (1988) investigate the importance of the issue of representativeness of the PSID.

**3.3** The collective volume edited by Hausman and Wise (1985) contains several papers on individual social experiments including the RHIE, NIT, and Time-of-Use pricing experiments. Several studies question the usefulness of the experimental data and there is extensive discussion of the flaws in experimental designs that preclude clear conclusions. Pros and cons of social experiments versus observational data are discussed in an excellent pair of papers by Burtless (1995) and Heckman and Smith (1995).

**3.4** A special issue of the *Journal of Business and Economic Statistics* (1995) carries a number of articles that use the methodology of quasi- or natural experiments. The collection includes an article by Meyer who surveys the issues in and the methodology of econometric

studies that use data from natural experiments. He also provides a valuable set of guidelines on the credible use of natural variation in making inferences about the impact of economic policies, partly based on the work of Campbell (1969). Kim and Singal (1993) study the impact of changes in market concentration on price using the data generated by a airline mergers. Rosenzweig and Wolpin (2000) review an extensive literature based on natural experiments such as identical twins. Isacsson (1999) uses the twins approach to study returns to schooling using Swedish data. Angrist and Lavy (1999) study the impact of class size on test scores using data from schools that are subject to "Maimonides' Rule" (briefly reviewed in Section 25.6), which states that class size should not exceed 40. The rule generates an instrument.

## PART TWO
# Core Methods

Part 2 presents the core estimation methods – least squares, maximum likelihood and method of moments – and associated methods of inference for nonlinear regression models that are central in microeconometrics. The material also includes modern topics such as quantile regression, sequential estimation, empirical likelihood, semiparametric and nonparametric regression, and statistical inference based on the bootstrap. In general the discussion is at a level intended to provide enough background and detail to enable the practitioner to read and comprehend articles in the leading econometrics journals and, where needed, subsequent chapters of this book. We presume prior familiarity with linear regression analysis.

The essential estimation theory is presented in three chapters. Chapter 4 begins with the linear regression model. It then covers at an introductory level quantile regression, which models distributional features other than the conditional mean. It provides a lengthy expository treatment of instrumental variables estimation, a major method of causal inference. Chapter 5 presents the most commonly-used estimation methods for nonlinear models, beginning with the topic of m-estimation, before specialization to maximum likelihood and nonlinear least squares regression. Chapter 6 provides a comprehensive treatment of generalized method of moments, which is a quite general estimation framework that is applicable for linear and nonlinear models in single-equation and multi-equation settings. The chapter emphasizes the special case of instrumental variables estimation.

We then turn to model testing. Chapter 7 covers both the classical and bootstrap approaches to hypothesis testing, while Chapter 8 presents relatively more modern methods of model selection and specification analysis. Because of their importance the computationally-intensive bootstrap methods are also the subject of a more detailed chapter, Chapter 11 in Part 3. A distinctive feature of this book is that, as much as possible, testing procedures are presented in a unified manner in just these three chapters. The procedures are then illustrated in specific applications throughout the book.

Chapter 9 is a stand-alone chapter that presents nonparametric and semiparametric estimation methods that place a flexible structure on the econometric model.