# Exhibit D

Case 3:15-cv-01143-BJD-J_T    Document 272-4    Filed 05/22/19    Page 2 of 8 PageID 14796

# A GUIDE TO
# Econometrics

### FIFTH EDITION

## PETER KENNEDY



Case 3:15-cv-01143-BJD-J_T     Document 272-4     Filed 05/22/19     Page 3 of 8 PageID 14797

# A GUIDE TO ECONOMETRICS

## FIFTH EDITION

### PETER KENNEDY

The MIT Press
Cambridge, Massachusetts

ay be reproduced in any form by any

photocopying, recording, or information

n writing from the publisher.

by Graphicraft Limited, Hong Kong and
gdom by MPG Books, Bodmin, Cornwall.

tion Data

edy. – 5th ed.

d index.
paper)- 978-0-262-61183-1 (pbk. : alk. paper)
paper) – 0-262-61183-X (pbk. : alk. paper)

2002045179

# CONTENTS

| | | |
|---|---|---|
| *Preface* | | xi |
| *Dedication* | | xv |
| **1** | **Introduction** | **1** |
| | 1.1 What is Econometrics? | 1 |
| | 1.2 The Disturbance Term | 3 |
| | 1.3 Estimates and Estimators | 4 |
| | 1.4 Good and Preferred Estimators | 5 |
| | General Notes | 6 |
| | Technical Notes | 10 |
| **2** | **Criteria for Estimators** | **11** |
| | 2.1 Introduction | 11 |
| | 2.2 Computational Cost | 11 |
| | 2.3 Least Squares | 12 |
| | 2.4 Highest $R^2$ | 14 |
| | 2.5 Unbiasedness | 15 |
| | 2.6 Efficiency | 17 |
| | 2.7 Mean Square Error (MSE) | 18 |
| | 2.8 Asymptotic Properties | 19 |
| | 2.9 Maximum Likelihood | 23 |
| | 2.10 Monte Carlo Studies | 24 |
| | 2.11 Adding Up | 27 |
| | General Notes | 28 |
| | Technical Notes | 37 |
| **3** | **The Classical Linear Regression Model** | **47** |
| | 3.1 Textbooks as Catalogs | 47 |
| | 3.2 The Five Assumptions | 48 |
| | 3.3 The OLS Estimator in the CLR Model | 49 |

**388** ROBUST ESTIMATION

function $K^*(y,x)$ must be a bivariate density function, and second, the $h$ in $1/hN$ now becomes $h^2$. To estimate the marginal density of $x$ this expression is integrated over $y$ to produce an estimator that takes the form of a kernel estimator with kernel function $K$ equal to the integral of $K^*(y,x)$ over $y$. What is important here is that now the conditional distribution of $y$ given $x$, $f(y \mid x)$, can be estimated as the ratio of the joint density to the marginal density of $x$, and can be used to obtain things like the conditional mean of $y$ given $x$.

- In the relationship $y = m(x) + \varepsilon$, where $m$ is a function of unknown form, $m(x)$ is the conditional expectation of $y$, and can be calculated as $E(y \mid x) = \int y f(y \mid x) dy$. Performing this calculation using for $f(y \mid x)$ the estimate of it that results from the discussion above produces, after some algebra,

$$m^*(x) = \Sigma y_i K[(x_i - x)/h]/\Sigma K[(x_i - x)/h]$$

where the summations run over all observations. This could be calculated for several values of $x$, producing an empirical representation of the unknown functional form $m$. This formula can be exploited to produce an estimate of the conditional mean of any function of $x$, simply by replacing $y_i$ by the relevant function of $x$; an example given later is the conditional variance.

For a particular $x = x_0$, this formula can be viewed as taking a weighted average of observations "close to" $x_0$, where "close to" is determined by the window width $h$, and the weights are defined by the kernel function $K$. If $x$ were discrete, and we had several observations on $y$ at $x = x_0$, then the average of these $y$ values would be the usual estimate of the conditional expectation of $y$ at $x_0$. This is exactly what would be produced by the formula given above for a sufficiently small value of $h$ and a weighting function that is of the zero/one discontinuous type discussed earlier.

- The "regression coefficient" in the context of non-parametric estimation is the partial derivative of $m$ with respect to $x$. One way of estimating it is to estimate $m(x)$ for $x = x_0$ and then for $x = x_0 + \delta$; the difference between these two estimated $m$ values, divided by $\delta$, is the estimate of the regression coefficient. Unless $m$ is linear, it will vary with $x$.
- The variance of the error term is the variance of $y$ conditional on $x$. For a homoskedastic error this would be the same for all values of $x$. In general terms, this variance is given by

$$V(y \mid x) = \sigma^2(x) = E(y^2 \mid x) - [E(y \mid x)]^2,$$

the second term of which can be estimated by the square of $m^*(x)$ given earlier, and the first term of which can be estimated by using the formula for $m^*(x)$ with $y_i$ replaced by $y_i^2$. A more general formula results from estimating $\varepsilon_i$ by $y_i - m^*(x_i)$ and then using the formula for $m^*(x)$ with $y_i$ replaced by the square of this estimated $\varepsilon_i$.

