# Exhibit E

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION


WINN-DIXIE STORES, INC. and  )

BI-LO HOLDINGS, LLC,         )

        Plaintiffs,       )    Case No.

    vs.                    )    03:15-cv-1143

SOUTHEAST MILK, INC.,        )    (BJD)(PDB)

et al.,                      )

        Defendants.       )


VIDEOTAPED DEPOSITION

OF

JOHN M. CONNOR, Ph.D.

Friday, June 22, 2018


Reported by:

ELIA E. CARRIÓN, CSR, RPR, CRR

Job No. 22104

The videotaped deposition of JOHN M. CONNOR, Ph.D., called as a witness herein for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ELIA E. CARRIÓN, CSR, RPR, CRR, CSR No. 084.004641, a Certified Shorthand Reporter of said state, at Eimer Stahl LLP, 224 South Michigan Avenue, Chicago, Illinois, on Friday, the 22nd day of June, 2018, at 9:08 A.M.

```
                         I N D E X


                   E X A M I N A T I O N

WITNESS                                          Page

JOHN M. CONNOR, Ph.D.

        By MR. WALDIN                              8

        By MR. AHERN                             191

        By MR. WALDIN                            230

                   E X H I B I T S

Number                                        Page/Line

Exhibit 17   Expert Rebuttal Report of         24/15

             John M. Connor, Ph.D.

Exhibit 18   Declaration of Andrew M.          89/15

             Novakovic, Ph.D., on

             Behalf of Defendants

Exhibit 19   USDA Economic Research            97/6

             Service, U.S. milk

             production and dairy

             herd, 1980 - 2014

Exhibit 20   Measuring the Effects of          115/8

             Generic Dairy Advertising

             in a Multi-Market

             Equilibrium, Joseph V.

             Balagtas and Sounghun Kim
```

Exhibit 21     Regression Results          131/16

Exhibit 22     Expert Report of Bryan M.     149/3
               Ricchetti, Ph.D.

Exhibit 23     Southeast Milk Price         159/21
               Announcement

Exhibit 24     Document:  Overcharge and    186/11
               damage calculation.xlsx

Exhibit 25     Document:  Liquid.csv        188/14

Exhibit 26     Article:  Aggregate Milk      227/6
               Supply Response and
               Investment Behavior on
               U.S. Dairy Farms;
               Authors:  Jean-Paul
               Chavas and Richard M.
               Klemme

Page 5

PRESENT:


        AHERN AND ASSOCIATES, P.C.

        (Willoughby Tower

        8 South Michigan Avenue, Suite 3600

        Chicago, Illinois  60603

        Tel:  312.404.3760

        patrick.ahern@ahernandassociatespc.com), by:

        MR. PATRICK J. AHERN, ESQ.

              appeared on behalf of the Plaintiffs;


        EIMER STAHL LLP

        (224 South Michigan Avenue

        Chicago, Illinois  60604

        Tel:  312.660.7631

        Fax:  312.692.1718

        bwaldin@eimerstahl.com), by:

        MR. BENJAMIN E. WALDIN, ESQ.

              appeared on behalf of Defendant

              Land O'Lakes;

PRESENT (Continued):

BAKER & MILLER PLLC

(2401 Pennsylvania Avenue N.W., Suite 300

Washington, D.C.   20037

Tel:   202-663-7822

TMiller@bakerandmiller.com), by:

MR. W. TODD MILLER, ESQ.

        appeared on behalf of Defendant

        Dairy Farmers of America, Inc.;

SHIPMAN & GOODWIN LLP

(300 Atlantic Street, Third Floor

Stamford, Connecticut   06901-3522

Tel:   203.324.8179

dpolletta@goodwin.com), by:

MS. DIANE C. POLLETTA, ESQ.

        appeared on behalf of Defendant

        Agri-Mark, Inc.

ALSO PRESENT:

        Mr. Carl Pohle, Esq.

        Mr. Gareth Macartney [OnPoint Analytics]

        Mr. Dan Werner [OnPoint Analytics]

VIDEOTAPED BY:   JEAN-LOUIS ZIESCH, CLVS

REPORTED BY:    ELIA E. CARRIÓN, CSR, RPR, CRR

                C.S.R. CERTIFICATE NO. 084.004641.

THE VIDEOGRAPHER:  This is the Tape No. 1 of the videotaped deposition of Dr. Connor in the matter of Winn-Dixie Stores, et al., versus Southeast Milk, et al., in the U.S. District Court, Middle District of Florida, Jacksonville Division, Case No. 15-CV-1143 (BJD) and (PDB).

This deposition is being held at 224 South Michigan in Chicago, Illinois, on June 22, 2018, at approximately 9:08 A.M.  My name is Jean-Louis Ziesch from the firm of TransPerfect, and I am the certified legal video specialist.  The court reporter is Elia Carrión in association with TransPerfect.

Will counsel please introduce yourself.

MR. AHERN:  I'm Patrick Ahern on behalf of the plaintiffs.

MR. POHLE:  Carl Pohle.  I'm here as an observer.  I do not have an appearance in the case.

MR. WERNER:  Dan Werner with OnPoint Analytics.

MR. MACARTNEY:  Gareth Macartney with OnPoint Analytics.

MR. WALDIN:  Benjamin Waldin with Eimer Stahl on behalf of Defendant Land O'Lakes.

MR. MILLER:  Todd Miller from Baker & Miller on

behalf of Dairy Farmers of America.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

MS. POLLETTA:  I'm sorry.  And on the phone, Diane Polletta from Shipman & Goodwin on behalf of Defendant Agri-Mark.

(WHEREUPON, the witness was duly sworn.)

JOHN M. CONNOR, Ph.D., called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. WALDIN:

Q.    Good morning, Dr. Connor.

A.    Mr. Benjamin.

Q.    Good to see you again.

A.    Yes.

Q.    So you submitted a report in this case on December 18 of 2017; correct?

A.    Yes.

Q.    Is it accurate to state that in your December 18th report, you included a complete statement of all opinions that you will express and the basis and reasons for them?

MR. AHERN:  Object to the form.

A.    I believe that's correct, yes.

Q.    (By Mr. Waldin)  And on March 22, 2018, you submitted a report that was labeled a rebuttal report; is that correct?

A.    Yes.

Q.    Okay.  And in paragraph 3 of that report, you state that nothing in Dr. Ricchetti's report or Dr. Novakovic's report lead me to change or modify the opinions contained in my initial report; correct?

A.    Yes.

MR. AHERN:  Objection to form.

A.    Yes.  After considering their reports in some detail, I then came to the conclusion that my original opinions still stood.

Q.    (By Mr. Waldin)  Okay.  And your initial report is the December 18, 2017, report?

A.    Correct.

Q.    Okay.  Is it correct, then, that you will only be testifying at trial regarding opinions contained in your December 18th report?

MR. AHERN:  Object to the form.

A.    Well, as an expert, I may want to

Page 10

elaborate upon or embellish from sources of

knowledge that do not appear in the report.  They're

not -- they may not be stated explicitly in the

report.  So except for additional explanations of my

opinions, that is correct.

Q.    (By Mr. Waldin)  So you would then want

to testify regarding bases and reasons for those

opinions that were not expressed in your

December 18, 2017, report?

A.    I may want to do so, yes.

MR. AHERN:  Object to the form.

Q.    (By Mr. Waldin)  Do you know at this time

which opinions or analyses in either your March 22nd

report or otherwise you would want to -- or plan to

offer at trial?

MR. AHERN:  Object to the form.

A.    Well, in -- in -- in preparing for this

deposition, my mind went off into certain ideas that

I -- I -- I might introduce to solidify my earlier

opinions, but nothing -- nothing contrary to --

to -- to the opinions expressed in either the merits

report -- is that the first report? -- and/or the

rebuttal.

Q.    (By Mr. Waldin)  Okay.  So, Dr. Connor,

Page 11

you've studied a lot of cartels in your career;

correct?

A.    Too many.

Q.    Is it safe to say that you've studied

thousands of cartels?

A.    No.  Well, yes, more than a thousand.

Q.    Have you ever encountered a cartel that

you found was ineffective at raising market prices?

A.    Oh, yes.

Q.    And didn't you publish a paper that found

that approximately 6 percent of cartels had

estimated overcharges that were zero?

A.    Yes.  6 to 7 percent, depending on which

edition of the -- of that report you're -- you're

referring to.  The overcharges were -- were

discovered to be zero by analysts that looked at --

looked at those particular cartels.  It wasn't my

work.  It was the work of -- of independent

economists, for the most part.

        The 6 to 7 percent figure, I admit in

my -- my writings might be a little low because of

editorial selection.  But yes, there -- there are

cartels that try to collude, but they're ineffective

at doing so.  And sometimes the perpetrators may not

Page 12

even be aware of that.  It's only after looking at price or output effects that it becomes apparent that they tried but failed.  So --

MR. AHERN:  Go ahead.

THE WITNESS:  Yeah, that's it.

MR. AHERN:  Are you done?

THE WITNESS:  Yeah.

MR. AHERN:  Okay.  Ben, can I just inquire? This seems to be outside the scope of -- of the examination.  The examination's on the rebuttal report.  You didn't -- he didn't cite that paper in his rebuttal report.  He didn't go into any -- he didn't -- he didn't invoke any of that work in the rebuttal report, so it seems to be outside the scope.

MR. WALDIN:  The Court has not limited the scope of this examination, so we're going to go forward and you can lodge that objection.  And --

MR. AHERN:  The scope of the examination is limited to the rebuttal report.

MR. WALDIN:  There was no order that limited the --

MR. AHERN:  It's just -- it's just common sense that it's limited to the rebuttal report.

Page 13

MR. WALDIN:  We're gonna go forward, and you can deal with the issue later.

Q.    (By Mr. Waldin)  So in that study, your benchmark for overcharges was to a competitive market.  Would that be a proper characterization?

MR. AHERN:  Object to the form.  Beyond the scope.

A.    Not necessarily.

Q.    What was the benchmark, then, to which you're comparing the prices?

MR. AHERN:  Same objection.

A.    Again, I was summarizing the work of others, so I was not doing the price comparisons myself except in a few cases where I did cite original work of my own.  But I think the best way to explain this is to -- to what degree did a cartel manage to raise prices or reduce output either from a purely competitive market or from a market that was more competitive.

Given the oligopolistic structure of many industries, the most competitive -- most competitive output and price observations might involve a simpler competitive price.  The technical term in economics is a Nash equilibrium.  So a Nash

Page 14

equilibrium can refer to an oligopolistic output level.  But cartels can go from competitive to collusion, or they can go from the oligopolistic equilibrium level to a higher level of collusion closer to monopoly.  They rarely achieve monopoly level, but they try to achieve the monopoly level of output and -- and price.

So I think to be a little bit more clear, it's a more competitive level, either purely competitive, which might be the case, or in an oligopol -- oligopolistic industry, somewhat supercompetitive prices would be observed.  The question is did the cartel raise their prices higher than the oligopolistic implicit collusion as opposed to explicit collusion output and price.

Q.    (By Mr. Waldin)  Thank you.

A.    You're welcome.

Q.    So in your studies when you observed ineffective cartels, were there specific characteristics that you found that those cartels had that differentiated them from those which were effective at raising prices?

MR. AHERN:  Object to the form.  Beyond the scope.

Page 15

A.    The -- the answer is that there are very few necessary conditions for achieving market power from collusion.  A high degree of control of the market by the members of the cartel is -- is one of the -- one of the factors that is most closely associated with an effective cartel.  So a high degree of control of supply, let's say, in the case of a selling cartel.

So the -- there are times when the members of the cartel were unaware that there were significant sources of supply perhaps outside the country.  And so when they attempted to raise price, imports flooded in and their attempt to raise prices above the more competitive level, benchmark level, failed, at least after some weeks or months.  So -- so the -- I mean, that -- that's one -- one example of a condition frequently associated with a -- being a successful cartel, control of a high degree of -- of supply, say roughly over 50 percent of the supply.

It typically is higher.  My own studies indicate that the average cartel controls about 80 percent of -- of supply in the market.  And sometimes the -- the -- the fringe, the non --

noncolluding firms are very slow to react.  For one reason or another, they don't have excess capacity. So even with just 70 or 80 percent, you can pull off a cartel that comes pretty close to the monopoly level.

In another condition that comes very close to being a necessary condition, certainly a facilitating condition, is inelastic demand for the product.  A highly inelastic demand allows -- gives a cartel a greater opportunity for increasing -- for increasing price in the short run and then perhaps in the long run as well.

So if -- if demand were highly elastic, that means there's a lot of substitutes out there. And the cartel finds it difficult to -- to define the market that it's in because it turns out that there was more substitution for the products they made than they realized.  And so they -- they lose -- they eventually start to decline -- their power over price declines because of the unexpected substitute ability.

So one thing about cartels is -- managers is that they're very good at recognizing a tightly defined market with very strict boundaries in terms

of quality and geographic area.  They're very good

at identifying a market that -- that is unique and

doesn't -- the products don't have a lot of

substitutes.  And so -- so they can -- they can

exploit this inelasticity of demand.

So those are two -- two conditions that

certainly facilitate the successful operation --

formation of a cartel and its successful ineffective

operation.  Successful in the sense that it

generates supernormal profits for the participants,

and effective in the sense that they have reduced

consumer welfare in -- in that market.

I could go on at some length.  I mean,

I've developed little checklists that amount to

about 40 items that one could look at.  You know,

what is the nature -- what is -- what is the minimum

efficient scale of production?  Is there a history

of collusion in the industry?  The more -- the more

history there is, the better able a cartel is able

to replicate a successful model in the past.  And

I mean, government regulations sometimes --

sometimes permit or interfere.  A market where there

is -- where there is very clear and transparent

reporting of prices where you have a -- an active

Page 18

market, open transparent market like soybeans or corn, we don't see collusion there because price is known every minute by everybody.  So the -- the cartelists don't have any advantage in pricing.

It's clear to -- it's clear to buyers that they're -- that they're overpricing because you've got this excellent market reporting going on from public markets that are not subject to collusion.

So -- so there are so many items I could mention.  Those are, what, five now?  I think -- you know, I think I'll stop.  And I think I've illustrated -- illustrated an answer to your question.

Q.    Yes.  I'd like to ask you about just one other item that -- which I think we've talked about before.  But isn't another aspect of an effective cartel an enforcement mechanism to hold the members of the cartel to that -- to an agreement?

A.    Yes.  The conditions I was talking about were more the objective structural conditions that the market finds itself in that it -- you know, but you're right.  In terms of organizing, what -- what are the -- what are the characteristics that help

Page 19

members of a cartel organize an effective cartel?
The ability to monitor the output and pricing
decisions of all members of the cartel is certainly
one of them.

And that information then can be used as
an enforcement mechanism, especially if you have one
or two members of the cartel that are larger than
the rest of the group, they can be bullies.  I mean,
price-fixing is essentially a form of bullying in --
in markets.

And so members of the cartel that are
very large have the opportunity to say, well, if
you -- if you stop -- if you continue cheating and
we've detected that you're cheating, to another
member of the cartel, then we will flood the market
with output and lower the price and everybody will
lose.  We'll go back to the bad old days of perfect
competition, and -- and we won't make any money at
all.

And they use that as a threat and
sometimes carry out that threat.  And there's many
historical examples of that.  So yes, an ability to
detect cheating and an ability to punish cheaters
through the organization -- internal organization of

the cartel is -- is an -- an important explanatory

feature in the success of -- of cartels.

Q.    So you would agree, then, that one

characteristic of ineffective cartels is that they

lack a -- a viable enforcement mechanism or an

enforcement mechanism at all; correct?

MR. AHERN:  Object to the form.

A.    Yes.  That's -- that's -- sometimes

cartels are formed and they think they -- they have

solved that problem --

(WHEREUPON, there was a short

interruption.)

THE WITNESS:  I beg your pardon.  I should have

turned that off.  Sorry.

A.    The -- so the -- they think they -- they

have solved this problem, they think they have a

viable punishment mechanism, and then it turns out

not to be effective.  And -- and the cartel falls

apart because of -- because of massive cheating.

All cartels in -- that I have read about

appear to tolerate a small amount of cheating.

It's -- it's kind of the political economics of --

of running a cartel.  Some of the smaller members

are unhappy with the market share they were

Page 21

allocated, so the big guys let them cheat and get an extra 1 percent of the market. And they don't worry about it. They'll -- you know, they'll overlook it.

So there's a tolerable amount of cheating. But when it becomes excessive and it hurts everybody, then the cartel tends to fall apart, sometimes temporarily. And then they learn from their mistakes and they reform. They get a new contract among themselves that does involve a better mechanism.

So mere -- merely the fact that a cartel falls apart briefly is -- you know, it may be just a signal that they're recontracting the agreement and coming up with a more effective punishment mechanism. So yes, those -- those are key explanatory features of success.

Q.    Okay. Great. Thank you.

So your assignment in this case, moving on, involves a comparison of what actually occurred during the CWT herd retirement program with a but-for world in which there was no herd retirement program; is that correct?

A.    Yes.

Q.    And is the but-for world you compare the

Page 22

actual world to one where prices are based on a,

quote/unquote, free market?

MR. AHERN:  Object to the form.

A.    I -- I don't -- are you -- are you

referring specifically to the market that I studied,

the -- the fluid milk -- the milk market and at the

assembly level?

Q.    (By Mr. Waldin)  Yeah.  I -- I'm asking

how you would characterize what you think of as the

but-for world?  Would you use the term free market

to describe that?

MR. AHERN:  Object to the form.

A.    No.  It was not a free market because --

because my understanding was that the co-ops engaged

in market -- they -- they achieved some degree of

market power greater than the competitive level

through legal mechanisms.  Through marketing agents

in common, for example, and other -- other

techniques, strategies that were legal under

Capper-Volstead.

So I was not comparing -- I was not

comparing -- the but-for world is a world in which

the -- the cooperatives, the defendants in this

case, had a degree of market power already through

Page 23

its perfectly legal application of -- of -- of its Capper-Volstead exemptions.

Q.    (By Mr. Waldin)  So when you say in paragraph 131 of your rebuttal report, in a free market economy, basic economic theory deduces that any efficiency gains, parentheses, which lower the marginal cost of production ought to result in lower prices paid by customers, was that a misstatement? Or are you actually using the free market aspect of the economy to -- to do a comparison here?

A.    In retrospect, that wording is a little clumsy.  And it is true that in a perfectly competitive market, the benefits of technological change are recog -- are -- are transferred almost immediately to -- to buyers and final consumers of the products.  So yes.

Now, I might have rephrased that by saying in the but-for world, you'd have a greater amount of something approaching a free market out -- out -- a free market outcome.  I wasn't -- I did not mean to imply that my but-for world was a completely free competitive market.  It wasn't.

Q.    Does your but-for world include collusive price-fixing?

Page 24

A.    Yes.

Q.    So when you said in paragraph 84 that Dr. Ricchetti, quote, ignores that the price element at issue in this case, the OOPs, is not subject to regulation and is set competitively (absent collusion), was that a misstatement?

A.    May I see that paragraph and see if there are -- what other language surrounds that statement --

Q.    Sure.

A.    -- so that I understand the full intent?

MR. WALDIN:  Sure.  I'll ask the court reporter to mark as Exhibit 17 your rebuttal report.

(WHEREUPON, a certain document was marked Exhibit 17, for identification, as of June 22, 2018.)

Q.    (By Mr. Waldin)  Paragraph 84 is on page 70 of the report.

A.    Excuse me.  Okay.  The sentence that you highlighted in question here?

Q.    It's the -- the first sentence here.

A.    Okay.

Q.    But regardless of Dr. Ricchetti's

Page 25

misunderstanding of how milk pricing and regulation works, he ignores that the price element at issue in this case, the OOPs, is not subject to regulation and is set competitively (absent collusion).

A.    Yes, the OOPs, the over-ordered premiums, are set according to demand and supply conditions that are beyond -- beyond the control of the managers of the -- of the defendant companies in this case.  So in that sense, in that sense, it's set -- the OOPs are set competitively, as -- as in contrast to milk pricing, which is -- which -- which involves heavy intervention by the USDA milk marketing order system.

So this was -- this was meant to highlight the fact that OOPs are not regulated by USDA milk marketing order regulations.  And in a -- in a noncollusive world, the over-order premiums would be set perfectly competitively.  With collusion, the over-order premiums in a -- with effective collusion, the over-order premiums would rise above the perfectly competitive level.  That's an elaboration of what that sentence says.

Q.    Okay.  So I -- I want to just make we're absolutely clear.  Your but-for world is based on

Page 26

the assumption that there is no collusion in the

setting of OOPs; is that correct?

MR. AHERN:  Object to the form.

Mischaracterizes his testimony.

A.    Well, the over-order premiums would be

affected by two sources of collusion, the first

being its -- the legal exemption under the

Capper-Volstead Act to use marketing agents in

common and other methods to obtain supercompetitive

prices.

But the -- but the OOPs portion that I

was examining in my model was the portion that

responded to collusive activity.  In this case,

supply control.  So -- so the OOPs may be above

competitive levels without the CWT program.  And my

model compared the additional increase, if any, that

occurred because of the operation of supply controls

through this CWT herd reduction program.

Does that clarify it?

Q.    (By Mr. Waldin)  I want to make sure that

I have common understanding with you here.  Is it

your understanding that the marketing agents in

common are part of the regulatory price-setting

mechanism in this industry?

Page 27

MR. AHERN:  Object to the form.

A.    Well, when I use regulatory, I usually am referring to interventions in the market by the milk marketing order administrators.  In a more general sense, I guess you could -- you could say that the marketing agents in common are a form of regulation operated by the cooperative defend -- the defendants who are cooperatives in this case.

But I wouldn't call it -- I wouldn't call it regulation.  I -- I -- I would simply say that it's, you know, legal -- legal price-fixing under Capper-Volstead.  And marketing agents in common were one of the techniques, one of the institutions established by the cooperatives to bring about supercompetitive prices for milk in -- in -- in the relevant -- in the market -- southeastern market and other parts of the country as well.

Q.    (By Mr. Waldin)  And I guess this is what I'm getting at:  When you refer to prices, are you referring to the over-order prices?  Or are you referring to prices generally?

A.    Well, the over-order premiums are -- are a return for the services and for the competitive and noncompetitive activities of the cooperatives.

Page 28

That appears as part of the price received by their members.  They -- the members receive at a minimum the blend price for their products, and then their over-order premiums are added onto that.  So it becomes part of the price received by the members of the cooperatives, the dairy farmers, yes.

And in addition, it's a price paid by the -- by the buyers of raw milk, mainly milk processors.

Q.    All right.  Did plaintiffs' counsel provide you with any instructions about what to assume was legal or illegal conduct in this case?

MR. AHERN:  Object to the form.

A.    No.  I wouldn't call them instructions. I mean, we certainly discussed the fact that historical --

MR. AHERN:  You know, I -- I -- I think this is --

THE WITNESS:  Off the table.

MR. AHERN:  -- getting into privileged and work product conversations.  I mean, you're --

MR. WALDIN:  I -- I just asked him about assumptions which --

MR. AHERN:  Well, why don't you ask him what

Page 29

his assumptions were?

MR. WALDIN:  I asked him whether you provided him with assumptions.

MR. AHERN:  And he said no.

MR. WALDIN:  But you can stop your answer.

A.   No.  I've -- I've made no assumptions about -- about this matter.

Q.   (By Mr. Waldin)  Okay.  Did you make any assumptions on your own about what conduct was legal or illegal in this industry?

MR. AHERN:  Object to the form.  I mean, it calls for a legal conclusion.  If you're -- I mean, if -- or certainly is in -- going in that direction, and he's obviously not a lawyer.

MR. WALDIN:  I just asked him about what assumptions he's making in terms of forming his own opinions.

MR. AHERN:  Object to the form.

A.   Well, I've been an agricultural economist for a long time.  And I've read, you know, many pieces about the Capper-Volstead Act, what its -- what its Congressional intention was and sort of how it had worked historically.  I was at the University of Wisconsin for some time.  Milk is a big deal

Page 30

there.  So you know, I picked up a lot of knowledge about it.  And -- and my understanding as an economist is that antitrust lawyers regarded Capper-Volstead as an exemption to our price-fixing laws.  So that's -- that's a working assumption that I had going in that -- you know.

Now, the conduct here was relatively new. As you know, I was involved in a previous case and I read a decision in Edwards that indicated that supply control was not necessarily protected as an exemption under the -- under the Act.  So I went in, I mean, knowing about these decisions, knowing that supply control was a legal issue, not quite settled perhaps, but it was a legal issue; whereas, the validity of -- of controlling prices by cooperatives under the Capper-Volstead Act was a, you know, well-established, ancient, what, 1922 exemption.

So I knew about these legal parameters, but I made no assumptions at all about whether the Capper-Volstead activities of these co-ops were legal or whether the supply control was legal.  It was an open question.  I -- I recognized the possibility that my model would report zero effects of -- of the herd retirement programs on the OOPs.

Page 31

In fact, that's the -- that's the -- what is called the -- the null hypothesis of the model.  A null hypothesis is that there is no relationship between herd retirement and the size of OOPs, no statistically significant relationship.

It turned out otherwise, but the working hypothesis is that there was no such relationship. A null hypothesis.

Q.    (By Mr. Waldin)  Thank you.

A.    You're welcome.

Q.    So your -- your model does not include any assumptions based on -- and the foundations for your model don't include any assumptions about the conduct that was legal in the but-for world?

MR. AHERN:  Object to the form.

A.    I -- I made no assumptions about what the size of this coefficients would be, and that was the -- the size of the coefficients on -- on herd reduction program are the key feature of the model. I was open to the possibility that it was zero, meaning no market -- no additional market power from supply control.  It came out otherwise.  But -- so I made no assumptions.  Indeed, the -- the working -- the working hypothesis was that it was zero.

Page 32

Q.    (By Mr. Waldin)  Your model doesn't include or study regulated prices of raw milk; correct?

A.    No.  We are looking at the over-order premium component of the price received by farmers and paid by buyers of -- of raw milk.  I am not looking at the price of raw milk as not a component of the model.

Q.    Is it your opinion, though, that regulated prices would be affected by the program alleged in this case?

MR. AHERN:  Object to the form.

You mean an opinion he's offering in this case? I mean --

MR. WALDIN:  I'm asking if it's his opinion in this case that the regulated prices would be affected.

MR. AHERN:  Well, I mean, the ones you -- now, you're -- you're going even further beyond the scope because there's no such opinion in the -- in either report.

MR. WALDIN:  I think there are things that indicate that he thinks that.  I don't -- I'm exploring whether he's actually offering it as an

Page 33

opinion.

A.    The factors considered by -- by the USDA managers of the milk marketing orders include the prices of processed dairy commodities, fluid milk, butter, ice cream, cheese, and so forth.  The major products, at least, are -- are -- are among the factors used to come up with the blend price.  Okay?

So to the extent that buyers had to pay a higher over-order premium in Year 2 compared with Year 1 meant that, I guess indirectly, the -- the administrators of the milk marketing orders had to factor that in when developing their final blend price for -- for the -- for the milk marketing order.  I mean, there were about ten -- ten of them in each order.

So yeah, I mean it hap -- eventually -- eventually increases in the over-order premium would be reflected in -- in the blend price.  That's my understanding of -- of how the Milk Marketing Order system works.

Q.    (By Mr. Waldin)  Okay.  So it's your -- it's correct, then, that your opinion is that regulated prices would be affected by this program, then?

Page 34

MR. AHERN:  The question -- the previous question was:  Are you offering an opinion in this case --

A.    Yeah.  I --

MR. AHERN:  -- as to that?

A.    Okay.  I -- I did not study that, and I did not include that in my model.  My model was focused on over-order premiums, not the -- not the minimum guaranteed blend price for raw milk. I mean, that -- that is a factor outside the model, not included in -- in the scope of the model.

Q.    (By Mr. Waldin)  Okay.  So confirming that then, you have not done anything to study the herd retirement program's relative impact on regulated prices as compared to OOPs?

MR. AHERN:  Hold on.  Hold on one second.

So --

MR. WALDIN:  Patrick, you're not testifying. Stop.

MR. AHERN:  No, no, no, no, no.  We have a -- we have a -- early on in this case, we had a -- a stipulation or agreement that we were not going to seek recovery with respect to --

MR. WALDIN:  Let's go off to the -- let's go

Page 35

off the record.

MR. AHERN:  No.

That we were not going to seek --

MR. MILLER:  Let's go off the record.

MR. AHERN:  No.

MR. MILLER:  Yes, off -- Patrick, you can't stop testifying?  This is a deposition.  And you do this at every deposition.  You can state an objection.  Then you close your mouth.

You did this when I was asking questions.  We can call the Court right now.  Because you know this is improper.  If you have an objection, state your objection.  Other than that, you are not permitted to be talking.  So that's the end of the discussion.

MR. AHERN:  Are you -- are the defendants withdrawing their defense under the filed rate doctrine?

MR. WALDIN:  No.

MR. AHERN:  Okay.  Then this is -- then this is -- this is improper line of testimony -- line of questioning.  Because we have a stipulation that --

MR. WALDIN:  Can we go off the record?

MR. AHERN:  -- we are not seeking this.

THE VIDEOGRAPHER:  Sure.

Page 36

MR. AHERN:  No.

MR. MILLER:  You can stay on the record, but this doesn't count on our questioning time.  So...

MR. AHERN:  If you persist with this line of questioning, then we're going to reopen our damages to include -- to -- we're gonna to indicate that you guys have withdrawn your filed rate doctrine objection in defense, and we'll open it up at that point.

Go ahead.

MR. MILLER:  That makes no sense, but anyway.

MR. AHERN:  It makes no sense that you're asking a question on this --

MR. MILLER:  No, it makes no sense what your statement is, I mean, as it relates to all of that. But anyway, go ahead.

Q.   (By Mr. Waldin)  I just want to confirm what you're not doing.  You have not done anything to study the herd retirement program's relative impact on regulated prices as compared to over-order premiums; is that correct?

A.   Yes, if you mean by regulated prices, the prices -- the prices received by farmers under -- under the USDA Milk Marketing Order system, yes.

Page 37

Q.     Thank you.

In paragraph 4, you state that your

opinion is that the CWT herd retirement program

reduced the supply and increased the over-order

premiums; correct?

A.     Yes.

Q.     And you say that your model "implies a

milk supply reduction relative to but-for levels";

correct?

A.     Correct.

Q.     You didn't measure the implied supply

reduction caused by the herd retirement program

level, did you?

MR. AHERN:  Object to the form.

A.     No.  I described it as implicit in -- in

the model that we have used.  The -- the reduced

form pricing regression model implicitly has changes

in supply going on, but it is not explicitly

measured.  It's not an -- it's not an input into the

model, and it is not an output of the model.

Q.     (By Mr. Waldin)  Okay.  In fact, it would

be very difficult to use the model that you

developed to estimate a supply reduction; correct?

MR. AHERN:  Object to the form.

Page 38

A.    I didn't consider that question.  I mean, it simply wasn't -- it wasn't an objective of my research to -- to consider the percentage increase or decrease in -- in supply in the Southeast or anywhere else.  The model incorporates a -- incorporates changes in supply and -- and the fact that prices rose is -- is an indicate -- rose above a more competitive level is an indicator that supply must've contracted.

The members of the co-op have no -- no control over the location or shape of the demand curve, nor do they have control over the nature and location of the supply curve.  Those are givens. Those are outside -- outside the control of the members of the co-op.

So when price rises, then supply has to contract because supply curves are downward sloping -- I'm sorry -- they are upward sloping and the demand curve is downward sloping.  So it's -- you know, it's just straight simple economics.  We know that the supply contracted.  We didn't have to estimate it.  It wasn't one of the -- it wasn't one of the measures that we used in the model, and it is not a measure that is estimated by the model.

Page 39

Q.    When you referred in your answer to the demand curve, what demand curve are you referring to?  For which product?

A.    The relevant demand curve here is the demand for milk assembled and delivered to process -- mostly to processors of raw dairy milk into fluid milk products and more storable dairy products.  So it's the demand perceived by the managers of the co-ops.  And they deliver their products to customers, mostly, as I said, milk processors.

And the milk processors -- so it's -- it's -- it's the demand conditions at that point. Since we're looking at this particular over-order premium, it's the demand perceived by and actually affecting price and quantity in that -- at that stage of this multistage vertical system, okay, the delivery and purchase by processors, for the most part.

Q.    Is there only one demand curve for raw milk?  Yes or no?

A.    For what kind of milk?

Q.    For assembled raw milk.

A.    No.  There are -- there are multiple

Page 40

products, and each product has a unique demand

curve.

Q.    What supply curve are you referring to

when you mention that in your prior answer?

A.    Because of the stage of the system we are

modeling here, the supply curve is the supply of

tested and cooled and delivered raw milk to -- to

customers upstream.  So that's the supply curve

we're talking about.  It's -- it's the -- it's based

on the -- on the technology of -- of the -- of the

defendants.  I mean, they -- they have storage

facilities, trucking facilities.  And as output

changes, so does their ability to supply milk at a

particular price.

So if output varies, they will have to

charge a higher or a lower price depending upon

that -- depending upon that supply curve.  They

don't have to estimate it.  They just know it --

it's out there.  They know that -- they know that it

operates and -- and it's part of -- it's part of the

decision-making of -- of managers as to how much --

how much milk they supply now.

Q.    So you said that as output changes so

does their ability to supply milk at a particular

price.  What causes out -- output to change?

A.    Well, facilities -- the facilities built by and operated by primarily milk storage facilities and milk delivery vehicles, they -- they -- in the industries -- food industries I'm familiar with and I'm sure this industry as well, is that there's sort of an optimal level of -- of throughput that gives you the lowest possible cost.  Let's say it's 80 percent or 85 percent of what might be called national emergency level, okay, that's what -- that's what engineers call the -- the sort of maximum throughput possible in this system.

Suppose there's a national emergency and you have to increase to the maximum possible, what is that level?  Well, that level -- that -- that's 100 percent level.  And at 100 percent, there's going to be inefficiencies.  You're going to have to start using some older trucks.  You have -- you'll have to start spending more on -- on maintaining the trucks so that you don't have any trucks that are -- that are broken.

Every single storage thing has to be close to capacity.  Cooling apparatus cannot -- cannot fail.  So typically in food industries,

Page 42

they -- they run at 70 -- they run at about 80 to 85 percent of this national emergency level, so a maximum possible output that an engineer had in mind when they built the system.  Okay?

And the price will rise as you go from this optimal level of 70 or 80 or 90 percent of -- of output to 100 percent.  So I mean, the -- the managers are aware that they have a sweet spot in their output.  If for some reason the demand for fluid milk suddenly decreased in an unanticipated way, then you've got storage facilities that are -- that are empty.  Well, you're still paying depreciation on those.  It's a capital investment.  They're costly.  So your average costs rise.

If you're well below the -- what I call the sweet spot, the optimal operating minimum efficient scale, it's called, in economics.  Okay?  So costs rise.  So there's the -- you tend -- you tend to have these U-shaped curves and in -- with a long-run equilibrium.  The managers of -- of these co-ops know that they'd like to run it, you know, 80, 90 percent of capacity, no higher.  And they start to get worried because their costs will rise if they're at a lower level.

So that's -- that's the supply curve I'm talking about.  Short-run average cost curve.

Q.    Did you directly measure the demand for any finished dairy products?

A.    No.  We -- no.

Q.    Did you do anything to study demand for finished dairy products?

A.    Yes.

Q.    What analysis did you do to study the demand for cheese, for example?

A.    Well, I reviewed the literature on demand studies for fluid milk, primarily, and other more -- more storable commodities to some extent.  And I mean, we determined, for example, that income -- price of the product was -- was one of the principal drivers of demand for fluid milk and other storable products.

Income was a weak explanatory variable.  Income of consumers was sort of a weak explanatory -- explanatory variable.  We included that in our model.  So in addition to price, we have the -- we have the -- the spending ability of consumers included.  There was some indication in the literature that households comprised of -- that

Page 44

had a large number of children, say under age 14,

tended to have higher demand for milk.  So we

included that information on a city-by-city basis.

And so that would -- we believed affected

the demand of milk.  We included it as a possible

demand shifter, so to speak.  And so what we did, in

short, was to look at the principal factors that

other researchers -- and this is a very well-studied

area -- other researchers have included in their

demand functions.

We thought at one point, for example,

that ethnic composition as it varied across cities

might be a variable.  We tested ethnic composition

and found that it had no significant effect.  So we

tested it and withdrew it from the model because it

was -- it was not performing as an explanatory

variable, even though there was some previous

research indicating that variation in ethnic

composition is a -- is a driver of demand.  But it

turned out not to be in this particular area at this

particular time.

So those -- that's how we -- we

estimated -- estimated demand, through the factors

that change that shift the demand curve right or

Page 45

left in -- in geometric space.

Q.    I'd like to just get a yes-or-no answer
to:  Did you study demand for cheese?

A.    No.  We studied the factors that affect
the demand for cheese.

Q.    What evidence did you rely on to study
the demand for cheese and the factors that affect
it?

A.    I think I answered that question.

MR. WALDIN:  Can we take a break now.

THE VIDEOGRAPHER:  It is 10:02 A.M.  We go off
the record.

(A recess was had from 10:02 a.m. to
10:19 a.m.)

THE VIDEOGRAPHER:  It is the beginning of Tape
No. 2 of the testimony of Dr. Connor.  It is
10:19 A.M.  We are back on the record.

Q.    (By Mr. Waldin)  So, Dr. Connor, we just
discussed a number of variables that are included in
your model.  That model is what you referred to as a
reduced form model; correct?

A.    Correct.

Q.    And the reduced form incorporates
elements of a structural model for underlying supply

Page 46

and demand; is that correct?

A.    Yes.

Q.    And what market are you studying through your structural model?

MR. AHERN:  Object to the form.  Asked and answered.

A.    We're studying the market for assembly and delivery of farm milk to mainly processors and other buyers upstream.

Q.    (By Mr. Waldin)  And the dependent variable for your model is the over-order premium; correct?

A.    Yes.

Q.    And do you cite any papers, academic studies, anything in your report or rebuttal report that study the structural factors underlying the setting of over-order premiums as distinct from regulated prices?

MR. AHERN:  Object to the form.

A.    Well, I mean, I did a -- I did a -- a decent survey of the literature on -- on this industry, the -- the farm milk assembly industry. But there were no -- there were no models of the type we used in the academic literature that I came

Page 47

across.

Q.   (By Mr. Waldin)  So you searched for papers that studied specifically over-order premiums and you were unable to find a paper that -- that modeled those prices specifically; is that correct?

A.   There were papers that tried to estimate over-order premiums, and they had, you know, figures on the size of the premiums at various times by various co-ops.  They talked about, you know, how they were set.  But it was no modeling because, as far as I know, over-order premiums are not -- are not published at sufficient detail or with sufficient regularity to be able to apply such a model.

Q.   So --

A.   In the academic literature.

Q.   So the models that -- sorry.  Sorry.

So the academic literature, then, that you rely on to construct your structural model which then becomes the reduced form model is literature analyzing the total price of raw milk, including the regulated portion; correct?

MR. AHERN:  Object to the form.
Mischaracterizes the testimony.

Page 48

A.    No.   What I was referring to were studies that attempted to estimate the size of over-order premiums by -- by dairy co-ops and discussed some of the factors responsible for changes in those over-order premiums over time.  But the authors of those papers typically relied on scattered data, not -- not nice long time series, not available co-op by co-op, certainly not available on a regional basis versus national basis.  They tended to be very aggregated pieces of information.

And so the -- the authors of the articles we looked at on the size and variability in those over-order premiums for this industry didn't have enough to be able to construct a cross-sectional study or a time series.  Our approach is both time series and cross-sectional.  It's called a panel data.  And it's because of the rich OOPs we obtained during discovery that we were able to go ahead with such a model.  So to my knowledge, a model like ours does -- does not appear in the academic literature for this industry.

Now, there have been other -- other industries, farm -- farm-related, agriculturally related, that have applied reduced form models to

Page 49

estimate price effects, but -- but not in this

particular industry.

Q.    (By Mr. Waldin)  So what is your basis or

evidentiary support for including, for example, the

percentage of the population under I think it's 14

as a variable in your model?

A.    Well, I honestly don't remember the exact

citation, the -- much of the work done on the demand

for milk has been done by -- by researchers in

dairy -- dairy-intensive states at land-grant

institutions like Cornell and Wisconsin.  But USDA

has had for many years a group dedicated to

estimating demand for various food products.  And

milk and other dairy products are typically some of

their studies.

I -- I happened to work adjacent to that

group in Washington, D.C., when I was with the

economic research service, and I knew it to be a

very, very capable group of -- of researchers using

the latest and best estimation techniques.  And they

obtained in many cases quite detailed information

on -- on -- on dairy consumption from USDA or

industry-sponsored surveys that had very detailed

sociodemographic data associated with purchasing

Page 50

patterns for -- for products.

So -- so from, you know, 40 years ago or so, I -- I started learning about these studies, working side by side with -- with those individuals. And of course, as part of my long-term 20 or 25 years of research on the food industries, I -- I came across such studies sometimes -- sometimes purporting to have new findings on what affected the demand for milk.

Now, on the supply side, I mean, this is a transportation-type industry, transportation and storage industry dealing with a very perishable product. And it's fairly -- fairly obvious as to what we thought the principal drivers of demand and supply would be for this industry. And -- and diesel -- diesel fuel, wages of -- of truckers, for example, or -- or other workers in -- at this industry, energy costs, because the milk has to be refrigerated, it's a fairly significant cost; so we tried to include the principal costs associated with running this industry, operating this industry in our model.

I think we ended up with three or four pretty good -- pretty good factors. So that's how

Page 51

we went about constructing it.  We were guided by, you know, my knowledge of the food industries, previous research at -- at academic institutions and at the USDA Economic Research Service to try to find all the factors, measurable factors.

Now, there -- there are some factors that are not easily measured that may affect demand or supply.  And we -- so we couldn't incorporate all these, but of course the -- the model fits very well.  I mean, the -- the R square on it, the coefficient of determination, is in a reasonably high range given the micronature of the -- of the price data we used.  And we explain 50 to 70 percent, roughly, of the variation in OOPs over a long period of time at the city level.

And so we're -- we're moderately confident that we've included the principal drivers of demand and supply of delivered milk, assembled and delivered milk.

MR. AHERN:  I -- I want to continue my objection to the -- the -- this is beyond the scope. These are all questions that could have been asked at the first deposition in connection with the initial report.

Page 52

Q.    (By Mr. Waldin)  So you were referencing specific academic literature and USDA studies that gave you particular variables that helped to explain the total price of raw milk; is that correct?

MR. AHERN:  Object to the form.  Beyond the scope.

A.    The total -- I don't know what you mean by total price.  Could you explain that?

Q.    (By Mr. Waldin)  The -- the delivered price of raw milk to processors.

A.    Ah.

MR. AHERN:  Same objections.

A.    Well, remember, this is a vertical -- vertical subsector that we're looking at.  And -- and assembly is the second lowest level of -- of this system, and there are several other levels above it.

Demand for milk is formed by consumers. It is a decision made by consumers and households, particularly, and food service to some extent, but mainly households.  So that demand then becomes the -- the demand for milk at the processing level is derived directly from the demand or -- or even indirectly, I should say, through retailers for the

demand at the retail level.

So we only had to study consumer-related -- consumer-related factors because that is where demand is principally formed.  It's the -- called primary demand.  Then retailers react to changes in that demand at the -- at the consumer level by changing what they offer on the shelves, by changing prices, by reconfiguring their -- their stores from time to time.  Then retailers -- the demand by retailers is seen by processors.

Again, it's a derived demand.  The process -- the demand that processors see for their processed products is derived ultimately from consumer demand and similarly, at the -- at the assembly level.  Assembly sees demand exercised by its clients, its customers, the -- mainly processors, milk processors.  But that, in turn, is derived ultimately from -- from consumer-driven decisions.

So on the demand side, we looked at retail level, consumer level, household level factors.  And I believe we're on solid ground because that's where demand is first formed.  On the supply side, we looked at the factors that -- for a

Page 54

transportation-type industry, the factors that affect the location of the supply curve. It'll shift from time to time due to changes in diesel fuel, due to the costs of refrigeration, energy, electrical energy, and other factors.

So I mean, we -- we tried to understand how -- how costs are formed, how the supply curve essentially of this industry is formed, and what are the principal costs that -- that the defendants' operations have to meet. So that's where the supply side came from. And -- and the vari -- we chose the variables that we thought were most reasonable. We tested a few that turned out not to have any effect, so we dropped them.

But that's how -- that's the workmanship that goes behind -- the craftsmanship that goes behind developing a model of this type. And we -- we followed -- we followed, I think, good procedures in -- in deciding on the formulation of the model.

Q. (By Mr. Waldin) Thank you for that explanation.

A. You're welcome.

Q. So you state in your rebuttal report that multicollinearity entirely explains the reason why

the regression coefficients do not always align with

the economic expectation and -- and can thus be

ignored; correct?

A.    That is correct.  What -- where are we

now?

Q.    What paragraph?  111.

Multicollinearity means that some

variables are correlated with each other such that a

regression model can have trouble separately

measuring the effect of such variables; correct?

A.    Yes.  That's -- that's pretty well put.

Q.    It's from your own report.

A.    Oh.

Q.    When you say trouble measuring, you mean

that you have a low level of confidence that you

have estimated the relationship precisely; is that

correct?

MR. AHERN:  Object to the form.

A.    What that means is that the statistical

significance of the individual of -- of those

variables may be relatively low.  In other words,

the effects turn out to be close to zero

statistically.  Or in some cases, the variables --

and they're relatively few examples of this -- but

Page 56

in some cases, the variables have the non -- a sign

that theory would not suggest is correct, a positive

sign instead of a negative sign, or vice versa.  So

that's what I mean by that unreliable.

Q.    (By Mr. Waldin)  Is that because the

confidence interval is so wide that you cannot tell

whether the relationship is positive or negative

between the variable and the explanatory -- and

the -- the independent variable and the dependent

variable?

MR. AHERN:  Object to the form.

A.    Not necessarily.  We -- we may know

with -- we may know with some confidence that a

particular independent variable has a significant

wrong sign.  It -- therefore -- I mean, we know that

it's not within the -- the range of -- within --

within the confidence -- we know it's within the

confidence range of being negative when it should

have been positive.  So sometimes we find that.

Yes, and -- and alternatively, sometimes

the variables that we expected to be significant,

either positive or negative, turn out to be within

the range of -- of zero in -- in terms of like 90 --

80 or 90 percent confidence level.

Page 57

Q.    (By Mr. Waldin)  Doesn't the academic literature, though, say that multicollinearity doesn't create a biased estimate?

A.    That is correct.

Q.    And is that consistent with your explanation of the incorrect sign?

A.    Yes.  The -- the purpose of regression analysis is to arrive at best linear unbiased estimators of the coefficients.  The best part is what's failing when you have multicollinearity.  You don't get the best estimates.  They turn out to be inefficient estimators, but they're still unbiased. Multicollinearity does not affect the unbiasedness of those coefficients in the model.

Linear is a technical term.  There are nonlinear models.  This is a linear model, but -- and then of course estimate -- by estimators, I mean the -- the coefficients that result from the regression analysis.

Q.    You examined Dr. Brown's model in your rebuttal report --

A.    May I add one thing in my answer?  And that is that multicollinearity only affects the variables we call control variables, ones related to

Page 58

demand and supply conditions in the industry.

Multicollinearity did not bedevil the experimental

variables, which are the four or five variables

representing supply control, the CWT herd control.

Those -- those -- I forgot if it's four

or five -- variables have variance inflation

factors, which is a measure of -- of collinearity

problems that are quite low.  They're less than the

rule of thumb of five or ten.  So -- so

multicollinearity is -- is -- is a problem found in

most large-scale models, but it isn't a problem for

the so-called experimental variables here, which are

the -- the ones measuring supply control.

Q.    In your rebuttal report, you examine the

model that Dr. Scott Brown put together in -- in

the -- to study the effects of the CWT program;

correct?

A.    Yes, as best we could.

Q.    And Dr. Brown attempts to estimate an

equilibrium between supply and demand; correct?

A.    Yes.

Q.    And his model uses some of the same

variables as your model; correct?

A.    We believe so.  It's not entirely clear.

Page 59

Q.    Dr. Brown's model has significantly more variables than your model; correct?

A.    It appears that -- well, we have to distinguish between his model and the FAPRI model, F-A-P-R-I, the institute that he works for in Missouri.  The -- this institute developed models for policy analysis and have models for corn, for soybeans, for wheat, for cotton, and milk and others.  So FAPRI is in the business of -- of having a -- a number of commodity-specific models that are linked with one another, milk being one of them.  Because what happens in milk can -- can affect other farm enterprises.  Because some farm enterprises are multiproduct.

There are farms that have -- that -- that -- that have dairy on them, and they grow corn, and they also grow alfalfa.  So they've got three enterprises.  So -- so you know -- so I'm trying to be careful here.  Dr. Brown has his own model which is dairy specific.  However, the results of and in -- are he receives inputs of additional information about other related commodities from FAPRI.

So it's a gigantic model connected with

Page 60

many parts, and we -- we have little or no information on the commodities unrelated to -- to dairy. We looked at the dairy model as far as we were able to understand it. And it's a -- it's a synthetic model quite different from what we've done. It is not -- it is not a statistically-based model.

And on the other hand, FAPRI has a policy of not revealing everything about its models because that is its intellectual property. If it were to reveal everything about it, they would be out of business. So they have a -- they have a very odd relationship with the academic -- the AgEcon and other econ -- other economists' community because they -- they refuse for business reasons not to reveal all their information.

The same is true of the dairy model. We -- we received a lot of basic information about it. We saw the -- we saw predictions made for price and quantity from Dr. Brown's model, and they seem reasonable. But we are -- we're unable to delve into the detailed -- detailed information.

Dr. Brown probably had an elasticity of demand for milk that he adopted from some probably

Page 61

good studies.  And he put -- he plugs that into his

model.  He doesn't estimate -- he doesn't estimate

the elasticity of demand.  He adopts it from

whatever the best study is in his opinion.  And

that's incorporated as a fact in his model, a

parameter rather than a variable.

All right.  So yes, he -- we looked at

the model as best we're able to.  It's a common --

commonly used model.  It has a lot of value for

policy analysis, and -- and the U.S. Congress has --

has supported that model for more than a decade,

probably 20 years now.  So they think it's valuable.

In any case, we did look at Dr. Brown's

results as -- as to whether they would confirm our

overall results as well.

Q.    And you found that Dr. Brown did find

that the CWT herd retirement program reduced supply;

is that right?

A.    Yes.  He estimated supply with and

without the CWT program and presented those results

to the CWT committee several times in -- in the mid

and late 2000s.

Q.    And you acknowledge that comparing

Dr. Brown's estimates to actual milk production

Page 62

shows that the CWT herd retirement program did not

have the affect on supply that he expected it to

have; is that right?

MR. AHERN:  Are you reading from his rebuttal

report?  Can we -- can we --

MR. WALDIN:  Shut up, Patrick.

MR. AHERN:  Can we refer to it?  No, it's

not -- it's not fair for you to just read something

which looks like it's clearly from his rebuttal

report.

Q.    (By Mr. Waldin)  Please turn to page 28.
Look at Figure 4.

A.    Yes.

Q.    And in Figure 4, Dr. Ricchetti's method,
as you've labeled it, is looking at actual milk
production data; correct?

MR. AHERN:  Object to the form.

A.    These red bars on Figure 4 are --
percent...

        The red bars on Figure 4 are
Dr. Ricchetti's estimates of -- of southeastern --
I'm sorry -- no, it's nationwide milk production
changes that he -- he developed, he said, from
Dr. Brown's model.  Dr. Brown's model was a national

Page 63

model.  Dr. Brown has no estimates of regional

impact in it, to my knowledge.

But Dr. Ricchetti derived, somehow, his

from -- from Dr. Brown's results, he derived what he

claimed were changes in nationwide and Southeast --

Southeast region changes in milk production.

Q.    (By Mr. Waldin)  Please turn to

paragraph 30 on page 24.  It says here specifically:

When Dr. Ricchetti is calculating the milk

production according to Dr. Brown's model, he

subtracts Dr. Brown's estimated milk production

without CWT from USDA's survey milk production data

instead of Dr. Brown's milk production data with

CWT.

A.    Correct.  That is our principal quarrel

with Dr. Ricchetti's method.  I think it's a -- it's

a rookie mistake.

Q.    The USDA survey shows actual milk

production; correct?

A.    As far as I know, yes.

Q.    And that was compared with what Dr. Brown

expected milk production would be without CWT;

correct?

A.    Correct.

Page 64

Q.   So actual milk production was much greater than what Dr. Brown thought it would be; correct?

MR. AHERN:  Object to the form.

A.   If -- if you mean by thought, that he predicted -- this is his prediction of milk production assuming there was no CWT herd retirement program going on, yes.

Q.   (By Mr. Waldin)  Let me just clarify something from the previous question.

These changes in milk production are based on what Dr. Brown thought would happen with the CWT program as compared to his estimate of production without the CWT program; correct?

MR. AHERN:  What -- you say this.  What are you -- are you still on Figure 4?

MR. WALDIN:  Figure 4.

A.   I may have -- could you restate the question?  I may have heard it the reverse of what I thought you said.

Q.   (By Mr. Waldin)  The blue bars on this chart, Figure 4, represent the difference between Dr. Brown's model with the CWT herd retirement program and his estimate of what would happen

Page 65

without the CWT herd retirement program; correct?

A.    The red bars would represent that.

Q.    The blue bars?

A.    The blue bars, nationwide milk production according to Dr. Brown.

Yes.  That's my understanding, that the blue bars would be USDA actual compared to Dr. Brown's estimates with the CWT program in effect.

Q.    I think we have a different understanding of this.

A.    Oh.

Q.    The blue bars, as I understand them, compare Dr. Brown's review of what would happen in the world where there was a CWT program to his estimate of what would happen without the CWT program; correct?

A.    I -- it's been awhile since I've looked at this.  Excuse me.

So Dr. Brown -- Figure 4 shows Dr. Brown's estimated -- I'm reading from paragraph 33.  Figure 4 shows Dr. Brown's estimated percentage milk reduction from the CWT using Dr. Brown's actual data and compares it to the milk

Page 66

production using Dr. Ricchetti's approach.
Dr. Brown's data shows a national nationwide milk
reduction.  And so a bar above the 0 percent line is
interpreted as milk reduction, and a bar below is
considered milk increase, yes.

So yes, you're correct, the -- in
explaining the blue bars in Figure 4.

Q.    And the red bars, which are USDA actual
milk production data compared with Dr. Brown's world
without the CWT; correct?

A.    Yes, that's his predicted -- that's
right, his predicted amounts subtracted from the
USDA actual.

Q.    So in each of the years 2010 through
2013, the actual production substantially exceeded
Dr. Brown's predictions of what would happen without
the CWT program; correct?

A.    Yes.

Q.    And this result could be consistent with
the substantial supply response from dairy farmers;
correct?

MR. AHERN:  Object to the form.

A.    Perhaps, yes.

Q.    (By Mr. Waldin)  This result could also

Page 67

be consistent with Dr. Brown having overestimated

the CWT program's actual effect on raw milk

supplies; correct?

MR. AHERN:  Object to the form.

A.    That's another possibility, yes.

Q.    (By Mr. Waldin)  In Footnote 76 on

page 26, say Dr. Ricchetti's regional decomposition

of Dr. Brown's analysis is inappropriate and

uninformative; correct?

A.    Yes.

Q.    Dr. Brown's original model contains data

and analysis for each state though; correct?

A.    Yes.

Q.    And in fact, Dr. Brown's national

model --

A.    He can -- if you're talking about herd

size, I believe herd size is -- is -- is available

on a state basis annually, yes.

Q.    Correct.

A.    I don't know about the other data.  It

may be more -- there may be quarterly and monthly

data in there as well from other variables.  But if

you're talking about herd size or milk production,

yes, I agree with you.

Page 68

Q.    And you're referring -- when you say regional decomposition from Dr. Ricchetti, you're referring to his regional decomposition of herd size and milk production; correct?

A.    Correct.

Q.    And Dr. Brown's national model, in fact, is built by aggregating the supply changes for each state; correct?

(Court reporter clarification.)

Q.    (By Mr. Waldin)  In fact, Dr. Brown's national model is built by aggregating the supply changes for each state; correct?

A.    I don't remember, but I -- I believe you -- I believe that is correct.  But I really don't remember the details, whether he -- I -- I believe he -- he's -- he's interested in state level information for policy purposes, so my -- my -- I would hazard based on an imperfect memory that that is the way he goes about it, yes.

Q.    And you do note that Dr. Brown's model, quote, shows a small supply increase in the later years but much smaller than the original for the Southeast; correct?  That's from Footnote 76.

A.    Okay, yes.

Page 69

Q.   So if I can translate that into something akin to Figure 4, the blue bars for the Southeast would go below zero; correct?

A.   I don't think we know --

MR. AHERN:  Object to the form.

A.   -- that they would -- they were -- they were trending down that way, yes.  But let me think. Dr. Brown's model goes -- Dr. Brown's model stopped with the 2010 herd retirement program, I believe. And then he showed projections out about three years.  So roughly, yes, 2013.  But I don't think Dr. Brown's -- his figures, his -- his illustrations, that's what we have to go by, I don't think they extended to 2015.  I don't remember 2014 either, but I'm fairly sure that Dr. Brown's model doesn't have illustrations of herd size or milk production beyond 2013.

So I don't think we can extend this farther.  The trend is that way in the last -- from -- I agree with you, from 2009 to 2013, the trend is downward.  But there's no guarantee that that will go negative.

Q.   (By Mr. Waldin)  But you admitted in Footnote 76 that Dr. Brown's model shows a small

Page 70

supply increase in the later years; correct?

MR. AHERN:  That's not what it says.  It refers to Dr. Ricchetti's Exhibit 10.

Q.   (By Mr. Waldin)  Dr. Ricchetti's Exhibit 10 reflects Dr. Brown's model; correct?

A.   Yeah.  He -- he -- he takes one of two estimates of output.  We think it's the wrong -- the wrong one of the two and compares it to actual USDA herd -- or production nationwide, yes.

Q.   In fact, Dr. Brown's model shows that supplies of milk in Florida increased in every year of the program as a result of the CWT herd retirements; correct?

MR. AHERN:  Object to the form.

A.   I -- I don't remember.  I don't remember looking at his Florida projections, certainly not -- not for this rebuttal report.  I mean, that could well be the case, but I don't remember -- I don't remember looking at Florida specifically.  Perhaps it's in my earlier merits report, I don't know.

Q.   (By Mr. Waldin)  Dr. Connor, you're familiar with the peer review process; correct?

A.   Yes, I am familiar with it.  And I engage in it --

Page 71

Q.    Okay.

A.    -- on a regular basis.

Q.    And you have experience as a referee for a journal that publishes using a peer review system; correct?

A.    Yeah.  I think my CV lists 20 or 30 journals for which I have performed peer reviews.

Q.    And what's usually involved in performing a peer review?

A.    An editor of a journal contacts me, usually by email, and asks if I would be interested in reviewing an attached manuscript.  In 99 percent of the cases, the manuscript has the title page removed so we don't know who wrote this submission to the journal.  So a -- a manuscript is -- is submitted to a journal, an editor decides on usually two or more, sometimes three or four, external reviewers who are known for their expertise in the area covered by the -- by the manuscript.

Editors have to be careful not to choose someone who has a -- an antipathetical relationship with the submitter.  So there's a -- there's a certain amount of delicacy involved in choosing reviewers.  They want reviewers who they think are

Page 72

fair minded but who have experience in the field so
they won't need to go back and spend more than the
usual one or two days that's required for writing up
comments.

So if -- if I agree, if -- if the piece
of paper looks -- if the paper looks interesting and
it has some original findings, then I -- I will --
and I think most reviewers do the same thing --
agree to review it.  Usually given a month or two to
write a report, the -- in my experience, a
day-and-a-half to two-and-a-half days is required to
do a really good job on it, in which you offer
criticisms direct -- usually directly to the unknown
author.

In addition, a separate letter is sent to
the editor with your honest evaluation of the
manuscript.  Typically, reject entirely; don't
bother to resubmit; or resubmit with the -- with the
many changes suggested in -- in the review going to
the reviewer; I -- I like it, it needs to be
rewritten or shortened, but it's good the way it is,
it just needs to be maybe shortened or rewritten;
and then finally, you can recommend, it's great, it
should be published just -- just as it is, no

changes required.

So -- so that's the kind of letter that goes in to the editor.  You offer critical comments to the -- to the author or authors.  But my practice has been to offer what I would call "substantive improvements."  I would typically write to this unknown author.  I really think that your paper would be improved by condensing the following paragraphs.  Or you have missed an important reference by somebody in the field, and I suggest you read it and include it in your list of publications.

You might get deep into the modeling. There's a better data series available for one of your variables, please try to substitute it because we think it'd be -- you'd get more precise results. You could offer suggestions on the formulation of the model used if it's an empirical piece.  I typically review mostly empirical pieces, not just theoretical pieces.

And so these letters go out to the editor who receives at least two opinions usually, and the editor will then make a final decision to revise and resubmit or accept the way it is.  That's how the

Page 74

process works.  And then we discover who the author or authors are in a -- a year or two if it goes forward to publication.  It's -- it's a service activity provided by academics to one another. It's -- it's a service reported on an -- on our annual reports.  We list the reviews that we've done because they're very time-consuming.

On the other hand, you often learn some really interesting new things that are developing in your field, things that you might not have known about.  So it's a both pleasure and pain to be a -- to be a peer reviewer.

Q.    So --

A.    Okay.  So that's -- that's how the process works for -- in -- in the social sciences.

Q.    So you noted that if you had a suggestion about the modeling, that perhaps there's a better data series available, that you might suggest that to the author; but you wouldn't actually go and rerun the author's model using that data, would you?

MR. AHERN:  Object to the form.

A.    No, I wouldn't.  I should also say that when these manuscripts are submitted, they sometimes contain extensive technical appendices that are not

Page 75

meant for publication that include details on

developing models, the source of the models, the

source of the data, and alternative specifications

and why those alternative specifications fail to be

as appealing as the one presented in the paper.

So sometimes the author's done that work

for the reviewer.  In a sense, they've shown their

alternative -- alternative models and why they --

they like the final model that -- and results

they've chosen.  So they make -- they make a -- now,

those appendices are often very extensive.

Sometimes they include lists of data so that you can

actually check the individual data points as well.

And increasingly, I find Excel spreadsheets being

attached to these manuscripts with the raw data in

it so that you can -- you can do your own

correlation analyses if you want to and check

variance inflation factors on your own if you want

to.

So you might have a lot -- you might

be -- you might be able to offer really good

service, and -- and it might be the case that you

already considered alternative models or that the

author already considered alternative models and

Page 76

it's been taken care of.  So it's a complicated --
complicated process and varies considerably across
submissions.

Q.    In your rebuttal report, you criticize
Dr. Ricchetti as presenting crude univariate
analysis and that this approach is contrary to
professional economic standards; correct?

A.    Yes.

Q.    And is it your opinion that in all cases,
any conclusions based on univariate analyses should
be entirely rejected?

MR. AHERN:  Object to the form.

A.    Every empirical researcher starts out
typically by looking -- doing univariate analyses.
There's nothing wrong with a univariate analysis in
principle.  It is a way of generating hypotheses.
It is a way of understanding trends over time.  That
would be a -- we see several examples of that in
Dr. -- Dr. Ricchetti's report.

He looks at -- at trends, which means
that he's trying to explain a variable's change over
time only with time being the only explanatory
variable.  Well, that's often -- that often leads to
spurious hypotheses.  Because lots of things can be

Page 77

happening over the same period of time that are not

captured by a variable, which is simply the year in

which -- or the month in which a particular

phenomenon grew or fell.

So I'm not saying that it's -- it's you

would lose your license as an economist to do such

analyses.  What I'm saying is that when you're

considering a complicated model with many feedback

effects, multiple effects, that criticizing a model

like ours, just using univariate analysis and

stopping there is simply not the best that economics

has to offer to fact finders in cases like this.

Q.    (By Mr. Waldin)  You do use univariate

analysis to draw conclusions in your own report in

this case though; correct?

MR. AHERN:  Object to the form.

A.    For example?

Q.    (By Mr. Waldin)  For example, don't you

conclude based on a time trend in all milk prices

shown in Figure 13 that a shift in the production,

quote, from the Southeast to other regions did not

lead to a change in prices in the Southeast compared

to other regions?

MR. AHERN:  You're --

Page 78

Q.    (By Mr. Waldin)  Figure 13 is on page 45.
At the end of paragraph 52.

A.    Right.  Yes.  I mean, the purpose -- the
purpose here was to show that the prices in the rest
of the country compared to bidding Region 2, which
is the -- the geographic area of interest, were, as
we'd expected, highly correlated between the
Southeast region and the -- and the rest of -- rest
of the country or all other states.  The -- it is a
univariate analysis, yes.

Q.    And it lacks controls; correct?

A.    It lacks controls.

Q.    But yet you drew a conclusion from it?

A.    Well, in -- in both my merits report --
certainly in my merits report and in other -- and in
the following table in this report, we are simply
trying to show that the price movements over time
from the early '90s to 2013 were highly correlated.
We performed a more formal analysis of that in -- in
Table 14.  And in my merits report, we performed
many analyses that showed that prices are
articulated across space within the United States,
across regions within the United States.

So we had done that analysis in a more

Page 79

formal sense already.  This was merely to remind the

reader, the fact finder, that -- that prices in --

in the bidding Region 2, which is essentially the

Southeast, were trending with the price -- the same

prices in -- in other parts of the country.  But we

had already established that with a more formal

analysis in -- in the merits report and in -- in the

following Table 14, which shows very high OOP

correlations -- well, sorry.  These are OOP

correlations.  These are not received milk prices.

Sorry.  I -- I withdraw that statement about

Table 14.

          But we have done, you know, in the merits

report, did -- did significant analyses of -- of

correlations across space.  And this is simply to

remind the reader that these correlations still

persisted when comparing the Southeast with the rest

of the country.

     Q.    Correlations themselves are univariate

analyses; correct?

     A.    Yes.

     Q.    So you would agree, then, that the -- the

appropriateness of a univariate analysis depends on

the context and purpose for which that analysis is

Page 80

but for a period?

MR. AHERN:  Object to the form.

A.    Well, okay.  If the context is this is an analysis being done preliminary to a fuller analysis and this preliminary univariate analysis is done to offer suggestive hypotheses and -- and to -- to -- to offer initially simple explanations of something that turns out to be more complicated, then I think it's appropriate to do that.  It is not appropriate to stop with a univariate analysis when it is known that -- that the market in question is subject to a panoply of several demand and supply factors inter -- interacting with each other as well as with the dependent variable.

Q.    (By Mr. Waldin)  So is it your opinion that you could not reach an opinion about whether or not there were overcharges in this case based solely on the univariate analysis?

A.    It is merely suggestive, not conclusory.

Q.    Isn't it true that you used a univariate analysis as your only method for calculating damages in a case that was related to this one brought by consumers of dairy products?

A.    Is it appropriate for me to comment on my

Page 81

work done in the Edwards case?

Q.    You did in the last deposition.

A.    That -- yes, it was univariate but done for many cities, and it was for class certification, which is different than I think a damages -- damages objective.  This -- this -- the -- I know the standards have been rising.  But actually in the Edwards case, I did not do a damages -- I did not do damages analysis.  That was done by a Dr. Sunding [phonetic].

My univariate analysis, again, was for class certification only, which we were successful in obtaining.  And then an econometrician at Berkeley actually performed the analysis of -- of overcharges in that case with a model very similar to the one we've applied here, by the way, in many ways.  So -- and although I interacted at the earlier stages with Dr. Sunding on that, I was not a testifying witness at the damages phase.

Q.    So is it then your testimony that you did not offer the opinion that the univariate analysis you presented for class certification at Edwards could be used to calculate damages in that case?

MR. AHERN:  Object to the form.

Page 82

A.   Repeat the question, please.

MR. WALDIN:  Can you read the question back to him.

(WHEREUPON, the record was read by the reporter.)

A.   Well, I -- I -- it's been awhile since I've done the work in Edwards.  But I think -- I think I did offer some preliminary estimates of what the overcharges might be using a univariate analysis in that case.  But I'm sure it was with the caveat that a more complete multivariate analysis would need to be done.

Q.   (By Mr. Waldin)  Thank you.

MR. WALDIN:  We've been going almost an hour.  You want to take a break?  Or would you rather keep going?

THE WITNESS:  I'd love to.  I'm old enough that an hour is --

THE VIDEOGRAPHER:  It is 11:18 A.M.  We go off the record.

(A recess was had from 11:18 a.m. to 11:38 a.m.)

THE VIDEOGRAPHER:  It is the beginning of Tape No. 3 of the testimony of Dr. Connor.  It is

Page 83

11:38 A.M.  We are back on the record.

Q.    (By Mr. Waldin)  Dr. Connor, the elasticity of supply for raw milk is a statistical measure of the reaction of dairy farmers to higher or lower prices for raw milk; is that correct?

A.    Yes.  It's the reaction of dairy farmers in the size of their herds or, ultimately, the level of milk production.

Q.    And the elasticities of demand for raw milk are statistical measures of the reaction of processors to higher or lower prices for the raw milk that goes into the products they make; correct?

A.    Yes.  There -- there is a -- there is a supply elasticity at the processing level.

Q.    Sorry.  Just we -- I said demand, not --

A.    Oh, demand.

Q.    Elasticities of demand for raw milk.

A.    Okay.  Yes, of course.  Yes, there are.

Q.    So if the quantity supplied were to go up or down, the elasticity of both supply and demand will factor into the determination of a new equilibrium price; correct?

A.    Yes.  It has -- they have predictive

Page 84

value.

Q.    And elasticities of supply and demand also have a time dimension; correct?

A.    Yes.  Typically divided into short run, long run, and sometimes very long run.  Short run is a period within which new investment does not occur. In the case of dairy, that would be expanding -- expanding the barns for the herds, expanding milking equipment, adjusting the size of the herds upward or downward.  So that's -- that would be a short enough period, typically a year, let's say, two at the most.

Whereas long run would be a period in which significant investment could take place of a type that could affect the productivity of -- of dairy farmers.  And in the very long run, you consider changes in -- major changes in -- in technology being implemented along with investment. That's not studied quite as often as the short run and the long run.

Q.    So you included within the activities in the short run where no investment is made the size of the herd; is that right?

A.    Size of the herd can be adjusted.  The

Page 85

amount of feed.  If -- if there's heating or cooling

involved in the -- in the barns where they're kept,

where the milking cows are kept, that can be

adjusted somewhat.  So there's a number of -- a

number of variables that farmers have available to

them to make relatively small changes in output

without having to invest in new capital equipment.

Q.    But in your opinion, can a farmer add

additional cows in the short run in order to expand

its -- his or her supply?  Or production.

I'm sorry.

A.    Well, yes, if the farmer -- dairy farmer

has some excess capacity in his milking equipment

or -- or the barns where the animals are -- are --

are tethered or may have an exceptionally large

alfalfa crop and -- and might want to increase the

size of the herd to account for that.  So there

would have to be some -- some -- some change in

capacity of the other inputs.

Perhaps the farmer discovered a low-cost

source of farm labor and was able to add another

employee or two.  And so yes, you could expand

the -- the herd size by -- typically by buying a --

an already milking heifer from another -- another

Page 86

farmer not too far away, most likely.  Or if you're waiting to -- waiting to -- wait -- if you're willing to wait two -- two years or so, then you could buy calves and -- and then wait for milk production to occur in -- in a year or two after that.

Q.    Is it your opinion that farmers generally operate at full capacity, even if they have no additional space for new cows?

A.    Well, I think they operate pretty close to full capacity on average.  But I think -- I think an optimal level would -- would -- would be a little bit below full capacity for reasons that I talked about in the context of milk processing, for example, or the assembly industry. Inefficiencies sometimes develop when -- when you -- when you attempt to produce as much as possible, costs tend to rise.  And sometimes if prices are temporarily high, you know, that would be a reason for going to full capacity.

But typically, a little less than full capacity, whether it's 85 or 95 percent, I don't know, would be optimal from a cost perspective. And -- and...

Page 87

Q.    But you haven't analyzed the capacity levels at which farmers operate in this case, have you?

A.    No.  It was not a necessary part of our modeling.

Q.    Okay.  So elasticities of supply and demand both tend to go up as you expand the time horizon over which you look; correct?

A.    Correct.  As you move from short run to long run, the absolute values increase.  Of course demand elasticity is negative, so you could say it goes down rather than up.  But the absolute values of both tend to -- tend to rise.

By absolute value, I mean the -- the size of the -- of the coefficient without considering the sign in front of it.

Q.    Is it your opinion that it's efficient for farmers to lower their production if their capacity utilization is above optimal?

A.    Well, farmers usually -- usually want to produce at the lowest, lowest possible cost. They -- they watch the lactations of every single animal, they -- they measure the amount of milk on a twice daily basis usually of each animal, and

Page 88

they're very careful to compute the -- the -- the

milk productivity.  And if -- and if prices are --

are lower than were expected to be, then they might

call some -- some of their older lactating heifers

at a slightly earlier time than they had planned on

earlier.  So sometimes it is -- it is efficient and

more profitable for a -- a dairy herd to be reduced

somewhat slightly in size, you know, a few

percentage points above or below in order to

accommodate unexpected changes in -- in milk prices.

If they perfectly predicted milk prices,

then they wouldn't -- they would always be at the

optimal level.

Q.    Okay.  So you previously testified that

increasing the supply of milk in response to change

in prices takes between three and five years;

correct?

A.    For the full effect, yes.

Q.    So then is it your opinion that the herd

retirements would have had an immediate effect on

milk supply and then as prices rose, that

effect diminishes supply respondent to those prices?

A.    Yes.

Q.    And that supply response would take three

Page 89

to five years, in your opinion?

A.    For each of the ten herd retirements, that was the case, yes.  Of course there were some multiple and overlapping herd retirements in 2009, 2010.  But yeah, for a single herd retirement, there's an immediate short-run response in the market within a -- within a -- a few months.  And -- and then the effect tends to diminish.  It might actually increase for a year or two, and then it tends to diminish after the second or third year, in our view.  That's what our research showed.

MR. WALDIN:  I'd like to ask the court reporter to mark Exhibit 18.

(WHEREUPON, a certain document was

marked Exhibit 18, for

identification, as of

June 22, 2018.)

MR. WALDIN:  This is the expert report of Dr. Novakovic.

Q.    (By Mr. Waldin)  Now, you reviewed Dr. Novakovic's report before repairing -- preparing your rebuttal; correct?

A.    I skimmed it.

Q.    Was your rebuttal report not in response

Page 90

to Dr. Novakovic's report?

A.  My rebuttal report contains a small number of specific critiques or -- or citations affirming what he said.  So yes, I -- I -- I did look at some of it.

Q.  I -- I'd like to direct your attention to Table 3 in that report, which is -- it's on page 39.

A.  Yep.

Q.  Did you review this table before you prepared the rebuttal report?

A.  Yes.  I didn't study it very carefully, but I remember looking at it.

Q.  This table represents USDA data containing a count of the total milking herd as of January 1 of a number of years, the number of springing heifers as of January 1 of the same years, and the number of cows culled during those calendar years; correct?

A.  Correct.

Q.  And a springing heifer is a cow that is not yet milking but is expected to calve and join the milking herd within a few months; correct?

A.  I believe that's correct, yes.

Q.  Did you do any analysis of the

Page 91

availability of springing heifers during the CWT

herd retirement program?

A.    No.  And for the reasons that I mentioned

previously in this -- in this deposition.  And that

is that we were modeling the assembly level of the

vertical subsector dairy -- vertical dairy

subsector.  This is farm level information.  What

happened on dairy farms of course affected the

supply for the defendants' businesses, but -- but

there was no reason to include this information.  I

can't think of a reasonable reason to include

information like this in our report.

I should also mention this is annual

data, and -- and our model was -- was built on -- on

monthly observations.  So annual data might not have

a high prospect for -- for statistical significance

in any case.

Q.    The third column of this table, cows

culled, annual, that includes the effects of the CWT

herd retirement program on culled cows; correct?

A.    Yes.

Q.    And in each year through 2011, which was

the year immediately after the herd retirement

program ended, the number of springing heifers as of

Page 92

January 1 exceeds the total cows culled for that year; correct?

A.    Yes.

Q.    So for each cow that was removed by CWT, there was at least one or more springing heifers that could replace it after those springers gave birth; correct?

MR. AHERN:  Object to the form.

A.    Well, we don't know.  Springing heifers have miscarriages, many of them.  And some of them may turn out to be lame or -- or have other infirmities that make them unsuitable as milking cows later on.  So I can't say the number is greater.

Some proportion of springing heifers never end up being milking cows.  And I don't know what that proportion is.  I can't conclude anything from -- from this list about that.  But your -- your comment about the springing heifers being larger in I believe almost every year, if not every year, is -- it's not quite true.  2000 to -- oh, you said up to 2011, yes.

So yes, that -- it's true that they're larger.  So they're waiting there in the wings,

Page 93

presumably ready to start producing in a few months,

I don't know what a few months is, whether it's six

or eight or nine or whatever.  But yeah, fine.  I

get your point.

Q.    (By Mr. Waldin)  So you admit, then, that

the number -- that springing heifers here don't

always enter the milking herd; correct?

A.    Some high proportion of them do, but not

all of them.  And I don't know what that proportion

is.

Q.    Because you haven't done an analysis or

study of that; correct?

A.    It was unnecessary for me to do an

analysis of that fact, yes.

Q.    So in order for a farmer to grow his

herd, he has two options; correct?  He can either

purchase a springing heifer, which is going to

become a milking cow within a few months, or he can

purchase a cow that is already milking; correct?

MR. AHERN:  Object to the form.

A.    I would add, you know, buying a calf.

And it depends on the time horizon.  You haven't

specified that.  But in the very short run, those

are his two -- those would be his or her two -- two

Page 94

choices in -- in the short run.

Now, if they were -- if the farmer was planning -- had some indication that prices were going to be sufficiently high that he wanted an increase in his herd in a year and a half or two years, then he would buy calves.  So that's a third alternative.  Again, it depends on -- on the time horizon for the planning process for the farmers.

Q.    (By Mr. Waldin)  Understood.  Thank you.

A.    Yeah.

Q.    Excuse me.  So you say in paragraph 60 of your rebuttal report that herd size is a stock variable.  Isn't it important to take a count of the net additions and subtractions to the stock of cows?

A.    Would you repeat the paragraph, please?

Q.    Paragraph 60.  It is on page 52.

MR. WALDIN:  6-0.

THE WITNESS:  Oh, 6-0.

A.    Yes.  The cows -- the -- milking -- the number of cows milked, the number of springing heifers, and the total number of cows, those are -- those are all stock figures, not flow figures.

Q.    (By Mr. Waldin)  And when looking at a stock variable, isn't it important to take a look at

Page 95

the net additions or subtractions from the stock as you're evaluating?

A.    Yes.  But as -- as you have read in my report, we believe it's more instructive and illustrative to look at the stock of -- of -- of all the cows, not -- not just the one-year change.  And so it's, you know, we have an alternative -- alternative illustration on the number of cows killed as a percentage of -- of the stock from -- the average stock from 2003 to 2010.

So we thought that Dr. Ricchetti's approach was under -- was giving an impression that was lower than the -- the reality.  The reality being we believe that 5.5 percent of the cows were being culled by the CWT herd retirement program.

Q.    Okay.  So but you agree that those stock of cows largely persists from one year to the next; correct?

A.    Sure.  We said it hovers at around 9 million or a little higher, and that's exactly what -- what the first column of Table 3 shows.

MR. WALDIN:  I'd like to ask the court reporter to mark as Exhibit 19 a chart from the USDA Economic Research Service showing U.S. milk production and

Page 96

dairy herd, 1980 to 2014.

MR. AHERN:  So where -- has this been produced in the case previously?

MR. WALDIN:  It's a publicly available USDA --

MR. AHERN:  But has it been produced in the case previously?

MR. WALDIN:  No.

MR. AHERN:  We're going to object to you using it.

MR. WALDIN:  Okay.

MR. MILLER:  You're going to object to the use of public data?

MR. AHERN:  We're going to object to the use of data that hasn't been produced by you guys in the case previously.  Discovery is closed.  This wasn't attached to any --

MR. WALDIN:  I believe this is just a graphical representation of data that's already in the backup to either Dr. Connor's report or Dr. Ricchetti's report or both.

MR. AHERN:  Well, if you can prove that, then you can use it.

MR. WALDIN:  Okay.  We'll do that later.

MR. MILLER:  I don't think we have to do that

Page 97

anyway.

Q.    (By Mr. Waldin)  So, Dr. Connor --

A.    I'm waiting for the sticker to be affixed.

(WHEREUPON, a certain document was marked Exhibit 19, for identification, as of June 22, 2018.)

A.    All right.

Q.    (By Mr. Waldin)  So why would you assume that but for the herd retirement program that the stock of cows would grow at a much greater rate than it had in the last 40 years?

A.    Have I said --

MR. AHERN:  Object to the form.

A.    -- said that it grew at a much higher rate?  I don't recall saying that.

Q.    (By Mr. Waldin)  If you look at this chart, the stock of cows is approximately 9 million cows, give or take a small amount, from 2003 when the program started to 2010; correct?

A.    That is correct.  We agree with that, yes, and cite that information, yes.

Q.    If you add half a million cows to that

Page 98

number to get to approximately 9.5 million cows, that would imply a large increase; correct?

MR. AHERN:  Object to the form.

A.    Well, as -- as I previously mentioned, it would be a 5.6 percent increase, given your assumptions, yes.  Now, the herd retirements were not -- were not constant during that period.  The -- the effects of removal would be more pronounced in the later -- latter half of the period than the first half.  So it's not as if you're going to raise that red line by -- by 5.5 percent for the entire period.  It's going to -- going to -- with and without the C -- CWT program, it's going to rise a little higher after 2007 or '8.

So yeah, I -- I agree with your assessment.  I'm just quibbling about the details, I guess.

Q.    (By Mr. Waldin)  But that would imply a large rate of growth in the number of cows during the CWT herd retirement program; correct?

MR. AHERN:  Object to the form.

A.    If 5.5, 6 percent -- if 5.6 percent is -- 5.5 or 5.6 percent is a large -- a large increase, I agree with you.  I considered it a --

Page 99

Q.    (By Mr. Waldin)  Isn't the rate of growth --

A.    It's a significant increase, but not -- not a -- not a big one.

Q.    Isn't the rate of growth approximately zero in this time period?

MR. AHERN:  Object to the form.

A.    Well, starting at 2003 and going to -- to 2010 or '11, there's a slight increase.  It's hard to tell because of the scale here.  But there's a slight increase, but it's, you know, fairly flat.  But doing a uni -- univariate analysis here, I understand that.

Q.    (By Mr. Waldin)  You can set that one aside.

So in paragraph 75 of your report, you say that the 30 percent of an individual commercial dairy herd that is culled each year (assuming the culling rate is equal to the national average) is replaced by calves from the same herd.  Naturally, if the entire herd is retired, that is not possible.  Correct?

A.    Yes.

Q.    And you add a footnote that mentions that

Page 100

the CWT program added a bred -- bred heifer option; correct?

A.    Yes.

Q.    Do you know when the bred heifer option was added?

A.    No, I don't remember.

Q.    Okay.  Well --

A.    Maybe two -- later in the period, I suppose.

Q.    Do you recall that the vast majority of farmers retained their calves, heifers, and springers throughout the program?

MR. AHERN:  Object to the form.

A.    I know that calves were not part of the CWT program.  That, I know.  I also know that exports of cattle were not permitted under CWT.  The springing -- springing heifers, it's a detail that escapes me.  But if you -- you want me to -- if you want to propose that as -- as a fact, I would be happy to talk about the consequences.

Q.    (By Mr. Waldin)  If I told you the bred heifer option retired less than 5,000 cows during the whole of the CWT program, would that change your report in paragraph 75 that the entire herd is

Page 101

retired?

A.   Well, I think in the -- in the context of these paragraphs, we were referring to the milking -- milking herd that the dairy -- the -- you know, milk producing herd that -- not springing heifers.  So I -- that would have been a -- that would have been a -- a useful matter of precision to insert the adjective milking herd, but we didn't do so.  But I -- I accept your -- accept your point that it -- there's the 5,000 -- 5,000, you said, people -- 5,000 cows?

Q.   5,000 bred heifers were retired --

A.   Bred heifers were retired.  I -- I don't recall that detail.

Q.   Yes.

A.   And of course it -- it isn't part of our model anyway, so I don't see the relevance.  But...

Q.   Are you saying that bred heifers are not included in the 500,000 cows that you counted as part of your model?

A.   Well, obviously Footnote 216 said that that was an option.  So some -- obviously some farmers had the option to include bred heifers, others did not.  I don't know when that became the

Page 102

policy.  And I mean, I can't -- I can't say -- I

don't see how it would affect the modeling that we

did, so I'm puzzled by this --

Q.    So --

A.    -- line of inquiry.

Q.    -- then you agree that 30 percent of an

individual commercial dairy herd is culled each year

on average; so by retiring those cows through the

herd retirement program, 30 percent of them would

have been retired anyway, on average; correct?

MR. AHERN:  Object to the form.

A.    I can't say that it would stay at

30 percent.  Many things were happening in the -- in

the industry.  Perhaps, for example, if farmers were

skeptical as a group of the effectiveness of the CWT

herd retirement program having any impact at all,

they might have continued their culling -- historic

culling practices and not been affected.

On the other hand, at some point, the

members were given information.  And many of them,

I'm sure, were convinced that the CWT program was

working and, therefore, prices in the future would

be higher than they had originally anticipated some

previous year, so they would change their culling

Page 103

practices at that point.

So I -- I can't say that it's gonna stay at 30 percent throughout the period.  It -- it depends.  I haven't used that word before, but economists have to say it once in a while.  It depends on so many other factors affecting this market, including anticipation concerning the effectiveness of the program on the part of the farmer members of the co-op.

Q.   Okay.  Thank you for that, but I -- I'd like to ask you about the but-for world in which there is no herd retirement program.  Would these cows have been culled anyway, the 30 percent that are normally culled in the absence of the program?

A.   It would --

MR. AHERN:  Object to the form.

A.   It would probably be pretty close to that figure during -- during the period we're talking about, 2003 to 2010, I believe.

Q.   (By Mr. Waldin)  Okay.  Thank you.

A.   Yes.

Q.   I'd like you to turn to Table 19 of your rebuttal report.  That's page 67.  So the first two rows in your report here show an implied price

Page 104

increase from the herd retirement program without

any supply response; correct?

A.    Can you rephrase that question?

Q.    Sure.  So the first two rows --

A.    First two rows.

Q.    -- CWT HRP reduced supply by .69 percent

and CWT, on the left-hand column, CWT HRP reduced

supply by .48 percent.  I guess 30 percent of the

cows would be culled anyway.  Both of those rows

show an implied price increase, the last column on

the right, with no corresponding supply response,

the column immediately to the left of that.

A.    Yes.

Q.    Correct?

A.    Yes.  That was our intention, to

illustrate the sensitivity -- pardon me -- it was

intended to -- the whole table is intended to

illustrate the sensitivity of various assumptions on

the effectiveness of the CWT HRP with various

assumptions, yes.

Q.    Okay.  And those implied price increases

would be the immediate effect of the reduction in

supply caused by the assumed amounts in the

left-hand column; correct?

Page 105

A.    Yes.  The demand elasticities shown there are illustrative, but seem to be in the range of plausibility for short-run demand response minus -- minus 0.2.

Q.    All right.  So if the natural herd were reduced by .69 percent at one point in time, assuming there is no contemporaneous --

            (Court reporter clarification.)

Q.    (By Mr. Waldin)  So if the natural herd were reduced by .69 percent at one point in time, assuming there is no contemporaneous supply effects, the expected effect on price in your Table 19 is 3.5 percent; correct?

A.    Correct.

Q.    And if there were a contemporaneous supply effect of .07 to .16, being the supply elasticity, then the price effect would be somewhere between 1.9 percent and 2.6 percent; correct?

A.    Are we down on the bottom row now?

Q.    Correct.

A.    Okay.

Q.    Are those numbers accurate?

A.    Accurate to the best of my ability, yes.

Q.    So if the supply elasticity was 1.0 over

Page 106

a one-year time horizon, then the effect of changes
in price of 1.9 percent to 3.5 percent would mean
that supplies would grow by 1.9 percent to
3.5 percent over the course of one year; correct?

MR. AHERN:  Object to the form.

A.    I really need a calculator by my side to
make sure that your figures are correct.

Q.    (By Mr. Waldin)  A supply elasticity of
1.0 is referred to in economics as unit elastic;
correct?

A.    Yes.

Q.    And that means that the change in price
in that scenario is equal to the change in supply?

A.    The percentage change.

Q.    Percentage change.

A.    Yes.

Q.    So when did --

A.    Percentage change is -- divided by the
percentage change is -- is exactly the same, yes.

Q.    So if we assume that the supply
elasticity is 1.0 over a one-year time horizon, that
is, it's unit elastic, the effect on supplies over
that time horizon are equal to the effect on prices
over that time horizon; correct?

A.    The percentage --

Q.    Right.

A.    The percentages are the same, yes.

Q.    Okay.  Now, 3.5 percent is greater than 0.69 percent; correct?

A.    Yes.

Q.    And 1.9 percent is also greater than .69 percent -- 0.69 percent?

A.    Yes.

Q.    So the supply response to higher prices would be greater than the amount by which supply is reduced in the first place, assuming unit elastic supply; correct?

A.    Yes, assuming unit elastic supply, which as far as I know, it would be on the very high side for even long-run -- long-run supply response, but --

Q.    So --

A.    Yeah, go ahead.

Q.    -- assuming that this growth in supply would push prices back down even lower than they were before, all else being equal, ceteris paribus; correct?

MR. AHERN:  Object to the form.

Page 108

A.    Repeat the question, please.

Q.    (By Mr. Waldin)  Under this assumption that supply decreases by .6 -- 0.69 percent, and then correspondingly prices rise by 1.9 to 3.5 percent, and then supplies grow in response to those price increases, the resulting price would be even lower than it was before the supply shock; correct?  All else being equal.

MR. AHERN:  Object to the form.

You're still doing the 1.0 supply elasticity? That's built into the assumption?

A.    May I ask which supply elasticity you are using for that calculation?

Q.    (By Mr. Waldin)  1.0, unit elastics.

A.    Honestly, I think I need to write this down on a piece of paper and have a calculator on my side to be absolutely sure of what you're asking.

Q.    Okay.

A.    It's -- there are several steps involved in that.  And I have no reason to believe that -- that you're fudging the numbers or, you know, misrepresenting them in any way.  It's just that when I do a calculation of that type, that's what I usually do.  I write it all down with the deltas

Page 109

and, you know, cancel --

Q.    Okay.

A.    -- cancel out the units, and that's the way I do it.  Because I don't do these things in my head normally.

Q.    All right.  We'll get you a calculator and a piece of paper and you can go ahead and do that.

A.    Okay.  Give me the elasticity assumptions, please, for elasticity of supply.

Q.    Elasticity of supply is unit elastic, 1.0.

A.    Positive, I assume?

Q.    Positive.

A.    Yes.

Q.    And if I in -- and if I decrease supply by 0.69 percent with a demand elasticity of minus .2, I get 3.5 percent implied contemporaneous price effect; correct?  This one's in your table, Table 19, the first row.

A.    Okay.  Yes.

Q.    3.5 percent?

A.    3.5, right.

Q.    So if I then take that 3.5 percent

Page 110

implied price increase and I assume that my supply
response over a one-year period is unit elastic, I
arrive at a 3.5 percent increase in supply; correct?

A.   Under the assumption of unit -- unit
elastic -- unit --

Q.   Exactly.

A.   -- supply elasticity, yes.

Q.   And with a 3.5 percent increase in
supply, I now have more supply than I had before my
initial 0.69 percent reduction; correct?

A.   Okay.

Q.   And that would result in prices that are
lower than they were before the supply shock;
correct?

MR. AHERN:  Object to the form.

A.   Yes, they would be lower.

Q.   (By Mr. Waldin)  All right.  In fact, if
the supply elasticity is any number that is greater
than .2, then the supply response will be equal to
or greater than the initial amount by which the
supply decreased; correct?

MR. AHERN:  Object to the form.

A.   And how does this -- where is this
included in my Table 19?

Q.    (By Mr. Waldin)  It's not in your Table 19.  It is a matter of mathematics.

A.    It's a hypothetical -- hypothetical question?

Q.    It's a mathematical question.

A.    Your premise is if the elasticity is greater than positive .2?

Q.    Correct.  It's actually .21.

A.    Uh-huh.

Q.    Because the response in supply -- sorry -- the response in prices reduces the initial supply, which requires the supply response in the subsequent period to be larger, but by a very small amount.  So I'll repeat my question.

If the supply elasticity is any number greater than actually .21, then the supply response will be equal to or greater than the initial amount by which the supply decreased; correct?

MR. AHERN:  What's the time period?

MR. WALDIN:  It doesn't matter.

A.    Okay.  .21.

THE WITNESS:  Whoops, I must have touched it.  Sorry.  How do you get that back?

Hmm.  Let me try clearing it.  This is

producing Euros and dollars at the top. I don't -- I don't understand. It should be a --

MR. MILLER: The dollars are just the real number.

THE WITNESS: It should be a pure number. Huh?

MR. MILLER: Yeah, the dollars is the number. It's -- I do a lot of work in Euros, so it's just doing an automatic conversion.

THE WITNESS: Okay.

A. I'm getting 16. That can't be right. Oh, boy. Well, I -- I mean, it is -- it is correct, the higher your elasticity of supply goes, the more likely there is to be a negative -- negative effect, yes. I can't reproduce the .21-number that you -- I'm just going to have to think about it.

Q. (By Mr. Waldin) We'll let you think about it.

A. Yeah.

Q. So in your report, you state that you reviewed academic literature on supply elasticity and reported it, but the supply of dairy milk is quite unresponsive to price, i.e., inelastic in the short run, although supply elasticity of milk varies depending on the time period considered, i.e., short

run versus long run.  And you cite to your initial

report at paragraph 18; correct?

    MR. AHERN:  And you're referring to where in

his rebuttal report?

    A.    Okay.  I think the source we used is in

Footnote 230.  Am I correct?  Jean-Paul Chavas and

Richard Klemme?

    Q.    (By Mr. Waldin)  No.  I'm referring to --

we'll have to tell you later where that is.

         But you did refer in your initial report,

paragraph 18, to supply elasticities; correct?

    A.    I'm -- I'm sure we did.

    Q.    Do you recall what you said about them?

    A.    They're close to zero in the case of

short-run supply and are somewhat larger positive

numbers greater than zero in the long run.  I forgot

what the figure was in -- .2, .5, somewhere in that

range I suspect.  I don't seem to recall, but I'd

have to go back and look.

    Q.    Okay.  Let me hand you a copy of your

report, initial report from December 18, 2017.  I

believe this has already been marked.

    A.    Oh, it's been marked?  Okay.

    Q.    It's not marked on that copy, but it was

Page 114

marked in your prior deposition.

MR. AHERN:  And it's No. 2, for sure.

MR. WALDIN:  No. 2.

Q.    (By Mr. Waldin)  So Exhibit 2.

A.    Yeah.

Q.    Can you go to paragraph 18, Exhibit 2.

A.    Okay.  Yes.

Q.    There is a sentence there that says:  The supply elasticity of milk varies between 0.22 and 2.53, depending on the time period considered (i.e., short-run elasticity versus long-run elasticity).  And this may have been what I quoted you before today, and I apologize if I'm quoting the wrong source.

A.    Yes, I see that sentence.  And as far as I know, I still agree with it.

Q.    Okay.  And in that -- immediately following that, there's a footnote citing to Balagtas and Kim:  Measuring the effects of generic dairy advertising in a multi-market equilibrium, date 2007 from the American Journal of Agricultural Economics; correct?

A.    Yes.

Q.    Okay.  And you cite to a particular

Page 115

paragraph in that paper.  And --

A.    No.  I don't recall -- no, I do not cite

to a particular paragraph, a particular page.

Q.    Page -- okay, particular page.

MR. WALDIN:  I'm going to have the

court reporter mark this as Exhibit 20, please.

(WHEREUPON, a certain document was

marked Exhibit 20, for

identification, as of

June 22, 2018.)

Q.    (By Mr. Waldin)  When you have it, if you

can turn to page 938, which is the page you cited,

I'm going to call your attention to a particular

paragraph on that page.  At the very bottom

right-hand corner, it says:  Estimates of the

elasticity of U.S. milk supply range between 0.22

and 2.53, depending on the relevant time horizon and

econometric specification (Chavas and Klemme 1986,

short-run elasticity of 0.22, long-run elasticity of

1.17.  Cox and Chavas 2001, 0.37; Helmberger and

Chen 1994, 0.583; Chen, Courtney, and Schmitz 1976,

2.53).  We use 1.0 as the value of the elasticity of

supply for milk over a one-year time horizon.

Is that what that says?

Page 116

A.     Yes, that's what it says.

MR. AHERN:  Object to the form.

A.     And by "we," they -- this means the authors, Balagtas and Kim, yes.  They adopted that number.

Q.     (By Mr. Waldin)  All right.  So this paper was published in the American Journal of Agricultural Economics; correct?

A.     Yes.

Q.     And its authors surveyed four studies of supply elasticity and then applied those studies to come up with a supply elasticity of 1.0 on a one-year time horizon; correct?

MR. AHERN:  Object to the form.

A.     Okay.  Well, it looks as though they cited four sources.  Knowing the author -- authors are careful researchers, I suspect that they picked four of many other possible studies of long-run and short-run elasticities.  They picked the four that they thought were -- represented the best of the academic literature.

So I'm sure that their survey was -- was more comprehensive than what is indicated here, but yes, that's a -- that's a correct summary.  They

Page 117

looked at four of the better studies and chose a

particular one for the purposes of -- of their study

which deals with generic dairy advertising.

Q.    (By Mr. Waldin)  And we've already said

this before, but a unit elastic supply, meaning

supply elasticity of one in one year, would mean

that a 1 percent increase in prices would result in

a 1 percent increase in supply within that 10-year

period; correct?

A.    That is correct.

Q.    In your rebuttal report, however, you're

no longer citing this 2007 Balagtas and Kim paper.

Instead, you've cited a 1986 paper from Chavas and

Klemme; correct?

A.    It's Chavas and Klemme.  They -- in fact,

yes, we footnoted.  That's -- that's what I tried to

point out to you previously.  We footnoted that

particular study because it was our assessment that

it was as good or better than the -- the

alternatives available.  And -- and it had a --

you know, it had a relatively high -- high range as

well.

So it is -- it's true.  I mean, we -- we

cite Balagtas and Kim, yes.  And they have four

Page 118

studies, but we ended up thinking that after looking

at the four, that the Chavas and Klemme piece was as

good as it gets.  And we used their numbers.  So

that was a judgment call, for sure; but you have --

you have to have some numbers to illustrate with.

Q.    And you chose to illustrate with the

Balagtas numbers in your initial report, but the

Chavas and Klemme numbers in your rebuttal report;

correct?

A.    We chose to indicate the -- one of the

sources used by Balagtas and Kim that we thought was

most appropriate for our particular purposes.

Q.    So that source was considered by Balagtas

and Kim in addition to three other sources; correct?

MR. AHERN:  Object to the form.

A.    Yes.  And Chavas and Klemme indicate a

long-run elasticity of 1.17, so that's pretty close

to 1.  And -- yeah, so...

Q.    (By Mr. Waldin)  Okay.  And the Chavas

and Klemme paper is also more than 30 years old;

correct?

A.    It is.

Q.    And that paper also uses data that are

even older; correct?

Page 119

MR. AHERN:  Object to the form.

A.    It's impossible to use future data in research.  Yes, you're correct.

Q.    (By Mr. Waldin)  Do you recall when the data they used is from?

A.    No.

Q.    Would it surprise you if I said it was from 1960 to 1982?

A.    It would not surprise me.  That seems reasonable.

Q.    Have the dairy markets changed much since 1960?

MR. AHERN:  Object to the form.

A.    The dairy industry is a very old industry.  It goes back many, many decades.  Some things have changed and some haven't.  I -- I don't know which particular characteristics of the industry you're talking about.

Q.    (By Mr. Waldin)  Balagtas and Kim is a much more recent paper though; correct?

A.    It is.

Q.    You didn't conduct any analysis of your own on the supply elasticity of raw milk; correct?

A.    No.  We adopted what we considered to be

Page 120

high quality research results for an illustration --
for illustrative purposes in our paper.

Q.    Balagtas and Kim summarize the Chavas and
Klemme paper as showing a short-run supply
elasticity of 0.22; correct?

A.    That is correct.

Q.    And when you cite that paper, you come
away with a short-run supply elasticity from 0.07 to
0.16; correct?  Page 67.

A.    Page 67.  Page 67.

Q.    Page 67 of your report.  It's actually
within Table 19.

A.    Oh, I'm sorry.  I was looking at the
wrong one.  Short-run elasticity from academic
literature, point -- yes.  We -- we cite a range
from .07 to .16.

Q.    Is there a reason why you came up with
lower numbers than Balagtas and Kim?

MR. AHERN:  Object to the form.

A.    I'm -- that was a decision, you know,
made some time ago.  I -- I note that in Table 1 of
Balagtas and Kim, they have recalculated the price
elasticities for fluid milk using their own more
recent data.  And they have a -- an elasticity of

Page 121

fluid milk with respect to the demand for fluid milk

of minus .2 -- oh, that's demand elasticity.  Sorry.

I thought we were dealing with that.  We're dealing

with supply elasticity here.

Q.    (By Mr. Waldin)  Correct.

A.    Okay.  I don't -- I don't -- I don't -- I

really don't remember why we chose .07 to .16.  I

suspect that we cited -- we looked at and -- and

adopted figures from some other more recent research

which may be in different footnotes in this -- in

this report or in -- they may be in the merits

report, in footnotes in the merits report.  I really

don't remember where that came from.

The -- I mean the .16 figure is probably

not statistically speaking significantly different

from point -- .22, so it's within the range.  Even

it's within the range of the -- of the Chavas and --

Chavas and Klemme report.  And I don't -- I just

don't remember.  It was probably taken from a larger

group of studies not reflected in Footnote 227.

That is a flaw in my report.  I'm sorry to report

that some -- we overlooked some additional

references here.

Q.    Okay.  You didn't cite any reason in your

Page 122

rebuttal report to conclude that the Balagtas and

Kim paper that you had previously cited was not

reliable, did you?

A.    No.

MR. AHERN:  Object to the form.

A.    No.  I -- I -- I consider it to be

reliable for its purpose.

Q.    (By Mr. Waldin)  All right.  I'd like you

to turn back to Table 19, which you were just

looking at.

A.    Uh-huh.

Q.    So you conclude from the values in that

table that a small supply reduction is entirely

consistent with the price effect I estimate for the

Southeast; correct?

A.    Yes.

Q.    That's on page 68.

The values in the table are implied price

increases from anywhere between 1.9 percent to

3.5 percent; is that correct?

A.    Sorry.  Where are we on page 68?

Q.    Just the portion I quoted -- I told you

and you agreed with is on page 68, but I'm going

back to Table 19.

Page 123

So the value -- the values in the right-hand column are 1.9 percent on the low end and 3.5 percent on the high; correct?

A.    Correct.

Q.    And we earlier said that they're the implied price effects from -- sorry.  Scratch that question.

Do you know what the average over-order premium for Class I milk in your data set was for the Southeast during this time period?

A.    Well, the average for most of the period is around $3 per hundredweight.

Q.    Do you know what 1.9 percent of $3 is?

A.    About 6 cents.

Q.    And 3.5 percent of $3?

A.    About 9 cents?

Q.    It's -- it's a bit more than 10 cents, I believe.

A.    10?  Yeah, 10.  All right.

Q.    Your average overcharge for Class I milk is 58 cents?

A.    That's correct.

Q.    Which is six to eight times higher than the implied price impacts that you report in

Page 124

Table 9; correct -- 19; correct?

A.    Yes.  Our -- our final estimate or the most -- what we consider to be our best model estimate runs -- runs to about 58 cents per hundredweight, which is I guess around one-sixth of the over-order premiums in the Southeast.

By the way, let me check.  Is this for nationally or is this for the Southeast, this table? May -- may I check that, please?  Let's see.

Q.    I -- I think we're at a point where we can take a break.

MR. AHERN:  Well, let him finish his answer.

MR. WALDIN:  There's no question pending.

MR. AHERN:  Well, I think that he hasn't finished his answer.

A.    Fluid milk as an example...

It doesn't quite say, but I assume -- I assume it is.  It is referring to the Southeast rather than nationwide.  Okay.  So, yes, our best estimate is that the overcharge is in the order of 16 percent or so of the average OOP over the entire collusive period.

MR. WALDIN:  Okay.  Would you like to break for lunch?  Or we can keep going if you want.

Page 125

MR. AHERN:  Might as well break for lunch.

THE WITNESS:  I'd like a break pretty soon, yeah.

MR. WALDIN:  Sure.

THE VIDEOGRAPHER:  It is 12:43 P.M.  We go off the record.

(A recess was had from 12:43 p.m. to 1:33 p.m.)

THE VIDEOGRAPHER:  It is the beginning of Tape No. 4 of the testimony of Dr. Connor.  It is 1:33 P.M.  We are back on the record.

Q.    (By Mr. Waldin)  Dr. Connor?

A.    Yes.

Q.    Can I ask you to please turn to Table 15 in your December 18th report, your initial report. It's on page 58.  What's previously been marked as Exhibit 2.

A.    Yes.

Q.    The first row with values in Table 15 is the statistical results for the cows removed variable in the first year; correct?

A.    Oh, sorry.  I've got the wrong table. Which one?

Q.    Table 15 on page 58.

Page 126

MR. AHERN:  This is of the initial report?

MR. WALDIN:  Of the initial report, uh-huh.

MR. AHERN:  Okay.  So I'm going to object as beyond the scope.

A.    Yes.  Please go ahead.

Q.    (By Mr. Waldin)  The first row is the -- labeled cows removed (thousands), within current year.  And then there's four values.  One for Class I, one for Class II, one for Class III, and one for Class IV.  Those are the coefficients estimated for the cows-removed variable in the first year; correct?

A.    Right.  The effective cows removed on the dependent variable, which is over-order premiums, right.

Q.    Okay.  And that result for Class I milk is negative and not statistically different from zero; correct?

A.    For the current year, yes.

Q.    And that result for Class III milk is also negative and not statistically different from zero for the current year; correct?

A.    Well, I mean, statistically speaking, it's zero.  The negative side has no -- no -- no

interpretation.

Q.    The coefficient estimate is negative; correct?

A.    It has a negative sign.  But because of its significance level being so low, it is to be interpreted as identical with zero.

Q.    And for Class IV milk, that coefficient estimate is also zero but not statistically different from zero; correct?

A.    Correct.

Q.    So for three of the four classes of milk, your model finds no statistically significant effects of the herd retirement program within the first year; correct?

A.    Yes.

Q.    And in fact, the Class III and Class IV models find no statistically significant effect for the current year and for the one-year lag; correct?

A.    That is also correct.  As we would expect with more processed commodities, the effects would be delayed because of the storability of those products.  So Class III and Class IV results being weaker in the first -- weaker or -- in fact, zero in the first couple of years makes sense given the

Page 128

nature of the -- of the distinction between

Class III and IV and the more fluid perishable

products that are in Classes I and II.

Q.    These estimates, though, are estimates of

the effect on prices for raw milk used to make

storable products; correct?  Not the storable

products themselves?

A.    That is correct.

Q.    So the milk that's used to make Class III

products is still perishable; correct?

A.    True.

Q.    And the same for Class IV; correct?

A.    Yes.

Q.    Are these results consistent with the

short-run supply response to the program?

MR. AHERN:  Object to the form.

A.    Yes.

Q.    Yet despite no effect on the OOPs in the

first year after the herd retirement, your model

finds positive and statistically significant

overcharges on Class I --

(Court reporter clarification.)

Q.    (By Mr. Waldin)  Despite no effect of the

program on the OOPs in the first year after herd

Page 129

retirement, your model finds positive and statistically significant overcharges on Class I milk in the second year following the herd retirement; correct?  That's the one-year lag?

A.    For all -- for all classes?  I'm sorry.  Or --

Q.    For Class I.

A.    Class I.  In the current year, there is no relationship to the over-order premiums of herd removals for Class I milk, that's correct.  They're positive and significant for all other years.

Q.    Ceteris paribus, or all else equal, you would expect that the herd retirements would have diminishing effect on prices as you become further removed from the herd retirements and the market is able to adjust; correct?

MR. AHERN:  Object to the form.

A.    Well, the biology of -- of milk production might suggest more of an up and down pattern because the -- the herd retirements that occurred in the current year might take -- it would -- might take two years to -- two or two-and-a-half years for the -- for those cows to be replaced and where their milk entered into, say,

Class I.

I'm -- I'm not sure that the numbers that you see listed here are significantly different from one another.  What we have tested here is whether the effects were zero or not zero.  The null hypothesis being that they were zero.  I'm not sure that .067 is significantly different from .4388.  I'm not even sure that .067 is significantly different from 0.16, which is the third number in that column.

What I'm saying is that a -- whether those numbers start high and go down, which would have been interesting, is in fact what we're observing here.  The -- these positive coefficients might well be essentially equal to one another.

Q.    (By Mr. Waldin)  But you're relying on the estimates of these values to calculate damages in this case, aren't you?

A.    Yes, of course I am.  But what I'm saying is that the pattern that you've suggested, that the coefficients should be highest in the current year or one-year lag and then decline over time, while that's an interesting possibility and perhaps -- you know, perhaps it's true, but these

Page 131

coefficient -- but what you're suggesting is that in -- in statistical terms, you're suggesting that .67 is much higher than or significantly different from point -- 0.43 or 0.41.  It may or may not be. I haven't done that test.

The test for -- there's a different test used for differences of significance between estimated coefficients than there is this test. This test represents the difference between that number and zero.  Okay?  So I -- I don't know if it's declining or not.  I can't tell from those numbers.  And -- and you can't either.

MR. WALDIN:  I'd like the court reporter to mark the next exhibit.  Is it 20 or 21?  It's 21.

(WHEREUPON, a certain document was marked Exhibit 21, for identification, as of June 22, 2018.)

Q.    (By Mr. Waldin)  These are the results from your regression for each of the classes of milk.  But on page 1 from your backup, on page 1, I believe this is Class I; correct?

A.    Data -- regression...

I'm pretty sure -- I'm pretty sure it is,

Page 132

yes.  Let me look.  Right.  This is -- this is

definitely Class I, yes.

Q.    Okay.

A.    Results, yeah.

Q.    So if you look at the l1 cows retired

variable, you see the same coefficient there.

It's .0673169; correct?

A.    Yes.

Q.    And you also see a 95 percent confidence

interval, suggesting that the true value of that

estimate falls somewhere between .0588 and .075766.

A.    Uh-huh.

Q.    Correct?

A.    Yes.

Q.    Okay.  And for the l2 cows retired

variable, you see the same confidence interval; but

instead, the range is from .0083682 to .02457;

correct?

A.    Yes.

Q.    And for the l3 cows retired variable, the

values are between .0344 and some numbers and .0533

and some further digits.  Does this allow you to

answer the question as to whether these are

statistically different -- significantly different

from each other?

A.   Excuse me.

MR. AHERN:  Object to the form.  Beyond the scope.

A.   Well, at a 95-degree of confidence, which is a rather high one; other people might argue that 90 percent or 80 -- 85 percent or -- is equally good, in which case the confidence interval was -- would widen, but at a 95 percent confidence level, yes, I don't see a lot of overlap in the confidence bands for the four or five cows retired variables that are included.

Perhaps the variable in the -- in the printout called 13 cows retired and 14 cows retired does overlap.  And that's the one that -- that they could be -- they could be equal.  The others are -- are significantly different.

So yes, I mean, it's -- it's a hint about -- a hint at least without doing a formal analysis of the significance in the values of the betas, that is, the estimated coefficients, then this is a hint that they are not likely to be overlapping figures, overlapping numbers.  Not the same in size, in other words.

Page 134

Q.    (By Mr. Waldin)  Did you perform any
analysis to understand why this pattern of
overcharged estimates occurs in your model?

MR. AHERN:  Object to the form.

A.    The variation in these estimates occurs
because of many underlying factors that are changing
from month to month or year to year, region to
region.

No.  We did not go into an analysis of
why some of the coefficients of the cows removed
variables were higher and some were lower.  For
statistical reasons, for the reasons of estimating
damages, we thought it sufficient simply to note
that most or -- most of the variables, all in the
case of Class II, but most of the variables were
significantly positive.  Some were zero.

And we took -- we took comfort in the
fact that none were significantly negative, which
would be -- which it has to be interpreted as
over-order premiums being sensitive to -- caused by
perhaps cows removed, with lags.

Q.    (By Mr. Waldin)  It's not logically
consistent to say that there's no effect in the
first year, but there are then subsequent effects in

Page 135

each lag year, is it?

MR. AHERN:  Object to the form.

A.    If you'll explain what illogicality is involved, I would be happy to react to it.

Q.    (By Mr. Waldin)  If there is no effect on supply in the first year due to removal of cows, how can the nonexistence of an effect cause lagged changes in supply in subsequent years?

A.    Again, I don't -- I don't see you providing me with the logic.  You're simply asking the question again.

Q.    If --

A.    'Cause your first question was isn't it illogical for this to appear.  And I'd like to know what kind of logic you consider to be odd here.

Q.    Sure.  So if you remove a cow in time zero and that cow is then subsequently replaced through some sort of supply response, how then can that -- the -- that removal of the cow have any effect going forward?

MR. AHERN:  Object to the form.  Assumes facts not in evidence.

A.    The numbers are what they are.  I mean, I'm -- I'm -- I have no reason to lose sleep over

the fact that they rise in some years and fall in other years.  The -- these results are strong and credible as a -- as evidence that the herd retirement program caused the over-order premiums to rise in some cases with lags only, not in the current year.

Now, this represents a kind of average response over many different time periods, many months.  But I -- I -- I don't see how these results diminish the importance of the central finding, which is that cow removals, either current or lagged, had a positive impact on over-order premiums.

I would have been happy with just one -- one of those five variables being significant if all the others remained zero or insignificantly different from zero.  Even one would be evidence. What we have here is an average of four out of five periods in which we have a positive effect.  I think that's damn good, and we might have -- we could easily have extended it to a five-year lag and increased damages even more if we'd wanted to, but we decided not to.

So these are conservative results.  They

Page 137

showed what we expected.  They confirmed the

alternative hypothesis of a positive effect.  And I

see nothing wrong to -- nothing in here to cast

dispersions on the quality of the results.

Q.    (By Mr. Waldin)  The logic of including

lagged variables is that the removal of a cow also

affects its progeny, its -- the calves that it

produces; correct?

A.    Correct.

Q.    And if I remove a cow today but replace

it with a cow that otherwise would have been culled,

that cow that is the replacement continues to have

calves; correct?

A.    Yes.

Q.    So your model uses as its input

over-order prices from a spreadsheet produced by the

Defendant DFA; correct?

A.    Yes.

MR. AHERN:  Object to the form.  Beyond the

scope.

Q.    (By Mr. Waldin)  You didn't use any data

from SMI in your model; correct?

MR. AHERN:  Same objection.

A.    We could not use the data from SMI.  We

Page 138

looked at it, but it was not suitable.

Q.    (By Mr. Waldin)  You stated in your
report that it would be inappropriate to include the
SMI data; is that right?

A.    That is correct.

Q.    Do you know how much of the products that
Winn-Dixie is claiming damages on were purchased
from SMI?

A.    I don't recall that number.

Q.    Would it surprise you if it was more than
75 percent of all products purchased for -- from
SMI?

A.    That's a bit higher than I remembered,
but if you say it's true, I will accept it as truth.

Q.    You wouldn't be surprised if it was a
large percentage, right, regardless of what the
actual number is?

A.    I remember that it was large, but I
didn't remember it was as large as 75 percent.

Q.    So is it your opinion that it's
inappropriate to consider information on over-order
premiums that come from SMI documents even though
its sales underlie the bulk of Winn-Dixie's damages?

MR. AHERN:  Object to the form.

Page 139

A.    My --

Q.    (By Mr. Waldin)  Is it your opinion that it's inappropriate to consider information on over-order premiums that comes from SMI documents even though sales from SMI account for the bulk of Winn-Dixie's damages?

MR. AHERN:  Object to the form.  Beyond the scope.

MR. WALDIN:  This is directly from the rebuttal report.

A.    No.  It is, of course, not inappropriate to consider the possibility of -- of employing whatever information is available.  SMI's information does not go back far enough to provide a benchmark period.  And without a benchmark period, we have no -- we have no but-for world in order to compare to the -- to the CWT collusive period.  It's as simple as that.  We did consider it, we looked at it.  It cannot -- it cannot be used in place of DFA data or as a substitute for it, in our professional judgment.

Q.    (By Mr. Waldin)  In order to arrive at the over-order prices that enter into your model, you subtract all available credits; isn't that

Page 140

right?

A.    Yeah, four, five, credits, right.

Q.    Okay.  Is it your understanding that every customer of DFA received all of those available credits?

A.    We understood that these were reported transaction billings, they were based on billings, and we had -- we had no reason based on any additional fact admissions by fact witnesses that these data didn't represent actual transactions, including the premiums.

Now, I don't -- I don't recall anything in the record saying that some customers or some large portion of customers refused to take the -- the credits that were offered to them, or whatever your formulation was, I've forgotten now.  It certainly would seem irrational for a member of a the dairy farmer who's a member of the co-op to turn down free money, money on the table.  It doesn't happen very often in the real world.

I know we -- we economists are often accused of being blindly adhering to the -- to concepts of rationality, but that -- that's -- doesn't seem like reasonable business behavior by

Page 141

anyone's standard.

So we -- we com -- we looked -- we -- we used the data assuming it was truthfully reported and represented actual transactions and billings made to members.

Q.   Do you recall one of the credits being a Uniform Receiving Credit?

A.   That sounds -- that sounds correct, yes.

Q.   And you can't think of any reason why a customer would choose not to receive uniformly and forgo that credit, is that what you're saying?

MR. AHERN:  Object to the form.

A.   Explain to me a little bit further what those terms mean.  That's a term of art that I -- I read, but I'm not sure I remember it.  I remember many of the other credits, like weekend -- you know, weekend pickup forgone and large customer credits, et cetera, but I don't remember exactly what that means.  Could you translate it for me?

Q.   Sure.  A Uniform Receiving Credit, as I understand it, is one that you would receive for receiving an equal amount of milk over the course of a period of time.  And you receive the full credit only if you receive your milk on a uniform basis

Page 142

over that period.

Is it your understanding that there is no economically rational reason why a customer would choose not to receive its milk uniformly over a period of time?

MR. AHERN:  He said farmer.

A.    I said farmer.  And you're switching it now to customers, meaning processors.  And in that context, no, you're quite right, that it would be rational for -- for a -- for a particular customer who had excess capacity -- otherwise, it wouldn't be rational.  But if they had some excess capacity and they did not want, for whatever reason, to produce at full flat 100 percent of output or whatever their preferred output level was all the time, I can understand why they might turn down that particular -- particular credit, yes, on the -- on the buyer's side.

Q.    (By Mr. Waldin)  And the credits that you're studying in your model are credits that apply to the purchasers of milk, the processors; correct?

A.    Yes.  Thank you for reminding me of that, yes.

Q.    If there -- if you had information about

Page 143

additional available credits that were available to

buyers of raw milk, would you also net those credits

out from your premiums?

MR. AHERN:  Object to the form.  Assumes facts

not in evidence.

THE WITNESS:  Would you please repeat the

question?

Q.   If there were other available credits

that were not known to you and you found out about

them, would you also net those credits out from the

study of over-order premiums?

MR. AHERN:  Same objections.

What -- what are you referring to?  What kind

of credits?

A.   I guess to be consistent, I mean,

we're -- we're -- we were trying to use the most

precise measure of over-order premiums possible, and

it seemed reasonable for us to subtract those

premiums so that we had a net -- a net over-order

premium.  I guess it would depend on the type of --

of -- of -- sorry.  You said -- I said premium.  I

meant credit.  I guess it would depend on the type

of credit and -- and what the pattern looked like

over time before we introduced it as a subtraction

Page 144

for the OOPs.

I -- your -- your question's a bit overbroad and -- and -- I think -- and mysterious.

Q.    (By Mr. Waldin)  If a customer chose not to receive rBST-free milk and received a credit because they did not receive rBST-free milk of, say, for example, 90 cents, would you net that out from their over-order premiums?

MR. AHERN:  Object to the form.  Assumes facts not in evidence.

A.    Yeah, I don't know.  That's -- that's a dif -- that would be a difficult modeling decision, I think, as to whether it would be more appropriate to net it -- net it out from the over-order premium or to include it as an explanatory -- explanatory variable in the model.  It -- that's a -- that's a kind of decision that would be very hard for me to make given the slimness of the information you've suggested in this hypothetical question.

Q.    (By Mr. Waldin)  But if it's a customer choice whether or not to receive rBST-free milk, is it appropriate, then, to net out the premium from the over-order premium calculation?

MR. AHERN:  Object to the form.  Assumes facts

Page 145

not in evidence.  Asked and answered.

A.    Well, I think I've -- I've suggested either in my initial merits report or in my rebuttal that the -- this particular rBST-free discounting or crediting might have been of a different nature from some of the other four credits that we've discussed previously.  The other four credits seem to me justified by -- by competition, a competitive model, so to speak.  Whether the rBST-free credit was in the same category of cost reducing reward for the customers is -- is really a different matter.

The -- the fact is that in the Southeast region, at the beginning of the period we examined, say around 2000 or -- or so, 80 percent of the milk was already being sold as rBST-free.  And that trend trended downward fairly smoothly toward the end of the period when it achieved something like 90 percent or 95 percent rBST-free.

And so the -- the question arises as to why you would need an incentive in -- late in the period, like 2007, 2008 is what I sort of recall this -- this number coming -- this 90-cent figure coming up.  I -- I -- I mean, first of all, you had a downward trend already -- already occurring.  It

Page 146

was already a very high proportion.  What additional reason would this particular type of -- of credit be?

Ninety cents, nice -- nice big, round number to me is hard to justify.  I don't think that the -- it's hard for me to think that the costs of servicing accounts that accepted rBST-free versus those that didn't had such large production cost differences as to justify such a number.

So I don't know what that 90-cent figure was -- appearing very late in the collusive period was.  It could well be interpreted in -- in the same way as fuel charge -- fuel surcharges have been discovered in -- in other more recent cartels that we all know about, air cargo and others.

So maybe -- maybe it wasn't an appropriate reduction in -- in -- something that represents an appropriate reduction in costs for the -- for the customers.  Maybe it had a completely different collusive interpretation, in which case deducting it from the OOP would be an inappropriate process -- method in -- in our type of analysis.

Q.    (By Mr. Waldin)  So one of your criteria for selecting what to deduct from your model in

Page 147

terms of credits was whether or not that was

associated with a reduction in costs.  Is that the

criteria that you employed?

     A.    We employed -- first -- main reason we

employed it is that it appeared in the data and it

appeared to be part of a -- part of a billing

process, and the three or four credits that we were

most aware of, which by the way, you know, typically

were pretty small, 50 cents a hundredweight,

60 cents, 40 cents, depending on the time and

period.  But when you added up all of the credits,

they -- they -- they were relatively small.  Nothing

like the 90 cents that you mentioned earlier.

          And based on their -- on the verbal

description of what those credits were, it -- it

seemed to us reasonable to adjust the OOP for those

credits.  The data were available.  They were kept

on a -- on a -- at -- at significant cost by DFA.

They were reported to their board of managers.  We

know this from fact witnesses.  And so -- so it was

a decision-making tool.  These data on OOPs was a

decision-making tool used at the highest reaches of

the company and presumably by managers lower down as

well.

Page 148

So we accepted that -- that it was a reasonable -- a reasonable decision to remove these credits given their -- the description.  rBST, 90 cents imposed at a very late stage with -- you know, with -- just didn't seem to be in the same -- in the same category.

Q.    When you say "imposed," do you understand that this 90-cent premium was unavoidable, meaning that the customer could not opt to receive milk treated with rBST?

A.    Well, maybe I should've said offered, rather than imposed.

Q.    So if a customer were economically rational and the 90 cents did not represent the value of rBST-free milk to the customer and they can avoid that charge by taking non -- milk treated with rBST, why would they not do that?

MR. AHERN:  Object to the form.  Assumes facts not in evidence.

A.    I don't know.  I don't think there are enough facts in evidence that I'm aware of to make a decision on the appropriate modeling decision on that.

MR. WALDIN:  I ask the court reporter to mark

Page 149

as Exhibit 22, report of Dr. Ricchetti.

(WHEREUPON, a certain document was

marked Exhibit 22, for

identification, as of

June 22, 2018.)

Q.   (By Mr. Waldin)  I ask you to turn to paragraph 119, which is on page 66.  So we're in the middle of that paragraph.  It says:  The implementation of these premiums coincided with a shift to 100 percent rBST-free fluid milk purchases at major grocery store chains in the Southeast and elsewhere in the country.

A.   Excuse me.

Q.   Bless you.

Do you see that?

A.   Let's see.  We're in paragraph 119?

Q.   119.

A.   Yeah, okay.

Q.   Second-to-last sentence.  The implementation of these premiums coincided with a shift to 100 percent rBST-free fluid milk purchases at major grocery store chains in the Southeast and elsewhere in the country.  Correct?

A.   I see that, yes.

Page 150

Q.    And that's supported with the citation; correct?

MR. AHERN:  Object to the form.

A.    As far as I know, yes.  It doesn't say to what extent these chains were already receiving 98 percent or 92 percent in the year before this decision was made.

Q.    (By Mr. Waldin)  What is your understanding as to why grocery stores would demand 100 percent rBST-free fluid milk?

A.    They're in the business of pleasing their mostly household customers.

Q.    Have you ever seen a gallon of milk labeled 92 percent rBST-free?

A.    That's not what I meant and you know it. Can you ask that in a less risible fashion, please?

Q.    Is there a reason why a grocery store would want to have milk that it could label 100 percent rBST-free?

A.    Yes.  Just as there might be reasons why they would want to have milk available at -- perhaps at a different price, a lower price, that did not contain such a notification.

Q.    Okay.  Are you aware of any evidence that

contradicts Dr. Ricchetti's explanation for the reason behind the implementation of an rBST-free premium?

MR. AHERN:  Where -- are you referring to a particular part of his -- Ricchetti's report?

Q.   (By Mr. Waldin)  Let me ask it this way: Are you aware of any evidence that the implementation of the rBST-free premium was not associated with this shift to 100 percent rBST-free fluid milk by major grocery store chains in the Southeast and elsewhere in the country?

A.   I'm not aware of -- what -- would you repeat that phrase, please?

Q.   Evidence that the implementation of the rBST-free premium was not connected to this shift in demand for 100 percent rBST-free fluid milk?

A.   No.  I followed -- I followed the -- the rBST-free movement from its earliest years when only a few cheese producers had adopted rBST-free milk. In the late '70s, actually, I was looking at this issue.  And so, the changeover occurred from sometime in the '70s to nearly complete by the -- by the late -- by, say, 2010 or so.  And in every case that I know of, personally having followed this as

Page 152

a -- as an agricultural economist specialized in the food industries, retailers responding to express desires on the part of a small but vocal proportion of their -- of their customers who said, we won't buy milk unless it is rBST-free.

And while it may have only been 5 or 10 percent of their customer base even aware of the issue, the -- the retailers were sensitive enough to it to know that the handwriting was on the wall, they were going to have to do this eventually.  Many of them started planning, you know, in the early -- in the late '90s, early 2000s, and the rBST-free movement kind of started on the West Coast, then the East Coast, and it came latest -- last to where I live in Indianapolis.  So it was regional -- there was some regional variability.

My point is that that customer -- vocalization of customers' desires on -- for rBST-free were spotty at the beginning, often a very small minority, but as soon as it became significant enough, retailers started demanding rBST milk for virtually all of their products.  Certainly for fluid milk at the beginning and then later.

So yes, I mean, it happened over time,

Page 153

gradually, in geographically clustered, initially in
the northeast and far west and then more toward the
center of the country.  Southeast was one of the
last areas of the country to -- to convert over.  It
was always in response to a significant group of
consumers who insisted on having this type of milk
out of -- whether it was a rational fear or
irrational fear, it makes no difference; they had a
fear.

          So, yeah, it -- it was in response to --
to consumer desires.  And -- I mean, I don't
remember there being demonstrations in front of
stores or anything, but somehow retailers got the
word and -- and -- and they -- they decided to
satisfy their customer base and look like they were
green, organic, you know, on the forefront of -- of
social change, et cetera, et cetera.  Yeah, it was
good for them.  It was good image-building.
All right.  And they were willing to pay the extra
price --

     Q.    Sure.

     A.    -- because non -- non-free milk is
cheaper to produce.  My advice to them early on was,
have two kinds of milk on the shelf:  one cheaper

Page 154

and one more expensive; let people choose.  But they didn't follow my advice.

Q.    So I think this was kind of buried in your answer, but you would agree that this was representative of a shift in demand for rBST?

A.    Absolutely.

MR. AHERN:  Object to the form.  Mischaracterizes his testimony.  He said it was gradual.

A.    Well, it was a shift that occurred over a long -- yeah, it was a -- it was a shift that occurred over a long period of time.  But it was a shift, definitely.  If you compare --

Q.    (By Mr. Waldin)  Yes.

A.    -- the '70s -- the '70s with the 2010s, yeah, I mean, it was a -- a considerable change in -- in the qual -- quality of milk during that period everywhere in the U.S.

Q.    All right.  Does the shift in demand for rBST-free milk directly relate to the costs of producing rBST-free fluid milk?

MR. AHERN:  Object to the form.

Q.    (By Mr. Waldin)  Did stores shift their demand because of the costs?

Page 155

A.    No, they shifted in spite of the costs.

Q.    Is it your opinion that the rBST-free premiums were caused by the herd retirement program?

MR. AHERN:  Object to the form.

A.    I didn't see anything in the record.  I'm depending on, I must admit, Gallagher and Wilson's testimonies and -- and letters and -- letters and other communications, plus the CWT programs on, you know, meeting -- meetings and its press releases.  I mean, I don't see a connection.

Q.    (By Mr. Waldin)  Okay.

A.    I mean, they -- they just -- they just wanted the price to go up and found -- found this excellent and effective method of reducing supply as a way of causing the price of milk to go up for their members.

Q.    Okay.  Are you aware of -- you said this like change occurred over a long period of time.  Do you -- are you aware of any evidence that customers were paying rBST-free premiums prior to 2003 in the Southeast?

MR. AHERN:  Object to the form.

A.    No, not specifically in the Southeast, no.

Q.    (By Mr. Waldin)  You're familiar with the marketing agencies in common in the Southeast called DCMA and SDCA; correct?

A.    I am.

Q.    Okay.  You're aware that in February of 2008, DCMA and SDCA set the amount of the rBST-free premium that their members all agreed to charge within those geographic areas at 90 cents; correct?

MR. AHERN:  Object to the form.

A.    I'm -- I'm aware they started the program, yeah, pretty late in this -- in the collusive period, 2008.

Q.    (By Mr. Waldin)  Okay.  Are you aware of any evidence that any member of DCMA or SDCA broke its agreement with the Mack [phonetic] to charge a uniform rBST-free premium within the Southeast by negotiating lower rBST-free premiums with any customer?

MR. AHERN:  Object to the form.

A.    I don't recall seeing any of that in the -- in the facts in this case.

Q.    (By Mr. Waldin)  Are you -- if you could turn to Dr. Ricchetti's report, paragraph 121,

Page 157

please, Exhibit 22.

A.    Yes, I've read that paragraph.

Q.    So Dr. Ricchetti reports that fuel surcharges charged in this case were based on a formulaic schedule which is driven by diesel prices; correct?

MR. AHERN:  You're saying that that's what Dr. Ricchetti says; right?

MR. WALDIN:  Yes.

A.    Well, that's what Dr. Ricchetti says, and he cites SMI pricing announcements.  Pricing announcements are not always followed, in my experience, in markets.

Q.    (By Mr. Waldin)  Okay.

A.    So that may be a rather weak read for him to lean on.  But that's what he says, yes.

Q.    Are you aware of any evidence in the record that the price announcements sent by SMI were not followed, that they did not represent the actual prices paid?

A.    No, I'm not aware.

Q.    Do you have any evidence that fuel surcharges in the Southeast were sub -- were the subject of competitive negotiation?

Page 158

MR. AHERN:  Object to the form.

A.    No.  I have not done -- I've not seen any direct evidence on that.  I mean, the -- the OOPs in general were subject to negotiation, but whether -- whether these surcharges were or not, I -- I just don't recall -- I don't recall any one way or the other on it.

Q.    (By Mr. Waldin)  Are you aware that the fuel surcharge schedule was set before the HRP program began --

MR. AHERN:  Object to the form.

Q.    (By Mr. Waldin) -- for SMI?

A.    No.  I just -- I can't remember how -- how far back that -- that data series went.  I mean, I know that diesel prices we had covered the entire period from 2000 -- 2001 to 2013, or even beyond, 2015.  So -- so -- and -- and we -- I made the decision that diesel prices were -- were the best way of capturing the fluctuating costs of providing -- providing and distributing milk by the defendants.

There were al -- probably a couple of alternatives, but that seemed like -- seemed like the best one.  Rather than say all gasoline prices,

Page 159

diesel seemed to be -- seemed to be superior to

gasoline, for example.  We made -- we made a lot of

close choices in the modeling, I know, but I think

diesel fits the situation because most of the --

most of the trucks used for delivery, as far as I

know from the pictures I've seen of them, were

diesel operated, so diesel makes sense.

As for the fuel surcharges going way back

in history, I -- I -- I don't remember how far back

they went.

Q.    Are you offering the opinion that the

herd retirement program caused SMI to set the diesel

fuel surcharge schedule that it used?

MR. AHERN:  Object to the form.

A.    The diesel fuel surcharge, did you say?

Or diesel fuel -- schedule.  You said schedule.

Q.    (By Mr. Waldin)  The sched --

MR. WALDIN:  Let me mark -- have the

court reporter mark as Exhibit 23 this document.

(WHEREUPON, a certain document was

marked Exhibit 23, for

identification, as of

June 22, 2018.)

Q.    (By Mr. Waldin)  If you could please turn

Page 160

to the second page of that document labeled

SMI_001655.

     A.    Oh, yeah, I have looked at a lot of

these.  Okay.

     Q.    So on this page there is a section of the

announcement that's labeled "fuel cost surcharge,"

and it contains a table; correct?

     A.    Yes.

     Q.    And the table has two columns, one that

says diesel fuel price per gallon with some ranges,

and another column that says fuel cost surcharge per

CWT, which is hundredweight, with a series of

values; correct?

     A.    Yes.

     Q.    And so the fuel cost surcharges in the

right-hand column increased by 8 cents for every

25-cent move in the -- in the price of the gallon of

diesel fuel; correct?

     A.    That's -- that's right, approximately,

yes.

     Q.    Okay.

     A.    8, 16, 24, 32 -- yes.

     Q.    So hypothetically, if the diesel fuel

index were at $1.30 and it moved up 20 cents to

Page 161

$1.50, that would be reflected in the fuel surcharge

component of the OOPs by SMI as an 8-cent increase

in the over-order premium; correct?

A.    That's correct.

Q.    And if in the next month the diesel fuel

index hypothetically moved from $1.50 to $1.70, the

fuel surcharge component of the OOP would not move

at all because it did not change bands; correct?

A.    Correct.

Q.    And if in the next month the diesel fuel

price increased from $1.70 to $1.71, that would

result in an 8-cent move in the fuel surcharge

component of the over-orders premiums charged by

SMI; correct?

A.    That's correct.

Q.    Doesn't using the index value instead of

this schedule obscure the true relationship between

over-order premiums and diesel fuel prices?

MR. AHERN:  Object to the form.

Q.    (By Mr. Waldin)  The index value being

the diesel fuel index.

A.    All right.  So the diesel fuel price per

gallon and then the fuel cost surcharge per

hundredweight, which of these is what you're calling

Page 162

the index?

Q.   So your model has a variable in it that's just the -- an index of diesel fuel prices; correct?

A.   To the penny, yes.

Q.   Yes.  And those numbers are equivalent to the values in the left-hand column, approximately; correct?

A.   They fall within these, yes.

Q.   Okay.  And in each month that you observe in your model, the diesel fuel prices change as they do by the penny; correct?

A.   In most months, yes, we see pennies -- several pennies change per month, correct.  Whereas in the right-hand column here --

Q.   Yes.

A.   -- you're saying it's -- it's -- it's a jagged set of numbers.

Q.   Correct.  The -- the over-order premiums adjust in large steps?

A.   Yeah.

Q.   Correct?

A.   Yeah.

MR. AHERN:  Object to the form.

Q.   (By Mr. Waldin)  Doesn't using the diesel

Page 163

fuel index to the penny obscure the true

relationship between over-order premiums and diesel

fuel prices relative to just including this schedule

in the over-order premium calculation?

A.    I --

MR. AHERN:  Object to the form.

A.    I really can't agree with that.

Economists always love greater precision, if

possible, in measurement of their independent and

dependent variables.  So this form of step function

is what it would be called in mathematics or

economics.  This step function is a very crude --

it's a crude representation of lots of small changes

going on as you -- as you mentioned.

Sometimes within the bands themselves

there may be fairly significant changes in price of

10 percent, 8 percent, 5 percent, you know.  And

then there would be no corresponding change in

the -- in the fuel surcharge.

So no, I mean, any economist would prefer

to use more precise data than the kind of data

represented in those step functions under the fuel

cost surcharge per hundredweight list.

You know, the -- as you -- as you asked

Page 164

earlier on during this deposition, have I studied a lot of cartels, I have.  And one of the -- one of the problems that cartels have in organizing price increases is softening up their customers, giving them a competitive explanation of why prices are going up when objective conditions don't seem to be favorable to it.

In -- you know, in -- in some cartels, they have a fire in a factory and they close the factory unnecessarily for a year or two to repair the fire damage.  That is a cause for increasing the price 20 percent overnight, okay.  That's documented, well-documented.  In the air cargo case, they also used fuel surcharges as a way of psychologically preparing their customers for future large increases, knowing that -- that because of the price of crude oil was going up, that diesel prices were going to go up.  It was a way of psychologically preparing their customers for higher prices.

I see this full surcharge as quite possibly in that category of psychologically important, preparing your customer for big increases which were not necessarily reflected by objective

Page 165

supply conditions.

So I don't know what to make of these. I mean, they could be facilitating collusive conditions. As far as I'm concerned, this could have been a facilitating condition for -- for collusion. Or it could be something that was a way of passing on genuine costs. I don't know. But the -- the fuel surcharge is -- has multiple possible interpretations. That's all I'm gonna say by way of conclusion.

Q. So assuming that the fuel surcharges are the result of collusion, what impact does that have on your model of the herd retirement program?

A. We have accounted for the rising price of fuel during most of the period. Diesel prices rose during collusive periods and then trailed off slightly I believe at the end. But we have accounted for a -- a regional specific monthly change in diesel prices. It's not a national price. It's not an annual price. It's a very finely defined price tailored to the Southeast region. And we believe that that offers superior explanatory power than any alternative variable we were able to discover. And we believe it is superior to any

Page 166

adjustments of the dependent variable which is a

method in all my years of reading dissertations on

price analysis, all my years of being an external

reviewer, in reading scores and hundreds, probably,

of manuscripts submitted to journals, I have never

seen that process used before.  It is completely

outré, if I may speak some French.

Q.   So if the diesel fuel surcharge changes

based on a move from $1.70 to $1.71 by 8 cents, that

movement in the over-order premiums is not connected

at all to the herd retirement program; correct?

MR. AHERN:  Object to the form.  Asked and

answered.

A.   We have adjusted the effects of the herd

retirement program for changes in diesel prices in

the region on a monthly basis.  It is controlled

for.  Our model controls for that effect using the

preferred econometric method, the accepted orthodox

methods.  Not the Orthodox method of adjusting the

OOPs directly.  Unorthodox.

Q.   (By Mr. Waldin)  So I'd like to ask you

to turn back to your own report.  Your rebuttal

report, to be more specific.

A.   Yes.

Page 167

Q.   Apologies.  I lost track of where in your
report this is, but let me tell -- you tell me if
this sounds familiar.  You say in your report:  I
have not been provided Class III and a Class IV OOPs
from the defendants for other regions.  Is that
correct?

A.   I believe -- I believe that's correct.

Q.   Okay.  Did you do any investigation of
where defendants make Class III and Class IV
products?

A.   A little bit.

Q.   And what did that investigation find?

A.   Well, you can use USDA marketing order
data for the Southeast region and you can, first of
all, determine that a high proportion, but not
100 percent, of all dairy milk is Class I, Class II.
In fact, it's in the 90 percent range, roughly 92,
something like that.  Anyway, it's not 100 percent.

So that's one pretty solid piece of
information that 5 percent or -- 5 to -- say 5 to
10 percent of all milk in the Southeast is consumed
in the making of -- of butter, cheese, and -- and
milk powder and -- of -- of the milk supplied in the
Southeast.

Page 168

Now, where that occurs, it may not -- that 8, 9, 10 percent may not be entirely within the Southeast.  It may be shipped out as Class III milk to -- to areas where butter, cheese, and dry milk production is more concentrated, which are -- we see -- we see more plants of that type in the upper Midwest and in Pennsylvania, for example, and Upstate New York.  That tends to be where the -- well, in more recently the far west, California has gone wild on cheese in the last 12 to 15 years, but -- but -- but for milk that might -- from the Southeast that might supply factories making Class II -- Class III and Class IV products, you know, Pennsylvania, Ohio, Michigan, might be appropriate locations for these cheese and butter plants.  Okay?

I know that there was evidence presented that LOL -- that is Land O'Lakes -- indicated that it had no -- no plants making cheese and butter in the Southeast, but they did have one in Pennsylvania, so that was the reason that -- that we looked at whether prices in Pittsburgh were correlated at all with prices in the Southeast cities.  And we found a high positive correlation as

Page 169

an indication that, well, even if LOL's plant was located in Pennsylvania, it was still, you know, basically paying the same prices that you'd see in the eastern United States or in the Southeast.

So we were aware -- we were -- I was aware, my team was aware, of the fact that the Southeast produces milk primarily for Class I and Class II.  This is reflected in our damages -- damages estimation in the last table of my merits report also, which indicates that most of the damages are concentrated in Class I, Class II because that's -- that's what's supplied from -- from the Southeast.

And -- so there is not as much -- in summary to your question, there's not as much cheese, butter, and powdered milk made in the Southeast proportionately compared to other parts of the Northeast and upper Midwest, and increasingly in the far west, but there is some.  And we -- we've -- we showed previously that the prices across classes are closely correlated, and that's partly because of the way the formulas -- the formulas are -- are -- are dictated by -- by USDA rules.

So I think I -- I probably more than

Page 170

answered your question, as I -- I have been doing all day.

Q.    So when you say "closely correlated," what level of correlation are -- are you referring to as close?

A.    Well, I think with a large number of observations, you know, 50 or 100 prices -- if you're looking at pairs of prices and you have 50 to 100 of them, then a -- then a -- then a Pearson correlation coefficient of .2, .3, .4 would probably meet the 1 percent standard.  I'd have to look at the tabled values for Pearson correlation coefficients, but anything above .3, .4 is likely to be considered highly significantly positively correlated in -- when we have as many as we do of, you know, 50 to 100 observations or more, it would meet -- it'd meet that standard.  So that's what I --

Q.    I'm sorry, I didn't see the Pearson correlation coefficient or the 1 percent rule referenced in either of your reports.  Can you point me to where those are discussed?

A.    Oh, it's the most common form of correlation.  So economists often drop the -- they

Page 171

drop that.  There are three or four other types of

correlation.  Let me see.  I think it was Table 14,

was it?

Q.    Table 14 on page 47.

A.    Yeah.  Right.  So yeah, Table 14, these

are correlations, more precisely Pearson

correlations.  There are other types of correlations

that correlate rank order, for example.  You can

take the rank order of prices and just go from top

to bottom and then you correlate.  That's a

different type of correlation.

Q.    Okay.

A.    This is -- this uses the raw data.  It

doesn't consider its -- its rank and that's why it's

called the Pearson.  He was the one who invented it.

So -- some 19th century statistician.  Long dead,

I'm sure.

So these correlations are mostly above .2

and probably on average .6, .7, .8, some of them

even higher.  And the point I was making about

Pittsburgh is that when you -- when you correlate

the -- the prices in Pittsburgh, our only

observation for Pennsylvania where -- where LOL has

a plant, the correlations are -- run from .85 -- .84

Page 172

up to .87.  There's one that's a little lower, .75

from Miami, which you'd expect because of the

distance.

          Anyway, those are -- those are

doubtless -- we don't mention it, but doubtless

correlated at the 1 percent low, low significance

greater than zero.

     Q.   Greater than zero.

     A.   Yes.

     Q.   So the 1 percent rule you're saying is

that the null hypothesis is that they're completely

uncorrelated?

     A.   Yes.

     Q.   Okay.  But a correlation coefficient of

.2 means that 80 percent of the variation is unex --

if you're using this other variable, it's

unexplained by --

     A.   By that one variable.

     Q.   -- that one variable?

     A.   80 percent is -- is un -- is -- is a

variation due to other variables, correct.

          But as I said, I'm not sure -- I'd have

to look it up in a table, but I think .3 or higher

probably means 1 percent.  And if you're looking at

Page 173

between .2 and .3, it's probably 5 percent

significance.  So these are pretty good numbers.

There's one or two negative numbers, oddly, from

Wichita.  I don't know why.  But anyway, the --

that -- that was one of the reasons we -- we put

that table in there.

Q.    Okay.  But having 80 percent of the

variation unexplained by the OOPs in the Southeast

means that there's a significant amount of variation

in some of these cases that's completely unrelated

to Southeastern OOPs; correct?

MR. AHERN:  Object to the form.

A.    I mean, that's one way of explaining it,

yes.

Q.    (By Mr. Waldin)  Did you do any

investigation into where Agri-Mark manufactures its

products?

A.    I don't recall seeing information on that

in this case.  And I've forgotten the earlier -- a

lot of the stuff from -- from Edwards.

Q.    Okay.

A.    So I think we did it.  We had more

plant-specific information in Edwards, so I may have

some residual memories there, but I can't -- I can't

Page 174

bring them up right now, sorry.

Q. Table 14 in your report on page 47, these are correlations between Class I over-order premiums?

A. Correct.

Q. Between the southeastern cities that you've identified across the top and the other cities that you've chosen to put across the left -- the leftmost column; correct?

A. Yeah. These are the cities in -- in bidding Region 2, right.

Q. The ones across the top?

A. The ones across the top.

Q. You claim that these data support the concept of spatial integration; correct?

A. I do.

Q. Can you explain to me why cities that are geographically close to the Southeast, like Washington and Baltimore, have almost no relationship to the prices on the Southeast, then?

MR. AHERN: Object to the form.

A. Well, Washington and Baltimore are virtually the same cities these days, but I can't think of an explanation. There may be some

Page 175

municipal regulations or -- or Maryland or D.C.,

specific regulations that cause the prices to be

somewhat less -- less correlated in the -- I notice

that -- that Boston is relatively low, and I had

this funny New England -- New England pricing system

that was in operation for a while that froze prices.

So its -- its numbers turn -- turn out to be, for

anomalous reasons, for policy reasons, to be

uncorrelated during certain periods.

New England compact, I think it was

called.  Messed up the correlations, but -- for

obvious reasons.  So I'd have to speculate.  I

really don't know.  And, you know, could look into

it, but I -- I -- I really don't know why.

I mean, I -- you don't have to have --

okay.  I mean, spatial integration could -- could --

two -- two regions, let's say Atlanta and Miami,

they're close, but for some -- it could be for some

reason -- there's virtually no trade between those

two regions, for some reason.  A regulatory barrier

of some sort.  That still doesn't mean that -- that

spatial integration doesn't hold up.  Because as

long as Atlanta traded with Charlotte and Miami

traded with Charlotte, there would be price

Page 176

transmission between those pairs of cities I just

mentioned, and that's enough to ensure spatial

integration.

Just because two even adjacent cities

don't show high correlations doesn't mean that the

prices in City A are not being affected by City B

because there's a City C with which they do trade

that does have price impact.  So spatial integration

is -- you know, I'm giving you a more precise

definition.  It means that there are positive price

transmission elasticities to be found between two

points in space.  And that's being translated here

into -- into price -- price integration, okay,

regional price integration.

Q.    (By Mr. Waldin)  But you haven't done any

analysis into why certain cities such as Washington

and Baltimore don't seem to fit with this spatial

integration theory; right?

A.    It did not seem like a project worth

pursuing.  After all, our focus was on the Southeast

region and it lies outside.  So if we had seen

strange results within the region amongst these five

cities at the top, well, we might have -- might've

put a little more effort into trying to understand

Page 177

why the breakdown in price transmission had

occurred, yes.  But -- but no, in the case of

Baltimore and Washington, I'm not going to lose

sleep over it.

Q.    If I told you that the Land O'Lakes plant

in Pennsylvania was closer to Baltimore than it is

to Pittsburgh, would that have any bearing on your

opinions in this case?

MR. AHERN:  Object to the form.

A.    Well, this is Class I milk only so -- so

if they -- assuming that they -- they were making

Class III and Class IV products, that might be

something of an explanation, yes.  It might mean

that all of the -- all of the milk not used for

beverage milk was going into that nearby plant and

that could affect -- could affect trading.  It could

mean that Baltimore and Washington are in fact close

to a Robinson Crusoe's island, the usual image that

economists teach their first year students.

Q.    (By Mr. Waldin)  But you don't know

whether Land O'Lakes' plant is on the island or off

the island; correct?

MR. AHERN:  Object to the form.

A.    No, I don't.

Page 178

Q.   (By Mr. Waldin)  And you mentioned that these data are for Class I; correct?  So you're drawing inferences from the Class I correlations and applying them to Class III and Class IV.  Am I right?

A.   I -- I -- I can't recall if we did a separate analysis.

Pardon me very much.

Q.   Bless you.

A.   For -- I can't remember if we did a separate analysis for the other -- other classes.  I think we did, but we didn't present them.  So I'm not making inferences about the other classes just by looking at the Class I data.  I -- we just didn't present it.  I mean, there's a limit on -- on the amount of information one can present to a fact finder, I think.

Q.   So can I have you quickly turn to page 52 of your December report, Table 14?

A.   Yes.

Q.   So Table 14 shows the correlation between Class I, Class II, and Class III and Class IV milk within Florida; correct?

A.   Right.

Page 179

Q.    And the correlations between Class I and Class III and IV -- I think there's a typo in the table -- are both below 20 -- .25; right?

A.    There are two -- two of those that are -- yeah, that -- below .25.

Q.    Can I have you turn to your rebuttal report, paragraph 98.  You state there:  The USDA is the definitive source for agricultural statistics and is commonly relied upon by academic, government, industry economists; correct?

A.    Correct.

Q.    And you stand by that statement?

A.    I do.  We've -- I mean, I understand that Dr. Ricchetti was critical of our use of -- of the USA -- the USDA data that we used and considered some alternative data that he considers to be superior in some ways.  We -- we examined this issue in response to Dr. Ricchetti's criticism and we came away more convinced that the USDA data were appropriate for -- for our purposes.

It is true that USDA did a complete survey in only three years that I believe they were years ending in five -- multiples of 5:  2000, 2005, 2010.  But we also noted the fact that the USDA

Page 180

reports those numbers changed annually.  So we have reason to believe that they had information other than their comprehensive five-year surveys to adjust those numbers or -- it was more than interpolation. It wasn't simple interpolation of that, we're -- we're fairly sure.

They had some other information, and it wasn't clear from their reports where it might have come from, but apparently the -- their annual data did represent changes based on new information of the rBST-free percentages.  And so we -- we came away even -- we came away -- I came away convinced that we had -- we had used the correct -- correct data set or a superior data set.

Q.    But you have no reason to doubt data coming from the USDA; correct?

MR. AHERN:  Object to the form.

A.    I am always skeptical of data sources of all kinds.  And if I find some odd -- oddity, I'll -- I'll call up the -- the -- the institution and ask them what's going on.

One can often detect departure from previous practices.  And sometimes they reissue -- after I've called up and noted what I thought were

Page 181

strange changes, the government agencies involved change their numbers.

I remember doing this in the case of the U.S. Census Bureau reported on the -- on the soybean industry processing plants.  And they noted a huge increase in five years.  And here I am in soybean-processing Indiana, I knew there were no new plants.  I knew their numbers were wrong.  So I called them up and I had a very simple suggestion. I said, are you including soy products along with -- in this industry, like tofu?  Tofu was growing, okay.  It was like a garage operation.  Any mamasan and papasan could go in and make -- make it -- make soy -- tofu in their -- in their garage.  It was a low-tech interesting interpre -- and they looked into it.  And they said, yep, you were right, tofu shouldn't have been in the industry and it showed tripling of plants, very unlikely.

Okay?  So I'm always skeptical.  I find numbers -- people make mistakes.  I make mistakes. U.S. -- the data typically, though, there are experts who dedicate themselves -- I know it's fashionable to denigrate civil servants these days, but I think that we have very dedicated people,

Page 182

professional people, who especially when they're

told this data series -- we have been publishing

this report for 25 years, you better not make a

mistake.  This is depended upon by the industry.

And, you know, if the Secretary of Agriculture hears

about it, you'll be gone.  That sort of thing.

Well, you know, whether -- whether fear

or love of their work, I don't know, but most --

most of the data you can rely upon, particularly if

it is a regularly-produced document.

And I worked for USDA for seven years

and, yeah, there's a -- there's always deadwood.

There's deadwood in any organization, but mostly

they're dedicated professionals who do their best to

keep their numbers up.

So if I had a choice between USDA and any

other source and didn't know -- have any reason to

judge the quality, I would always choose the USDA

for farm-related and agriculturally-related

products.

Q.    (By Mr. Waldin)  Thank you.

Your -- in paragraph 118, you say:

Winn-Dixie could have purchased Class III and

Class IV products locally as well.  In your rebuttal

Page 183

report.

A.    Where are we?  Same paragraph?

Q.    Paragraph 118 of your rebuttal report.

A.    Oh, okay.

Q.    On page 93.

A.    Okay.  Thank you.  Okay.

Q.    Second paragraph -- second sentence of
the paragraph:  Winn-Dixie could have purchased
Class III and IV products locally as well.

Did you examine what local producers of
Class III and Class IV products Winn-Dixie could've
purchased from?

MR. AHERN:  Object to the form.

A.    No.  But I mean, I do know that as a
matter -- a development that's occurring nationally
and in virtually every region, there are -- there
are tiny cheese producers coming up with, you know,
strange, many of them European-style cheeses
everywhere.  There -- there -- and -- and people
love their local -- they love to buy these local,
exotic cheeses.  You know, it's just -- it would be
hard for me to believe that Winn-Dixie's customers
did not want to see some really locally produced,
unusual artisanal cheeses, okay.  So, you know, to

Page 184

me, it's logical.

Q.    Okay.

A.    But did I have any specific day -- data that I recall seeing on purchasing Class III or Class IV local products?  I don't.

Q.    (By Mr. Waldin)  All right.  Can you turn to page 94, please, paragraph 120.

A.    Yes.

Q.    The very last sentence there says: Moreover, it is my understanding that at least some of the supply contracts between Winn-Dixie and defendants were cost-plus contracts that explicitly pass through the market over-order premiums.  And then you have a footnote discussing the Winn-Dixie/SMI contract; correct?

A.    Yes.

Q.    Do you have any evidence that any other defendant has a cost-plus contract with Winn-Dixie?

A.    Well, I had a one- to two-hour interview of Mr. Lahey [verbatim], I think it is, Graham Lahey.  Long-term procurement -- dairy products procurement manager for Winn-Dixie, and he didn't call it a cost-plus contract.  But once he explained the contract to me, it appeared to me that

Page 185

it was what in economics would -- would be called a cost-plus contract.

Now, I know that SMI purchased the plants that Winn-Dixie used to own, so maybe Winn-Dixie is the only example he mentioned. I'm not sure. I thought he mentioned one or two other suppliers who agreed to similar terms. I might -- my memory might not be perfect on it. I'd have to -- I'd have to go back to my notes, I suppose. But no, I think -- I don't know of any -- I can't be certain of any other cases other than the SMI/Winn-Dixie arrangement.

Q. Do you still have your notes from your conversations with Mr. Lahey?

A. No.

Q. And so you don't have any evidence that Land O'Lakes, Agri-Mark, or DFA have a cost-plus contract with Winn-Dixie; is that right?

A. I don't have any direct knowledge of that, correct.

MR. WALDIN: Take a break at this point.

MR. AHERN: Okay.

THE VIDEOGRAPHER: It is 3:05 P.M. We go off the record.

(A recess was had from 3:05 p.m. to

Page 186

3:29 p.m.)

THE VIDEOGRAPHER:  It is the beginning of Tape No. 5 of the testimony of Dr. Connor.  It is 3:29 P.M.  We are back on the record.

Q.    (By Mr. Waldin)  Dr. Connor, I'm going to hand to the court reporter I think what's now going to be Exhibit 24, if I remember correctly.  This document is from your backup files.  Do you recognize it?

(WHEREUPON, a certain document was marked Exhibit 24, for identification, as of June 22, 2018.)

A.    I do, yes.

Q.    (By Mr. Waldin)  And the name of the file is at the bottom there.  It's overcharge and damage calculation.xlsx.

A.    Yes.

Q.    If the court ordered that Winn-Dixie could only recover damages for certain of the herd retirements and not others, would it be relatively simple to adjust your damages calculations using the spreadsheet to account for that?

MR. AHERN:  Object to the form.

Page 187

A.    Yes, I think -- I think one could.  I think one could adjust by removing one -- well, we'd have to -- we'd -- it's not clear in my mind whether we'd have to reestimate the model after removing the data and then come up with a -- a reestimated model, or whether we can simply change these to zeros and then change the monthly damages in the far right-hand column, column M, to -- well, some of them would be zeros and others would be different, but -- so I'm not clear about which procedure would be -- would be superior.

Probably reestimating would make me more comfortable, just removing the one or two or whatever it is number you have in mind, two or three, of these herd retirements.  I think it would be best to remove the data, representing the number of cows slaughtered, and then -- and then reestimate the model.  That could take some time.  That would be, I think, a more precise way of going about this than simply changing some of these numbers to zero and reducing the number of monthly damages.

Q.    (By Mr. Waldin)  If you didn't reestimate, though, you would just set the values associated with that herd retirement to zero rather

Page 188

than the value of the --

A.    If that was --

MR. AHERN:  Object to the form.

A.    If that was -- if that was a reasonable
and -- and statistically justified approach,
you'd -- you'd put these to zero, yes.

Q.    (By Mr. Waldin)  Okay.  Thank you.

MR. WALDIN:  I'm going to ask the
court reporter to mark Exhibit 25.  This file is
also from your backup materials.  And the name of
the file is listed at the bottom here.  It's called
liquid.csv.  Does this file look familiar to you.

(WHEREUPON, a certain document was

marked Exhibit 25, for

identification, as of

June 22, 2018.)

A.    Yes.

Q.    (By Mr. Waldin)  And this file has four
columns.  The leftmost is called item description,
then there is a liquid flag, percent milk, and fresh
milk product; correct?

A.    Yes.

Q.    And fresh milk product is a -- what's
referred to as a binary variable; correct?

A.   Yep.  No.  Well, not quite.  It's actually a trinary variable.

Q.   Okay.  Do you know what the values of this fresh milk product variable represent?

A.   I think it's a way of separating products of a certain class from others.  I notice that cheese is coded 2 -- well, not entirely.  We have shredded processed cheese.  That's zero.  Hmm.

Q.   On the first page, there are a number of entries of different types of cheese with values of zero; correct?  For instance, cheese shredded --

A.   Shredded natural cheese chunks, natural is zero.  And then cheese other spread 2.  I wonder if that cheese spread is not -- is not considered -- I've forgotten this coding for this -- for this variable.  I'm guessing that --

MR. AHERN:  Don't guess.

THE WITNESS:  I won't guess.

A.   Is -- cheese, cheese, cheese.  Cheese is zero.

MR. AHERN:  Ben, can you identify this more -- more --

MR. WALDIN:  It's got the name of the file at the bottom.

Page 190

MR. AHERN:  -- more clearly?

MR. WALDIN:  It's from his backup.  He should know what it is.

A.    Fresh milk.  Well, I notice that -- and there's an entry where we could not -- where we didn't have the name of the product at all, it's called unknown, that's coded 2.  I -- I -- I'm guessing -- guessing -- I -- what I see here is that practically all of the cheese products made of traditional -- through cheese -- actually, cheese and butter are coded zero; whereas, soft fresher milk products, generally Class I and Class II products, are coded 1.  Winn-Dixie milk at the bottoms is 1.  Yogurt is 1.

So that Code 2 may be that it was a product that we were so mystified by whether it was even a dairy product, because some cheese -- cheese spreads have so many other materials in them, the oils and vegetables chopped up and things like that, that they don't even qualify as dairy products.  So I'm -- I -- I'm a bit mystified.

The fresh milk products are -- are the ones at the top, ice cream, sour cream, cream, milk, yogurts, cottage cheese, the fresher cheese

Page 191

products, and then the aged cheeses are 0.  And

products that are of dubious distinction of being in

the -- in the -- in the dairy industry at all seem

to be coded 2.  Looks pretty consistent to me.

Q.   (By Mr. Waldin)  All right.

MR. WALDIN:  That's all the questions I have

for you today, Dr. Connor.  Thank you.

THE WITNESS:  Thank you.

MR. WALDIN:  Take a quick break and confer

before deciding whether --

MR. MILLER:  To pass.

MR. WALDIN:  -- to pass or not.

THE VIDEOGRAPHER:  It's 3:38 P.M.  We go off

the record.

(A recess was had from 3:38 p.m. to

3:44 p.m.)

THE VIDEOGRAPHER:  It is 3:44 P.M.  We are back

on the record.

MR. MILLER:  I have no questions.

MR. AHERN:  Okay.

EXAMINATION

BY MR. AHERN:

Q.   Dr. Connor, my name is Patrick Ahern.  I

represent the plaintiffs in this case.

Page 192

Can you -- can you retrieve Exhibit 25 that you were just looking at?

A.    Yes.

Q.    Do you recall what this document is or reflects?

A.    I -- it was new to me.  I don't remember seeing it before.  It was produced internally --

Q.    Okay.

A.    -- by OnPoint.

Q.    And -- and did you rely on it?

A.    No.

MR. WALDIN:  Objection.

A.    Not directly, sir, for sure.

Q.    (By Mr. Ahern)  Did you rely on it at all?

A.    I'm not --

MR. WALDIN:  Objection to form.

A.    No, I don't believe I did.

Q.    (By Mr. Ahern)  You were asked -- can you retrieve Exhibit 24, please.  You were asked if -- with -- with -- on being shown Exhibit 24 by Mr. Waldin, you were asked if -- if the Court ordered that -- that the plaintiffs could recover only for some herd retirements, could you -- could

Page 193

you -- would it be an easy thing to -- to -- oh,
would it be relatively simple -- I'm sorry -- to
adjust the damages calculation using this
spreadsheet.

          And have you -- have you considered that
before today?

     MR. WALDIN:  Objection to form.

     A.    No.  I have not considered the
appropriate way of adjusting damages due to herd
retirement variable being omitted.

     Q.    (By Mr. Ahern)  Okay.  And -- and did
Mr. Waldin explain to you what he meant by if the
Court ordered that Winn-Dixie could only recover
damages for certain of the herd retirements?

     MR. WALDIN:  Objection to form.

     Q.    (By Mr. Ahern)  Did Mr. Waldin explain
that to you?

     A.    No, no.

     Q.    Okay.

     A.    Other than the -- the language you just
paraphrased, no.

     Q.    I actually was quoting him.

     A.    Yes, okay.

     Q.    You can set that aside.

Page 194

A.    Okay.

Q.    You can set that aside.

Can you find Exhibit 2, please, which is your initial report.

A.    I have it.

Q.    I'm sorry.  If you can look at your rebuttal report.  I apologize.

A.    Okay.

Q.    And I'm attempting to find Table 14. There it is on page 47.  Let me know when you're there.

A.    I'm here.

Q.    Okay.  You remember Mr. Waldin asked you some questions about this table?

A.    Yes.

Q.    And it was in connection with the concept of spatial integration; correct?

A.    That's right.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And it was in connection with how the concept of spatial integration, how you -- how you cite to that in your report; correct?

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Correct?

Page 195

A.    That's correct.

Q.    Okay.  And he -- Mr. Waldin pointed you to Baltimore and Washington, D.C.  Do you remember that?

A.    I do remember that, yes.

Q.    Okay.  And he said, you know -- he -- he was asking why do cities closer to the Southeast have no correlation using those two examples.  Do you remember that question?

MR. WALDIN:  Objection to form.

A.    Yes.

Q.    (By Mr. Ahern)  Okay.  Now, would you look at Dallas, please.

A.    Yes.

Q.    Okay.  And is there a high correlation shown on Table 14 for Dallas?

A.    Yes.  High positive --

MR. WALDIN:  Objection.

A.    -- and surely significant at 1 percent level or better --

Q.    (By Mr. Ahern)  Okay.

A.    -- different from zero.

Q.    Okay.  And -- and can you look at Houston, please.  And does that show a high

correlation?

MR. WALDIN:  Objection to form.

A.    Yes.  It shows high -- high correlation.
Positive correlation.

Q.    (By Mr. Ahern)  And can you look at
Memphis, please.

A.    Memphis, an even higher set of
correlations.

Q.    And just above that --

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Just above that,
Louisville.

A.    Louisville --

MR. WALDIN:  Objection to form.

A.    -- very high correlation.

Q.    (By Mr. Ahern)  Just above that,
Kansas City.

MR. WALDIN:  Objection to form.

A.    Five fairly high positive correlations.

Q.    (By Mr. Ahern)  So suffice it to say that
there are -- there are --

MR. AHERN:  Well, strike that.

Q.    (By Mr. Ahern)  Mr. Waldin didn't explain
to you what he meant by cities closer to the

Southeast, did he?

MR. WALDIN:  Objection to form.

A.    No.

Q.    (By Mr. Ahern)  He didn't use any standard in terms of mileage or anything like that; right?

A.    That's correct.

Q.    Do you recall that you were asked whether or not it was your opinion that rBST-free premiums were caused by the herd retirement program?

A.    Yes.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And I believe, in sum and substance, you said that you were not offering that opinion; correct?

A.    Correct.

Q.    Does your model calculate an effect of the herd retirement program on over-order premiums?

MR. WALDIN:  Objection to form.

A.    Yes.

Q.    (By Mr. Ahern)  Okay.  It calculates -- it calculates the effect on --

MR. AHERN:  Oh, strike that.

Q.    (By Mr. Ahern)  And over-order premiums,

Page 198

is -- is it your understanding that over-order

premiums in the industry refer to -- I'm sorry.

Is it your understanding that over-order

premiums in the dairy industry include rBST-free

premiums?

A.    Yes.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And fuel surcharges?

A.    Yes, as well.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And that's been admitted

by several of the defendants' corporate

representatives; correct?

MR. WALDIN:  Objection to form.

A.    It's what I read in -- in -- yes, in some

of the fac -- factual depositions and -- and

documents.

Q.    (By Mr. Ahern)  And did your model

control for rBST-free milk?

A.    Yes --

MR. WALDIN:  Objection to form.

A.    -- they surely did.  There was a -- a

variable that we considered to be a good measure.

We discussed this earlier from USDA.  The more we

Page 199

looked at it, the better we liked it.  It's -- it

was a fairly precise measure of annual changes in

rBST-free usage, and so it was included as a control

variable.  And we were confident that it was a

correct statistical method using -- using it in that

fashion.

Q.    (By Mr. Ahern)  Okay.  And you were also

asked about fuel surcharges.  Do you recall that?

A.    I did.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Does your model control

for fuel surcharges?

MR. WALDIN:  Objection to form.

A.    Indirectly through the -- I think the

diesel prices that we included are a very good

substitute for -- for the surcharges, and -- and I

argued a more precise measure than the alternative

that was being suggested by Mr. Waldin.

Q.    (By Mr. Ahern)  Now, you were asked if

you were aware of any evidence that fuel surcharges

in the Southeast were subject to competitive

negotiation.  And I believe your response was that

you were not aware of that --

MR. WALDIN:  Objection to form.

Page 200

Q.    -- is that correct?

A.    That's my memory, yes.

MR. AHERN:  Ben, can you let me finish the question, please.

Q.    (By Mr. Ahern)  But right after that you said that over-order premiums were subject to competitive negotiation; correct?

MR. WALDIN:  Objection to form.

A.    As far -- yes.  All -- the record indicates that the premiums themselves are subject to negotiation.  One might infer from that that all of its components therefore are affected by competitive conditions absent collusion.

Q.    (By Mr. Ahern)  Well, absent any evidence to the contrary, that would be a fair inference; correct?

A.    Absent any --

MR. WALDIN:  Objection to form.

A.    -- evidence to the contrary would be good -- a good way of putting it.

Q.    (By Mr. Ahern)  And the same can be said of evidence with respect to competitive negotiation of rBST-free premiums in the Southeast; correct?

MR. WALDIN:  Objection to form.

Page 201

A.    As far as I know, they should be subject to competitive negotiations as well.

Q.    (By Mr. Ahern)  And you did note in your report, did you not, that there was --

MR. AHERN:  Well, strike that.

Q.    (By Mr. Ahern)  Did you note in your report that there was competitive negotiation of rBST-free premiums in other parts of the United States?

MR. WALDIN:  Objection to form.

A.    I think I did somewhere, yes.  I can't recall exactly where it is, but yes.

Q.    (By Mr. Ahern)  And did -- did you note in your report whether or not there were rBST-free premiums being charged prior to 2003?

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  If you recall in your report?

A.    I'm pretty sure we have data going back to at least 2000 for the benchmark period and that we would have had measures of rBST-free during those years as well.

Q.    Do you recall whether your report mentions specific evidence in terms of testimony

Page 202

from any of the defendants' corporate

representatives that there were rBST-free premiums

being charged prior to 2003?

        MR. WALDIN:  Objection to form.

        A.    It sounds familiar to me.  I believe it

was in my earlier report, but I -- I can't -- I

can't pin it down right now.

        Q.    (By Mr. Ahern)  All right.  And from your

testimony here today, is it correct that rBST-free

milk was being offered in the market prior to 2003?

        MR. WALDIN:  Objection to form.

        A.    I -- that's certainly true, and I know it

to be the case.

        Q.    (By Mr. Ahern)  All right.  And do you

know whether rBST-free milk was being offered

without an rBST-free premium?

        MR. WALDIN:  Objection to form.

        A.    No, I don't know that.

        Q.    (By Mr. Ahern)  But if it was in your

report --

        A.    Uh-huh.

        Q.    -- then --

        A.    Then I did know it at the time I wrote

the report, yes.

Page 203

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  You were asked by Mr. Waldin if -- if -- if a dairy farmer replaced a cow that had been removed due to the herd retirement program -- well, he didn't even say that.  He said if you replace a cow removed, that cow would calf. And you said yes.  Do you remember that?

A.    Yes.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And he didn't -- he didn't indicate how that cow was -- that was removed was being replaced; right?

A.    That is correct.

Q.    Okay.  But I think he was suggesting that it was rather, you know, short term, immediate?

A.    Uh-huh.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Is that the way you understood it?

A.    I understood that he was talking about immediate replacement, yes.

Q.    And the only way to immediately replace a cow would be to purchase it from another dairy farmer; right --

Page 204

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern) -- milk-producing cow?

A.    Sure.  Or imported, again, from another dairy farmer, somewhere outside the country, but -- either in the country or out of the country, you'd have to -- you'd have to -- and most likely because of shipping problems, it would be fairly close by. You'd want to obtain a replacement for your lactating cow.

Q.    (By Mr. Ahern)  If a dairy farmer replaced a cow that was removed by purchasing a milk-producing cow from another dairy farmer, would that have the effect of increasing the overall supply of --

A.    No.

MR. WALDIN:  Objection to form.

A.    Absolutely not.  Keeps the same.

Q.    (By Mr. Ahern)  Now, you were asked a lengthy series of questions about supply elasticity, and some of those questions were about assuming a supply elasticity of 1.0.  Do you recall that?

A.    I do.

MR. WALDIN:  Objection to form.

A.    Yes.

Page 205

Q.   (By Mr. Ahern)  All right.  Now, aside from that discussion of supply elasticity, does your model account for factors affecting the supply of raw milk?

MR. WALDIN:  Objection to form.

A.   Absolutely.  We designed the -- the model specifically so that it would include all of the principal cost-related factors that affect supply.

Q.   (By Mr. Ahern)  Okay.  Now, with respect to the calculation that Mr. Waldin asked you to do, he did that in relation to a particular table, Table 19 in your rebuttal report on page 67.  Can you go to that, please?

A.   Of course.

Q.   Let me know when you're there.

A.   I am there.

Q.   Okay.  Now, Mr. Waldin posited a -- a hypothetical calculation that the -- if -- if supply elasticity was -- was 1.0, then the change in price would be equal to a change in supply.  Do you recall that?

A.   I --

MR. WALDIN:  Objection to form.

A.   I do.

Page 206

Q.   (By Mr. Ahern)  Okay.  And that was the premise of his calculation that he -- that he wanted you to make; correct?

A.   That's right.

Q.   Okay.  And that calculation was to -- was essentially to indicate that if -- let's say going to the first line here on Table 19, if supply was reduced by 0.69 percent and demand elasticity was negative 0.2, the implied price increase was 3.5 percent, and therefore the -- the -- according to Mr. Waldin, the increase in supply would be 3.5 percent.  Do you recall that?

MR. WALDIN:  Objection to form.

A.   Yes.

Q.   (By Mr. Ahern)  And -- and that increase in supply would be greater than the reduction in supply of 0.69 percent; correct?

A.   Correct.

MR. WALDIN:  Object to the form.

Q.   (By Mr. Ahern)  Okay.  Now, Mr. Waldin did not draw your attention, even though it's right there underneath to Footnote 229.  Would you look at Footnote 229, please.

A.   Yes.

Page 207

Q.   Okay.  Would you read Footnote 229 into the record, please.

A.   Using the demand and supply elasticities, the price increase from a change in supply is approximately equal to the percentage change in supply divided by supply elasticity minus demand elasticity.  And those are, I believe, assumed to be absolute values of the elasticities without the signs on -- I'm sorry.

The demand elasticity is negative, typically.  That's why there's a negative sign there.  So if you used absolute values instead, then it would be the sum of the supply elasticity and the demand elasticity, absolute values.

Q.   All right.

A.   So that was not the formula he gave to me.  He gave me a completely different formula, and I ended up greatly consternated because I couldn't get anything close to the answer that he clearly had in mind.

Q.   What is --

A.   But the problem is that his formula was wrong.  This is the correct formula.

Q.   All right.

Page 208

A.   And it's crystal clear that if the numerator is positive, that's the percentage change in supply -- if that's positive, then any value of supply elasticities from zero to almost infinity will result in a positive ratio, a positive ratio.

So the price increase is going to be positive.  No matter what the size of the supply elasticity is from slightly above zero to infinity, or demand elasticity, slightly above zero to infinity, over the entire range that we would ever observe these numbers.

Q.   You said the --

A.   The nu -- the denominator is positive and the numerator is positive.  When you divide a positive numerator by a positive denominator, you get a positive number.  So his -- the possibility that -- that you end up with a negative change in supply is impossible.

Q.   According to the formula that he --

A.   According to what we believe is this superior formula from McAfee, Preston, and Lewis.

Q.   Now, you --

MR. WALDIN:  Objection to form.

Q.   (By Mr. Ahern)  Now, you said in your

Page 209

most recent answer, so the -- so the price increase is going to be positive.

A.   Yes.  No matter what the size of the demand or supply elasticities is --

Q.   Okay.

A.   -- from above zero to infinity.

MR. WALDIN:  Objection.  Form.

Q.   (By Mr. Ahern)  Okay.  And -- and why is the method and the calculation in Footnote 229 the right way to do it?

A.   Well, it's an approximation, of course, but still a very close approximation.  You take -- the -- the formula that he proposed that I try calculating here had only one of those elements in the denominator.  And you can't get a simultaneous effect of demand and supply without looking at both the demand elasticity and supply elasticity, which is -- which is clearly what was implied by the -- by the question.

Q.   And you want to have the simultaneous relationship between the supply elasticity and the demand elasticity in the -- in the denominator because you're trying to figure out the effect of the equilibrium?

Page 210

A.    Yes.

MR. WALDIN:  Objection to form.

A.    What -- what happens is if you have a shift in just supply or a shift in just demand, then the price changes.  When the price changes, it induces a shift in one of the other curves, the either the supply curve or the demand curve, so that they intersect at the equilibrium price.  It -- it's just pure simple introductory economics logic. That's all.

Q.    (By Mr. Ahern)  Okay.

A.    And -- yeah, that other formula I was given was more than flawed.

Q.    Okay.  So -- now, all of that calculation at least or -- was set up by Mr. Waldin positing, you know, a hypothetical supply elasticity of 1.0; correct?

A.    That's right.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  All right.  And then he pointed you to an article from Balagtas and Kim. Can you pull that out, please.  And what -- what -- what exhibit is that?  I'm sorry.

A.    Exhibit 20.

Q.    Okay.  All right.  And now, he pointed you to something in this article on page 938 --

A.    Correct.

Q.    -- at the bottom referencing a -- 1.0 is the value of elasticity of supply for milk?

A.    Yes.

Q.    Do you recall that?

A.    Yes.

Q.    And -- and I believe in your report you address that -- the selection of that value by -- by these academics; correct?

MR. WALDIN:  Objection to form.

A.    I do discuss it, yes.

Q.    (By Mr. Ahern)  Okay.  All right.  Now, he also asked you about a reference to -- well, he also took you back to your initial report.  And -- do you recall that?  And he -- and he showed you --

A.    I do.

Q.    -- a section of your initial report.  I'm just saying, do you re --

A.    Yeah, the bottom row of Table 19, he brought me back to that, yes.

Q.    Well, no.  Your -- he brought you back to your initial report.

Page 212

A.   Oh, the initial report.  Yeah, yeah, yeah.

Q.   And he -- and he showed you a passage which referred to a 0.22.  Do you remember that?

A.   Uh-huh.  I remember.

MR. WALDIN:  Objection to form.

Q.   (By Mr. Ahern)  And that was -- and that 0.22 was -- that was from -- according to -- according to Mr. Waldin's characterization, that 0.22 was from the Chavas and Klemme article; right?

A.   Yes.

MR. WALDIN:  Objection to form.

Q.   (By Mr. Ahern)  Okay.  And -- but he didn't show you the Chavas and Klemme article; right?

A.   I hadn't seen it in many years.

MR. AHERN:  And Ben, do you have a copy of that article?

MR. WALDIN:  Sorry, I don't.

MR. AHERN:  Okay.  Well, I'm going to email you one right now.  And Todd too.  And we're going to have to do this one electronically.

MR. WALDIN:  This is outside the scope.

MR. AHERN:  No, it's not outside the scope.

Page 213

You asked him about the article.  You just didn't show it to him.

MR. WALDIN:  He hasn't seen it in many years, according to his testimony just right now.

MR. AHERN:  But he was aware of --

MR. WALDIN:  Yeah.

MR. AHERN:  -- what was contained in it nonetheless.

THE WITNESS:  I -- three or four years is what I meant by that.

MR. AHERN:  Well, I'm having a hard time sending this, so maybe we'll have to take a break and get a copy of it printed.  And why don't we do that right now.

THE VIDEOGRAPHER:  It is 4:10 P.M.  We go off the record.

(A recess was had from 4:10 p.m. to 4:12 p.m.)

THE VIDEOGRAPHER:  It is 4:13 P.M.  We are back on the record.

Q.   (By Mr. Ahern)  All right.  Dr. Connor, can you pull out Exhibit 19, please, the chart?

A.   Yes.

Q.   That was produced just today.

Page 214

And this references U.S. milk production and dairy herd, 1980 through 2014.  Do you see that?

A.    I do.

Q.    Okay.  And you were asked questions by Mr. Waldin with respect to this document; correct?

A.    I was.

Q.    You were asked if -- if -- if a -- if the 5.55 percent flock variable number -- or number derived from a flock variable -- I mean, sorry -- a stock variable, if that would reflect a large increase in U.S. milk production from -- from 2000 to 2013 -- 2015?  Do you see -- do you remember that?

A.    I do.

MR. MILLER:  Objection.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Now, the -- this purports to be USDA, Economic Research Service, baseline-related historical data.  Do you see that that at the bottom?

A.    I do.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And -- now, the period of time actually that Mr. Waldin was referring you to,

Page 215

during that period of time, certainly from 2003 to

2010, was the -- was the time of the herd

retirements; correct?

        MR. WALDIN:  Objection to form.

        A.    Yes.

        Q.    (By Mr. Ahern)  And so this data would

reflect the 507,000 cows that were removed from the

herd retirement program; correct?

        MR. WALDIN:  Objection to form.

        A.    Yes.  This would be annual -- annual

survey data done which would reflect the reduction

in -- in -- the herd reductions that mostly occurred

after 2006 or '7.

        Q.    (By Mr. Ahern)  All right.  You can set

that aside.

        A.    Okay.

        Q.    You were asked about your -- your work in

the Edwards case.  Do you recall that?

        A.    Yes.

        MR. WALDIN:  Objection to form.

        A.    Yes.

        Q.    (By Mr. Ahern)  And you were -- you were

asked if that was a univariate analysis.  Do you

recall that?

Page 216

A.    Yes, I do.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Now, in that analysis, was there any variable other than -- I'm sorry -- what were the -- was -- what was the one variable that you were thinking of or referring to when you were responding to Mr. Waldin's previous questions?

MR. WALDIN:  Objection to form.

A.    I thought he was referring to a sequence of -- of graphs that I prepared with DFA OOPs on the vertical axis and time on the horizontal axis.

Q.    (By Mr. Ahern)  In the Edwards case?

A.    In the Edwards case.

Q.    Okay.  Did you include in your analysis in Edwards any other variable?

MR. WALDIN:  Objection to form.

A.    Yes.  The OOPs were deflated for -- in order to convert them from nominal to real figures. And we did that -- I did that in order to account for, in a rough way, clearly, cost changes occurring in the -- in -- in the dairy assembly industry, the co-ops industry.  So -- so in a sense, the -- the -- all of the figures that I prepared showing -- showing the -- the -- a long period of constancy

Page 217

typi -- typically that arise like a camel's back and then a -- and then it tended to fall.  This is, as I said in my report, typical cartel pattern of price response.

But I -- so I basically explained the changes -- the level of OOPs for dozens of cities from prior to the collusive period and through -- almost to the end of the collusive period.  Using two -- two -- two variables, really, time and costs of the industry.

One of the principal purposes of doing that was to show that there was a noncompetitive period where prices were, you know, low enough and constant enough that they -- they would form a before and after -- would have permit a before-and-after approach to be applied.  And the -- I think the courts agreed with that analysis.

Q.    (By Mr. Ahern)  Now, the purpose of the Edwards analysis was to just show that it was possible to have a methodology of proving class-wide damages?

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Correct?

A.    Yes.  It -- it -- that, and -- and -- and

Page 218

it was possible to find a noncompetitive period
with -- with seemingly lower prices than during
the -- the collusive period.

Q.   But you didn't -- as you testified
before, you didn't actually rely on that analysis to
analyze damages in that case; correct?

A.   No.

MR. WALDIN:  Objection to form.

A.   Damages -- no.  Damages were done
separately by a different economist at a later -- in
a completely separate report.  I was not author of
that report.

Q.   (By Mr. Ahern)  And would you have relied
on that analysis just as the way it was --

MR. WALDIN:  Objection to form.

Q.   (By Mr. Ahern) -- to prove damages in
that case?

A.   Well, no.  I mean, it's -- it was a crude
first attempt to try to understand pricing dynamics
in the industry.  And I knew that when the -- if the
class was certified, we would be doing a full-blown
econometric analysis.

Indeed, I'd already hired two economists
to work with me on it, and we were ready to go ahead

Page 219

and -- and had batted out ideas and everything, and

then all of a sudden they decided to bring a

superstar in instead.

Q.    All right.

A.    Happens all the time.

Q.    Okay.  Would you -- would you go to your

rebuttal report, please.

A.    Of course.

Q.    And go to Figure 13 on page 45.  Let me

know when you're there.

A.    I am.

Q.    Okay.  You were asked about this figure.

Do you recall that?

A.    Yes.

Q.    And I don't know if you were asked

whether this was a univariate analysis or not.  I

think you were.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Do you recall that?

A.    I -- I do -- I do remember being asked if

this was a univariate analysis and whether I drew

conclusions from it.

Q.    Right.  And -- and I believe you said

that it was a univariate analysis in --

Page 220

A.    Essentially.

Q.    -- that testimony; correct?

MR. WALDIN:  Objection to form.

A.    Yes.

Q.    (By Mr. Ahern)  Now -- now, is there only one variable in this figure?

A.    No.  There are two variables.

Q.    Okay.  And so in that sense it's not univariate; correct?

MR. WALDIN:  Objection to form.

A.    Well, you could think of it as two univariate analyses or a double univariate analysis. But yes, it's not a typical univariate analysis where you have just one variable on the -- on the vertical axis and one variable time on the -- on the horizontal axis.

Q.    (By Mr. Ahern)  Now, you were asked -- you can set that aside, that particular page aside.

A.    Okay.

Q.    You were asked by Mr. Waldin if 30 percent -- if -- if the annual culling rate for dairy cows was 30 percent, then 30 percent of -- of the cows killed under the herd retirement program would have been killed anyway.  Do you remember that

Page 221

question?

MR. WALDIN:  Objection to form.

A.    Pretty much, yeah.  That's pretty close to it.

Q.    (By Mr. Ahern)  Now, do you have a benchmark period in your model?

A.    I do.

Q.    And --

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern) -- if the annual culling rate in -- for dairy cows has been relatively constant in -- you know, hovering in the 30 percent range, does your model account for that?

MR. WALDIN:  Objection to form.

A.    We -- we have a 3.5-year benchmark period from 2 -- beginning of 2000 to the middle of 2003, I believe, and the culling rates are similar during that period than during the more collusive period from mid-2003 to mid-2010.  So I mean, we have a -- we have accounted for culling rates in the collusive period by having this before period as a benchmark.

Q.    (By Mr. Ahern)  Okay.  Now, you were -- you were asked quite a bit about Dr. Brown's analysis; correct?

Page 222

MR. WALDIN:  Objection to form.

A.    Oh, yes.

Q.    (By Mr. Ahern)  Now, you're not relying -- are --

MR. AHERN:  Strike that.

Q.    (By Mr. Ahern)  Are you relying on Dr. Brown's analysis for -- for your model here?

MR. WALDIN:  Objection to form.

A.    Dr. Brown's model is so different from ours that it could not have in any way conceivably inspired a single component of our damages model.

Q.    (By Mr. Ahern)  Okay.  The question is: Are you relying on Dr. Brown's analysis?

A.    I was -- I am certainly not relying on his analysis for -- for estimation of damages or for forming conclusions prior to implementing that modeling, econometric modeling.

He -- his model is interesting in that it -- it predicts quantity and prices in the directions we would have expected.  And while we don't -- we think it's an inferior technology of analysis to our approach, it still has some validity and was worth citing as an example of what the industry itself was learning about.  I mean, we --

we learned a lot by the responses of CWT herd

retirement program in response to the reports that

he provided.

He -- he -- he found that it was working,

that it had a very high rate of return, and the CWT

program managers responded by doubling the

assessment partly in response -- in fact, they said,

in response to the good news that they were getting

from Dr. Brown's report on price increases.

So, you know, we -- we rely on it as a

kind of factual background, but not for modeling

purposes and not in any way to conclude about the

size of damages or whether there were damages.

Q.    Now, your model, does it contain any

factors relating to supply and demand?

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Your model.

A.    Many.

Q.    Okay.

A.    Many factors.

Q.    And -- and -- and within that, your model

contains factors that attempt to measure supply;

correct?

MR. WALDIN:  Objection to form.

A.    Yes, several.

Q.    (By Mr. Ahern)  Okay.  Now, when you conduct a -- a reduced form regression model, you do not include --

MR. AHERN:  Strike that.

Q.    (By Mr. Ahern)  When you conduct a reduced form regression model, do you input an -- an actual number for supply elasticity?

MR. WALDIN:  Objection to form.

A.    No.  We do not depend in any way on previous estimates or our own subjective estimates of supply elasticity, or demand elasticity, for that matter.

Q.    (By Mr. Ahern)  You -- you use the supply and demand factors in your model to determine whether there's an effect on price; correct?

A.    Yes.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  Due to the anticompetitive conduct; correct?

MR. WALDIN:  Objection to form.

A.    Well, the -- the control variables would control for competitive conduct.  And the CWT H -- you know, herd retirement program, those five

Page 225

variables were the variables that encapsulated the

intensity -- in a very precise way, the intensity of

collusion by the CWT managers.

The control variables are essentially the

kinds of variables that would affect OOPs or -- or

other prices in that market, but would affect OOPs

if there were no collusion whatsoever.

So it was -- the idea is to purge the

model of potentially, you know, competitive factors

that would have been there otherwise and -- and

allow the pure effect of -- of collusive activity,

collusive effort, if you like, to show up with a --

a -- a clear effect.  One not muddied by other

factors going on, other competitive factors going

on.

Q.    (By Mr. Ahern)  And when you say

"collusive effect," are you -- what are you

referring to specifically?

A.    I'm -- I'm referring to the effect of

the -- the coefficient of herd retirement numbers

measured over a year's time on the over-order

premiums that were supplied to us by DFA.

Q.    Okay.

MR. AHERN:  Why don't we take a quick break and

Page 226

maybe get that --

MR. WALDIN:  I just received it.

MR. AHERN:  -- article.

THE VIDEOGRAPHER:  It's 4:28 P.M.  We go off the record.

(A recess was had from 4:28 p.m. to 4:38 p.m.)

THE VIDEOGRAPHER:  It is 4:38 P.M.  We are back on the record.

Q.    (By Mr. Ahern)  Dr. Connor, you remember you were shown a copy of Dr. Novakovic's expert report?

A.    Yes.

Q.    And I believe you testified that you reviewed some of it?

A.    Yes.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And now, in your rebuttal report, are you rebutting any of his opinions in his report?

MR. WALDIN:  Objection to form.

A.    Oh, yes.

Q.    (By Mr. Ahern)  Okay.  Now, if you would look at Exhibit 26.  This is the basis for

Page 227

Mr. Waldin's examination of you on the use of .22 in your initial report and now your use of .07 and .16 in your rebuttal report. Do you remember that examination?

(WHEREUPON, a certain document was marked Exhibit 26, for identification, as of June 22, 2018.)

MR. WALDIN: Objection to form.

A. Yes. It concerned short -- short-run elasticities that we used in one of our exhibits.

Q. (By Mr. Ahern) Short-run elasticity of supply?

A. Of supply, yeah.

MR. WALDIN: Objection to form.

Q. (By Mr. Ahern) All right. Now -- but Mr. Waldin didn't show you the article; right?

MR. WALDIN: Objection to form.

A. No, he did not.

Q. (By Mr. Ahern) Okay. So first of all, let's -- let's look at the first page of the article, which -- the article's entitled: Aggregate Milk Supply Response and Investment Behaviors on U.S. Dairy Farms. Do you see that?

Page 228

A.    I do.

Q.    And if you look at the first paragraph -- in the middle of the first paragraph, can you read into the record the sentence that begins "In general, the short run."

A.    Yes, I'd be happy to.  In general, the short-run elasticity of milk supply was found to be very small:  between 0.07 and 0.16.  Information taken from Hammond, Wipf, and Houck, Chen, et al., and Hutton and Helmberger, full stop.

Q.    Okay.  And this was -- this -- was this the basis for your use of those short-run elasticity figures in your rebuttal report?

A.    Yes.

MR. WALDIN:  Objection to form.

Q.    (By Mr. Ahern)  And if you now turn to -- okay.  I believe it's -- it's -- it's page 64 at the top.  It's a -- it's I think approximately at page -- maybe -- it might be page 10 of the actual article, but it says page -- page 64 at the top.  Do you see that?

A.    Yes.

Q.    And if you -- you have to turn now sideways; right?

A.    Yes.

Q.    Because there's the Table 2?

A.    Yes.

Q.    Right?  And Table 2 is entitled Short-Run and Intermediate-Run Elasticities of U.S. Dairy Supply.  Do you see that?

A.    I do.

Q.    Okay.  And do you see the -- the -- the column at the -- the row at the top is entitled Length of Run, and it's in years?

A.    I do see that --

MR. WALDIN:  Objection to form.

A.    -- yes.

Q.    (By Mr. Ahern)  And then you have elast -- elasticity.  In the very -- the very first one says elasticity and it has different elasticities and one says elasticity of -- of prod.

A.    Cow, cow.

Q.    Do you see that?  Well, no, I mean, what's the third one down?

A.    Prod?

Q.    Yeah.

A.    Production, yeah.

MR. WALDIN:  Objection to form.

Page 230

Q.    (By Mr. Ahern)  And if you go over to the third year, you see the .22?

A.    I do.

Q.    And is that what you were referring to in your initial report?

MR. WALDIN:  Objection to form.

A.    Yes.

Q.    (By Mr. Ahern)  Okay.  So that .22 was a three-year short-run -- I mean, sorry.

MR. AHERN:  Strike that.

Q.    (By Mr. Ahern)  So the .22 was a -- was the supply elasticity over three years; correct?

MR. WALDIN:  Objection to form.

A.    Yes, that's correct.

MR. AHERN:  I have nothing further.

FURTHER EXAMINATION

BY MR. WALDIN:

Q.    Dr. Connor, we took a break shortly after my examination of you ended and another break just now during the middle of your redirect.  What did you discuss with your team during those breaks?

MR. AHERN:  You're not allowed to ask that.

MR. WALDIN:  Yes, you are.

MR. AHERN:  No, you're not.  It's the Middle

Page 231

District of Florida.  I mentioned the same thing to

Mr. Solberg in Graham Leary's deposition and he

ceased his questioning.  So you're not allowed to

get into it.

MR. MILLER:  He's an expert.  It's different.

MR. WALDIN:  It says team too.  It's not you.

MR. AHERN:  Counsel was present.  They're

covered by attorney work product.

MR. MILLER:  That's fine.  He's not -- there's

no privilege here.  He's a testifying expert.

MR. AHERN:  No, there's privilege in -- in --

in the preparation.

MR. MILLER:  No, there's not.

MR. WALDIN:  This is during the deposition.

MR. MILLER:  Yeah.  We're in the middle of the

deposition.  You're not allowed to be coaching a

witness during the deposition.

MR. AHERN:  The witness has not been coached.

MR. MILLER:  Well, that's what --

Q.    (By Mr. Waldin)  Can you please answer my

question?

MR. AHERN:  No.  I'm going to instruct him not

to answer.  Middle District --

MR. MILLER:  We reserve the right to --

Page 232

MR. AHERN:  Middle District of Florida says you can't get into this.

MR. MILLER:  We'll reserve.

MR. WALDIN:  Okay.  Are you gonna instruct him not to answer any questions about what was discussed during the breaks?

MR. AHERN:  Yes.

MR. WALDIN:  With his team, not with you?

MR. AHERN:  There were no discussions without counsel present --

THE WITNESS:  That is correct.

MR. AHERN:  -- so yes.

MR. WALDIN:  You were part of every single one of those discussions?

Okay.  No further questions.

THE VIDEOGRAPHER:  It is 4:45 P.M.  We go off the record.

FURTHER DEPONENT SAITH NOT.

(Time noted:  4:45 p.m.)

Page 233

REPORTER'S CERTIFICATION

I, ELIA E. CARRIÓN, CSR, RPR, CRR, a Certified Shorthand Reporter in and for the state of Illinois, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

That before the conclusion of the deposition, the witness has requested a review of this transcript pursuant to Rule 30(e)(1).

IN WITNESS WHEREOF, I do hereunto set my hand of office at Chicago, Illinois, this 25th day of June, 2018.

C.S.R. Certificate No. 084.004641.

Page 234

DEPOSITION ERRATA SHEET

Assignment No. 22104

WINN-DIXIE STORES, INC. and   )

BI-LO HOLDINGS, LLC,                )

           Plaintiffs,         )   Case No.

    vs.                            )   03:15-cv-1143

SOUTHEAST MILK, INC.,           )   (BJD)(PDB)

et al.,                              )

          Defendants.        )

DECLARATION UNDER PENALTY OF PERJURY

    I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

          Signed on the _____ day of

          _____, 2018.

          _____

           JOHN M. CONNOR, Ph.D.

Page 235

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

JOHN M. CONNOR, Ph.D.

Page 236

DEPOSITION ERRATA SHEET

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

SIGNATURE:_____DATE:_____

                    JOHN M. CONNOR, Ph.D.

**A**

**ability** 16:21 19:2 19:22,23 40:13,24 43:22 105:23
**able** 17:19,19 47:13 48:14,18 60:4 61:8 75:21 85:21 129:16 165:23
**absence** 103:14
**absent** 24:5 25:4 200:13,14,17
**absolute** 87:10,12 87:14 207:8,12,14
**absolutely** 25:24 108:17 154:6 204:17 205:6
**academic** 46:14,24 47:16,18 48:20 51:3 52:2 57:1 60:13 112:20 116:21 120:14 179:9
**academics** 74:4 211:11
**accept** 73:24 101:9 101:9 138:14
**accepted** 146:7 148:1 166:18
**accommodate** 88:10
**account** 85:17 139:5 186:23 205:3 216:19 221:13
**accounted** 165:14 165:18 221:20
**accounts** 146:7
**accurate** 8:21 105:22,23 234:15
**accused** 140:22
**achieve** 14:5,6
**achieved** 22:15 145:17
**achieving** 15:2
**acknowledge** 61:23
**Act** 26:8 29:21 30:11,16

**active** 17:24
**activities** 27:24 30:20 84:21
**activity** 26:13 74:4 225:11
**actual** 22:1 61:24 62:15 63:18 64:1 65:7,24 66:8,13 66:15 67:2 70:8 138:17 140:10 141:4 157:19 224:8 228:19
**add** 57:22 85:8,21 93:21 97:24 99:24
**added** 28:4 100:1,5 147:11
**addition** 28:7 43:21 72:15 118:14
**additional** 10:4 26:16 31:21 59:21 85:9 86:9 121:22 140:9 143:1 146:1
**additions** 94:14 95:1
**address** 211:10
**adhering** 140:22
**adjacent** 49:16 176:4
**adjective** 101:8
**adjust** 129:16 147:16 162:19 180:3 186:22 187:2 193:3
**adjusted** 84:24 85:4 166:14
**adjusting** 84:9 166:19 193:9
**adjustments** 166:1
**administrators** 27:4 33:11
**admissions** 140:9
**admit** 11:20 93:5 155:6
**admitted** 69:23 198:11
**adopted** 60:24 116:4 119:24

121:9 151:19
**adopts** 61:3
**advantage** 18:4
**advertising** 3:21 114:20 117:3
**advice** 153:23 154:2
**affect** 45:4,7 51:7 54:2 57:13 59:13 62:2 84:15 102:2 177:16,16 205:8 225:5,6
**affirming** 90:4
**affixed** 97:4
**age** 44:1
**AgEcon** 60:13
**aged** 191:1
**agencies** 156:2 181:1
**agents** 22:17 26:8 26:22 27:6,12
**Aggregate** 4:9 227:22
**aggregated** 48:10
**aggregating** 68:7 68:11
**ago** 50:2 120:21
**agree** 20:3 67:24 69:20 72:5,9 79:22 95:16 97:22 98:15,24 102:6 114:16 154:4 163:7
**agreed** 122:23 156:7 185:7 217:17
**agreement** 18:19 21:13 34:22 156:16
**agricultural** 29:19 114:21 116:8 152:1 179:8
**agriculturally** 48:23
**agriculturally-re...** 182:19
**Agriculture** 182:5

**Agri-Mark** 6:17 8:6 173:16 185:16
**Ah** 52:11
**ahead** 12:4 36:10 36:16 48:18 107:19 109:7 126:5 218:24
**Ahern** 3:7 5:3,9 7:15,15 9:1,13,23 10:11,16 12:4,6,8 12:19,23 13:6,11 14:23 20:7 22:3 22:12 26:3 27:1 28:13,17,20,24 29:4,11,18 31:15 32:12,18 34:1,5 34:16,20 35:2,5 35:15,19,23 36:1 36:4,12 37:14,24 46:5,19 47:23 51:20 52:5,12 55:18 56:11 62:4 62:7,17 64:4,15 66:22 67:4 69:5 70:2,14 74:21 76:12 77:16,24 80:2 81:24 92:8 93:20 96:2,5,8,13 96:21 97:15 98:3 98:21 99:7 100:13 102:11 103:16 106:5 107:24 108:9 110:15,22 111:19 113:3 114:2 116:2,14 118:15 119:1,13 120:19 122:5 124:12,14 125:1 126:1,3 128:16 129:17 133:3 134:4 135:2,21 137:19,23 138:24 139:7 141:12 142:6 143:4,12 144:9,24 148:18 150:3 151:4 154:7 154:22 155:4,22

156:10,20 157:7 158:1,11 159:14 161:19 162:23 163:6 166:12 173:12 174:21 177:9,23 180:17 183:13 185:21 186:24 188:3 189:17,21 190:1 191:20,22,23 192:14,19 193:11 193:16 194:20,24 195:12,21 196:5 196:11,16,20,22 196:23 197:4,13 197:21,23,24 198:8,11,18 199:7 199:11,19 200:3,5 200:14,21 201:3,5 201:6,13,17 202:8 202:14,19 203:2 203:10,18 204:2 204:10,18 205:1,9 206:1,15,20 208:24 209:8 210:11,20 211:14 212:7,13,17,20,24 213:5,7,11,21 214:17,23 215:6 215:14,22 216:3 216:12 217:18,23 218:13,16 219:19 220:5,17 221:5,10 221:22 222:3,5,6 222:12 223:17 224:2,5,6,14,19 225:16,24 226:3 226:10,18,23 227:12,16,20 228:16 229:14 230:1,8,10,11,15 230:22,24 231:7 231:11,18,22 232:1,7,9,12
**air** 146:15 164:13
**akin** 69:2
**al** 1:10 7:3,4 158:22

228:9 234:8
**alfalfa** 59:17 85:16
**align** 55:1
**alleged** 32:11
**allocated** 21:1
**allow** 132:22
  225:11
**allowed** 230:22
  231:3,16
**allows** 16:9
**alternative** 75:3,4,8
  75:8,23,24 94:7
  95:7,8 137:2
  165:23 179:16
  199:17
**alternatively** 56:20
**alternatives** 117:20
  158:23
**America** 6:9 8:1
**American** 114:21
  116:7
**amount** 17:14
  20:21 21:4 23:19
  71:23 85:1 87:23
  97:20 107:11
  110:20 111:14,17
  141:22 156:6
  173:9 178:16
**amounts** 66:12
  104:23
**analyses** 10:13
  75:17 76:10,14
  77:7 78:21 79:14
  79:20 220:12
**analysis** 43:9 57:8
  57:19 59:7 61:10
  67:8,12 76:6,15
  77:10,14 78:10,19
  78:24 79:7,23,24
  80:4,4,5,10,18,21
  81:9,11,14,21
  82:9,11 90:24
  93:11,14 99:12
  119:22 133:20
  134:2,9 146:22
  166:3 176:16
  178:7,11 215:23

216:3,14 217:17
  217:19 218:5,14
  218:22 219:16,21
  219:24 220:12,13
  221:24 222:7,13
  222:15,22
**analysts** 11:16
**Analytics** 6:20,21
  7:19,21
**analyze** 218:6
**analyzed** 87:1
**analyzing** 47:21
**ancient** 30:17
**Andrew** 3:13
**and/or** 10:22
  234:16
**animal** 87:23,24
**animals** 85:14
**announcement** 4:5
  160:6
**announcements**
  157:11,12,18
**annual** 74:6 91:13
  91:15,19 165:20
  180:9 199:2
  215:10,10 220:21
  221:10
**annually** 67:18
  180:1
**anomalous** 175:8
**answer** 15:1 18:13
  29:5 39:1 40:4
  45:2 57:22 124:12
  124:15 132:23
  154:4 207:19
  209:1 231:20,23
  232:5
**answered** 45:9 46:6
  145:1 166:13
  170:1
**anticipated** 102:23
**anticipation** 103:7
**anticompetitive**
  224:20
**antipathetical**
  71:21
**antitrust** 30:3

**anyone's** 141:1
**anyway** 36:11,16
  97:1 101:17
  102:10 103:13
  104:9 167:18
  172:4 173:4
  220:24
**apart** 20:19 21:7,12
**Apologies** 167:1
**apologize** 114:13
  194:7
**apparatus** 41:23
**apparent** 12:2
**apparently** 180:9
**appealing** 75:5
**appear** 10:2 20:21
  48:20 135:14
**appearance** 7:18
**appeared** 5:10,19
  6:8,16 147:5,6
  184:24
**appearing** 146:11
**appears** 28:1 59:3
**appendices** 74:24
  75:11
**application** 23:1
**applied** 48:24
  81:16 116:11
  217:16
**apply** 47:13 142:20
**applying** 178:4
**approach** 48:15
  66:1 76:6 95:12
  188:5 217:16
  222:22
**approaching** 23:19
**appropriate** 80:9,9
  80:24 118:12
  144:13,22 146:17
  146:18 148:22
  168:15 179:20
  193:9
**appropriateness**
  79:23
**approximately** 7:9
  11:11 97:19 98:1
  99:5 160:19 162:6

207:5 228:18
**approximation**
  209:11,12
**area** 17:1 44:9,20
  71:19 78:6
**areas** 153:4 156:8
  168:4
**argue** 133:6
**argued** 199:17
**arises** 145:19
**arrangement**
  185:11
**arrive** 57:8 110:3
  139:22
**art** 141:14
**article** 4:9 210:21
  211:2 212:10,14
  212:18 213:1
  226:3 227:17,22
  228:20
**articles** 48:11
**article's** 227:22
**articulated** 78:22
**artisanal** 183:24
**aside** 99:15 193:24
  194:2 205:1
  215:15 220:18,18
**asked** 28:22 29:2
  29:15 46:5 51:22
  145:1 163:24
  166:12 192:19,20
  192:22 194:13
  197:8 199:8,19
  203:2 204:18
  205:10 211:15
  213:1 214:4,7
  215:17,23 219:12
  219:15,20 220:17
  220:20 221:23
**asking** 22:8 32:15
  35:10 36:13
  108:17 135:10
  195:7
**asks** 71:11
**aspect** 18:17 23:9
**assembled** 39:5,23
  51:18

**assembly** 22:7 46:7
  46:22 52:15 53:15
  53:15 86:15 91:5
  216:21
**assessment** 98:16
  117:18 223:7
**assignment** 21:18
  234:2
**associated** 15:6,17
  49:24 50:20 147:2
  151:9 187:24
**ASSOCIATES** 5:3
**association** 7:12
**assume** 28:12
  97:10 106:20
  109:13 110:1
  124:17,18
**assumed** 104:23
  207:7
**Assumes** 135:21
  143:4 144:9,24
  148:18
**assuming** 64:7
  99:18 105:7,11
  107:12,14,20
  141:3 165:11
  177:11 204:20
**assumption** 26:1
  30:5 108:2,11
  110:4
**assumptions** 28:23
  29:1,3,6,9,16
  30:19 31:12,13,16
  31:23 98:6 104:18
  104:20 109:10
**Atlanta** 175:17,23
**Atlantic** 6:11
**attached** 71:12
  75:15 96:16
**attempt** 15:13
  86:17 218:19
  223:22
**attempted** 15:12
  48:2
**attempting** 194:9
**attempts** 58:19
**attention** 90:6

115:13 206:21
**attorney** 231:8
**author** 72:14 73:4
  73:7 74:1,19
  75:24 116:16
  218:11
**authors** 4:13 48:5
  48:11 73:4 74:2
  116:4,10,16
**author's** 74:20 75:6
**automatic** 112:8
**availability** 91:1
**available** 48:7,8
  67:17 73:14 74:18
  85:5 96:4 117:20
  139:13,24 140:5
  143:1,1,8 147:17
  150:21
**Avenue** 2:11 5:5,13
  6:3
**average** 15:22
  42:14 43:2 86:11
  95:10 99:19 102:8
  102:10 123:8,11
  123:20 124:21
  136:7,18 171:19
**avoid** 148:16
**aware** 12:1 42:8
  147:8 148:21
  150:24 151:7,12
  152:7 155:17,19
  156:5,11,14
  157:17,21 158:8
  169:5,6,6 199:20
  199:23 213:5
**awhile** 65:18 82:6
**axis** 216:11,11
  220:15,16
**A.M** 2:12 7:9 45:11
  45:17 82:19 83:1

**B**

**B** 3:9 176:6
**back** 19:17 45:17
  72:2 82:2 83:1
  107:21 111:23
  113:19 119:15

122:9,24 125:11
139:14 158:14
159:8,9 166:22
185:9 186:4
191:17 201:19
211:16,22,23
213:19 217:1
226:8
**background**
  223:11
**backup** 96:18
  131:21 186:8
  188:10 190:2
**bad** 19:17
**Baker** 6:2 7:24
**Balagtas** 3:24
  114:19 116:4
  117:12,24 118:7
  118:11,13 119:19
  120:3,18,22 122:1
  210:21
**Baltimore** 174:19
  174:22 176:17
  177:3,6,17 195:3
**bands** 133:11 161:8
  163:15
**bar** 66:3,4
**barns** 84:8 85:2,14
**barrier** 175:20
**bars** 62:18,20
  64:21 65:2,3,4,7
  65:13 66:7,8 69:2
**base** 152:7 153:15
**based** 22:1 25:24
  31:12 40:9 64:12
  68:18 76:10 77:19
  80:17 140:7,8
  147:14 157:4
  166:9 180:10
**baseline-related**
  214:19
**bases** 10:7
**basic** 23:5 60:18
**basically** 169:3
  217:5
**basis** 8:24 44:3
  48:9,9 49:3 67:18

71:2 87:24 141:24
166:16 226:24
228:12
**batted** 219:1
**bearing** 177:7
**bedevil** 58:2
**before-and-after**
  217:16
**beg** 20:13
**began** 158:10
**beginning** 45:15
  82:23 125:9
  145:13 152:19,23
  186:2 221:16
**begins** 228:4
**behalf** 3:15 5:10,19
  6:8,16 7:15,23 8:1
  8:5
**behavior** 4:11
  140:24
**Behaviors** 227:23
**believe** 9:2 53:22
  58:24 67:17 68:13
  68:14,16 69:9
  90:23 92:20 95:4
  95:14 96:17
  103:19 108:20
  113:22 123:18
  131:22 165:17,22
  165:24 167:7,7
  179:22 180:2
  183:22 192:18
  197:13 199:22
  202:5 207:7
  208:20 211:9
  219:23 221:17
  226:14 228:17
**believed** 44:4
**Ben** 12:8 189:21
  200:3 212:17
**benchmark** 13:4,9
  15:14 139:15,15
  201:20 221:6,15
  221:21
**benefits** 23:13
**Benjamin** 5:18
  7:22 8:15

**Berkeley** 81:14
**best** 13:15 49:20
  57:8,9,11 58:18
  61:4,8 77:11
  105:23 116:20
  124:3,19 158:18
  158:24 182:14
  187:16
**betas** 133:21
**better** 17:19 21:9
  73:14 74:17 117:1
  117:19 182:3
  195:20 199:1
**beverage** 177:15
**beyond** 13:6 14:23
  25:7,7 32:19
  51:21 52:5 69:17
  126:4 133:3
  137:19 139:7
  158:16
**biased** 57:3
**bidding** 78:5 79:3
  174:11
**big** 21:1 29:24 99:4
  146:4 164:23
**billing** 147:6
**billings** 140:7,7
  141:4
**binary** 188:24
**biology** 129:18
**birth** 92:7
**bit** 14:8 86:13
  123:17 138:13
  141:13 144:2
  167:11 190:21
  221:23
**BI-LO** 1:6 234:4
**BJD** 1:9 7:6 234:7
**blend** 28:3 33:7,12
  33:18 34:9
**Bless** 149:14 178:9
**blindly** 140:22
**blue** 64:21 65:3,4,7
  65:13 66:7 69:2
**board** 147:19
**Boston** 175:4
**bother** 72:18

**bottom** 105:19
  115:14 171:10
  186:16 188:11
  189:24 211:4,21
  214:20
**bottoms** 190:14
**boundaries** 16:24
**boy** 112:11
**break** 45:10 82:15
  124:11,23 125:1,2
  185:20 191:9
  213:12 225:24
  230:18,19
**breakdown** 177:1
**breaks** 230:21
  232:6
**bred** 100:1,1,4,21
  101:12,13,18,23
**briefly** 21:12
**bring** 27:14 174:1
  219:2
**broke** 156:15
**broken** 41:21
**brought** 80:22
  211:22,23
**Brown** 58:15,19
  59:19 60:23 61:16
  63:1,21 64:2,12
  65:5,20 67:1
**Brown's** 57:20 59:1
  60:20 61:13,24
  62:24,24 63:4,10
  63:11,13 64:23
  65:8,14,21,22,24
  66:2,9,16 67:8,11
  67:14 68:6,10,20
  69:8,8,12,15,24
  70:5,10 221:23
  222:7,9,13 223:9
**Bryan** 4:2
**built** 41:2 42:4 68:7
  68:11 91:14
  108:11
**bulk** 138:23 139:5
**bullies** 19:8
**bullying** 19:9
**Bureau** 181:4

buried 154:3
business 59:9 60:12
    60:15 140:24
    150:11
businesses 91:9
butter 33:5 167:22
    168:4,15,19
    169:16 190:11
but-for 21:21,24
    22:10,22 23:18,21
    23:23 25:24 31:14
    37:8 103:11
    139:16
buy 86:4 94:6
    152:5 183:20
buyers 18:5 23:15
    28:8 32:6 33:8
    46:9 143:2
buyer's 142:18
buying 85:23 93:21
bwaldin@eimers...
    5:17

_____
          C
_____
C 6:15 98:13 176:7
calculate 81:23
    130:17 197:17
calculates 197:21
    197:22
calculating 63:9
    80:21 209:14
calculation 108:13
    108:23 144:23
    163:4 193:3
    205:10,18 206:2,5
    209:9 210:14
calculations 186:22
calculation.xlsx 4:7
    186:17
calculator 106:6
    108:16 109:6
calendar 90:17
calf 93:21 203:6
California 168:9
call 27:9,9 28:14
    35:11 41:11 42:15
    57:24 73:5 88:4

115:13 118:4
180:20 184:23
called 2:4 8:10 31:1
    41:9 42:17 48:16
    53:5 133:14 156:2
    163:11 171:15
    175:11 180:24
    181:9 185:1
    188:11,19 190:7
calling 161:24
calls 29:12
calve 90:21
calves 86:4 94:6
    99:20 100:11,14
    137:7,13
camel's 217:1
cancel 109:1,3
capable 49:19
capacity 16:2 41:23
    42:22 85:13,19
    86:8,11,13,20,22
    87:1,19 142:11,12
capital 42:13 85:7
Capper-Volstead
    22:20 23:2 26:8
    27:12 29:21 30:4
    30:16,20
captioned 234:14
captured 77:2
capturing 158:19
care 76:1
career 11:1
careful 59:19 71:20
    88:1 116:17
carefully 90:11
cargo 146:15
    164:13
Carl 6:19 7:17
Carrión 7:12
CARRIÓN 1:23
    2:8 6:23 233:3
carry 19:21
cartel 11:7 13:16
    14:13 15:4,6,8,10
    15:18,22 16:4,10
    16:15 17:8,19
    18:18,19 19:1,1,3

19:7,11,15 20:1
20:18,23 21:6,11
217:3
cartelists 18:4
cartels 11:1,5,11,17
    11:23 14:2,19,20
    16:22 20:2,4,9,20
    146:14 164:2,3,8
case 1:7 7:6,18 8:18
    14:10 15:7 21:18
    22:24 24:4 25:3,9
    26:13 27:8 28:12
    30:8 32:11,13,16
    34:3,21 61:13
    70:18 75:22 77:15
    80:17,22 81:1,8
    81:15,23 82:10
    84:7 87:2 89:3
    91:17 96:3,6,15
    113:14 130:18
    133:8 134:15
    146:20 151:23
    156:22 157:4
    164:13 173:19
    177:2,8 181:3
    191:24 202:13
    215:18 216:12,13
    218:6,17 234:5
cases 13:14 49:21
    55:23 56:1 71:13
    76:9 77:12 136:5
    173:10 185:11
cast 137:3
category 145:10
    148:6 164:22
cattle 100:16
cause 135:7,13
    164:11 175:2
caused 37:12
    104:23 134:20
    136:4 155:3
    159:12 197:10
causes 41:1
causing 155:15
caveat 82:10
ceased 231:3
Census 181:4

center 153:3
central 136:10
cents 123:14,16,17
    123:21 124:4
    144:7 146:4 147:9
    147:10,10,13
    148:4,14 156:8
    160:16,24 166:9
century 171:16
certain 10:18 24:14
    71:23 89:14 97:5
    115:7 131:15
    149:2 159:20
    175:9 176:16
    185:10 186:10,20
    188:13 189:6
    193:14 227:5
certainly 16:7 17:7
    19:3 28:15 29:13
    48:8 70:16 78:15
    140:17 152:22
    202:12 215:1
    222:14
Certificate 6:24
    233:24
certification 81:4
    81:12,22 233:1
certified 2:9 7:11
    218:21 233:4
certify 233:5
cetera 141:18
    153:17,17
ceteris 107:22
    129:12
chains 149:11,22
    150:5 151:10
change 9:9 23:14
    41:1 44:24 76:21
    77:22 85:18 88:15
    95:6 100:23
    102:24 106:12,13
    106:14,15,18,19
    153:17 154:16
    155:18 161:8
    162:10,13 163:18
    165:19 181:2
    187:6,7 205:19,20

207:4,5 208:2,17
235:2,4,5,7,8,10
235:11,13,14,16
235:17,19,20,22
236:2,4,5,7,8,10
236:11,13,14,16
236:17,19,20,22
changed 119:11,16
    180:1
changeover 151:21
changes 37:17 38:6
    40:13,23 48:4
    53:6 54:3 62:23
    63:5,6 64:11 68:7
    68:12 72:19 73:1
    84:17,17 85:6
    88:10 106:1 135:8
    163:13,16 166:8
    166:15 180:10
    181:1 199:2 210:5
    210:5 216:20
    217:6 234:16,19
changing 53:7,8
    134:6 187:20
characteristic 20:4
characteristics
    14:20 18:24
    119:17
characterization
    13:5 212:9
characterize 22:9
charge 40:16
    146:13 148:16
    156:8,16
charged 157:4
    161:13 201:15
    202:3
Charlotte 175:23
    175:24
chart 64:22 95:23
    97:19 213:22
Chavas 4:14 113:6
    115:18,20 117:13
    117:15 118:2,8,16
    118:19 120:3
    121:17,18 212:10
    212:14

cheaper 153:23,24
cheat 21:1
cheaters 19:23
cheating 19:13,14
  19:23 20:19,21
  21:5
check 75:13,17
  124:7,9
checklists 17:14
cheese 33:5 43:10
  45:3,5,7 151:19
  167:22 168:4,10
  168:15,19 169:16
  183:17 189:7,8,10
  189:11,12,13,14
  189:19,19,19,19
  190:9,10,10,17,17
  190:24,24
cheeses 183:18,21
  183:24 191:1
Chen 115:21,21
  228:9
Chicago 2:11 5:6
  5:14 7:8 233:21
children 44:1
choice 144:21
  182:16
choices 94:1 159:3
choose 71:20
  141:10 142:4
  154:1 182:18
choosing 71:23
chopped 190:19
chose 54:11 117:1
  118:6,10 121:7
  144:4
chosen 75:10 174:8
chunks 189:12
citation 49:8 150:1
citations 90:3
cite 12:11 13:14
  46:14 97:23 113:1
  114:24 115:2
  117:24 120:7,15
  121:24 194:22
cited 115:12 116:16
  117:13 121:8

122:2
cites 157:11
cities 44:12 81:4
  168:24 174:6,8,10
  174:17,23 176:1,4
  176:16,23 195:7
  196:24 217:6
citing 114:18
  117:12 222:23
city 51:15 176:6,6,7
  196:17
city-by-city 44:3
civil 2:6 181:23
claim 174:14
claimed 63:5
claiming 138:7
clarification 68:9
  105:8 128:22
clarify 26:19 64:9
class 81:4,12,22
  123:9,20 126:9,9
  126:9,10,16,20
  127:7,16,16,22,22
  128:2,9,12,21
  129:2,7,8,10
  130:1 131:22
  132:2 134:15
  167:4,4,9,9,16,16
  168:3,13,13,13
  169:7,8,11,11
  174:3 177:10,12
  177:12 178:2,3,4
  178:4,14,22,22,22
  178:22 179:1,2
  182:23,24 183:9
  183:11,11 184:4,5
  189:6 190:12,12
  218:21
classes 127:11
  128:3 129:5
  131:20 169:20
  178:11,13
class-wide 217:20
clear 14:8 17:23
  18:5,5 25:24
  58:24 180:8 187:3
  187:10 208:1

225:13
clearing 111:24
clearly 62:9 190:1
  207:19 209:18
  216:20
clients 53:16
close 16:4,7 35:9
  41:23 55:22 86:10
  103:17 113:14
  118:17 159:3
  164:9 170:5
  174:18 175:18
  177:17 204:7
  207:19 209:12
  221:3
closed 96:15
closely 15:5 169:21
  170:3
closer 14:5 177:6
  195:7 196:24
clumsy 23:12
clustered 153:1
CLVS 6:22
coached 231:18
coaching 231:16
Coast 152:13,14
Code 190:15
coded 189:7 190:7
  190:11,13 191:4
coding 189:15
coefficient 51:11
  87:15 127:2,7
  131:1 132:6
  170:10,20 172:14
  225:20
coefficients 31:17
  31:18 55:1 57:9
  57:14,18 126:10
  130:14,21 131:8
  133:21 134:10
  170:13
coincided 149:9,20
collinearity 58:7
collude 11:23
collusion 14:3,4,14
  14:15 15:3 17:18
  18:2,9 24:6 25:4

25:19,20 26:1,6
  165:6,12 200:13
  225:3,7
collusive 23:23
  26:13 124:22
  139:17 146:11,20
  156:13 165:3,16
  217:7,8 218:3
  221:18,20 225:11
  225:12,17
column 91:18
  95:21 104:7,10,12
  104:24 123:2
  130:10 160:11,16
  162:6,14 174:9
  187:8,8 229:9
columns 160:9
  188:19
com 141:2
come 33:7 116:12
  120:7 138:22
  180:9 187:5
comes 16:4,6 139:4
comfort 134:17
comfortable
  187:13
coming 21:14
  145:22,23 180:16
  183:17
comment 80:24
  92:19
comments 72:4
  73:3
commercial 99:17
  102:7
committee 61:21
commodities 33:4
  43:13 59:22 60:2
  127:20
commodity-speci...
  59:10
common 12:23
  22:18 26:9,21,23
  27:6,12 61:8
  156:2 170:23
commonly 61:9
  179:9

communications
  155:8
community 60:14
compact 175:10
companies 25:8
company 147:23
compare 21:24
  65:14 139:17
  154:13
compared 26:16
  33:9 34:15 36:20
  63:21 64:13 65:7
  66:9 77:22 78:5
  169:17
compares 65:24
  70:8
comparing 13:10
  22:21,22 61:23
  79:17
comparison 21:19
  23:10
comparisons 13:13
competition 19:18
  145:8
competitive 13:4
  13:18,19,21,21,23
  14:2,9,10 15:14
  22:16 23:13,22
  25:21 26:15 27:23
  38:8 145:8 157:24
  164:5 199:21
  200:7,13,22 201:2
  201:7 224:23
  225:9,14
competitively 24:5
  25:4,10,18
complete 8:22
  82:11 151:22
  179:21
completely 23:21
  146:19 166:6
  172:11 173:10
  207:17 218:11
complicated 76:1,2
  77:8 80:8
component 32:5,7
  161:2,7,13 222:11

components 200:12
composition 44:12
    44:13,19
comprehensive
    116:23 180:3
comprised 43:24
compute 88:1
conceivably 222:10
concentrated 168:5
    169:11
concept 174:15
    194:16,21
concepts 140:23
concerned 165:4
    227:10
concerning 103:7
conclude 77:19
    92:17 122:1,12
    223:12
conclusion 9:15
    29:12 78:13
    165:10 233:16
conclusions 76:10
    77:14 219:22
    222:16
conclusory 80:19
condensing 73:8
condition 15:17
    16:6,7,8 165:5
conditions 15:2
    17:6 18:20,21
    25:6 39:13 58:1
    164:6 165:1,4
    200:13
conduct 28:12 29:9
    30:7 31:14 119:22
    224:3,6,20,23
confer 191:9
confidence 55:15
    56:6,13,17,18,24
    132:9,16 133:5,8
    133:9,10
confident 51:17
    199:4
confirm 36:17
    61:14
confirmed 137:1

confirming 34:12
Congress 61:10
Congressional
    29:22
connected 59:24
    151:15 166:10
Connecticut 6:12
connection 51:23
    155:10 194:16,20
Connor 1:16 2:4
    3:5,12 7:2 8:9,14
    10:24 45:16,18
    70:21 82:24 83:2
    97:2 125:10,12
    186:3,5 191:7,23
    213:21 226:10
    230:18 234:24
    235:24 236:24
Connor's 96:19
consequences
    100:20
conservative
    136:24
consider 38:1,3
    84:17 122:6 124:3
    135:15 138:21
    139:3,12,18
    171:14
considerable
    154:16
considerably 76:2
considered 33:2
    66:5 75:23,24
    98:24 112:24
    114:10 118:13
    119:24 170:14
    179:15 189:14
    193:5,8 198:23
considering 9:14
    77:8 87:15
considers 179:16
consistent 57:5
    66:19 67:1 122:14
    128:14 134:23
    143:15 191:4
constancy 216:24
constant 98:7

    217:14 221:12
consternated
    207:18
construct 47:19
    48:14
constructing 51:1
consumed 167:21
consumer 17:12
    53:6,14,21 153:11
consumers 23:15
    43:19,23 52:18,19
    80:23 153:6
consumer-driven
    53:18
consumer-related
    53:3,3
consumption 49:22
contacts 71:10
contain 74:24
    150:23 223:14
contained 9:10,22
    213:7
containing 90:14
contains 67:11 90:2
    160:7 223:22
contemporaneous
    105:7,11,15
    109:18
context 79:24 80:3
    86:14 101:2 142:9
continue 19:13
    51:20
continued 6:1
    102:17
continues 137:12
contract 21:9 38:17
    184:15,18,23,24
    185:2,17
contracted 38:9,21
contracts 184:11
    184:12
contradicts 151:1
contrary 10:20
    76:6 200:15,19
contrast 25:11
control 15:3,7,18
    25:7 26:14 30:10

    30:13,21 31:22
    38:11,12,14 57:24
    58:4,4,13 198:19
    199:3,11 224:22
    224:23 225:4
controlled 166:16
controlling 30:15
controls 15:22
    26:17 78:11,12
    166:17
conversations
    28:21 185:13
conversion 112:8
convert 153:4
    216:18
convinced 102:21
    179:19 180:12
cooled 40:7
cooling 41:23 85:1
cooperative 27:7
cooperatives 22:23
    27:8,14,24 28:6
    30:15
copy 113:20,24
    212:17 213:13
    226:11
corn 18:2 59:7,16
Cornell 49:11
corner 115:15
corporate 198:12
    202:1
correct 8:19 9:2,5
    9:11,19,20 10:5
    11:2 20:6 21:22
    26:2 32:3 33:22
    36:21 37:5,9,10
    37:23 45:21,22
    46:1,12 47:5,22
    52:4 55:3,4,10,17
    56:2 57:4 58:17
    58:20,23 59:2
    62:16 63:15,19,23
    63:24 64:3,14
    65:1,17 66:6,10
    66:17,21 67:3,9
    67:12,19 68:4,5,8
    68:12,14,23 69:3

    70:1,5,13,22 71:5
    76:7 77:15 78:11
    79:20 83:5,13,23
    84:3 87:8,9 88:17
    89:22 90:18,19,22
    90:23 91:20 92:2
    92:7 93:7,12,16
    93:19 95:18 97:21
    97:22 98:2,20
    99:22 100:2
    102:10 104:2,14
    104:24 105:13,14
    105:18,20 106:4,7
    106:10,24 107:5
    107:13,23 108:8
    109:19 110:3,10
    110:14,21 111:8
    111:18 112:11
    113:2,6,11 114:22
    116:8,13,24 117:9
    117:10,14 118:9
    118:14,21,24
    119:3,20,23 120:5
    120:6,9 121:5
    122:15,20 123:3,4
    123:22 124:1,1
    125:21 126:12,18
    126:22 127:3,9,10
    127:14,18,19
    128:6,8,10,12
    129:4,10,16
    131:22 132:7,13
    132:18 137:8,9,13
    137:17,22 138:5
    141:8 142:21
    149:23 150:2
    156:3,9 157:6
    160:7,13,18 161:3
    161:4,8,9,14,15
    162:3,7,11,13,18
    162:21 166:11
    167:6,7 172:21
    173:11 174:5,9,15
    177:22 178:2,23
    179:10,11 180:13
    180:13,16 184:15
    185:19 188:21,24

189:11 194:17,22
194:24 195:1
197:7,15,16
198:13 199:5
200:1,7,16,23
202:9 203:13
206:3,17,18
207:23 210:17
211:3,11 214:5
215:3,8 217:23
218:6 220:2,9
221:24 223:23
224:16,20 230:12
230:14 232:11
**corrections** 234:16
**correctly** 186:7
**correlate** 171:8,10
171:21
**correlated** 55:8
78:7,18 168:23
169:21 170:3,15
172:6 175:3
**correlation** 75:17
168:24 170:4,10
170:12,20,24
171:2,11 172:14
178:21 195:8,15
196:1,3,4,15
**correlations** 79:9
79:10,15,16,19
171:6,7,7,18,24
174:3 175:11
176:5 178:3 179:1
196:8,19
**corresponding**
104:11 163:18
**correspondingly**
108:4
**cost** 23:7 41:8 43:2
50:19 86:23 87:21
145:10 146:8
147:18 160:6,11
160:15 161:23
163:23 216:20
**costly** 42:14
**costs** 42:14,18,23
50:18,20 54:4,7,9

86:18 146:6,18
147:2 154:20,24
155:1 158:19
165:7 217:9
**cost-plus** 184:12,18
184:23 185:2,16
**cost-related** 205:8
**cottage** 190:24
**cotton** 59:8
**could've** 183:11
**counsel** 7:14 28:10
231:7 232:10
**count** 36:3 90:14
94:13
**counted** 101:19
**country** 15:12
27:17 78:5,9 79:5
79:18 149:12,23
151:11 153:3,4
204:4,5,5
**couple** 127:24
158:22
**course** 50:5 51:9
57:17 83:19 87:10
89:3 91:8 101:16
106:4 130:19
139:11 141:22
205:14 209:11
219:8
**court** 1:1 7:4,12 8:2
12:16 24:12 35:11
68:9 89:12 95:22
105:8 115:6
128:22 131:13
148:24 159:19
186:6,19 188:9
192:22 193:13
**Courtney** 115:21
**courts** 2:6 217:17
**covered** 71:19
158:15 231:8
**cow** 90:20 92:4
93:18,19 135:16
135:17,19 136:11
137:6,10,11,12
203:4,6,6,11,23
204:2,9,11,12

229:18,18
**cows** 85:3,9 86:9
90:17 91:18,20
92:1,13,16 94:14
94:19,20,21 95:6
95:8,14,17 97:12
97:19,20,24 98:1
98:19 100:22
101:11,19 102:8
103:13 104:9
125:20 126:7,13
129:23 132:5,15
132:20 133:11,14
133:14 134:10,21
135:6 187:17
215:7 220:22,23
221:11
**cows-removed**
126:11
**Cox** 115:20
**co-op** 38:10,15 48:8
48:8 103:9 140:18
**co-ops** 22:14 30:20
39:9 42:21 47:9
48:3 216:22
**craftsmanship**
54:16
**cream** 33:5 190:23
190:23,23
**create** 57:3
**credible** 136:3
**credit** 141:7,11,20
141:23 142:17
143:22,23 144:5
145:9 146:2
**crediting** 145:5
**credits** 139:24
140:2,5,15 141:6
141:16,17 142:19
142:20 143:1,2,8
143:10,14 145:6,7
147:1,7,11,15,17
148:3
**criteria** 146:23
147:3
**critical** 73:3 179:14
**criticism** 179:18

**criticisms** 72:13
**criticize** 76:4
**criticizing** 77:9
**critiques** 90:3
**crop** 85:16
**cross-sectional**
48:14,16
**CRR** 1:23 2:8 6:23
233:3
**crude** 76:5 163:12
163:13 164:17
218:18
**Crusoe's** 177:18
**crystal** 208:1
**CSR** 1:23 2:8,8
6:23 233:3
**culled** 90:17 91:19
91:20 92:1 95:15
99:18 102:7
103:13,14 104:9
137:11
**culling** 99:19
102:17,18,24
220:21 221:10,17
221:20
**current** 126:7,19
126:22 127:18
129:8,21 130:21
136:6,11
**curve** 38:12,13,19
39:2,2,4,20 40:2,3
40:6,8,17 43:1,2
44:24 54:2,7
210:7,7
**curves** 38:17 42:19
210:6
**customer** 140:4
141:10,17 142:3
142:10 144:4,20
148:9,13,15 152:7
152:17 153:15
156:19 164:23
**customers** 23:8
39:10 40:8 53:16
140:13,14 142:8
145:11 146:19
150:12 152:4,18

155:19 164:4,15
164:19 183:22
**CV** 71:6
**CWT** 21:20 26:15
26:18 37:3 58:4
58:16 61:17,20,21
62:1 63:12,14,22
64:7,13,14,23
65:1,8,15,16,23
66:10,17 67:2
70:12 91:1,19
92:4 95:15 98:13
98:20 100:1,15,16
100:23 102:15,21
104:6,7,7,19
139:17 155:8
160:12 223:1,5
224:23 225:3
**C.S.R** 6:24 233:24

_____

**D**

**D** 3:1
**daily** 87:24
**dairy** 3:18,21 4:12
6:9 8:1 28:6 33:4
39:6,7 43:4,7 48:3
49:10,14,22 59:16
59:20 60:3,3,17
66:20 80:23 83:4
83:6 84:7,16
85:12 88:7 91:6,6
91:8 96:1 99:18
101:4 102:7
112:21 114:20
117:3 119:11,14
140:18 167:16
184:21 190:17,20
191:3 198:4 203:3
203:23 204:4,10
204:12 214:2
216:21 220:22
221:11 227:24
229:5
**dairy-intensive**
49:10
**Dallas** 195:13,16
**damage** 4:7 164:11

186:16
**damages** 36:5
  80:21 81:5,5,8,9
  81:19,23 130:17
  134:13 136:22
  138:7,23 139:6
  169:8,9,11 186:20
  186:22 187:7,21
  193:3,9,14 217:21
  218:6,9,9,16
  222:11,15 223:13
  223:13
**damn** 136:20
**Dan** 6:21 7:19
**data** 48:6,17 49:24
  51:13 62:16 63:12
  63:13 65:24 66:2
  66:9 67:11,20,22
  73:14 74:18,20
  75:3,12,13,15
  90:13 91:14,15
  96:12,14,18
  118:23 119:2,5
  120:24 123:9
  131:23 137:21,24
  138:4 139:20
  140:10 141:3
  147:5,17,21
  158:14 163:21,21
  167:14 171:13
  174:14 178:2,14
  179:15,16,19
  180:9,14,14,15,18
  181:21 182:2,9
  184:3 187:5,16
  201:19 214:19
  215:6,11
**date** 114:21 235:23
  236:23
**day** 2:11 170:2
  184:3 233:21
  234:21
**days** 19:17 72:3,11
  174:23 181:23
**day-and-a-half**
  72:11
**DCMA** 156:3,6,15

**dead** 171:16
**deadwood** 182:12
  182:13
**deal** 13:2 29:24
**dealing** 50:12
  121:3,3
**deals** 117:3
**decade** 61:11
**decades** 119:15
**December** 8:19,22
  9:18,22 10:9
  113:21 125:15
  178:19
**decent** 46:21
**decided** 136:23
  153:14 219:2
**decides** 71:16
**deciding** 54:19
  191:10
**decision** 30:9 52:19
  73:23 120:20
  144:12,17 148:2
  148:22,22 150:7
  158:18
**decisions** 19:3
  30:12 53:19
**decision-making**
  40:21 147:21,22
**Declaration** 3:13
  234:11
**declare** 234:12
**decline** 16:19
  130:22
**declines** 16:20
**declining** 131:11
**decomposition**
  67:7 68:2,3
**decrease** 38:4
  109:16
**decreased** 42:10
  110:21 111:18
**decreases** 108:3
**dedicate** 181:22
**dedicated** 49:12
  181:24 182:14
**deduces** 23:5
**deduct** 146:24

**deducting** 146:21
**deep** 73:13
**defend** 27:7
**defendant** 5:19 6:8
  6:16 7:23 8:6
  25:8 137:17
  184:18
**defendants** 1:11
  3:15 22:23 27:7
  35:15 40:11 54:9
  91:9 158:21 167:5
  167:9 184:12
  198:12 202:1
  234:9
**defense** 35:16 36:8
**define** 16:15
**defined** 16:24
  165:21
**definitely** 132:2
  154:13
**definition** 176:10
**definitive** 179:8
**deflated** 216:17
**degree** 13:16 15:3,7
  15:18 22:15,24
**delayed** 127:21
**delicacy** 71:23
**deliver** 39:9
**delivered** 39:5 40:7
  51:18,19 52:9
**delivery** 39:18 41:4
  46:8 159:5
**deltas** 108:24
**delve** 60:21
**demand** 16:8,9,13
  17:5 25:6 38:11
  38:19 39:2,2,4,5,8
  39:13,15,20 40:1
  42:9 43:3,6,10,11
  43:16 44:2,5,6,10
  44:19,23,24 45:3
  45:5,7 46:1 49:8
  49:13 50:9,14
  51:7,18 52:18,21
  52:22,23 53:1,4,5
  53:6,10,11,12,14
  53:15,20,23 58:1

58:20 60:24 61:3
  80:12 83:9,16,17
  83:18,21 84:2
  87:7,11 105:1,3
  109:17 121:1,2
  150:9 151:16
  154:5,19,24 206:8
  207:3,6,10,14
  208:9 209:4,16,17
  209:22 210:4,7
  223:15 224:12,15
**demanding** 152:21
**demonstrations**
  153:12
**denigrate** 181:23
**denominator**
  208:13,15 209:15
  209:22
**departure** 180:22
**depend** 143:20,22
  224:10
**depended** 182:4
**dependent** 46:10
  56:9 80:14 126:14
  163:10 166:1
**depending** 11:13
  40:16,17 112:24
  114:10 115:17
  147:10 155:6
**depends** 79:23
  93:22 94:7 103:4
  103:6
**DEPONENT**
  232:18
**deposition** 1:14 2:3
  7:2,7 10:18 35:7,8
  51:23 81:2 91:4
  114:1 164:1 231:2
  231:14,16,17
  233:8,17 234:1,13
  234:17 235:1
  236:1
**depositions** 2:7
  198:16
**depreciation** 42:13
**derived** 52:23
  53:11,13,18 63:3

63:4 214:9
**describe** 22:11
**described** 37:15
**description** 147:15
  148:3 188:19
**designed** 205:6
**desires** 152:3,18
  153:11
**despite** 128:18,23
**detail** 9:15 47:12
  100:17 101:14
**detailed** 49:21,23
  60:22,22
**details** 68:15 75:1
  98:16
**detect** 19:23 180:22
**detected** 19:14
**determination**
  51:11 83:22
**determine** 167:15
  224:15
**determined** 43:14
**develop** 86:16
**developed** 17:14
  37:23 59:6 62:23
**developing** 33:12
  54:17 74:9 75:2
**development**
  183:15
**DFA** 137:17 139:19
  140:4 147:18
  185:16 216:10
  225:22
**Diane** 6:15 8:5
**dictated** 169:23
**diesel** 50:16,16
  54:3 157:5 158:15
  158:18 159:1,4,7
  159:7,12,15,16
  160:10,18,23
  161:5,10,18,21,22
  162:3,10,24 163:2
  164:17 165:15,19
  166:8,15 199:15
**dif** 144:12
**difference** 64:22
  131:9 153:8

**differences** 131:7
146:9
**different** 60:5
65:10 81:5 121:10
121:15 126:17,21
127:9 130:3,7,9
131:3,6 132:24,24
133:17 136:8,17
145:5,11 146:20
150:22 171:11
187:9 189:10
195:22 207:17
218:10 222:9
229:16 231:5
**differentiated**
14:21
**difficult** 16:15
37:22 144:12
**digits** 132:22
**dimension** 84:3
**diminish** 89:8,10
136:10
**diminishes** 88:22
**diminishing** 129:14
**direct** 72:13 90:6
158:3 185:18
**direction** 29:13
233:12
**directions** 222:20
**directly** 43:3 52:23
72:13 139:9
154:20 166:20
192:13
**discounting** 145:4
**discover** 74:1
165:24
**discovered** 11:16
85:20 146:14
**discovery** 48:18
96:15
**discuss** 211:13
230:21
**discussed** 28:15
45:19 48:3 145:6
170:22 198:24
232:5
**discussing** 184:14

**discussion** 35:14
205:2
**discussions** 232:9
232:14
**dispersions** 137:4
**dissertations** 166:2
**distance** 172:3
**distinct** 46:17
**distinction** 128:1
191:2
**distinguish** 59:4
**distributing** 158:20
**District** 1:1,2 2:6
7:4,5 231:1,23
232:1
**divide** 208:14
**divided** 84:4
106:18 207:6
**Division** 1:3 7:5
**doctrine** 35:17 36:7
**document** 4:6,8
24:14 89:14 97:5
115:7 131:15
149:2 159:19,20
160:1 182:10
186:8,10 188:13
192:4 214:5 227:5
**documented**
164:13
**documents** 138:22
139:4 198:17
**doing** 11:24 13:13
36:18 76:14 99:12
108:10 112:8
133:19 170:1
181:3 217:11
218:21
**dollars** 112:1,3,6
**double** 220:12
**doubling** 223:6
**doubt** 180:15
**doubtless** 172:5,5
**downward** 38:17
38:19 69:21 84:10
145:16,24
**dozens** 217:6
**dpolletta@good...**

6:14
**Dr** 7:2 8:14 9:8,9
10:24 24:3,24
45:16,18 57:20
58:15,19 59:1,19
60:20,23 61:13,16
61:24 62:14,21,24
62:24 63:1,3,4,9
63:10,11,13,16,21
64:2,12,23 65:5,8
65:14,20,21,22,24
66:1,2,9,16 67:1,7
67:8,11,14 68:2,6
68:10,20 69:8,8
69:12,15,24 70:3
70:4,5,10,21 76:5
76:19,19 81:9,18
82:24 83:2 89:19
89:21 90:1 95:11
96:19,19 97:2
125:10,12 149:1
151:1 156:24
157:3,8,10 179:14
179:18 186:3,5
191:7,23 213:21
221:23 222:7,9,13
223:9 226:10,11
230:18
**draw** 77:14 206:21
**drawing** 178:3
**drew** 78:13 219:21
**driven** 157:5
**driver** 44:19
**drivers** 43:16 50:14
51:17
**drop** 170:24 171:1
**dropped** 54:14
**dry** 168:4
**dubious** 191:2
**due** 54:3,4 135:6
172:21 193:9
203:4 224:19
**duly** 8:7,10 233:7
**dynamics** 218:19
**D.C** 6:4 49:17
175:1 195:3

**E**

**E** 1:23 2:8 3:1,3,9
5:18 6:23 233:3
**earlier** 10:19 70:20
81:18 88:5,6
123:5 147:13
164:1 173:19
198:24 202:6
**earliest** 151:18
**early** 34:21 78:18
152:11,12 153:23
**easily** 51:7 136:21
**East** 152:14
**eastern** 169:4
**easy** 193:1
**econ** 60:14
**econometric**
115:18 166:18
218:22 222:17
**econometrician**
81:13
**economic** 3:16 23:5
49:18 51:4 55:2
76:7 95:23 214:18
**economically** 142:3
148:13
**economics** 13:24
20:22 38:20 42:17
77:11 106:9
114:22 116:8
163:12 185:1
210:9
**economist** 29:19
30:3 77:6 152:1
163:20 218:10
**economists** 11:19
60:14 103:5
140:21 163:8
170:24 177:19
179:10 218:23
**economy** 23:5,10
**edition** 11:14
**editor** 71:10,16
72:16 73:3,21,23
**editorial** 11:22
**Editors** 71:20
**Edwards** 30:9 81:1

81:8,22 82:7
173:20,23 215:18
216:12,13,15
217:19
**effect** 44:14 54:13
55:10 65:9 67:2
88:18,20,22 89:8
104:22 105:12,16
105:17 106:1,22
106:23 109:19
112:13 122:14
127:17 128:5,18
128:23 129:14
134:23 135:5,7,20
136:19 137:2
166:17 197:17,22
204:13 209:16,23
224:16 225:11,13
225:17,19
**effective** 14:22 15:6
17:11 18:17 19:1
20:18 21:14 25:20
126:13 155:14
**effectiveness**
102:15 103:8
104:19
**effects** 3:20 12:2
30:23 49:1 55:22
58:16 77:9,9
91:19 98:8 105:11
114:19 123:6
127:13,20 130:5
134:24 166:14
**efficiency** 23:6
**efficient** 17:17
42:17 87:17 88:6
**effort** 176:24
225:12
**eight** 93:3 123:23
**Eimer** 2:10 5:12
7:22
**either** 10:13,21
13:17 14:9 32:20
56:22 69:15 93:16
96:19 131:12
136:11 145:3
170:21 204:5

210:7
elaborate 10:1
elaboration 25:22
elast 229:15
elastic 16:13 106:9
    106:22 107:12,14
    109:11 110:2,5
    117:5
elasticities 83:9,18
    84:2 87:6 105:1
    113:11 116:19
    120:23 176:11
    207:3,8 208:4
    209:4 227:11
    229:5,17
elasticity 60:23
    61:3 83:3,15,21
    87:11 105:17,24
    106:8,21 108:10
    108:12 109:9,10
    109:11,17 110:7
    110:18 111:6,15
    112:12,20,23
    114:9,11,11
    115:16,19,19,22
    116:11,12 117:6
    118:17 119:23
    120:5,8,14,24
    121:2,4 204:19,21
    205:2,19 206:8
    207:6,7,10,13,14
    208:8,9 209:17,17
    209:21,22 210:16
    211:5 224:8,12,12
    227:12 228:7,12
    229:15,16,17
    230:12
elastics 108:14
electrical 54:5
electronically
    212:22
element 24:3 25:2
elements 45:24
    209:14
Elia 1:23 2:8 6:23
    7:12 233:3
email 71:11 212:20

embellish 10:1
emergency 41:10
    41:13 42:2
empirical 73:18,19
    76:13
employed 147:3,4,5
employee 85:22
employing 139:12
empty 42:12
encapsulated 225:1
encountered 11:7
ended 50:23 91:24
    118:1 207:18
    230:19
energy 50:18 54:4
    54:5
enforcement 18:18
    19:6 20:5,6
engage 70:23
engaged 22:14
engineer 42:3
engineers 41:11
England 175:5,5,10
ensure 176:2
enter 93:7 139:23
entered 129:24
enterprises 59:13
    59:14,18
entire 98:11 99:21
    100:24 124:21
    158:15 208:10
    234:13
entirely 54:24
    58:24 72:17 76:11
    122:13 168:2
    189:7
entitled 227:22
    229:4,9
entries 189:10
entry 190:5
equal 99:19 106:13
    106:23 107:22
    108:8 110:19
    111:17 129:12
    130:15 133:16
    141:22 205:20
    207:5

equally 133:7
equilibrium 3:23
    13:24 14:1,4
    42:20 58:20 83:23
    114:20 209:24
    210:8
equipment 84:9
    85:7,13
equivalent 162:5
ERRATA 234:1,17
    235:1 236:1
escapes 100:18
especially 19:6
    182:1
Esq 5:9,18 6:7,15
    6:19
essentially 19:9
    54:8 79:3 130:15
    206:6 220:1 225:4
established 27:14
    79:6
estimate 37:23
    38:22 40:18 47:6
    48:2 49:1 57:3,17
    58:19 61:2,2
    64:13,24 65:16
    122:14 124:2,4,20
    127:2,8 132:11
estimated 11:12
    38:24 44:23,23
    55:16 61:19 63:11
    65:21,22 126:11
    131:8 133:21
estimates 57:11
    61:24 62:21 63:1
    65:8 70:7 82:8
    115:15 128:4,4
    130:17 134:3,5
    224:11,11
estimating 49:13
    134:12
estimation 49:20
    169:9 222:15
estimators 57:9,12
    57:17
et 1:10 7:3,4 141:18
    153:17,17 228:9

234:8
ethnic 44:12,13,18
European-style
    183:18
Euros 112:1,7
evaluating 95:2
evaluation 72:16
eventually 16:19
    33:16,17 152:10
everybody 18:3
    19:16 21:6
evidence 45:6
    135:22 136:3,17
    143:5 144:10
    145:1 148:19,21
    150:24 151:7,14
    155:19 156:15
    157:17,22 158:3
    168:17 184:17
    185:15 199:20
    200:14,19,22
    201:24
evidentiary 49:4
exact 49:7
exactly 95:20
    106:19 110:6
    141:18 201:12
examination 2:5
    8:12 12:10,17,19
    191:21 227:1,4
    230:16,19
examination's
    12:10
examine 58:14
    183:10
examined 8:11
    57:20 145:13
    179:17
examining 26:12
example 15:16
    22:18 43:10,14
    44:11 49:4 50:17
    77:17,18 86:15
    102:14 124:16
    144:7 159:2 168:7
    171:8 185:5
    222:23

examples 19:22
    55:24 76:18 195:8
exceeded 66:15
exceeds 92:1
Excel 75:14
excellent 18:7
    155:14
exceptionally 85:15
excess 16:2 85:13
    142:11,12
excessive 21:5
Excuse 24:20 65:19
    94:11 133:2
    149:13
exemption 26:7
    30:4,11,17
exemptions 23:2
exercised 53:15
exhibit 3:11,13,16
    3:20 4:1,2,4,6,8,9
    24:13,15 70:3,5
    89:13,15 95:23
    97:6 114:4,6
    115:6,8 125:17
    131:14,16 149:1,3
    157:1 159:19,21
    186:7,11 188:9,14
    192:1,20,21 194:3
    210:23,24 213:22
    226:24 227:6
exhibits 227:11
exotic 183:21
expand 85:9,22
    87:7
expanding 84:7,8,8
expect 127:19
    129:13 172:2
expectation 55:2
expected 56:21
    62:2 63:22 78:7
    88:3 90:21 105:12
    137:1 222:20
expensive 154:1
experience 71:3
    72:1,10 157:13
experimental 58:2
    58:12

expert 3:11 4:2
  9:24 89:18 226:12
  231:5,10
expertise 71:18
experts 181:22
explain 13:16
  51:13 52:3,8
  76:21 135:3
  141:13 174:17
  193:12,16 196:23
explained 184:24
  217:5
explaining 66:7
  173:13
explains 54:24
explanation 54:21
  57:6 151:1 164:5
  174:24 177:13
explanations 10:4
  80:7
explanatory 20:1
  21:16 43:18,20,20
  44:16 56:8 76:22
  144:15,15 165:22
explicit 14:15
explicitly 10:3
  37:18 184:12
exploit 17:5
exploring 32:24
exports 100:16
express 8:23 152:2
expressed 10:8,21
extend 69:18
extended 69:14
  136:21
extensive 74:24
  75:11
extent 33:8 43:13
  52:20 150:5
external 71:17
  166:3
extra 21:2 153:19

—————————
            F
—————————
fac 198:16
facilitate 17:7
facilitating 16:8

  165:3,5
facilities 40:12,12
  41:2,2,3 42:11
fact 21:11 25:15
  28:15 31:1 37:21
  38:6 61:5 67:14
  68:6,10 70:10
  77:12 79:2 93:14
  100:19 110:17
  117:15 127:16,23
  130:13 134:18
  136:1 140:9,9
  145:12 147:20
  167:17 169:6
  177:17 178:16
  179:24 223:7
factor 33:12 34:10
  83:22
factories 168:12
factors 15:5 33:2,7
  44:7,23 45:4,7
  46:16 48:4 50:24
  51:5,5,6 53:3,22
  53:24 54:1,5 58:7
  75:18 80:12 103:6
  134:6 205:3,8
  223:15,20,22
  224:15 225:9,14
  225:14
factory 164:9,10
facts 135:21 143:4
  144:9,24 148:18
  148:21 156:22
factual 198:16
  223:11
fail 41:24 75:4
failed 12:3 15:15
failing 57:10
fair 62:8 72:1
  200:15
fairly 50:13,13,19
  69:15 99:11
  145:16 163:16
  180:6 196:19
  199:2 204:7
fall 21:6 136:1
  162:8 217:2

falls 20:18 21:12
  132:11
familiar 41:5 70:22
  70:23 156:1 167:3
  188:12 202:5
FAPRI 59:4,9,23
  60:8
far 47:11 60:3
  63:20 86:1 107:15
  114:15 139:14
  150:4 153:2
  158:14 159:5,9
  165:4 168:9
  169:19 187:7
  200:9 201:1
farm 46:8,22 48:23
  59:13,13 85:21
  91:7
farmer 85:8,12,12
  85:20 86:1 93:15
  94:2 103:9 140:18
  142:6,7 203:3,24
  204:4,10,12
farmers 6:9 8:1
  28:6 32:5 36:23
  66:20 83:4,6
  84:16 85:5 86:7
  87:2,18,20 94:8
  100:11 101:23
  102:14
farms 4:12 59:15
  91:8 227:24
farm-related 48:23
  182:19
farther 69:19
fashion 150:16
  199:6
fashionable 181:23
favorable 164:7
Fax 5:16
fear 153:7,8,9
  182:7
feature 20:2 31:19
features 21:16
February 156:6
Federal 2:5
feed 85:1

feedback 77:8
fell 77:4
field 72:1 73:10
  74:10
figure 11:20 62:12
  62:14,18,20 64:16
  64:17,22 65:20,22
  66:7 69:2 77:20
  78:1 103:18
  113:17 121:14
  145:22 146:10
  209:23 219:9,12
  220:6
figures 47:7 69:12
  94:22,22 106:7
  121:9 133:23
  216:18,23 228:13
file 186:15 188:9,11
  188:12,18 189:23
filed 35:16 36:7
files 186:8
final 23:15 33:12
  73:23 75:9 124:2
finally 72:23
find 47:4 51:4
  56:19 61:16 75:14
  127:17 167:12
  180:19 181:19
  194:3,9 218:1
finder 79:2 178:17
finders 77:12
finding 136:10
findings 50:8 72:7
finds 16:15 18:22
  127:12 128:20
  129:1
fine 93:3 231:9
finely 165:20
finish 124:12 200:3
finished 43:4,7
  124:15
fire 164:9,11
firm 7:10
firms 16:1
first 8:10 10:22
  24:22 26:6 51:23
  53:23 95:21 98:10

  103:23 104:4,5
  107:12 109:20
  125:19,21 126:6
  126:11 127:14,23
  127:24 128:19,24
  134:24 135:6,13
  145:23 147:4
  167:14 177:19
  189:9 206:7
  218:19 227:20,21
  228:2,3 229:15
fit 176:17
fits 51:9 159:4
five 18:11 58:3,6,9
  88:16 89:1 133:11
  136:15,18 140:2
  176:22 179:23
  181:6 196:19
  224:24
five-year 136:21
  180:3
flag 188:20
flat 99:11 142:14
flaw 121:21
flawed 210:13
flock 214:8,9
flood 19:15
flooded 15:13
Floor 6:11
Florida 1:2 7:5
  70:11,16,19
  178:23 231:1
  232:1
flow 94:22
fluctuating 158:19
fluid 22:6 33:4 39:7
  42:10 43:12,16
  120:23 121:1,1
  124:16 128:2
  149:10,21 150:10
  151:10,16 152:23
  154:21
focus 176:20
focused 34:8
follow 154:2
followed 54:18,18
  151:17,17,24

157:12,19
**following** 73:8 78:16 79:8 114:18 129:3
**follows** 8:11
**food** 41:5,24 49:13 50:6 51:2 52:20 152:2
**footnote** 67:6 68:23 69:24 99:24 101:21 113:6 114:18 121:20 184:14 206:22,23 207:1 209:9
**footnoted** 117:16 117:17
**footnotes** 121:10 121:12
**forefront** 153:16
**foregoing** 233:7,12
**forgo** 141:11
**forgone** 141:17
**forgot** 58:5 113:16
**forgotten** 140:16 173:19 189:15
**form** 9:1,13,23 10:11,16 13:6 14:23 19:9 20:7 22:3,12 26:3 27:1 27:6 28:13 29:11 29:18 31:15 32:12 37:14,17,24 45:21 45:23 46:5,19 47:20,23 48:24 52:5 55:18 56:11 62:17 64:4 66:22 67:4 69:5 70:14 74:21 76:12 77:16 80:2 81:24 92:8 93:20 97:15 98:3 98:21 99:7 100:13 102:11 103:16 106:5 107:24 108:9 110:15,22 116:2,14 118:15 119:1,13 120:19 122:5 128:16

129:17 133:3 134:4 135:2,21 137:19 138:24 139:7 141:12 143:4 144:9,24 148:18 150:3 154:7,22 155:4,22 156:10,20 158:1 158:11 159:14 161:19 162:23 163:6,10 166:12 170:23 173:12 174:21 177:9,23 180:17 183:13 186:24 188:3 192:17 193:7,15 194:19,23 195:10 196:2,10,14,18 197:2,12,19 198:7 198:10,14,21 199:10,13,24 200:8,18,24 201:10,16 202:4 202:11,17 203:1,9 203:17 204:1,16 204:23 205:5,23 206:13,19 208:23 209:7 210:2,19 211:12 212:6,12 214:16,22 215:4,9 215:20 216:2,8,16 217:14,22 218:8 218:15 219:18 220:3,10 221:2,9 221:14 222:1,8 223:16,24 224:3,7 224:9,18,21 226:17,21 227:9 227:15,18 228:15 229:12,24 230:6 230:13
**formal** 78:19 79:1 79:6 133:19
**formation** 17:8
**formed** 20:9 52:18 53:4,23 54:7,8
**forming** 29:16

222:16
**formula** 207:16,17 207:22,23 208:19 208:21 209:13 210:12
**formulaic** 157:5
**formulas** 169:22,22
**formulation** 54:19 73:17 140:16
**forth** 33:5 233:9
**forward** 12:18 13:1 74:3 135:20
**found** 11:8,10 14:20 44:14 58:10 61:16 143:9 155:13,13 168:24 176:11 223:4 228:7
**foundations** 31:12
**four** 50:23 58:3,5 71:17 116:10,16 116:18,19 117:1 117:24 118:2 126:8 127:11 133:11 136:18 140:2 145:6,7 147:7 171:1 188:18 213:9
**free** 22:2,10,13 23:4,9,19,20,22 140:19
**French** 166:7
**frequently** 15:17
**fresh** 188:20,23 189:4 190:4,22
**fresher** 190:11,24
**Friday** 1:17 2:11
**fringe** 15:24
**front** 87:16 153:12
**froze** 175:6
**fudging** 108:21
**fuel** 50:16 54:4 146:13,13 157:3 157:22 158:9 159:8,13,15,16 160:6,10,11,15,18 160:23 161:1,5,7

161:10,12,18,21 161:22,23 162:3 162:10 163:1,3,19 163:22 164:14 165:8,11,15 166:8 198:8 199:8,12,20
**full** 24:11 86:8,11 86:13,20,21 88:18 141:23 142:14 164:21 228:10
**fuller** 80:4
**full-blown** 218:21
**function** 163:10,12
**functions** 44:10 163:22
**funny** 175:5
**further** 32:19 129:14 132:22 141:13 230:15,16 232:15,18
**future** 102:22 119:2 164:15
**F-A-P-R-I** 59:5

### G

**gains** 23:6
**Gallagher** 155:6
**gallon** 150:13 160:10,17 161:23
**garage** 181:12,14
**Gareth** 6:20 7:20
**gasoline** 158:24 159:2
**general** 27:4 158:4 228:5,6
**generally** 27:21 86:7 190:12
**generates** 17:10
**generating** 76:16
**generic** 3:21 114:19 117:3
**genuine** 165:7
**geographic** 17:1 78:6 156:8
**geographically** 153:1 174:18
**geometric** 45:1

**getting** 27:19 28:20 112:10 223:8
**gigantic** 59:24
**give** 97:20 109:9
**given** 13:20 51:12 72:9 98:5 102:20 127:24 144:18 148:3 210:13
**givens** 38:13
**gives** 16:9 41:7
**giving** 95:12 164:4 176:9
**go** 12:4,12,17 13:1 14:2,3 17:13 19:17 34:24,24 35:4,22 36:10,16 42:5 45:11 48:18 69:3,13,22 72:2 73:21 74:19 82:19 83:20 87:7 107:19 109:7 113:19 114:6 125:5 126:5 130:12 134:9 139:14 155:13,15 164:18 171:9 181:13 185:8,22 191:13 205:13 213:15 218:24 219:6,9 226:4 230:1 232:16
**goes** 54:16,16 68:19 69:8 73:3 74:2 83:12 87:12 112:12 119:15
**going** 12:17 18:7 29:13 30:6 32:19 34:22 35:3 36:5 37:18 41:17,17 64:8 72:19 82:14 82:16 86:20 93:17 94:4 96:8,11,13 98:10,12,12,13 99:8 112:15 115:5 115:13 122:23 124:24 126:3 135:20 152:10 159:8 163:14

164:6,17,18 177:3
177:15 180:21
186:5,6 187:19
188:8 201:19
206:6 208:6 209:2
212:20,21 225:14
225:14 231:22
**gonna** 13:1 36:6
103:2 165:9 232:4
**good** 8:14,16 16:23
17:1 50:24,24
54:18 61:1 72:12
72:21 75:21
117:19 118:3
133:8 136:20
153:18,18 173:2
198:23 199:15
200:20,20 223:8
**Goodwin** 6:10 8:5
**government** 17:21
179:9 181:1
**gradual** 154:9
**gradually** 153:1
**Graham** 184:21
231:2
**graphical** 96:17
**graphs** 216:10
**great** 21:17 72:23
**greater** 16:10
22:16 23:18 64:2
92:14 97:12 107:4
107:7,11 110:18
110:20 111:7,16
111:17 113:16
163:8 172:7,8
206:16
**greatly** 207:18
**green** 153:16
**grew** 77:4 97:16
**grocery** 149:11,22
150:9,17 151:10
**ground** 53:22
**group** 19:8 49:12
49:17,19 102:15
121:20 153:5
**grow** 59:16,17
93:15 97:12 106:3

108:5
**growing** 181:11
**growth** 98:19 99:2
99:5 107:20
**guarantee** 69:21
**guaranteed** 34:9
**guess** 27:5,18 33:10
98:17 104:8 124:5
143:15,20,22
189:17,18
**guessing** 189:16
190:8,8
**guided** 51:1
**guys** 21:1 36:7
96:14

_____
**H**
_____
**H** 3:9 224:23
**half** 94:5 97:24
98:9,10
**Hammond** 228:9
**hand** 60:8 74:8
102:19 113:20
186:6 233:21
**handwriting** 152:9
**hap** 33:16
**happen** 64:12,24
65:14,16 66:16
140:20
**happened** 49:16
91:8 152:24
**happening** 77:1
102:13
**happens** 59:12
210:3 219:5
**happy** 100:20
135:4 136:14
228:6
**hard** 99:9 144:17
146:5,6 183:22
213:11
**hazard** 68:18
**head** 109:5
**heard** 64:19
**hears** 182:5
**heating** 85:1
**heavy** 25:12

**heifer** 85:24 90:20
93:17 100:1,4,22
**heifers** 88:4 90:16
91:1,24 92:5,9,15
92:19 93:6 94:21
100:11,17 101:6
101:12,13,18,23
**held** 7:7
**Helmberger**
115:20 228:10
**help** 18:24
**helped** 52:3
**herd** 3:19 21:20,21
26:18 30:24 31:4
31:18 34:14 36:19
37:3,12 58:4
61:17 62:1 64:7
64:23 65:1 67:16
67:17,23 68:3
69:9,16 70:9,12
84:23,24 85:17,23
88:7,19 89:2,4,5
90:14,22 91:2,20
91:23 93:7,16
94:5,12 95:15
96:1 97:11 98:6
98:20 99:18,20,21
100:24 101:4,5,8
102:7,9,16 103:12
104:1 105:5,9
127:13 128:19,24
129:3,9,13,15,20
136:3 155:3
159:12 165:13
166:11,14 186:20
187:15,24 192:24
193:9,14 197:10
197:18 203:4
214:2 215:2,8,12
220:23 223:1
224:24 225:20
**herds** 83:7 84:8,9
**hereof** 234:18
**hereunto** 233:20
**high** 15:3,6,18
51:12 79:8 86:19
91:16 93:8 94:4

107:15 117:21,21
120:1 123:3
130:12 133:6
146:1 167:15
168:24 176:5
195:15,17,24
196:3,3,15,19
223:5
**higher** 14:4,13
15:21 33:9 40:16
42:22 44:2 83:4
83:11 95:20 97:16
98:14 102:23
107:10 112:12
123:23 131:3
134:11 138:13
164:19 171:20
172:23 196:7
**highest** 130:21
147:22
**highlight** 25:15
**highlighted** 24:21
**highly** 16:9,13 78:7
78:18 170:14
**hint** 133:18,19,22
**hired** 218:23
**historic** 102:17
**historical** 19:22
28:16 214:19
**historically** 29:23
**history** 17:17,19
159:9
**Hmm** 111:24 189:8
**hold** 18:18 34:16
34:16 175:22
**HOLDINGS** 1:6
234:4
**honest** 72:16
**honestly** 49:7
108:15
**horizon** 87:8 93:22
94:8 106:1,21,23
106:24 115:17,23
116:13
**horizontal** 216:11
220:16
**Houck** 228:9

**hour** 82:14,18
**household** 53:21
150:12
**households** 43:24
52:19,21
**Houston** 195:24
**hovering** 221:12
**hovers** 95:19
**HRP** 104:6,7,19
158:9
**huge** 181:5
**Huh** 112:5
**hundreds** 166:4
**hundredweight**
123:12 124:5
147:9 160:12
161:24 163:23
**hurts** 21:6
**Hutton** 228:10
**hypotheses** 76:16
76:24 80:6
**hypothesis** 31:2,3,7
31:8,24 130:6
137:2 172:11
**hypothetical** 111:3
111:3 144:19
205:18 210:16
**hypothetically**
160:23 161:6

_____
**I**
_____
**ice** 33:5 190:23
**idea** 225:8
**ideas** 10:18 219:1
**identical** 127:6
**identification**
24:16 89:16 97:7
115:9 131:17
149:4 159:22
186:12 188:15
227:7
**identified** 174:7
**identify** 189:21
**identifying** 17:2
**ignored** 55:3
**ignores** 24:3 25:2
**II** 126:9 128:3

134:15 167:16
168:13 169:8,11
178:22 190:12
**III** 126:9,20 127:16
127:22 128:2,9
167:4,9 168:3,13
177:12 178:4,22
179:2 182:23
183:9,11 184:4
**illegal** 28:12 29:10
**Illinois** 2:11 5:6,14
7:8 233:5,21
**illogical** 135:14
**illogicality** 135:3
**illustrate** 104:16,18
118:5,6
**illustrated** 18:13
18:13
**illustration** 95:8
120:1
**illustrations** 69:13
69:16
**illustrative** 95:5
105:2 120:2
**image** 177:18
**image-building**
153:18
**immediate** 88:20
89:6 104:22
203:15,21
**immediately** 23:15
91:23 104:12
114:17 203:22
**impact** 34:14 36:20
63:2 102:16
136:12 165:12
176:8
**impacts** 123:24
**imperfect** 68:18
**implementation**
149:9,20 151:2,8
151:14
**implemented** 84:18
**implementing**
222:16
**implicit** 14:14
37:15

**implicitly** 37:17
**implied** 37:11
103:24 104:10,21
109:18 110:1
122:18 123:6,24
206:9 209:18
**implies** 37:7
**imply** 23:21 98:2
98:18
**importance** 136:10
**important** 20:1
73:9 94:13,24
164:23
**imported** 204:3
**imports** 15:13
**imposed** 148:4,7,12
**impossible** 119:2
208:18
**impression** 95:12
**improper** 35:12,20
**improved** 73:8
**improvements** 73:6
**inappropriate** 67:8
138:3,21 139:3,11
146:21
**incentive** 145:20
**include** 23:23
31:11,13 32:2
33:3 34:7 36:6
50:20 73:11 75:1
75:12 91:10,11
101:23 138:3
144:15 198:4
205:7 216:14
224:4
**included** 8:22
34:11 43:20,23
44:3,5,9 45:19
51:17 84:21
101:19 110:24
133:12 199:3,15
**includes** 91:19
**including** 47:21
49:4 103:7 137:5
140:11 163:3
181:10
**income** 43:14,18,19

**incorporate** 51:8
**incorporated** 61:5
**incorporates** 38:5
38:6 45:23
**incorrect** 57:6
**increase** 26:16 38:3
41:14 66:5 68:21
70:1 85:16 87:10
89:9 94:5 98:2,5
98:23 99:3,9,11
104:1,10 110:1,3
110:8 117:7,8
161:2 181:6 206:9
206:11,15 207:4
208:6 209:1
214:11
**increased** 37:4
70:11 136:22
160:16 161:11
**increases** 33:17
104:21 108:6
122:19 164:4,16
164:23 223:9
**increasing** 16:10
16:11 88:15
164:11 204:13
**increasingly** 75:14
169:18
**independent** 11:18
56:9,14 163:9
**index** 160:24 161:6
161:16,20,21
162:1,3 163:1
**Indiana** 181:7
**Indianapolis**
152:15
**indicate** 15:22
32:23 36:6 38:7
118:10,16 203:11
206:6
**indicated** 30:9
116:23 168:18
234:17
**indicates** 169:10
200:10
**indicating** 44:18
**indication** 43:23

94:3 169:1
**indicator** 38:8
**indirectly** 33:10
52:24 199:14
**individual** 55:20
75:13 99:17 102:7
**individuals** 50:4
**induces** 210:6
**industries** 13:21
41:5,5,24 48:23
50:6 51:2 152:2
**industry** 14:11
17:18 26:24 29:10
41:6 46:22,22
48:13,21 49:2
50:11,12,15,18,21
50:21 54:1,8 58:1
86:15 102:14
119:14,15,18
179:10 181:5,11
181:17 182:4
191:3 198:2,4
216:21,22 217:10
218:20 222:24
**industry-sponsor...**
49:23
**ineffective** 11:8,23
14:19 17:8 20:4
**inefficiencies** 41:17
86:16
**inefficient** 57:12
**inelastic** 16:8,9
112:22
**inelasticity** 17:5
**infer** 200:11
**inference** 200:15
**inferences** 178:3,13
**inferior** 222:21
**infinity** 208:4,8,10
209:6
**infirmities** 92:12
**inflation** 58:6
75:18
**information** 19:5
44:3 48:10 49:21
59:22 60:2,16,18
60:22 68:17 91:7

91:10,12 97:23
102:20 138:21
139:3,13,14
142:24 144:18
167:20 173:18,23
178:16 180:2,7,10
228:8
**initial** 9:10,17
51:24 110:10,20
111:11,17 113:1
113:10,21 118:7
125:15 126:1,2
145:3 194:4
211:16,19,24
212:1 227:2 230:5
**initially** 80:7 153:1
**input** 37:19 137:15
224:7
**inputs** 59:21 85:19
**inquire** 12:8
**inquiry** 102:5
**insert** 101:8
**insignificantly**
136:16
**insisted** 153:6
**inspired** 222:11
**instance** 189:11
**institute** 59:5,6
**institution** 180:20
**institutions** 27:13
49:11 51:3
**instruct** 231:22
232:4
**instructions** 28:11
28:14
**instructive** 95:4
**integration** 174:15
175:16,22 176:3,8
176:13,14,18
194:17,21
**intellectual** 60:10
**intended** 104:17,17
**intensity** 225:2,2
**intent** 24:11
**intention** 29:22
104:15
**inter** 80:13

**interacted** 81:17
**interacting** 80:13
**interest** 78:6
**interested** 68:16
    71:11
**interesting** 72:6
    74:9 130:13,23
    181:15 222:18
**interfere** 17:22
**Intermediate-Run**
    229:5
**internal** 19:24
**internally** 192:7
**interpolation** 180:4
    180:5
**interpre** 181:15
**interpretation**
    127:1 146:20
**interpretations**
    165:9
**interpreted** 66:4
    127:6 134:19
    146:12
**interruption** 20:12
**intersect** 210:8
**interval** 56:6
    132:10,16 133:8
**intervention** 25:12
**interventions** 27:3
**interview** 184:19
**introduce** 7:14
    10:19
**introduced** 143:24
**introductory** 210:9
**invented** 171:15
**invest** 85:7
**investigation** 167:8
    167:12 173:16
**investment** 4:11
    42:13 84:6,14,18
    84:22 227:23
**invoke** 12:13
**involve** 13:22 21:9
**involved** 30:8 71:8
    71:23 85:2 108:19
    135:4 181:1
**involves** 21:19

25:12
**irrational** 140:17
    153:8
**island** 177:18,21,22
**issue** 13:2 24:4 25:2
    30:13,14 151:21
    152:8 179:17
**item** 18:16 188:19
**items** 17:15 18:10
**it'd** 73:16 170:17
**It'll** 54:2
**IV** 126:10 127:7,16
    127:22 128:2,12
    167:4,9 168:13
    177:12 178:4,22
    179:2 182:24
    183:9,11 184:5
**i.e** 112:22,24
    114:10

_____

**J**

**J** 5:9
**Jacksonville** 1:3
    7:5
**jagged** 162:17
**January** 90:15,16
    92:1
**Jean-Louis** 6:22
    7:9
**Jean-Paul** 4:13
    113:6
**job** 1:24 72:12
**John** 1:16 2:3 3:5
    3:12 8:9 234:24
    235:24 236:24
**join** 90:21
**Joseph** 3:23
**journal** 71:4,10,15
    71:16 114:21
    116:7
**journals** 71:7 166:5
**judge** 182:18
**judgment** 118:4
    139:21
**June** 1:17 2:12 7:8
    24:17 89:17 97:8
    115:10 131:18

149:5 159:23
    186:13 188:16
    227:8 233:22
**justified** 145:8
    188:5
**justify** 146:5,9

_____

**K**

**Kansas** 196:17
**keep** 82:15 124:24
    182:15
**Keeps** 204:17
**kept** 85:2,3 147:17
**key** 21:15 31:19
**killed** 95:9 220:23
    220:24
**Kim** 3:24 114:19
    116:4 117:12,24
    118:11,14 119:19
    120:3,18,22 122:2
    210:21
**kind** 20:22 39:22
    73:2 135:15 136:7
    143:13 144:17
    152:13 154:3
    163:21 223:11
**kinds** 153:24
    180:19 225:5
**Klemme** 4:15
    113:7 115:18
    117:14,15 118:2,8
    118:16,20 120:4
    121:18 212:10,14
**knew** 30:18 49:18
    181:7,8 218:20
**know** 10:12 17:15
    18:12,22 21:3,12
    27:11 28:17 29:20
    30:1,6,8,16 35:11
    38:20,21 40:18,19
    40:19 42:21,21
    47:7,9,11 50:2
    51:2 52:7 56:12
    56:13,15,17 59:18
    63:20 67:20 69:4
    70:20 71:14 79:13
    81:6 86:19,23

88:8 92:9,16 93:2
    93:9,21 95:7
    99:11 100:4,14,15
    100:15 101:5,24
    107:15 108:21
    109:1 114:16
    117:21 119:17
    120:20 123:8,13
    130:24 131:10
    135:14 138:6
    140:21 141:16
    144:11 146:10,15
    147:8,20 148:5,20
    150:4,15 151:24
    152:9,11 153:16
    155:9 158:15
    159:3,6 163:17,24
    164:8 165:2,7
    168:14,17 169:2
    170:7,16 173:4
    175:13,13,14
    176:9 177:20
    181:22 182:5,7,8
    182:17 183:14,17
    183:21,24 185:3
    185:10 189:3
    190:3 194:10
    195:6 201:1
    202:12,15,18,23
    203:15 205:15
    210:16 217:13
    219:10,15 221:12
    223:10 224:24
    225:9
**knowing** 30:12,12
    116:16 164:16
**knowledge** 10:2
    30:1 48:19 51:2
    63:2 185:18
**known** 18:3 71:18
    74:10 80:10 143:9

_____

**L**

**label** 150:18
**labeled** 9:4 62:15
    126:7 150:14
    160:1,6

**labor** 85:21
**lack** 20:5
**lacks** 78:11,12
**lactating** 88:4
    204:9
**lactations** 87:22
**lag** 127:18 129:4
    130:22 135:1
    136:21
**lagged** 135:7
    136:12 137:6
**lags** 134:21 136:5
**Lahey** 184:20,21
    185:13
**lame** 92:11
**Land** 5:20 7:23
    168:18 177:5,21
    185:16
**land-grant** 49:10
**language** 24:8
    193:20
**large** 19:12 44:1
    85:15 98:2,19,23
    98:23 138:16,18
    138:19 140:14
    141:17 146:8
    162:19 164:16
    170:6 214:10
**largely** 95:17
**larger** 19:7 92:19
    92:24 111:13
    113:15 121:19
**large-scale** 58:11
**late** 61:22 145:20
    146:11 148:4
    151:20,23 152:12
    156:12
**latest** 49:20 152:14
**laws** 30:5
**lawyer** 29:14
**lawyers** 30:3
**lead** 9:9 77:22
**leads** 76:23
**lean** 157:16
**learn** 21:7 74:8
**learned** 223:1
**learning** 50:3

222:24
**Leary's** 231:2
**left** 45:1 104:12
174:8
**leftmost** 174:9
188:19
**left-hand** 104:7,24
162:6
**legal** 7:11 22:17,19
23:1 26:7 27:11
27:11 28:12 29:9
29:12 30:13,14,18
30:21,21 31:14
**length** 17:13
229:10
**lengthy** 204:19
**letter** 72:15 73:2
**letters** 73:21 155:7
155:7
**let's** 15:7 34:24,24
35:4 41:8 84:11
124:9 149:16
175:17 206:6
227:21,21
**level** 14:2,4,4,6,6,9
15:14,14 16:5
22:7,16 25:21
37:13 38:8 41:7
41:10,15,15,16
42:2,6,24 51:15
52:15,22 53:1,7
53:15,21,21,21
55:15 56:24 68:16
83:7,15 86:12
88:13 91:5,7
127:5 133:9
142:15 170:4
195:20 217:6
**levels** 26:15 37:8
52:16 87:2
**Lewis** 208:21
**license** 77:6
**lies** 176:21
**liked** 199:1
**limit** 178:15
**limited** 12:16,20,21
12:24

**line** 35:20,20 36:4
66:3 98:11 102:5
206:7 235:2,5,8
235:11,14,17,20
236:2,5,8,11,14
236:17,20
**linear** 57:8,15,16
**linked** 59:11
**liquid** 188:20
**liquid.csv** 4:8
188:12
**list** 73:11 74:6
92:18 163:23
**listed** 130:3 188:11
**lists** 71:6 75:12
**literature** 43:11,24
46:21,24 47:16,18
47:20 48:20 52:2
57:2 112:20
116:21 120:15
**little** 11:21 14:8
17:14 23:11 60:1
86:12,21 95:20
98:14 141:13
167:11 172:1
176:24
**live** 152:15
**LLC** 1:6 234:4
**LLP** 2:10 5:12 6:10
**local** 183:10,20,20
184:5
**locally** 182:24
183:9,23
**located** 169:2
**location** 38:11,13
54:2
**locations** 168:15
**lodge** 12:18
**logic** 135:10,15
137:5 210:9
**logical** 184:1
**logically** 134:22
**LOL** 168:18
171:23
**LOL's** 169:1
**long** 16:12 29:20
48:7 51:15 84:5,5

84:13,16,20 87:10
113:1,16 154:11
154:12 155:18
171:16 175:23
216:24
**longer** 117:12
**long-run** 42:20
107:16,16 114:11
115:19 116:18
118:17
**long-term** 50:5
184:21
**look** 17:15 44:7
61:13 62:12 87:8
90:5 94:24 95:5
97:18 113:19
132:1,5 153:15
170:11 172:23
175:13 188:12
194:6 195:13,23
196:5 206:22
226:24 227:21
228:2
**looked** 11:16,17
48:12 53:20,24
60:3 61:7 65:18
117:1 121:8 138:1
139:18 141:2
143:23 160:3
168:22 181:15
199:1
**looking** 12:1 32:4,7
39:14 52:14 62:15
70:16,19 76:14
90:12 94:23 118:1
120:13 122:10
151:20 170:8
172:24 178:14
192:2 209:16
**looks** 62:9 72:6,6
76:20 116:15
191:4
**lose** 16:19 19:17
77:6 135:24 177:3
**lost** 167:1
**lot** 11:1 16:14 17:3
30:1 60:18 61:9

75:20 112:7
133:10 159:2
160:3 164:2
173:20 223:1
**lots** 76:24 163:13
**Louisville** 196:12
196:13
**love** 82:17 163:8
182:8 183:20,20
**low** 11:21 55:15,21
58:8 123:2 127:5
172:6,6 175:4
217:13
**lower** 19:16 23:6,7
40:16 42:24 83:5
83:11 87:18 88:3
95:13 107:21
108:7 110:13,16
120:18 134:11
147:23 150:22
156:18 172:1
218:2
**lowest** 41:8 52:15
87:21,21
**low-cost** 85:20
**low-tech** 181:15
**lunch** 124:24 125:1
**l1** 132:5
**l2** 132:15
**l3** 132:20

---

## M

**M** 1:16 2:3 3:3,5,12
3:13 4:2,14 8:9
187:8 234:24
235:24 236:24
**Macartney** 6:20
7:20,20
**Mack** 156:16
**main** 147:4
**maintaining** 41:19
**major** 33:5 84:17
149:11,22 151:10
**majority** 100:10
**making** 29:16
167:22 168:12,19
171:20 177:11

178:13
**mamasan** 181:12
**manage** 13:17
**manager** 184:22
**managers** 16:22
25:8 33:3 39:9
40:21 42:8,20
147:19,23 223:6
225:3
**manufactures**
173:16
**manuscript** 71:12
71:13,15,19 72:17
**manuscripts** 74:23
75:15 166:5
**March** 9:3 10:13
**marginal** 23:7
**mark** 24:13 89:13
95:23 115:6
131:14 148:24
159:18,19 188:9
**marked** 24:15
89:15 97:6 113:22
113:23,24 114:1
115:8 125:16
131:16 149:3
159:21 186:11
188:14 227:6
**market** 11:8 13:5
13:18,18 15:2,4
15:23 16:16,24
17:2,12,22 18:1,1
18:7,22 19:15
20:24 21:2 22:2,5
22:6,10,13,15,16
22:24 23:5,9,13
23:19,20,22 27:3
27:16,16 31:21,21
46:3,7 80:11 89:7
103:7 129:15
184:13 202:10
225:6
**marketing** 22:17
25:13,16 26:8,22
27:4,6,12 33:3,11
33:13,19 36:24
156:2 167:13

markets 18:8 19:10 119:11 157:13
Maryland 175:1
massive 20:19
materials 188:10 190:18
mathematical 111:5
mathematics 111:2 163:11
matter 7:3 29:7 101:7 111:2,20 145:11 183:15 208:7 209:3 224:13 234:14
maximum 41:12,14 42:3
McAfee 208:21
mean 15:16 17:13 17:21 19:8 23:21 28:15,21 29:11,12 30:12 32:13,14,18 33:14,16 34:10 36:15,22 38:1 40:11 42:7 43:14 46:20 50:10 51:10 52:7 54:6 55:14 56:4,15 57:17 64:5 70:17 78:3 87:14 102:1 106:2 112:11 117:6,23 121:14 126:23 133:18 135:23 141:14 143:15 145:23 152:24 153:11 154:16 155:10,12 158:3 158:14 163:20 165:3 173:13 175:15,16,21 176:5 177:13,17 178:15 179:13 183:14 214:9 218:18 221:19 222:24 229:19 230:9
meaning 31:21

117:5 142:8 148:8
means 16:14 55:7 55:19 76:20 106:12 116:3 141:19 172:15,24 173:9 176:10
meant 25:14 33:10 75:1 143:22 150:15 193:12 196:24 213:10
measurable 51:5
measure 37:11 38:24 43:3 58:7 83:4 87:23 143:17 198:23 199:2,17 223:22
measured 37:19 51:7 225:21
measurement 163:9
measures 38:23 83:10 201:21
measuring 3:20 55:10,14 58:13 114:19
mechanism 18:18 19:6 20:5,6,17 21:10,15 26:24
mechanisms 22:17
meet 54:10 170:11 170:17,17
meeting 155:9
meetings 155:9
member 19:15 140:17,18 156:15
members 15:4,10 18:18 19:1,3,7,11 20:23 28:2,2,5 38:10,15 102:20 103:9 141:5 155:16 156:7
memories 173:24
memory 68:18 185:7 200:2
Memphis 196:6,7
mention 18:11 40:4 91:13 172:5

mentioned 91:3 98:4 147:13 163:14 176:2 178:1 185:5,6 231:1
mentions 99:24 201:24
mere 21:11
merely 21:11 79:1 80:19
merits 10:21 70:20 78:14,15,20 79:7 79:13 121:11,12 145:3 169:9
Messed 175:11
method 62:14 63:16 80:21 146:22 155:14 166:2,18,19 199:5 209:9
methodology 217:20
methods 26:9 166:19
Miami 172:2 175:17,23
Michigan 2:10 5:5 5:13 7:8 168:14
micronature 51:12
mid 61:21
middle 1:2 7:5 149:8 221:16 228:3 230:20,24 231:15,23 232:1
Midwest 168:7 169:18
mid-2003 221:19
mid-2010 221:19
might've 176:23
mileage 197:5
milk 1:9 3:17 4:4,9 7:4 22:6,6 25:1,11 25:12,16 27:3,15 28:8,8 29:24 32:2 32:6,7 33:3,4,11 33:13,19 34:9 36:24 37:8 39:5,6

39:7,10,12,21,22 39:23 40:7,13,22 40:24 41:3,4 42:10 43:12,16 44:2,5 46:8,22 47:21 49:9,14 50:9,18 51:18,19 52:4,10,18,22 53:17 59:8,11,12 60:24 61:24 62:15 62:22 63:6,9,11 63:12,13,18,22 64:1,6,11 65:4,23 65:24 66:2,4,5,9 67:2,23 68:4 69:16 70:11 77:19 79:10 83:3,5,8,10 83:12,18 86:4,14 87:23 88:2,10,11 88:15,21 95:24 101:5 112:21,23 114:9 115:16,23 119:23 120:23 121:1,1 123:9,20 124:16 126:16,20 127:7,11 128:5,9 129:3,10,18,24 131:21 141:22,24 142:4,21 143:2 144:5,6,21 145:14 148:9,15,16 149:10,21 150:10 150:13,18,21 151:10,16,19 152:5,21,23 153:6 153:22,24 154:17 154:20,21 155:15 158:20 167:16,21 167:23,23 168:3,4 168:11 169:7,16 177:10,14,15 178:22 188:20,21 188:23 189:4 190:4,12,13,22,23 198:19 202:10,15 205:4 211:5 214:1 214:11 227:23

228:7 234:7
milked 94:20
milking 84:8 85:3 85:13,24 90:14,21 90:22 92:12,16 93:7,18,19 94:19 101:4,4,8
milk-producing 204:2,12
Miller 6:2,7 7:24 7:24,24 35:4,6 36:2,11,14 96:11 96:24 112:3,6 191:11,19 214:15 231:5,9,13,15,19 231:24 232:3
million 95:20 97:19 97:24 98:1
mind 10:18 42:3 187:3,14 207:20
minded 72:1
minimum 17:16 28:2 34:9 42:16
minority 152:20
minus 105:3,4 109:18 121:2 207:6
minute 18:3
miscarriages 92:10
Mischaracterizes 26:4 47:24 154:8
misrepresenting 108:22
missed 73:9
Missouri 59:6
misstatement 23:8 24:6
mistake 63:17 182:4
mistakes 21:8 181:20,20
misunderstanding 25:1
model 17:20 26:12 26:16 30:23 31:2 31:11,13,19 32:1 32:8 34:7,7,10,11

37:7,16,17,20,20
37:22 38:5,23,24
43:21 44:15 45:20
45:20,21,24 46:4
46:11 47:14,19,20
48:19,19 49:6
50:22 51:9 54:17
54:19 55:9 57:14
57:16,20 58:15,22
58:23 59:1,2,4,4
59:19,24 60:3,5,7
60:17,20 61:2,5,8
61:9,11 62:24,24
63:1,10 64:23
67:11,15 68:6,11
68:20 69:8,8,15
69:24 70:5,10
73:18 74:20 75:9
77:8,9 81:15
91:14 101:17,20
124:3 127:12
128:19 129:1
134:3 137:15,22
139:23 142:20
144:16 145:8
146:24 162:2,10
165:13 166:17
187:4,5,18 197:17
198:18 199:11
205:3,6 221:6,13
222:7,9,11,18
223:14,17,21
224:3,7,15 225:9
**modeled** 47:5
**modeling** 40:6
  47:10 73:13 74:17
  87:5 91:5 102:2
  144:12 148:22
  159:3 222:17,17
  223:11
**models** 46:23 47:17
  48:24 57:16 58:11
  59:6,7,10 60:9
  75:2,2,8,23,24
  127:17
**moderately** 51:16
**modify** 9:9

**money** 19:18
  140:19,19
**monitor** 19:2
**monopoly** 14:5,5,6
  16:4
**month** 72:9 77:3
  134:7,7 161:5,10
  162:9,13
**monthly** 67:21
  91:15 165:18
  166:16 187:7,21
**months** 15:15 89:7
  90:22 93:1,2,18
  136:9 162:12
**morning** 8:14
**mouth** 35:9
**move** 87:9 160:17
  161:7,12 166:9
**moved** 160:24
  161:6
**movement** 151:18
  152:13 166:10
**movements** 78:17
**moving** 21:18
**muddied** 225:13
**multicollinearity**
  54:24 55:7 57:2
  57:10,13,23 58:2
  58:10
**multiple** 39:24 77:9
  89:4 165:8
**multiples** 179:23
**multiproduct**
  59:14
**multistage** 39:17
**multivariate** 82:11
**multi-market** 3:22
  114:20
**municipal** 175:1
**must've** 38:9
**mysterious** 144:3
**mystified** 190:16
  190:21

_____
**N**
**N** 3:1,3,3
**name** 7:9 186:15

188:10 189:23
190:6 191:23
**Nash** 13:24,24
**national** 41:10,13
  42:2 48:9 62:24
  66:2 67:14 68:6
  68:11 99:19
  165:19
**nationally** 124:8
  183:15
**nationwide** 62:22
  63:5 65:4 66:2
  70:9 124:19
**natural** 105:5,9
  189:12,12
**Naturally** 99:20
**nature** 17:16 38:12
  128:1 145:5
**nearby** 177:15
**nearly** 151:22
**necessarily** 13:8
  30:10 56:12
  164:24
**necessary** 15:2
  16:7 87:4
**need** 72:2 82:12
  106:6 108:15
  145:20
**needs** 72:20,22
**negative** 56:3,7,18
  56:22 69:22 87:11
  112:13,13 126:17
  126:21,24 127:2,4
  134:18 173:3
  206:9 207:10,11
  208:17
**negotiating** 156:18
**negotiation** 157:24
  158:4 199:22
  200:7,11,22 201:7
**negotiations** 201:2
**net** 94:14 95:1
  143:2,10,19,19
  144:7,14,14,22
**never** 92:16 166:5
**new** 21:8 30:7 50:8
  74:9 83:22 84:6

85:7 86:9 168:8
175:5,5,10 180:10
181:7 192:6
**news** 223:8
**nice** 48:7 146:4,4
**nine** 93:3
**Ninety** 146:4
**nominal** 216:18
**non** 15:24 56:1
  148:16 153:22
**noncolluding** 16:1
**noncollusive** 25:17
**noncompetitive**
  27:24 217:12
  218:1
**nonexistence** 135:7
**nonlinear** 57:16
**non-free** 153:22
**normally** 103:14
  109:5
**northeast** 153:2
  169:18
**note** 68:20 120:21
  134:13 201:3,6,13
**noted** 74:16 179:24
  180:24 181:5
  232:19
**notes** 185:9,12
**notice** 175:3 189:6
  190:4
**notification** 150:23
**Novakovic** 3:14
  89:19
**Novakovic's** 9:9
  89:21 90:1 226:11
**nu** 208:13
**null** 31:2,2,8 130:5
  172:11
**number** 3:10 44:1
  45:19 59:10 85:4
  85:5 90:3,15,15
  90:17 91:24 92:13
  93:6 94:20,20,21
  95:8 98:1,19
  110:18 111:15
  112:4,5,6 116:5
  130:9 131:10

138:9,17 145:22
146:5,9 170:6
187:14,16,21
189:9 208:16
214:8,8 224:8
**numbers** 105:22
  108:21 113:16
  118:3,5,7,8
  120:18 130:2,12
  131:12 132:21
  133:23 135:23
  162:5,17 173:2,3
  175:7 180:1,4
  181:2,8,20 182:15
  187:20 208:11
  225:20
**numerator** 208:2
  208:14,15
**N.W** 6:3

_____
**O**
**O** 3:3
**oath** 234:19
**object** 9:1,23 10:11
  10:16 13:6 14:23
  20:7 22:3,12 26:3
  27:1 28:13 29:11
  29:18 31:15 32:12
  37:14,24 46:5,19
  47:23 52:5 55:18
  56:11 62:17 64:4
  66:22 67:4 69:5
  70:14 74:21 76:12
  77:16 80:2 81:24
  92:8 93:20 96:8
  96:11,13 97:15
  98:3,21 99:7
  100:13 102:11
  103:16 106:5
  107:24 108:9
  110:15,22 116:2
  116:14 118:15
  119:1,13 120:19
  122:5 126:3
  128:16 129:17
  133:3 134:4 135:2
  135:21 137:19

138:24 139:7
141:12 143:4
144:9,24 148:18
150:3 154:7,22
155:4,22 156:10
156:20 158:1,11
159:14 161:19
162:23 163:6
166:12 173:12
174:21 177:9,23
180:17 183:13
186:24 188:3
206:19
objection 9:13
12:18 13:11 35:9
35:12,13 36:8
51:21 137:23
192:12,17 193:7
193:15 194:19,23
195:10,18 196:2
196:10,14,18
197:2,12,19 198:7
198:10,14,21
199:10,13,24
200:8,18,24
201:10,16 202:4
202:11,17 203:1,9
203:17 204:1,16
204:23 205:5,23
206:13 208:23
209:7 210:2,19
211:12 212:6,12
214:15,16,22
215:4,9,20 216:2
216:8,16 217:22
218:8,15 219:18
220:3,10 221:2,9
221:14 222:1,8
223:16,24 224:9
224:18,21 226:17
226:21 227:9,15
227:18 228:15
229:12,24 230:6
230:13
objections 52:12
143:12
objective 18:21

38:2 81:6 164:6
164:24
obscure 161:17
163:1
observation 171:23
observations 13:22
91:15 170:7,16
observe 162:9
208:11
observed 14:12,18
observer 7:18
observing 130:14
obtain 26:9 204:8
obtained 48:17
49:21
obtaining 81:13
obvious 50:13
175:12
obviously 29:14
101:21,22
occur 84:6 86:5
occurred 21:19
26:17 129:21
151:21 154:10,12
155:18 177:2
215:12
occurring 145:24
183:15 216:20
occurs 134:3,5
168:1
odd 60:12 135:15
180:19
oddity 180:19
oddly 173:3
offer 10:15 53:7
72:12 73:3,5,17
75:21 77:12 80:6
80:7 81:21 82:8
234:18
offered 140:15
148:11 202:10,15
offering 32:13,24
34:2 159:11
197:14
offers 165:22
office 233:21
oh 11:9 55:13 65:12

83:17 92:21 94:18
112:11 113:23
120:13 121:2
125:22 160:3
170:23 183:4
193:1 197:23
212:1 222:2
226:22
Ohio 168:14
oil 164:17
oils 190:19
okay 9:7,17,20
10:24 12:8 21:17
24:20,23 25:23
29:8 33:7,21 34:6
34:12 35:19 37:21
39:17 41:10 42:4
42:17 68:24 71:1
74:14 80:3 83:19
87:6 88:14 95:16
96:10,23 100:7
103:10,20 104:21
105:21 107:4
108:18 109:2,9,21
110:11 111:21
112:9 113:5,20,23
114:7,17,24 115:4
116:15 118:19
121:6,24 124:19
124:23 126:3,16
131:10 132:3,15
140:3 149:18
150:24 155:11,17
156:5,14 157:14
160:4,21 162:9
164:12 167:8
168:16 171:12
172:14 173:7,21
175:16 176:13
181:12,19 183:4,6
183:6,24 184:2
185:21 188:7
189:3 191:20
192:8 193:11,19
193:23 194:1,8,13
195:2,6,12,15,21
195:23 197:21

199:7 203:14
205:9,17 206:1,5
206:20 207:1
209:5,8 210:11,14
211:1,14 212:13
212:20 214:4
215:16 216:14
219:6,12 220:8,19
221:22 222:12
223:19 224:2
225:23 226:23
227:20 228:11,17
229:8 230:8 232:4
232:15
old 19:17 82:17
118:20 119:14
older 41:18 88:4
118:24
oligopol 14:11
oligopolistic 13:20
14:1,3,11,14
omitted 193:10
once 103:5 184:23
ones 32:18 57:24
58:13 174:12,13
190:23
one's 109:19
one-sixth 124:5
one-year 95:6
106:1,21 110:2
115:23 116:13
127:18 129:4
130:22
OnPoint 6:20,21
7:19,20 192:9
OOP 79:8,9 124:21
146:21 147:16
161:7
OOPs 24:4 25:3,5
25:10,15 26:2,11
26:14 30:24 31:4
34:15 48:17 51:14
128:18,24 144:1
147:21 158:3
161:2 166:20
167:4 173:8,11
216:10,17 217:6

225:5,6
open 18:1 30:22
31:20 36:8
operate 86:8,10
87:2
operated 27:7 41:3
159:7
operates 40:20
operating 42:16
50:21
operation 17:7,9
26:17 175:6
181:12
operations 54:10
opinion 32:9,13,15
32:20 33:1,22
34:2 37:3 61:4
76:9 80:15,16
81:21 85:8 86:7
87:17 88:19 89:1
138:20 139:2
155:2 159:11
197:9,15
opinions 8:23 9:10
9:16,21 10:5,8,13
10:20,21 29:17
73:22 177:8
226:19
opportunity 16:10
19:12
opposed 14:14
opt 148:9
optimal 41:7 42:6
42:16 86:12,23
87:19 88:13
option 100:1,4,22
101:22,23
options 93:16
order 12:21 25:13
25:16 27:4 33:14
33:15,19 36:24
85:9 88:9 93:15
124:20 139:16,22
167:13 171:8,9
216:18,19
ordered 186:19
192:23 193:13

orders 33:3,11
organic 153:16
organization 19:24
   19:24 182:13
organize 19:1
organizing 18:23
   164:3
original 9:16 13:15
   67:11 68:22 72:7
originally 102:23
orthodox 166:18
   166:19
ought 23:7
outcome 23:20
output 12:2 13:17
   13:22 14:1,7,15
   19:2,16 37:20
   40:12,15,23 41:1
   42:3,7,9 70:7 85:6
   142:14,15
outré 166:7
outside 12:9,14
   15:11 34:10 38:14
   38:14 176:21
   204:4 212:23,24
overall 61:15
   204:13
overbroad 144:3
overcharge 4:6
   123:20 124:20
   186:16
overcharged 134:3
overcharges 11:12
   11:15 13:4 80:17
   81:15 82:9 128:21
   129:2
overestimated 67:1
overlap 133:10,15
overlapping 89:4
   133:23,23
overlook 21:3
overlooked 121:22
overnight 164:12
overpricing 18:6
over-order 25:17
   25:19,20 26:5
   27:20,22 28:4

32:4 33:9,17 34:8
36:20 37:4 39:14
46:11,17 47:3,7
47:11 48:2,5,13
123:8 124:6
126:14 129:9
134:20 136:4,12
137:16 138:21
139:4,23 143:11
143:17,19 144:8
144:14,23 161:3
161:18 162:18
163:2,4 166:10
174:3 184:13
197:18,24 198:1,3
200:6 225:21
over-ordered 25:5
over-orders 161:13
O'Lakes 5:20 7:23
   168:18 177:5,21
   185:16

_____
        P
_____
page 3:4 24:19
   62:11 63:8 67:7
   71:13 78:1 90:7
   94:16 103:23
   115:3,4,4,12,12
   115:14 120:9,10
   120:10,11 122:17
   122:21,23 125:16
   125:24 131:21,21
   149:7 160:1,5
   171:4 174:2
   178:18 183:5
   184:7 189:9
   194:10 205:12
   211:2 219:9
   220:18 227:21
   228:17,19,19,20
   228:20 235:2,5,8
   235:11,14,17,20
   236:2,5,8,11,14
   236:17,20
Page/Line 3:10
paid 23:8 28:7 32:6
   157:20

pain 74:11
pairs 170:8 176:1
panel 48:16
panoply 80:12
papasan 181:13
paper 11:10 12:11
   47:4 72:6,6 73:7
   75:5 108:16 109:7
   115:1 116:7
   117:12,13 118:20
   118:23 119:20
   120:2,4,7 122:2
papers 46:14 47:3
   47:6 48:6
paragraph 9:7 23:4
   24:2,7,18 37:2
   55:6 63:8 65:22
   78:2 94:11,15,16
   99:16 100:24
   113:2,11 114:6
   115:1,3,14 149:7
   149:8,16 156:24
   157:2 179:7
   182:22 183:2,3,7
   183:8 184:7 228:2
   228:3
paragraphs 73:9
   101:3
parameter 61:6
parameters 30:18
paraphrased
   193:21
pardon 20:13
   104:16 178:8
parentheses 23:6
paribus 107:22
   129:12
part 11:19 26:23
   28:1,5 39:19
   40:20,20 50:5
   57:9 87:4 100:14
   101:16,20 103:8
   147:6,6 151:5
   152:3 232:13
participants 17:10
particular 11:17
   39:14 40:14,24

44:20,21 49:2
52:3 56:14 77:3
114:24 115:3,3,4
115:13 117:2,18
118:12 119:17
142:10,17,17
145:4 146:2 151:5
205:11 220:18
particularly 52:20
   182:9
partly 169:21
   223:7
parts 27:17 60:1
   79:5 169:17 201:8
pass 184:13 191:11
   191:12
passage 212:3
passing 165:7
Patrick 5:9 7:15
   34:18 35:6 62:6
   191:23
patrick.ahern@a...
   5:8
pattern 129:20
   130:20 134:2
   143:23 217:3
patterns 50:1
pay 33:8 153:19
paying 42:12
   155:20 169:3
PDB 1:9 7:6 234:7
Pearson 170:9,12
   170:19 171:6,15
peer 70:22 71:4,7,9
   74:12
penalty 234:11,12
pending 124:13
pennies 162:12,13
Pennsylvania 6:3
   168:7,14,21 169:2
   171:23 177:6
penny 162:4,11
   163:1
people 101:11
   133:6 154:1
   181:20,24 182:1
   183:19

perceived 39:8,15
percent 11:11,13
   11:20 15:19,23
   16:3 21:2 41:9,9
   41:16,16 42:2,6,7
   42:22 51:14 56:24
   62:19 66:3 71:12
   86:22 95:14 98:5
   98:11,22,22,23
   99:17 102:6,9,13
   103:3,13 104:6,8
   104:8 105:6,10,13
   105:18,18 106:2,2
   106:3,4 107:4,5,7
   107:8,8 108:3,5
   109:17,18,22,24
   110:3,8,10 117:7
   117:8 122:19,20
   123:2,3,13,15
   124:21 132:9
   133:7,7,9 138:11
   138:19 142:14
   145:14,18,18
   149:10,21 150:6,6
   150:10,14,19
   151:9,16 152:7
   163:17,17,17
   164:12 167:16,17
   167:18,20,21
   168:2 170:11,20
   172:6,10,15,20,24
   173:1,7 188:20
   195:19 206:8,10
   206:12,17 214:8
   220:21,22,22
   221:12
percentage 38:3
   49:5 65:23 88:9
   95:9 106:14,15,18
   106:19 107:1
   138:16 207:5
   208:2
percentages 107:3
   180:11
perfect 19:17 185:8
perfectly 23:1,12
   25:18,21 88:11

perform 134:1
performed 71:7
  78:19,20 81:14
performing 44:16
  71:8
period 51:15 77:1
  80:1 84:6,11,13
  98:7,9,12 99:6
  100:8 103:3,18
  110:2 111:13,19
  112:24 114:10
  117:9 123:10,11
  124:22 139:15,15
  139:17 141:23
  142:1,5 145:13,17
  145:21 146:11
  147:11 154:12,18
  155:18 156:13
  158:16 165:15
  201:20 214:23
  215:1 216:24
  217:7,8,13 218:1
  218:3 221:6,15,18
  221:18,21,21
periods 136:8,19
  165:16 175:9
perishable 50:12
  128:2,10
perjury 234:11,12
permit 17:22
  217:15
permitted 35:13
  100:16
perpetrators 11:24
persist 36:4
persisted 79:17
persists 95:17
personally 151:24
perspective 86:23
pertaining 2:7
phase 81:19
phenomenon 77:4
phone 8:4
phonetic 81:10
  156:16
phrase 151:13
Ph.D 1:16 2:4 3:5

3:12,14 4:3 8:9
  234:24 235:24
  236:24
picked 30:1 116:17
  116:19
pickup 141:17
pictures 159:6
piece 72:5 73:18
  108:16 109:7
  118:2 167:19
pieces 29:21 48:10
  73:19,20
pin 202:7
Pittsburgh 168:22
  171:21,22 177:7
place 84:14 107:12
  139:19 233:9
plaintiffs 1:7 5:10
  7:16 28:10 191:24
  192:23 234:5
plan 10:14
planned 88:5
planning 94:3,8
  152:11
plant 169:1 171:24
  177:5,15,21
plants 168:6,16,19
  181:5,8,18 185:3
plant-specific
  173:23
plausibility 105:3
please 7:14 8:3
  62:11 63:7 73:15
  82:1 94:15 108:1
  109:10 115:6
  124:9 125:14
  126:5 143:6
  150:16 151:13
  157:1 159:24
  184:7 192:20
  194:3 195:13,24
  196:6 200:4
  205:13 206:23
  207:2 210:22
  213:22 219:7
  231:20
pleasing 150:11

pleasure 74:11
PLLC 6:2
plugs 61:1
plus 155:8
Pohle 6:19 7:17,17
point 36:9 39:13
  44:11 93:4 101:9
  102:19 103:1
  105:6,10 117:17
  120:15 121:16
  124:10 131:4
  152:17 170:21
  171:20 185:20
pointed 195:2
  210:21 211:1
points 75:13 88:9
  176:12
policy 59:7 60:8
  61:10 68:17 102:1
  175:8
political 20:22
Polletta 6:15 8:4,5
population 49:5
portion 26:11,12
  47:22 122:22
  140:14
posited 205:17
positing 210:15
positive 56:2,7,19
  56:22 109:13,14
  111:7 113:15
  128:20 129:1,11
  130:14 134:16
  136:12,19 137:2
  168:24 176:10
  195:17 196:4,19
  208:2,3,5,5,7,13
  208:14,15,15,16
  209:2
positively 170:14
possibility 30:23
  31:20 67:5 130:23
  139:12 208:16
possible 41:8,12,14
  42:3 44:5 86:17
  87:21 99:21
  116:18 143:17

163:9 165:9
  217:20 218:1
possibly 164:22
potentially 225:9
powder 167:23
powdered 169:16
power 15:2 16:20
  22:16,24 31:21
  165:23
practically 190:9
practice 73:4
practices 102:18
  103:1 180:23
precise 73:16
  143:17 163:21
  176:9 187:19
  199:2,17 225:2
precisely 55:16
  171:6
precision 101:7
  163:8
predicted 64:6
  66:11,12 88:11
prediction 64:6
predictions 60:19
  66:16
predictive 83:24
predicts 222:19
prefer 163:20
preferred 142:15
  166:18
preliminary 80:4,5
  82:8
premise 111:6
  206:2
premium 32:5 33:9
  33:17 39:15 46:11
  123:9 143:20,21
  144:14,22,23
  148:8 151:3,8,15
  156:7,17 161:3
  163:4 202:16
premiums 25:5,17
  25:19,20 26:5
  27:22 28:4 34:8
  36:21 37:5 46:17
  47:3,7,8,11 48:3,5

48:13 124:6
  126:14 129:9
  134:20 136:4,13
  138:22 139:4
  140:11 143:3,11
  143:17,19 144:8
  149:9,20 155:3,20
  156:18 161:13,18
  162:18 163:2
  166:10 174:4
  184:13 197:9,18
  197:24 198:2,4,5
  200:6,10,23 201:8
  201:15 202:2
  225:22
preparation 231:12
prepared 90:10
  216:10,23
preparing 10:17
  89:21 164:15,19
  164:23
present 5:1 6:1,18
  178:12,15,16
  231:7 232:10
presented 61:20
  75:5 81:22 168:17
presenting 76:5
press 155:9
Preston 208:21
presumably 93:1
  147:23
pretty 16:4 50:24
  50:24 55:11 86:10
  103:17 118:17
  125:2 131:24,24
  147:9 156:12
  167:19 173:2
  191:4 201:19
  221:3,3
previous 30:8 34:1
  44:17 51:3 64:10
  102:24 180:23
  216:7 224:11
previously 88:14
  91:4 96:3,6,15
  98:4 117:17 122:2
  125:16 145:7

169:20
**price** 4:4 12:2
13:13,22,23 14:7
14:15 15:12 16:11
16:20 18:2 19:16
24:3 25:2 28:1,3,5
28:7 32:5,7 33:7
33:13,18 34:9
38:16 39:16 40:14
40:16 41:1 42:5
43:15,21 47:21
49:1 51:13 52:4,8
52:10 60:19 78:17
79:4 83:23 103:24
104:10,21 105:12
105:17 106:2,12
108:6,6 109:19
110:1 112:22
120:22 122:14,18
123:6,24 150:22
150:22 153:20
155:13,15 157:18
160:10,17 161:11
161:22 163:16
164:3,12,17
165:14,19,20,21
166:3 175:24
176:8,10,13,13,14
177:1 205:19
206:9 207:4 208:6
209:1 210:5,5,8
217:3 223:9
224:16
**prices** 11:8 13:10
13:17 14:12,13,22
15:13 17:24 22:1
23:8 26:10 27:15
27:19,20,21 30:15
32:2,10,16 33:4
33:23 34:15 36:20
36:22,23,23 38:7
46:18 47:5 53:8
77:19,22 78:4,21
79:2,5,10 83:5,11
86:18 88:2,10,11
88:16,21,22 94:3
102:22 106:23

107:10,21 108:4
110:12 111:11
117:7 128:5
129:14 137:16
139:23 157:5,20
158:15,18,24
161:18 162:3,10
163:3 164:5,17,20
165:15,19 166:15
168:22,23 169:3
169:20 170:7,8
171:9,22 174:20
175:2,6 176:6
199:15 217:13
218:2 222:19
225:6
**price-fixing** 19:9
23:24 27:11 30:4
**price-setting** 26:23
**pricing** 18:4 19:2
25:1,11 37:17
157:11,11 175:5
218:19
**primarily** 41:3
43:12 169:7
**primary** 53:5
**principal** 43:15
44:7 50:14,20
51:17 54:9 63:15
205:8 217:11
**principally** 53:4
**principle** 76:16
**printed** 213:13
**printout** 133:14
**prior** 40:4 114:1
155:20 201:15
202:3,10 217:7
222:16
**privilege** 231:10,11
**privileged** 28:20
**probably** 60:23,24
61:12 103:17
121:14,19 158:22
166:4 169:24
170:10 171:19
172:24 173:1
187:12

**problem** 20:10,16
58:10,11 207:22
**problems** 58:8
164:3 204:7
**procedure** 2:6
187:10
**procedures** 54:18
**proceedings** 233:10
233:13
**process** 39:6 53:12
70:22 74:1,15
76:2 94:8 146:22
147:7 166:6
**processed** 33:4
53:13 127:20
189:8
**processing** 52:22
83:15 86:14 181:5
**processors** 28:9
39:6,11,12,18
46:8 52:10 53:10
53:12,17,17 83:11
142:8,21
**procurement**
184:21,22
**prod** 229:17,21
**produce** 86:17
87:21 142:13
153:23
**produced** 96:2,5,14
137:16 183:23
192:7 213:24
**producers** 151:19
183:10,17
**produces** 137:8
169:7
**producing** 93:1
101:5 112:1
154:21
**product** 16:9 28:21
39:3 40:1 43:15
50:13 188:21,23
189:4 190:6,16,17
231:8
**production** 3:18
17:17 23:7 61:24
62:16,22 63:6,10

63:11,12,13,19,22
64:1,7,11,14 65:4
66:1,9,15 67:23
68:4 69:17 70:9
77:20 83:8 85:10
86:5 87:18 95:24
129:19 146:8
168:5 214:1,11
229:23
**productivity** 84:15
88:2
**products** 16:17
17:3 23:16 28:3
33:6 39:7,8,10
40:1 43:4,7,17
49:13,14 50:1
53:13 80:23 83:12
127:22 128:3,6,7
128:10 138:6,11
152:22 167:10
168:13 173:17
177:12 181:10
182:20,24 183:9
183:11 184:5,22
189:5 190:9,12,13
190:20,22 191:1,2
**professional** 76:7
139:20 182:1
**professionals**
182:14
**profitable** 88:7
**profits** 17:10
**progeny** 137:7
**program** 21:20,22
26:15,18 31:19
32:10 33:23 37:3
37:12 58:16 61:17
61:20 62:1 64:8
64:13,14,24 65:1
65:8,15,17 66:17
69:9 70:12 91:2
91:20,24 95:15
97:11,21 98:13,20
100:1,12,15,23
102:9,16,21 103:8
103:12,14 104:1
127:13 128:15,24

136:4 155:3
156:12 158:10
159:12 165:13
166:11,15 197:10
197:18 203:5
215:8 220:23
223:2,6 224:24
**programs** 30:24
155:8
**program's** 34:14
36:19 67:2
**project** 176:19
**projections** 69:10
70:16
**pronounced** 98:8
**proper** 13:5
**property** 60:10
**proportion** 92:15
92:17 93:8,9
146:1 152:3
167:15
**proportionately**
169:17
**propose** 100:19
**proposed** 209:13
**prospect** 91:16
**protected** 30:10
**prove** 96:21 218:16
**provide** 28:11
139:14
**provided** 29:2 74:4
167:4 223:3
**providing** 135:10
158:20,20
**proving** 217:20
**psychologically**
164:15,19,22
**public** 18:8 96:12
**publication** 74:3
75:1
**publications** 73:12
**publicly** 96:4
**publish** 11:10
**published** 47:12
72:24 116:7
**publishes** 71:4
**publishing** 182:2

**pull** 16:3 210:22 213:22
**punish** 19:23
**punishment** 20:17 21:14
**purchase** 39:18 93:17,19 203:23
**purchased** 138:7 138:11 182:23 183:8,12 185:3
**purchasers** 142:21
**purchases** 149:10 149:21
**purchasing** 49:24 184:4 204:11
**pure** 112:5 210:9 225:11
**purely** 13:18 14:9
**purge** 225:8
**purporting** 50:8
**purports** 214:17
**purpose** 57:7 78:3 78:4 79:24 122:7 217:18
**purposes** 68:17 117:2 118:12 120:2 179:20 217:11 223:12
**pursuant** 2:5 233:18
**pursuing** 176:20
**push** 107:21
**put** 55:11 58:15 61:1 173:5 174:8 176:24 188:6
**putting** 200:20
**puzzled** 102:3
**P.C** 5:3
**P.M** 125:5,11 185:22 186:4 191:13,17 213:15 213:19 226:4,8 232:16

**Q**

**qual** 154:17
**qualify** 190:20

**quality** 17:1 120:1 137:4 154:17 182:18
**quantity** 39:16 60:20 83:20 222:19
**quarrel** 63:15
**quarterly** 67:21
**question** 14:13 18:14 24:21 30:22 34:1,2 36:13 38:1 45:9 64:10,19 80:11 82:1,2 104:3 108:1 111:4 111:5,14 123:7 124:13 132:23 135:11,13 143:7 144:19 145:19 169:15 170:1 195:9 200:4 209:19 221:1 222:12 231:21
**questioning** 35:21 36:3,5 231:3
**questions** 35:10 51:22 191:6,19 194:14 204:19,20 214:4 216:7 232:5 232:15
**question's** 144:2
**quibbling** 98:16
**quick** 191:9 225:24
**quickly** 178:18
**quite** 30:13 49:21 58:8 60:5 84:19 92:21 112:22 124:17 142:9 164:21 189:1 221:23
**quote** 24:3 68:21 77:21
**quoted** 114:12 122:22
**quote/unquote** 22:2
**quoting** 114:13 193:22

**R**

**R** 51:10
**raise** 13:17 14:13 15:12,13 98:10
**raising** 11:8 14:22
**range** 51:12 56:16 56:18,23 105:2 113:18 115:16 117:21 120:15 121:16,17 132:17 167:17 208:10 221:13
**ranges** 160:10
**rank** 171:8,9,14
**rarely** 14:5
**rate** 35:16 36:7 97:12,17 98:19 99:1,5,19 220:21 221:11 223:5
**rates** 221:17,20
**ratio** 208:5,5
**rational** 142:3,10 142:12 148:14 153:7
**rationality** 140:23
**raw** 28:8 32:2,6,7 34:9 39:6,21,23 40:7 47:21 52:4 52:10 67:2 75:15 83:3,5,10,12,18 119:23 128:5 143:2 171:13 205:4
**rBST** 148:3,10,17 152:21 154:5
**rBST-free** 144:5,6 144:21 145:4,9,15 145:18 146:7 148:15 149:10,21 150:10,14,19 151:2,8,9,15,16 151:18,19 152:5 152:12,19 154:20 154:21 155:2,20 156:7,17,18 180:11 197:9 198:4,19 199:3

200:23 201:8,14 201:21 202:2,9,15 202:16
**reach** 80:16
**reaches** 147:22
**react** 16:1 53:5 135:4
**reaction** 83:4,6,10
**read** 20:20 29:20 30:9 62:8 73:11 82:2,4 95:3 141:15 157:2,15 198:15 207:1 228:3 234:13,14
**reader** 79:2,16
**reading** 62:4 65:21 166:2,4
**ready** 93:1 218:24
**real** 112:3 140:20 216:18
**reality** 95:13,13
**realized** 16:18
**really** 68:14 72:12 73:7 74:9 75:21 106:6 121:7,12 145:11 163:7 175:13,14 183:23 217:9
**reason** 16:2 42:9 54:24 86:19 91:10 91:11 108:20 120:17 121:24 135:24 140:8 141:9 142:3,13 146:2 147:4 150:17 151:2 168:21 175:19,20 180:2,15 182:17 235:4,7,10,13,16 235:19,22 236:4,7 236:10,13,16,19 236:22
**reasonable** 54:12 60:21 91:11 119:10 140:24 143:18 147:16 148:2,2 188:4

**reasonably** 51:11
**reasons** 8:24 10:7 60:15 86:13 91:3 134:12,12 150:20 173:5 175:8,8,12
**rebuttal** 3:11 9:4 10:23 12:10,12,14 12:20,24 23:4 24:13 46:15 54:23 57:21 58:14 62:4 62:9 70:17 76:4 89:22,24 90:2,10 94:12 103:23 113:4 117:11 118:8 122:1 139:9 145:3 166:22 179:6 182:24 183:3 194:7 205:12 219:7 226:18 227:3 228:13
**rebutting** 226:19
**recalculated** 120:22
**recall** 97:17 100:10 101:14 113:13,18 115:2 119:4 138:9 140:12 141:6 145:21 156:21 158:6,6 173:18 178:6 184:4 192:4 197:8 199:8 201:12,17,23 204:21 205:20 206:12 211:7,17 215:18,24 219:13 219:19
**receive** 28:2 141:10 141:21,23,24 142:4 144:5,6,21 148:9
**received** 28:1,5 32:5 36:23 60:18 79:10 140:4 144:5 226:2
**receives** 59:21 73:22

receiving 141:7,20
141:22 150:5
recess 45:13 82:21
125:7 185:24
191:15 213:17
226:6
recog 23:14
recognize 186:9
recognized 30:22
recognizing 16:23
recommend 72:23
reconfiguring 53:8
recontracting
21:13
record 35:1,4,22
36:2 45:12,17
82:4,20 83:1
125:6,11 140:13
155:5 157:18
185:23 186:4
191:14,18 200:9
207:2 213:16,20
226:5,9 228:4
232:17 233:13
recover 186:20
192:23 193:13
recovery 34:23
red 62:18,20 65:2
66:8 98:11
redirect 230:20
reduce 13:17
reduced 17:11 37:4
37:16 45:21,23
47:20 48:24 61:17
88:7 104:6,7
105:6,10 107:12
206:8 224:3,7
reduces 111:11
reducing 145:10
155:14 187:21
reduction 26:18
31:19 37:8,12,23
65:23 66:3,4
104:22 110:10
122:13 146:17,18
147:2 206:16
215:11

reductions 215:12
reestimate 187:4
187:17,23
reestimated 187:5
reestimating
187:12
refer 14:1 27:19
62:7 113:10 198:2
referee 71:3
reference 73:10
211:15
referenced 170:21
references 121:23
214:1
referencing 52:1
211:4
referred 39:1 45:20
106:9 188:24
212:4
referring 11:15
22:5 27:3,20,21
39:2 40:3 48:1
68:1,3 101:3
113:3,8 124:18
143:13 151:4
170:4 214:24
216:6,9 225:18,19
230:4
refers 70:2
reflect 214:10
215:7,11
reflected 33:18
121:20 161:1
164:24 169:8
reflects 70:5 192:5
reform 21:8
refrigerated 50:19
refrigeration 54:4
refuse 60:15
refused 140:14
regarded 30:3
regarding 9:21
10:7
regardless 24:24
138:16
region 63:6 78:5,8
79:3 134:7,8

145:13 165:21
166:16 167:14
174:11 176:21,22
183:16
regional 48:9 63:1
67:7 68:2,3
152:15,16 165:18
176:14
regions 77:21,23
78:23 167:5
175:17,20
regression 4:1
37:17 55:1,9 57:7
57:19 131:20,23
224:3,7
regular 71:2
regularity 47:13
regularly-produc...
182:10
regulated 25:15
32:2,10,16 33:23
34:15 36:20,22
46:18 47:22
regulation 24:5
25:1,3 27:6,10
regulations 17:21
25:16 175:1,2
regulatory 26:23
27:2 175:20
reissue 180:23
reject 72:17
rejected 76:11
relate 154:20
related 48:24 57:24
59:22 80:22
relates 36:15
relating 223:15
relation 205:11
relationship 31:3,5
31:7 55:16 56:7
60:13 71:21 129:9
161:17 163:2
174:20 209:21
relative 34:14
36:19 37:8 163:3
relatively 30:7
55:21,24 85:6

117:21 147:12
175:4 186:21
193:2 221:11
releases 155:10
relevance 101:17
relevant 27:16 39:4
115:17
reliable 122:3,7
relied 48:6 179:9
218:13
rely 45:6 47:19
182:9 192:10,14
218:5 223:10
relying 130:16
222:4,6,13,14
remained 136:16
remember 49:7
52:13 68:13,15
69:14 70:15,15,18
70:19 90:12 100:6
121:7,13,19
138:18,19 141:15
141:15,18 153:12
158:13 159:9
178:10 181:3
186:7 192:6
194:13 195:3,5,9
203:7 212:4,5
214:12 219:20
220:24 226:10
227:3
remembered
138:13
remind 79:1,16
reminding 142:22
removal 98:8 135:6
135:19 137:6
removals 129:10
136:11
remove 135:16
137:10 148:2
187:16
removed 71:14
92:4 125:20 126:7
126:13 129:15
134:10,21 203:4,6
203:11 204:11

215:7
removing 187:2,4
187:13
reopen 36:5
repair 164:10
repairing 89:21
repeat 82:1 94:15
108:1 111:14
143:6 151:13
rephrase 104:3
rephrased 23:17
replace 92:6
137:10 203:6,22
replaced 99:20
129:24 135:17
203:3,12 204:11
replacement
137:12 203:21
204:8
replicate 17:20
report 3:11 4:2
8:18,22 9:4,5,7,8
9:9,10,18,18,22
10:2,4,9,14,22,22
11:14 12:11,12,14
12:20,24 23:4
24:13,19 30:23
32:21 46:15,15
51:24 54:23 55:12
57:21 58:14 62:5
62:10 70:17,20
72:10 76:4,19
77:14 78:14,15,16
78:20 79:7,14
89:18,21,24 90:1
90:2,7,10 91:12
94:12 95:4 96:19
96:20 99:16
100:24 103:23,24
112:19 113:2,4,10
113:21,21 117:11
118:7,8 120:11
121:11,12,12,18
121:21,21 122:1
123:24 125:15,15
126:1,2 138:3
139:10 145:3

149:1 151:5 156:24 166:22,23 167:2,3 169:10 174:2 178:19 179:7 182:3 183:1 183:3 194:4,7,22 201:4,7,14,18,23 202:6,20,24 205:12 211:9,16 211:19,24 212:1 217:3 218:11,12 219:7 223:9 226:12,19,20 227:2,3 228:13 230:5

**reported** 1:22 6:23 74:5 112:21 140:6 141:3 147:19 181:4 233:10

**reporter** 2:9 7:12 8:2 24:12 68:9 82:5 89:12 95:22 105:8 115:6 128:22 131:13 148:24 159:19 186:6 188:9 233:4

**REPORTER'S** 233:1

**reporting** 17:24 18:7

**reports** 9:14 74:6 157:3 170:21 180:1,8 223:2

**represent** 64:22 65:2 140:10 148:14 157:19 180:10 189:4 191:24

**representation** 96:18 163:13

**representative** 154:5

**representatives** 198:13 202:2

**represented** 116:20 141:4 163:22

**representing** 58:4

187:16

**represents** 90:13 131:9 136:7 146:18

**reproduce** 112:14

**requested** 233:17

**required** 72:3,11 73:1

**requires** 111:12

**rerun** 74:20

**research** 3:16 38:3 44:18 49:18 50:6 51:3,4 89:11 95:24 119:3 120:1 121:9 214:18

**researcher** 76:13

**researchers** 44:8,9 49:9,19 116:17

**reserve** 231:24 232:3

**residual** 173:24

**respect** 34:23 121:1 200:22 205:9 214:5

**responded** 26:13 223:6

**respondent** 88:22

**responding** 152:2 216:7

**response** 4:10 66:20 88:15,24 89:6,24 104:2,11 105:3 107:10,16 108:5 110:2,19 111:10,11,12,16 128:15 135:18 136:8 153:5,10 179:18 199:22 217:4 223:2,7,8 227:23

**responses** 223:1

**responsible** 48:4

**rest** 19:8 78:4,8,8 79:17

**restate** 64:18

**resubmit** 72:18,18 73:24

**result** 23:7 57:18 66:19,24 70:12 110:12 117:7 126:16,20 161:12 165:12 208:5

**resulting** 108:6

**results** 4:1 59:20 61:14,15,20 63:4 73:16 75:9 120:1 125:20 127:22 128:14 131:19 132:4 136:2,9,24 137:4 176:22

**retail** 53:1,21

**retailers** 52:24 53:5 53:9,10 152:2,8 152:21 153:13

**retained** 100:11

**retired** 99:21 100:22 101:1,12 101:13 102:10 132:5,15,20 133:11,14,14

**retirement** 21:20 21:21 30:24 31:4 34:14 36:19 37:3 37:12 61:17 62:1 64:7,23 65:1 69:9 89:5 91:2,20,23 95:15 97:11 98:20 102:9,16 103:12 104:1 127:13 128:19 129:1,4 136:4 155:3 159:12 165:13 166:11,15 187:24 193:10 197:10,18 203:4 215:8 220:23 223:2 224:24 225:20

**retirements** 70:13 88:20 89:2,4 98:6 129:13,15,20 186:21 187:15 192:24 193:14 215:3

**retiring** 102:8

**retrieve** 192:1,20

**retrospect** 23:11

**return** 27:23 223:5

**reveal** 60:11,16

**revealing** 60:9

**reverse** 64:19

**review** 65:14 70:22 71:4,9 72:9,19 73:19 90:9 233:17

**reviewed** 43:11 89:20 112:20 226:15

**reviewer** 72:20 74:12 75:7 166:4

**reviewers** 71:18,24 71:24 72:8

**reviewing** 71:12

**reviews** 71:7 74:6

**revise** 73:23

**reward** 145:10

**rewritten** 72:21,22

**Ricchetti** 4:3 24:3 63:3,9 68:2 76:5 149:1 157:3,8,10 179:14

**Ricchetti's** 9:8 24:24 62:14,21 63:16 66:1 67:7 70:3,4 76:19 95:11 96:19 151:1 151:5 156:24 179:18

**rich** 48:17

**Richard** 4:14 113:7

**right** 18:23 28:10 35:11 44:24 61:7 61:18 62:3 66:12 78:3 84:23 97:9 104:11 105:5 107:2 109:6,23 110:17 112:10 116:6 122:8 123:19 126:13,15 132:1 138:4,16 140:1,2 142:9 153:19 154:19 157:8 160:19

161:22 171:5 174:1,11 176:18 178:5,24 179:3 181:16 184:6 185:17 191:5 194:18 197:6 200:5 202:7,8,14 203:12,24 205:1 206:4,21 207:15 207:24 209:10 210:18,20 211:1 211:14 212:10,15 212:21 213:4,14 213:21 215:14 219:4,23 227:16 227:17 228:24 229:4 231:24

**right-hand** 115:15 123:2 160:16 162:14 187:8

**rise** 25:21 42:5,14 42:18,23 86:18 87:13 98:13 108:4 136:1,5

**rises** 38:16

**risible** 150:16

**rising** 81:7 165:14

**Robinson** 177:18

**rookie** 63:17

**rose** 38:7,7 88:21 165:15

**rough** 216:20

**roughly** 15:19 51:14 69:11 167:17

**round** 146:4

**row** 105:19 109:20 125:19 126:6 211:21 229:9

**rows** 103:24 104:4 104:5,9

**RPR** 1:23 2:8 6:23 233:3

**rule** 58:9 170:20 172:10 233:18

**rules** 2:5 169:23

**run** 16:11,12 42:1,1

42:21 84:4,5,5,5
84:13,16,19,20,22
85:9 87:9,10
93:23 94:1 112:23
113:1,1,16 171:24
228:5 229:10
**running** 20:23
50:21
**runs** 124:4,4

### S

**S** 3:9
**safe** 11:4
**SAITH** 232:18
**sales** 138:23 139:5
**satisfy** 153:15
**save** 234:15
**saw** 60:19,19
**saying** 23:18 77:5,7
97:17 101:18
130:11,19 140:13
141:11 157:7
162:16 172:10
211:20
**says** 25:22 63:8
70:2 114:8 115:15
115:24 116:1
149:8 157:8,10,16
160:10,11 184:9
228:20 229:16,17
231:6 232:1
**scale** 17:17 42:17
99:10
**scattered** 48:6
**scenario** 106:13
**sched** 159:17
**schedule** 157:5
158:9 159:13,16
159:16 161:17
163:3
**Schmitz** 115:21
**sciences** 74:15
**scope** 12:9,15,17,19
13:7 14:24 32:19
34:11 51:21 52:6
126:4 133:4
137:20 139:8

212:23,24
**scores** 166:4
**Scott** 58:15
**Scratch** 123:6
**SDCA** 156:3,6,15
**searched** 47:2
**second** 34:16 52:15
89:10 129:3 160:1
183:7,7
**Second-to-last**
149:19
**Secretary** 182:5
**section** 160:5
211:19
**see** 8:16 18:2 24:7,7
53:12 76:18
101:17 102:2
114:15 124:9
130:3 132:6,9,16
133:10 135:9
136:9 137:3
149:15,16,24
155:5,10 162:12
164:21 168:6,6
169:3 170:19
171:2 183:23
190:8 214:2,12,19
227:24 228:21
229:6,8,11,19
230:2
**seeing** 156:21
173:18 184:4
192:7
**seek** 34:23 35:3
**seeking** 35:23
**seemingly** 218:2
**seen** 53:10 150:13
158:2 159:6 166:6
176:21 212:16
213:3
**sees** 53:15
**selecting** 146:24
**selection** 11:22
211:10
**selling** 15:8
**sending** 213:12
**sense** 12:23 17:9,11

25:9,9 27:5 36:11
36:12,14 75:7
79:1 127:24 159:7
216:22 220:8
**sensitive** 134:20
152:8
**sensitivity** 104:16
104:18
**sent** 72:15 157:18
**sentence** 24:20,22
25:22 114:8,15
149:19 183:7
184:9 228:4
**separate** 72:15
178:7,11 218:11
**separately** 55:9
218:10
**separating** 189:5
**sequence** 216:9
**series** 48:7,15,16
73:14 74:18
158:14 160:12
182:2 204:19
**servants** 181:23
**service** 3:17 49:18
51:4 52:20 74:3,5
75:22 95:24
214:18
**services** 27:23
**servicing** 146:7
**set** 24:5 25:4,6,10
25:10,18 47:10
99:14 123:9 156:6
158:9 159:12
162:17 180:14,14
187:23 193:24
194:2 196:7
210:15 215:14
220:18 233:9,20
**setting** 26:2 46:17
**settled** 30:13
**seven** 182:11
**shape** 38:11
**share** 20:24
**SHEET** 234:1,17
235:1 236:1
**shelf** 153:24

**shelves** 53:7
**shift** 44:24 54:3
77:20 149:10,21
151:9,15 154:5,10
154:11,13,19,23
210:4,4,6
**shifted** 155:1
**shifter** 44:6
**Shipman** 6:10 8:5
**shipped** 168:3
**shipping** 204:7
**shock** 108:7 110:13
**short** 16:11 20:11
44:7 84:4,5,10,19
84:22 85:9 87:9
93:23 94:1 112:23
112:24 203:15
227:10 228:5
**shortened** 72:21,22
**Shorthand** 2:9
233:4
**shortly** 230:18
**short-run** 43:2
89:6 105:3 113:15
114:11 115:19
116:19 120:4,8,14
128:15 227:10,12
228:7,12 229:4
230:9
**should've** 148:11
**show** 78:4,17
103:24 104:10
176:5 195:24
212:14 213:2
217:12,19 225:12
227:17
**showed** 69:10
78:21 89:11 137:1
169:20 181:17
211:17 212:3
**showing** 95:24
120:4 216:23,24
**shown** 75:7 77:20
105:1 192:21
195:16 226:11
**shows** 62:1 63:18
65:20,22 66:2

68:21 69:24 70:10
79:8 95:21 178:21
196:3
**shredded** 189:8,11
189:12
**Shut** 62:6
**side** 50:4,4,10
53:20,24 54:11
106:6 107:15
108:17 126:24
142:18
**sideways** 228:24
**sign** 56:1,3,3,15
57:6 87:16 127:4
207:11
**signal** 21:13
**SIGNATURE**
235:23 236:23
**Signed** 234:21
**significance** 55:20
91:16 127:5 131:7
133:20 172:6
173:2
**significant** 15:11
31:5 44:14 50:19
56:14,21 79:14
84:14 99:3 127:12
127:17 128:20
129:2,11 136:15
147:18 152:20
153:5 163:16
173:9 195:19
**significantly** 59:1
121:15 130:3,7,8
131:3 132:24
133:17 134:16,18
170:14
**signs** 207:9
**similar** 81:15 185:7
221:17
**similarly** 53:14
**simple** 38:20 80:7
139:18 180:5
181:9 186:22
193:2 210:9
**simpler** 13:23
**simply** 27:10 38:2

77:2,11 78:16
79:15 134:13
135:10 187:6,20
**simultaneous**
209:15,20
**single** 41:22 87:22
89:5 222:11
232:13
**sir** 192:13
**situation** 159:4
**six** 93:2 123:23
**size** 31:4,17,18 47:8
48:2,12 67:17,17
67:23 68:3 69:16
83:7 84:9,22,24
85:17,23 87:14
88:8 94:12 133:24
208:7 209:3
223:13
**skeptical** 102:15
180:18 181:19
**skimmed** 89:23
**slaughtered** 187:17
**sleep** 135:24 177:4
**slight** 99:9,11
**slightly** 88:5,8
165:17 208:8,9
**slimness** 144:18
**sloping** 38:18,18,19
**slow** 16:1
**small** 20:21 68:21
69:24 85:6 90:2
97:20 111:13
122:13 147:9,12
152:3,20 163:13
228:8
**smaller** 20:23
68:22
**SMI** 137:22,24
138:4,8,12,22
139:4,5 157:11,18
158:12 159:12
161:2,14 185:3
**SMI's** 139:13
**SMI/Winn-Dixie**
185:11
**SMI_001655** 160:2

**smoothly** 145:16
**social** 74:15 153:17
**sociodemographic**
49:24
**soft** 190:11
**softening** 164:4
**Solberg** 231:2
**sold** 145:15
**solely** 80:17
**solid** 53:22 167:19
**solidify** 10:19
**solved** 20:10,16
**somebody** 73:10
**somewhat** 14:11
85:4 88:8 113:15
175:3
**soon** 125:2 152:20
**sorry** 8:4 20:14
38:18 47:17,17
62:22 79:9,11
83:16 85:11
111:11,23 120:13
121:2,21 122:21
123:6 125:22
129:5 143:21
170:19 174:1
193:2 194:6 198:2
207:9 210:23
212:19 214:9
216:4 230:9
**sort** 29:22 41:6,11
43:19 135:18
145:21 175:21
182:6
**sounds** 141:8,8
167:3 202:5
**Sounghun** 3:24
**sour** 190:23
**source** 75:2,3 85:21
113:5 114:14
118:13 179:8
182:17
**sources** 10:1 15:11
26:6 116:16
118:11,14 180:18
**South** 2:10 5:5,13
7:7

**Southeast** 1:9 4:4
7:4 38:4 63:5,6
68:23 69:2 77:21
77:22 78:8 79:4
79:17 122:15
123:10 124:6,8,18
145:12 149:11,22
151:11 153:3
155:21,23 156:2
156:17 157:23
165:21 167:14,21
167:24 168:3,12
168:20,23 169:4,7
169:13,17 173:8
174:18,20 176:20
195:7 197:1
199:21 200:23
234:7
**southeastern** 27:16
62:21 173:11
174:6
**soy** 181:10,14
**soybean** 181:4
**soybeans** 18:1 59:8
**soybean-processi...**
181:7
**so-called** 58:12
**space** 45:1 78:22
79:15 86:9 176:12
**spatial** 174:15
175:16,22 176:2,8
176:17 194:17,21
**speak** 44:6 145:9
166:7
**speaking** 121:15
126:23
**specialist** 7:11
**specialized** 152:1
**specific** 14:19 52:2
59:20 90:3 165:18
166:23 175:2
184:3 201:24
**specifically** 22:5
47:3,5 63:8 70:19
155:23 205:7
225:18
**specification**

115:18
**specifications** 75:3
75:4
**specified** 93:23
**speculate** 175:12
**spend** 72:2
**spending** 41:19
43:22
**spite** 155:1
**spot** 42:8,16
**spotty** 152:19
**spread** 189:13,14
**spreads** 190:18
**spreadsheet** 137:16
186:23 193:4
**spreadsheets** 75:14
**springers** 92:6
100:12
**springing** 90:16,20
91:1,24 92:5,9,15
92:19 93:6,17
94:20 100:17,17
101:5
**spurious** 76:24
**square** 51:10
**stage** 39:17 40:5
148:4
**stages** 81:18
**Stahl** 2:10 5:12
7:22
**Stamford** 6:12
**stand** 179:12
**standard** 141:1
170:11,17 197:5
**standards** 76:7
81:7
**start** 16:19 41:18
41:19 42:23 93:1
130:12
**started** 50:3 97:21
152:11,13,21
156:11
**starting** 99:8
**starts** 76:13
**state** 2:10 8:21 9:8
35:8,12 37:2
54:23 67:12,18

68:8,12,16 112:19
179:7 233:4
**stated** 10:3 138:2
**statement** 8:23
24:9 36:15 79:11
179:12
**states** 1:1 2:6 49:10
78:9,22,23 169:4
201:9
**statistical** 55:19
83:3,10 91:16
125:20 131:2
134:12 199:5
**statistically** 31:5
55:23 121:15
126:17,21,23
127:8,12,17
128:20 129:2
132:24 188:5
**statistically-based**
60:6
**statistician** 171:16
**statistics** 179:8
**stay** 36:2 102:12
103:2
**stenographically**
233:11
**step** 163:10,12,22
**steps** 108:19
162:19
**sticker** 97:3
**stipulation** 34:22
35:21
**stock** 94:12,14,22
94:24 95:1,5,9,10
95:16 97:12,19
214:10
**stood** 9:16
**stop** 18:12 19:13
29:5 34:19 35:7
80:10 228:10
**stopped** 69:8
**stopping** 77:11
**storability** 127:21
**storable** 39:7 43:13
43:16 128:6,6
**storage** 40:11 41:3

41:22 42:11 50:12
**store** 149:11,22
150:17 151:10
**stores** 1:5 7:3 53:9
150:9 153:13
154:23 234:3
**straight** 38:20
**strange** 176:22
181:1 183:18
**strategies** 22:19
**Street** 6:11
**strict** 16:24
**strike** 196:22
197:23 201:5
222:5 224:5
230:10
**strong** 136:2
**structural** 18:21
45:24 46:4,16
47:19
**structure** 13:20
**students** 177:19
**studied** 11:1,4 22:5
45:4 47:3 84:19
164:1
**studies** 14:18 15:21
43:12 46:15 48:1
49:15 50:3,7 52:2
61:1 116:10,11,18
117:1 118:1
121:20
**study** 13:3 32:2
34:6,13 36:19
43:6,9 45:3,6
46:16 48:15 53:2
58:16 61:4 90:11
93:12 117:2,18
143:11
**studying** 46:3,7
142:20
**stuff** 173:20
**sub** 157:23
**subject** 18:8 24:4
25:3 80:11 157:24
158:4 199:21
200:6,10 201:1
**subjective** 224:11

**submission** 71:14
**submissions** 76:3
**submitted** 8:18 9:4
71:16 74:23 166:5
**submitter** 71:22
**subsector** 52:14
91:6,7
**subsequent** 111:13
134:24 135:8
**subsequently**
135:17
**substance** 197:14
**substantial** 66:20
**substantially** 66:15
**substantive** 73:5
**substitute** 16:21
73:15 139:20
199:16
**substitutes** 16:14
17:4
**substitution** 16:17
**subtract** 139:24
143:18
**subtracted** 66:12
**subtraction** 143:24
**subtractions** 94:14
95:1
**subtracts** 63:11
**success** 20:2 21:16
**successful** 15:18
17:7,8,9,20 81:12
**sudden** 219:2
**suddenly** 42:10
**suffice** 196:20
**sufficient** 47:12,13
134:13
**sufficiently** 94:4
**suggest** 56:2 73:10
74:18 129:19
**suggested** 72:19
130:20 144:19
145:2 199:18
**suggesting** 131:1,2
132:10 203:14
**suggestion** 74:16
181:9
**suggestions** 73:17

**suggestive** 80:6,19
**suitable** 138:1
**Suite** 5:5 6:3
**sum** 197:13 207:13
**summarize** 120:3
**summarizing** 13:12
**summary** 116:24
169:15
**Sunding** 81:9,18
**supercompetitive**
14:12 26:9 27:15
**superior** 159:1
165:22,24 179:17
180:14 187:11
208:21
**supernormal** 17:10
**superstar** 219:3
**supplied** 83:20
167:23 169:12
225:22
**suppliers** 185:6
**supplies** 67:3 70:11
106:3,22 108:5
**supply** 4:10 15:7,11
15:19,20,23 25:6
26:14,17 30:10,13
30:21 31:22 37:4
37:8,11,18,23
38:4,6,8,13,16,17
38:21 40:3,6,6,8
40:13,17,22,24
43:1 45:24 50:10
50:15 51:8,18
53:24 54:2,7,10
58:1,4,13,20
61:17,19 62:2
66:20 68:7,11,21
70:1 80:12 83:3
83:15,21 84:2
85:10 87:6 88:15
88:21,22,24 91:9
104:2,6,8,11,23
105:11,16,16,24
106:8,13,20
107:10,11,13,14
107:16,20 108:3,7
108:10,12 109:10

109:11,16 110:1,3
110:7,9,9,13,18
110:19,21 111:10
111:12,12,15,16
111:18 112:12,20
112:21,23 113:11
113:15 114:9
115:16,23 116:11
116:12 117:5,6,8
119:23 120:4,8
121:4 122:13
128:15 135:6,8,18
155:14 165:1
168:12 184:11
204:14,19,21
205:2,3,8,18,20
206:7,11,16,17
207:3,4,6,6,13
208:3,4,7,18
209:4,16,17,21
210:4,7,16 211:5
223:15,22 224:8
224:12,14 227:13
227:14,23 228:7
229:6 230:12
**support** 49:4
174:14
**supported** 61:11
150:1
**suppose** 41:13
100:9 185:9
**surcharge** 158:9
159:13,15 160:6
160:11 161:1,7,12
161:23 163:19,23
164:21 165:8
166:8
**surcharges** 146:13
157:4,23 158:5
159:8 160:15
164:14 165:11
198:8 199:8,12,16
199:20
**sure** 24:10,12 26:20
35:24 41:6 69:15
82:10 95:19
102:21 104:4

106:7 108:17
113:12 114:2
116:22 118:4
125:4 130:2,6,8
131:24,24 135:16
141:15,20 153:21
171:17 172:22
180:6 185:5
192:13 201:19
204:3
**surely** 195:19
198:22
**surprise** 119:7,9
138:10
**surprised** 138:15
**surrounds** 24:8
**survey** 46:21 63:12
63:18 116:22
179:22 215:11
**surveyed** 116:10
**surveys** 49:23
180:3
**suspect** 113:18
116:17 121:8
**swear** 8:3
**sweet** 42:8,16
**switching** 142:7
**sworn** 8:8,10 233:8
**synthetic** 60:5
**system** 25:13 33:20
36:24 39:17 40:5
41:12 42:4 52:16
71:4 175:5

---

**T**

**T** 3:3,9
**table** 28:19 78:16
78:20 79:8,12
90:7,9,13 91:18
95:21 103:22
104:17 105:12
109:19,20 110:24
111:2 120:12,21
122:9,13,18,24
124:1,8 125:14,19
125:22,24 140:19
160:7,9 169:9

171:2,4,5 172:23
173:6 174:2
178:19,21 179:3
194:9,14 195:16
205:11,12 206:7
211:21 229:2,4
**tabled** 170:12
**tailored** 165:21
**take** 45:10 82:15
84:14 88:24 94:13
94:24 97:20
109:24 124:11
129:21,22 140:14
171:9 185:20
187:18 191:9
209:12 213:12
225:24
**taken** 2:5,7 76:1
121:19 228:9
233:8,14 234:13
**takes** 70:6 88:16
**talk** 100:20
**talked** 18:16 47:9
86:13
**talking** 18:20 35:14
40:9 43:2 67:16
67:23 103:18
119:18 203:20
**Tape** 7:1 45:15
82:23 125:9 186:2
**teach** 177:19
**team** 169:6 230:21
231:6 232:8
**technical** 13:23
57:15 74:24
**techniques** 22:19
27:13 49:20
**technological** 23:13
**technology** 40:10
84:18 222:21
**Tel** 5:7,15 6:5,13
**tell** 56:6 99:10
113:9 131:11
167:2,2
**temporarily** 21:7
86:19
**ten** 33:14,14 58:9

89:2
**tend** 42:18,19
86:18 87:7,13,13
**tended** 44:2 48:9
217:2
**tends** 21:6 89:8,10
168:8
**term** 13:23 22:10
57:15 141:14
203:15
**terms** 16:24 18:23
29:16 56:23 131:2
141:14 147:1
185:7 197:5
201:24
**test** 131:5,6,6,8,9
**tested** 40:7 44:13
44:15 54:13 130:4
**testified** 8:11 88:14
218:4 226:14
**testify** 10:7
**testifying** 9:21
34:18 35:7 81:19
231:10
**testimonies** 155:7
**testimony** 26:4
35:20 45:16 47:24
81:20 82:24
125:10 154:8
186:3 201:24
202:9 213:4 220:2
233:10,13
**tethered** 85:15
**Thank** 14:16 21:17
31:9 37:1 54:20
82:13 94:9 103:10
103:20 142:22
182:21 183:6
188:7 191:7,8
**theoretical** 73:20
**theory** 23:5 56:2
176:18
**they'd** 42:21
**thing** 16:22 41:22
57:22 72:8 182:6
193:1 231:1
**things** 32:22 74:9

74:10 76:24
102:13 109:4
119:16 190:19
**think** 13:15 14:8
18:11,12,12,16
20:9,15,16 22:9
28:17 32:22 45:9
49:5 50:23 54:18
61:12 63:16 65:10
69:4,7,11,14,18
70:7 71:6,24 72:8
73:7,16 80:8 81:5
82:7,8 86:10,11
86:11 91:11 96:24
101:2 108:15
112:15,16 113:5
124:10,14 136:19
141:9 144:3,13
145:2 146:5,6
148:20 154:3
159:3 169:24
170:6 171:2
172:23 173:22
174:24 175:10
178:12,17 179:2
181:24 184:20
185:9 186:6 187:1
187:1,2,15,19
189:5 199:14
201:11 203:14
217:17 219:17
220:11 222:21
228:18
**thinking** 118:1
216:6
**thinks** 32:23
**third** 6:11 89:10
91:18 94:6 130:9
229:20 230:2
**thought** 44:11
50:14 54:12 64:2
64:5,12,20 95:11
116:20 118:11
121:3 134:13
180:24 185:6
216:9
**thousand** 11:6

**thousands** 11:5
126:7
**threat** 19:20,21
**three** 50:23 59:17
69:10 71:17 88:16
88:24 118:14
127:11 147:7
171:1 179:22
187:15 213:9
230:12
**three-year** 230:9
**throughput** 41:7
41:12
**thumb** 58:9
**tightly** 16:23
**time** 10:12 29:20
29:24 36:3 44:21
48:5,7,15,15
51:15 53:9,9 54:3
54:3 76:17,22,22
77:1,19 78:17
84:3 87:7 88:5
93:22 94:7 99:6
105:6,10 106:1,21
106:23,24 111:19
112:24 114:10
115:17,23 116:13
120:21 123:10
130:22 135:16
136:8 141:23
142:5,15 143:24
147:10 152:24
154:12 155:18
187:18 202:23
213:11 214:24
215:1,2 216:11
217:9 219:5
220:15 225:21
232:19 233:9,14
**times** 15:9 47:8
61:21 123:23
**time-consuming**
74:7
**tiny** 183:17
**title** 71:13
**TMiller@bakera...**
6:6

**today** 114:13
137:10 191:7
193:6 202:9
213:24
**Todd** 6:7 7:24
212:21
**tofu** 181:11,11,14
181:16
**told** 100:21 122:22
177:5 182:2
**tolerable** 21:4
**tolerate** 20:21
**tool** 147:21,22
**top** 112:1 171:9
174:7,12,13
176:23 190:23
228:18,20 229:9
**total** 47:21 52:4,7,8
90:14 92:1 94:21
**touched** 111:22
**Tower** 5:4
**track** 167:1
**trade** 175:19 176:7
**traded** 175:23,24
**trading** 177:16
**traditional** 190:10
**trailed** 165:16
**transaction** 140:7
**transactions**
140:10 141:4
**transcribed** 233:11
**transcript** 233:18
234:13
**transferred** 23:14
**translate** 69:1
141:19
**translated** 176:12
**transmission** 176:1
176:11 177:1
**transparent** 17:23
18:1
**TransPerfect** 7:10
7:13
**transportation**
50:11
**transportation-t...**
50:11 54:1

treated 148:10,16
trend 69:19,21
    77:19 145:15,24
trended 145:16
trending 69:7 79:4
trends 76:17,20
trial 9:21 10:15
tried 12:3 47:6
    50:20 54:6 117:16
trinary 189:2
tripling 181:18
trouble 55:9,14
truckers 50:16
trucking 40:12
trucks 41:18,20,20
    159:5
true 23:12 60:17
    80:20 92:21,23
    117:23 128:11
    130:24 132:10
    138:14 161:17
    163:1 179:21
    202:12 233:13
    234:15
truth 138:14
truthfully 141:3
try 11:23 14:6 51:4
    73:15 111:24
    209:13 218:19
trying 59:18 76:21
    78:17 143:16
    176:24 209:23
turn 53:17 55:22
    56:22 57:11 62:11
    63:7 92:11 103:22
    115:12 122:9
    125:14 140:18
    142:16 149:6
    156:24 159:24
    166:22 175:7,7
    178:18 179:6
    184:6 228:16,23
turned 20:14 31:6
    44:20 54:13
turns 16:16 20:17
    80:8
twice 87:24

two 17:6,6 19:7
    26:6 70:6,8 71:17
    72:3,9 73:22 74:2
    84:11 85:22 86:3
    86:3,5 89:9 93:16
    93:24,24,24 94:5
    100:8 103:23
    104:4,5 129:22,22
    153:24 160:9
    164:10 173:3
    175:17,17,20
    176:4,11 179:4,4
    185:6 187:13,14
    195:8 217:9,9,9
    218:23 220:7,11
two-and-a-half
    72:11 129:23
two-hour 184:19
type 46:24 54:17
    84:15 108:23
    143:20,22 146:2
    146:22 153:6
    168:6 171:11
types 171:1,7
    189:10
typewriting 233:12
typi 217:1
typical 217:3
    220:13
typically 15:21
    41:24 48:6 49:14
    72:17 73:6,19
    76:14 84:4,11
    85:23 86:21 147:8
    181:21 207:11
    217:1
typo 179:2

——— U ———

uh-huh 111:9
    122:11 126:2
    132:12 202:21
    203:16 212:5
ultimately 53:13,18
    83:7
un 172:20
unable 47:4 60:21

unanticipated
    42:10
unavoidable 148:8
unaware 15:10
unbiased 57:8,12
unbiasedness 57:13
uncorrelated
    172:12 175:9
underlie 138:23
underlying 45:24
    46:16 134:6
underneath 206:22
understand 24:11
    54:6 60:4 65:13
    99:13 112:2 134:2
    141:21 142:16
    148:7 176:24
    179:13 218:19
understanding
    22:14 26:21,22
    30:2 33:19 65:6
    65:10 76:17 140:3
    142:2 150:9
    184:10 198:1,3
    234:18
understood 94:9
    140:6 203:19,20
unex 172:15
unexpected 16:20
    88:10
unexplained
    172:17 173:8
unhappy 20:24
uni 99:12
uniform 141:7,20
    141:24 156:17
uniformly 141:10
    142:4
uninformative 67:9
unique 17:2 40:1
unit 106:9,22
    107:12,14 108:14
    109:11 110:2,4,4
    110:5 117:5
United 1:1 2:6
    78:22,23 169:4
    201:9

units 109:3
univariate 76:5,10
    76:14,15 77:10,13
    78:10 79:19,23
    80:5,10,18,20
    81:3,11,21 82:9
    99:12 215:23
    219:16,21,24
    220:9,12,12,13
University 29:23
unknown 72:13
    73:7 190:7
unnecessarily
    164:10
unnecessary 93:13
Unorthodox
    166:20
unrelated 60:2
    173:10
unreliable 56:4
unresponsive
    112:22
unsuitable 92:12
unusual 183:24
upper 168:6 169:18
Upstate 168:8
upstream 40:8 46:9
upward 38:18 84:9
USA 179:15
usage 199:3
USDA 3:16 25:12
    25:16 33:2 36:24
    49:11,22 51:4
    52:2 63:18 65:7
    66:8,13 70:8
    90:13 95:23 96:4
    167:13 169:23
    179:7,15,19,21,24
    180:16 182:11,16
    182:18 198:24
    214:18
USDA's 63:12
use 19:20 22:10
    26:8 27:2 37:22
    77:13 96:11,13,22
    115:22 119:2
    137:21,24 143:16

    163:21 167:13
    179:14 197:4
    224:14 227:1,2
    228:12
useful 101:7
uses 58:22 118:23
    137:15 171:13
usual 72:3 177:18
usually 27:2 71:8
    71:11,16 72:9,13
    73:22 87:20,20,24
    108:24
utilization 87:19
U-shaped 42:19
U.S 3:17 4:12 7:4
    61:10 95:24
    115:16 154:18
    181:4,21 214:1,11
    227:24 229:5

——— V ———

V 3:23
validity 30:15
    222:22
valuable 61:12
value 61:9 84:1
    87:14 115:22
    123:1 132:10
    148:15 161:16,20
    188:1 208:3 211:5
    211:10
values 87:10,12
    122:12,18 123:1
    125:19 126:8
    130:17 132:21
    133:20 160:13
    162:6 170:12
    187:23 189:3,10
    207:8,12,14
vari 54:11
variability 48:12
    152:16
variable 43:18,20
    44:13,17 46:11
    49:6 56:8,9,10,14
    61:6 76:23 77:2
    80:14 94:13,24

125:21 126:11,14
132:6,16,20
133:13 144:16
162:2 165:23
166:1 172:16,18
172:19 188:24
189:2,4,16 193:10
198:23 199:4
214:8,9,10 216:4
216:5,15 220:6,14
220:15
variables 45:19
52:3 54:12 55:8
55:10,21,23 56:1
56:21 57:24,24
58:3,3,6,12,23
59:2 67:22 73:15
85:5 133:11
134:11,14,15
136:15 137:6
163:10 172:21
217:9 220:7
224:22 225:1,1,4
225:5
variable's 76:21
variance 58:6
75:18
variation 44:18
51:14 134:5
172:15,21 173:8,9
varied 44:12
varies 40:15 76:2
112:23 114:9
various 47:8,9
49:13 104:18,19
vast 100:10
vegetables 190:19
vehicles 41:4
verbal 147:14
verbatim 184:20
versa 56:3
versus 7:3 48:9
113:1 114:11
146:7
vertical 39:17
52:13,14 91:6,6
216:11 220:15

viable 20:5,17
vice 56:3
video 7:11
VIDEOGRAPH...
7:1 8:2 35:24
45:11,15 82:19,23
125:5,9 185:22
186:2 191:13,17
213:15,19 226:4,8
232:16
videotaped 1:14
2:3 6:22 7:2
view 89:11
virtually 152:22
174:23 175:19
183:16
vocal 152:3
vocalization 152:18
vs 1:8 234:6

———————
W
———————
W 6:7
wages 50:16
wait 86:2,3,4
waiting 86:2,2
92:24 97:3
Waldin 3:6,8 5:18
7:22,22 8:13 9:3
9:17 10:6,12,24
12:16,21 13:1,3
14:16 22:8 23:3
24:12,18 26:20
27:18 28:22 29:2
29:5,8,15 31:9
32:1,15,22 33:21
34:12,18,24 35:18
35:22 36:17 37:21
45:10,18 46:10
47:2 49:3 52:1,9
54:20 56:5 57:1
62:6,11 63:7 64:9
64:17,21 66:24
67:6 68:10 69:23
70:4,21 77:13,18
78:1 80:15 82:2
82:13,14 83:2
89:12,18,20 93:5

94:9,17,23 95:22
96:4,7,10,17,23
97:2,10,18 98:18
99:1,14 100:21
103:20 105:9
106:8 108:2,14
110:17 111:1,20
112:16 113:8
114:3,4 115:5,11
116:6 117:4
118:19 119:4,19
121:5 122:8
124:13,23 125:4
125:12 126:2,6
128:23 130:16
131:13,19 134:1
134:22 135:5
137:5,21 138:2
139:2,9,22 142:19
144:4,20 146:23
148:24 149:6
150:8 151:6
154:14,23 155:11
156:1,14,23 157:9
157:14 158:8,12
159:17,18,24
161:20 162:24
166:21 173:15
176:15 177:20
178:1 182:21
184:6 185:20
186:5,15 187:22
188:7,8,18 189:23
190:2 191:5,6,9
191:12 192:12,17
192:22 193:7,12
193:15,16 194:13
194:19,23 195:2
195:10,18 196:2
196:10,14,18,23
197:2,12,19 198:7
198:10,14,21
199:10,13,18,24
200:8,18,24
201:10,16 202:4
202:11,17 203:1,3
203:9,17 204:1,16

204:23 205:5,10
205:17,23 206:11
206:13,19,20
208:23 209:7
210:2,15,19
211:12 212:6,12
212:19,23 213:3,6
214:5,16,22,24
215:4,9,20 216:2
216:8,16 217:22
218:8,15 219:18
220:3,10,20 221:2
221:9,14 222:1,8
223:16,24 224:9
224:18,21 226:2
226:17,21 227:9
227:15,17,18
228:15 229:12,24
230:6,13,17,23
231:6,14,20 232:4
232:8,13
Waldin's 212:9
216:7 227:1
wall 152:9
want 9:24 10:6,10
10:14 25:23 26:20
36:17 51:20 71:24
75:17,18 82:15
85:16 87:20
100:18,19 124:24
142:13 150:18,21
183:23 204:8
209:20
wanted 94:4 136:22
155:13 206:2
Washington 6:4
49:17 174:19,22
176:16 177:3,17
195:3
wasn't 11:17 23:20
23:22 38:2,2,22
38:22 96:15
146:16 180:5,8
watch 87:22
way 13:15 42:11
68:19 69:7,19
72:21 73:24 76:16

76:17 81:16
108:22 109:4
124:7 146:13
147:8 151:6
155:15 158:6,19
159:8 164:14,18
165:6,10 169:22
173:13 187:19
189:5 193:9
200:20 203:18,22
209:10 216:20
218:14 222:10
223:12 224:10
225:2
ways 81:17 179:17
weak 43:18,19
157:15
weaker 127:23,23
weekend 141:16,17
weeks 15:15
welcome 14:17
31:10 54:22
welfare 17:12
well-documented
164:13
well-established
30:17
well-studied 44:8
went 10:18 30:11
51:1 158:14
159:10
Werner 6:21 7:19
7:19
west 152:13 153:2
168:9 169:19
we'll 19:17 36:8
96:23 109:6
112:16 113:9
213:12 232:3
we're 12:17 13:1
25:23 36:5,6
39:14 40:9 46:7
51:16,16 52:14
53:22 60:21 61:8
96:8,13 103:18
121:3 124:10
130:13 143:16,16

149:7,16 180:5,6 212:21 231:15

**we've** 18:16 19:14 51:17 60:5 74:6 81:16 82:14 117:4 145:6 169:19 179:13

**whatsoever** 225:7

**wheat** 59:8

**WHEREOF** 233:20

**Whoops** 111:22

**Wichita** 173:4

**wide** 56:6

**widen** 133:9

**wild** 168:10

**willing** 86:3 153:19

**Willoughby** 5:4

**Wilson's** 155:6

**wings** 92:24

**Winn-Dixie** 1:5 7:3 138:7 182:23 183:8,11 184:11 184:18,22 185:4,4 185:17 186:19 190:13 193:13 234:3

**Winn-Dixie's** 138:23 139:6 183:22

**Winn-Dixie/SMI** 184:15

**Wipf** 228:9

**Wisconsin** 29:24 49:11

**withdraw** 79:11

**withdrawing** 35:16

**withdrawn** 36:7

**withdrew** 44:15

**witness** 2:4 3:4 8:3 8:7,10 12:5,7 20:13 28:19 81:19 82:17 94:18 111:22 112:5,9 125:2 143:6 189:18 191:8 213:9 231:17,18

232:11 233:7,17 233:20

**witnesses** 140:9 147:20

**wonder** 189:13

**word** 103:4 153:14

**wording** 23:11

**words** 55:21 133:24

**work** 11:18,18 12:13 13:12,15 28:20 49:8,16 75:6 81:1 82:7 112:7 182:8 215:17 218:24 231:8

**worked** 29:23 182:11

**workers** 50:17

**working** 30:5 31:6 31:23,24 50:4 102:22 223:4

**workmanship** 54:15

**works** 25:2 33:20 59:5 74:1,15

**world** 21:21,24 22:1,10,22,22 23:18,21,23 25:17 25:24 31:14 65:15 66:9 103:11 139:16 140:20

**worried** 42:23

**worry** 21:2

**worth** 176:19 222:23

**wouldn't** 27:9,9 28:14 74:19,22 88:12 138:15 142:11

**write** 72:10 73:6 108:15,24

**writing** 72:3

**writings** 11:21

**wrong** 56:15 70:7,8 76:15 114:13 120:14 125:22 137:3 181:8

207:23

**wrote** 71:14 202:23

_____

**X**
_____

**X** 3:1,3,9

_____

**Y**
_____

**yeah** 12:5,7 22:8 33:16 34:4 70:6 71:6 89:5 93:3 94:10 98:15 107:19 112:6,18 114:5 118:18 123:19 125:3 132:4 140:2 144:11 149:18 153:10,17 154:11 154:16 156:12 160:3 162:20,22 171:5,5 174:10 179:5 182:12 210:12 211:21 212:1,1,2 213:6 221:3 227:14 229:22,23 231:15

**year** 33:9,10 70:11 74:2 77:2 84:11 86:5 89:9,10 91:22,23 92:2,20 92:20 94:5 95:17 99:18 102:7,24 106:4 117:6 125:21 126:8,12 126:19,22 127:14 127:18 128:19,24 129:3,8,21 130:21 134:7,7,24 135:1 135:6 136:6 150:6 164:10 177:19 230:2

**years** 49:12 50:2,6 61:12 66:14 68:22 69:11 70:1 86:3 88:16 89:1 90:15 90:16,18 94:6 97:13 118:20 127:24 129:11,22 129:23 135:8

136:1,2 151:18 166:2,3 168:10 179:22,23 181:6 182:3,11 201:22 212:16 213:3,9 229:10 230:12

**year's** 225:21

**yep** 90:8 181:16 189:1

**yes-or-no** 45:2

**Yogurt** 190:14

**yogurts** 190:24

**York** 168:8

_____

**Z**
_____

**zero** 11:12,16 30:23 31:20,24 55:22 56:23 69:3 99:6 113:14,16 126:18 126:22,24 127:6,8 127:9,23 130:5,5 130:6 131:10 134:16 135:17 136:16,17 172:7,8 187:20,24 188:6 189:8,11,13,20 190:11 195:22 208:4,8,9 209:6

**zeros** 187:6,9

**Ziesch** 6:22 7:10

_____

**$**
_____

**$1.30** 160:24

**$1.50** 161:1,6

**$1.70** 161:6,11 166:9

**$1.71** 161:11 166:9

**$3** 123:12,13,15

_____

**0**
_____

**0** 66:3 191:1

**0.07** 120:8 228:8

**0.16** 120:9 130:9 228:8

**0.2** 105:4 206:9

**0.22** 114:9 115:16 115:19 120:5 212:4,8,10

**0.37** 115:20

**0.41** 131:4

**0.43** 131:4

**0.583** 115:21

**0.69** 107:5,8 108:3 109:17 110:10 206:8,17

**0083682** 132:17

**02457** 132:17

**03:15-cv-1143** 1:8 234:6

**0344** 132:21

**0533** 132:21

**0588** 132:11

**067** 130:7,8

**0673169** 132:7

**06901-3522** 6:12

**07** 105:16 120:16 121:7 227:2

**075766** 132:11

**084.004641** 2:9 6:24 233:24

_____

**1**
_____

**1** 7:1 21:2 33:10 90:15,16 92:1 117:7,8 118:18 120:21 131:21,21 170:11,20 172:6 172:10,24 190:13 190:14,14 195:19

**1.0** 105:24 106:9,21 108:10,14 109:12 115:22 116:12 204:21 205:19 210:16 211:4

**1.17** 115:20 118:17

**1.9** 105:18 106:2,3 107:7 108:4 122:19 123:2,13

**1:33** 125:11

**1:33 p.m** 125:8

**10** 70:3,5 123:17,19 123:19 152:7 163:17 167:21 168:2 228:19

**10-year** 117:8

**10:02** 45:11
**10:02 a.m** 45:13
**10:19** 45:17
**10:19 a.m** 45:14
**100** 41:16,16 42:7
142:14 149:10,21
150:10,19 151:9
151:16 167:16,18
170:7,9,16
**11** 99:9
**11:18** 82:19
**11:18 a.m** 82:21
**11:38** 83:1
**11:38 a.m** 82:22
**111** 55:6
**115/8** 3:20
**118** 182:22 183:3
**119** 149:7,16,17
**12** 168:10
**12:43** 125:5
**12:43 p.m** 125:7
**120** 184:7
**121** 156:24
**13** 77:20 78:1
133:14 219:9
**131** 23:4
**131/16** 4:1
**14** 44:1 49:5 78:20
79:8,12 133:14
171:2,4,5 174:2
178:19,21 194:9
195:16
**149/3** 4:2
**15** 125:14,19,24
168:10
**15-CV-1143** 7:6
**159/21** 4:4
**16** 105:16 112:10
120:16 121:7,14
124:21 160:22
227:2
**17** 3:11 24:13,15
**18** 3:13 8:19 9:18
10:9 89:13,15
113:2,11,21 114:6
**18th** 8:22 9:22
125:15

**186/11** 4:6
**188/14** 4:8
**19** 3:16 95:23 97:6
103:22 105:12
109:20 110:24
111:2 120:12
122:9,24 124:1
205:12 206:7
211:21 213:22
**19th** 171:16
**191** 3:7
**1922** 30:17
**1960** 119:8,12
**1976** 115:21
**1980** 3:19 96:1
214:2
**1982** 119:8
**1986** 115:18 117:13
**1994** 115:21

─────────────
**2**
─────────────
**2** 33:9 45:16 78:5
79:3 109:18
110:19 111:7
113:17 114:2,3,4
114:6 121:2
125:17 170:10
171:18 172:15
173:1 174:11
189:7,13 190:7,15
191:4 194:3
221:16 229:2,4
**2.53** 114:10 115:17
115:22
**2.6** 105:18
**20** 3:20 50:5 61:12
71:6 115:6,8
131:14 160:24
164:12 179:3
210:24
**2000** 92:21 145:14
158:16 179:23
201:20 214:11
221:16
**2000s** 61:22 152:12
**2001** 115:20 158:16
**2003** 95:10 97:20

**99:8** 103:19
155:20 201:15
202:3,10 215:1
221:16
**20037** 6:4
**2005** 179:23
**2006** 215:13
**2007** 98:14 114:21
117:12 145:21
**2008** 145:21 156:6
156:13
**2009** 69:20 89:4
**2010** 66:14 69:9
89:5 95:10 97:21
99:9 103:19
151:23 179:24
215:2
**2010s** 154:15
**2011** 91:22 92:22
**2013** 66:15 69:11
69:17,20 78:18
158:16 214:12
**2014** 3:19 69:14
96:1 214:2
**2015** 69:14 158:17
214:12
**2017** 8:19 9:18 10:9
113:21
**2018** 1:17 2:12 7:8
9:3 24:17 89:17
97:8 115:10
131:18 149:5
159:23 186:13
188:16 227:8
233:22 234:22
**202-663-7822** 6:5
**203.324.8179** 6:13
**21** 4:1 111:8,16,21
131:14,14,16
**21-number** 112:14
**216** 101:21
**22** 1:17 4:2 7:8 9:3
24:17 89:17 97:8
115:10 121:16
131:18 149:1,3,5
157:1 159:23
186:13 188:16

**227:1,8** 230:2,8
230:11
**22nd** 2:11 10:13
**22104** 1:24 234:2
**224** 2:10 5:13 7:7
**227** 121:20
**227/6** 4:9
**229** 206:22,23
207:1 209:9
**23** 4:4 159:19,21
**230** 3:8 113:6
**24** 4:6 63:8 160:22
186:7,11 192:20
192:21
**24/15** 3:11
**2401** 6:3
**25** 4:8 50:6 179:3,5
182:3 188:9,14
192:1
**25th** 233:21
**25-cent** 160:17
**26** 4:9 67:7 226:24
227:6
**28** 62:11

─────────────
**3**
─────────────
**3** 9:7 82:24 90:7
95:21 170:10,13
172:23 173:1
**3.5** 105:13 106:2,4
107:4 108:5
109:18,22,23,24
110:3,8 122:20
123:3,15 206:10
206:12
**3.5-year** 221:15
**3:05** 185:22
**3:05 p.m** 185:24
**3:29** 186:4
**3:29 p.m** 186:1
**3:38** 191:13
**3:38 p.m** 191:15
**3:44** 191:17
**3:44 p.m** 191:16
**30** 63:8 71:6 99:17
102:6,9,13 103:3
103:13 104:8

**118:20** 220:21,22
220:22 221:12
**30(e)(1)** 233:18
**300** 6:3,11
**312.404.3760** 5:7
**312.660.7631** 5:15
**312.692.1718** 5:16
**32** 160:22
**33** 65:22
**3600** 5:5
**39** 90:7

─────────────
**4**
─────────────
**4** 37:2 62:12,14,18
62:20 64:16,17,22
65:20,22 66:7
69:2 125:10
170:10,13
**4:10** 213:15
**4:10 p.m** 213:17
**4:12 p.m** 213:18
**4:13** 213:19
**4:28** 226:4
**4:28 p.m** 226:6
**4:38** 226:8
**4:38 p.m** 226:7
**4:45** 232:16
**4:45 p.m** 232:19
**40** 17:15 50:2 97:13
147:10
**4388** 130:7
**45** 78:1 219:9
**47** 171:4 174:2
194:10
**48** 104:8

─────────────
**5**
─────────────
**5** 113:17 152:6
163:17 167:20,20
167:20 173:1
179:23 186:3
**5,000** 100:22
101:10,10,11,12
**5.5** 95:14 98:11,22
98:23
**5.55** 214:8
**5.6** 98:5,22,23
**50** 15:19 51:13

147:9 170:7,8,16
**500,000** 101:19
**507,000** 215:7
**52** 78:2 94:16
178:18
**58** 123:21 124:4
125:16,24

**6**

**6** 11:11,13,20 98:22
108:3 123:14
171:19
**6-0** 94:17,18
**60** 94:11,16 147:10
**60603** 5:6
**60604** 5:14
**64** 228:17,20
**66** 149:7
**67** 103:23 120:9,10
120:10,11 131:3
205:12
**68** 122:17,21,23
**69** 104:6 105:6,10
107:7

**7**

**7** 11:13,20 171:19
215:13
**70** 16:3 24:19 42:1
42:6 51:14
**70s** 151:20,22
154:15,15
**75** 99:16 100:24
138:11,19 172:1
**76** 67:6 68:23 69:24

**8**

**8** 3:6 5:5 98:14
160:16,22 163:17
166:9 168:2
171:19
**8-cent** 161:2,12
**80** 15:23 16:3 41:9
42:1,6,22 56:24
133:7 145:14
172:15,20 173:7
**84** 24:2,18 171:24
**85** 41:9 42:2 86:22

133:7 171:24
**87** 172:1
**89/15** 3:13

**9**

**9** 95:20 97:19
123:16 124:1
168:2
**9.5** 98:1
**9:08** 2:12 7:9
**90** 42:6,22 56:23,24
133:7 144:7
145:18 147:13
148:4,14 156:8
167:17
**90s** 78:18 152:12
**90-cent** 145:22
146:10 148:8
**92** 150:6,14 167:17
**93** 183:5
**938** 115:12 211:2
**94** 184:7
**95** 86:22 132:9
133:9 145:18
**95-degree** 133:5
**97/6** 3:16
**98** 150:6 179:7
**99** 71:12