# Exhibit F

**Websites, Documents, and Material Relied Upon**

I considered the following websites, documents, and materials in forming the opinions in my report:

The Complaint in *Winn-Dixie Stores, Inc., et al. v. National Milk Producers Federation, et al.,* 3:15-cv-01143-BJD-PDB (M.D. FL.)

*Declaration of Dr. John Connor with accompanying figures, tables, and appendices dated December 18, 2017*

Transcript of the February 13, 2018 deposition of Dr. John Connor

Dr. Scott Brown Deposition Transcript from *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.) with accompanying exhibits

Declaration of Dr. Scott Brown dated November 22, 2013, filed in *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.)

Northeast Marketing Area Market Administrator's Monthly Statistical Reports, *available at http://www.fmmone.com/Statistical_Report.htm*

Report of Edward Gallagher dated March 16, 2015, filed in *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.)

Declaration of Sharad Mathur dated December 5, 2013, filed in *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.)

Declaration of John Wilson dated November 21, 2013, filed in *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.)

**Websites, Documents, and Material Relied Upon (Continued)**

Declaration of Thomas D. Wegner dated December 5, 2013, filed in *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.)

Declaration of Richard W. Stammer dated December 2, 2013, filed in *Edwards v. National Milk Producers Federation, et al.,* 3:11-cv-04766-JSW (N.D. Cal.)

A chart of herd retirements provided by counsel for the Defendants

Paula A. Emerick, Andrew M. Novakovic, and Lois Schertz Willett, "Examining Changes in Dairy Product Price Relationships Due to Increasing Price Volatility," Proceedings of the NCR- 134 Conference Applied Commodity Price Analysis, Forecasting, and Market Risk Management, Chicago, April 18-19, 1994, B. Wade Brorsen, ed., Oklahoma State University, June, 1994

*http://www.dcrcouncil.org/media/Public/Methods%20for%20Managing%20Replacement%20 He ifer%20Reproduction.pdf*

https://quickstats.nass.usda.gov

Milk Check Outlook and other columns from Hoard's Dairyman from 2000 to 2016

NMPF0018344-NMPF0018354

National Milk Producers Federation's Responses to Plaintiff's Questions in Lieu of Rule 30(b)(6) deposition in *First Impressions Salon, Inc., et al. v. National Milk Producers Federation, et al.,* 3:13-cv-00454-NJR-SCW (S.D. Ill.)

Bob Cropp Truman Graf, "The History and Role Of Dairy Cooperatives", January 2001 (a mimeo from the UW Center for Cooperatives), available at http://www.uwcc.wisc.edu/info/dairy/history.pdf

Emerson M. Babb, CASE STUDIES OF OVER-ORDER P A YMENTS IN FEDERAL MILK MARKETING ORDERS, Staff Paper 557, Food and Resource Economics Department, University of Florida, Gainesville, FL, May 1989

E. M. Babb, Intermarket Milk Price Relationships 1961-1964, Rese*arch Progress Report 197,* Indiana Experiment Station, West Lafayette, IN, July, 1965

**Websites, Documents, and Material Relied Upon (Continued)**

E. M. Babb, D. A. Bessler, and J. W. Pheasant, ANALYSIS OF OVER-ORDER PAYMENTS IN FEDERAL MILK MARKETING ORDER'S, Agricultural Experiment Station, Purdue University West Lafayette, IN, Station Bulletin No. 235, August 1979.