# Response to Defendants' Motion for Summary Judgment
## Index of Exhibits

| EX. | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 1. | 1.8.2015 | --- | Excerpts from the Deposition of John Wilson |
| 2. | 5.6.2015 | --- | Excerpts from the Deposition of Edward Gallagher |
| 3. | 5.6.2015 | --- | Ex. 6 to Deposition of Edward Gallagher |
| 4. | 12.18.2017 | --- | Expert Report of John M. Connor, Ph.D. |
| 5. | 3.22.2018 | --- | Expert Rebuttal Report of John M. Connor, Ph.D. |
| 6. | 2.20.2018 | --- | Expert Report of Bryan M. Richetti, Ph.D. |
| 7. | 3.2009 | NMPF0013488-NMPF0013489 | CWT News |
| 8. | 1.22.2015 | --- | Excerpts from Deposition of Thomas D. Wegner |
| 9. | 3.22.2018 | --- | Excerpts from Deposition of Bryan Richetti |
| 10. | 3.16.2018 | --- | Excerpts from Deposition of Andrew Novakovic, Ph.D. |
| 11. | 11.7.2014 | --- | Excerpts from Deposition of Dr. Scott Brown |
| 12. | 12.6.2017 | --- | Excerpts from Deposition of Calvin Covington |
| 13. | 1.8.2015 | --- | Ex. 4 to Deposition of John Wilson |
| 14. | 2.20.2018 | --- | Declaration of Andrew M. Novakovic Ph.D. |
| 15. | 2.5.2015 | | Excerpts from Deposition of Jerome Kozak |
| 16. | 9.22.2008 | BROWN-MU_0000574-587 | Presentation by Dr. Scott Brown entitled, "Impact of CWT Program on US Dairy Industry: August 2008 – Task Force Meetings, Revised 9/22/08" |
| 17. | Feb. 1986 | --- | Chavas, Jean-Paul and Richard M. Klemme, *Aggregate Milk Supply Response and Investment Beahvior on U.S. Dairy Farms*, 68 American Journal of Agricultural Economics 55 (1986). |
| 18. | 5.26.2015 | --- | *In re Mushroom Direct Purchaser Antitrust Litig.*, No. 06-0620, slip op. *In re Mushroom Direct Purchaser Antitrust Litig.*, No. 06-0620, slip op. (E.D. Pa.) |
| 19. | 6.2003 | NMPF0002504-NMPF0002564 | Amended and Restated Bylaws of the National Milk Producers Federation |
| 20. | 6.10.2003 | NMPF0000006-NMPF0000009 | 6-10-03 CWT General Information |

Response to Defendants' Motion for Summary Judgment
Index of Exhibits

| EX. | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 21. | --- | AMFL0000218-AMFL0000219 | CWT Brochure |
| 22. | --- | NMPF0008934-NMPF0008943 | CWT Economic Policy Committee Conference Call |
| 23. | 8.26.2009 | NMPF0014090-NMPF0014107 | CWT: Impacting Supply and Demand |
| 24. | --- | NMPF0000035-NMPF0000049 | CWT Memorandum to All Membership Applicants |
| 25. | --- | NMPF0004859-NMPF0004872 | CWT – Jerry Kozak |
| 26. | 3.7.2005 | AMFL0004165, 4168 | CWT Committee Roll Call (Sheraton Crystal City) |
| 27. | 9.22.2009 | NMPF0014339-NMPF0014340 | CWT Article Jim Tillison |
| 28. | 2.1.2012 | LOL00058926, 58929 | CWT uses herd retirement to fix prices article |
| 29. | --- | --- | DFA Website *Our Mark* |
| 30. | 1.28.2008 | D00020451-D00020455 | Email from A. Miner re: CWT to offer bred heifer option... |
| 31. | 10.30.2006 | BROWN-MU_0001487, 1508-1513 | CWT Committee Meeting (Las Vegas, NV) |
| 32. | 10.30.2012 | --- | *Edwards v. Nat'l Milk Producers Fed.*, No. C 11-04766 JSW, slip op. at 8-10 (N.D. Cal. Oct. 30, 2012) |
| 33. | 1.30.2015 | --- | Excerpts from the Deposition of Richard Stammer |
| 34. | 5.6.2015 | --- | Ex. 5 to Deposition of Edward Gallagher |
| 35. | 2.13.2018 | --- | Excerpts from the Deposition of John M. Connor, Ph.D. |
| 36. | 6.8.2010 | NMPF0002599-NMPF0002648 | CWT Committee Meeting (Alexandria, VA) |
| 37. | 10.22.2018 | --- | USDA Federal Milk Marketing Orders |

Response to Defendants' Motion for Summary Judgment
Index of Exhibits

| EX. | DATE | BATES | DESCRIPTION |
|---|---|---|---|
| 38. | --- | --- | Merriam Webster Dictionary Definition of Marketing |
| 39. | 12.12.2017 | --- | Excerpts from the Deposition of Joseph Wright |
| 40. | 12.12.2017 | --- | Ex. 8 to the Deposition of Joseph Wright |
| 41. | 12.12.2017 | --- | Ex. 37 to the Deposition of Joseph Wright |
| 42. | | AMFL0000595-AMFL0000596 | CWT Dairy Herd Retirement Proram Bid Form |