# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs. No. 4:11-CV-4766-JSW (NJV)

NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.

Defendants.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

KRISTIE TESSANDORI, on behalf of Herself and All Others Similarly Situated,

Plaintiffs,

vs. No. 1216-CV13257

DAIRY FARMERS OF AMERICA, INC.

Defendant.

VIDEO 30(b)(6) DEPOSITION OF JOHN WILSON

VOLUME I

Taken on behalf of the Plaintiffs

January 8, 2015

Saundra Tippins, CCR

(The deposition began at 9:54 a.m.)

owned by cooperatives, because they're not particularly profitable. It's the last milk that gets sold, and it's oftentimes milk that's not demanded in a Class I, II or III use.

You gotta do something with it. You don't want to dump it on the ground. So the cooperatives and the farmers that own the cooperatives are willing to build these powder plants, commonly product is typically called nonfat dry milk. That's the technical term for it.

It's simply taking the milk that comes from the farm, separate the cream. You make butter out of the cream, and you dry the skim. So it's nonfat dry milk. That product is where the surplus goes.

Sure there are exceptions. There are times where surplus milk in some markets gets sold into cheese plants, but most cheese plants are only interested in producing what they can sell. And that's certainly true for Class I and II plants. They only order what they can sell, what they believe they can sell.

It's based on projections, of course. If their sales are slowing down, they just don't

better term to cover the whole gambit there.

Q Okay, so let me see if I can use members for right now.

With respect to members, the DFA board voted to participate in the Herd Retirement Program, correct?

A That is correct.

Q The DFA board then implemented a levy or a charge to all of its members deducting the, let's say, 5 cents from each of the members' checks, correct?

A That's correct.

Q And so is it true that all members of DFA were required to pay to support the program?

A That as part of a member -- the decision was made en mass by the Board of Directors that all -- all members would participate in the program.

Q Now, with respect to nonmembers that DFA marketed on behalf of, did DFA also deduct the 5 cents or the change to 10 cents from those nonmembers' checks as well?

A I did not research that specific question.

Q Okay. So do you have a educated

ordinary course of business for NMPF?

MR. KUNEY: Objection to form.

A Could you repeat the question?

Q (By Mr. Friedman) Sure. To your knowledge, being a board member on NMPF, were reports such as in Exhibit No. 3 prepared in the ordinary course of NMPF's business?

A Yes. I would say that this would be a normal report, probably done on an annual basis to reflect back on the prior year's activities.

Q Okay, thank you. I have nothing further on that document.

Do you agree, Mr. Wilson, that DFA viewed the Herd Retirement Program as an important tool to reduce the supply of milk in order to raise prices paid to producers?

A Yes. DFA supported the CWT program and saw it as an effort to increase the regulated prices of milk.

Q I'd like to have Exhibit No. 4 for identification placed before you.

(The reporter marked Exhibit No. 4.)

Q (By Mr. Friedman) Tell me when you can see it, Mr. Wilson.

A Okay, I can see it.

Q Okay. So for Exhibit No. 4, first you will see that it says in part at the top that this handwritten document is from the desk of Rick Smith. Do you see that?

A Yes.

Q And who is Rick Smith?

A He's the president and Chief Executive Officer of DFA.

Q Now, again you may familiarize yourself with this document.

I'm going to ask you some questions on the second and third pages. You can tell me when you've sufficiently looked at the document.

A Okay, I will. (Witness looking at exhibit.) Okay, I'm ready.

Q Okay, thanks. So my first question to you is, could you tell me what a member update is?

A Member updates go out with the milk checks as a letter to the members from Rick Smith, by the way.

Q And are these prepared in the ordinary course of DFA's business?

A Yes.

Q I'd like you to look at page two,

towards the bottom of the secondhand written paragraph, where it says, "As we know from previous price cycles, little changes in supply or demand can have dramatic consequences for prices." Do you see that?

A Yes.

Q Do you have an understanding of what that means?

A Yes.

Q Would you explain it?

A Well, it's pretty literal actually. It says that small changes in supply or demand can create surplus milk, is really what it's saying, or shortages of milk, either way, either way.

