# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al., )
individually and on behalf of )
all others similarly situated,)
)
Plaintiffs, )
)
vs. ) No. 11 CV 04766
)
NATIONAL MILK PRODUCERS )
FEDERATION, aka COOPERATIVES )
WORKING TOGETHER; DAIRY )
FARMERS OF AMERICA, INC.; )
LAND O'LAKES, INC.; DAIRYLEA )
COOPERATIVE, INC. and )
AGRI-MARK, INC., )
)
Defendants. )

The deposition of EDWARD GALLAGHER, called by the Plaintiff for examination pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Barbara Perkovich, a notary public within and for the County of Cook and State of Illinois, at Suite 1100, 224 South Michigan Avenue, Chicago, Illinois on the 6th day of May 2015.

BY MR. FRIEDMAN:

Q. And so by agreeing to participate in the Cooperatives Working Together Program, those cooperatives were agreeing to participate in the Herd Retirement Program, weren't they, sir?

MR. MILLER: Objection to form.

THE WITNESS: The cooperatives were agreeing to participate in the funding of the program, yes.

BY MR. FRIEDMAN:

Q. Do you agree that the cooperatives that I listed had a condition of their participation in Cooperatives Working Together, that producers responsible for at least 65 percent of the nation's supply of milk had to agree to participate in CWT?

MR. MILLER: Objection to form.

THE WITNESS: I believe that the dairy cooperatives that were members of CWT set that as a minimum goal for participation for the program to go forward. So yes.

BY MR. FRIEDMAN:

Q. Mr. Gallagher, do you agree that the goal of the Herd Retirement Program was to strengthen and stabilize milk prices by reducing the nation's supply of raw milk?

A. Yes, that was the primary goal.

Q. Mr. Gallagher, are you aware that the Herd

efficiently move us through what we're doing, but you will always be able to look at the document if you need to take more time to reflect on it. Okay?

A. Yes, thank you.

Q. Do you have it in front of you, Mr. Gallagher?

A. I do.

Q. And the title of the document is "2007 Herd Retirement Program Review", correct?

A. Yes.

Q. Now, what I would like to focus you on, is if you go to the third page of the document, there is a chart that has 2007 CWT Herd Retirement and it lists regions.

A. I'm there.

Q. So tell me if I'm correct on this, Mr. Gallagher. And that is, bids were accepted in different regions of the country. For example, let's talk right now, compare Region I versus Region II, correct?

A. That's correct.

Q. Now, is it consistent with your understanding of the Herd Retirement Program that you could have a more efficient producer in Region I whose bid was accepted at a higher price, than a less efficient producer in Region II at a lower price?

A. I believe Region II is the southeast. And potentially, for instance. If Region II is the

southeast and the southeast had reached its cap in the amount of milk that CWT was willing to take out of that region, so the safeguard got hit, there may have been additional bids submitted by dairy farmers in that region that may have been lower than in Region I. And yet, because the safeguard was hit, CWT would have stopped accepting bids from that region.

And so it is possible that a bid from Region I, that was a more expensive bid, was accepted over some bids in Region II that may have been less expensive.

Q. So let me also sort of ask one follow-up to that and see if I can simplify it with an example, which may make it more complicated. But let's assume I have a dairy farmer in Region I and a dairy farmer in Region II, all right? And dairy farmer in Region I is a more efficient producer than a dairy farmer -- that dairy farmer in Region II. Are you with me?

A. Okay, sure, yes.

Q. Now, is it possible, with the way the program operated in its regional safeguards, that the more efficient producer in Region I, whose bid was accepted, it was accepted at a higher price than the less efficient bidder in Region II?

