# EXHIBIT 3

May 6, 2003

Mr. Stanley Bennent
364 Forest Avenue
Portland, ME 04101

Dear Stanley,

Thank you for your interest in the National Milk Producers Federation's CWT program. Enclosed is some up-to-date information about the program as well as a listing of public information meetings about CWT. These meetings are co-sponsored by DMS, Dairylea, DFA and other Northeastern dairy cooperatives. They will provide an excellent opportunity for dairy farmers and agri-business professionals, such as you, to learn more about this important program.

DMS would be appreciative if you could notify the independent dairy farmers delivering milk to you about these meetings. For your convenience, a copy of a prototype letter that you could use is also enclosed.

Again, thank you for your interest in CWT and for assisting us in notifying dairy farmers about the public meetings. If you have any questions, feel free to contact any member of the DMS staff or myself by calling 1-888-589-6455.

Sincerely,

Edward W. Gallagher
Vice President, Planning and
Regulatory Policy

Enclosures



Gallagher, Edward
Exhibit_6
5/6/15

May 7, 2003

Dear Producer:

Over the past few weeks, you may have heard about the national self-help initiative, CWT, being led by the National Milk Producers Federation (NMPF). I am writing to provide you with the most current information available. Additionally, and more importantly, I want to make you aware of CWT informational meetings being held throughout the Northeast.

The CWT program has been developed with input from dairy producers from across the country in an effort to improve milk prices. These farmer leaders felt strongly that the best course of action for dairy producers is to take direct responsibility for controlling the balance of supply and demand, without government involvement. This program, which is farmer-led and farmer-funded, is designed to better align supply and demand. It is expected to increase milk prices very quickly. CWT is prepared to do this through programs that offer farmers incentives to reduce production and pay exporters incentives to sell more butter and cheese outside the U.S. A description of each program is enclosed.

NMPF has set a target of increasing milk prices by at least $1.30 per hundredweight, on average, over a twelve-month period. After adjusting for the program's investment and the corresponding reduction in the MILC payments, the net return to producers is expected to average about $.80 per hundredweight.

To fund these initiatives, NMPF estimates it will need to collect about $.18 per hundredweight from its members – who represent 70 percent of the U.S. milk production. If the program receives additional support, that amount could decrease.

A number of Northeastern dairy cooperatives are co-sponsoring CWT public informational meetings throughout our region. These meetings will provide dairy producers and agribusinesses, with an opportunity to ask questions about the program details. *A listing of meeting dates and locations is enclosed.* I encourage you to attend one of these meetings.

The CWT program presents an exciting opportunity for our industry – to have dairy farmers from across the country, of all size operations, come together to develop long-term solutions to milk pricing issues. I hope that you, too, share in the excitement about this initiative.

Sincerely,

# Background Information on the National Milk Producers Federation's Self-Help Initiative - Cooperatives Working Together

**Cooperatives Working Together (CWT) is a farmer-controlled, self-help initiative.**

- It is a program created by major dairy cooperatives from across the country acting through the National Milk Producers Federation.
- The goal of CWT is to better tailor the milk supply to the demand for dairy products.
  - Over the last few years, milk production growth has out-paced demand growth by about 2.7 percent – the equivalent of 4-5 billion pounds of milk.
  - The purpose of CWT is to shrink or eliminate the over-supply of milk when, and as, it occurs.
- CWT is not intended to be a band-aid or short-term fix. It is designed to be an on-going, long-term program that will be used when needed to correct national over-supply situations.
- CWT will consist of three programs:
  - A dairy product export assistance program;
  - A herd elimination program; and
  - A milk production reduction program.
- National Milk will administer CWT, which will be overseen by a board of directors consisting of dairy farmers.
- There is no government involvement in CWT.

**The dairy product export assistance program would seek to make U.S.-produced dairy products more competitive in world markets – thereby increasing demand.**

- Manufacturers and exporters would be paid a subsidy, on a bid basis, to export cheese and butterfat at world market price levels.
- The targeted exports would be for new sales opportunities. The intent is not to replace existing sales.
- This program is intended to be complimentary to USDA's Dairy Export Incentive Program (DEIP) – not a replacement for it.

**The herd elimination program has the goal of reducing milk production by preventing cows from being recycled into other herds.**

- Voluntary Herd Retirement
  - Buyout whole herds (milking and dry cows only, not young stock) with the cows going to slaughter.
  - Similar to the whole-herd buyout of the 1980s, farmers would submit a per hundredweight bid.
  - NMPF would accept or deny the bids. In doing so, they would give priority to larger herds and try to target retiring farmers.
    - Larger herds would be targeted, since removal of cows from larger herds will be the quickest method of impacting the over-supply situation.
    - Retiring farmers would be targeted so that the cows from the farm would go out of production instead of being sold to other farms.
  - Safeguards would be in place to make sure the cows are slaughtered.
- A Bred Cow Program had been included in the original proposal of CWT, but it has been removed and will not be used.