- A partial linear model $y = X\beta + m(z) + \varepsilon$ is an example of a semi-parametric analysis. Estimation proceeds by fitting $y$ and $X$ non-parametrically as a function of $z$. Then the resulting residualized $y$ is regressed on residualized $X$ to get $\beta^{OLS}$ and $m(z)$ is obtained by fitting $y - X\beta^{OLS}$ non-parametrically with $z$.

# 21
# APPLIED ECONOMETRICS

## 21.1  INTRODUCTION

The preceding chapters have focused on econometric theory. Unfortunately, unpleasant realities of real-world data force applied econometricians to violate the prescriptions of econometric theory as taught by our textbooks. Leamer (1978, p. vi) vividly describes this behavior as wanton sinning:

> As it happens, the econometric modeling was done in the basement of the building and the econometric theory courses were taught on the top floor (the third). I was perplexed by the fact that the same language was used in both places. Even more amazing was the transmogrification of particular individuals who wantonly sinned in the basement and metamorphosed into the highest of high priests as they ascended to the third floor.

It is no secret that there is a world of difference between applied and theoretical econometrics. In fact, there is a remarkable lack of communication between econometric theorists and applied econometricians – the former, who are often called upon to teach applied econometrics courses, are notorious for teaching econometric theory in these courses. (Examples are given, and an applied paper is usually required, to justify calling the course an applied econometrics course!)

In these "applied" courses students typically are taught, in hands-on fashion, how to undertake a wide variety of econometric techniques. Examples at the elementary level are the use and interpretation of dummy variables, the logic of $F$ and chi-square tests, and testing and correcting for nonspherical errors. Examples at a more advanced level are testing for unit roots and cointegration, correcting for sample selection bias, performing Hausman tests, and estimating using Tobit, Poisson, and ordered probit models. But the focus is on the mechanics of estimation and testing

rather than on the fundamentals of applied work such as problem articulation, data cleaning, and model specification. In short, teaching is technique-oriented rather than problem-oriented.

Why is this? There are several reasons. First, teaching applied econometrics is difficult, because doing applied work is difficult, or, in blunter terms, econometrics is much easier without data. Second, because doing quality applied work brings little prestige in the profession, many econometrics instructors have never done any applied work. Third, in common with other specialists, econometricians teach what they enjoy teaching and what they know how to teach, not what students need.

What do students "need" in the context of applied econometrics? Because the "sinning" identified by Leamer is inevitable, students need to learn some standard operating procedures, or rules of behavior, which if applied will bound this sinning, as well as help avoid elementary mistakes. Most econometrics instructors believe their students don't need to be taught such elementary rules of behavior, and in any event they would be uncomfortable teaching them because these rules don't have the intellectual rigor and clean answers so prized by econometric theorists. This is one reason why such rules seldom appear in textbooks or course lectures.

The teaching task is unquestionably difficult. Tukey (1969, p. 90) expresses this difficulty eloquently:

> Divert them from depending upon the "authority" of standard textbook solutions, but without being able to substitute a second religion for the first. Stimulate intelligent problem formulation, without being able to say quite how this is done. Demand high standards of statistical reasoning, but without specifying a simple model of statistics which might serve as a criterion for quality of reasoning.

In keeping with the flavor of this book, the purpose of this chapter is to discuss a variety of practical dimensions of doing applied econometric work that are often missing from applied econometrics courses, such as rules of behavior for bounding sinning and avoiding elementary mistakes. As the Tukey quote suggests, however, readers hoping to find a definitive methodology will be disappointed.

## 21.2 THE TEN COMMANDMENTS OF APPLIED ECONOMETRICS

One of the most prevalent sins of applied econometricians is mechanical application of rules and procedures in inappropriate settings. The rules of behavior suggested below have a different flavor, however; they are

designed to force practitioners to avoid mechanical application of econometric techniques learned in econometric theory courses, and so escape this sin.

### Rule 1: Use common sense and economic theory.

The reason for this rule is that common sense is not all that common. Indeed, sometimes it appears that not much thought has gone into empirical work, let alone good thought. Nor does such thought require complicated econometrics. For example, this thinking should cause researchers to match per capita variables with per capita variables, use real exchange rates to explain real imports/exports, employ nominal interest rates to explain real money demand, select appropriate functional forms for dependent variables constrained to lie between zero and one, resist trying to explain a trendless variable with a trended variable, avoid cardinalizing ordered qualitative explanatory variables, beware of the regression fallacy, and never infer causation from correlation.