So it doesn't take much of a change in either supply or demand to have dramatic consequences for prices. That's pretty much self-stated.

Q Okay, so if there's a small change in supply, it can have a dramatic impact on increasing prices; is that right?

MR. KUNEY: Objection to form.

A Yeah. A relatively small change in supply can have a dramatic impact on regulated prices.

question.

Q Yeah. What I'm trying to get at is, just so that we're clear, setting aside your answer about the countercyclical prices, okay?

A Okay.

Q So what I just want clear is that other than that, DFA's practice in terms of negotiating over-order premiums with its customers was not to factor into the negotiations the potential changes, future changes in prices for regulated minimums, correct?

A The regulated prices, other than the countercyclical, would have no bearing on the level of over-order premiums, because the level of over-order premiums is negotiated on the basis of local competitive conditions.

Q Okay. So, and we'll get to that in a little bit. But what I'm -- so I'll just say, for example, and you'll correct my ignorance here, but margins -- strike that.

When negotiating even on a local basis based on competitive conditions, are total margins looked at when negotiating the over-order premiums, which include the anticipated future prices received for the regulated minimums?

then you have people like yourself who are not a farmer; you're an executive at DFA, correct?

A That's correct.

Q So does DFA try, and its member producers, farmers, do they look at the economics of the all milk check to try and arrive at a target margin for the members in the all milk check that they're receiving?

MR. KUNEY: Objection to form.

A No. I mean, you're assuming that you don't have to consider competition when you set the milk price. And the reality is you have the milk check, as you appropriately said earlier, is made up of the regulated value of milk and some variance. It can be a premium; it can be a discount, some variance to that regulated value.

And that variance is based on the premiums that the cooperative is able to charge based on local competitive conditions, minus the expenses of marketing the milk. And hopefully there's something left over that enhances the milk check above the regulated price.

And it's very different in different parts of the country. In Wisconsin, where there is lots of -- there's always been a high demand for

milk in Wisconsin because of so many cheese plants competing for the milk, you can have very significant premiums that the farmers have -- are receiving up there above the federal order blend price.

And other areas of the country that are farther from the consumers, and specifically cheese, secondary cheese processors, which kind of drives the value, the locational value of cheese and milk, and I say also areas, in these same areas is often where there's a lot of miles involved in marketing the milk, okay, so places like New Mexico would be a classic example. Then the premiums that are charged based on local supply/demand conditions there are not going to be as high as they would be in, say, Wisconsin.

So it's again, it's driven by, these over-order premiums, are driven exclusively by local supply/demand conditions and the competition, the competitive forces really that are in existence at any given point in time in that local area.

Q Thank you. That helps. Let me just clarify before we move on here. Part of your answer is the question.

Retirement Program make less efficient producers of raw milk more efficient producers of raw milk?

A I don't -- I don't believe DFA would say that it made anybody more efficient. It helped take surplus milk off the market, but that doesn't do anything to anyone's cost of production.

Q Okay. I may have asked you this in a different form, but I just want to make sure that DFA agrees that there has been a fewer number of producers of raw milk but more production per producer of raw milk? That has been a trend prior to 2003, correct?

A Yes. That is -- that is a long-term trend, fewer -- fewer producers and more milk per producer.

Q And that existed prior to the Herd Retirement Program, correct?

A It did.

Q Now, I believe, and you can correct me if I'm wrong, but I thought during your initial discussion or answer about the origin of the Herd Retirement Program you may have said that part of the results of the Herd Retirement Program was that less efficient producers of raw milk exited

the market faster than they otherwise would have; is that correct?

A That, I believe, yes, it would have accelerated -- the program would have accelerated less efficient producers going out of the market and would have provided them a softer landing than if they just went broke.

Q As part of the Herd Retirement Program, was there a measurement component of efficiency used to determine which producers' bids would be accepted under the Herd Retirement Program?

A My research would indicate that the decision was simply based on the bid that the farmer submitted within the parameters of the regional safeguards.