MR. MILLER: Objection to form.
THE WITNESS: It is possible. But I believe my prior answer is appropriate and I'll stay with my prior answer. So it is possible, but I believe it would have occurred because the safeguard was hit.
BY MR. FRIEDMAN:
Q. And do you know that the safeguard, in fact, was hit at times during the program?
A. I believe it was, but I cannot recall which rounds of the CWT Program that it would have happened. There must be information somewhere within the information submitted that would identify that. I apologize, though, I don't recall the specific dates and the times.
Q. No apology necessary. Do you believe that at least some dairy farms with larger herds are more efficient than some dairy farms with smaller herds?
A. Let me preface my answer by saying that -- well, let me ask a question. My definition of efficiency, for this question, will be the rate of output per cow that occurs at a dairy. So output per cow per dairy.
So the efficiency of dairies is size neutral and they're -- but the answer to your question can be yes. Because there can be larger dairies that

are more efficient than smaller dairies.

Q. And if you use, as your measure of efficiency, the cost of production, let's use that definition for my question now. Would you agree that efficiency measured at a cost of production, that large dairies are frequently more efficient that large dairies?

A. Using your definition based on cost of production and also with your terms frequently, I can agree to that. But based on my experience, working with thousands of dairy farmers from across the country, I have seen 100 cow or fewer dairies, using your cost of production as efficient, are more efficient than larger dairies. But by and large, there are economies of scale that would exist that the larger dairies, by and large, are more cost efficient, in general, than the smaller dairies.

Q. Do you agree, Mr. Gallagher, that the CWT program, and in particular the Herd Retirement component of it, did not use a profitability measure to decide which producers bids would be accepted?

A. Could you explain to me what you mean by profitability measure, please?

Q. Sure. The Herd Retirement Program didn't require, for example, any income statements to be submitted to analyze the profitability of one dairy

producer versus another in deciding which bid to accept.
A. To my knowledge, they did not collect that information and take that into consideration.
Q. Mr. Gallagher, before the lawsuit in this case was filed in 2011, do you agree that it was your opinion that the Herd Retirement Program raised raw milk prices by reducing the supply of milk available to be sold below what that supply would have been without the program?
A. So in my report, I have not made an opinion about the impact of the CWT program.
Q. Okay. Can you answer my question now?
A. I believe that the CWT Program resulted in milk prices improving sooner than they otherwise would have because of the utilization of the Herd Retirement Program.
And one of the reasons that occurred was because the CWT program's Herd Retirement Program removed productive dairy cows from the milking herd prior to when they otherwise would have been removed. That helped reduce the surplus milk on the market, that contributed to better prices later on.
Q. And when you say better prices, is that higher prices?
A. Yes.

to what the dairy farmer ends up getting, if that means it's more or less because, as that happens, as price goes up on the Class 1 side and demand goes down, that means there is more surplus milk to balance and, you know, depending on what's going on and the degree, the cost of that balancing, may, in the end, actually outweigh the net revenue gain on the blunt price or to the pool.

But that surplus cost -- that surplus pricing and cost is something that is outside the pool and is a cost that falls back to the individual marketing organization. And it's not part of the pool calculation.

BY MR. FRIEDMAN:

Q. Mr. Gallagher, are dairy cows more valuable, at certain stages of their lives, to be used to produce milk than to be sold for beef?

MR. MILLER: Objection to form.

THE WITNESS: If I may talk about dairy cows as a commodity and there is two -- there is multiple demands for that commodity. And so the commodity being producing milk and the commodity being producing beef.

In general, a dairy cow that has had its first calf and begins producing milk for the first

time, is generally more valuable, in and of itself, in the milking herd, as opposed to selling it for beef. Then comparing that cow that's two years old to a cow that's four years old, the cow that's two years old is generally more valuable in the milking herd than a cow that is four years old. The value for beef between the two is probably the same.

And generally, over the course of my experience, the value for, depending on the age, if a younger milking cow, generally is higher than the value it would bring selling for beef, but is not always the case. And there have been times when, more recently, after, I think during most of the period that we're talking about, that was the case, but there's been times more recently where the two values have been very similar.

BY MR. FRIEDMAN:

Q. In addition to selling dairy cows to be used for beef, at some point in their lives, can dairy producers sell dairy cows to other dairy producers to be used as dairy cows?

A. Yes, they can and they do.

Q. Describe for me how that market works.

A. Which market is that? Selling to another dairy farmer for --

into heifers and getting them ready to come back into the stream, they may be able to do a better job at raising them than I'm going to do because I have all these other things I have to worry about." Those are a couple of reasons.