**A Milk Production Reduction Program would provide incentives for farmers to voluntarily reduce their milk production by changing management practices, culling heavier or by other means.**

- Farmers sign a 12-month contract agreeing to reduce milk production by at least 10 percent – relative to the previous 12 months of production.
  - Any cows moving off the farm would have to be slaughtered.
  - Farmers would submit a rate per hundredweight bid on their reduced milk production.
  - Participating farmers must meet monthly and quarterly production decline targets.
  - Failure to meet the agreed-to reductions would void the contract.
- Safeguards would be put in place to assure that the agreed-to reductions occur and that the production isn't shifted to another herd or farm.

**These programs will likely have some impacts on beef markets – both positive and negative.**

- National Milk will try to manage the program in a way to have the slightest possible impact on beef markets. In the short-term though, beef markets may be slightly reduced.
- On the positive side, these programs could result in stronger beef prices longer-term, since cows will be slaughtered now and with it the elimination of any of their future calves, thus reducing the longer-term beef supply.

**All regions of the country would participate in the initiative.**

- The program will recognize regional supply and demand differences.
- It will not force drastic cutbacks in regions that currently lack sufficient supply or are in balance.
- For instance, the Northeast is currently in a relative supply-demand balance. The Northeast's supply reduction participation would be limited to 0.5 percent of its 2002 milk production – about 150 million pounds of milk.

**CWT is expected to be implemented by July.**

- From July 2003-June 2004, the export and supply management programs are expected to remove the equivalent of 4.6 billion pounds, or 2.7% of 2002's milk production.
- NMPF estimates that milk prices would be improved by $1.30 per hundredweight, on average, over the 12 months.
  - The higher prices would result in lower MILC payments.
  - A net average milk price increase of $.95-$1.00 per hundredweight is expected after adjusting for the lower MILC payments.

**Dairy cooperatives and dairy farmers will fund the program.**

- National Milk is made up of 32 cooperatives that market about 70 percent of the U.S. milk supply.
- It is estimated that a contribution rate of about $.18 per hundredweight, on National Milk's members' production, will be needed to fund the program for the first 12 months.
  - It is expected that other cooperatives that aren't members of National Milk and independent farmers will voluntarily contribute to the program as well.
  - Virtually all of the money collected will be used to export products or reduce milk production. A nominal amount of the investment will be used to cover the program's administration.

**There will be free-riders – those that receive the benefits of the higher milk price, but don't invest the $.18 per hundredweight.**

- The only way to get 100% of the farms to invest would be to have the Federal government make this a mandatory program.
  - Due to opposing views of this type of a program, including the Cattleman's Association, the Federal government approach would likely take years and in the end may not be effective.
  - There are also concerns whether this type of program, if administered by the Federal government, would be allowed under the World Trade Organization rules.
- Dairy farmers need to come together to develop long-term solutions to their own problems instead of relying on Federal and State governments to step in.
- Additionally, a small minority of dairy farmers can not be allowed to prevent a clear majority from working together to improve dairy farmer profitability.

**The CWT approach offers the best method for a quick solution to our milk pricing crisis because it:**

- Can be implemented quickly and have an impact right away;
  - At the outset, the industry's reaction to the expectation of tighter milk supplies could bring some immediate price relief.
- Will not force farm families to reduce their milk production if they choose not to;
- Offers incentives to those families that choose to reduce production;
- Is controlled by dairy farmers, and
- Will be a program that can help improve milk prices during the next down turn of the pricing cycle.