### Rule 2: Avoid type III errors.

A type III error occurs when a researcher produces the right answer to the wrong question. A corollary of this rule is that an approximate answer to the right question is worth a great deal more than a precise answer to the wrong question.

The phenomenon at issue here is that the relevant objective/hypothesis/specification may be completely different from what is initially suggested. Econometricians experience this regularly when colleagues or students stop by for advice, prefacing their request with words to the effect that they do not want to take up much of the econometrician's time so they will explain just the technical detail with which they want help. Acquiescing to this is usually a mistake because more often than not asking simple questions about the context of the problem brings to light serious misunderstandings. For example, it may be that it is the cumulative change in a variable that is relevant, not the most recent change, or that the hypothesis under test should be that a coefficient is equal to another coefficient, rather than equal to zero, or that the dependent variable observations are durations, so that a duration model should be used. The main lesson here is a blunt one: Ask questions, especially seemingly foolish questions, to ensure that you have a full understanding of the context of the "technical detail" being discussed; often it turns out that the research question has not been formulated appropriately.

### Rule 3: Know the context.

This rule is a natural extension of the previous rule. It is crucial that one become intimately familiar with the phenomenon being investigated –

its history, institutions, operating constraints, measurement peculiarities, cultural customs, and so on, going beyond a thorough literature review. Again, questions must be asked: Exactly how were the data gathered? Did government agencies impute the data using unknown formulas? What were the rules governing the auction? How were the interviewees selected? What instructions were given to the participants? What accounting conventions were followed? How were the variables defined? What is the precise wording of the questionnaire? How closely do measured variables match their theoretical counterparts? Another way of viewing this rule is to recognize that you, the researcher, know more than the computer – you know, for example, that water freezes at zero degrees Celsius, that people tend to round their incomes to the nearest five thousand, and that some weekends are three-day weekends.

### Rule 4: Inspect the data.

Even if a researcher knows the context, he or she needs to become intimately familiar with the specific data with which he or she is working. Economists are particularly prone to the complaint that researchers do not know their data very well, a phenomenon made worse by the computer revolution, allowing researchers to obtain and work with data electronically by pushing buttons.

Inspecting the data involves summary statistics, graphs, and data cleaning, to both check and "get a feel for" the data. Summary statistics can be very simple, such as calculating means, standard errors, maximums, minimums, and correlation matrices, or more complicated, such as computing condition indices and influential observation diagnostics.

The advantage of graphing is that a picture can force us to notice what we never expected to see. Researchers should supplement their summary statistics with simple graphs: histograms, residual plots, scatterplots of residualized data, and graphs against time.

Data cleaning looks for inconsistencies in the data – are any observations impossible, unrealistic, or suspicious? The questions here are mostly simple, but could become more complicated in a particular context. Do you know how missing data were coded? Are dummies all coded zero or one? Are all observations consistent with applicable minimum or maximum values? Do all observations obey logical constraints they must satisfy?

The main message of this rule is that instead of beginning by asking "what technique should I use here?," practitioners should ask "how can I summarize and understand the main features of these data?"

### Rule 5: Keep it sensibly simple.

This KISS rule should not be confused with the commercial "keep it simple, stupid" rule, because some simple models are stupid, containing

logical errors or being at variance with facts. As in science, progress in economics results from beginning with simple models, seeing how they work in applications, and then modifying them if necessary. Examples are the functional form specifications of some Nobel Laureates – Tinbergen's social welfare functions, Arrow's and Solow's work on the CES production function, Friedman's, Becker's, Tobin's, and Modigliani's consumer models, and Lucas's rational expectations model.

Beginning with a simple model is referred to as following the bottom-up, or specific-to-general, approach to developing an econometric specification. Its main drawback is that testing is biased if the simple model does not nest the real-world process generating the data. But no such true model can ever be found, so this disadvantage is shared by the competing top-down, or general-to-specific, approach, albeit to a different degree. The main problem with the top-down approach is that it is not realistic to think that we can begin by estimating a general model incorporating all conceivable explanatory variables and functional forms. Because of this, applications of this method require that the researcher be able to think of the "right" general model from the start.

The top-down approach nonetheless has an attractive feature – testing is likely to be less biased. In light of this, a compromise methodology has evolved. Practitioners begin with simple models which are expanded whenever they fail. Failures are identified through misspecification tests such as evaluation of out-of-sample forecasts. Expansions are on the one hand modest in that they introduce one extra layer of complexity (a new variable, for example), but on the other hand quite general in that they cover a range of possible roles for the new element (generous lags, for example), as degrees of freedom allow. Testing down is undertaken to create a new simple model which is subjected to misspecification tests, and this process of discovery is repeated. In this way simplicity is combined with the general-to-specific methodology, producing a compromise process which, judged by its wide application, is viewed as an acceptable rule of behavior.