Q And so just so we're clear on those components, when you say based on the bid, setting aside regional safeguard for a second, the bid meaning who -- which producer submitted the lowest bid; is that correct?

A That's correct.

Q And the regional safeguard was that there was some target for ensuring that there wasn't disproportionate amount of milk removed

how many additional customers would it take to get to 80 percent of our Class I and II sales?

Q You got it.

A I would -- just off the cuff, I would say maybe 10.

Q Now, with respect to the over-order premium definition that I want to focus in on as it relates to sales to your customers, what components are there that make up the over-order premium? What different charges are included in over-order premiums?

A Well, in its most basic form, you have the base premium. You have a premium for bST-free milk if the customer requests that. And you have an additional charge for fuel service charge that would be incorporated in effect in the over-order premium charged to customers, to processors.

We use the word processors here to designate that we're talking about Class I and II.

Q Okay. With the base premium, what service costs are attempting to be factored in the base premium?

A Well, probably the three or let's say four big ones that I can think of right now would

be the cost of procurement, in other words the people cost that has to be -- it's part of the service that we provide the dairy farmers.

We have a field representative. And so you have the field man that every milk procurer has. So the cost of those people and their salary and benefits and expenses would all fall in there.

You've got laboratory costs that, as they sound, they're the costs that are associated with hiring people to run your own lab, or in some cases if you contract with a lab to do the testing of the milk, that would be one of the costs.

General and administrative costs, basically some people would call it overhead, the fixed cost of running the office and covering all of the computers and accounting services and sales and salespeople, the executives that are in the office in that area, all those expenses I would call general and administrative.

And then in many cases, the biggest expense is balancing. And I'm using balancing in the broad sense in that it can mean hauling some of the milk in from long distances. It might

mean hauling -- hauling milk in relatively short distances, but it still costs more than what the farmer is paying, because the farmers typically have a charge on their milk check for hauling, but sometimes that doesn't cover the hauling cost of his milk.

And so whether it's 10 miles or a thousand miles, there could be hauling costs that have to be covered by these over-order premiums charged to the customers or to the processors.

And then you have balancing costs that are incurred from handling the milk when that customer and that processor doesn't need the milk. So as I alluded to earlier this morning, the demand for milk and the supply for milk don't match up particularly well.

So balancing on a seasonal basis and on a daily basis, that would be typically the biggest cost in most milk sheds. I wouldn't say every milk shed because it's not always the case, but in most milk sheds, that's the most expensive cost.

Q Thank you. So let me -- let me go to the laboratory costs, lab testing.

Were you referring to labor, something in

area told me.

Q Okay. When you say that he told, let me ask you this. I don't want to divert too much time to this, but for such a reduction, let's say in the negotiation, where DFA is reducing a premium like it did in December of 2008, is there approval required by someone at your level for such a reduction to occur?

A No.

Q All right. What level of authority or position is required for approval of such a reduction?

MR. KUNEY: Objection to form.

A Well, the Chief Operating Officer for each area would have the ultimate say. However, we have an obligation to our customers to keep them competitive, talking processor customers, Class I customers.

In this particular case, this is a Dean Foods plant. As I mentioned earlier, they're our largest customer. Our understanding with them is if we learn of someone else pricing milk to their competitor at a lower price than what we're charging them, then we're going to match it.

And so this particular time we would have

A That's correct. Regulated prices are driven by the four basic dairy commodities and the government's announcing prices based on those commodity values.

Q So contract negotiations to the extent there are contract negotiations with customers over price relate to everything over the regulated minimums, correct?

A Yes. As we've said, you've got basically the primary negotiation is on the base premium, and than at one point you had negotiation on the bST-free premium and the fuel surcharge tables, but those -- those are pretty steady.

Q Okay. And I understand DFA's position that the negotiations that do occur, when they do occur, relating to the over-order premiums are dependent upon the area or local competitive conditions, right?

A That's right. And the value charged for the base premium, as we've been using that term is, is driven by competition at the local level.

Q And you would agree that the competition at the local level includes considerations about the supply and demand for

beef prices to consumers?

MR. KUNEY: Objection to form.