BY MR. FRIEDMAN:

Q. So I think part of your answers previously may have already answered this, but let me see if I can also nail this part down. Mr. Gallagher, do dairy farmers lease some or even all of their dairy production facilities to other dairy producers to produce milk?

MR. MILLER: Objection to form.

THE WITNESS: There are some instances where that happens, yes. It's not the norm though.

BY MR. FRIEDMAN:

Q. Mr. Gallagher, you, I believe, relied on USDA statistics in your report in showing that, I believe your estimates were 88 to 90 percent of a dairy producer's revenue is, on average, from the sale of bulk raw milk, correct?

A. Yes.

Q. Do you agree that the revenue from dairy production is actually even higher than that?

MR. MILLER: Objection to form.

THE WITNESS: Could you maybe define what you

mean by dairy production?

BY MR. FRIEDMAN:

Q. Sure. Let's look at -- let's start with the next exhibit, Exhibit No. 4. I apologize that it's small, but this was from the USDA's website, so we printed it as we could. Tell me when it pops up and I'll have you look at the first page.

A. Okay, I got it.

Q. First of all, if I understand it, the way you calculated the farmers' revenue from the sales of bulk milk, was you took the milk sold entry and it was basically a percentage of the total gross value; is that right?

A. Yes. That's the equation that I used.

Q. Now, there is -- in addition, you indicated from cattle, you said what -- you calculated what the percentage was from cattle, right?

A. Yes, I did.

Q. Now, my first question is that cattle, are you aware whether that cattle is defined as sales for beef or could that also include sales, like we discussed, the culling that may go to another dairy farm?

MR. MILLER: Objection to form.

THE WITNESS: Using my definition of culling, so selling dairy cows or dairy heifers or calves,

whatever the case may be, somewhere. It doesn't necessarily mean they went to slaughter.

BY MR. FRIEDMAN:

Q. And then do you see the next entry down is other income and then there is a footnote, Footnote 2?

A. I do see that, yes.

Q. And I apologize, but if you look down at Footnote 2, it lists the other income. Are you able to read that? I can read it out loud because I can see it.

A. Is it only one line?

Q. Well, let me read it and tell me if you see the same as I'm reading. "Income from renting or leasing dairy stock to other operations. Renting space to other dairy operations. Co-op patronage dividends associated with the dairy. Assessment, rebates, refunds and other dairy related resources and the fertilizer value of manure production."

A. I do see that, yes.

Q. Correct me if I'm wrong, with the exception of the fertilizer value of manure production, would you agree that the other categories are dairy producing related?

A. By and large, yes.

Q. And what about fertilized value of manure production? Maybe I'm assuming it isn't dairy producer

look at and say is a different economic outcome if they just sold all the animals or did something different.

BY MR. FRIEDMAN:

Q. Mr. Gallagher, you agree, do you not that the Herd Retirement Program was designed to incentivize dairy producers to slaughter cows that otherwise, at least in the near term, would have potentially continued to add milk to the milk supply, right?

A. Yes.

MR. KAVANAGH: Objection to form.

BY MR. FRIEDMAN:

Q. You can answer.

A. Yes.

Q. Could you look at Exhibit 5 for identification.

A. Okay, I have it up.

Q. The title of this document is, "Ed Gallagher, Vice President, Planning and Regulatory Policy, Dairylea Cooperative", correct?

A. Yes.

Q. This appears to be a document that you either prepared or had prepared for you, correct?

A. Just a moment, let me take a peek at a couple of things. Yes.

Q. So could you turn to Page 24 of the document and

a point --

Q. My question to you is --

A. I'm sorry, go ahead.

Q. My question to you is, what is your understanding of the meaning of that sentence, in particular referring to the fact that the Herd Retirement Program would induce retiring producers to sell their herds into slaughter, rather than into another herd?

A. Sure. Just as a, I don't know, a point of order. When this was -- document was put together, it was put together before the CWT Program was approved, I believe. I think it was during the process of starting to talk about the potential program. And so, as whatever is written here doesn't have -- doesn't necessarily mean that's how the program was administered, just as a caveat.