# CWT Informational Meeting Schedule

| New England | Date | Location | Time |
|---|---|---|---|
| Sheldon, VT | 5/14 | Abbey Restaurant, Rte. 105 | 7:30 PM |
| Norwich, CT | 5/14 | Ramada Inn, 10 Laura Blvd. | 7:30 PM |
| Middlebury, VT | 5/15 | American Legion, Boardman St. | 7:30 PM |
| Wells River, VT | 5/16 | Warners Gallery Restaurant, 2284 Rt. 302 | 10:00 AM |
| Waterville, ME | 5/19 | John Martin's Manor, 54 College Ave. | 7:30 PM |
| Bangor, ME | 5/20 | Holiday Inn, 500 Main St. | 7:30 PM |
| Newport, VT | 5/20 | Eastside Restaurant, Lake Rd. | 7:30 PM |
| Lakeville, CT | 5/20 | Interlaken Inn, 74 Interlaken Rd. | 7:30 PM |
| Manchester Center, VT | 5/21 | VFW, 280 Depot St. | 7:30 PM |
| Concord, NH | 5/27 | Holiday Inn, 172 N. Main St. | 7:30 PM |
| Hatfield, MA | 5/28 | American Legion, 1 Prospect St. | 7:30 PM |
| | | | |
| **New York** | | | |
| Little Falls | 5/14 | Best Western, 20 Albany St. | 7:30 PM |
| Waterloo | 5/14 | Holiday Inn, 2468 NYS Rte. 414 | 7:30 PM |
| Oneonta | 5/15 | Holiday Inn, Rte. 23 Southside | 7:30 PM |
| Cortland | 5/16 | NYS Grange, 100 Grange Place | 7:30 PM |
| Owego | 5/16 | Treadway Inn, 1100 State Rte. 17C | 10:00 AM |
| W. Chazy | 5/19 | Miner Institute, Miner Farm Rd., W of exit 41 | 7:30 PM |
| Canton | 5/20 | Best Western, 90 E. Main St. | 9:30 AM |
| Batavia | 5/22 | Holiday Inn, Park Rd. | 7:30 PM |
| Watertown | 5/27 | Best Western, 300 Washington St. | 7:30 PM |
| Morrisville | 5/28 | SUNY Morrisville, Rte. 20 | 7:30 PM |
| Lowville | 5/28 | Elks Club Lodge, 5600 Shady Ave. | 9:30 AM |
| Falconer | 5/28 | Ross Grange Hall, Rte. 394 | 7:30 PM |
| Greenwich | 5/29 | Elks Club Lodge, Rte. 40 | 7:30 PM |
| Kanona | 5/29 | Tally-Ho Restaurant, W. Main St. | 10:00 AM |
| Cuba | 5/29 | VFW, 5276 Rte. 305 | 7:30 PM |
| Middletown | 6/2 | Holiday Inn, 68 Crystal Run Rd. | 7:30 PM |
| | | | |
| **Delaware** | | | |
| Hartley | 5/15 | Hartley Fire Hall | 10:00 AM |

| **Maryland** | | | |
|---|---|---|---|
| New Midway | 5/28 | New Midway Fire Hall, 12045 Woodsboro Pike | 10:00 AM |
| Oakland | 5/28 | Pleasant Valley Community Center, 975 Joni Miller Rd. | 7:30 PM |
| | | | |
| **Pennsylvania** | **Date** | **Location** | **Time** |
| Ulysses | 5/14 | First Citizens Bank, 502 Main St. | 7:30 PM |
| Peach Bottom | 5/15 | Peach Bottom Inn, 6085 Delta Rd. | 7:30 PM |
| Martinsburg | 5/15 | Morrison Cove Memorial Park, 201 S. Walnut St. | 7:30 PM |
| Bellville | 5/15 | Bellville Livestock Market | 10:00 AM |
| Mount Joy | 5/16 | Acorn Conference Center, 895 Mount Joy Rd. | 10:00 AM |
| Millheim | 5/16 | Millheim Fire Hall, Rt. 45 | 7:30 PM |
| New Holland | 5/20 | Yoder's Restaurant, 14 S. Tower Rd. | 10:00 AM |
| Intercourse | 5/20 | Harvest Drive Restaurant, (Family Cupboard) 3370 Harvest Dr. | 7:30 PM |
| Greencastle | 5/22 | Kauffman Ruritan Building, Rte 11 | 7:30 PM |
| Williamsport | 5/23 | Pine Run Grange Hall, Rte 394 | 7:30 PM |
| Georgetown | 5/27 | Bart Firehall | 7:30 PM |
| Whitneyville | 5/28 | Tioga County Fairgrounds, Rte 6 | 10:00 AM |
| Elk Lake | 5/28 | Elk Lake Fire Hall | 7:30 PM |
| Towanda | 5/29 | Towanda Country Club, RR 6 | 10:00 AM |
| Lebanon | 5/30 | Expo Center, 2120 Cornwall Rd. | 7:30 PM |

D000027114

# Metadata

| | | |
|---|---|---|
| **Author** | GALLAGHER, ED | ORIGINAL |
| **BSK Confidentiality** | Confidential | ORIGINAL |
| **Custodian** | Gallagher, Ed | ORIGINAL |
| **File Name** | Class I Customer Mailoing.pdf | ORIGINAL |
| **File Size** | 326437.00 | ORIGINAL |
| **MD5 Hash** | 3173F136EAA8E7D8722D412D48BC09D23173F136EAA8E7D8722D412D48BC09D2 | ORIGINAL |
| **Original Folder Path** | BY CUSTODIAN / Gallagher, ED | ORIGINAL |
| **Parent Date** | 5/8/2003 12:00 AM | ORIGINAL |
| **Production Voume ID** | Dairylea_Prod_003; | ORIGINAL |
| **Time Created** | 03:23:38 | ORIGINAL |
| **Time Last Modified** | 09:11:14 | ORIGINAL |