### Rule 6: Use the interocular trauma test.

Output from modern empirical work typically fills many pages, as researchers try a variety of functional forms and sets of explanatory variables. This rule cautions researchers to look long and hard at this plethora of results: Look at the results until the answer hits you between the eyes! Part of this rule is to check that the results make sense. Are the signs of coefficients as expected? Are important variables statistically significant? Are coefficient magnitudes reasonable? Are the implications of the results consistent with theory? Are there any anomalies? Are any obvious restrictions evident? Apply the "laugh" test – if the findings were explained to a layperson, could that person avoid laughing?

But another part of this rule is more subtle, and subjective. By looking long and hard at reams of computer output, a researcher should eventually, through both conscious and subconscious means, recognize the message they are conveying (which could be a negative message) and become comfortable with it. This subjective procedure should be viewed as separate from and complementary to formal statistical testing procedures used to investigate what is going on. Indeed, the results of such testing procedures form part of the mass of statistical output one is trying to interpret.

**Rule 7:   Understand the costs and benefits of data mining.**

As discussed in chapter 5, there are two variants of "data mining," one classified as the greatest of the basement sins, but the other viewed as an important ingredient in data analysis. Unfortunately, these two variants usually are not mutually exclusive and so frequently conflict in the sense that to gain the benefits of the latter, one runs the risk of incurring the costs of the former.

The undesirable version of data mining occurs when one tailors one's specification to the data, resulting in a specification that is misleading because it embodies the peculiarities of the particular data at hand. Furthermore, traditional testing procedures used to "sanctify" the specification are no longer legitimate, because these data, since they have been used to generate the specification, cannot be judged impartial if used to test that specification. The alternative version of "data mining" refers to experimenting with the data to discover empirical regularities that can inform economic theory. Its greatest virtue is that it can uncover empirical regularities that point to errors/omissions in theoretical specifications.

The process by which a specification is developed, blending economic theory, common sense, and a judicious mixture of both bottom-up and top-down, clearly incorporates elements of "data mining," a terminology with strong emotive content. Data mining is inevitable; the art of the applied econometrician is to allow for data-driven theory while avoiding the considerable dangers inherent in data mining.

**Rule 8:   Be prepared to compromise.**

In virtually every econometric analysis there is a gap, usually a vast gulf, between the problem at hand and the closest scenario to which standard econometric theory is applicable. Very seldom does one's problem even come close to satisfying the assumptions under which econometric theory delivers an optimal solution. A consequence of this is that practitioners are always forced to compromise and adopt suboptimal solutions, the characteristics of which are unknown. Leamer (1997, p. 552) lends this special emphasis when listing his choices for the three most important aspects of real data analyses: "compromise, compromise, compromise."

The issue here is that in their econometric theory courses students are taught standard solutions to standard problems, but in practice there are no standard problems, only standard solutions. Applied econometricians are continually faced with awkward compromises, and must be willing to make *ad hoc* modifications to standard solutions. Should a proxy be used? Can sample attrition be ignored? Should these unit root tests be believed? Is aggregation legitimate here?

**Rule 9:   Do not confuse statistical significance with meaningful magnitude.**

Very large sample sizes, such as those that have become common in cross-sectional data, thanks to the computer revolution, can give rise to estimated coefficients with very small standard errors. A consequence of this is that coefficients of trivial magnitude may test significantly different from zero, creating a misleading impression of what is important. Because of this, researchers must always look at the magnitude of coefficient estimates as well as their significance.

An even more serious problem associated with significance testing is that there is a tendency to conclude that finding significant coefficients "sanctifies" a theory, with a resulting tendency for researchers to stop looking for further insights. Sanctification via significance testing should be replaced by continual searches for additional evidence, both corroborating evidence and, especially, disconfirming evidence. If your theory is correct, are there testable implications? Can you explain a range of interconnected findings? Can you find a bundle of evidence consistent with your hypothesis but inconsistent with alternative hypotheses? Can your theory "encompass" its rivals in the sense that it can explain other models' results?

**Rule 10:   Report a sensitivity analysis.**

Econometricians base their analyses on an imaginary assumed "data-generating process" (DGP) which is viewed as having produced the data being used for estimation. More likely than not, this fictitious DGP does not correspond even closely to the way in which the data actually were generated. Because of this, it is important to check if the empirical results are sensitive to the assumptions upon which the estimation has been based. This is the purpose of a "sensitivity analysis," indicating to what extent the substantive results of the research are affected by adopting different specifications about which reasonable people might disagree. For example, are the results sensitive to the sample period, the functional form, the set of explanatory variables, or measurement of or proxies for the variables? Are robust estimation results markedly different? The context of the problem should indicate what types of issue are most important to check, but in general such decisions are never easy. In this respect the problem is similar to that described earlier in rule #8 when compromising.