A I'm sorry. That question didn't make any sense to me.

Q (By Mr. Friedman) Me either.

MR. FRIEDMAN: Could you read it back?

(The reporter read back the question: Mr. Wilson, is it DFA's position that the Herd Retirement Program was designed as a way to subsidize the reduction in beef prices to consumers?)

A I still don't understand that. Subsidize the reduction in beef prices.

Q (By Mr. Friedman) To consumers.

A I'm sorry. I'm missing the point of the question. Can you restate it differently?

Q Well, I want to know whether it's DFA's position that -- let's start it this way.

Was it -- was it -- is it DFA's position that the goal of the Herd Retirement Program was to accelerate the supply of beef?

MR. KUNEY: Objection to form.

A DFA's position with CWT was to use a program to help dairy farmers get rid of their

surplus milk.

Q (By Mr. Friedman) Okay. Do you know -- well, let me ask this.

What percent of the value of U.S. beef supply comes from culled dairy cows?

MR. KUNEY: Objection to form.

A I didn't research that specific question, so, I don't know. I don't know.

Q (By Mr. Friedman) Based on your; that is, Mr. Wilson's knowledge and experience in the industry, do you agree that more than 90 percent of the value of U.S. beef supply comes from cows other than culled dairy cows?

A I've heard the -- I've heard that roughly 10 percent of the beef market is from dairy cows, but that's just anecdotal.

Q Do you agree that to the extent the Herd Retirement Program increased the supply of beef, that other dairy farmers who sold their dairy cows to make beef would have received less money for those dairy cows?

MR. KUNEY: Objection to form.

A I'd have to look at the data. I don't know what beef prices did during this time period.

Q (By Mr. Friedman) This is something

facts are what they are.

You'd have to look back at the data to see what beef prices did back then. And certainly dairy cows being a relatively small percentage of the total beef business, as we stated earlier, it's pretty -- it's going to be a very limited impact, if any at all, that the CWT Herd Retirement Program would have had on the -- on the beef market.

Another fact is that really all the CWT Herd Retirement Program did was accelerate some of these farmers that were going to be going out of business anyway. It didn't really -- it didn't really have any long-term effects on cattle prices or cattle quantities. It's these people were going to be out eventually.

If it did anything, it sped the process up. It accelerated the process, as we discussed yesterday.

Q (By Mr. Friedman) Okay, thank you. So I think this is my last area, Mr. Wilson. I'll double-check my notes, but I think this is it.

Was it -- did DFA have a basis to believe that it was acting consistent with the law when

there was never an official DFA position that this is wrong.

There was never any public, you know, outcry that, you know, this is a bad analysis. The analysis was just one more thing. It was -- it was not the reason that DFA supported the program or it wasn't the reason that DFA decided to not support the program and move on to another -- another dairy policy. It was just out there.

Q So is it DFA's position that if Dr. Brown's analyses had shown a negative impact on all milk prices, that DFA would not have terminated its interest in the CWT program?

MR. KUNEY: Objection to form, outside the scope.

A Well, that would not have really been rational. I mean, taking its -- you don't have to have a Ph.D. in economics to realize that if you accelerate the slaughter of cows, that's got to be good for the milk price.

And that's the perspective that our members and National Milk, CWT board members, had, that it was a good thing to get rid of this surplus milk and enhance the milk price from the

very, very devastating levels that they were at at the time.

Q (By Mr. Richardson) Did DFA ever take any independent action to confirm or deny any economic figure released by Dr. Brown related to the Herd Retirement Program?

A No.

MR. KUNEY: Objection to form.

Q (By Mr. Richardson) Continuing on page 11 of Exhibit 19, do you see request number 20?

A I do.

Q Can you please read request number 20 into the record.

A Dr. Brown has testified before the U.S. Congress on agricultural economic issues.

Q And would you please turn to page 12.

A (Witness complies.)

Q And I would direct you to the spot five sentences down where it says, DFA denies this request. Do you see that?

A I do.

Q Do you have any institutional knowledge as to why DFA denied request number 20 of Exhibit 19?