So to your question, the -- it gets to the discussion we had earlier about culling. So the -- if the program resulted in a dairy participating in the Herd Retirement Program and culling their animals, but half of them went to another farm, then it would not result in the intended purpose of reducing the surplus milk on the market to the degree that it could possibly.

And so the focus was to have a program that

required the dairy farmer who was retiring, retiring their herd, to be required to sell or cull all their animals for slaughter, all their milking stock for slaughter. So that there weren't productive cows from that farm that ended up at another farm.

Q. Could you turn to Page 11 of this same presentation. And the title of the slide, just so we're on the same page, is "Milk Prices".

A. Could we take a break sometime in the next 10 minutes?

Q. Absolutely. You read my mind.

A. I'm on Slide 11 that says "Milk Prices".

Q. Do you see where the second bullet point says, "Over order affected by regional supply"?

A. I do see that.

Q. Do you agree that the over order that is referenced there is referring to over order premiums?

A. Yes.

Q. Could you turn to Page 16. And it's entitled, "2 to 3 Percent Issue".

A. I'm there.

Q. Do you see where it basically describes that the supply growth has outpaced the demand growth?

A. Yes.

Q. And do you recall how these figures were put

entitled "NMPF CWT Program".

A. Okay, I'm there.

Q. And I guess I would just follow-up on your last comment. Do you agree that this slide, in part, sort of represents or corroborates your last statement, that the imbalance that was being remarked in the previous slide that we were discussing was part of the genesis for the CWT Program?

A. Yes.

Q. We can take a 10-minute break, how is that?

A. Wonderful. Thank you.

THE VIDEOGRAPHER: We are off the record at 11:19 a.m.

(Break taken.)

THE VIDEOGRAPHER: We are back on the record at 11:39 a.m.

BY MR. FRIEDMAN:

Q. Mr. Gallagher, you understand you are still under oath, correct?

A. Yes, I do.

Q. Can you define for me the meaning of the following terms, heifer, bred heifer, cow?

A. Okay. A heifer is a teenage female cow. So it would be a female that is older than would be a -- what would be considered a calf. So typically,

I'll use a weight level. So USDA tracks statistics of dairy heifers 500 pounds or more. So it would be an animal of about that weight, which would be maybe about a year old.

So a heifer is a heifer until they have a calf and then they are considered a cow. And typically the goal of a dairy farm would be for the heifer -- or the goal of the dairy farmer would be for their heifers to have a calf somewhere between 20 and 24 months of age. And a bred heifer is a heifer that is pregnant and will eventually have its first calf.

And then a cow is a female bovine secreting milk. How is that? I'm sure my animal science professors at Cornell would have a cow over my definitions.

Q. Is there a term "dry cow"?

A. Yes, there is.

Q. Could you define that for me?

A. Certainly. A dry cow is a mature cow who has already had a calf, who has been milking, who no longer is producing milk. And the reason that they are not producing milk is because they have become pregnant again.

And the typical stage -- term of a pregnancy

clear on the two part process.

Q. Okay. So the dairy farmers who were paying into the program were paying other dairy farmers who were part of the program to have them kill their herds by using a slaughterhouse, correct?

A. From a 50,000 foot view of the program, yes.

Q. Do you agree that at least during part of the operation of the Herd Retirement Program, dairy farmers were paid to kill or have their bred heifers killed?

MR. MILLER: Objection to form.

THE WITNESS: So the -- as part of the program they had a bred heifer program that provided an incentive for dairy farmers to also choose to market their bred heifers for beef prior to the point in time than they otherwise probably would have.

BY MR. FRIEDMAN:

Q. And a bred heifer is a pregnant heifer, right?

A. Yes.

Q. So the program operated to incentivize dairy farmers to have pregnant heifers killed, correct?

MR. MILLER: Objection to form.

THE WITNESS: It provided incentives -- let me backup. The normal operation of a dairy farm is to market beef on a regular basis. And as part of the that process, it is not unusual for a dairy farmer