# EXHIBIT 5

**EXPERT REBUTTAL REPORT**
**OF**
**JOHN M. CONNOR, PH.D.**

**In the matter of**

***Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC***
***v.***
***Southeast Milk, Inc., National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agrimark, Inc.***

**OnPoint Analytics, Inc.**

**Highly Confidential**
**Pursuant to Protective Order**

**March 22, 2018**

# TABLE OF CONTENTS


**I. BACKGROUND ........ 1**

**II. SUMMARY OF CONCLUSIONS ........ 2**

**III. THE CWT HERD RETIREMENT PROGRAM REDUCED SUPPLY AND INCREASED OOPS ACROSS ALL CLASSES OF RAW MILK ........ 9**

A. DR. RICCHETTI MISREPRESENTS MY MODEL ........ 10
B. DR. RICCHETTI MISREPRESENTS DR. BROWN'S ANALYSIS ........ 15
C. DEFENDANTS' EXPERTS' ANALYSES OF HERD SIZE, CULLING, AND PRODUCTION IS UNRELIABLE ........ 32
D. DR. RICCHETTI'S APPEAL TO "NUMEROUS ECONOMIC FACTORS" IN THE SOUTHEAST IS UNCONVINCING ........ 42
E. THE DEFENDANTS HAD SUFFICIENT MARKET POWER TO REDUCE SUPPLY, AND USED THE CWT HRP AS A FACILITATING MECHANISM TO DO SO ........ 48
F. THE HERD RETIREMENT PROGRAM WAS SUBSTANTIAL, INCLUDING IN THE SOUTHEAST ........ 51
G. REENTRY BY CWT FARMERS OR ANY SUPPLY RESPONSE FROM NON-CWT FARMERS WOULD NOT HAVE UNDERMINED THE COLLUSIVE SCHEME ........ 55
H. THE CWT HERDS WOULD NOT HAVE BEEN RETIRED ANYWAY ........ 63
I. MILK DEMAND IS INELASTIC, MEANING CHANGES IN SUPPLY HAVE RELATIVELY BIG PRICE EFFECTS ........ 66
J. OOPS INCREASED FOR ALL FOUR CLASSES OF MILK ........ 68

**IV. MY MODEL APPROPRIATELY ISOLATES THE EFFECT OF THE CWT HERD RETIREMENT PROGRAM ON OOPS ........ 73**

A. MY MODEL APPROPRIATELY CONTROLS FOR EXISTING MARKET POWER UNRELATED TO THE CWT HRP ........ 73
B. MY MODEL APPROPRIATELY CONTROLS FOR RBST USE AND FUEL PRICES ........ 79
C. MY MODEL APPROPRIATELY CONTROLS FOR ALL RELEVANT SUPPLY AND DEMAND FACTORS ........ 85
*1. Multicollinearity does not affect my measurement of the CWT HRP on OOPs ........ 85*
*2. My model appropriately controls for regional fluctuations ........ 87*

**V. MY DAMAGE COMPUTATION IS APPROPRIATE ........ 88**

A. MY ANALYSIS USES THE BEST AVAILABLE DATA ON OOPS ........ 88
B. PASS-THROUGH ANALYSIS IS NOT REQUIRED ........ 94
C. MY DAMAGE BASE IS RELIABLE ........ 96

**VI. THE CWT HERD RETIREMENT PROGRAM HAD NO SIGNIFICANT PRO-COMPETITIVE BENEFITS ........ 99**

**VII. CONCLUSION ........ 103**

United States District Court
Middle District of Florida
Jacksonville Division

| | | |
|---|---|---|
| Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC<br><br>v.<br><br>Southeast Milk, Inc., National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agrimark, Inc. | ) | Case No. 3:15-cv-01143-BJD-PDB |

**EXPERT REBUTTAL REPORT OF JOHN M. CONNOR, PH.D.**

## I. BACKGROUND

1. I submitted a report in this matter on December 18, 2017 (hereafter, "my Initial Report" or "Connor Initial Report"), and I gave a full day of deposition testimony on February 13, 2018. On February 20, 2018, Defendants submitted two expert reports that make certain criticisms of my analysis. One report was submitted by Dr. Bryan M. Ricchetti (hereafter, "the Ricchetti Report"), and the other report was submitted by Dr. Andrew M. Novakovic (hereafter, "the Novakovic Report"). Herein, I respond to the criticisms of Dr. Ricchetti and Dr. Novakovic (collectively, "Defendants' Experts").

2. My qualifications are described in my Initial Report. Compensation for my services remains unchanged at an hourly rate of $600. For this Rebuttal Report, I was again supported by the staff of OnPoint Analytics, Inc. Time spent by the staff of OnPoint was billed at their standard hourly rates, which vary from $125 to $475 per hour. My curriculum vitae is provided

in Exhibit A and my four year testimony list is provided in Exhibit B. The materials I have reviewed and relied upon for this Rebuttal Report are listed in Exhibit C.

## II. SUMMARY OF CONCLUSIONS

3. Nothing in Dr. Ricchetti's or Dr. Novakovic's reports leads me to change or modify the opinions contained in my Initial Report. My four principal responses to their arguments are briefly summarized as follows:

4. **Opinion 1: The CWT Herd Retirement Program ("CWT HRP") reduced supply and increased over-order premiums ("OOPs") across all classes of raw milk.** Dr. Ricchetti misrepresents my model by stating that it *assumes* a supply reduction. On the contrary, I have employed a "reduced form pricing regression."[1] This type of regression model is derived from supply and demand equations that have market price in common; it is the type of model most commonly applied to antitrust analysis. Rather than *assuming* a supply reduction, my model instead directly measures the net effect of the CWT HRP on prices, while properly controlling for all relevant supply and demand characteristics. Thus, in finding that OOPs were higher than their but-for levels, my model also implies a milk supply reduction relative to but-for levels. This is entirely consistent with the facts and testimony in the record, which document that the primary goal of the CWT HRP was to increase prices through a net reduction in milk-cows. Defendants' executives similarly testified that supply would have been higher without the CWT HRP, a position consistent with the conclusion of Dr. Brown, an independent economist

---

[1] Expert Report of John M. Connor, December 18, 2017 ("Connor Initial Report"), at ¶83.

contemporaneously hired by Defendants to evaluate the program, who found that the CWT HRP decreased supply and increased the All Milk Price.

5. Dr. Ricchetti also misrepresents Dr. Brown's analysis when he asserts that Dr. Brown's model: (1) does not consider any supply response from farmers, (2) is not relevant to the impact of CWT HRP on OOPs, and (3) finds a large *increase* in milk production in the Southeast. First, I note that Dr. Brown's contemporaneous work papers specifically note that the supply response from higher prices is included in his analysis. Second, when Dr. Brown analyzed the effect of the supply reduction on the All Milk Price (which includes both the regulated Class prices and OOPs) he assumed OOPs were fixed, thereby forcing the price impact to be measured in the regulated portion of the All Milk Price. In fact, the nationwide supply reduction measured by Dr. Brown is directly relevant because, as Defendants have admitted, OOPs are set in a manner directly affected by supply because they are based on competitive conditions. Third, Dr. Ricchetti's assertion that Dr. Brown finds a large milk *increase* in the Southeast is driven by a faulty apples-to-oranges comparison: Dr. Ricchetti compares Dr. Brown's *but-for predictions* (*i.e.*, a scenario that excludes the effects of the CWT HRP and the CWT Export Assistance Program) to *actual* USDA milk production data; the correct comparison should be between the predicted supply from Dr. Brown's model with no CWT Program to the actual supply reported by Dr. Brown that includes the CWT. Indeed, the notion that the CWT HRP *increased* milk production is economically nonsensical and contrary to the entire purpose of the program.

6. Dr. Ricchetti's own analysis surrounding aggregate trends in herd size, culling, and milk production is uninformative because it is entirely based on an overly simple "univariate"

analysis that ignores the vast majority of supply and demand factors influencing herd size, culling, and milk production. This approach is contrary to professional economic standards, which advocate the superiority of *multivariate* analyses of the determinants of supply change. It is my understanding that Courts have frequently rejected the type of crude, univariate analysis presented by Dr. Ricchetti. Dr. Ricchetti's approach is in stark contrast to my regression model, which controls for the simultaneous effects of the accepted supply and demand determinants when estimating the effect of the CWT HRP on OOPs.

7. Dr. Ricchetti's appeal to "numerous economic factors" that "raise the possibility that CWT did not reduce raw milk production" in the Southeast is similarly unconvincing. In fact, the CWT HRP was substantial in the Southeast, and below I show that the CWT HRP culling in the Southeast was very similar to that in the rest of the country once properly measured as a proportion of total regional milk production. Moreover, in arguing that Southeast milk production would have been reduced even in the but-for world due to shifting production trends from the Southeast to the West, Dr. Ricchetti ignores the fact that my model controls for the supply and demand conditions that would drive that shift.

8. Dr. Ricchetti also incorrectly argues that the CWT HRP was rendered ineffective by (1) participating farmers' re-entry into dairy farming, (2) nonparticipating farmers' supply response, and (3) the notion that the size of actual herd retirements was unaffected by the CWT HRP (*i.e.*, the compensation provided to participating farmers was directed *solely* to farmers who intended to exit production anyway). First, concerning CWT-participating farmers' re-entry, I argue that re-entry does not immediately increase aggregate milk supply because either the re-entrants must buy already productive cows (merely shifting supply from one farmer to another),

or the re-entrants must breed additional calves and wait two or three years for them to mature into milk producing cows. Conversely, farmers who would have gone out of business in the but-for world would likely have sold their productive cows to other farmers, because the cows' market value as milk producers exceeds their value as beef (if this were not the case, they would have already been culled).[2] Thus, farmer exits associated with the CWT HRP certainly constitute a sharp short-run supply reduction, whereas participants' re-entry can only affect the supply response in the long run. Second, Dr. Ricchetti's arguments about nonparticipants' supply response entirely ignore the overwhelming findings of empirical research on milk supply. This literature verifies that any immediate supply response to higher prices from the CWT HRP would have been small because, in the short-run, milk supply is *highly inelastic* (*i.e.*, relatively unresponsive to changes in price). Both the economic literature and basic cow biology suggest that any significant milk supply response takes years. Similarly, Dr. Ricchetti ignores the abundant scholarly literature on demand elasticity, which concludes that small supply reductions can result in relatively large price increases because the demand for milk is relatively unresponsive to price. My model implicitly considers all of these factors because it measures the *net effect* of the CWT HRP on OOPs. Simply put, if the supply response entirely offset the CWT HRP, then my model would find no increase in OOPs due to the CWT HRP. However, it clearly does find (and measure) an increase in OOPs. Third, the CWT HRP was operated by cooperative managers with years of experience in the dairy sector. Their audits and Dr. Brown's reports early on must have convinced the cartel's managers that the program was working as intended, *i.e.*,

[2] Dr. Novakovic agrees: "And my belief is that without the incentive of the buyout, the herd retirement program, there definitely are farmers who would have sold their herd. They may not have slaughtered every animal" (Deposition of Andrew Novakovic, March 16, 2018 ("Novakovic Deposition"), at 221:17-222:5).

that few of the farmer-participants were being rewarded for exit decisions already in the works. Indeed, after a few rounds of herd reductions, the Program "doubled down" by raising the assessment fee for its members.

9. Dr. Ricchetti ignores the fundamental linkages between the various classes of milk when he argues that the CWT HRP would be unlikely to affect Class I milk prices because demand for Class I milk is "met first." Such an argument ignores the fact that regulated prices of Class I milk are explicitly determined by the prices of Class III and IV products. Moreover, because of the regulated pricing system, producers receive a common price for their milk components regardless of how their milk is used. Dr. Ricchetti's logic similarly ignores Defendants' testimony in the record, which notes that supply reductions would increase the prices of all Classes. It also ignores the economics of supply-side substitution and the fact that the demand for fluid milk is the most inelastic, thereby creating incentives to reduce its supply in order to gain the biggest price increases.

10. **Opinion 2: My model appropriately isolates the effect of the CWT HRP on OOPs.** My model correctly measures the increase in OOPs from the CWT HRP by applying a pre-CWT benchmark period and adjusting for any supply and demand characteristics that varied during the benchmark and collusive periods. Dr. Ricchetti incorrectly speculates that the formation of marketing agencies in common ("MACs") represents a change in market power and a conflating factor omitted from my analysis. His speculation ignores that the principal structural features that gives rise to market power (a high degree of sales concentration, product homogeneity, and entry barriers) are essentially constant during the relevant period. Moreover,

when I explicitly control for the formation of the two MACs referenced by Dr. Ricchetti, my conclusions are materially unchanged, and damages actually *increase slightly*.

11. Dr. Ricchetti is on the wrong path when he argues that I should have directly subtracted the portion of the OOP related to fuel surcharges and rBST-free premiums because my model only "indirectly" controls for these factors. In fact, no such treatment is warranted because OOPs are largely competitively set from the supply and demand factors in my model. Moreover, my model explicitly controls for rBST use and diesel prices, and the DFA OOP data I use does not separate the OOP into its various components. In implementing his unconventional approach, Dr. Ricchetti merely subtracts a constant $0.90/cwt rBST premium from all customers after February 2008, thereby assuming that each of them paid the same rBST premiums at the same points in time. He completely ignores testimony that OOPs (including the rBST-free portion) were determined based on competitive conditions. The only support he provides for his unusual data treatment is price announcements from SMI, which are then incorrectly applied to the DFA OOP data used in my analysis.

12. As mentioned above, my model appropriately controls for all possible relevant supply and demand factors. Dr. Ricchetti incorrectly argues that it is flawed because certain variables do not have the expected relationship with OOPs. My Initial Report already noted that this finding was driven by multicollinearity, which only affects the measurement of certain variables and does not mean such variables are not properly controlled for. Although Dr. Ricchetti speculates that this issue could also affect the variables representing the CWT HRP, common statistical tests show that such variables are unaffected, meaning the issue of multicollinearity can be ignored for the purposes of calculating damages.

13. **Opinion 3: My damage computation is appropriate.** Dr. Ricchetti alleges that there are errors in the DFA OOP data used in my regression model and finds several products that may have been incorrectly listed as sold by Defendants within the Winn-Dixie data. However, he does not quantify the impact of these issues on damages and—in fact—the aggregate effect is unsupportive of his criticism as well as immaterial. Correcting the DFA OOP data as Dr. Ricchetti suggests actually results in damages *increasing slightly*, and the errors he points to in the Winn-Dixie purchase data decrease damages by less than $10,000 of the originally estimated $21.4 million. Similarly, he suggests that I have incorrectly considered the amount of milk used in finished dairy products, when in fact my conversion rates are generally reliable and were obtained directly from the Wisconsin Milk Marketing Board. He also argues that I should have performed a pass-through analysis to analyze the effect of OOPs on the finished dairy products purchased by Winn-Dixie from Defendants. However, it is my understanding that a pass-through analysis is not required in this case and, even if it were, Dr. Ricchetti himself acknowledges that a large body of academic literature has found relatively high pass-through rates for dairy products.

14. **Opinion 4: The CWT HRP program did not have any significant pro-competitive benefits.** Dr. Ricchetti and Dr. Novakovic speculate that the CWT HRP may have been an efficient way of decreasing excess supply, and thereby may be excused as pro-competitive behavior. However, this argument is entirely speculative and ignores basic economic theory, which notes that the most efficient equilibrium between supply and demand will be reached in a market free from market power and the coordinated CWT HRP supply reductions. Moreover, in a competitive economy, economic theory insists that efficiency gains (which lower

the marginal costs of production) will be passed on as lower prices paid by customers. This was not the case with the CWT HRP. Instead, my analysis demonstrates that the CWT HRP was anticompetitive because it coordinated an artificial supply reduction that increased OOPs paid by customers, including Plaintiff Winn Dixie.

## III. THE CWT HERD RETIREMENT PROGRAM REDUCED SUPPLY AND INCREASED OOPS ACROSS ALL CLASSES OF RAW MILK

15. Dr. Ricchetti argues that I have not demonstrated that the CWT Herd Retirement Program ("CWT HRP") reduced herds and lowered milk production in the Southeast.[3] Dr. Ricchetti makes a number of fatal errors that render his analysis unreliable. First, he misrepresents my model, failing to correctly describe its underlying structure and econometrics. Second, he makes a calculation error when analyzing Dr. Brown's results, which misleadingly causes his charts to be upside down in later years (*i.e.* they suggest that CWT resulted in an *increase* in milk production starting in 2009). Third, his own analysis of herd sizes and milk production is simplistically "univariate" -- it plots measures of herd size and production against just *one* variable: *i.e.*, time. It is not analysis that would survive peer-review in the economics profession and will not yield reliable conclusions because it does not consider the relevant supply and demand characteristics that influence herd size and milk production. Finally, his arguments that the CWT HRP may not have reduced supply are not supported by evidence in the record or basic economics. Dr. Ricchetti defies common economic logic by suggesting that killing 40,410 cows in the Southeast from 2003-2010 did not reduce the number of cows that would be alive otherwise. Moreover, his arguments that the CWT Program targeted only farmers already on

[3] Expert Report of Bryan M. Ricchetti, February 20, 2018 ("Ricchetti Report"), at §5.

their way out of the industry and that program participants' supplies were totally and immediately replaced by nonparticipants, are speculative and unsupported.

### *A. Dr. Ricchetti Misrepresents My Model*

16. In my Initial Report, I applied the most commonly used method in antitrust economics for calculating damages caused by an alleged conspiracy: a reduced-form pricing regression.[4] This appears lost on Dr. Novakovic, who testified that he had "no particular expertise in what's used conventionally in antitrust econometric evaluations,"[5] although he testified that he had no problem with the use of a properly constructed reduced-form model.[6] Dr. Ricchetti agrees that a properly implemented reduced-form pricing regression "can be used to control for relevant supply and demand factors that can influence the prices at issue in the case, and then measure the incremental effect of the challenged conduct on price, controlling for the factors in the model."[7]

17. As discussed in my Initial Report, my model estimates the effect of the number of cows killed in the Southeast under the CWT HRP on Over-Order Premiums ("OOPs") in the Southeast, while controlling for all of the accepted supply and demand factors that determine OOPs.[8] More specifically, unlike Dr. Ricchetti, my Initial Report surveyed the academic literature to analyze the supply and demand determinants,[9] and controls for the following variables: the percentage of population aged 14 and below, state disposable income, state

---

[4] Connor Initial Report, at ¶83, fn. 184 citing "The most common statistical method employed in antitrust litigation involves the estimation of "reduced-form" price equations…The model is called 'reduced form' because the price equation is derived from other more basic economic relationships relating to demand and supply" (Rubinfeld, Daniel L. "Quantitative Methods in Antitrust." *Issues in Competition Law and Policy* 723 (2008): 723-742, at 724-725).
[5] Novakovic Deposition, at 41:3-7.
[6] Novakovic Deposition, at 99:9-13.
[7] Ricchetti Report, at ¶93.
[8] Connor Initial Report, at §VI.
[9] Connor Initial Report, at §IV.B.

population, the percentage of milk sold with rBST treatments, the price of diesel, the price of alfalfa hay, wages of animal farm workers, electricity prices, dairy subsidy expenditures, binary monthly variables to control for seasonality, binary variables for each destination city (to control for local and regional differences across cities), and binary variables to control for mad-cow disease outbreaks.[10] The Defendants' Experts' do not allege that my model suffers from omitted variable bias in their Reports, nor do they show that the inclusion of any additional variables would materially change my conclusions. Although Dr. Novakovic implied in his deposition that my model should have controlled for corn prices instead of hay prices,[11] his report includes no mention of this. Regardless, when I do so, my conclusions surrounding damages do not change.[12] Lastly, using a variable that directly measures the number of cows killed by the CWT HRP is the correct approach because the Defendants are accused of manipulating milk production by culling cows. Thus, my model appropriately controls for all the relevant supply and demand factors and allows a direct measurement of the CWT HRP's impact on OOPs.

---

[10] Connor Initial Report, at ¶84.

[11] Novakovic Deposition, at 80:14-22.

[12] Alfalfa hay prices is an appropriate variable to control for feed costs because it represents a major portion of dairy feed, and feed costs represent the majority of operating costs (Connor Initial Report, at ¶30). Dr. Novakovic does not dispute this, but criticizes my use of alfalfa hay due to the possibility that some dairy farmers grow alfalfa hay (instead of buying it) (Novakovic Deposition, at 80:14-22). Of course, economic theory suggests the costs to grow alfalfa hay and the price of alfalfa hay are going to be highly correlated. In addition, his criticism ignores the similar possibility that farmers can grow corn as well (which Dr. Novakovic also admits). Further, corn prices are highly correlated with alfalfa hay prices and correlated with (and, in fact, driven by) diesel prices (because of corn-based ethanol), both of which I include, thereby effectively controlling for corn price fluctuations as well. In addition, adding corn prices creates additional problems of multicollinearity with the variable of interest. Regardless, if I use corn prices instead of hay prices *and* add controls for the formation of MACs that Dr. Ricchetti says I ignored, then damages are still $20.3 million, which is quite similar to my original calculation of $21.4 million. Moreover, if hay prices, corn prices, and the formation of MACs is included, then damages remain as high as $18.2 million. Again, because the corn price variable creates problems of multicollinearity with the variable of interest, I reject the inclusion of that variable.

18. As I described in my deposition, the reduced-form is derived from three structural equations:[13] the demand equation, the supply equation, and the familiar market equilibrium equation which states that "supply equals demand."[14] This is well-documented in the economics literature, which Dr. Ricchetti ignores.[15] That literature describes how the reduced form model is derived from the "demand and supply system," with the reduced form model defining price as a function of supply and demand variables.[16] It goes on to describe how "[t]he reduced-form parameters can be used to predict how the equilibrium price will change as the [supply and demand] variables change."[17] That equilibrium price is determined by industry supply and demand: "The industry supply function measures the total output supplied at any price. The **industry demand function** measures the total output demanded at any price. An **equilibrium price** is a price where the amount demanded equals the amount supplied."[18] Thus, although Dr. Ricchetti appears to argue otherwise, all of the industry supply and demand dynamics to which he refers are embedded in the model.

19. So, it is incorrect to say, as Dr. Ricchetti does, that my "model simply assumes that the total number of cows retired in the Southeast is a reliable measure of the effect of CWT on raw milk production in the Southeast."[19] It is similarly wrong for Dr. Ricchetti to write that my model "incorrectly assumes that but-for the CWT program every cow retired with a herd

---

[13] Dr. Novakovic attempted to argue in his deposition that my model was not based on a structural model, but he later admitted he had no basis for such a position (Novakovic Deposition, at 89:6-22).
[14] Deposition of John M. Connor, February 13, 2018 ("Connor Deposition"), at 165:8-166:24.
[15] Varian, Hal R. *Microeconomics Analysis*. Third Edition. New York, NY: W. W. Norton & Company, 1992 ("Varian"), at pp. 202-203. Economists define the ***equilibrium price*** as the "price at which the quantity of a good supplied [by the market] is equal to the quantity demanded [by the market]" (Black, John. *Oxford Dictionary of Economics.* Second Edition. Oxford: Oxford University Press, 2002, at p. 150).
[16] Varian, at pp. 202-203.
[17] Varian, at pp. 202-203.
[18] Varian, at p. 219 (emphasis in the original).
[19] Ricchetti Report, at ¶50.

retirement program subsidy would have continued to produce milk."[20] On the contrary, culling rates are the result of supply and demand conditions, which my model explicitly controls for. Thus, because of the reduced-form structure of my model, it also appropriately considers normal culling rates and accounts for the fact that some cows are regularly culled as part of normal dairy operations.

20. In fact, the only thing that my model assumes about the variable I include measuring the number of cows killed in the Southeast under the CWT HRP (my "Cows Removed variable"), is that this variable is the best available measure of the Defendants' alleged conduct. Clearly it is: Defendants are alleged to have culled herds in order to reduce supply and increase prices. They did cull those herds, they recorded the numbers of cows culled through audits, and it is that number I include in my regression model to investigate the effect of the alleged collusion on OOPs. Therefore, my model is perfectly aligned with the allegations in this case and it fits the facts.

21. Moreover, because the reduced-form pricing model is a derivation of the underlying supply, demand and market equilibrium equations, it already incorporates all of the factors that Dr. Ricchetti argues it ignores. The coefficients I estimate on my Cows Removed variable measure the ***net effect*** that culling those cows had on prices. That is, if some farmers responded to the increased prices caused by the CWT HRP by increasing their own supply (to sell more at those higher prices) and somewhat undermined the supply reduction as a result, then that factor is already reflected in the net effect of the Cows Removed variable on OOPs.[21] To understand

[20] Ricchetti Report, at ¶14.A.4.

[21] I described this in my deposition: "So, non-members of the co-ops may well have built up their -- their herds at a time when CWT was trying to reduce the total number of herds. If that is the case, then what we have here is the net

this, consider two worlds. In World A, the CWT HRP culls 50,000 cows. The reduced supply causes OOPs to jump 70 cents/cwt. In this world, no non-CWT farmers increase their milk supply to exploit this price increase. Thus, the removal of 50,000 cows did cause OOPs to increase by 70 cents/cwt. If run in World A, my model would estimate that 50,000 Cows Removed caused OOPs to increase by 70 cents/cwt. Now consider World B. Again 50,000 cows are culled under the CWT HRP. Again, OOPs jump by 70 cents/cwt. But this time, some enterprising non-CWT farmers increase their milk supply in order to sell more milk at the new high prices. This extra supply causes prices to come down again by, say, 20 cents/cwt. The net effect of the removal of 50,000 cows is then 70 – 20 = 50 cents/cwt. Because my model is run on the actual OOPs that occurred in the market place, if run in World B it would find that the net effect of the removal of 50,000 cows on OOPs was an increase of 50 cents/cwt. The same basic econometric principles apply to Dr. Ricchetti's other arguments concerning the effect of the program on supply and on prices, as I will describe in the remainder of this section.

22. I similarly described in my deposition how my reduced-form pricing "model indicates that supply contracted"[22] because "[t]he quantity supplied is implicit in the model. We don't have to include it as a variable. The fact that cows removed increased the price is evidence that the supply contracted, the net supply."[23] The foundations of the model are the structural supply, demand, and market equilibrium equations and the model accounts for the accepted supply and demand factors. Thus, because my Cows Removed variable is specific to the alleged acts by the Defendants, the model provides "proof of the… effectiveness of the CWT program in raising

---

effect, the effect of -- of killing through CWT minus the effect of expansions of herds by non-members or even by members" (Connor Deposition, at 194:5-11).

[22] Connor Deposition, at 165:11-12.

[23] Connor Deposition, at 166:20-24.

prices at the assembly level. Indeed…given the careful analysis we did prior to running the model…I would argue that these are causal relationships, not just associations."[24] Also, Dr. Novakovic should agree with the use of the "cows removed" variable, as he testified that milk production was primarily driven by the number of cows.[25] Dr. Ricchetti has ignored my testimony and has misrepresented my model.[26] Simply put, if the net effect of the CWT HRP did not reduce supply relative to but-for levels, my model would find no price impacts from the Cows Removed variable. However, my model clearly demonstrates that prices were elevated from the CWT HRP, thereby indicating that supply was reduced relative to but-for levels.

### *B. Dr. Ricchetti Misrepresents Dr. Brown's Analysis*

23. In my Initial Report, I described how one unique feature of this case is that the alleged conspirators actually hired an economist to estimate how successful their CWT HRP was at increasing milk prices.[27] Specifically, Defendant National Milk Producers Federation

[24] Connor Deposition, at 152:5-12.

[25] Dr. Novakovic testified that "if milk production is going to change and production of cow is resistant over time, then changes are primarily through the number of milk cows. That's not always to say it's 100 percent the only thing, but primarily…you know…the primary way" (Novakovic Deposition, at 179:2-9). He also testified that the production per cow, although not constant, has been very predictable since "the middle of the 20th century" (Novakovic Deposition, at 179:11-19).

[26] I note that there is not to my knowledge any economic or legal requirement to explicitly quantify the reduction in supply from collusion before quantifying the resulting increase in prices. It is, after all, higher prices that cause the economic injury suffered by the Plaintiffs and which need to be quantified in order to calculate damages. Indeed, some Courts have found as much in antitrust cases. For example, in *In Re: Processed Egg Products Antitrust Litigation* (a case involving alleged collusive reductions in the supply of eggs): "The Court rejects the broad notion that the failure to measure the supply effects of the conspiracy-separate and apart from the price effects of the conspiracy-alone defeats the reliability of the model. Antitrust impact and damages are ultimately concerned with whether plaintiffs paid higher prices. Plaintiffs have shown here that Defendants sought to achieve higher prices by restricting supply. The documentary evidence presented is sufficient to prove that Defendants undertook the supply reduction programs alleged. What remains is a question as to whether that conspiracy affected prices. To prove that the conspiracy affected prices, an analysis such as the one conducted by [Plaintiffs' expert, who ran a reduced-form pricing regression] is appropriate, because a supply reduction program, if successfully implemented, will be reflected in the prices paid by consumers-which is why restricting output equates to fixing prices" (Memorandum Certifying a Class of Direct Purchasers of Shell Eggs, *In Re: Processed Egg Products Antitrust Litigation,* U.S.D.C. Eastern District of Pennsylvania, Case No. 2:08-md-02002-GP, September 18, 2015, filed September 21, 2015, at p. 39).

[27] Connor Initial Report, at §V.

("NMPF") hired Dr. Scott Brown, an Assistant Extension Professor of Agricultural and Applied Economics at the University of Missouri.[28] He found that the CWT HRP reduced the number of cows nationwide, reduced milk production, and increased the All Milk price by approximately $0.20/cwt in 2004, with the effect of the program eventually growing to an increase of $1.75/cwt in 2010 (the year after the largest herd retirements in 2009).[29] He also found that the effect of the herd retirements on prices lingered for as much as three years after the year of the initial herd retirement and that the CWT HRP resulted in a total increase of $12.48 billion in milk market revenues through 2012.[30]

24. Dr. Ricchetti writes that "the only empirical evidence that Prof. Connor points to at all regarding the milk supply is Dr. Brown's analysis of the CWT program."[31] Dr. Brown's analysis certainly does show that Defendants' scheme reduced supply and increased prices. Importantly, the Defendants in this case relied on the economic analysis of Dr. Brown to evaluate the impact of the CWT HRP on milk prices and to communicate the pricing impacts to their producer members (dairy farmers).[32] The fact that Defendant NMPF hired Dr. Brown as an independent, unbiased economist to investigate such a conclusion also supports the fact that the intent of the program, and Defendants' understanding of its effects, was to decrease supply and increase prices. However, it is not the only empirical evidence I present regarding milk supply. In fact, as Dr. Ricchetti accepts, I do not rely on Dr. Brown's findings for my own analysis of the effects the CWT HRP had on OOPs.[33] Indeed, as I described in the previous section of this

[28] Declaration of Dr. Scott Brown, September 16, 2016, at ¶1.
[29] Connor Initial Report, at ¶¶70-75.
[30] Connor Initial Report, at ¶¶74-75.
[31] Ricchetti Report, at ¶78.
[32] Deposition of John Wilson, January 8, 2015, at 50:6-25; Deposition of Thomas Wegner, January 22, 2015, at 44:1-7; Deposition of Dr. Richard Stammer, January 30, 2015, at 40:17-42:15.
[33] Ricchetti Report, at ¶14.A.1; Connor Initial Report, at ¶69, fn. 137.

Rebuttal Report, my "model indicates that supply contracted"[34] because it is based on the underlying supply and demand equations that generate equilibrium prices. Moreover, in my Initial Report and below, I describe the evidence from contemporaneous documents and testimony that the CWT HRP reduced supply and increased prices, as it was intended to do. For example:

A. CWT summarized the herd retirement program in 2003 as "intended to strengthen and stabilize milk prices by balancing supply with demand. CWT is designed to reduce dairy inventories and milk production in order to provide meaningful financial returns to dairy producers in all parts of the country…The target of the program is to balance supply with current demand by reducing the domestic milk supply by 2.7% over a twelve month period (July 03 – June 04). This is to be achieved through a combination of eliminating approximately 125,000 cows, exporting a total of approximately 130 million pounds of cheese and butter, and reducing marketings by approximately 460 million pounds of milk."[35]

B. CWT's own summary of herd retirements reports that between 0.4 billion and 2.0 billion pounds of milk was removed nationwide during *each* herd retirement.[36] The CWT similarly reports that milk was removed in the Southeast during every single one of these retirements, beginning with 59.1

[34] Connor Deposition, at 165:11-12.
[35] Cooperatives Working Together. *General Information*. June 10, 2003, NMPF0000006-09, at -06 (emphasis in original).
[36] Cooperatives Working Together. *Summary of Herd Retirements*. NMPF0018344-354, at -344.

million pounds in 2003, and peaking with 210.3 million pounds of milk removed in the 2009 retirements.[37]

c. Defendant DFA's Senior Vice President and Chief Fluid Marketing Officer, John Wilson, similarly testified that the objective was to "raise the price of milk" by restricting the overall supply of milk.[38] Mr. Wilson also testified that "the point of the whole program was to reduce the supply of milk, of surplus milk, and so the only way that was going to happen is if you have – if you accelerate the slaughter of dairy cows."[39] As a result, Mr. Wilson testified that "we would have relied on Dr. Brown and Dr. Vitaliano's analysis, so from DFA's perspective, yes, there would have been even more milk produced without CWT."[40] Lastly, Mr. Wilson testified that "you don't have to have a Ph.D. in economics to realize that if you accelerate the slaughter of cows, that's got to be good for the milk price. And that's the perspective that our members and National Milk, CWT board members, had, that it was a good thing to get rid of this surplus milk and enhance the milk price."[41]

D. Mr. Gallagher, President of Risk Management for Defendant DFA, similarly testified that the primary purpose of the CWT was to reduce supply.[42] The presentations he prepared contemporaneously with the CWT HRP similarly

[37] Cooperatives Working Together. *Summary of Herd Retirements*. NMPF0018344-354, at -346-348, and -354.
[38] Deposition of John Wilson, January 8, 2015, at 43:15-22.
[39] Deposition of John Wilson, January 8, 2015, at 51:21-25.
[40] Deposition of John Wilson, January 8, 2015, at 60:22-61:5.
[41] Deposition of John Wilson, January 9, 2015, at 347:18-25.
[42] Deposition of Edward Gallagher, May 6, 2015, at 4:14-16, 14:21-24, and 33:5-10.

note the goal was to "[r]educe supply" and that OOPs are affected by supply.[43]

E. The President and CEO of Defendant NMPF during the CWT HRP also agreed that the CWT HRP successfully reduced the supply of milk to be less than what it would have been without the Program, which caused prices to be higher than they otherwise would have been.[44]

F. The CEO of Defendant Agrimark testified that "the design of the program was to reduce the supply of surplus milk."[45] Defendant Land O' Lakes' ("LOL") Director of Economics and Dairy Policy similarly testified that the purpose of the CWT HRP was to reduce the supply of milk in order to impact price.[46] Defendants' own marketing documents confirm that "[s]urplus milk doesn't just impact producer milk prices. It impacts profitability of cooperatives by reducing premiums and service charges on milk sold to processors and premiums that cooperatives are able to get on the dairy products that cooperatives make and market."[47]

G. The explicit connection between the number of dairy cows and milk supply is also well known, with Defendant NMPF's Vice President of Economic Policy and Market Research writing in 2007 that "the annual change in the nation's milking cow herd has functioned as a simple, but reasonably representative

[43] Deposition of Edward Gallagher, May 6, 2015, at 36:13-18, and Gallagher Exhibit 5, at D00018215 and D00018224.
[44] Deposition of Jerome Kozak, February 5, 2015, at 47:7-48:17.
[45] Deposition of Dr. Richard Stammer, January 30, 2015, at 25:23-26:2.
[46] Deposition of Thomas Wegner, January 22, 2015, at 37:11-14.
[47] Cooperatives Working Together. *Reasons to Join CWT in 2009*. DFA2013-00006544.

indicator of changes in the overall national supply-demand balance for milk."[48] Defendant SMI's CEO comments in 2003 similarly noted that falling cow numbers reduces milk production because "fewer cows equates to less milk," holding all else equal.[49] Dr. Ricchetti is similarly undermined by Defendants' other expert, Dr. Novakovic, who writes that "[t]he HRP had some effect on the slaughter of contracted dairy cattle in the short run" and "[m]ilk production can be determined as a simple identity from the product of the number of milk cows and the average production per cow."[50]

H. In a contemporaneous industry article, Christian Edmiston of Defendant LOL writes that "Few, if any, will argue that CWT has not had a positive impact on milk checks" received by farmers, and "the CWT program should continue to be a very effective method for keeping milk prices from falling too low."[51]

25. Dr. Ricchetti makes three further claims concerning Dr. Brown's analysis, all of which are wrong:

26. ***First***, he claims that Dr. Brown's model has a "fundamental flaw," causing it to overstate the effects of the CWT HRP.[52] According to Dr. Ricchetti, Dr. Brown does "not test…whether non-retiring farmers changed their behavior in response to the CWT herd retirements [and increased supply]."[53] Based on my understanding of Dr. Brown's model, I

---

[48] National Milk Producers Federation. *Testimony of Peter Vitaliano, Ph.D. before the Vermont Milk Commission*. September 18, 2007, NMPF0024092-4103, at -4094.
[49] Deposition of Calvin Covington, December 6, 2017, at 92:19-93:13, 95:5-11.
[50] Declaration of Andrew M. Novakovic, PhD on Behalf of Defendants, February 20, 2018 ("Novakovic Report"), at pp. 41-42.
[51] Edmiston, Christian. "Milk Prices could Hinge on CWT Action." *Hoard's Dairyman*, at DFAWD-00000178.
[52] Ricchetti Report, at ¶53.
[53] Ricchetti Report, at ¶53 and ¶¶81-83. Dr. Ricchetti also writes that Dr. Brown did "not test whether any of those cows would have retired without CWT." However, Dr. Brown did agree that the CWT program reduced supply by

believe this to be untrue. Dr. Ricchetti claims that I admitted at my deposition that I had not read Dr. Brown's deposition or declaration.[54] However, I testified that such materials, which I relied upon for my Initial Report, were reviewed either by myself or by my team at OnPoint Analytics, with excerpts provided to me as needed.[55] While I did testify that it is hard to figure out exactly how Dr. Brown constructed his model given that his full back-up has never been produced to me, it is possible to deduce from what has been produced, and what he has written or testified to, that:

A. Contrary to what Dr. Ricchetti reports, contemporaneous documents note that the "supply response from higher prices [is] included" in Dr. Brown's conclusions.[56] In fact, Dr. Brown subsequently testified that "the model would have taken into account the supply response from those not participating in the herd retirement event."[57]

B. Dr. Brown's model "allows for the effects of the CWT to be separated for everything else that has occurred in the industry during the operation of CWT program."[58] Thus, the analysis I reference from Dr. Brown "examines on an

---

slaughtering cows earlier than they otherwise would have been slaughtered (Deposition of Dr. Scott Brown, November 7, 2014, at 22:1-23). Irrespective of what Dr. Brown assumed in his model, my model makes no such assumption because it controls for the underling supply and demand characteristics that influence supply (and culling rates) as I describe in Section III.A of this Reply Report.

[54] Ricchetti Report, at ¶79.

[55] Connor Deposition, at 293:16-294:5.

[56] Cooperatives Working Together. *The Impact of the CWT Program on the U.S. Dairy Industry*. August 2008, BROWN-MU_0000574-587 at -576. Dr. Novakovic agrees: he testified that the FAPRI model, which Dr. Brown uses, "includ[es] a milk production supply response equation" (Novakovic Deposition, at 27:7-12).

[57] Deposition of Dr. Scott Brown, November 7, 2014, at 217:12-14.

[58] Cooperatives Working Together. *The Impact of the CWT Program on the U.S. Dairy Industry*. August 2008, BROWN-MU_0000574-587 at -575.

annual basis (2003- 2008) where the industry would have been without the CWT program," thereby isolating the effect of the CWT program.[59]

C. Dr. Brown agrees that the way the CWT program operated, or was intended to operate, was to increase the all milk price by reducing the nationwide supply of milk.[60]

D. Dr. Brown agrees that the way the CWT program reduced supply was by slaughtering cows earlier than they otherwise would have been slaughtered.[61]

27. ***Second***, Dr. Ricchetti claims that Dr. Brown's analysis is "not relevant to the question of whether the CWT program impacts OOPs."[62] Dr. Brown's model estimates the effect of the CWT HRP on the All Milk price. The All Milk price, as Dr. Ricchetti agrees, includes the OOPs, as well as the federally regulated blend price for raw milk.[63] As I described in my deposition, Dr. Brown did not estimate the effect of the CWT HRP on OOPs.[64] Instead, he explicitly held the OOPs constant in his model, thereby forcing all of the effect he estimates from the CWT HRP to come through in the form of increases in the blend price, rather than the OOP.[65] As Dr. Brown described it himself, his model "assumes that the premiums received by farmers are the same with and without the CWT program."[66] This does not render the model irrelevant for what happened regarding OOPs.

---

[59] Cooperatives Working Together. *The Impact of the CWT Program on the U.S. Dairy Industry*. August 2008, BROWN-MU_0000574-587 at -575.
[60] Deposition of Dr. Scott Brown, November 7, 2014, at 21:7-12.
[61] Deposition of Dr. Scott Brown, November 7, 2014, at 22:1-23.
[62] Ricchetti Report, at p. 78, Heading 6.3.4.
[63] Ricchetti Report, at ¶¶139-140; Connor Initial Report, at ¶68.
[64] Connor Deposition, at 198:14-17.
[65] Declaration of Scott Brown, November 22, 2013 ("Brown 2013 Declaration"), at ¶11.
[66] Brown 2013 Declaration, at ¶13.

28. Dr. Brown's model is relevant, in part, because he finds that the CWT HRP reduced supply and increased All-Milk prices through standard supply and demand dynamics. Specifically, Dr. Brown's model finds that the program reduced nationwide milk supply, thereby reducing the production of "various dairy products made from raw milk, including butter, cheese, non-fat dry milk powder and whey."[67] The reduction in supply of these dairy products leads to an increase in wholesale prices, as simulated by Dr. Brown's model.[68] This in turn leads to increases in the regulated blend price, because that price is calculated based on the four wholesale prices for butter, cheese, non-fat dry milk powder and whey.[69] Thus, Dr. Brown's model finds that the CWT HRP reduced milk supply and increased the wholesale prices of dairy products (which will have as an element OOPs passed through to processors). He then uses these increases to calculate by how much the blend price would have increased, which the USDA calculates based on these wholesale prices, while holding OOPs constant. In reality, OOPs are competitively negotiated, according to Defendants' testimony.[70] If Dr. Brown had used a model that had not explicitly held OOPs constant, it follows from simple economic logic that he would have found an increase in OOPs from the CWT HRP. Indeed, my model looks at OOPs explicitly (using a regression model based on what actually happened to OOPs and not a simulation that holds OOPs constant, such as that of Dr. Brown), and finds just that.

29. ***Third***, Dr. Ricchetti claims that Dr. Brown's model finds that the CWT HRP actually ***increased*** the number of cows and milk production in the Southeast.[71] It is hard to see how

---

[67] Brown 2013 Declaration, at ¶6.
[68] Brown 2013 Declaration, at ¶7.
[69] Brown 2013 Declaration, at ¶7.
[70] Deposition of John Wilson, January 8, 2015, at 73:6-16, 78:10-22, 79:17-22, and 101:6-103:22; Deposition of John Wilson, January 9, 2015, at 238:5-22; Deposition of Calvin Covington, December 6, 2017, at 197:11-25; Deposition of Dr. Richard Stammer, January 30, 2015, at 95:19-96:11, 117:25-118:12, and 129:8-18.
[71] Ricchetti Report, at ¶¶84-86.

killing cows in the Southeast could lead to more cows in the Southeast. Even if one were to consider that non-CWT farmers responded to higher prices by increasing supply, it defies economic logic that they would do so to such an extent as to "overshoot" and produce more milk in aggregate than that which would have been produced absent the program. The answer to this conundrum lies in an egregious error that Dr. Ricchetti has made when analyzing Dr. Brown's results.

30. Specifically, when Dr. Ricchetti is calculating the milk production according to Dr. Brown's model, he subtracts Dr. Brown's estimated milk production (without CWT) from USDA survey milk production data, instead of Dr. Brown's milk production data (with CWT). When reporting on the change in milk production estimated by Dr. Brown, it is paramount to only use Dr. Brown's data *with* and *without* the CWT program to prevent an "apples to oranges" comparison. To illustrate the magnitude of Dr. Ricchetti's mistake, Figure 1 below reproduces the milk production graphic with and without the CWT program according to Dr. Brown.

***Figure 1: Milk production with and without CWT presented by Dr. Brown***[72]




31. Using the output from Dr. Brown's model, I was able to approximately recreate this graph and compare it to the data that Dr. Ricchetti uses, as shown in Figure 2 below. Interestingly, Dr. Ricchetti's milk production data (with the CWT program) matches Dr. Brown's from 2003 – 2008, but begins to deviate in 2009 and, beginning in 2010, dramatically overstates milk production relative to Dr. Brown's data. Beginning in 2010, Dr. Ricchetti's data on milk production with CWT not only exceeds Dr. Brown's milk production data, it exceeds Dr. Brown's but-for milk production data, leading Dr. Ricchetti to think that Dr. Brown estimated an *increase* in milk production from the CWT program. This is demonstrably false.

[72] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2617.

*Figure 2: Dr. Brown's figure recreated and compared to Dr. Ricchetti's data*[73]




32. When presenting Dr. Brown's estimated percentage reduction in raw milk production in the Southeast (as reproduced in Figure 3 below), Dr. Ricchetti's mistake is indeed so large that his Exhibit 10 shows more than a 10% *increase* in milk production from the CWT program in 2011-2013.[74] The magnitude of this error ultimately distorts the y-axis of the graphic and leads Dr. Ricchetti to conclude that Dr. Brown's estimated reduction in the Southeast is "tiny."[75] Moreover, Dr. Brown's model is meant to estimate *nationwide* increases in the All Milk Price, and it is likely inappropriate to use his nationwide model to make region specific conclusions.[76]

[73] Calculated using: Brown, Scott. Dairy Subsector Model Output, at BROWN-MU_0003745.xlsm; Ricchetti Report, supporting Materials, at "total_milk_prod_national.xls"
[74] Ricchetti Report, at p. 52, Exhibit 10.
[75] Ricchetti Report, at ¶85.
[76] When corrected for his error, Dr. Ricchetti's Exhibit 10 (which focuses on the Southeast) still shows a small supply increase in the later years, but much smaller than his original. However, Dr. Brown's model and conclusions are primarily at the national level and Dr. Ricchetti's regional decomposition of Dr. Brown's analysis is inappropriate and uninformative.

***Figure 3: Dr. Ricchetti's Exhibit 10, reproduced***[77]




33. Although Dr. Ricchetti's error disproportionately affects the Southeast, using his data would still show milk *increases* nationwide from the CWT. Figure 4 below shows Dr. Brown's estimated percentage milk reduction from the CWT using Dr. Brown's actual data and compares it to the percentage milk reduction using Dr. Ricchetti's approach. Clearly, Dr. Brown's data shows a nationwide milk reduction from the CWT program in all years (including the supply response from farmers), while Dr. Ricchetti's approach would have Dr. Brown reporting a nonsensical milk *increase* from 2010-2013 that defies all economic logic.

[77] Ricchetti Report, at p. 52, Exhibit 10.

***Figure 4: Percentage milk reduction according to Dr. Brown v. under Dr. Ricchetti's error***[78]




34. This mistake continues to lead Dr. Ricchetti to the incorrect conclusions, as his Exhibit 10 (reproduced as Figure 3 above) is again shown as part of his Exhibit 12 (reproduced as Figure 5 below), which merely overlays my estimated annual overcharges. The graphic results in Dr. Ricchetti incorrectly concluding that my "alleged 'overcharges' are highest during a period when Dr. Brown's flawed model finds that CWT *increased* the raw milk supply."[79] Again, as stated in my Initial Report, "my model is not based on Dr. Brown's model and is not reliant on Dr. Brown's model or his data set."[80] Regardless, I have prepared a corrected version

---

[78] Calculated using: Brown, Scott. Dairy Subsector Model Output, at BROWN-MU_0003745.xlsm; Ricchetti Report, supporting Materials, at "total_milk_prod_national.xls"
[79] Ricchetti Report, at ¶110.
[80] Connor Initial Report, at ¶69, fn. 137.

of Dr. Ricchetti's Exhibit 12, which compares my estimated overcharges to Dr. Brown's nationwide milk reduction estimate (see Figure 6 below). In fact, the overcharges estimated by my model track Dr. Brown's nation-wide milk reductions relatively well, with my model finding greater lagged effects. Thus, it is not surprising that Dr. Brown finds the highest overcharges in 2010, the same year that I find the highest overcharges for Class I and II products, one year after the largest herd retirements.[81]

***Figure 5: Dr. Ricchetti's Exhibit 12, reproduced***[82]




[81] Cooperatives Working Together. *The Economic Effects of the CWT Program*. October 8, 2012, NMPF0025083-88, at -85; Cooperatives Working Together. *Summary of Herd Retirements* NMPF0018344-354, at -344.
[82] Ricchetti Report, at p. 62, Exhibit 12.

***Figure 6: My model's estimated overcharge compared to Dr. Brown's nationwide milk reduction estimates***[83]




35. Moreover, to compound Dr. Ricchetti's mistakes, he is relying on Dr. Brown's output that includes the total effect of CWT, that is, both the CWT HRP as well as the CWT Export Assistance Program ("CWT EAP"). Recall, that the CWT HRP is a reduction in milk *production*, because there are less cows. Meanwhile, in the CWT EAP "[m]anufacturers and exporters are paid a bonus, on a bid basis, to export cheese and butterfat to foreign commercial markets."[84] This second program was not a reduction in milk *production*, it was a reduction in domestic milk *supply*. Thus, it could have led to *greater* milk production nationwide, to meet some portion of

[83] Calculated using: Brown, Scott. Dairy Subsector Model Output, at BROWN-MU_0003745.xlsm; Connor Initial Report, at p. 60, Table 16.
[84] Cooperatives Working Together. *General Information.* June 10, 2003, NMPF0000006-09, at -09.

those extra exports.[85] Dr. Ricchetti makes no mention of this distinction and instead the analysis on milk production and cow numbers reported by Dr. Ricchetti includes Dr. Brown's total production analysis incorporating the effect of *both* programs. The supply impact reported by Dr. Ricchetti likely underreports the impact Dr. Brown found from the CWT HRP alone. This underreporting may have been greater in later periods, especially since "[v]ery few dairy products moved under this [export assistance] program until 2006."[86] This error alone means that Dr. Ricchetti's Exhibits 10, 11, and 12 are completely irrelevant because they do not isolate Dr. Brown's results from the CWT HRP. Conversely, as noted in my Initial Report, my analysis is focused on the impact of the CWT HRP on OOPs and my model specifically measures the OOP price impact from cows slaughtered under CWT HRP. However, to the extent that the CWT EAP is at all relevant to my analysis, the program worked through increasing net exports, which I explicitly control for in a sensitivity analysis that does not alter my original conclusions.[87] Dr. Brown did show price increases from the CWT HRP alone, as I presented in my Initial Report.[88]

36. Further, in addition to failing to isolate Dr. Brown's estimated cow reductions from the CWT HRP alone, Dr. Ricchetti's Exhibit 11 is not a like-for-like comparison of Dr. Brown's model to my model. Dr. Ricchetti's Exhibit 11 misrepresents my model when purporting to show that my estimated reduction in herd size differs from Dr. Brown's. In fact, my measure is simply the number of cows killed from the CWT HRP and my model uses that same lagged variable to account for the lagged effects of the herd retirement over time. The effect of that variable is

[85] Supply and production are not the same thing: the export program could have increased milk production in the US, even though that extra production and some portion of the existing production was exported, thereby overall reducing the supply available for US domestic consumption.
[86] Cooperatives Working Together. *The Impact of the CWT Program on the U.S. Dairy Industry*. August 2008, BROWN-MU_0000574-587 at -576.
[87] Connor Initial Report, at ¶65, fn. 136 and ¶87, fn. 198.
[88] Connor Initial Report, at p. 46, Figure 7.

shown through my regression model's *coefficients*, which report the net effect of the CWT HRP variable on OOPs, as I previously described in Section III.A of this Rebuttal Report. Conversely, the cow reduction variable reported by Dr. Ricchetti for Dr. Brown *already includes* the *net* effect of the CWT HRP supply reduction *and* includes the net effect of any supply increase from the CWT EAP. In essence, Dr. Ricchetti is simply comparing a *gross* sum of cows killed from the CWT HRP with a *net* variable estimated by Dr. Brown's model that includes the effect of two programs. Such a comparison is entirely misleading, nonsensical, and irrelevant.[89]

### *C. Defendants' Experts' Analyses of Herd Size, Culling, and Production is Unreliable*

37. Dr. Ricchetti presents a series of charts on herd sizes (nationwide) and milk production (nationwide and in the Southeast) to argue that "[a]nalysis of available data…do not support…that CWT herd retirements reduced overall milk supply."[90] Dr. Novakovic presents similarly simple charts to support his conclusions.[91] However, their simplistic charts are subjective and univariate (rather than multivariate); they are unscientific and would not survive peer review by the economics profession.

38. Dr. Ricchetti's and Dr. Novakovic's charts are univariate in the sense that they only investigate how a variable of interest – herd sizes or milk production – is affected by only one other variable: in the case of their charts, that variable is simply the trend of time. This is not economic analysis and Dr. Novakovic appears to agree: he testified that "from an economic standpoint, trend doesn't explain anything. It simply moves from one year to the next."[92] He also

[89] In fact, my model does not produce a "cows reduced" variable allowing for a proper comparison because my model is a reduced-form price model, as previously discussed. Thus, my model directly measures the net impact of the CWT HRP on OOPs. Conversely, Dr. Brown's model is a partial equilibrium model which first measures the net impact on total cows and milk production, before measuring the All Milk Price that would result.
[90] Ricchetti Report, at ¶14.A.2.
[91] Novakovic Report, at pp. 34, 41, and 44.
[92] Novakovic Deposition, at 46:22-24.

testified that: "observing that there's some trend is not an economic explanation."[93] Yet, this simple trend analysis is the only empirical work he supplies in his report, just like Dr. Ricchetti. Further, despite arguing that "it is extremely difficult to precisely assess what US cattle numbers would have been in the absence of the program," Dr. Novakovic relies only on "visual inspection" to conclude that there is "little correlation between the HRP actions and actual changes in slaughter numbers."[94] Because other relevant economic variables have not been included into Defendants' Experts' analyses, they have failed to perform a causal analysis or a reasonable inference. This approach fails to meet the standards of our profession. As econometrician Jeffrey Wooldridge emphasizes: "[t]he notion of **ceteris paribus** – that is, holding all other (relevant) factors fixed – is at the crux of establishing a **causal relationship**."[95] We should "use econometric methods to effectively hold other factors fixed."[96] This is a basic focus of econometrics: "[a] first course in econometrics teaches students how to apply [multivariate] regression analysis to estimate ceteris paribus effects."[97] Having failed to perform any type of *ceteris paribus* analysis, Dr. Ricchetti and Dr. Novakovic cannot reliably conclude that the data support or do not support that the CWT HRP decreased supply. In fact, Dr. Novakovic admits that he has not conducted his own econometric analysis of the HRP over the relevant time frame.[98] Indeed, despite claiming in his report that I had "overestimated the effect of the CWT Program,"[99] Dr. Novakovic admitted in his deposition, when asked if he had

---

[93] Novakovic Deposition, at 50:5-6.
[94] Novakovic Report, at pp. 40-41.
[95] Wooldridge, Jeffrey M. *Econometric Analysis of Cross Section and Panel Data*. Massachusetts Institute of Technology, 2002 ("Wooldridge"), at p. 3 (emphasis in the original).
[96] Wooldridge, at p. 3.
[97] Wooldridge, at p. 4.
[98] Novakovic Report, at p. 4.
[99] Novakovic Report, at p. 6.

investigated for any variables missing from my model, that his "task was not to review [my] econometric analysis or [my] model."[100] When asked if he performed an econometric analysis for his report, he testified that he "was not asked to and [he] did not."[101] In fact, he stated that he did not look at whether there were any variables missing from my model.[102]

39. Defendants' experts' speculative approach is in stark contrast to mine. My regression model meticulously controls for the effects of all the accepted supply and demand determinants suggested by the facts in this case, in order to estimate the effect of the CWT HRP on OOPs.[103] There are many supply and demand variables that vary across time, but which are not considered by Dr. Ricchetti's or Dr. Novakovic's simplistic univariate graphs. For example, my Initial Report includes an extensive discussion on the supply and demand factors influencing the dairy sector.[104] As a result, my regression model, which measures the impact of the CWT HRP on OOPs, explicitly controls for variables impacting demand (state population and disposable income, among others) and variables impacting supply (diesel prices, alfalfa hay prices, percent of milk sold with rBST, and wages of animal farm workers, among others).[105] Dr. Ricchetti's cursory investigation into herd sizes, milk production, and cows slaughtered controls for none of these factors, despite the fact that they change over the relevant period and are directly relevant to supply. For example, Figure 7 below graphs alfalfa hay prices over time, which is important because the USDA reports that feed costs represent 79% of total operating costs and 48% of total

[100] Novakovic Deposition, at 44:2-19.
[101] Novakovic Deposition, at 44:2-19.
[102] Novakovic Deposition, at 101:2-13.
[103] In fact, whereas Dr. Ricchetti includes only one variable in his analysis (*i.e.*, time), my regression includes ten supply and demand variables (some of which are state or region-specific), as well as 12 variables for the month of the year and 65 variables indicating the city.
[104] Connor Initial Report, at ¶¶28-42.
[105] Connor Initial Report, at ¶¶80-81 and 84.

production costs in dairy production, as I discuss in my Initial Report.[106] As a second example, Figure 8 below graphs diesel prices over time in the Lower Atlantic, Midwest, and Gulf Coast regions clearly showing changes over time.[107] Ignoring these changes, and any changes in other supply and demand variables, means that Dr. Ricchetti's and Dr. Novakovic's conclusions regarding herd sizes, milk production, and cows slaughtered are largely speculative because their analysis is inadequate.

***Figure 7: National alfalfa hay prices over time[108]***




[106] Connor Initial Report, at ¶30.
[107] These are the three broad Petroleum Administration for Defense Districts ("PADD") that overlap with the CWT's bidding Region 2, and which are thus incorporated into my model.
[108] Calculated from USDA data (United States Department of Agriculture's Economic Research Service, Feed Grains Database, accessed December 15, 2016 at https://data.ers.usda.gov/FEED-GRAINS-custom-query.aspx).

*Figure 8: Diesel prices over time in the Lower Atlantic, Midwest, and Gulf Coast Regions*[109]




40. The Defendants themselves have also implicitly acknowledged the important relationship between changing cow numbers and major supply factors.[110] For example, Figure 9 below shows the relationship between the growth in U.S. dairy cows and the milk-feed margin. That is, the change in cow numbers often lagged behind a change in the return over feed costs in the pre-CWT period.

---

[109] Calculated from US Energy Information Agency data (United States Energy Information Administration, Lower Atlantic Gasoline and Diesel Retail Prices, accessed December 16, 2016 at http://www.eia.gov/; United States Energy Information Administration, Gulf Coast Gasoline and Diesel Retail Prices, accessed December 16, 2016 at http://www.eia.gov/; United States Energy Information Administration, Midwest Diesel Retail Prices, accessed December 16, 2016 at http://www.eia.gov/).

[110] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2633.

***Figure 9. CWT's Analysis of the Importance of Feed Costs*** [111]




41. Defendants' other expert, Dr. Novakovic, would likely agree that univariate analysis of herd sizes and milk production is unreliably simplistic. In fact, Dr. Novakovic lists many factors of "herd dynamics" (besides time) that he argues one would have to consider in order to ascertain whether or not the CWT HRP reduced the size of the national dairy herd.[112] However, the simplistic charts provided by Dr. Ricchetti and Dr. Novakovic consider none of them. Moreover, Dr. Novakovic's opinions are at odds with Dr. Ricchetti's method and even the USDA data Dr. Ricchetti relies upon:

A. "It is simply the case that available USDA data just cannot provide an accurate estimate of normal herd dynamics."[113]

---

[111] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2633.
[112] Novakovic Report, at pp. 35-38.
[113] Novakovic Report, at p. 40.

B. "The HRP had some effect on the slaughter of contracted dairy cattle in the short run; however, it is extremely difficult to precisely assess what US cattle numbers would have been in the absence of the program."[114]

C. "It's undeniable that people accepted bids and in exchange for accepting that money, they slaughtered their cattle."[115]

D. "Simply looking at a change from one month to the next will reveal nothing about the source of the changes."[116]

42. Indeed, Defendants' reliance on univariate herd size and milk production charts is little more than visual inspection. Such subjective analysis has been rejected by economists and courts alike, as reflected in the antitrust literature, some of which condemns it as "junk science."[117] Although Dr. Ricchetti may claim that he has gone beyond visual inspection and computed some statistics as well, those statistics are rudimentary and can easily be shown to be subjective. For instance, Dr. Ricchetti's Exhibit 6 purports to show that "[t]he total number of cows retired each year did not increase during the period CWT was active."[118] I reproduce that Exhibit below in Figure 10.

[114] Novakovic Report, at p. 41.
[115] Novakovic Deposition, at 37:8-16.
[116] Novakovic Report, at p. 47.
[117] Johnson, John H. and Gregory K. Leonard. "In the Eye of the Beholder: Price Structure as Junk Science in Antitrust Class Certification Proceedings." *Antitrust* 22, no. 3 (Summer 2008): 108-112, at pp. 108 and 111.
[118] Ricchetti Report, at p. 43, Exhibit 6.

***Figure 10. Dr. Ricchetti's Exhibit 6 Reproduced*[119]**




43. Dr. Ricchetti calculates the average number of cows culled in the non-CWT period as 2.83 million and the average number of cows culled in the CWT period as 2.57 million. Noting that the latter number is smaller than the former (by 0.27 million), he concludes that the CWT HRP did not increase how many cows were being culled.[120] However, this conclusion ignores the fact that herd retirements were trending downward prior to the CWT HRP. To show how subjective and misleading this is, consider another way of looking at the same data, as I do in Figure 11 below.

[119] Ricchetti Report, at p. 43, Exhibit 6.
[120] Ricchetti Report, at p. 43, Exhibit 6.

*Figure 11. Dr. Ricchetti's Exhibit 6 with Trend Lines*[121]




44. Instead of looking just at the average number of cows killed in each period as Dr. Ricchetti does, I statistically calculate the trend of cows killed before the CWT HRP period (1993-2002) and a second trend of cows killed during the CWT HRP period (2003-2010) using a regression line. As one can see from Figure 11, the data could be seen to suggest that the cow retirements were on a downward trend each year before 2003, before switching into an upward trend thereafter. Thus, in direct contrast to Dr. Ricchetti's claim, even a simple trend analysis could be viewed as supporting the argument that the CWT HRP increased culling from what it would have been ***absent the program***. In fact, contrary to Dr. Ricchetti's analysis, CWT's own analysis shows an increase in daily average dairy cow slaughter during the relevant CWT period, as noted by Figure 12 below.

[121] Calculated using Ricchetti Report, Ricchetti work product, at "ex06.xlsx."

***Figure 12: CWT's own analysis showing an increase in dairy cow slaughters during the CWT program[122]***




45. Because it is also univariate in nature, Dr. Ricchetti's Exhibit 7 and Exhibit 8 supposedly showing that the total number of cows nationwide and total milk production nationwide did not decrease due to the CWT HRP are also unreliable and should be discarded.[123]

[122] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2630.
[123] Ricchetti Report, at pp. 44, Exhibit 7 and 46, Exhibit 8.

### *D. Dr. Ricchetti's Appeal to "Numerous Economic Factors" in the Southeast is Unconvincing*

46. Dr. Ricchetti speculates that there are "numerous economic factors" I have not considered that "raise the possibility that CWT did not reduce raw milk production" in the Southeast.[124] He specifies only three:

47. First, Dr. Ricchetti argues that the number of cows retired under CWT in the Southeast was smaller than in the rest of the country.[125] As I show in Section III.F, this is misleading if one considers that there were less cows in the Southeast in the first place. In fact, proportionally to its size, CWT HRP culling rates in the Southeast were very similar to the rest of the country.

48. Second, Dr. Ricchetti notes that the percentage of milk produced that is used for Class I and II products "is close to 100% in the [S]outheast."[126] He argues that because "the supply of Class I milk takes priority over supply of other classes of milk, due to its higher price, followed by Class II milk," the CWT HRP would not have reduced supply for Class I and II uses.[127] I describe in Section III.J how this argument about Class I and II priority is inconsistent with the way the dairy sector operates. But moreover, if "close to 100%" of milk in the Southeast is used for Class I and II then his argument simply does not apply. By straightforward logic: if all (or nearly all) milk is used for Class I and II, and the CWT HRP reduces cow numbers and milk production, then milk supplied to Class I and II must fall, because there is almost no other alternative usage to reduce. Further, if there was any truth to Dr. Ricchetti's logic, one might expect to see Class I and II utilization rates in the Southeast increase during the CWT HRP if

---

[124] Ricchetti Report, at p. 45.
[125] Ricchetti Report, at ¶72.
[126] Ricchetti Report, at p. 48, Exhibit 9.
[127] Ricchetti Report, at ¶75.

Class I and II supply remained constant while Class III and IV supply decreased. But, he reports no such fact and his Exhibit 9 displays no such consistent pattern.

49. Dr. Ricchetti's third argument is that milk production has been shifting from the Southeast to more westward locations, where production costs are lower, over the last 30 years.[128] He argues that this is "important because it raises the possibility that cow retirements in the Southeast via CWT were likely to occur anyway."[129] He records that, based on his Exhibit 8, since 1993 there has been a reduction in Southeast milk production of 25% and an increase in the rest of the country of 40%.[130] Once more this is an oversimplified, univariate analysis, with no attempt to explain these patterns using a broader range of plausible economic drivers of milk production costs or demand characteristics. Further, because his chart merely plots milk production, it says nothing one way or another regarding if this reduction was from farmers shifting westward. And, because there are no explanatory variables in his analysis, he cannot say whether the cows culled in the Southeast under CWT HRP were merely part of this trend or not. In contrast, as previously discussed, my regression model does specify variables for farm costs (regional diesel prices, alfalfa hay prices, wages, and state electricity prices), as well as measures of general economic activity and regional milk demand (state population aged 14 or below, state population in general, state disposable income).[131] As noted, some of these variables are region-specific, but some are national (for example, alfalfa hay prices). However, economic logic dictates that when farm costs rise regionally or nationally, issues such as any possible locational advantages become more pressing. Thus, in the same way that my model already controls for the

[128] Ricchetti Report, at ¶73.
[129] Ricchetti Report, at ¶73.
[130] Ricchetti Report, at ¶73.
[131] Connor Initial Report, at ¶¶80-81.

economic drivers of farmers' decisions to exit dairy altogether, it controls for farmer location decisions as well. Dr. Ricchetti has done no such analysis.

50. Finally, Dr. Ricchetti is wrong that, because I opined in my deposition that the relevant market for my analysis in this case was the Southeast, his chart of simply Southeast milk production is probative.[132] As I described in my Initial Report and in my deposition, because of spatial integration, the CWT HRP increased milk prices nationwide and in the Southeast.[133] The principle of spatial integration is strongly embedded in economics. It is defined by Fackler and Goodwin as "a measure of the degree to which demand and supply shocks arising in one region are transmitted to another region."[134] The authors go on to explain that:

> *It is not necessary for two regions to be direct trading partners for a high degree of integration to be present. What is important is that the regions are part of a common trading network. Price shocks may therefore be transmitted indirectly through the network via the trading linkages that connect the regions.*

51. Indeed an academic journal paper that discusses the very shift in production from the Southeast to westward regions, describes the supply reaction to that shift due to spatial integration:[135]

> *Milk production across much of the southeastern United States has been declining for more than two decades. Since the early 1990s the region has witnessed average annual declines in milk production of about five percent and a 40-percent decline in the number of dairy farms. This decline, coupled with an increasing population in the region, and hence an increasing demand for milk, has resulted in ever-increasing shipments of milk into the Southeast, primarily from the Southwest and to a lesser extent from the Midwest.*

---

[132] Ricchetti Report, at ¶71.
[133] Connor Initial Report, at §IV.C.3. In addition, the CWT HRP was implemented nationwide in order to increase milk prices across the country (Connor Initial Report, at ¶57, and Section III.F of this Report).
[134] Fackler, Paul L. and Barry K. Goodwin. "Spatial Price Analysis." Chapter 17 in *Handbook of Spatial Price Analysis, Vol. 1*. Edited B. Gardner and G. Rausser, 2001, at pp. 977-979.
[135] Shepherd, Tommie and Archie Flanders. "Do Shifting Milk-Production Patterns Weaken the Dairy Supply Chain? The Case for the Southeastern U.S." *Journal of Food Distribution Research* 39, no. 1 (March 2008): 130-137, at p. 130.

52. The economic theory of spatial integration is also borne out by the data on milk pricing. In Figure 13 below, I present the average received milk price in states in Bidding Region II (which corresponds approximately to the Southeast) to that across all other regions. As we can see, the shift in production that Dr. Ricchetti records in his Exhibit 8 from the Southeast to other regions did not lead to a change in prices in the Southeast compared to other regions.

***Figure 13. Received Milk Price – Southeast (CWT Bidding Region II) versus All Other Regions***[136]




53. Comparable dynamics are also present with respect to common movements in OOPs across the country. I analyzed how OOPs were correlated across the country as part of my work in the *Edwards* case, as I described in my deposition in this case.[137] Using the available data on

[136] Calculated from USDA data (USDA National Agricultural Statistics Service. "Quick Stats." Accessed March 3, 2018 at https://quickstats.nass.usda.gov/). In percentage terms, the average price in Bidding Region II over the average price in other regions was approximately 4% (ranging from 2% to 7% higher from 1993-2013).
[137] Connor Deposition, at 29:10-30:8 and 246:7-13.

USDA Class I OOPs (the only milk Class publicly available on a monthly basis from the USDA) for cities across the United States from January 2000 through February 2011 (the last month available), I repeat a similar analysis and provide the correlations between the Southeast, Appalachian, and Florida Cities with all U.S. cities in Table 14 below.[138] The results show that OOPs are correlated nationally, with an average correlation of 0.63. Of course, there are some small exceptions as I described in my deposition, but 71% of the correlations are above 0.5 and only 1% of the correlations are negative. Of particular interest to this case is the correlation between Pittsburgh and the various Southeast cities, as Defendants' counsel represented to me that LOL's closest plant to the Southeast was in fact in Pennsylvania.[139] As shown in Table 14 below, the correlation between the Southeast cities and Pittsburgh ranges from +0.75 to +0.88. Thus, dairy milk prices move closely together between Pittsburgh and cities in the Southeast. This is entirely consistent with my prior expectation based on the basic economic theory of spatial integration discussed in my Initial Report.[140] In addition, it undermines Dr. Ricchetti's criticisms that I "did not analyze Class III and IV OOPs in the regions where the Class III and IV products that Winn-Dixie purchased were manufactured."[141] As I discuss further in Section V.A to this Report, although Dr. Ricchetti purports to have analyzed Class III and IV OOPs data in the "Mideast" and "Upper Midwest" FMMOs to show OOPs are "not consistently, positively correlated," the data he uses has substantial reliability problems and is inferior to monthly USDA OOP data that I analyze by city below.[142]

[138] The city of Boise was excluded because there was only 15 months of data.
[139] Connor Deposition, at 243:19-244:16.
[140] Connor Report, at ¶¶54-57; Connor Deposition, at 29:10-30:8.
[141] Ricchetti Report, at §6.3.3.
[142] Ricchetti Report, at ¶133.

*Table 14: USDA OOP Correlations for cities inside CWT's bidding Region 2 with all U.S. cities*[143]

| City | Atlanta | Charlotte | Louisville | Memphis | Miami |
|---|---|---|---|---|---|
| Atlanta | 1.00 | 0.99 | 0.94 | 0.99 | 0.96 |
| Baltimore | 0.07 | 0.08 | 0.12 | 0.05 | 0.08 |
| Boston | 0.26 | 0.27 | 0.33 | 0.29 | 0.19 |
| Carbondale | 0.38 | 0.38 | 0.40 | 0.41 | 0.37 |
| Charlotte | 0.99 | 1.00 | 0.93 | 0.98 | 0.96 |
| Chicago | 0.59 | 0.59 | 0.70 | 0.63 | 0.45 |
| Cincinnati | 0.84 | 0.83 | 0.86 | 0.87 | 0.72 |
| Cleveland | 0.84 | 0.83 | 0.86 | 0.87 | 0.72 |
| Dallas | 0.85 | 0.86 | 0.75 | 0.85 | 0.81 |
| Denver | 0.76 | 0.74 | 0.76 | 0.80 | 0.61 |
| Des Moines | 0.86 | 0.86 | 0.92 | 0.89 | 0.74 |
| Detroit | 0.88 | 0.87 | 0.92 | 0.90 | 0.75 |
| Hartford | 0.26 | 0.27 | 0.33 | 0.29 | 0.19 |
| Houston | 0.86 | 0.88 | 0.76 | 0.87 | 0.81 |
| Indianapolis | 0.84 | 0.83 | 0.86 | 0.87 | 0.72 |
| Kansas City | 0.80 | 0.80 | 0.71 | 0.83 | 0.71 |
| Louisville | 0.94 | 0.93 | 1.00 | 0.94 | 0.87 |
| Memphis | 0.99 | 0.98 | 0.94 | 1.00 | 0.93 |
| Miami | 0.96 | 0.96 | 0.87 | 0.93 | 1.00 |
| Milwaukee | 0.57 | 0.58 | 0.67 | 0.62 | 0.42 |
| Minneapolis | 0.16 | 0.16 | 0.31 | 0.19 | 0.05 |
| Oklahoma City | 0.74 | 0.74 | 0.62 | 0.77 | 0.65 |
| Omaha | 0.86 | 0.86 | 0.88 | 0.89 | 0.74 |
| Phoenix | 0.68 | 0.65 | 0.63 | 0.68 | 0.63 |
| Pittsburgh | 0.85 | 0.84 | 0.88 | 0.87 | 0.75 |
| Salt Lake City | 0.51 | 0.51 | 0.34 | 0.58 | 0.40 |
| Spokane | 0.27 | 0.27 | 0.78 | 0.22 | 0.29 |
| Springfield | 0.77 | 0.80 | 0.66 | 0.80 | 0.71 |
| St. Louis | 0.75 | 0.74 | 0.81 | 0.78 | 0.64 |
| Washington | 0.07 | 0.08 | 0.12 | 0.05 | 0.08 |
| Wichita | 0.24 | (0.16) | 0.27 | 0.32 | (0.34) |

[143] Calculated from USDA data (USDA Agricultural Marking Service. "Milk Marketing Order Statistics – Dairy Public Database." Accessed March 8, 2018 at https://www.ams.usda.gov/resources/marketing-order-statistics). The USDA data is presented here instead of the DFA city-level data because the USDA data represents market-wide averages. In addition, certain cities outside the Southeast in the DFA city-level data set may be errors; for example, Boston OOPs increase from $0.48/cwt to $3.91/cwt from March to April 1999, which is likely a data error (DFA City Level OOPs. DFA2013-00037604, at "Hist-OO Prem" tab). Regardless, a correlation analysis with the DFA

54. In sum, Dr. Ricchetti's appeal to "numerous economic factors" in the Southeast to suggest that there is a "possibility" that the herd retirements in that region under CWT would have happened anyway, is unconvincing, unscientific, and rebuttable.[144] With regards to this case and the nationwide CWT program, there is nothing particularly special about the Southeast, other than that is generally where Winn-Dixie made its purchases of milk. Dr. Ricchetti does not describe any economic factor that my model does not already control for, nor does he test that any factor, if introduced into my model, overturns its core results. As I described in my deposition, if one wanted to investigate the impact of the CWT HRP on buyers of milk across the country, then the proper antitrust market is the United States.[145] This is supported by the economics of spatial integration and the facts surrounding the nationwide CWT program, which removed cows across the country, including in the Southeast, with the goal of increasing prices throughout all regions.[146] However, in the current case – where Plaintiffs' purchases are focused in the Southeast – then that region is the "best possible choice…to model the behavior of the buyers and sellers in this vertical chain."[147] For Winn-Dixie's purchases (the focus for damages in this case), it is appropriate to analyze the market in the Southeast. My model does so and it indeed finds a sustained increase in OOPs caused by the CWT program.

### *E. The Defendants Had Sufficient Market Power to Reduce Supply, and Used the CWT HRP as a Facilitating Mechanism to do so*

55. Dr. Ricchetti's arguments concerning the Defendants' market power are contradictory. On the one hand, Dr. Ricchetti argues that the CWT HRP only involved the 1% of

data yields qualitatively similar conclusions that OOPs for cities in the Southeast are positively correlated with OOPs in cities outside the Southeast.

[144] Ricchetti Report, at p. 45.

[145] Connor Deposition, at 119:17-120:4.

[146] Connor Initial Report, at §IV.C.

[147] Connor Deposition, at 120:5-8.

cows who were killed on average each year,[148] leaving the "farmers (who control 99 percent of the cows)" free to undermine the effect of the conspiracy by increasing their supply.[149] On the other hand, Dr. Ricchetti argues that the Defendants (particularly in the Southeast) had such significant market power that they did not need to use the CWT HRP to increases OOPs. He writes: "Given the substantial control that DCMA has over pricing in the Southeast, they would have had the pricing power—and legal means to use that power—to set OOPs at the same level they achieved during the CWT period in a but-for world without CWT."[150] These two arguments are direct contradictions.

56. To clarify this confusion, let us start with a fact that Dr. Ricchetti and I can agree on: "in the Southeast…OOPs for 87 to 96 percent of raw milk…are negotiated jointly by DCMA."[151] It is my understanding from Counsel that the Dairy Cooperative Marketing Association ("DCMA") was established in 1993 and sets prices in the Southeast outside of Florida, while the Southeastern Dairy Cooperative Association ("SDCA") was established in 1991 and sets prices for Florida. During the relevant period, Defendants DFA and SMI had representatives on the board of directors of both DCMA and SDCA.[152] So, Dr. Ricchetti and I can seem to agree that the Defendant cooperatives have market power with respect to setting prices in the Southeast. Dr. Ricchetti and I similarly agree that the power to set prices equates to

[148] As described in the next section, Dr. Ricchetti's "1%" is a gross understatement of the effect of the CWT HRP on supply.
[149] Ricchetti Report, at ¶58.
[150] Ricchetti Report, at ¶100.
[151] Ricchetti Report, at ¶100.
[152] For example, see: Dairy Cooperating Marking Association. *Minutes of Board of Directors Meeting*. January 17, 2003, SMI-007465-66, at -65; Southeastern Dairy Cooperative Association. *Board of Directors Meeting*. January 17, 2003, SMI-007766-68, at -67.

the power to set production and *vice versa*.[153] However, Dr. Ricchetti quotes my testimony out of context when reporting that cooperatives do not control individual farmers' milk supply.[154] In fact, the market power of cooperatives stems from controlling the majority of aggregate supply (and therefore prices).

57. Dr. Ricchetti further confuses market power and supply reductions when arguing that "[t]he Herd Retirement Program involved only 1 percent of cows nationwide" and "control of 1 percent of supply is far below the amount of market share required to confer market power."[155] It is absurd for a trained economist to equate a cartel's control over the market with the percent by which they decided to reduce supply. Dr. Ricchetti's logic leads to the risible idea that a cartel would have to reduce supply by 50% in order for one to conclude that it controlled 50% of the market.

58. In fact, many more farmers directly participated in the program than only those whose herds were ultimately culled. The CWT specifically noted that "67% [of the nation's milk production] represents the <u>minimum</u> level of participation CWT needed to reach" and "CWT reached that goal, thanks to 35 dairy cooperatives and nearly 400 individual dairy farmers" participating.[156] Defendants testified that this threshold was put in place to "minimize the free rider impact,"[157] thereby ensuring that farmers comprising the majority of supply *did* participate

[153] Dr. Ricchetti similarly writes that "In general, as a matter of economics, it is well understood that restricting supply and fixing prices are two ways for an alleged cartel to achieve the same results" (Ricchetti Report, at ¶101). Meanwhile, Dr. Novakovic acknowledges that the role of cooperatives "includes price negotiations on behalf of the farmers represented by the cooperative" but apparently ignores the fact that the power to set prices is equal to the power to set production (Novakovic Report, at p. 8).
[154] Ricchetti Report, at ¶14.A.3.
[155] Ricchetti Report, at ¶14.A.3.
[156] Cooperatives Working Together. *News*. March 2009, NMPF0013488-89, at -88 [emphasis in original].
[157] Deposition of Thomas Wegner, January 22, 2015, at 60:12-16.

in the program. Moreover, although the CWT HRP was voluntary for cooperatives, once a cooperative joined the program it was mandatory for its members to fund the program.[158]

59. Dr. Ricchetti's separate and contradictory viewpoint that the Defendants did not need the CWT HRP to increase OOPs, because they had the market power to set prices directly (and supposedly, legal cover to do so under Capper Volstead) is also wrongheaded. I am not a lawyer (nor is Dr. Ricchetti), so I will not opine on the Capper Volstead. However, every cartel needs some sort of "facilitating mechanism" with which to collectively exercise its market power. The cartel literature is replete with conducts, be they supply reductions, trade associations, bid-rigging, or fixing of list prices.[159] In fact, the addition and coordination of fees and surcharges (without explicitly coordinating a supply reduction or final prices for each participating member) has been the facilitating mechanism in recent, well-known anti-trust prosecutions.[160] In this case, the CWT HRP was the Defendants' mechanism for effectuating a controlled supply reduction, with the express intent of increasing prices.[161]

### *F. The Herd Retirement Program Was Substantial, Including in the Southeast*

60. Dr. Ricchetti's claim that "less than one percent of the total number of cows were retired due to CWT in each year," is misleading and understates the effect of the program on the national herd.[162] Dr. Ricchetti presents the national herd size each year from 2003 through 2010

[158] Deposition of John Wilson, January 8, 2015, at 46:2-18; Dr. Novakovic agrees that farmers were "bound by the decision of the board" (Novakovic Deposition, at 152:11-19).
[159] For example, see: Hay, George A. and Daniel Kelley. "An Empirical Survey of Price Fixing Conspiracies." *The Journal of Law and Economics* 17, no. 1 (1974): 13-38.
[160] For example, see: U.S. Department of Justice. "Six International Freight Forwarding Companies Agree to Plead Guilty to Criminal Price-fixing Charges." Press Release, September 30, 2010, accessed March 15, 2018 at https://www.justice.gov/opa/pr/six-international-freight-forwarding-companies-agree-plead-guilty-criminal-price-fixing.
[161] In Section IV of this Reply Report, I will describe how my model adequately controls for the Defendants' market power, which Dr. Ricchetti argues incorrectly that it does not.
[162] Ricchetti Report, at ¶55.

and then compares the number of cows culled each year to that herd size. He then calculates the percentage of the herd size culled by the program each year and takes the average of that percent across the years. That average is 0.69%, *i.e.*, "less than one percent."[163] This is an elementary error, like equating company assets with sales. Herd size is what economists refer to as a "stock" variable, rather than a "flow" variable like milk production.[164] That is, it is a stock of cows that largely persists from one year to the next. Simply, Dr. Ricchetti ignores the fact that when a cow is culled in Year 1, it is still dead in Year 2, and its unborn offspring does not produce any additional offspring in subsequent years (thereby further reducing the stock of dairy cows relative to their but-for levels).[165] Therefore, it is more appropriate to consider the cumulative number of cows killed by the program and compare that to the average stock of cows across the years.

61. Based on Dr. Ricchetti's Exhibit 4, the cumulative number of cows killed by the CWT HRP is 507,189, which actually represents 5.55% of the average stock of cows over the period 2003-2010.[166] This 5.55% demonstrates how far off base Dr. Ricchetti's 1% is, even though it does not account for the natural mortality of cows or the fact that these culled cows would have had offspring. In fact, when reporting on the CWT HRP's impact, the Defendants also acknowledged that "Herd Retirements have provided a cumulative and lasting price effect" in part because "[t]he heifer calves that a portion of the cows removed would have produced are

[163] Ricchetti Report, at Exhibit 4.
[164] "Stock relates to a *point* of time, flow to a *stretch* of time" (Fisher, Irving. "What is Capital?" *The Economic Journal* 6, no. 24 (1896): 509-534, at p. 514 [emphasis in original]).
[165] Of course, in the natural course of business absent the alleged collusion, cows are culled each year when they reach the end of their productive life (roughly 2.5 million on average each year) and are replaced by young cows at the start of theirs, so that the national stock for the years 2003-2010 hovered around 9 million, *see* Ricchetti Report, at Exhibit 5.
[166] Ricchetti Report, at p. 38, Exhibit 4.

factored in as well. For example, half of the cows removed in the fall of 2003 had been bred and half of those bred would have had heifers. Those heifers would have been springers in late 2005 and would have been producing milk in late 2005 and 2006."[167] In other words, once considering the generational effect of removing the cows, the 2003 herd retirement would have still been reducing milk supply well beyond 2006.[168] This is explicitly captured in my model through my lagged "Cows removed" variables, which measure the lingering effects of each herd retirement and explains why the measured overcharge persists through at least 2013 even though the last herd retirement occurred in 2010.[169]

62. Dr. Ricchetti also misleadingly writes that "it is important to note that the CWT program was relatively smaller on average in the Southeast region."[170] He claims that the number of cows retired under CWT in the Southeast was smaller than in other regions and represented a smaller fraction of cows than in the other regions. Certainly fewer *numbers* of cows were retired under CWT in the Southeast than in some other regions, but there were fewer cows in the Southeast to begin with. Thus, a more appropriate measure looks at the *percent* of cows retired as part of the CWT HRP, which is shown by Figure 15 below on an annual basis for the Southeast (CWT HRP Bidding Region 2) and nationwide.[171] As the figure makes clear, the percentage of cows slaughtered through the CWT is very similar to the national percentage in

---

[167] Cooperatives Working Together. *CWT's Impact*. BROWN-MU_0000006-08, at -07.

[168] Recall from my Initial Report that "productive life of a dairy cow averages approximately 3 years (although they can remain productive much longer than this)," meaning that the referenced springers could have produced milk from late 2005 through late 2008 (Connor Initial Report, at ¶16). My model accounts for this effect using lagged effects for cows slaughtered through the CWT HRP (Connor Initial Report, at ¶84).

[169] Connor Initial Report, at ¶¶84-87 and Table 16.

[170] Ricchetti Report, at ¶72.

[171] Dr. Ricchetti also calculates this number, but does not report it. His calculation shows an immaterial herd retirement difference, with retirements representing 0.7% of total cows in the southeast and 0.8% outside the southeast (Ricchetti Report, at ¶72, Ricchetti work product, at Workpaper 4, tab "wp04b").

each year, and actually *exceeds* the national percentage in four of the seven years. Thus, the Southeast was very much integral to the national program to collusively reduce supply through premature culling. This is clear in a statistical sense as well, because the number of cows killed annually in the Southeast under CWT HRP is almost perfectly correlated with the number of cows killed nationally nationwide under CWT HRP, with a correlation of +0.96.

***Figure 15: Percentage of cows slaughtered through the CWT HRP in the Southeast v. nationwide***[172]




63. The conclusion shown in Figure 15 is not surprising given the "regional safeguards," that were put in place through 2008, which ensured that milk was reduced proportionally across all regions, including the Southeast. Interestingly, Dr. Ricchetti argues that regional safeguards were put in place in the Southeast to ensure the CWT HRP was "not disruptive to local milk supplies."[173] However, put another way, the regional safeguards existed to ensure a *nationwide* milk reduction from the CWT HRP instead of disproportionately affecting one region over

[172] Calculated from CWT and USDA data (Cooperatives Working Together. *Summary of Herd Retirements*. NMPF0018344-8354; USDA National Agricultural Statistics Service. "Quick Stats." Accessed March 3, 2018 at https://quickstats.nass.usda.gov/)
[173] Ricchetti Report, at ¶72.

another. This latter view is consistent with the testimony of Defendant NMPF's President and CEO during the CWT HRP, who testified that the regional safeguards were put in place to ensure the CWT HRP "wouldn't unduly remove milk from any one region and disadvantage the -- the co-ops in the marketplace."[174] Thus, the regional safeguards were designed to ensure that there was a proportional supply reduction throughout the country, including in the Southeast.

### G. *Reentry by CWT Farmers or Any Supply Response from Non-CWT Farmers Would not have Undermined the Collusive Scheme*

64. Dr. Ricchetti incorrectly ignores the biological and economic limits to increasing aggregate supply in the short run, which leads him to argue incorrectly that the Defendants' CWT HRP supply reduction scheme was undermined by CWT farmers simply reentering the dairy industry after culling their herds.[175] Most importantly, if a farmer reenters the dairy business he will often purchase dairy cows from another farmer, which means aggregate supply is *unchanged* in the short-run.[176] Even when one ignores the required time to plan, purchase, and set-up the required equipment, it takes time to increase the aggregate supply of milk, as dairy cows normally produce milk only after calving (*i.e.* giving birth), but do not calve until about two years of age.[177] Dr. Novakovic similarly wrote that "a first calf heifer should give birth around an age of 23 to 25 months" but "numerous conditions can interfere with optimal

[174] Deposition of Jerome Kozak, February 5, 2015, at 207:20-208:13.

[175] Ricchetti Report, at ¶¶20 and 62.

[176] In the anecdotal examples given by Stammer and relied upon by Dr. Ricchetti, Stammer notes "Greg and Sherry Lussier participated in the Herd Retirement Program in 2005, but bought a new herd the next day and continued producing milk until they sold their farm in 2008" (Declaration of Richard W. Stammer, September 22, 2016, at ¶78). To the extent that the new herd was milk producing (and thus relevant to Dr. Ricchetti's supply response argument), the re-entering farmer was simply purchasing dairy cows from another operation, thereby leaving the aggregate milk supply unchanged. Dr. Novakovic agrees that a farmer buying cows from another farmer does not constitute an increase in supply (Novakovic Deposition, at 250:9-14).

[177] U.S. Environmental Protection Agency. *Ag 101: Lifecycle Production Phases*. July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf, at p. 276.

strategies, including scheduling insemination, difficulties with conception, abortions (miscarriage), and the like."[178] Thus, when Dr. Ricchetti writes that "[i]n the Southeast about 9 percent of farmers re-entered the business within one year or less,"[179] this reentry does not translate into a meaningful, immediate increase in aggregate supply. However, their initial exit certainly involved culling their previous herd, which represents a concrete supply reduction.

65. Despite a substantial discussion on a potential "supply response," Dr. Ricchetti apparently reviewed no academic literature on the responsiveness of supply to price changes (*i.e.*, "supply elasticity"). By contrast, I reviewed academic literature on supply elasticity and reported that the supply of dairy milk is quite unresponsive to price (*i.e.*, inelastic) in the short run, although supply elasticity of milk varies depending on the time period considered (*i.e.*, short run versus long run).[180] In arguing that dairy farmers immediately respond to the CWT HRP by increasing supply, Dr. Ricchetti blatantly ignores academic literature, which notes: "In general, the short-run elasticity of milk supply was found to be very small: between .07 and .16."[181] Meanwhile, the academic literature finding elastic supply relates to studies over long periods of time. For example, supply does not become elastic (*i.e.*, elasticity of greater than 1, meaning relatively responsive to price) until after 5 years.[182] This large body of academic literature directly undermines Dr. Ricchetti's argument.[183] Dr. Novakovic testified that the "short-term

[178] Novakovic Report, at pp. 36-37.
[179] Ricchetti Report, at ¶62.
[180] Connor Initial Report, at ¶18.
[181] Chavas, Jean-Paul and Richard M. Klemme. "Aggregate Milk Supply Response and Investment Behavior on US Dairy Farms." *American Journal of Agricultural Economics* 68, no. 1 (1986): 55-66, at p. 55.
[182] Chavas, Jean-Paul and Richard M. Klemme. "Aggregate Milk Supply Response and Investment Behavior on US Dairy Farms." *American Journal of Agricultural Economics* 68, no. 1 (1986): 55-66, at p. 64, Table 2.
[183] In addition, Dr. Ricchetti ignores the economic literature on elasticity of demand, which notes that small decreases in supply can create large price increases because demand is inelastic. In Section III.I, I demonstrate that, even if Dr. Ricchetti's supply response arguments were valid, this would not have been sufficient to undermine the price effects of the program.

elasticity…measured in days, weeks, months, or a year, is undoubtedly highly inelastic."[184] He also testified that it usually takes two years to raise new heifers.[185]

66. To side-step the obvious fact that it takes time to increase herd sizes, Dr. Ricchetti speculates that farmers can immediately increase supply by simply not killing cows they had previously planned to kill.[186] This is hardly a sustainable strategy, as such cows would be near the end of their productive lives, by definition. Further, Dr. Ricchetti performs no analysis of this dynamic, instead relying solely on Mr. Stammer's declaration and speculation by Dr. Novakovic. Similarly, neither Mr. Stammer nor Dr. Novakovic provide any analysis or data to back up their claim that materially delayed culling was a result of the CWT HRP. In light of the academic literature discussed above, I find such a scenario unlikely to materially affect supply in the short-run. Indeed, Dr. Novakovic testified that he believed deciding to delay the slaughter of a cow on the cusp of culling would not have an effect on supply in the long run.[187]

67. In Table 16 below I analyze weekly USDA data on dairy cows slaughtered to fully investigate Dr. Novakovic's theory that "the expected removal of cows through a Herd Retirement Program may create expectations of better prices in the remaining farmers' minds and that may lead to a lower cull rate of those farmers as they factor a higher price into their own culling calculus."[188] To investigate this claim, I compare the number of cows slaughtered the week before each CWT HRP announcement to the total cows slaughtered the week after the CWT HRP. By using this narrow window of one week before and after each announcement, I

[184] Novakovic Deposition, at 182:11-183:9 and 234:23-235:5.
[185] Novakovic Deposition, at 252:19-253:23.
[186] Ricchetti Report, at ¶61.
[187] Novakovic Deposition, at 256:4-17.
[188] Novakovic Report, at p. 49.

isolate the effect of "expectations of better prices" on culling rates without including the cows culled from the CWT HRP, which occurred over the subsequent months. Using this narrow window also ensures a direct test of Dr. Novakovic's theory because the underlying supply and demand characteristics that impact culling rates are unlikely to change in the extremely short time period.

68. Table 16 below clearly rejects Dr. Novakovic's theory and shows no average decrease in culling immediately following a CWT HRP announcement. In six of the ten announcements, the number of cows slaughtered actually *increased* following a CWT HRP announcement, which is the opposite of what Dr. Novakovic's explanation would predict. Moreover, the weekly increase shown after each CWT HRP announcement is not statistically below the overall annual trend in herd retirements during the CWT HRP program (recall Figure 11 in Section III.C above). Thus, this before and after analysis does not suffer from the same flaws that I criticize Dr. Ricchetti for throughout this Rebuttal Report.

***Table 16: Table of culling rates before and after each CWT HRP announcement***[189]

| Herd Retirement | Announcement | Cows slaughtered | | | Increase (decrease) in week after vs week before |
|---|---|---|---|---|---|
| | | Week before | Week of | Week after | |
| 1 | 7/23/2003 | 49,900 | 50,500 | 51,000 | 1,100 |
| 2 | 9/13/2004 | 40,300 | 46,000 | 45,600 | 5,300 |
| 3 | 8/10/2005 | 38,700 | 40,400 | 44,400 | 5,700 |
| 4 | 2/6/2007 | 50,800 | 47,800 | 49,900 | (900) |
| 5 | 6/3/2008 | 38,800 | 45,100 | 43,800 | 5,000 |
| 6 | 10/24/2008 | 50,900 | 51,800 | 52,000 | 1,100 |
| 7 | 4/1/2009 | 51,100 | 49,900 | 49,400 | (1,700) |
| 8 | 7/10/2009 | 52,600 | 48,400 | 50,000 | (2,600) |
| 9 | 10/1/2009 | 49,900 | 49,000 | 50,600 | 700 |
| 10 | 5/27/2010 | 51,500 | 49,300 | 43,900 | (7,600) |
| | | | | **Total** | **6,100** |

69. Moreover, because the CWT HRP was intended to increase prices by reducing supply,[190] it added extra features to prevent the hypothetical supply responses that Dr. Ricchetti references. For example, beginning in 2009, by far the year with the most cows slaughtered through the CWT HRP, participating farmers were required to stay out of dairy farming for one year or else suffer a 10% reentry loss payment in order to extend the supply reduction, which was a change "aimed at extending the positive impact herd retirements have in reducing milk production."[191] Dr. Ricchetti argues that reentry continued because farmers incorporated this loss into their bid prices, but then cites only to several anecdotal examples provided in declarations prepared by Defendants for litigation.[192] Dr. Ricchetti examines no data on bid prices to

[189] Calculated from USDA data (USDA National Agricultural Statistics Service. "Quick Stats." Accessed March 3, 2018 at https://quickstats.nass.usda.gov/); Amended Complaint, filed August 30, 2016, at pp. 14, 16-17, 21, 23-24, 27-28, and 31.
[190] Deposition of Jerome Kozak, February 5, 2015, at 46:25-47:6; Deposition of John Wilson, January 8, 2015, at 43:15-22; Cooperatives Working Together. *General Information.* June 10, 2003, NMPF0000006-09, at -06.
[191] Cooperatives Working Together. "News." March 2009, NMPF0013488-89, at -88.
[192] Ricchetti Report, at ¶20.

determine if such behavior was prevalent. If farmers systematically factored the 10% reentry loss payment into their bids and fully intended to re-enter the market, I would expect the average bid to increase in 2009 when the re-entry loss payment was instituted. However, Figure 17 below clearly shows that average bids decreased slightly during the 2009 herd retirements, the opposite of what I would expect if such behavior was prevalent.[193]

***Figure 17: National average bids, by herd retirement[194]***




70. Concerning possible supply responses from non-CWT farmers, Dr. Ricchetti quotes just three documents and he quotes them out of context.[195] The first document he claims is a "document from NMPF."[196] It may have been produced by NMPF (it carries a NMPF Bates stamp), but it is a statement by just one cooperative, called Continental.[197] As Dr. Ricchetti

[193] Further, once a farmer has won a bid, regardless of what he set his bid price at, he will still receive 10% of that bid if he stays out of the industry for one year. That is, ex-post the incentive to stay out is still present.
[194] NMPF0013716.xlsx, at Sheet1.
[195] Ricchetti Report, at ¶60.
[196] Ricchetti Report, at ¶60.
[197] Continental Dairy Products. *Why Continental Does Not Support the Continuation of CWT*. NMPF0017606-09, -7606.

notes, the statement does not say that there were no benefits (in terms of higher prices) from the CWT HRP program, but just that, in the opinion of this one coop, that they were limited.[198] The second document, which is a NMPF newsletter dated October 27, 2009, does record that some farmers were increasing their herds, as Dr. Ricchetti notes, but also states that the "slaughter has helped some," and that "the price processors pay for milk has gone up an average of 66 cents [per cwt]," citing the work of Dr. Brown.[199] The third document, which as Dr. Ricchetti notes expresses a concern that some farmers were expanding production, also states that "[t]he CWT helped support prices in two ways," the second being the HRP.[200] So, although these documents express some concerns about issues with the CWT HRP, they do not undermine the fact that it helped increase prices. That it helped substantially, was very much the opinion of NMPF's Vice President of Economic Policy and Market Research, Peter Vitaliano who reported that "the strong and proven track record of the CWT program provides no basis for the concerns that have been raised by some members."[201] As a result, he concluded during the Great Recession that "CWT can help," because it is "the only means available to hasten the recovery of milk prices this year."[202]

71. As "evidence" of the supply response by farmers affiliated with the Defendants, Dr. Ricchetti cites Defendant declarations by Mr. Wegner and Mr. Wilson noting that *average* member production increased during the CWT HRP. However, as previously discussed, Mr.

---

[198] Ricchetti Report, at ¶60.
[199] National Milk Producers Federation. *NMPF Dairy Industry News Alert*. October 27, 2009, DFA2013-00002903-920, at -906.
[200] Informa Economics, Inc. *An International Comparison of Milk Supply Control Programs and Their Impacts*. September 2010, LOL00005813-5895, at -5887.
[201] Vitaliano, Peter. "A Bad Year Ahead by Any Measure." *Hoard's Dairyman*, February 10, 2009, DFAWD-00000118-19, at -19.
[202] Vitaliano, Peter. "A Bad Year Ahead by Any Measure." *Hoard's Dairyman*, February 10, 2009, DFAWD-00000118-19, at -19.

Wilson testified that "there would have been even more milk produced without CWT," which undermines Dr. Ricchetti's argument.[203] Moreover, comparing average member production before and during the CWT completely ignores the pre-CWT trend, which is shown in Figure 18 below.[204] Milk production per cow has been steadily increasing over time, which explains why Defendants' average farmer member production increased during the CWT HRP. Dr. Novakovic similarly testified that milk production per cow "changes in a very predictable way and is very, very difficult to change simply because of some contemporaneous price effect."[205] Simply comparing an average of the CWT period to the pre-CWT period is unscientific and does not provide any evidence of the "supply response" argued for by Dr. Ricchetti.

***Figure 18: Milk production per cow from 1993-2017***[206]




[203] Deposition of John Wilson, January 8, 2015, at 60:22-61:5.
[204] This overall trend is not problematic for my model because changes in milk production per cow reflect overall supply and demand conditions, which my model properly controls for. Further, it would lead to lower prices due to efficiency gains, not higher prices, and therefore cannot explain the increase in OOPs caused by the CWT HRP that I measure using my model.
[205] Novakovic Deposition, at 178:23-179:1.
[206] USDA National Agricultural Statistics Service. "Quick Stats." Accessed March 3, 2018 at https://quickstats.nass.usda.gov/.

72. Finally, Dr. Ricchetti writes that I "[do] not account for any of these factors" related to supply responses that could undermine the effectiveness of the CWT HRP.[207] This is incorrect and misrepresents my model. As I described in Section III.A above, my model incorporates all of the factors mentioned by Dr. Ricchetti, and more. Supply response by farmers, whether through increasing herd sizes or reduced culling, is thoroughly reflected in the model. This is because the model empirically estimates the *net* effect of the CWT HRP on OOPs, accounting for what *actually occurred*. In other words, my model would find no overcharge if the factors identified by Dr. Ricchetti completely undermined the effectiveness of the CWT HRP to reduce supply and increase OOPs. As previously discussed, my model appropriately controls for all the relevant supply and demand factors and allows a direct measurement of the CWT HRP's impact on OOPs, which is the correct approach because the Defendants are accused of manipulating milk production by culling cows. Thus, my model appropriately isolates the impact of the alleged conduct on OOPs, which is consistent with Plaintiffs' damage theory.

### *H. The CWT Herds Would Not Have Been Retired Anyway*

73. Dr. Ricchetti argues that the CWT HRP retired many herds that would have been retired anyway.[208] Again, this is speculation on his part and implies that the CWT program was entirely illogical and economically irrational, given that the CWT HRP was intended specifically "to strengthen and stabilize" milk prices (*i.e.*, "raise the price of milk") by reducing supply.[209] Interestingly, at no point in Dr. Ricchetti's description of the CWT HRP does he provide an

[207] Ricchetti Report, at ¶63.
[208] Ricchetti Report, at ¶¶64-66. Dr. Novakovic makes a similar argument (Novakovic Report, at p. 6).
[209] Deposition of Jerome Kozak, February 5, 2015, at 46:25-47:6; Deposition of John Wilson, January 8, 2015, at 43:15-22; Cooperatives Working Together. *General Information.* June 10, 2003, NMPF0000006-09, at -06.

alternative purpose of the program, especially one that would justify spending $490 million from 2003-2010.[210]

74. Moreover, even if some of the herds retired were destined to be retired anyway, hastening that exit would increase prices from what they would have been otherwise.[211] As previously discussed, Mr. Wilson testified that the point of the CWT HRP was to reduce supply by "accelerat[ing] the slaughter of dairy cows."[212] Dr. Novakovic also testified that speeding up farm exits would have an impact on supply.[213] The supply and price impacts were understandably augmented by timing herd retirements to be simultaneously concentrated within a several month timespan, giving the market little time to react – this was especially the case in 2009, when the program killed over 200,000 cows.[214]

75. Dr. Ricchetti records that each year approximately 30% of the national herd is culled.[215] Based on this statistic, he argues that one could assume 30% of the cows culled under CWT HRP, would have been culled without the program anyway, as part of the natural rate of culling. This is disingenuous. The 30% of an individual, commercial herd that is culled each year (assuming the culling rate is equal to the national average) is replaced by calves from the same herd. Naturally, if the entire herd is retired then that is not possible.[216]

76. As I show in Section III.I, even if one did assume that 30% of the cows culled under CWT would have been culled anyway (at exactly the same time), then still there would have

---

[210] Ricchetti Report, at ¶¶18-20; Scott Brown, Herd Retirement Cost-Impact, BROWN-MU_0000390.xls.
[211] Dr. Novakovic agrees that the program at least hastened exits: "HRP payments, at least in some cases, hastened farm exits, but did not actually cause exits that would have occurred anyway" (Novakovic Report, at p. 50).
[212] Deposition of John Wilson, January 8, 2015, at 51:21-25.
[213] Novakovic Deposition, at 247:19-248:6.
[214] Ricchetti Report, at p. 38, Exhibit 4.
[215] Ricchetti Report., at ¶65, Exhibit 5.
[216] In fact, the CWT program added a "bred heifer" option, whereby pregnant cows (and their unborn calves) were slaughtered (Deposition of Jerome Kozak, February 5, 2015, at 116:12-117:24).

been a substantial price effect, because the demand for fluid milk and related dairy products is inelastic, *i.e.*, small supply decreases lead to big price increases. Also, as I described in Section III.A and in my deposition, my model controls for the normal pattern of herd retirement (or "herd dynamics"), using both its benchmark comparison and the supply and demand factors that drive retirement (such as high feed costs, something Dr. Novakovic agrees is a determinant of exit).[217,218] Dr. Novakovic agrees that regular "herd dynamics" were happening "[b]efore, during and after," the CWT HRP.[219]

77. Dr. Ricchetti also incorrectly points to the bid-based structure of the CWT HRP as an example of why farmers culling cows under CWT HRP would have had a higher probability of exiting anyway.[220] However, in the absence of the CWT HRP, any exiting farmer would weigh the relative value of culling his herd for beef or selling his herd to another farmer. Exiting farmers do not translate into a supply reduction if they merely transfer their dairy herd to another farmer to operate. Dr. Novakovic similarly noted that "it is typical that the better cows will be purchased by another farmer as an addition or replacement for a lower producing cow."[221] This is an obvious economic point, because the milk producing value of a commercial dairy herd is higher than its slaughter value for beef (if it was not, it would already have been culled).[222]

---

[217] Connor Deposition, at 203:5-204:12.
[218] Novakovic Report, at p. 32. Also, Dr. Novakovic reports: "As a general rule, an individual culling decision will result in an increase in average production per cow for the remaining herd, simply because ***farmers tend to cull low producing cows***… The liquidation of whole herds will usually include low and higher producing cows, even if the herd average production is less than the US average. In this case, ***it is typical that the better cows will be purchased by another farmer*** as an addition or replacement for a lower producing cow" (Novakovic Report, at pp. 47-48 [emphasis added]). However, in the CWT HRP, entire herds were culled, with an express provision that they should not be limited to "hospital herds."
[219] Novakovic Deposition, at 101:15-102:3 and 105:13-111:22.
[220] Ricchetti Report, at ¶66.
[221] Novakovic Report, at p. 48
[222] Dr. Novakovic agrees that one should assume farmers are economically rational (Novakovic Deposition, at 227:2-5).

78. Moreover, Dr. Ricchetti's theory is eroded by the existence of regional bidding zones and related safeguards, which implicitly required herd retirements in regions even when such farmers did not provide the lowest nationwide bid. For example, in the first herd retirement of 2008, bids ranged between $5.84/cwt to $6.35/cwt depending on the region.[223] As a result, 3,987 cows were culled in Southeast and 3,849 cows were culled in the Midwest, even though the average Southeast bid was $6.25/cwt and the average Midwest bid was only $5.84.[224] Clearly, the lowest nationwide bids were not universally accepted. Thus, even if a bid-based herd retirement system were to select the least efficient herds under economic theory, the actual implementation of the CWT HRP explicitly prevented that outcome through its regional bidding zones, which ensured a nationwide supply reduction.

### *I. Milk Demand is Inelastic, Meaning Changes in Supply Have Relatively Big Price Effects*

79. My model finds that the CWT HRP increased OOPs in the Southeast by an average of $0.24/cwt to $0.59/cwt, depending on the Class of raw milk.[225] Any argument that the CWT HRP was smaller in the Southeast (which it was not, as described above), is moot because I have estimated the effect of the CWT Herd Retirements *in the Southeast, on OOPs in the Southeast*. Regardless, any implication by Dr. Ricchetti that the CWT HRP was somehow small and inconsequential relative to herd sizes or the regular cull rate across the nation or in the Southeast, ignores the basic economics of cartels and the facts of this industry. As I described in my Initial Report (and unchallenged by Defendants' experts), the demand for milk is inelastic.[226] This means relatively small supply reductions lead to big price increases. For fluid milk, the retail

[223] Cooperatives Working Together. *Summary of Herd Retirements*. NMPF0018344-354, at -350.
[224] Cooperatives Working Together. *Summary of Herd Retirements*. NMPF0018344-354, at -350.
[225] Connor Initial Report, at ¶87.
[226] Connor Initial Report, at ¶41.

demand elasticity is typically around -0.2.[227] This means that even just a 1% reduction in supply would lead to a 5% increase in price.[228] In Table 19 below, using fluid milk as an example and the average herd decrease of 0.69% that Dr. Ricchetti argues occurred (a gross understatement as I have described in Section III.F), I present a number of possible different price impact scenarios. Under all scenarios the implied price effect of the CWT HRP on the prices of fluid milk is material, even accounting for Dr. Ricchetti's various misrepresentations of what he speculates might have happened regarding supply.

***Table 19. Supply Scenarios and Price Increases for Class I Milk[229]***

| **Scenario** | **Demand elasticity** | **Supply Response** | **Implied Price Increase** |
|---|---|---|---|
| CWT HRP reduced supply by 0.69% | -0.2 | None | 3.5% |
| CWT HRP reduced supply by 0.48%, because 30% of cows would be culled anyway | -0.2 | None | 2.4% |
| CWT HRP reduced supply by 0.63%, because of farmer re-entry | -0.2 | 9% of CWT farmers reentered with *new* cows | 3.1% |
| CWT HRP reduced supply by 0.44%, because 30% of cows would be culled anyway and farmer re-entry | -0.2 | 9% of CWT farmers reentered with *new* cows | 2.2% |
| CWT HRP reduced supply by 0.69%, before considering short-run supply elasticity | -0.2 | Short-run supply elasticity from academic literature (0.07 - 0.16)[230] | 1.9%-2.6% |

80. In sum, under reasonable supply and demand assumptions supported by the literature and industry facts, each 0.69% supply reduction due to CWT HRP would be expected to increase

[227] Cakir, Metin and Joseph V. Balagtas. "Estimating Market Power of US Dairy Cooperatives in the Fluid Milk Market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at pp. 650 and 655, Table 3.
[228] -1% ÷ -0.2= +5%.
[229] Using the supply and demand elasticities, the price increase from a change in supply is approximately equal to: Percentage change in supply / (supply elasticity - demand elasticity). (McAfee, Preston R. and Tracy R. Lewis. *Introduction to Economic Analysis*. Washington, DC: Flat World Knowledge, 2013, at pp. 28-29).
[230] Chavas, Jean-Paul and Richard M. Klemme. "Aggregate Milk Supply Response and Investment Behavior on US Dairy Farms." *American Journal of Agricultural Economics* 68, no. 1 (1986): 55-66, at p. 55.

fluid milk prices by between 1.9% and 3.5%. Thus, a small supply reduction is entirely consistent with the price effect I estimate for the Southeast, where my Class I OOP overcharges of $0.58/cwt represents 3.2% of the milk price received by farmers in the Southeast.[231]

### *J. OOPs Increased for All Four Classes of Milk*

81. Dr. Ricchetti argues that the regulatory structure is such that "it would be very unlikely for CWT to affect Class I milk production, because demand for Class I is met first, due to its high value."[232] To support this view, Dr. Ricchetti also writes that "[t]he regulatory structure is designed to create strong incentives for dairy farmers to produce sufficient raw milk to meet contemporaneous fluid milk demand because fluid milk commands the highest price of any class of milk."[233]

82. Dr. Ricchetti displays a weak understanding of how milk price regulation actually works. Three of his misconceptions are worth noting. ***First***, dairy farmers who are members of a cooperative (*i.e.*, the majority), are not guaranteed to be paid any form of regulated price by their cooperatives, as Dr. Novakovic notes.[234] Instead, federal or state regulation determines the minimum prices paid by buyers (such as plants) to sellers of raw milk (usually cooperatives).[235] ***Second***, "[m]inimum pay prices are established for milk and milk components according to what dairy products they are used to produce" and "[w]ithin each order, producers received a uniform price for their milk (of equal quality and composition) or milk components, regardless of how

---

[231] Connor Initial Report, at p. 60, Table 19. According to the USDA, the average price received for milk in states within CWT's Bidding Region 2 was $18.17/cwt from 2003-2013 (USDA National Agricultural Statistics Service. "Quick Stats." Accessed March 3, 2018 at https://quickstats.nass.usda.gov/).
[232] Ricchetti Report, at ¶26.
[233] Ricchetti Report, at ¶23.
[234] "Cooperatives, whether they use their members' milk in their own operations or sell to an independent processor, are not obliged by an Order to pay a minimum blend price to each or any member" (Novakovic Report, at p. 25).
[235] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at pp. 9-10.

their milk is used."[236] Thus, even though the buyer may initially pay the Class price to the seller, transfers are made through the producer settlement fund so that ultimately producers receive the market-wide average value of milk (*i.e.*, the blend price, or "uniform price").[237] Of course, the blend price will be higher for the order as a whole if the Class I utilization is higher, but that does not mean that individual farmers have an incentive to direct milk to Class I usage because "with federal order pooling, producers receive a common price for their milk components regardless of how their milk is used."[238] ***Third***, the Class prices are inextricably linked by formula. For instance, the Class I price is calculated as follows:[239]

A. Class I price = (Class I skim milk price x 0.965) + (Class I butterfat price x 3.5).

B. Where, Class I Skim Milk Price = Higher of advanced Class III or IV skim milk pricing factors + applicable Class I differential.

83. Thus, the Class I price is based, in part, on the higher of the Class III or IV prices. And the Class III and IV prices are based on the wholesale prices for butter, cheese, non-fat dry milk powder, and dry whey.[240] In other words, regulated minimum "prices for fluid milk are not based on supply and demand conditions for fluid milk; they are based on supply and demand

---

[236] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at p. 9.
[237] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at p. 15.
[238] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at p. 17.
[239] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at p. 26.
[240] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at pp. 24-26.

conditions for manufactured dairy products."[241] Thus, even if the CWT HRP largely reduced the supply of Class III and IV milk, as Dr. Ricchetti suggests, this would still ultimately increase Class I prices. Mr. Wilson similarly testified that restricting the overall supply of milk raised all Class prices because "as we have less surplus milk going into butter and powder plants, that tightened the supply by its very nature of the whole industry…if you do away with surplus milk, then you will elevate the price of the whole system. It floats all boats, if you will."[242]

84. But, regardless of Dr. Ricchetti's misunderstanding of how milk pricing and regulation works, he ignores that the price element at issue in this case – the OOPs – is not subject to regulation and is set competitively (absent collusion). There may be incentives for farmer cooperatives to supply milk based on relative OOPs (which are not regulated or blended), but those incentives actually go in the direction of reducing the supply for fluid milk ***more*** than the other uses. Because raw milk can be used for any Class (assuming it is Grade A[243]), producers can choose where to supply milk based on the relative OOPs across the Classes and how much one can increase those OOPs. In economics, this is known as supply-side substitutability. As demonstrated in my Initial Report, this is evidenced by the fact that OOPs are correlated across the different Classes of milk.[244] It may be true that OOPs for Class I milk are higher than for other Classes of milk, but it is also true that the demand for fluid milk is typically more inelastic than the demand for the types of milk used in manufactured dairy products.[245]

---

[241] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at p. 2.
[242] Deposition of John Wilson, January 8, 2015, at 41:19-42:13 and 43:15-22.
[243] "Grade A milk is defined as milk that is *eligible* for use a beverage (fluid) milk, but most Grade A milk is converted to manufactured dairy products" (Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008, at p. 9).
[244] Connor Initial Report, at Tables 12-14.
[245] Connor Initial Report, at ¶41.

This creates an incentive to ensure supply is reduced for Class I also, because the inelastic demand gives a bigger bang for one's collusive buck – *i.e.*, prices increase more from a given supply reduction due to the inelastic demand. This is explicitly described in the academic literature on cartel incentives in the milk industry:[246]

> *Farmer monopoly rents may be achieved by restricting the supply of milk for fluid use, called "Class I use," while directing the remainder to manufacturing, "Class II" use (butter, cheese, and ice cream). Because the demand for fluid milk is inelastic and the demand for manufacturing products is elastic, this type of diversion can raise the average revenue obtained for a given supply. Unless supply is perfectly elastic, this strategy can increase the rents of members (see, e.g., Ippolito and Masson, 1987), providing a strong incentive for forming a cartel.*

85. Dr. Ricchetti ignores these dynamics that are well understood by economists familiar with the dairy subsector. Further, he makes statements that are inconsistent with standard economics, as I described in my deposition.[247] He states that for fluid milk demand is always met and discusses the role of cooperatives in balancing seasonal fluctuations in milk.[248] To an economist, the demand for any product is always met, at prevailing prices. Dr. Ricchetti relies simply on the fact that "fluid milk commands the higher price of any class of milk," but, as previously discussed, the price of fluid milk is directly based on the price of other Classes.[249] As a result, any position that Class I milk is completely independent of the other classes is directly contracted by fact. Taking Dr. Ricchetti's logic to the extreme, in a very large supply reduction

---

[246] Madhavan, Ananth N., Robert T. Masson, and William H. Lesser. "Cooperation for Monopolization? An Empirical Analysis of Cartelization." *The Review of Economics and Statistics* (1994): 161-175, at 162.
[247] Connor Deposition, at 165:8-166:24.
[248] Dr. Ricchetti writes that I do not discuss the seasonal balancing of milk across different uses, which incorrectly implies that my model has not considered the seasonal affects (Ricchetti Report, at ¶¶21-23). In fact, as I described in my deposition and listed in my Initial Report, my model explicitly controls for seasonality in each of the four milk classes using monthly fixed effect variables (Connor Deposition, at 150:6-9; Connor Initial Report, at p. 58, Table 15).
[249] Ricchetti Report, at ¶23.

Class III and IV prices would approach infinity before Class I prices were affected. This is nonsensical and contrary to the fundamentals of market price formation.

86. Finally, Dr. Ricchetti ignores important economics and facts when he argues that full supply agreements ("FSAs") "contractually require dairy cooperatives to deliver the raw milk demanded by their customers every day."[250,251] But, of course the amount demanded will depend on the price, which sellers are free to adjust through the OOP and which they will increase as milk supply decreases. Indeed, Dr. Ricchetti cites to the FSA between SMI and Winn-Dixie, for its Plant City plant (when Winn-Dixie owned that plant). It states that "WD Plant City agrees to pay SMI prices in excess of Federal Milk Marketing order prices" – *i.e.*, Winn-Dixie agrees to pay OOPs.[252] Moreover, the OOPs are explicitly linked to OOPs in other regions, because the FSA states in the next clause that "[i]n no event shall the prices charged by SMI for fluid milk be higher than the lowest prices charged by SMI for fluid raw milk to any other SMI customer [*i.e.*, Winn-Dixie] in any marketing area in which SMI sells milk."[253] This means that if SMI is increasing OOPs, it must do so across the board (assuming it had similar FSAs in place for other customers). The FSA does require that SMI "supply WD Plant City with all of its fluid raw milk," but it also requires that "WD Plant City shall purchase all of its fluid raw milk from SMI."[254] So, the existence of this FSA does not mean that Winn-Dixie (or other buyers of raw milk for the other FSAs in place) were somehow insulated against Defendants' alleged supply

[250] Ricchetti Report, at ¶24.

[251] Oddly, Dr. Novakovic describes FSAs differently, as "the buyer agrees to take a more or less fixed amount ever [sic] day" (Novakovic Report, at p. 31).

[252] Winn-Dixie. *Milk Supply Agreement between Winn-Dixie, Stores Inc. and Southeast Milk, Inc.* April 27, 2006, SMI-000130-SMI000135, at -131.

[253] Winn-Dixie. *Milk Supply Agreement between Winn-Dixie, Stores Inc. and Southeast Milk, Inc.* April 27, 2006, SMI-000130-SMI000135, at -131.

[254] Winn-Dixie. *Milk Supply Agreement between Winn-Dixie, Stores Inc. and Southeast Milk, Inc.* April 27, 2006, SMI-000130-SMI000135, at -131.

reduction and price increasing behavior. Actually, the FSA supports the following: 1) buyers such as Winn-Dixie could not escape such behavior, because they had committed to buy all of their raw milk from a Defendant (in this case, SMI); 2) the CWT HRP had a common effect across regions for reasons other than spatial integration, because FSAs explicitly linked OOPs across regions.

## IV. MY MODEL APPROPRIATELY ISOLATES THE EFFECT OF THE CWT HERD RETIREMENT PROGRAM ON OOPS

87. Dr. Ricchetti incorrectly argues that my damages model is flawed because it does not account for existing market power or appropriately measure important supply and demand factors that allow my model to isolate the effect of the CWT HRP.[255] Dr. Ricchetti is wrong on every point. As I discuss in this section, my model does appropriately control for existing market power, rBST usage, fuel-prices, and all other material supply and demand factors.

### *A. My model appropriately controls for existing market power unrelated to the CWT HRP*

88. Dr. Ricchetti argues that my model is "fundamentally flawed" because it "does not account for the antitrust immunity that farmer cooperatives have to jointly set prices" and he further speculates that cooperatives' market power means that the OOPs achieved through CWT HRP "could have been achieved even without CWT."[256] Aside from giving what appears to be a legal opinion, Dr. Ricchetti's argument suggests cooperatives are engaged in economically irrational behavior: if cooperatives could simply use their existing market power to legally increase prices and OOPs, there would be no justification for the existence of the CWT HRP at

---

[255] Ricchetti Report, at ¶90.
[256] Ricchetti Report, at ¶¶90 and 98.

all, let alone for it spending $490 million in 10 separate herd retirements from 2003-2010.[257] Despite the existence of market power before the CWT HRP, the cooperatives still required a facilitating mechanism with which to reduce supply and/or increase prices. In this case, that facilitating mechanism was the CWT HRP and my analysis appropriately measures and isolates the impact of the CWT HRP on OOPs.

89. Dr. Ricchetti's characterization of OOPs is also inconsistent with the testimony of Defendants' executives. Dr. Ricchetti writes that "OOPs are jointly set by Defendant cooperatives and MACs and proposed to their customers through the antitrust immunity afforded them by the Capper Volstead Act."[258] Meanwhile, Defendants' executives testify that OOPs are competitively set, "negotiated on the basis of local competitive conditions."[259] Dr. Novakovic agrees.[260] Finally, oligopoly market power does not equate to monopoly power: economic models of oligopoly still predict that prices tend to move towards an equilibrium, but one which is below the monopoly level and above the competitive level.[261] Thus, Dr. Ricchetti's speculation that OOPs could have been set to the same level with and without the CWT HRP is directly contradicted by Defendants' own testimony, as well as economic logic.

90. Importantly, my model does control for market power because the data includes a pre-CWT period, during which the market power described by Dr. Ricchetti existed and would

---

[257] Ricchetti Report, at ¶¶18-20; Ricchetti Report, at ¶¶18-20; Scott Brown, Herd Retirement Cost-Impact, BROWN-MU_0000390.xls.

[258] Ricchetti Report, at ¶30.

[259] Deposition of John Wilson, January 8, 2015, at 73:6-16, 78:10-22, 79:17-22, and 101:6-103:22; Deposition of John Wilson, January 9, 2015, at 238:5-22; Deposition of Calvin Covington, December 6, 2017, at 197:11-25; Deposition of Dr. Richard Stammer, January 30, 2015, at 95:19-96:11, 117:25-118:12, and 129:8-18.

[260] Novakovic Deposition, at 173:13-21.

[261] Varian discusses various economic models of oligopoly all of which result in an equilibrium, *see* Varian, Chapter 16, *Oligopoly*, subheadings *Cournot Equilibrium* (p. 285) and *Bertrand Equilibrium* (p. 291). *See also*, Mas-Colell, Andreu, Michael D. Whinston, and Jerry R. Green. *Microeconomic Theory*. New York: Oxford University Press, 1995, at Chapter 12.

have persisted during the CWT period. Moreover, my model isolates the increase in OOPs occurring as a direct result of the CWT HRP because it estimates OOPs *relative to their pre-CWT benchmark* after backing out the effect of changing supply and demand variables (*i.e.*, my "control variables"). I made this point during my deposition, but Dr. Ricchetti argues in response that "the level of joint price setting activity changed during the relevant time period" and cites the formation of SMA in 2002 and DMS in 2003.[262] Importantly, Dr. Ricchetti performs no testing of my model to show that this affected prices and, as I explain below, when I add another two variables explicitly controlling for the formation and functioning of SMA and DMS, my damages do not materially change.

91. The academic literature is clear that sound econometrics should involve rigorously tested models, rather than mere speculation on model specification.[263] Although I'm not a lawyer and offer no legal opinions in this case, I do note that a paper co-authored by economist Daniel Rubinfeld describes how courts in the past have rejected arguments against class certification based on this sort of speculation regarding supposedly important variables omitted from a regression model.[264] Dr. Ricchetti's position that accounting for changing market power would alter the conclusions of my damage calculation is entirely imaginary and hypothetical, and does

[262] Ricchetti Report, at ¶103.
[263] "The three golden rules of econometrics are test, test and test…Rigorously tested models, which adequately described the available data, encompassed previous findings and were derived from well based theories would greatly enhance any claim [of economic studies] to be scientific" (Hendry, David F. "Econometrics-Alchemy or Science?" *Economica* 47, no. 188 (November 1980): 387-406, at p. 403).
[264] Baker, Jonathan B. and Daniel L. Rubinfeld. "Empirical Methods in Antitrust Litigation: Review and Critique." *American Law and Economics Review* 1, no 1/2 (1999): 386-435, at p. 396.

not deal with observable facts, which constitutes a speculative modeling approach criticized in the academic literature.[265]

92. It is well known that no regression model applied to a real world industry can explain 100% of the variation in pricing; some portion is always left unexplained.[266] It is accepted in the profession that "[n]ot all possible [explanatory] variables that might influence the dependent variable [in this case, OOPs] can be included if the analysis is to be successful; some cannot be measured, and others may make little difference."[267] What matters to the economist is that any omitted explanatory variables are not correlated with the variable of interest:[268]

> *Failure to include a major explanatory variable that is correlated with the variable of interest in a regression model may cause an included variable to be credited with an effect that actually is caused by the excluded variable…Omitting variables that are not correlated with the variable of interest is, in general, less of a concern.*

93. Thus, for this issue to cause bias, any increased market power from SMA and DMS would have to be correlated with the number of cows killed during the CWT HRP, which was obviously not the case. In fact, Defendant DFA's Senior Vice President and Chief Fluid Marketing Officer testified milk sales priced through MAC were "relatively flat" from 2000 to 2010.[269]

---

[265] Economist and Nobel laureate, Wassily Leontief, criticizes economic modeling based on "preoccupation with imaginary, hypothetical, rather than with observable reality" (Leontief, Wassily. "Theoretical Assumptions and Nonobserved Facts." *The American Economic Review* 61, no. 1 (March, 1971): 1-7, at p. 3).
[266] "No model could hope to encompass the myriad essentially random aspects of economic life" (Greene, William H. *Econometric Analysis.* 7th Edition. New Jersey: Prentice Hall, 2012, at p. 6).
[267] Rubinfeld, Daniel L. "Reference Guide on Multiple Regression." *Reference Manual on Scientific Evidence* (2018): 415-469, at p. 425.
[268] Rubinfeld, Daniel L. "Reference Guide on Multiple Regression." *Reference Manual on Scientific Evidence* (2018): 415-469, at p. 425. *See also*, Baker, Jonathan B. and Daniel L. Rubinfeld. "Empirical Methods in Antitrust Litigation: Review and Critique." *American Law and Economics Review* 1, no 1/2 (1999): 386-435, at p. 396.
[269] Deposition of John Wilson, January 9, 2015, at 232:15-233:20.

94. Dr. Ricchetti's argument surrounding the formation of SMA and DMS is also undermined by basic facts surrounding the existence and operation of DCMA. For example, SMA and DMS worked through DCMA, and I understand that DCMA has been in existence since the 1990s. Moreover, although Dr. Ricchetti writes that "DMS was formed in 2003," DMS's own website notes "[t]his milk marketing organization was established in 1999."[270] The only thing that happened during the CWT HRP was that Dean Foods began outsourcing its milk procurement functions to DMS for Dean's independent milk producers in 2003, and Dr. Ricchetti provides no information that this changed pricing materially, or at all.[271]

95. Dr. Ricchetti's speculation is also undermined by Dr. Novakovic's report, which cites academic literature noting "the predicted effect on over order prices of market concentration was relatively small on average and unpredictable over time."[272] Dr. Novakovic similarly reports that "…buyer concentration, in the form of Class I processors,… had an order of magnitude that was about the same effect as the seller concentration effect, suggesting that, over longer periods of time, the two were a kind of draw."[273] This further undermines Dr. Ricchetti's argument about market power increasing during the period we investigate because DMS started handling Dean's independent milk (increasing in seller power) around the same time that Dean and Suiza merged (increasing in buyer power), which will result in "kind of a draw" according to literature cited by Dr. Novakovic.[274]

[270] Ricchetti Report, at ¶103; DMS. "About DMS." Accessed March 3, 2018 at http://www.dairymarketingservices.com/about.html.
[271] Ricchetti Report, at ¶33.
[272] Novakovic Report, at p. 28.
[273] Novakovic Report, at p. 28.
[274] Dean Foods. "Suiza Foods and Dean Foods Announce Merger, Creating $10 Billion National Food Company." Press release, April 5, 2001, accessed March 21, 2018 at http://www.deanfoods.com/newsroom/news/suiza-foods-and-dean-foods-announce-merger-creating-10-billion-national-food-company-2/.

96. Analysis of historical data also undermines Dr. Ricchetti's claim of changing market power during the CWT HRP. Economists commonly use a concentration ratio ("CR") to measure market power, such that "CR4" represents the market share of the largest 4 companies, "CR8" represents the market share of the largest 8 companies, and so on. Although I acknowledged significant consolidation in the dairy industry since 1980 in my Initial Report based on industry sources, the underlying data show that this concentration occurred primarily in the 1990s, with concentration ratios remaining flat during the relevant period of my analysis, as shown by Figure 20 below.

***Figure 20: National concentration ratios of dairy cooperatives from 1980-2008***[275]




97. Lastly, Dr. Ricchetti has not introduced any variable into my model related to the formation of SMA and DMS. In response to Dr. Ricchetti's argument, I have re-run my original

[275] Recreated from published sources (Gould, Brian. "Consolidation and Concentration in the US Dairy Industry." *Choices* 25, no. 2 (2010): 1-15, at p. 4, Figure 3).

model while including two additional binary variables representing the formation of SMA in 2002 and the agreement between DMS and Dean Foods beginning in 2003. The updated results do not change any of the conclusions in my Initial Report, which is unsurprising given the evidence above that the same level of market power was already appropriately controlled for through the use of my pre-CWT benchmark period. The resulting damages are presented in Table 21 below, with total damages actually *increasing* from $21.4 million to $22.6 million after controlling for the formation of SMA in 2002 and the DMS agreement in 2003. Clearly Dr. Ricchetti's speculation that my overcharge estimates were driven by MAC formation is not valid.

***Table 21: Comparison of damages from original model and model controlling for MAC formation***[276]

| Milk Class | Damages Under Original Model | Adding controls for formation of SMA and DMS |
|---|---|---|
| Class I | $ 18,569,334 | $ 19,900,518 |
| Class II | $ 1,406,215 | $ 1,408,805 |
| Class III | $ 165,271 | $ 159,725 |
| Class IV | $ 1,227,246 | $ 1,187,449 |
| **Total** | **$ 21,368,066** | **$ 22,656,497** |
| Increase (decrease) from Original Model | | $ 1,288,431 |

### *B. My model appropriately controls for rBST use and fuel prices*

98. My model appropriately controls for rBST use and fuel prices, as described in my Initial Report.[277] To control for the supply and demand factors associated with rBST use, I use data on the percentage of cows treated with rBST each year within each of the nine Farm Resource Regions of the continental United States, as reported by the USDA. The USDA is the definitive source for agricultural statistics and is commonly relied upon by academic,

[276] Connor Initial Report, at p. 65, Table 19.
[277] Connor Initial Report, at ¶¶81 and 84.

government, and industry economists. Similarly, I control for fuel prices using regional data reported by the United States Energy Information Agency, another definitive source for data that is commonly relied upon by academic, government, and industry economists.

99. Dr. Ricchetti criticizes my use of this data as "indirect" and "imperfect proxies," but provides no suggestions for an alternative data set.[278] Instead, to support his argument that the CWT HRP did not increase OOPs in the Southeast, he merely re-runs my model after purporting to "net out" the rBST-free premium from OOPs.[279] To support this unusual data treatment, he argues that OOPs include premiums that "directly capture the effect" of rBST and fuel costs.[280] However, the DFA OOP data I use in my model contains no separate premium that "directly captures" the costs associated with shifting towards rBST-free milk, as Dr. Ricchetti argues. In fact, the data set only lists "class premiums for billing," along with various credits that each customer is eligible for, all of which are appropriately deducted before the model is implemented. Since the data set I use in my model does not separately contain rBST cost information, Dr. Ricchetti simply subtracts $0.90/cwt from *all* customers beginning in February 2008. This crude approach is completely flawed, as I describe below, and I would expect the true costs of rBST-free milk to be reflected by the percent of milk supply treated with rBST, which is the variable I use.

100. First, in subtracting the same amount from all customers beginning February 2008, Dr. Ricchetti assumes that there is no variation in rBST-free premiums across time or across customer and, perhaps coincidentally, reduces OOPs when the CWT HRP supply reduction

[278] Ricchetti Report, at ¶116 [emphasis removed].
[279] Ricchetti Report, at ¶¶115-116.
[280] Ricchetti Report, at ¶116.

approached its peak (recall that the majority of cows were culled through CWT HRP from 2008-2010). Dr. Ricchetti inadequately supports this treatment of data by reviewing SMI pricing announcements and a single DFA document purporting to show rBST-free premiums were $0.90/cwt after February 1, 2008. However, I describe in my Initial Report how using SMI OOP data in my model would be inappropriate because there is no pre-CWT benchmark period with which to compare it.[281]

101. Dr. Ricchetti's data treatment also ignores the Defendants' testimony that OOPs, including rBST-free payments and fuel surcharges, are subject to competitive negotiation.[282] In fact, the same DFA exhibit on which Dr. Ricchetti relies (Wilson Exhibit 2) shows that rBST-free premiums do vary across region, across customers within a region, and across time because they are competitively negotiated, which completely undermines his universal data subtraction from the OOP data.[283] When discussing OOPs, Mr. Stammer specifically noted that Agrimark lowered the rBST-free premium in 2008 due to competitive conditions,[284] and testified more generally that:[285]

> *There's a lot of competition in the market. So if somebody comes to a buyer and says, "I'll give you the same bundle of services. I'll give you BST milk, I'll give you the same balancing, I'll give you the same quantity, and I'll charge you 20 cents less," that's what the customer will do. He will go to the other person; actually come back to us and say, "Well, that guy is offering it to me*

---

[281] Connor Initial Report, at ¶77, fn. 152.

[282] Deposition of John Wilson, January 8, 2015, at 73:6-16, 78:10-22, 79:17-22, and 101:6-103:22; Deposition of John Wilson, January 9, 2015, at 238:5-22; Deposition of Calvin Covington, December 6, 2017, at 197:11-25; Deposition of Thomas Wegner, January 23, 2015, at 225:7-226:1; Deposition of Dr. Richard Stammer, January 30, 2015, at 93:24-94:16.

[283] For example, in December 2007, one California customer was paying a $0/cwt surcharge for rBST-free milk while another California customer was paying a $0.35/cwt surcharge for rBST-free milk. However, despite this difference, the total "net premium" paid by each was quite similar at $0.67/cwt and $0.75/cwt, respectively (Deposition of John Wilson, January 8 and 9, 2015, Exhibit 2, at tab 16). Thus, the allocation of the OOP between "service charge" and "rBST-free premium" was an arbitrary distinction and did not represent the cost to supply rBST milk.

[284] Deposition of Dr. Richard Stammer, January 30, 2015, at 117:25-118:12 and 129:8-18.

[285] Deposition of Dr. Richard Stammer, January 30, 2015, at 95:19-96:11.

> *for 20 cents less. So are you going to match it?" But that's the competitive nature of the market.*

102. As a more specific example of the rBST charge varying over time due to competitive negotiations, Mr. Wilson also testified that, for one particular customer in California:[286]

> *August of '07 was the first time that the bST-free charge was applied, and then it went off for a couple of months as the customers chose not to pay it, and then it came back on in November of '07 at 35 cents and remained there at 35 cents until November of – well, through November of '08, and then it went to 15 cents. And it went to 15 cents because another supply in the marketplace was willing to offer that same service for 15 cents. So we had to meet competition.*

103. This competitive negotiation means that rBST premiums and fuel surcharges should not be taken out of OOPs – they are rightly included in the DFA OOP data I use in my regression model to capture the overall non-regulated element of the price. The extent to which these two premiums were actually driven by the cost of producing milk and the cost of fuel is better captured by the variables I include in the model, as is standard econometric practice. Moreover, as previously discussed in Section III.E, there are well-known examples of "surcharges" that are the facilitating mechanism of collusion.

104. In addition, Dr. Ricchetti ignores conflicting evidence in the record regarding when the rBST-free premiums began to actually be paid by customers. For example, Defendant DFA's Senior Vice President and Chief Fluid Marketing Officer testified that rBST-free charges first occurred for a customer in February 2003 and by July 2007 approximately two-thirds of milk was estimated by DFA to be rBST-free.[287] Another DFA document notes that specific customers in the Southeast converted to rBST-free milk at various points in time, for example May 2007,

---

[286] Deposition of John Wilson, January 8, 2015, at 120:6-16.
[287] Deposition of John Wilson, January 8, 2015, at 134:7-9 and 156:21-25.

September 2007, and February 2008.[288] The same document also notes that the rBST-free premiums paid by DFA customers at one point were $0.75/cwt in the Southeast. In fact, Dr. Ricchetti himself admits that "[i]n June 2007, an rBST-free premium of $0.50 was introduced for SMI plants in Florida," but examination of his work product, where he re-runs my model, shows that an rBST-free premium of $0.90/cwt was universally subtracted from OOPs beginning February 2008.[289] This is either a mistake, or a willful rejection of conflicting evidence in the record. Clearly, any conclusions reached by Dr. Ricchetti through his universal reduction of OOPs should be entirely rejected.

105. Dr. Ricchetti's discussion and treatment of the fuel surcharge with respect to Class II OOPs is similarly unreliable. Dr. Ricchetti again uses SMI data (not the DFA data upon which my model relies) to argue that increasing OOPs are driven by the fuel surcharge portion of OOPs. Dr. Ricchetti argues that "such movements reflect nothing more than changes in underlying diesel prices," but again, my model explicitly controls for diesel prices.[290] I calculate overcharges using the relationship between OOPs and the number of cows killed by the CWT HRP, after explicitly controlling for all relevant supply and demand factors (including diesel prices).

106. Dr. Ricchetti's Exhibits 15 and 16, which present OOPs with and without fuel surcharges and rBST-free charges in two Florida cities, suffer from a similar fatal flaw.[291] Again, Dr. Ricchetti uses SMI data in addition to the DFA data upon which my model relies, which creates a deceptive graphic. Importantly, the DFA data for the two cities that Dr. Ricchetti

[288] Deposition of Michael Lichte, February 10, 2015, at Exhibit 4.
[289] Ricchetti Report, at p. 67, Exhibit 14, and Ricchetti work product, at "ex17_wp07.do"
[290] Ricchetti Report, at ¶128.
[291] Ricchetti Report, at ¶¶122-124.

presents actually ends in 2005, meaning that Dr. Ricchetti's conclusion is driven entirely by his use of SMI data and the universal subtraction of a fixed rBST-free premium. Moreover, as previously discussed in Section III.C, Dr. Ricchetti's conclusions based on univariate graphics are entirely unreliable because they assume that all of the underlying supply and demand conditions are the constant throughout the time period (which they are not, as I show in Figures 7 and 8 in Section III.C). Dr. Ricchetti provides no supportable justification for this data treatment, and any conclusions based on this univariate analysis should be entirely rejected.

107. Dr. Ricchetti points out that my model finds overcharges in certain periods for Class III milk when the average OOPs across plants in Order 5 were barely increasing; he incorrectly argues that this indicates a "false positive."[292] The overcharges measured by my model are based on actual OOPs *relative to* but-for OOPs, and in the but-for world OOPs could have been going down in those cities. In fact, Dr. Novakovic implicitly agrees that but-for OOPs could have been going down when he writes "the whole purpose of CWT was to intervene in a market that was beginning to experience declining prices" and a "major purpose of the CWT Program (the HRP and export subsidy program combined) has been to soften the landing when milk prices are declining or poised to decline."[293] That is, OOPs could have been declining absent the CWT HRP, but the CWT HRP prevented such a decline and caused an increase in prices during the larger retirements in later years. In his deposition, Dr. Novakovic agreed that preventing a price decline was itself a price effect.[294]

[292] Ricchetti Report, at ¶137 and Exhibit 22. I note that in his Exhibit 22, there is a very large increase in average Class III OOPs in Order 5 in 2011 from $1.00 to $1.60. This increase occurs after the CWT HRP ended in 2010, but as I have described, there are lag effects of up to five years from the program, Connor Initial Report, at §VI.B.
[293] Novakovic Report, at pp. 32 and 50.
[294] Novakovic Deposition, at 237:23-238:1.

### *C. My model appropriately controls for all relevant supply and demand factors*

#### *1. Multicollinearity does not affect my measurement of the CWT HRP on OOPs*

108. Dr. Ricchetti incorrectly argues that my model is flawed because some of the model's estimated relationships do not align with economic expectations.[295] However, as I explained in my Initial Report as well as in my deposition, this is due to a statistical issue called "multicollinearity" and does not affect my variable measuring the impact of the CWT HRP, nor does it limit the ability of my model to adequately control for all the supply and demand factors in the model.[296] As I explained in my prior report, multicollinearity is a statistical term meaning that some variables are correlated with each other, such that a regression model can have trouble separately measuring the effect of such variables. The issue of multicollinearity is well-known in the academic literature, which notes that it can lead to "wide swings in the parameter [that is, coefficient] estimates," "coefficients [with] low [statistical] significance levels," and "coefficients [with] the 'wrong' sign or implausible magnitudes."[297]

109. Most importantly, however, multicollinearity can be ignored if it does not affect the variables of interest, because the problems of multicollinearity only affect the variables that are correlated with each other. As I show below, multicollinearity *does not affect* the variables measuring the impact of the CWT HRP on OOPs. As the academic literature reports:[298]

> *[I]n some special situations, we can safely ignore multicollinearity even when explanation is the purpose [of our model]. Consider, for instance, a model with three independent variables ($X_1$, $X_2$, and $X_3$)…if our only interest is estimating $B_1$ ([the regression coefficient] for $X_1$), the multicollinearity due to the high correlation between $X_2$ and X3 would not cause problems.*

---

[295] Ricchetti Report, at ¶111-114.
[296] Connor Initial Report, at ¶86, fn. 195; Connor Deposition, at 175:7-176:23.
[297] Greene, William H. *Econometric Analysis.* 7th Edition. New Jersey: Prentice Hall, 2012, at p. 89.
[298] Berry, William D. and Stanley Feldman. *Multiple Regression in Practice*. Thousand Oaks, CA: Sage Publications, Inc., 1985, at p. 41.

110. Economists and statisticians can test for multicollinearity by examining the correlations between independent variables, as well as using the Variance Inflation Factor ("VIF"). Textbooks on the subject report that "One or more large VIFs indicate multicollinearity. Practical experience indicates that if any of the VIFs exceeds 5 or 10, it is an indication that the associated regression coefficients are poorly estimated because of multicollinearity."[299] Dr. Ricchetti specifically cites the variables for alfalfa hay prices, state population, disposable income, and the percentage of population aged 14 and below as examples of potential problems with my model.[300] In my Initial Report I noted correlation issues with each of these variables,[301] and in Table 22 below I also report the VIF to further establish multicollinearity.

111. In each case identified by Dr. Ricchetti, multicollinearity entirely explains the reason why the regression coefficients do not always align with economic expectations and can thus be ignored. In each case, the VIF is above 5 (the VIF is above 30 in all but one case), which means multicollinearity is present. However, Dr. Ricchetti speculates that "[t]hese problems, of course, could just as easily apply [to] the coefficients on his herd retirement variables, rendering those coefficients and Prof. Connor's overcharges unreliable" but Dr. Ricchetti does not provide any statistical testing of his theory.[302] Thus, I test his theory and Table 22 also reports the VIF for each of the "cows removed" variables, which measure the impact of the CWT HRP on OOPs. In each case, the VIF is below 5, meaning that multicollinearity is *not* a problem for the herd retirement variables and can safely be ignored.

---

[299] Montgomery, Douglas C., Elizabeth A. Peck, and G. Geoffrey Vining. *Introduction to Linear Regression Analysis*. 5th edition. Hoboken, NJ: Wiley John Wiley & Sons, Inc., 2012, at p. 296.
[300] Ricchetti Report, at ¶112.
[301] Connor Initial Report, at ¶86, fn. 195
[302] Ricchetti Report, at ¶113.

*Table 22: VIF for variables identified by Dr. Ricchetti*

| **Independent variables** | **VIF** | |
|---|---|---|
| | **Original Data** | **Updated Data**[303] |
| Percent of state population aged 14 and below | 30.94 | 30.09 |
| Disposable Income | 560.01 | 467.58 |
| State population | 1,420.85 | 880.36 |
| Percent of milk sold with rBST | 4.08 | 4.00 |
| Diesel prices | 5.67 | 5.75 |
| Alfalfa hay prices | 8.35 | 8.71 |
| Wages for farm animal workers | 2.10 | 2.06 |
| Electricity prices | 3.34 | 3.08 |
| Dairy subsidy expenditures | 1.79 | 1.79 |
| **Variables measuring the CWT HRP** | **VIF** | |
| Cows removed, within current year | 2.53 | 2.46 |
| Cows removed, one-year lag | 2.43 | 2.42 |
| Cows removed, two-year lag | 2.65 | 2.72 |
| Cows removed, three-year lag | 3.81 | 3.88 |
| Cows removed, four-year lag | 3.22 | 3.26 |

### *2. My model appropriately controls for regional fluctuations*

112. Dr. Ricchetti and Dr. Novakovic each include a discussion noting that OOPs are affected by local market factors,[304] but this again is explicitly controlled for in my model. In fact, I use 65 binary variables for each city to explicitly control for fixed differences in pricing across cities.[305] In addition, my model uses localized control variables where appropriate, including state or regional controls for disposal income, percentage of population below 14, total population, diesel prices, and percentage of cows treated with rBST, among others.[306] These variables effectively control for localized changes in supply and demand characteristics across time. Thus, my model appropriately controls for regional fluctuations and local market factors.

[303] Dr. Ricchetti makes several criticisms of the DFA OOP data and provides updated data addressing his concerns (Ricchetti Report, at ¶124, fn. 161, and Appendix D). Although the cumulative effect of these "errors" is immaterial, as I explain in Section V.C below, I also report the VIF using Dr. Ricchetti's "augmented" data in Table 22 above.
[304] Ricchetti Report, at ¶¶40-42; Novakovic Report, at p. 25.
[305] Connor Initial Report, at ¶84
[306] Connor Initial Report, at ¶¶80-81.

113. Economists and statisticians generally use the "coefficient of determination" (often denoted "R-squared") to measure how well the model predicts outcomes. As reported in my Initial Report, my model explains 72% to 76% of the variation in Class I and II OOPs and explains 52% to 53% of the variation in Class III and IV OOPs. Both are satisfactory by professional standards.[307] Importantly however, my model was not chosen based on R-squared alone but was in fact correctly specified in accordance with economic theory, prior academic research, and the facts of the case.

## V. MY DAMAGE COMPUTATION IS APPROPRIATE

### *A. My Analysis Uses the Best Available Data on OOPs*

114. As explained in my Initial Report, my damages model relies on DFA OOP data provided during discovery, which contains "Class Premiums for Billing" by month from 2000 through 2013 for customers in various cities, including 65 cities in the Southeast, Appalachian, and Florida FMMOs.[308] Data from this region was used because it corresponds to the locations of Winn-Dixie's 11 distribution centers listed in the Winn-Dixie purchase data (to which the estimated overcharge is applied). I have found that the DFA OOP data was positively and significantly correlated across these FMMOs and across milk Classes, which is expected because

[307] By way of comparison to the R-squared values typically found in the academic literature: in a study of retail gasoline prices, researchers implemented a regression model with an R-squared of between 30% and 68%, depending on the location being studied, *see* Barron, John, Beck Taylor, and John Umbeck. "Number of Sellers, Average Prices and Price Dispersion." *International Journal of Industrial Organization* 22 (2004): 1041-1066, at pp. 1055-1057. In a study of the pricing of four homogenous products – the same brand of refrigerator, chicken, coffee and flour – sold in grocery stores in Israel over a period of 48 months, researchers implemented a regression model for each of the four products. The models had R-squared values which ranged from 50% to 91%, depending on the product, *see* Lach, Saul. "Existence and Persistence of Price Dispersion: An Empirical Analysis." *The Review of Economics and Statistics* 84, no. 3 (August 2002): 433-444, at p. 437; economist Daniel Rubinfeld presents a regression with an R-squared of 56% as an example illustrating the goodness of fit of multiple regressions, *see* Rubinfeld, Daniel L. "Reference Guide on Multiple Regression." *Reference Manual on Scientific Evidence* (2018): 415-469, at p. 459.

[308] Connor Initial Report, at ¶77.

of the economic theory behind spatial integration.[309] The DFA OOP data, upon which my model is based, are generally reliable and Defendants' experts have not pointed out any material errors in this data that were not already considered in my Initial Report. Similarly, Defendants and their experts have not identified any superior data set on OOPs.

115. Despite these facts, Dr. Ricchetti argues that I "did not analyze Class III and IV OOPs in the regions where the Class III and IV products that Winn-Dixie purchased were manufactured,"[310] because a low percentage of Defendants' plants producing Class III and IV products are located within the Southeast, Appalachian, and Florida FMMOs. Dr. Ricchetti goes on to report annual averages of Class III and IV OOP data between the Mideast and Upper Midwest FMMOs and purports to show that they are "not consistently, positively correlated with OOPs" in the Southeast, Appalachian, and Florida FMMOs.[311] Although Dr. Ricchetti purports to have obtained this data from a discontinued USDA report, he does not provide the underlying report, a website link to where the report can be accessed through the USDA, or a description of how the data was collected and measured. These failures are particularly important because a closer inspection of Dr. Ricchetti's data reveals it to be unreliable and unrepresentative of the Class III and IV OOPs for at least the following reasons:

A. Comparing Dr. Ricchetti's Class III and IV OOP data to the DFA OOP data reveals many major discrepancies. For example, Class III OOPs as reported by Dr. Ricchetti are $0.39/cwt in Florida during 2010, while the Class III OOP data for DFA customers was around $1.11/cwt during that same year and

[309] Connor Initial Report, at ¶¶54-57 and 78-79.
[310] Ricchetti Report, at §6.3.3.
[311] Ricchetti Report, at ¶133.

around $0.60/cwt if one assumes that the listed customers received all available credits.[312] SMI similarly reported Class III OOPs of $1.11/cwt during 2010 in Florida.[313] If both DFA and SMI were charging a Class III OOP to customers of at least $0.60/cwt – $1.11/cwt, it is implausible that average Class III OOPs in the region were only $0.39/cwt.

B. When using Dr. Ricchetti's Class III and IV OOP data, the correlations between Southeast and Florida FMMOs are inconsistent with the DFA OOP data, likely because of the data errors just discussed. For example, using Dr. Ricchetti's Class III and IV OOP data shows *negative* correlations of -0.72 and -0.61 for Class III and IV, respectively. Meanwhile, the DFA OOP data shows *positive* correlations of 0.28 and 0.30 for Class III and IV, respectively.[314]

C. Dr. Ricchetti's Class III and IV OOP data consists merely of annual regional averages from 2004-2012, while the DFA OOP I have used is reported monthly from 2000-2013 for many cities. Using aggregated annual data by region instead of disaggregated monthly data by city can obfuscate the correlation and reduce the likelihood of finding statistically significant relationships because there are substantially less observations.

---

[312] Ricchetti work product, at "USDA OOP I to IV.xlsx"; Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls.
[313] SMI. *SMI Price Announcements*. SMI-001675-731, at -1696, -1699, -1702, -1705, -1708, -1711, -1714, -1717, -1720, -1723, -1726, and -1729.
[314] Ricchetti work product, at "USDA OOP I to IV.xlsx"; Connor Initial Report, at ¶78, Tables 10 and 11.

D. It seems likely that Dr. Novakovic also believes Dr. Ricchetti's aggregated annual Class III and IV data is insufficient to support any conclusions, as he has stated: "Empirical analyses of over order prices really needs to be done with actual transaction prices if there is to be any hope of accuracy." [315] Unlike Dr. Ricchetti's investigation, my analysis does analyze DFA's "Class Premiums for Billing," which I understand to be the OOPs actually billed to customers. Defendants' experts have provided no evidence that this data is unrepresentative of OOPs actually paid by customers.

E. Although I have not been provided Class III and IV OOPs from the Defendants for other regions, I demonstrate in Section III.D of this Report that monthly Class I OOPs from the USDA are usually positively correlated nationwide, especially between the Southeastern cities and Pittsburgh. This is important because Defendant LOL's closest plant to the Southeast was apparently located in Pennsylvania.[316] The Class I USDA OOP that I use does not suffer from the same flaws as Dr. Ricchetti's Class II and III data because it is generally similar, though not always equal, to the DFA OOP data in the relevant regions.

116. Similarly, Dr. Ricchetti relies only on this flawed data to report that "on average, over 98 percent of Class IV milk in Order 30, and about 17 percent of Class IV milk in Order 33, had an OOP of zero dollars from 2004 – 2012."[317] Again, this conclusion is unreliable when one

[315] Novakovic Report, at p. 31.
[316] Connor Deposition, at 243:19-244:16.
[317] Ricchetti Report, at ¶134.

simply compares the DFA and LOL OOP data provided in discovery to the data that Dr. Ricchetti relies on. For example, Dr. Ricchetti's data reports an average annual Class IV OOP of $0/cwt in Florida in 2011 and 2012, and an average annual Class III OOP of $0/cwt in Florida during 2012.[318] Conversely, the SMI data reports Class III and IV OOPs around $1.11/cwt during this same time,[319] and Dr. Ricchetti also graphs non-zero Class III and IV OOPs elsewhere in his report for Florida (FMMO Order 6).[320] By mathematical definition, if the SMI Class III and IV OOPs in Florida are significantly above zero, the "average" OOPs that Dr. Ricchetti purports to rely on *cannot be $0/cwt*, regardless of what other cooperatives in the area are charging. Again, any of Dr. Ricchetti's conclusions that are based on this data should be entirely rejected.

117. For the reasons described in the paragraphs above, Dr. Ricchetti's arguments and analyses do not undermine my overall conclusions surrounding spatial integration and geographic arbitrage, which support the notion that OOPs were raised nationwide. The agricultural economists Fackler and Goodwin define spatial market integration as "a measure of the degree to which demand and supply shocks arising in one region are transmitted to another region."[321] The authors go on to explain that:

> *It is not necessary for two regions to be direct trading partners for a high degree of integration to be present. What is important is that the regions are part of a common trading network. Price shocks may therefore be transmitted indirectly through the network via the trading linkages that connect the regions.*

[318] Ricchetti work product, at "USDA OOP I to IV.xlsx."
[319] For example, see: SMI. *SMI Price Announcements*. SMI-007373-7384, at -7373 and -7374.
[320] Ricchetti Report, at p. 97, Exhibit 26 and p. 100, Exhibit 29.
[321] Fackler, Paul L. and Barry K. Goodwin. "Spatial Price Analysis." Chapter 17 in *Handbook of Spatial Price Analysis, Vol. 1*. Edited B. Gardner and G. Rausser, 2001, at pp. 977-979.

118. The fact that Winn-Dixie imported some Class III and IV finished products from other regions supports the economic theory of spatial integration. Winn-Dixie could have purchased Class III and IV products locally as well, meaning that these markets are spatially integrated. Thus, the local DFA OOPs used in my analysis (and the corresponding increase in these OOPs due to the CWT HRP) provide a reasonable indication of OOP elevation in these products.

119. Finally, Dr. Ricchetti incorrectly re-runs my model while excluding the period after 2010 to support his claim that my Class III and IV overcharges are unreliable.[322] This approach is not supported by any theory or facts in the record. On the contrary, it is important to include the period after 2010 because of the inherently lagged effects from the large herd reductions in 2009. Dr. Novakovic agreed in his deposition that there are lagged effects from culling cows, because those cows will have calves, and those calves that are female will also have calves.[323] It is also important to note that Dr. Ricchetti still finds that the CWT HRP increases Class III and IV OOPs, even when running my model while excluding the period after 2010. In fact, all he has shown is that the effect is not statistically significant after reducing the sample size by inappropriately excluding a relevant time period. It is well known that reducing sample size reduces the likelihood of finding statistically significant effects, which is why economists generally conclude that more data is better than less. Standard textbooks note that economists "usually seek out the largest available sample size to ensure that the difference between the sample size and the number of parameters being estimated (this difference is the degrees of

[322] Ricchetti Report, at ¶138 and p. 78, Exhibit 23.
[323] Novakovic Deposition, at 248:8-249:8.

freedom) is as large as possible, since the variances of their estimates are usually smaller the larger is the degrees of freedom."[324]

### *B. Pass-Through Analysis is Not Required*

120. Dr. Ricchetti also incorrectly criticizes me for not separately estimating pass-through rates to quantify the causal relationship between OOPs and the prices that Winn-Dixie paid for finished dairy products.[325] Although I am not a lawyer and offer no legal opinions in this case, it is my understanding that pass-through analysis is not legally required because Winn-Dixie is a direct purchaser of the dairy products from Defendants. Moreover, it is my understanding that at least some of the supply contracts between Winn Dixie and Defendants were "cost-plus" contracts that explicitly pass-through the market over-order premiums.[326]

121. Regardless, high pass-through rates are expected since basic economic theory predicts that market prices are the result of marginal costs in the short run, meaning that increases in costs (and OOPs) will be passed along to customers. Given that pass-through rates depend on demand elasticity (*i.e.*, how responsive demand is to prices), a high pass-through rate is expected in this case because demand is relatively unresponsive to price changes (*i.e.*, inelastic), as I discussed in my Initial Report.[327] Further, the Defendants have an obvious incentive in their own processing plants to pass-through OOPs that they themselves colluded to elevate. The theory of a high pass-through in this case is entirely consistent with academic

[324] Kennedy, Peter. *A Guide to Econometrics*. Fourth Edition. Cambridge, MA: The MIT Press, 1998, at p. 182.
[325] Ricchetti Report, at ¶¶145-149.
[326] For example, the contract between Winn-Dixie and Defendant SMI notes: "For all fluid milk Products sold under this Supply Agreement the cost of the milk will be based upon the following: (a) The applicable Federal Milk Marketing Order ("FMMO") price issued by USDA…plus any applicable zone adjustments (based on the distribution destination for such milk Products), over-order premiums (if accepted by other customers)…" (Winn Dixie. *Supply Contract*. April 30, 2008, WD1143_000195-0298, at -0279).
[327] Connor Initial Report, at ¶¶28 and 41-42.

studies, and Dr. Ricchetti himself acknowledges some of the "large academic literature which has found relatively high pass-through rates of 0.65 to 1 between the total raw milk price and wholesale and retail prices."[328]

122. Dr. Ricchetti also draws an artificial distinction between the pass-through rates of OOPs and the pass-through rates of regulated milk prices. He speculates: "Because the OOP and the total raw milk price can sometimes move in opposite directions due to the OOP responding to the regulated price, it is possible that an increase in OOPs can be accompanied by a decrease in the total raw milk price and a decrease in wholesale prices."[329] Dr. Ricchetti attempts to support this assertion by graphing SMI OOPs and the average prices of Class I products in his Exhibit 24, but the resulting illustration is too crude to be a meaningful analysis of pass-through. For example, it shows prices for only one plant during a small subset of the relevant period (May 2008 to August 2013) and the OOPs are presented without rBST and fuel surcharges, thereby obscuring the variation.[330]

123. Although OOPs can arise under contracts that are countercyclical so that when the blend price is high (or low), the OOP is low (or high), this *cannot work in reverse*, as Dr. Ricchetti suggests.[331] Dr. Ricchetti writes that "[B]ecause the OOP and the total raw milk price can sometimes move in opposite directions due to the OOP responding to the regulated price, it is possible that an increase in OOPs can be accompanied by a decrease in the total raw milk price and a decrease in wholesale prices."[332] He appears to imply that any overcharge in the OOP, can

---

[328] Ricchetti Report, at ¶149.
[329] Ricchetti Report, at ¶149.
[330] Ricchetti Report, at ¶¶148-149 and p. 82, Exhibit 24.
[331] Ricchetti Report, at ¶46 and ¶149.
[332] Ricchetti Report, at ¶149.

somehow be offset by a decrease in the blend price. But, this cannot happen, because the blend price is set by regulation. Thus, his argument on countercyclical OOPs is irrelevant to issues of pass-through.

124. Simply, the blend price is based on Class I-IV prices, which are themselves based on wholesale prices for butter, cheese, whey, and non-fat dry milk. If OOPs increase and drive those wholesale prices up then that will drive Class I-IV prices up and the blend price up. More simply – the blend price is regulated, based on formulas, and does not decrease when OOPs increase.

### *C. My Damage Base is Reliable*

125. Dr. Ricchetti offers a number of criticisms regarding the data treatment in my damage calculation and modeling, but never quantifies the effect that these criticisms have on the final damage estimate. In this section I demonstrate that my choices were reasonable, my damage base is reliable, and Dr. Ricchetti's collective criticisms are immaterial with regard to total damages.

126. First, Dr. Ricchetti points to "errors" in the Winn-Dixie purchase data and points to three products that are "listed as having been purchased form (sic) Land O'Lakes, when they clearly pertain to brands unaffiliated with LOL operations."[333] In response, I drop these observations from my analysis, and re-run my damages calculation. As shown in Table 23 below, damages remain at approximately $21.4 million and decline by less than $10,000 as a result of this adjustment.

[333] Ricchetti Report, at §6.4.5.

127. Second, Dr. Ricchetti argues that I have not accounted for "raw milk purchased by Defendants from third parties, which may carry no OOP."[334] In support, he cites a LOL executive declaration that LOL "always attempts to negotiate competitive milk prices from external suppliers and in some cases it is able to secure milk at the regulated minimum price without payment of a premium."[335] However, since my model measures overcharges based on actual data on market OOPs, there is no reason to adjust my damages. The Defendants also provide no data to support their argument and no indication of how often LOL manages to buy raw milk without paying an OOP. Thus, it would be speculative to make any adjustment to my damage calculation based on this criticism.

128. Third, Dr. Ricchetti argues that my conversion ratios do not consider the nuances of finished dairy products.[336] While there is naturally a limit to the precision of any conversion rate used, my conversion rates are generally reliable and were obtained directly from the Wisconsin Milk Marketing Board, which is a nonprofit funded by dairy farmers themselves.[337] Again, Dr. Ricchetti has not quantified the effect of his criticisms on my damage calculation and instead provides a single illustrative example involving ice cream. However, he ignores the related dairy inputs that allow less milk to be used (*e.g.*, cream, butterfat, buttermilk powder, and whey powder), which are also impacted by the CWT HRP. Thus, any reduction of my damages based on this criticism is speculative. Even if his single illustrative example involving ice cream was correct, and all the other dairy products used in making ice cream were ignored, damages would

[334] Ricchetti Report, at §6.4.4.
[335] Ricchetti Report, at ¶156.
[336] Ricchetti Report, at ¶¶150-152.
[337] Connor Initial Report, at p. 64, Table 18, citing: Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milkfacts.

be reduced by less than 5% because the large majority of my estimated damages come from the pricing of Class I milk.

129. Fourth, Dr. Ricchetti argues that I do not account for products made from dairy products besides raw milk and suggests that dairy products besides raw milk typically carry no OOP.[338] Once again, Dr. Ricchetti does not quantify the effect of this criticism on my damage estimate and provides no data to back up his assertion. Instead, he merely writes "[t]his is not a trivial point" and argues that it affects 9.9% of the Class IV milk at issue.[339] However, even if his criticisms were valid, he fails to point out that Class IV milk accounts for only 5.7% of damages, meaning that even if I entirely removed the 9.9% of Class IV milk he identifies, then my damage estimate would be reduced by only about 0.6%. Again, his criticism is immaterial.

130. Fifth, Dr. Ricchetti argues that there are several errors in the DFA OOP data I use in my regression model.[340] Again, he does not quantify the effect of such data errors on my damage calculation. In fact, as shown by Table 23 below, if I re-run my model using Dr. Ricchetti's treatment of the DFA OOP data, then my damages actually increase slightly from approximately $21.4 million to approximately $21.8 million. Lastly, Dr. Ricchetti "augments" my DFA OOP data with SMI data from Florida. As explained in my Initial Report, it is inappropriate to use SMI data in my analysis because there is no pre-CWT benchmark period provided.[341] However, even if I were to accept Dr. Ricchetti's "augmented" data with the SMI supplement, damages would still be $21.7 million, as shown in Table 23 below, slightly higher than my original estimate.

---

[338] Ricchetti Report, at ¶153.
[339] Ricchetti Report, at ¶155.
[340] Ricchetti Report, at ¶124, fn. 161, and p. 102, Appendix D.
[341] Connor Initial Report, at p. 48, fn. 152.

*Table 23. Damages Summary under Various Data Treatments*

| | Original Model | Different Treatment for Winn-Dixie data | Different Treatment for DFA data | Adding SMI supplement |
|---|---|---|---|---|
| Class I | $ 18,569,334 | $ 18,567,628 | $ 18,988,270 | $ 18,775,596 |
| Class II | $ 1,406,215 | $ 1,398,259 | $ 1,436,501 | $ 1,491,774 |
| Class III | $ 165,271 | $ 165,273 | $ 158,186 | $ 169,038 |
| Class IV | $ 1,227,246 | $ 1,227,247 | $ 1,173,693 | $ 1,256,949 |
| **Total** | **$ 21,368,066** | **$ 21,358,407** | **$ 21,756,650** | **$ 21,693,357** |
| Increase (decrease) from Original Model | | $ (9,659) | $ 388,584 | $ 325,291 |

## VI. THE CWT HERD RETIREMENT PROGRAM HAD NO SIGNIFICANT PRO-COMPETITIVE BENEFITS

131. Dr. Ricchetti also incorrectly speculates that the CWT HRP "could be a more efficient means of managing supply than dumping raw milk or exporting finished dairy products," because the bid-based system could (theoretically) have "shifted production toward more efficient producers who were able to produce milk at a relatively lower cost."[342] Although Dr. Novakovic writes that "milk dumping and market reblending is rampant" and "dumping of raw milk is a consequence of oversupply that is not unusual,"[343] he is directly undermined by Defendant's own testimony noting "[y]ou gotta do something with [the milk]. You don't want to dump it on the ground."[344] More importantly, Dr. Ricchetti's argument is entirely speculative and ignores basic economic theory, which notes that the most efficient equilibrium between supply and demand will be reached in a highly competitive market, unobstructed by market

342 Ricchetti Report, at §7.
343 Novakovic Report, at p. 26, 51.
344 Deposition of John Wilson, January 8, 2015, at 39:5-6.

power and coordinated supply reductions such as the CWT HRP.[345] Moreover, in a free-market economy, basic economic theory deduces that any efficiency gains (which lower the marginal costs of production) ought to result in lower prices paid by customers. This was not the case with the CWT HRP, and Dr. Ricchetti provides no analysis to suggest that the CWT HRP *decreased* prices for customers. Dr. Ricchetti's position also ignores Mr. Wilson's testimony that "I don't believe DFA would say that it made anybody more efficient. It helped take surplus milk off the market, but that doesn't do anything to anyone's cost of production."[346]

132. Dr. Ricchetti's argument also ignores an important portion of a document he otherwise relies upon. For example, his theory is undermined by a report prepared for the International Dairy Foods Association, which notes:[347]

> *The payment from the CWT is theoretically the difference between what the cows are worth alive as milking cows and what the cows are worth at slaughter. But instead of being done on a per-cow basis, the difference between the slaughter value and the "replacement" value is divided by average production per cow and the bid is submitted as dollars per hundredweight of milk* ***to equalize bids from herds with above or below average production****. If the farmer's bid is accepted, he is required to send the* ***entire milking herd to slaughter*** *and he keeps the revenue from the slaughter house.*

133. Similarly, Dr. Ricchetti ignores the fact that productivity, and efficiency, vary *within* herds not just *across* herds. Thus, the fact that farmers whose bids were accepted must slaughter their entire herds meant that those farmers were forbidden from selling highly productive cows to another farmer (thereby raising the buyer's efficiency). As previously noted,

[345] There are exceptions to this general theory, for example with respect to environmental and social externalities, issues of imperfect information, or transaction costs, among others. However, Dr. Ricchetti has not addressed any of these potential caveats and provides no data or arguments to suggest that market imperfections required the CWT HRP to reach an efficient outcome.
[346] Deposition of John Wilson, January 8, 2015, at 89:3-7.
[347] Informa Economics, Inc. *An International Comparison of Milk Supply Control Programs and Their Impacts*. September 2010, LOL00005813-895, at -887 [emphasis added].

Dr. Novakovic also points out that when farmers normally liquidate their herds (outside of the CWT HRP), "it is typical that the better cows will be purchased by another farmer as an addition or replacement for a lower producing cow" and, "[a]s a general rule, an individual culling decision will result in an increase in average production per cow for the remaining herd, simply because farmers tend to cull low producing cows."[348] Thus, individual farmers are already well-positioned to increase efficiencies through the selective elimination of *individual cows*, not *entire herds*. If the CWT HRP, through its bidding mechanism or otherwise, was designed to increase the efficiency of supply, then it would have no requirement for farmers to eliminate the entire herd; instead, an efficient supply reduction system could have sought to facilitate the sale of cows from less efficient farmers to more efficient farmers, or it could have sought to eliminate the least efficient dairy cows across all farmers and allow farmers to retire only a portion of their herd.

134. Dr. Ricchetti's theory also ignores facts in the record. For example, the CWT HRP was designed in a manner to avoid culling inefficient, or sickly "hospital herds."[349] The CWT HRP had no low efficiency requirement for culled herds and provided no examination of the efficiency or profitability of the farmers because the culling decision was based simply on farmers' bids.[350] In addition, as explained in Section III.H of this Rebuttal Report, the bid-based system of the CWT HRP explicitly prevented the lowest nationwide bids from being accepted because of the regional safeguards, meaning that some farmers submitting lower bids would not

[348] Novakovic Report, at pp. 47-48.
[349] National Milk Producers Federation. *CWT Committee Meeting Minutes*. June 13, 2005, NMPF0025995-26016, at -5998; Deposition of Joseph Wright, December 12, 2012, at 138:8-139:23.
[350] Deposition of John Wilson, January 8, 2015, at 90:8-16; Deposition of Edward Gallagher, May 6, 2015, at 19:23-20:3.

be accepted. Thus, even if the least efficient farmers submitted the lowest bids, the fact that the CWT HRP coordinated a nationwide supply reduction specifically avoided facilitating an exit for at least some of them.

135. Dr. Novakovic argues that, because of the downturn following the financial crisis of 2008, excess milk had to be disposed of somehow ("dumped or otherwise") and concludes that "[r]etiring supply to lessen dumping is substantially more efficient economically, and more environmentally sound, than waiting to see if a home can be found for the raw milk before it spoils."[351] However, this provides no justification for the CWT HRP, as the efficient outcome Dr. Novakovic describes can easily be reached through the unfettered free market. For example, in times of "excess supply" without the CWT HRP, prices will decrease and dairy cows will become less valuable. As a result, farmers will increase culling (thereby competitively and efficiently reducing supply) when the cow's value as beef exceeds its value as a milk producer. Thus, there is no need for the CWT HRP to prompt an additional supply reduction; instead, the supply reduction caused by the CWT HRP deviates from the efficient, competitive outcome. Lastly, any arguments surrounding excess supply because of the Great Recession entirely ignore the fact that the CWT HRP started in 2003.

136. Dr. Novakovic also writes that "one might argue that over order pricing is pro-competitive" because it allows for the more efficient allocation and transportation of milk to Class I handlers.[352] This comment is not relevant to the CWT HRP or to my analysis. I have not argued that the mere existence of OOPs is inherently anticompetitive or that they necessarily result in customer overcharges. Instead, as discussed throughout this Rebuttal Report and my

---

[351] Novakovic Report, at p. 51.
[352] Novakovic Report, at p. 47.

Initial Report, my analysis specifically measures and isolates the effect of the *increase* in OOPs due to the CWT HRP.

137. Defendants' experts also have provided no evidence that the CWT HRP increased price stabilization. In fact, Mr. Wilson of Defendant DFA testified that "[f]rankly, we still have that volatility today, and that's one of the reasons CWT wasn't particularly successful."[353] Mr. Kozak of Defendant NMPF similarly testified that farmers faced price volatility even with the CWT HRP, noting that the CWT HRP "certainly didn't eliminate volatility" and merely speculating that it "may have modified the volatility."[354] Dr. Stammer of Defendant Agrimark admitted that Agrimark did not perform its own analysis surrounding price stability, so "it's very difficult to say" whether the CWT HRP actually increased price stability; he merely speculated that "[i]t may have had a little effect, it may have had some effect."[355] I am aware of no separate analysis by Defendants or their experts that attempts to measure changes in price volatility due to the CWT HRP. Thus, it would be entirely speculative to conclude that the CWT HRP had pro-competitive benefits in the form of price stabilization for farmers or customers.

138. In sum, my analysis demonstrates that the CWT HRP was anticompetitive because it coordinated an artificial supply reduction that increased OOPs paid by customers, including Plaintiff Winn Dixie.

## VII. CONCLUSION

139. Inasmuch as discovery in this case is not yet complete, I reserve the right to revise or supplement my opinions as additional information becomes available.

---

[353] Deposition of John Wilson, January 8, 2015, at 35:9-11.
[354] Deposition of Jerome Kozak, February 5, 2015, at 64:7-65:2.
[355] Deposition of Dr. Richard Stammer, January 30, 2015, at 39:14-41:5.

140. Exhibits to be used in support of the opinions stated in this Reply Report include all of the tables, graphics and information contained herein as well as the Exhibits cited in or accompanying this report. Additional demonstrative exhibits based upon this same information may be prepared for trial and used to support my opinions.

March 22, 2018

Respectfully submitted,

John M. Connor, Ph.D.

# Exhibit A

## Curriculum Vitae of
## John M. Connor, Ph.D.

OnPoint Analytics

John M. Connor, Ph.D.
Senior Consultant,
Emeritus Professor of Agricultural Economics,
Purdue University

Direct: (463) 221-1692
jconnor@purdue.edu

## PRINCIPAL APPOINTMENTS

Emeritus Professor of Agricultural Economics, Purdue University, July 1, 2011 to present.

Senior Fellow, American Antitrust Institute, Washington, DC, March 2009 to present.

Senior Consultant, OnPoint Analytics, Emeryville, CA, January 2014-present.

Director, LECG LLC, May 2008 to March 2011. [LECG was one of the three largest economic consulting firms in the world]

Board of Advisers, American Antitrust Institute, Washington, DC, July 2003-present (the 6th economist selected).

Visiting Professor, Nationalekonomiska Institutionen, Åbo Akademi University, Åbo (Turku), Finland, 1994.

Adjunct Professor, Instituto Economica Agro-Alimentare, Università Cattolica del Sacro Cuore, Piacenza, Italy, June 1992 to present.

Professor, Department of Agricultural Economics, Purdue University, July 1989 to June 2011.

Associate Director, Purdue Center for Value Added Research, July 1987 to June 1991.

Assistant Head for Research, Department of Agricultural Economics, Purdue University, July 1985 to August 1988.

Associate Professor, Department of Agricultural Economics, Purdue University, West Lafayette, Indiana, May 1983 to June 1989.

Head, Food Manufacturing Research Section, Economic Research Service, U.S. Department of Agriculture, April 1979 to May 1983.

Adjunct Assistant Professor, Department of Agricultural Economics, University of Wisconsin at Madison, June 1976 to July 1979.Agricultural Economist, Economic Research Service, United States Department of Agriculture, March 1976 to May 1983.

Research Assistant, Department of Agricultural Economics, University of Wisconsin at Madison, January 1972-February 1976.

Research Assistant, Department of Food and Resource Economics, University of Florida, 1969-1971.

Volunteer, United States Peace Corps, service as a mathematics teacher in Nigeria and Uganda, September 1965 to December 1968.

## ACADEMIC BACKGROUND

Ph.D., University of Wisconsin at Madison, 1976 (Agricultural Economics)

M.S., University of Wisconsin at Madison, 1974 (Agricultural Economics)

M.A.M.R.D., University of Florida, 1974 (Agricultural Economics)

A.B., Boston College, 1965 *cum laude* (Mathematics)

## RESEARCH EXPERIENCE

Research prior to 1996 focused on the market structures and performance of food industries; since 1996 specialized in empirical cartel studies and assessing the effectiveness of anti-cartel policies and enforcement.

Consultant, National Cattlemen's Association. Co-authored a report on changing structure of the beef packing industry and packer procurement methods, January 1989-October 1989.

Senior Economist for Research Triangle Institute (North Carolina) project *Economic Cost/Benefit Studies of Cosmetic and Food Safety Issues.* The purpose of the project was to support the Economic Staff of the Center for Food Safety and Applied Nutrition (CFSAN) of the U.S. Food and Drug Administration (FDA). CFSAN is responsible for economic impact analyses of present or proposed FDA regulatory actions affecting cosmetic or food safety. This research project dealt with the industry and social costs of mandatory food labeling regulations, which were later adopted by the FCA. October 1987 to September 1993.

Consultant for the Office of Technology Assessment, U.S. Congress. Produced a report, part of the OTA's Economic Transition Project, on the economic interrelationships of market structure to the adoption and generation of significant new food-processing technologies, 1984-85.

Consultant for the Directorate for Food, Agriculture, and Fisheries of the Organization for Economic Cooperation and Development. Aided in planning and prepared key papers for an international symposium on "Structural Adjustment of the Food Industries," held in Paris, 1982. Consultant, United Nations' Center on Transnational Corporations for its report, *Transnational Corporations in Food Processing Industries of Developing Countries,* 1978-80.

Consultant, U.S. Senate Select Committee on Nutrition and Human Needs. Provided original analysis and criticisms for a proposed staff report, *Guidelines for Food Purchasing in the United States* (printed May 1978), 1977-78.

Consultant, Subcommittee on Multinational Corporations, U.S. Senate Committee on Foreign Relations. Duties included a statistical analysis of a large-scale questionnaire sent to Fortune 500 companies and collaborating on a report to the Subcommittee, June 1974 to 1976.

Consultant for law firms in the United States and abroad, the National Association of Attorneys General, the U.S. Federal Trade Commission, the U.S. Department of Justice, and non-U.S. antitrust authorities on matters involving allegations of price-fixing, corporate financial performance, trademark infringement, tax liability, mergers, damage assessments, and product liability issues in the food, beverage, and tobacco; food and feed ingredient; grocery distribution industries; and several manufacturing industries. Advisor for publishers assessing proposed textbooks.

## TEACHING EXPERIENCE

Taught AGEC 506, "Agricultural Marketing and Price Analysis", annually to M.S. candidates. AGEC 506 covers derived demand, marketing margins, elasticities, modeling and estimating supply and demand relationships, economic forecasting techniques, empirical studies of the structure, conduct and performance of the food processing and distribution industries, vertical coordination and pricing systems in agricultural subsectors, and issues in food marketing regulation, 1983 to 1997.

Teach AGEC 622, "Food System Organization and Policy", biannually to Ph.D. students. AGEC 622 covers advanced concepts in industrial organization economics, empirical research on the food industries, and the role of economic theory and research in the formulation and enforcement of public policies that affect industry performance, 1985 to present.

Taught AGEC 305, a junior-senior level course in econometrics and price analysis, 1998-2000 and 2010.

Teach AGEC 596I (now AGEC 526), a case-studies agribusiness course, "International food and Agribusiness Marketing," annually 1999-2001 and 2005-2010.

Taught segments of AGEC 692 "Workshop in Applied Economics," 2000-2010.

Taught "International Selling of Branded Food Products" at the European Union's Advanced Mediterranean Institute of Agronomy, Zaragoza, Spain, February-March 1996, 1998, and 2000.

Taught AGEC 622-equivalent to M.S. students, Åbo Akademi University, Finland, fall 1994 and to graduate students and junior faculty of the Institute of Agro-Food Economics of the Catholic University of the Sacred Heart, Cremona, Italy, June 1992 to June 2000.

Taught AGEC 320, a junior-level course in agricultural marketing, spring 1991.
Developed a new course and first taught "Forensic Economics," AGEC 596F, spring 2004-2010.

## ADMINISTRATIVE EXPERIENCE

Associate Director, Purdue Center for Value Added Research. Duties include encouraging submission, selection, and monitoring of research awards of about $200,000 per year, 1987-1991.

Assistant Head for Research, Department of Agricultural Economics, Purdue University. Responsible for coordinating research in a department with about 40 faculty members with significant research appointments and 80 to 95 resident graduate students. Duties included: alerting the staff to Requests for Proposals; persuading them to respond; reviewing outgoing proposals; supervising and editing annual reports of research progress; recruitment of graduate students; selection of research assistants supported by departmental funds; assignment of RAs to their major advisors; forming committees to choose the best departmental theses; nominating faculty work for national research awards; counseling graduate students and faculty; making recommendations to the Department Head on annual salary changes, July 1985 to August 1988.

Head, Food Manufacturing Research Section, ERS-USDA. Supervised 4 to 6 professional research economists and support personnel. Duties included annual budget review; recruitment of new professionals; development of annual research plans; performance evaluations of staff; manuscript clearance; monitoring USDA-university contracts; responding to requests from the public, the press and other government officials; and policy analysis, 1979- May 1983.

## HONORS AND AWARDS

A.B., Boston College, *cum laude*, 1965.

Boston College Presidential Scholarship, 1961-65.

Omicron Delta Epsilon, national honorary economics fraternity, 1979-present.

Distinguished Policy Contribution Award, Agricultural and Applied Economics Association (one of several leaders of Regional Research Project NC-117, The Organization and Performance of U.S. Food Systems"), 1980.

Quality of Communication Award (Honorable Mention), Agricultural and Applied Economics Association, (with others), 1980.

Quality of Communication Award, Agricultural and Applied Economics Association, (for *The Food Manufacturing Industries,* with three co-authors), 1985.

Member, Sigma Xi, national scientific honorary society, 1986 - 1990.

Chairperson, North Central Regional Research Project NCT-149, "Organization and Performance of World Food Systems," 1986-1988. (Predecessor of NC-194, see below)
Vice President, Purdue Chapter, American Association of University Professors, 1987-88.

Major Professor for four Ph.D. dissertations that won the Department's "Best Dissertation" award:

- Warren P. Preston (1987)
- Thomas V. Greer (1992)
- Felipe De Almeida Cabral Pinto Ravara (1994)
- Yuliya Bolotova (2006)

President, Purdue Chapter, AAUP, 1988-90.

Chairperson, North Central Regional Research Project NC-194, "Organization and Performance of World Food Systems," 1988-1993.

Elected Regional Representative, National Council of the AAUP, 1991-1992.

Committee Member, Purdue University M.S. Thesis by Filipe Ravara, AAEA national award for "Best Thesis" (one of three awarded in 1991).

Distinguished Extension Program Award, Agricultural and Applied Economics Association, (with others), 1993.

Citations in:

- *Who's Who in America,* beginning 54th Edition (2000-2001) to present
- *Who's Who in Finance and Industry,* beginning 27th Edition (1992-1993)
- *Who's Who in the Midwest* beginning 23rd edition (1992-1993)
- *Who's Who in the World,* beginning 11th edition (1992)
- *Who's Who in American Education,* beginning 4th edition (1994-1995)
- *Who's Who Registry of Global Business Leaders* beginning July 1993
- *Who's Who in Science and Engineering,* beginning 2nd edition (1994-95)

"Little Nobel" Prize of Economics, from Metadosis, Finnish Students' Economics Society, awarded December 17, 1994, Turku, Finland.

Distinguished Extension Program Award, Agricultural and Applied Economics Association, 1999 (with others).

Distinguished Research Award, National Science Council, Taiwan, Ph.D. Dissertation of Chih-ching Yu, J.M. Connor supervisor (June 2000).

Quality of Communication Award, Agricultural and Applied Economics Association, (sole recipient, one award given nationally). [for *Global Price Fixing: First Edition*], July 2002.

Winner, Writing Award for Best Antitrust Publication of 2002 (*Global Price Fixing: First Edition*), sponsored by the Jerry S. Cohen Charitable Trust, presented at the annual meeting of the American Antitrust Institute, Washington, DC, June 24, 2003 ($8200 cash award).

Advisor, American Antitrust Institute, 2004-present.

Quality of Research Discovery Award, Agricultural and Applied Economics Association, Purdue University's Department of Agricultural Economics' nomination for 2006.

Honorable Mention for the Jerry S. Cohen Charitable Trust's award for the best antitrust publication of 2006 (for John M. Connor and Robert H. Lande, "How High Do Cartels Raise Prices?" *Tulane Law Review* (2005)), June 2007.

Lead role in "Fair Play in the Marketplace," a film produced by the American Antitrust Institute and Filmmakers Collaborative; awarded a 2007 Silver Telly Award and the 2007 CINE Golden Eagle.[1]

Foreign Affiliate of the Centre for Industrial Economics, University of Copenhagen, Denmark [http://www.econ.ku.dk/cie/], one of about 15 appointed September 2007-present.

Senior Fellow, American Antitrust Institute, 2009-present.

Fellow, Agricultural and Applied Economics Association, 2009-present.

Hungarian Society of Hunters, inducted November 2011.

Winner, Best Academic Anticompetitive Practices Article -- 2012 Antitrust Writing Awards, sponsored by the Institute of Competition Law and George Washington University Law School, presented at the Awards Banquet, Jefferson Hotel, Washington, DC, March 27, 2012.[2]

Semi-Finalist, Best Academic Anticompetitive Practices Article -- 2013 Antitrust Writing Awards, sponsored by the Institute of Competition Law and George Washington University Law School, presented at the Awards Banquet, Jefferson Hotel, Washington, DC, March 10, 2013.[3]

Winner, Writing Award for Best Antitrust Publication of 2012, sponsored by the Jerry S. Cohen Memorial Charitable Trust (for Cartels as Rational Business Strategy: Crime Pays. *Cardozo Law Review* Vol. 34 Issue 2 (December 2012): 428-491. [co-authored with Robert H. Lande]. Presented at the annual meeting of the American Antitrust Institute, Washington, DC, June 12, 2013 ($4000 cash award).

Recipient, Alfred E. Kahn Research Award for Antitrust Achievement, the highest award of the American Antitrust Institute. By vote of the Directors, awarded June 19, 2014, at the National Press Club in Washington, DC.[4] The Award's statement says that "Connor is the world's leading cartel researcher." [http://www.antitrustinstitute.org/content/aai-award-john-m-connor-annual-achievement-award-cartel-research]

---

[1] The Golden Eagle recognizes excellence in documentary production. Past recipients of CINE Golden Eagles include Steven Spielberg, George Lucas, Ken Burns, Martin Scorsese, Mike Nichols, Robert Altman, Spike Lee, and Mel Brooks.
[2] The Institute is headquartered in Paris, France (http://www.concurrences.com/?lang=en) and is one of five academic writing awards given in 2012 (http://awards.concurrences.com/What-are-the-Antitrust-Writing). About 100 articles were nominated, and, after voting online, winnowed to ten finalists by a jury of 20 European and U.S. antitrust experts (mostly professors of law) and editors of *Concurrences*.
[3] The Institute is headquartered in Paris, France (http://www.concurrences.com/?lang=en) and is one of five academic writing awards given in 2013 (http://awards.concurrences.com/article/what-are-the-antitrust-writing). About 100 articles were nominated, and, after voting online, winnowed to ten finalists by a jury of 20 European and U.S. antitrust experts (mostly professors of law) and editors of *Concurrences*.
[4] Connor was the 15th recipient and the 5th economist to be so recognized.

# RECOGNITIONS

Research Assistantships, 1969-76, Universities of Florida and Wisconsin.

Reviewer (1977-present) for 32 academic journals:

*American Journal of Agricultural Economics*
*Land Economics*
*Journal of Developing Areas*
*North Central Journal of Agricultural Economics*
*National Food Review*
*Review of Industrial Organization*
*Agribusiness: An International Journal*
*Western Journal of Agricultural Economics*
*Journal of Industrial Economics*
*Canadian Journal of Agricultural Economics*
*Journal of Agribusiness*
*Journal of Agricultural Cooperation*
*Journal of Business and Economics Statistics*
*Journal of Cooperatives*
*Choices*
*Review of Agricultural Economics*
*Journal of Agricultural Economics*
*International Journal of Industrial Organization*
*Journal of Economic Education*
*Economics Letters*
*Applied Economics Letters*
*Journal of Agriculture and Food Industrial Organization*
*The Berkley Electronic Press Journal of Economic Analysis & Policy*
*World Competition*
*Economic Inquiry*
*Southern Economic Journal*
*International Review of Law and Economics*
*Agricultural Economics*
*European Journal of Law and Economics*
*Canadian Journal of Economics*
*International Journal of Economics and Business*
*Journal of Competition Law and Economics*

Delegate for the U.S. Department of Agriculture, IUFoST/OECD Symposium, Espoo, Finland, September 1981.

Member, Board of Editors, *Review of Industrial Organization,* 1983-1989.

Member, Office of Technology Assessment, U.S. Congress, Task Force on Postharvest Food Technologies, 1983-84.

Elected Department representative, Agenda and Policy Committee, College of Agriculture, Purdue University, 1984-1989.

Senator, Purdue University Senate, elected Department representative, 1987-1990 and 2002-2005.

External expert reviewer for academic tenure and promotion decisions:
Department of Agricultural Economics, Cornell University, 1987 and 1988;
Dept. of Agricultural Economics, University of Massachusetts, 1988, 1990 and 1993;
Department of Economics, University of Missouri at St. Louis, 1990, 1992;
Faculty of Agriculture, University of Helsinki, Finland, 1996;
Christian-Albrechts University, Kiel, Germany, 2003;
Catholic University of Leuven, Belgium, 2006;
Dept. of Applied Economics, Cornell University, Ithaca, New York, 2009;
University of Michigan, 2009.

Proposal reviewer, National Academy of Sciences, National Research Council, Board on Science and Technology for International Development, November 1987.

Elected Member, Nominating Committee, Purdue University Senate, 1988-90.

Elected Member, President's ad hoc Advisory Committee on Faculty Governance, 1989-90.

Elected Member at Large, Executive Council, Indiana Conference of the AAUP, 1990-93.

Nominated by Department of Agricultural Economics for School of Agriculture Research Award, 1989 and 1990.

Member, U.S. Delegation representing the Foreign Agricultural Service, U.S. Dept. of State, to investigate and report on the food processing industries of the USSR, July 1990.

Elected, Regional Representative to the National Executive Council of the AAUP, 1991-1992.

Panel Member, CSRS-USDA National Research Initiatives Grants Program, 1993.

Nominated, National Secretary-Treasurer, American Association of University Professors, September 1993.

Member, Food Forum, advisory committee for the Food and Nutrition Board, Institute of Medicine, National Academy of Sciences, 1994-1998.

Elected Member, University Promotions Committee, Purdue University, 1996-2000.

Elected Member, Faculty Censure and Dismissals Committee, Purdue University, 1997-2000.

Board of Editors, *Agribusiness: an International Journal,* 1998-2007.

Elected member, Executive Committee, Northeast Project NE-165, 1998-2002.

Organizer, "Forensic Economics in Action," a competitively selected session of five papers at the annual meeting of the Allied Social Sciences Association, co-sponsored by the Industrial Organization Society and the American Association of Agricultural Economics, New York City, January 5, 1999.

Member, Subcommittee on Corporate Funding and Academic Freedom, Committee A on Academic Freedom, American Association of University Professors, 1999, 2004, 2005.

Guest Editor, *Review of Industrial Organization,* Vol. 18 (2001).

Vice Chair, Board of Architectural Review, Austin Oaks Neighborhood Association, Zionsville, Indiana, 2002- present.

Organizer, competitively selected four-paper session on International Cartels, International Industrial Organization Conference, Boston, April, 2003

Member and presenter, Remedies Forum, Antitrust Section Spring Meeting, American Bar Association, Washington, DC, April 2, 2003.

Member, the DeSilver Society, American Civil Liberties Union, Sept. 2005-present.

Panel Member, Center for State Enforcement of Antitrust and Consumer Protection Laws, (nonprofit organization, New York, NY). One of five economists selected nationwide to respond to requests from State Attorneys General for expert advice on antitrust matters, January 2006- June 2008.

Director (one of three), Storm Water Utility Board, Town of Zionsville, Indiana, December 2010-May 2013. The SWUB is a federal- and State-mandated municipal regulatory authority that sets user fees, hears appeals, assesses penalties, and oversees the Town Utility and Stormwater Department.

Advisor, Competition Advocacy Working Group, International Competition Network (a "virtual network" of 110 of national and multinational competition authorities; see http://www.internationalcompetitionnetwork.org/uploads/library/doc608.pdf), September 2011-present.

Press Interviews by journalists with the following news organizations:

*The Wall Street Journal*
*The New York Times*
*The International Herald Tribune*
*Bloomberg News Service*
*American Lawyer*
*Business Week*
*CNN International*
*La Tribune (France)*
*Reuters*
*Corporate Crime Reporter*
*Economic Times (of India)*
*NutraIngredients-USA.com*

*Business Day (South Africa)*
*The Star (South Africa)*
*Chronicle of Higher Education*
*Competition Policy International*

## PROFESSIONAL SERVICE

Member, Distinguished Policy Contributions Awards Committee, AAEA, 1980-83.

Chair, Distinguished Policy Contributions Awards Committee, AAEA, 1981-83.

Member, Graduate Policy Committee, Department of Agricultural Economics, 1983-present.

Reviewer, Selected Papers Committee, AAEA, 1984-86, 1996-1997, 1999-2001.

Member, Graduate Committee, Department of Agricultural Economics, 1984-85 and 1989-1992.

Chair, Market Structure Subcommittee, Selected Papers Committee, AAEA, 1985.

Member, Food Processing Subcommittee, Strategic Agricultural Plan Committee, State of Indiana, 1985.

Assistant Head of Department for Research, Agricultural Economics, Purdue University, 1985-1988.

Member, M.S. and Ph. D. Award of Recognition Selection Committees, Department of Agricultural Economics, every two or three years, 1984-2005.

Member, Quality of Research Discovery Award Subcommittee, AAEA, 1985-88.

Member, Executive Council, Purdue Chapter, American Association of University Professors (AAUP), 1986-1992.

Elected Department representative, Purdue School of Agriculture Agenda and Policy Committee, 1985-88.

Chair, Purdue School of Agriculture Agenda and Policy Committee, 1987-88.

Chair, Quality of Research Discovery Award Subcommittee, AAEA, 1988-89.
Member, Selection Committee, University Fellowships, School of Agriculture, 1989.

Chair, Ph.D. Dissertation Selection Committee, Department of Agricultural Economics, 1990.

Chair, Marketing Committee, quinquennial external Departmental review, 1991-1992 (wrote report).

Member, Purdue University, Krannert Library Committee, 1990 to 1994.

Member, Department Art Committee, late 1990s.

Chair, Marketing Committee, quinquennial external Departmental review, 1996-1997 (wrote report).

Member, AAEA Quality of Communications Award, Selection Committee, 2002-05.

Member, Antitrust Section, American Bar Association, 2002-present.

Member, Chair, Department Retirement Committee, 2001-2004

Member, Department Name Committee, 2004-2005

Chair, Department Seminar Committee, 2004-2005

Member, Purdue University Censure and Dismissal Committee, May 2007- May 2010.

Member, Department Outstanding Ph.D. Dissertation Committee, 2007-08.

Founding Member, John Sherman Society, American Antitrust Institute, 2008.

Owner (Founder), LinkedIn "Cartel Studies" Group, January 2009-present. Membership reached 1200 in 2016.

Appointed by the U. S. Department of Justice, United States Representative, International Competition Network's Cartel Working Group, December 2013 to present.

## MEMBERSHIPS (1972-2017)

Agricultural and Applied Economics Association, 1972-2011
American Economic Association
Industrial Organization Society
European Association for Research in Industrial Economics
American Bar Association
American Antitrust Institute
International Association of Agricultural Economists
Royal Economic Society (United Kingdom)
Association internationale d'économie alimentaire et agro-industrielle

## PUBLICATIONS[5]

### ***BOOKS AND MONOGRAPHS***

*A Quantitative Analysis of the Market Power of U.S. Multinational Corporations in Brazil and Mexico: Ph.D. Dissertation.* Madison, Wisconsin: University of Wisconsin (1976). [Directed by Willard F. Mueller].

[5] If not indicated otherwise [in square brackets], solely authored by J. M. Connor.

*Multinational Corporations in Brazil and Mexico: Structural Sources of Economic and Noneconomic Power,* a report to the Subcommittee on Multinational Corporations of the U.S. Senate Committee on Foreign Relations (April 1975), 212 pp., [with Richard S. Newfarmer and Willard F. Mueller].

*The Market Power of Multinationals: A Quantitative Analysis of U.S. Corporations in Brazil and Mexico.* New York: Praeger Publishers, Inc. (1977), 309 + xxiv pp., (1,500 copies printed).

*Market Power and Profitability of Multinational Corporations in Brazil and Mexico,* a report to the Subcommittee on Foreign Economic Policy of the U.S. Senate Committee on Foreign Relations (April 1977), 136 pp., [with Willard F. Mueller].

*The U.S. Food and Tobacco Manufacturing Industries: Market Structure, Structural Change, and Economic Performance: Agric. Econ. Report No. 451.* Washington, DC: USDA (1980), 116 pp. (Translated into Japanese by the Japan Agricultural Policy Organization.)

*Structural Adjustment of the Food Industries of the United States,* ERS Staff Report No. AGES820723. Washington, DC: ERS-USDA (July 1982), 155 pp.

*Advertising and the Food System: Symposium Proceedings,* NC-117 Monograph No. 14. Madison, WI: University of Wisconsin (September 1983), 501 + ix pp., [with Ronald W. Ward (eds.)]

*The Food Manufacturing Industries: Structure, Strategies, Performance and Policies.* Lexington, MA: Lexington Books (1985), 472 + xxii pp. (Annotated in *Journal of Economic Literature* 23 (June 1986):719-20). (Translated into Japanese and Spanish.) (about 3,000 copies printed), [with Richard T. Rogers, Bruce W. Marion, and Willard F. Mueller].

*Trends in Indiana's Food and Agricultural Industries, 1963- 1982,* Research Bulletin No. 986. West Lafayette, IN: Purdue University (February 1987), 123 pp.

*Food Processing: An Industrial Powerhouse in Transition.* Lexington, MA: Lexington Books, D.C. Heath Co. (1988), 463 + xxvi pp., (nearly 10,000 copies printed).

*Employment, Output, and Growth of Food Processing in the Fifty States, 1963-1995,* Station Bulletin No. 542. West Lafayette, IN: Agricultural Experiment Station, Purdue University (December 1988), 231 pp, [with S.K. Choi].

*Food Processing: An Industrial Powerhouse in Transition,* Second Revised Edition. New York: John Wiley & Sons (1997), 670 + vii pp. [in print through 2007] [with William Schiek].

*The Economic Geography of Food Processing in the Fifty States 1963-2002, Bulletin 750.* West Lafayette, IN: Agricultural Research Station, Purdue University (April 1997) [Christopher J. Barfels author, John M. Connor supervisor]

*Concentration and Mergers in the U.S. Grocery Wholesaling Industry, Research Bulletin No. 994.* West Lafayette, IN: Agricultural Research Station, Purdue University (December 1999), 103 pages. [monograph with multiple peer reviews, some outside of Purdue]

*Global Price Fixing: "Our Customers Are the Enemy": Studies in Industrial Organization No. 24.* Boston: Kluwer Academic (2001), 598 +xxi pp. [in print through 2007]

*Brief Amici Curiae No. 03-724 in the Supreme Court of the United States, F. Hoffmann-LaRoche et al. v. Empagran et al.* (March 15, 2004). [John M. Connor principal author with 9 others] [available at http://supreme.lp.findlaw.com/supreme_court/briefs/03-724/03-724.mer.ami.lawecon.pdf]

*Global Price Fixing: 2nd Updated and Revised Edition: Studies in Industrial Organization No. 26*. Berlin and Heidelberg, Germany: Springer Verlag (Copyright 2007, released December 2006), 503 + xxv pp. [reviewed *Journal of Economic Literature* 47 (June 2009): 527-529]

*Global Price Fixing: Paperback 2nd Edition.* Berlin and Heidelberg, Germany: Springer Verlag (April 2008), 503 + xxv pp. [http://www.springer.com/economics/industrial+organization/book/978-3-540-34217-5]

*Global Price Fixing: Kindle Edition.* Berlin and Heidelberg, Germany: Springer Verlag (2009), 503 + xxv pp. [http://www.amazon.com/Global-Price-Fixing/dp/B001CN7B38/ref=ed_oe_o]

***REFEREED JOURNAL ARTICLES***

Manufacturing Denationalization and Market Structure: Brazil, Mexico, and the United States, *Industrial Organization Review* 6 (June 1978) [with Willard F. Mueller].

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries, *American Journal of Agricultural Economics* 61 (November 1979): 626-39. [with Russell C. Parker].

Advertising, Promotion, and Competition: A Survey with Special Reference to Food, *Agricultural Economics Research* 33 (January 1981): 19-27.

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries: Reply, *American Journal of Agricultural Economics* 63 (May 1981): 293-97 [with Russell C. Parker].

Food Product Proliferation: A Market Structure Analysis, *American Journal of Agricultural Economics* 63 (November 1981): 607-17.

Market Structure and Performance of U.S. Multinationals in Brazil and Mexico, *Journal of Development Studies* 18 (April 1982): 329-53. [with Willard F. Mueller].

The Regulation of Advertising, *Agricultural Economics Research* 35 (January 1983): 35-43.

Determinants of Foreign Investment by Food Manufacturers, *American Journal of Agricultural Economics* 65(May 1983): 395-404. (Translated into Japanese and published in 1987 in *Nobiyuku Shokuhin* 77: 5-15, the journal of the Japan Agricultural Policy Research Committee.)

Review of *Multinational Enterprise and Economic Analysis* by Richard E. Caves, *American Journal of Agricultural Economics* 66 (May 1984): 252-53.

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries: Second Reply, *American Journal of Agricultural Economics* 66 (November 1984): 524-28 [with Russell C. Parker].

Economic Forces Shaping the U.S. Food Processing Industry, *American Journal of Agricultural Economics* 67(December 1985): 1136-42. (Reprinted and translated into Japanese by *Nobiyuku Nogyo,* (Growing Agriculture), the bimonthly journal of the Japan Agricultural Policy Research Committee, 1987) [with Dale M. Heien, Jean Kinsey, and Robert Wills].

The Intensity of Media and Other Selling Expenses in Food and Tobacco Manufacturing: Measurement, Determinants, and Impacts, *Agribusiness: An International Journal* 2 (1986): 294-319 [with Scott Weimer].

Discussion, at AAEA Invited Papers Session, Conceptualization of Research Problems in Agribusiness, *American Journal of Agricultural Economics* 70 (May 1988): 482-483.

Mergers in the Food Industry: Trends, Motives, and Policies, *Agribusiness: An International Journal* 4 (July 1988): 331-46 [with Frederick E. Geithman].

Mergers in the Food Industries, *Choices* 3 (Second Quarter 1988): 14-17 [with Frederick E. Geithman].

Economic Forces Influencing Value-Added Food Industries: Implications for Southern Agriculture, *Southern Journal of Agricultural Economics* (July 1989): 13-22 [with Ralph Christy].

Research Puzzles Arising from the Internationalization of U.S. Food Processors, *American Journal of Agricultural Economics* 71 (December 1989): 1255-58.

Discussion of Exports and Antitrust: Complements or Substitutes? *Review of Industrial Organization* 5 (Summer 1990): 53-57.

Empirical Challenges in Analyzing Market Performance in the U.S. Food Industries, *American Journal of Agricultural Economics* 72 (December 1990): 1219-1226. [Reprinted by the Agricultural Policy Research Committee, Japan].

Review of *Sunk Costs and Market Structure, American Journal of Agricultural Economics* 74 (May 1992): 513-515.

Market Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products, *The Journal of Industrial Economics* 60 (June 1992): 1-15 [with Everett Peterson].

An Economic Evaluation of Federal Antitrust Activity in the Manufacturing Industries: 1980-1985, *Antitrust Bulletin* 34 (Winter 1992): 969-996 [with Warren P. Preston].

North America as a Precursor of Food Expenditure Patterns in Western Europe, *European Review of Agricultural Economics* 21 (June 1994): 155-173.

Nouvelles estimations des pertes de bien-être et de surplus du consommateur dans l'industrie agro-alimentaire américaine, *Cahiers d'Economie et Sociologie Rurales* 32 (1994): 73-98 [with Everett B. Peterson].

A Comparison of Welfare Loss Estimates for U.S. Food Manufacturing, *American Journal of Agricultural Economics* 77 (May 1995): 300-308 [with Everett B. Peterson].

Concentration Change and Countervailing Power, *Review of Industrial Organization* 10 (1996): 473- 492 [with Richard T. Rogers and Vijay Bhagavan]. [http://www.springerlink.com/content/h301256175117128]

Consumer Welfare Loss Estimates in Differentiated Food Product Markets, *Review of Agricultural Economics* 18 (1996): 233-246, [with Everett B. Peterson].

A Comparison of Welfare Loss Estimates for U.S. Food Manufacturing: Reply. *American Journal of Agricultural Economics* 78 (August 1996): 710-711 [with Everett B. Peterson].

Did the Competitive Regime Switch in the 1980s? *American Journal of Agricultural Economics* 78 (December 1996): 1192-1197.

Market Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products; Reply, *Journal of Industrial Economics* 65 (June 1997): 225-226, [with Everett B. Peterson].

The Global Lysine Price-Fixing Conspiracy of 1992-1995, *Review of Agricultural Economics* 19 (Fall/Winter 1997): 158-174.

International Convergence of Antitrust Laws and Enforcement (I). *Antitrust Law and Economics Review,* 28 (1997):17-30.

International Convergence of Antitrust Laws and Enforcement (II). *Antitrust Law and Economics Review,* 28 (1997):73-94.

Economic Overview and Research Issues, *Agribusiness: An International Journal* 13, No. 2 (1997): 253-259.

The Global Citric Acid Conspiracy: Legal-Economic Lessons, *Agribusiness: An International Journal* 14 (1998): 435-452. [http://direct.bl.uk/bld/PlaceOrder.do?UIN=055434657&ETOC=RN&from=searchengine]

Grocery Market Pricing and the New Competitive Environment, *Journal of Retailing,* 74 (1998): 273-293 [with James K. Binkley]. [http://www.fearp.usp.br/fava/pdf/grocerymarket.pdf]

Lysine: A Case Study in International Price Fixing. *Choices* (Third Quarter 1998):13-19. [available 11/2008 at http://nationalaglawcenter.org/assets/bibarticles/connor_lysine.pdf]

Breakfast Cereals: The Extreme Industry, *Agribusiness: An International Journal* 15 (1999): 247-260.

Evolving Research on Price Competition in the Grocery Retailing Industry: An Appraisal, *Agricultural and Resource Economics Review* 28 (October 1999): 119-127.

Determinants of New Product Introductions in the U.S. Food Industry, *Applied Economics Letters* 7 (2000): 743-74, [with Roland Herrmann and Claudia Röder].

Are Structure-Performance Hypotheses of Competition Policy Valid? *Ifo Studien* 46:2 (2000) 177-196 [with Roland Herrmann and Claudia Röder].

Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995. *Review of Industrial Organization* 18 (2001): 5-21. [http://economix.fr/docs/713/Connor-RIO2001-lysine.pdf]

Asymmetry in Farm to Retail Price Transmission: Evidence from Brazil. *Agribusiness* 18 (2002): 37-48 [with Aguiar, Danilo R. D. et al.]

Retesting the Price-Concentration Relationship in Grocery Retailing, *Agribusiness* 18 (Autumn 2002): 413-426 [with Chih-ching Yu]. [http://direct.bl.uk/bld/PlaceOrder.do?UIN=122084425&ETOC=RN&from=searchengine]

Modeling Coupon Values for Ready-To-Eat Breakfast Cereals, *Agribusiness* 19, No. 2 (Spring 2003) 223-243 [with Gregory K. Price].

La mondialisation des delites en col blanc: les cartels agroalimentaires des annees 90 (The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s), *Revue d'Economie Rurale* (September-December 2003): 3-26. [in French].

Choosing the Best Competition Models for the Margarine Industry in the United States, *Journal of Agricultural Economics* 74 (December 2003): 1-22 [with Chih-ching Yu].

Global Antitrust Prosecutions of Modern International Cartels, *The J. of Industry, Competition, and Trade* 4 (September 2004): 239-267. [http://ageconsearch.umn.edu/bitstream/28610/1/sp04-15.pdf]

Market conduct in the US ready-to-eat cereal industry. *Journal of Agricultural & Food Industrial Organization* 2, no. 1 (2004). [with Jeffrey J. Reimer] [preprint available at http://ssrn.com/abstract=1242151]

Collusion and Price Dispersion, *Applied Economics Letters* 12 (May 2005): 335-338. [http://ageconsearch.umn.edu/bitstream/28639/1/sp04-14.pdf]

Food Multinational Enterprise Investment Strategies: An Option Theory Approach, *Research Management* 3 (Winter 2004-2005): 87-99 [with Roberto Vassolo and Filipe A. Ravara].

How High Do Cartels Raise Prices? Implications for Optimal Cartel Fines, *Tulane Law Review* 80 (December 2005): 513-570 [with Robert H. Lande]. [http://scholar.google.com/scholar?q=How+High+Do+Cartels+Raise+Prices&btnG=&hl=en&as_sdt=0%2C15]

Effectiveness of Sanctions on Modern International Cartels, *Journal of Industry, Competition, and Trade* 6 (2006): 195-223 [http://ssrn.com/abstract=988707 or http://dx.doi.org/10.2139/ssrn.988707]

The Great Global Price-Fixing Conspiracy: Sanctions and Deterrence. *Concurrences: Revue des droits de la concurrences* 4 (October 2006): 17-20. [http://www.antitrustinstitute.org/recent2/485.pdf and at http://ssrn.com/abstract=1103604]

Cartel Overcharges: Survey and Meta-Analysis, *International Journal of Industrial Organization* 24 (Nov. 2006): 1109-1137. [with Yuliya Bolotova]. [available at http://ssrn.com/abstract=788884]

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of Food-Industry Cartels, *Agribusiness: An International Journal* 23 (Winter 2006-2007):17-33. [with Yuliya Bolotova and Douglas J. Miller]. [https://www.agecon.purdue.edu/staff/connor/papers/BolotovaConnorMiller_Food_Industry_Cartels.pdf]

Price-Fixing Overcharges: Legal and Economic Evidence, Chapter 4, pp. 59-153 in John B. Kirkwood (editor), Volume 22 of *Research in Law and Economics.* Oxford, Amsterdam and San Diego: Elsevier (January 2007). [Available at http://ssrn.com/abstract=787924]

Cartel Overcharges: Implications for U.S. and EU Fining Policies, *Antitrust Bulletin* 51 ("Winter 2006"/January 2007): 983-1022 [with Robert H. Lande]. [Available at SSRN: http://ssrn.com/abstract=1029755]

Forensic Economics Applied to Price-Fixing Overcharges. *Journal of Competition Law & Economics* Vol. 4, No. 1 (October 2007): 31-59. [Available at http://ssrn.com/abstract=988709]

How to Block Cartel Formation and Price Fixing: Using Extraterritorial Application of the Antitrust Laws as a Deterrent, *Pennsylvania State University Law Review* 122 ("Winter 2007"/ released March 2008): 813-855 [with Darren Bush]. [Available at http://ssrn.com/abstract=1156469]

The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases. *International Journal of Industrial Organization* 26 (online January 15, 2008, printed November 2008): 1290-1307 [with Yuliya Bolotova and Douglas J. Miller]. [Available at http://ssrn.com/abstract=991908]

Global Antitrust Prosecutions of International Cartels: Focus on Asia. *World Competition* 31 (December 2008): 575-605. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1027949]

Lysine: A Case Study in International Price Fixing. *Choices* (Third Quarter 1998): 13-19. (Posted by the National Agricultural Law Center)
[available 11/2008 at http://nationalaglawcenter.org/assets/bibarticles/connor_lysine.pdf]

Anti-Cartel Enforcement by the DOJ: An Appraisal. *Competition Law Review* Vol. 5, Issue 1 (December 2008): 89-122. [file:///Users/JohnC/Downloads/Vol5Iss1Art3Connor.pdf]

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of the US Market. *Journal of Competition Law and Economics* Vol. 5, No. 2 (online August 29, 2008, printed June 2009): 361 - 381. [with Y. Bolotova and D. Miller] [available at http://jcle.oxfordjournals.org/cgi/content/full/nhn025?ijkey=Cz5EJM8BMkJqTen&keytype=ref]

Cartel Overcharges: An Empirical Analysis. *Journal of Economic Behavior & Organization* 70 (2009): 321–341. [Yuliya Bolotova author, an essay from her Purdue dissertation] [Available at http://ssrn.com/abstract=931211]

About Cartel Overcharges: Kroes Was Right. *Concurrences: Revue des droits de la concurrence* No. 1-2010 (January 2010) : 1-6. [Available at http://ssrn.com/abstract=1610283]

The Predictability of Global Cartel Fines. *Concurrences: Revue des droits de la concurrence* No. 2-2010 (April 2010) : 59-64. [with Douglas J. Miller] [http://ssrn.com/abstract=1610284]

Criminalizing Cartels: An American Perspective. *New European Journal of Criminal Law* Vol. 1, Issue 2 (Fall 2010): 199-217. [with Albert Foer and Simcha Udwin]. [available at http://journals.sagepub.com/doi/pdf/10.1177/203228441000100207]

Recidivism Revealed: Private International Cartels 1990-2009. *Competition Policy International* Vol. 6, No. 2 (2010): 101-128. [Available at http://ssrn.com/abstract=1688508]

Has the European Commission Become More Severe in Punishing Cartels? Effects of the 2006 Guidelines. *European Competition Law Review* 1/2011 (December 2010): 27-36. [preprint available at http://ssrn.com/abstract=1737885][6]

Problems with Prison in International Cartel Cases. Terry and Torello Calvani editors, *Antitrust Bulletin: Symposium: Cartel Penalties: Effective Deterrents or License Fees?* 56 (Summer 2011): 311-344. [Revision available at http://ssrn.com/abstract=2166414]

Cartel Detection and Duration Worldwide. *Competition Policy International Antitrust Chronicle* (2) (September 28, 2011): 2-10. [https://www.competitionpolicyinternational.com/cartel-detection-and-duration-worldwide][7]

The Predictability of DOJ Cartel Fines. *The Antitrust Bulletin* 56 (2011): 525-541. [with Douglas J. Miller] [revised version at http://ssrn.com/abstract=2229300]

Private Recoveries in International Cartel Cases Worldwide: What Do the Data Show? *Competition Policy International Antitrust Chronicle* (1) (December 2012): 2-24. [Draft version available at http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaperNo12-03.pdf]

Cartel Fine Severity and the European Commission. *European Competition Law Review* 34 (2013): 58-77. [Preprint available at http://ssrn.com/abstract=2249010]

Cartels As Rational Business Strategy: Crime Pays. *Cardozo Law Review* Vol. 34 Issue 2 (December 2012): 428-491. [with Robert H. Lande]. [final version available at http://www.cardozolawreview.com/content/34-2/CONNOR.LANDE.34.2.pdf; Appendix at http://www.cardozolawreview.com/content/34-2/Connor.Lande.34.2/DenvilStudy.pdf, and Data at http://www.cardozolawreview.com/content/34-2/Connor.Lande.34.2/AntitrustStudyRawData.pdf][preprint available at SSRN: http://ssrn.com/abstract=1917657]

Cartel Overcharges, pp. 249-387 of *The Law and Economics of Class Actions*, in Vol. 29 of *Research in Law and Economics,* edited by James Langenfeld (March 2014). Bingley, UK: Emerald House Publishing Ltd. [http://www.emeraldinsight.com/books.htm?chapterid=17107611] [DOI: 10.1108/S0193-589520140000026008]

The Finnish Asphalt Cartel Court Decision on Damages: An Important EU Precedent and Victory for Plaintiffs. *Competition Policy International: Antitrust Chronicle* (February 2014 (2)): 1-18. [with Toni Kalliokoski] [http://ssrn.com/abstract=2423789]

[6] In March 2012 awarded the 2012 Antitrust Writing Award, a contest sponsored by the Institute for Competition, in Washington, DC.
[7] Chosen as one of the year's 12 best articles by the editors of *CPI* in January 2011.

Not Treble Damages: Cartel Recoveries Are Mostly Less Than Single Damages. *Iowa Law Review* 100 No. 5 (July 2015): 1997-2023. (Centennial Volume of the *Iowa Law Review* and Centennial Symposium Honoring Professor Herbert Hovenkamp). [with Robert H. Lande]. [preprint available at: http://ssrn.com/abstract=2548712]

Antitrust Developments in Food and Pharma. *Annual Review of Resource Economics* 7 (2015): 1-41. [http://www.annualreviews.org/toc/economics/7/2]

The Rise of ROW Anti-Cartel Enforcement. *Competition Policy International: Antitrust Chronicle* (September 2015 (1)): 1-12. [http://ssrn.com/abstract=2711972]

Oceanic Disparities in Cartel-Recidivism Attitudes and Penalties. *Cartel & Joint Conduct Review, American Bar Association* (Spring 2016): 1-9. [http://ssrn.com/abstract=2757784] [**DOI:** 10.13140/RG.2.2.21000.62726]

Canada's International Cartel Enforcement: Keeping Score. *World Competition: Law and Economics Review* Vol. 39, No. 4 (October 2016): 557-592. [http://ssrn.com/abstract=2869430][8]

Comment on [the Cartel Content in] "The Empirical Basis for Antitrust: Cartels, Mergers, and Remedies," by James Langenfeld, in the *International Journal of Economics and Business* 24 (2017): 329-338. [with Robert H. Lande] [Available at https://ssrn.com/abstract=3039665]

The German Auto-Emissions Scandal: Likely U.S. Antitrust Response. *Wirtschaft und Wettbewerb* Issue 9 *(The Economy and Competition) (WuW).* (September 2017): 440-443. [https://wuw-online.owlit.de/document.aspx?docid=WUW1247072&authentication=none] and [https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3032030].

***Chapters in Books***

Testimony before the Subcommittee on Antitrust, Monopoly and Business Rights, Committee on the Judiciary, U.S. Senate, *Impact of Market Concentration on Rising Food Prices,* Serial No. 96-22. Washington, DC: U.S. Government Printing Office (1979):46-84.

Manufacturing and Food Retailing, *Structure Issues of American Agriculture, Agric. Econ. Report No. 438.* Washington, DC: USDA (November 1979):226-34.

An Overview of Food Manufacturing, *Proceedings of the 24th National Conference of Bargaining and Marketing Cooperatives, ESCS-83.* Washington, DC: ESCS-USDA (July 1980):1-9.

Testimony before the Subcommittee on SBA and SBIC Authority and General Small Business Problems, Committee on Small Business, U.S. House of Representatives, in *Small Business Problems in the Marketing of Meat and Other Commodities,* Part 7--Monopoly Effects on Producers and Consumers. Washington, DC: U.S. Government Printing Office (November 1980):80-132 [with Howard W. Hjort, *et al.*].

---

[8] Chosen as a semi-finalist for an Antitrust Writing Award in the "Concerted Practices" and "Academic" categories by the Editorial Committee of the Institute of Competition Law/*Concurrences* (January 11, 2017).

Tracing Your Food Dollar Back to the Farm, *1981 Yearbook of Agriculture*. Washington, DC: USDA (1981):119-26 [with Harry Harp].

El Poder de Mercado y la Rentabilidad de las Corporaciones Multinationales en el Brasil y Mexico, *Industrializacion e Internationalizasion en la America Latina,* Fernando Fajnzylber (ed.). Mexico City, Mexico: Fondo de Cultura Economica (1981) [with Willard F. Mueller].

Foreign Food Firms, in Glenn Johnson and Allen Maunder (eds.), *Rural Change: The Challenge for Agricultural Economists--Proceedings of the 17th Meeting of the International Association of Agricultural Economists*. Farnborough, England: Gower Publishing Co. (March 1981):552-69.

Appendix on Public Policy toward Advertising, *Advertising and the Food System, NC-117 Monograph No. 14*. Madison, WI (1983): 491-501.

Determinants of Structural Adjustment in the Food Industries, *OECD Food Industries in the 1980s*. Paris: Organization of Economic Cooperation and Development (1983): 25-51. (Translated into French.)

Structural Adjustment of the Food Industries of the United States, *OECD Food Industries in the 1980s*. Paris: OECD (1983):120-26 (Translated into French).

Introduction and Overview, *Advertising and the Food System, NC-117 Monograph No. 14*. Madison, WI (1983):1 -10 [with Ronald W. Ward].

Organization and Performance of the Food Manufacturing Industries, *The Organization and Performance of the U.S. Food System,* by Bruce W. Marion and the NC-117 Committee. Lexington, MA: Lexington Books (1986) [with Richard Rogers, Bruce Marion, Willard Mueller, and Robert Wills].

Food Manufacturing and Distribution, *The Organization and Performance of the U.S. Food System*, by Bruce Marion, et al. Lexington, MA: Lexington Books (1986) [with Bruce Marion].

Foreign Investment in Mexico's Food Manufacturing Industries, in Bruce F. Johnston, *et al.* (eds.), *U.S.-Mexico Relations: Agriculture and Rural Development*. Stanford: Stanford University Press (1987):219-42. (Translated into Spanish and published by the Fondo de Cultura Economica, Mexico City, Mexico, 1986.)

Trends in Marketing and Market Structure of the U.S. Food-Processing Industries, Ch. 4 in Chester O. McCorkle, Jr. (ed.), *Economics of the U.S. Food Processing Industry*. New York: Academic Press (1988):117-66 [with Robert Wills].

Consumer Loss Due to Monopoly in Food Manufacturing, in Gary Comstock (ed.), *Is There a Moral Obligation to Save the Family Farm?* Ames, IA: Iowa State University Press (1988) [with Russell C. Parker].

Economic Trends in the U.S. Food Manufacturing Industries, *Proceedings of the 1987 Canadian Agricultural Outlook Conference*. Ottawa, Canada: Agriculture Canada (March 1988).

Changes in Food Industry Concentration, *Proceedings of the 32nd Annual National Bargaining Conference*. Washington, DC: Agricultural Cooperative Service, USDA (May 1988):18-35.

Economic Forces Affecting the Food System in the 1990s, *Agricultural Research: Meeting the Challenge of the 1990s*, Proceedings of an ESCOP-CSRS Symposium. Ithaca, New York: Cornell University (1991).

The U.S. Beefpacking Industry: Changing Market Structure and Performance Implications, pp. 532-545 in *Agriculture in a World of Change: Proceedings of Outlook '91*. Washington, DC: World Agricultural Outlook Board, USDA (March 1991).

Future Consumer Preferences, *International Strategies for Food Processing: Proceedings of the AIESEC-STP 1991 Conference.* Copenhagen, Denmark: Danish Office AIESEC (November 1991).

Northern America: A Reference Model? *Actes de la Semaine Internationale de l'Alimentation, de la Nutrition, et de l'Agro-Industrie.* Montpellier, France (January 1992

Changing Food Marketing Systems, *1992 Yearbook of Agriculture,* Chapter 3. Washington, DC: USDA (1992) [with Alan D. Barkema].

Food Purchasing Patterns, *Indiana 2000: A Strategic Perspective,* EC-664. West Lafayette, Indiana: Purdue University Cooperative Extension Service (June 1992):49-68.

Food Marketing Industries, *Indiana 2000: A Strategic Perspective,* EC-664. West Lafayette, Indiana: Purdue University Cooperative Extension Service (June 1992):209-228.

An Economic Investigation of Federal Antitrust Enforcement, *Competitive Strategy Analysis in the Food System,* Ronald W. Cotterill (editor). Boulder, CO: Westview Press (1993) [with Warren P. Preston].

The Determinants of Intra-Firm International Trade, *Empirical Analysis of Industrial Organization in Trade in the Food Industries,* Philip Abbott and Ian Sheldon (editors). Boulder, CO: Westview Press (1996) [with Kai Wang].

New Estimates of Welfare Losses due to Imperfect Competition in U.S. Food Manufacturing, *Contributions to Economic Analysis: No. 234: Agricultural Markets: Mechanisms, Failures, Regulations,* David Martimort (ed). Amsterdam: Elsevier (1996) [with Everett E. Peterson].

Mergers in the Food Industries, *The Best of "Choices" 1986-1996,* Harry W. Ayer (ed.). Ames, Iowa: American Agricultural Economics Association (1996). [Includes an epilog written in 1996], [with Fredrick E. Geithman].

Concentration Change and Countervailing Power in the U.S. Food Manufacturing Industries, *Economics of Innovation - The Case of the Food Industry,* Giovanni Galizzi and Luciano Venturini (eds.). Munich: Physica-Verlag (1996) [with others].

Food Multinational Enterprise Investment Strategies: An Option Theory Approach, Chapter Three, pp. 57-78, in *Foreign Direct Investment and Processed Food Trade,* Shida Rastegari Henneberry (editor). Oklahoma State University (March 1997), [with Filipe A. Ravara].

Foreign Direct Investment and U.S. Exports of Processed Foods: Complements or Substitutes? Chapter Two, pp. 31-56, in *Foreign Direct Investment and Processed Food Trade,* Shida Rastegari

Henneberry (editor). Oklahoma State University (March 1997), [with Christopher Overend and Victoria Salin].

Comments on the Structural Convergence Hypothesis, Chapter 9 in *Strategy and Policy in the Food System: Emerging Issues,* Julie A. Caswell and Ronald W. Cotterill (eds.). Storrs, CN: Food Marketing Policy Center, Univ. of Conn. (1997), pp. 121-126.

International Convergence of Antitrust Laws and Enforcement, in *Mercosul: Agronegócios e Desenvolvimento Econômico,* edited by Wilson Vieira and Fátima Carvalho. Viçosa, Minas Gerais, Brazil: Federal University of Viçosa (1997): 221-244.

The Global Lysine Price-Fixing Conspiracy of 1992-1995, in *Mercosul: Agronegócios e Desenvolvimento Econômico,* edited by Wilson Vieira and Fátima Carvalho. Viçosa, Minas Gerais, Brazil: Federal University of Viçosa (1997): 271-295.

Consumer Demand for Food, *Food System 21: Gearing Up for the New Millennium,* EC-710. W. Lafayette, IN: Purdue University Cooperative Extension Service (1997) [with others].

Food Distribution Industries, *Food System 21: Gearing Up for the New Millennium,* EC-710. W. Lafayette, IN: Purdue University Cooperative Extension Service (1997) [with others].

Food Industry Growth Effects of Consumer Expenditure Patterns, *Proceedings of the Third International Conference on Food Chain Management.* Wageningen: Wageningen Agricultural University (May 1998).

What Can We Learn from the ADM Global Price Conspiracies? *Proceedings of Economic and Policy Implications of Structural Realignments in Food and Ag Markets.* Park City, Utah: Food and Agricultural Marketing Consortium(1998) [http://www.ag.uiuc.edu/famc.html].

Couponing as a Horizontal and Vertical Strategy: Theory and Effects, *Vertical Relationships and Coordination in the Food System,* G. Gallizzi and L. Venturini (editors). Heidelberg, Germany: Physica-Verlag (1999).

The United States Food Industry and Its Imperative for New Food Products, *New Food Products for a Changing Marketplace*, Aaron L. Brody and John B. Ford (editors). Lancaster, UK: Techtronics (2000) [with Aaron J. Brody and John B. Ford].

International Price Fixing in the Markets for Food and Agricultural Ingredients, *Handbook (Proceedings) of the Annual Meeting of the American Association of Agricultural Law.* Indianapolis, Indiana (October 2002).

Antitrust Issues: Global Cartels, Competition Law, and the New Economy, *Urban and Regional Prosperity in the Globalized New Economy,* Roger Sugden et al. (eds.). London: Edgar (2003). [http://scholar.google.com/scholar?q=Antitrust+Issues%3A+Global+Cartels%2C+Competition+Law%2C+and+the+New+Economy&btnG=&hl=en&as_sdt=0%2C15]

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), *The Antitrust Revolution* (Fourth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (2004). [http://courses.ttu.edu/econ3320-kdesilva/global_cartels_redux4.pdf]

Optimal Cartel Fines, *Thinking Creatively about Antitrust Remedies,* Proceedings of the American Antitrust Institute's annual meeting (June 21, 2005) [approved for 2 CLE credit hours by the Virginia State Bar], [with Robert H. Lande].

Effectiveness of Antitrust Sanctions on Modern International Cartels, chapter 7 in *The Political Economy of Antitrust* by Vivek Ghosal and Johan Stennek (editors). Amsterdam: North-Holland (April 2007). [http://www.untag-smd.ac.id/files/Perpustakaan_Digital_2/POLITICAL%20ECONOMY%20The%20Political%20Economy%20of%20Antitrust,%20Volume%20282.pdf#page=194]

Our Customers Are the Enemy: The Lysine Cartel of 1992-1995, chapter 25 in *Cartels: Volume 2,* Stephen W. Salant and Margaret C. Levenstein (editors). Cheltenham, UK: Edward Elgar (March 2007).

Evolution of the Global Lysine Industry, 1960-2000, Chapter 8, pp. 237-66 in *Innovation in the Food & Drink Industry,* Ruth Rama (ed.). New York: Haworth Press (April 2008). [http://ssrn.com/abstract=1188512]

Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995, *Recent Developments in Monopoly and Competition Policy*, edited by George Norman (in *The International Library of Critical Writings* series, Mark Blaug general editor). Cheltenham: Edward Elgar Publishers (March 2008).

Optimal Cartel Fines, Chapter 88, pp. 2203-2218, *Issues in Competition Law and Policy: Volume III,* Wayne Dale Collins (editor). Chicago: Section of Antitrust Law of the American Bar Association (July 2008) (2400 pp., $550) [with Robert H. Lande]. [Available at SSRN: http://ssrn.com/abstract=1285455]

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), *The Antitrust Revolution* (Fifth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (July 2008).

Countering the Evil of Cartels, Chapter 1, pp. 22-54 in *The Next Antitrust Agenda*, ed. by Albert Foer. Lake Mary, Florida: Vanderplas Publications (September 2008). [principal author with the assistance of an AAI Committee]. [http://www.antitrustinstitute.org/archives/files/Cartels%20Chapter%20from%20%20AAI%20Transition%20Report_100520082109.pdf]

Fighting Food Inflation through Competition, in *The Next Antitrust Agenda*, ed. by Albert Foer. Lake Mary, Florida: Vanderplas Publications (September 2008). [member of writing committee]. [http://www.antitrustinstitute.org/archives/files/Food%20Chapter%20from%20%20AAI%20Transition%20Report_100520082051.pdf]

Building the Institutions of Enforcement, in *The Next Antitrust Agenda*, ed. by Albert Foer. Lake Mary, Florida: Vanderplas Publications (September 2008). [provided first drafts of sections]. [http://www.antitrustinstitute.org/archives/files/Institutions%20Chapter%20from%20%20AAI%20Transition%20Report_100520082101.pdf]

Latin America and the Control of International Cartels, Chapter XIV pp. 291-324, in *Competition Law and Policy in Latin America*, Eleanor M. Fox and D. Daniel Sokol (editors). Oxford: Hart Publishing (July 2009). [draft available at http://ssrn.com/abstract=1417571]

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), *The Antitrust Revolution* (Fifth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (2009).

The Impact of International Cartels, Chapter 2, pp. 12-26 in *The International Handbook on Private Enforcement of Competition Law,* Albert Foer and Jonathan Cuneo (editors). Cheltenham, UK: Edward Elgar (2010). [draft available at http://ssrn.com/abstract=1694156]

Price Effects of International Cartels in Markets for Primary Products, Chapter 4, pp. 61-80 in Simon J. Evenett and Frederic Jenny (editors), *Trade, Competition, and the Pricing of Commodities.* London: The Centre for Economic Policy Research (CEPR) (February 2012). [available at http://voxeu.org/index.php?q=node/7626]

Private International Cartels, in *The Wiley-Blackwell Encyclopedia of Globalization: 5 Volumes,* George Ritzer (editor). New York: Wiley (March 2012). (2680 pp., $995) [http://onlinelibrary.wiley.com/book/10.1002/9780470670590]

Has the European Commission Become More Severe in Punishing Cartels? Effects of the 2006 Guidelines: Revision, in *Bill Kovacic: A Tribute: Vol. 1,* Elisa Ramondo (editor). Paris: Institute of Competition Law (2012).

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), Chapter 11, in *The Antitrust Revolution* (Sixth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (released July 30, 2013). [http://global.oup.com/academic/product/the-antitrust-revolution-9780199315499?cc=us&lang=en]

BIG BAD BANKS: BID RIGGING AND MULTILATERAL MARKET MANIPULATION, Chapter 8, pp. 213-250, Barry E. Hawk (editor), *International Antitrust law & Policy: Fordham Competition Law 2014*. New York City: Juris Publishing Inc. (2015). [available at https://books.google.com/books?id=lar0CQAAQBAJ&pg=PA213&source=gbs_toc_r&cad=3#v=onepage&q&f=false]

American Cartel Enforcement in Our Global Era, Chapter in *2017 Presidential Transition Report on Competition Policy*, ed. by Diana Moss. ("preview version" posted 2017). [co-author Bonny Sweeney]. [http://www.antitrustinstitute.org/sites/default/files/Cartels.pdf]

***OTHER ARTICLES***

The Conglomerate Firm in Food Processing: An Overview, *National Food Review* 3 (June 1978):16-19.

Conglomerate Firms in Food Processing: Incentives and Effects, *National Food Review* 4 (September 1978):25-28.

Public Policies Toward Conglomerate Firms in Food Processing, *National Food Review* 5 (December 1978):25-27.

The Conglomerate Firm in Food Processing: A Story about Spaghetti Sauce, *National Food Review* 7 (Summer 1979):14-16.

Mass Media Advertising of Food, *National Food Review* 9 (Winter 1980):10-13 [with Anthony Gallo and William T. Boehm].

Why the Biggest Food Firms Have the Edge, *Farmer Cooperatives* 47 (May 1980):20-23.

Food Product Proliferation: Part I, *National Food Review* 10 (Spring 1980):11-13.

Food Product Proliferation: Part II, *National Food Review* 11 (Summer 1980):10-13.

Packaging in Food Marketing, *National Food Review* 14 (Spring 1981):10-13 [with Anthony Gallo].

Foreign Direct Investment--An Overview, *National Food Review* 15 (Summer 1981): 7-12. (Translated into Japanese and reprinted in *Nobiyuku Nogyu,* (Growing Agriculture), the bimonthly journal of the Japan Agricultural Policy Research Committee, 77 (1988):5-25.)

Foreign Investment in U.S. Food Manufacturing, *National Food Review* 16 (Fall 1981):20-25.

Advertising and American Food Consumption Patterns, *National Food Review* 19 (Summer 1982):2-6, [with Anthony Gallo].

Trends in Indiana's Food and Agricultural Marketing Industries: 1963-1982, Part I, *Purdue Agricultural Economics Report* (February 1985):1-3.

Trends in Indiana's Food and Agricultural Marketing Industries: 1963-1982, Part II, *Purdue Agricultural Economics Report* (August 1985):1-4.

The Implications of Value Added for Indiana's Food Manufacturing Industries, *Indiana Business Review* 60(June 1986):2-12.

Review of *Issues After a Century of Federal Competition Policy*, *Review of Industrial Organization* 4(Spring 1989):165-168.

The University and the Antitrust Laws, *Indiana Academe* 19 (Summer 1991): 5-6.

Consumer Food Preferences - You Need to Know about Them, *Hoard's Dairyman* (December 1992):100 [with William A. Schiek].

Faculty Salaries and the University Budget, *Indiana Academe* 21 (Winter 1993): 2-3.

Foreword, *The European Agro-Food System, NC-194 Special Report*, by Remo Linda. Columbus, OH: NC-194 (September 1993) [helped translate].

O Sistema Alimentar em Transição, interview conducted by Professor Danilo Aguiar, *Economia Rural,* Viçosa, 8(2) (Spring 1997): 3-8.

Interview on *Archer Daniels Midland: Price Fixer to the World*, edited by Russell Mokhiber, *Corporate Crime Reporter* 12, n.25 (June 22, 1998): 12-16.

Lysine: A Case Study in International Price Fixing, *Agricultural Law Update*, 16 (November 1998): 4-7.

Lysine: A Case Study in International Price Fixing, *Purdue Agricultural Economics Report* (June 1999):6-10.

The Lysine Cartel: Guest Editor's Introduction, *Review of Industrial Organization* 18 (2001):1-4.

Two Books about the ADM Price-Fixing Conspiracy. *FTC: Watch* (Feb. 2001). [http://ssrn.com/abstract=256847]

The Ban on Packer Ownership and Feeding of Livestock: Legal and Economic Implications, Statement of the Organization for Competitive Markets (March 2002) [with Peter C. Carstensen, Roger A. McEowen and Neil E. Harl]. [http://www.competitivemarkets.com/library/academic/Connor-etal.031202%20(1).htm].

Strong Action May Deter Price Fixing, *AgJournal* (September 26, 2002).

Antitrust Law and the Food and Agricultural Cartels of the 1990s, *Purdue Agricultural Economics Report* (February 2003):10 – 13 [with Jeffery Zimmerman].

Private International Cartels, slides of a presentation at the Remedies Forum of the Section of Antitrust Law, American Bar Association, Washington, DC, April 2, 2003 (www.abanet.org/antitrust/remedies/cartels.pdf).

Country of Origin Labeling, *Purdue Agricultural Economics Report (August 2003):* 7-10.

Cartel Catalyst at Work: A Note of Holman Jenkins, *FTC Watch* (September 22, 2003), 2 pp, [with Albert A. Foer].

Transcript of Roundtable I, Remedies Forum, Section of Antitrust Law, American Bar Association, Washington, DC, April 2 , 2003 (www.abanet.org/antitrust/remedies/roundtable1.doc).

The Benefits and Costs of COOL, *Purdue Agricultural Economics Report (December 2003): 1-4.*

A Comment on Crandall and Winston, American Antitrust Institute Note (January 2004). (available at http://www.antitrustinstitute.org/~antitrust/node/10472 and http://ssrn.com/abstract=988740)

Comments of the American Antitrust Institute Working Group on International Antitrust, submission to the U.S. Antitrust Modernization Commission (July 15, 2005) [chair, with others]. [www.antitrustinstitute.org/recent2/430a.pdf]

Comments of the American Antitrust Institute Working Group on Criminal Remedies, submission to the U.S. Antitrust Modernization Commission (September 30, 2005) [with others]. [http://www.antitrustinstitute.org/recent2/450.pdf]

Response of the American Antitrust Institute Working Group on Criminal Remedies to AMC Request for Public Comment, submission to the U.S. Antitrust Modernization Commission (June 30, 2006) [with Kenneth Adams, Albert A. Foer and Robert H. Lande]. [http://www.antitrustinstitute.org/recent2/460.pdf]

The Great Global Price-Fixing Conspiracy: Sanctions and Deterrence, *Linex Legal European Competition Law Alerter* (30 August 2007). [http://www.linexlegal.com/CONTENT/10551/10551Microsoft%20Word%20-%20GREAT%20GLOBAL%20VITAMINS%20CONSPIRACY%20Antitrust%20Mag%2008-06.pdf]

Punições por cartel são leves no Brasil segundo professor dos Estados Unidos: Justiça lenta e penas leves facilitam ação dos cartéis, interview in *Valor Econômico* (Brazil's leading business paper) (October 29, 2007).

On the History and Impacts of International Cartels: Op-Ed, 3 pp. (June 2008). [http://www.lecgcp.com/us/forum/index.aspx?id=387]

Interview by the editor of John M. Connor on the DOJ's cartel Enforcement, *Corporate Crime Reporter* 24 (July 21, 2008). [http://www.corporatecrimereporter.com/].

Cartel Enforcement at the Antitrust Division, U.S. Department of Justice, 1990-2007 *Global Competition Policy*[9] (September 25, 2008: Release Two): 2-11. [http://www.globalcompetitionpolicy.org/index.php?&id=1393&action=907]

Hefty Penalties on Big-Biz Cartels Will Provide Level Playing Field to Small Businesses. *Economic Times of India: Comments & Analysis* (August 30, 2012). [co-author Robert H. Lande] [available at http://ssrn.com/abstract=2273747]

The Finnish Asphalt Cartel Court Decision on damages: An Important EU Precedent and Victory for Plaintiffs. *Competition Policy International Antitrust Chronicle: Winter 2014, Vol. 2 No. 2.* (Posted February 26, 2014): 1-17. [co-author Toni Kalliokoski] [available at https://www.competitionpolicyinternational.com/the-finnish-asphalt-cartel-court-decision-on-damages-an-important-eu-precedent-and-victory-for-plaintiffs]

On the Alleged Disproportionate Sentencing of Cartel Managers. *CPI International: Cartel Column.* (August 23, 2016): 1-9. [https://www.competitionpolicyinternational.com/on-the-alleged-disproportionate-sentencing-of-cartel-managers-2/]

International Cartel Stats: A Look At The Last 26 Years. *Law360* online. (August 15, 2016). [http://www.law360.com/articles/827868/international-cartel-stats-a-look-at-the-last-26-years]

---

[9] "If you are not familiar with us, *GCP* is a bi-weekly online magazine covering competition law, economics, and policy on the web at www.globalcompetitionpolicy.org. Articles are overseen by an independent board and readers include about 15,000 antitrust scholars, judges, practitioners and policymakers from over 100 countries with a high concentration in Brussels, Luxembourg, and Washington, DC."

***ACADEMIC REPORTS***

*Directory of the 200 Largest U.S. Food Processing Companies, 1975: Special Report No. 1*, Madison, WI: NC-117 and Economics, Statistics, and Cooperatives Service, USDA, (1978), 475 pages [with Loys L. Mather].

*Competition in the U.S. Food Market System, Staff Report, National Economics Division, ESS-USDA.* Washington, DC (October 1980), 58 pp.

*Estimates of Manufacturer Values of Food and Beverage Shipments Among Major Marketing Channels, 1977, National Economics Division Staff Report No. AGES820416, ERS-USDA.* Washington, DC (April 1982), 93 pp.

*Market Structure and Technological Opportunities in the U.S. Food Manufacturing Industries,* project report to the Office of Technology Assessment, U.S. Congress, (March 1986), 79 pp.

*Food Manufacturing in the Future Farm and Food System, Resource Report No. 43*. East Lansing, MI: Michigan State University (May 1985):1-8. (Also published as *CES Paper No. 136,* Purdue University (February 1985), 19 pp., and reprinted in part in *Applied Agricultural Research* 1(4)(1986)), [with Bruce Marion].

*Value Added in Indiana Agribusiness: An Economic Perspective, CES Paper No. 157*, Purdue University, Cooperative Extension Service (June 1986), 28 pp.

*Multinational Firms in the World Food Marketing System, Resource Report No. 29,* The Future Farm and Food System in Transition Project. East Lansing, MI: Michigan State University (September 1984), 8 pp. (Also published as *CES Paper No. 112,* Purdue University (April 1984):1-24; reprinted in part in *Applied Agricultural Research* 1(4)(1987); and translated into Japanese by the Japan Agricultural Policy Research Committee and reprinted in *Nobiyuku Shokuhin* (Growing Agriculture), 77(1987):5-25.)

*Special Report: The Growth and Economic Impact of the Food Processing Industry* 42(5)(May 1988):95-110. (20,000 copies distributed) [with others].

*Technology and the American Economic Transition: Choices for the Future, OTA-TET-283*. Washington, DC: U.S. Congress, Office of Technology Assessment (May 1988) 501 pp. [with others].

*Economic Issues for Food, Agriculture, and Natural Resources, Publication No. 1,* 10 pp., (Spring 1989). (A brochure for high school economics teachers on the concept of value added). Purdue University, School of Agriculture.

*The Role of Food Processing in the U.S. Economy, report to the Foreign Agricultural Service, USDA.* (June 1990), 24 pp. [Translated into Russian.]

*Trip Report of Team ERI No. 4 on the Soviet Union's Consumer-Ready Foods Industries*. Washington, DC: Foreign Agricultural Service, USDA (August 29, 1990), 26 pp.

*Patterns of Foreign Direct Investment in the 50 States: Focus on the Food System, Station Bulletin SB-685.* West Lafayette, IN: Agricultural Research Station, Purdue University (March 1994), 76 pp.

Consumer Demand for Food, *Food System 21*. Purdue University (1997), 50pp. [with others].

The Food Distribution Industries, *Food System 21*. Purdue University (1997), 60pp. [with others].

*Amicus Curiae Brief in Support of the Appellants, submitted to the Supreme Court of United States in Empagran, S.A. et al., Appellants v. F. Hoffmann-LaRoche, Ltd. et al., Appellees* (March 15, 2004) [principal author, joined by others].

Connor Says Antitrust Division Becoming Increasingly Irrelevant in Fight against Cartels, interview by the editor of *Corporate Crime Reporter* 22 (July 20, 2008): p. 29.

Price-Fixing: Hefty penalties on big-biz cartels will provide level playing field to small businesses. *Economic Times (India)* (Aug 30, 2012): Op-Ed page. [available at http://articles.economictimes.indiatimes.com/2012-08-30/news/33499410_1_cartels-prices-firms OR http://economictimes.indiatimes.com/opinion/comments-analysis/price-fixing-hefty-penalties-on-big-biz-cartels-will-provide-level-playing-field-to-small-businesses/articleshow/15975329.cms]

BIG BAD BANKS: BID RIGGING AND MULTILATERAL MARKET MANIPULATION, Chapter 8, pp. 213-250, *Proceedings of the 2014 Fordham Competition Law Institute*. New York City: Fordham University Law School (2015).

FINANCIAL SERVICES AND ANTITRUST: PANELISTS' PRESENTATIONS, Chapter 10, pp. 267-344, *Proceedings of the 2014 Fordham Competition Law Institute*. New York City: Fordham University Law School (2015).

*Amicus Curiae Brief in Support of the Petitioner, submitted to the Supreme Court of United States in Motorola Mobility, Petitioner v. AU Optronics Corp. et al., Respondents* (April 16, 2015) [one of 12 co-authors].

*Amicus Curiae Brief in Support of Plaintiffs-Appellees, submitted to the U.S. Court of Appeal, Second Circuit, in United States in U.S. et al. v American Express Co. et al.* (November 4, 2016) [first author, joined by other economists].

*Amicus Curiae Brief in Support of Petitioners, submitted to Supreme Court of United States, in States of Ohio et al. v. American Express Co. et al.* (July 6, 2017) [first author, joined by other economists].

*Amicus Curiae Brief in Support of Pliantiff-Appellee, submitted to the U.S. Court of Appeal, Second Circuit, in U. S. Airways, Inc. v. Sabre Holdings Corp. et al.* (December 2017) [first author, joined by other economists].

*Amicus Curiae Brief in Support of Petitioners, submitted to Supreme Court of United States, in States of Ohio et al. v. American Express Co. et al.* (December 8, 2017) [first author, joined by other economists].

## ***CONSULTING REPORTS***

*Location and Structure of the U.S. Navy Bean Industry*, (September 1983), 10 pp.

*Competitive Issues in the Beef Sector: Can Beef Compete in the 1990s? Institute Report No. 1.* Minneapolis, MN: The Humphrey Institute of Public Policy, University of Minnesota (October 1989), 135 pp. Over 2000 copies distributed, [with D. Gale Johnson, Timothy Josling, Andrew Schmitz, and G. Edward Schuh].

*Optimal Location of a PET Container Factory Serving the Eastern U.S. Food Processor Market.* Report of the Value Added Research Center, Purdue University, unpublished ms. April 1990, [with Paul Preckel].

*Compliance Cost Estimates of Food Labeling Regulations, Final Report No. 233U-3972-02DFR.* Research Triangle Institute: RTI Park, NC (January 1991), 158 pp. [with others].

*Market Value of RJR Cigarettes in 1987: A Damages Calculation*, (January 13, 1992), 15 pp.
*Expert Opinion on Profitability: U.S. Food Wholesaling*, in *U.S. v. Nestlé Holdings, Inc.*, U.S. Tax Court Docket No. 21562-90, (August 1994), 20 pp.

*Economic Analysis of the Issues in Abbott Laboratories versus Lexington Wholesale Co., Inc.*, in U.S. District Court for the Eastern District of Kentucky, Lexington Division, Civil Action No. 95-231 (February 22, 1996), 6 pp.

*Expert Opinion: The Cost to Animal-Feeds Manufacturers of an Alleged Price-Fixing Conspiracy by Lysine Manufacturers, 1992-1995*, *In Re: Amino Acid Lysine Antitrust Litigation*, U.S. District Court for the Northern District of Illinois, Eastern Division, MDL No. 1083 and File No. 95-C-7679 (July 1996), 24 pp.

*Expert Opinion on the Financial Performance of Hanover Foods Corporation*, in *Warehime versus Warehime*, York, Pennsylvania, (September 1996), 52 pp.

*Affidavit of John M. Connor, in In Re: Amino Acid Lysine Antitrust Litigation*, U.S. District Court for the Northern District of Illinois, Eastern Division, MDL No. 1083 and File No. 95-C-7679 (July 19, 1996), 7 pp.

*Interim Report on Sodium Gluconate*, (October 8, 1996), 2 pp.

*Expert Opinion on the Citric Acid Market*, (October 10, 1996), 13 pp.

*Report on the U.S. Corn Syrup Market*, (October 16, 1996), 31 pp.

*Economic Analysis of the U.S. Corn Sweeteners Markets*, in *Gray & Co. versus Archer Daniels Midland, et al.* Civil Action No. 97-1203 and *In Re High Fructose Corn Syrup Antitrust Litigation* (October 27, 1998), 118 pp.

*Response to the Report of Charles J. Cicchetti*, in *Gray & Co. versus Archer Daniels Midland, et al.*, Civil Action No. 97-1203 and *In Re High Fructose Corn Syrup Antitrust Litigation* (March 3, 1999), 30 pp.

*Economic Analysis of the Market for Methionine*, (April 1999) 21 pp.

*Economic Analysis of the Market for Vitamins B3 and B4*, (June 9, 1999), 67 pp.

*Expert Report Submitted in United States v. Michael Andreas et al.*, U.S. District Court, Northern District of Illinois, Eastern Division (Criminal Case No. 96-CR-762), (April 9, 1999), 43 pp.

*Declaration of Dr. John M. Connor in United States v. Michael Andreas et al.*, U.S. District Court, Northern District of Illinois, Eastern Division (Criminal Case No. 96-CR-762), (May 26, 1999), 17 pp.

*Lysine Pass-Through Injuries to Indirect Buyers in Ontario*, Ontario Provincial Court, Canada, Civil Case *Minnema v. ADM et al.* (January 2000), 12 pp.

*Indirect Purchaser Damages in Kansas due to Price Fixing of Cigarettes*, Affidavit filed in *Daric Smith v. Philip Morris et al.*, Case No. 00-CV-26, District Court of Seward County, Kansas (2001), 22 pp.

*Opinion on the monopoly Overcharges in Selected Vitamin Products*, report for the National Association of Attorneys General (2001), 53 pp. [assistance of Jeff Hyde].

*Indirect Purchaser Price-Fixing Damages*, *West Bend Elevator v. Rhône-Poulenc*, U.S. District Court, EasternWisconsin (2001), 37 pp.

*Indirect Purchaser Price-Fixing Damages in Methionine*, *Premier Pork v. Rhône-Poulenc*, Kansas (2001), 37 pp.

*Indirect-Purchaser Price-Fixing Damages in Sorbates by State*, client report (2001-2002).
*An Economic Analysis of the Global DRAM Market*, client report (September 5, 2002), 72 pp.

*Affidavit of John M. Connor in Support of Class Certification*, *Marvin D. Chance, Jr. v. United States Tobacco Company et al*, Case No. 02-C-12, District court of Seward County, Kansas (October 2002).

*Supplemental Opinion in Gray & Co. v. Archer Daniels Midland Co. et al.* Civil Action No. 97-120 (September 13, 2004), 49 pp.

*Daubert Opinion* for an economic expert in *Pickett et al. v. Tyson Fresh Meats, Inc.* (Feb. 2003). [a federal fed-cattle monopsony class action that has the distinction of being the first antitrust case to be tried under the 1921 Packers and Stockyards Act].

*Expert Opinion* in *Lesavich v. Supervalu et al.* (March 2005), 19 pp.

*Affidavit of John M. Connor, Ph.D. for Preliminary Calculation of Full-Consideration Damages* in *CHANCE V. U.S. TOBACCO PRODUCTS ET AL.,* District court of Seward County, Kansas (May 17, 2006), 3 pp.

*Declaration of John M. Connor, Ph.D. in Support of Plaintiffs' Motion for Class Certification* for indirect-purchaser plaintiffs, *In Re Dynamic Access Random Memory (DRAM) Antitrust Litigation,* U.S. District Court, San Francisco Division (September 2006), 62 pp.

*Expert Opinion for Class Certification for indirect purchasers of the synthetic rubber EPDM* in *Anderson Contracting v. Bayer AG, et al.* (Polk County, Iowa District Court) (June 2006).

*Expert Opinion for Class Certification for indirect purchasers of EPDM* residing in 24 states, *David Pearman et al. v. Crompton Corp. et al.,* Claiborne County, Tennessee Circuit Court) (May 2007), 46 pp.

*Expert Opinion for Class Certification for indirect purchasers of the synthetic rubber EPDM,* in *Box Butte County School District No. 6 v. Bayer AG, et al.* (Circuit Court for Box Butte County, Nebraska) (May 2007).

*Affidavit Concerning Class Certification for indirect purchasers in five states (CA, KS, TN, VT, and NE)*, *In Re Methyl Methacrylate (MMA) Antitrust Litigation*, U.S. District Court, Eastern District of Pennsylvania (June 2007), 79 pp.

*Opinion on the Defendants' Motion to Dismiss*, in the class action *In Re: Air Cargo Shipping Services Antitrust Litigation* (October 2007), 15 pp.

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *G & T Roofing Company v. DSM NV* (First Judicial Court, County of Santa Fe, New Mexico) (November 2009).
*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *G & T Roofing Company v. DSM NV* (First Judicial Court, County of Santa Fe, New Mexico) (November 2009).

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *Mitchell Teague et al. v. DSM, NV et al.* (General Court of Justice, Superior Court Division, Guilford County, North Carolina) (November 2009).

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *Russell & Regier Quality Painting LP v. DSM, NV et al.* (District Court of Harvey County, Kansas) (November 2009).

*Expert Opinion,* in *Dell, Inc. v. Sharp Corporation et al.* (Case No. 3:07-md-1827 SI MDL No. 1827), filed in U.S. District Court, Northern District of California, San Francisco Division (March 12, 2011), 82 pp.

*Declaration of John M. Connor, Ph.D., in Kirk Dahl et al. v. Bain Capital Partners LLC et al.* (U.S. District Court District of Massachusetts, Civil Action No.: 07-12388-EFH) (August 23, 2012), 220 pp.

*Rebuttal Report of John M. Connor, Ph.D., in Kirk Dahl et al. v. Bain Capital Partners LLC et al.* (U.S. District Court District of Massachusetts, Civil Action No.: 07-12388-EFH) (August 24, 2014), 81 pp.

*Expert Opinion for Class Certification for Indirect Purchasers of Flexible Polyurethane Foam Products in Missouri,* in *Dennis Baker et al. v. Leggett & Platt, Inc. et al.* (in the Circuit Court of Jackson County, Missouri) (May 7, 2013), 43 pp.

*Declaration in Support of Plaintiffs' Motion for Class Certification,* in *Mathew Edwards et al. v. National Milk Producers Federation*, U.S. District Court for the Northern District of California, No. 11-04766 JSW. (October 2013), 66 pp.

*Corrected Unredacted Declaration in Support of Class Certification,* in *Mathew Edwards et al. v. National Milk Producers Federation*, U.S. District Court for the Northern District of California, No. 11-04766 JSW. (January 17, 2014), 69 pp.

*Unredacted Rebuttal Declaration in Support of Class Certification,* in *Mathew Edwards et al. v. National Milk Producers Federation*, U.S. District Court for the Northern District of California, No. 11-04766 JSW. (March 7, 2014), 67 pp.

*Unredacted Supplemental Declaration,* in *Mathew Edwards et al. v. National Milk Producers Federation*, U.S. District Court for the Northern District of California, No. 11-04766 JSW. (July 25, 2014), 15 pp.

*Sur-Reply to Defendants, John M. Connor, Ph.D., in Kirk Dahl et al. v. Bain Capital Partners LLC et al.* (U.S. District Court District of Massachusetts, Civil Action No.: 07-12388-EFH) (Sept. 10, 2012), 2 pp.
*Supplemental Rebuttal Report on the Merits,* in *Mathew Edwards et al. v. National Milk Producers Federation*, U.S. District Court for the Northern District of California, No. 11-04766 JSW. (September 19, 2014), 12 pp.

*Supplemental Rebuttal Report on the Merits,* in *Mathew Edwards et al. v. National Milk Producers Federation*, U.S. District Court for the Northern District of California, No. 11-04766 JSW. (April 23, 2015), 47 pp.
*Declaration of John M. Connor, Ph.D., in Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Company, Ltd., et al.,* U.S. District Court, Eastern District of Wisconsin, Case No. 2:09-CV-00852-LA. (December 1, 2015), 113 pp. plus 93 pp. of exhibits.

*Expert Report of John M. Connor, Ph.D., in the matter of Reorganized FLI Inc. (f/k/a J. P. Morgan Trust Co., National Association) v. ONEOK Inc. et al. and In re: Western States Wholesale Natural Gas Antitrust Litigation*, U.S.District Court, District of Nevada, MDL No. 1566 (April 1, 2016), 113 pp. plus 118 pp. of exhibits.

*Expert Report of John M. Connor, Ph.D., in the matter of In Re: Wholesale Grocery Products Antitrust Litigation*, U.S. District Court, District of Minnesota, Civil Action No. 09-md-02090, MDL No. 2090. (January 6, 2017), 19 pp. and 44 pp. of exhibits.

*Amended Expert Report of John M. Connor, Ph.D., in the matter of In Re: Wholesale Grocery Products Antitrust Litigation*, U.S. District Court, District of Minnesota, Civil Action No. 09-md-02090, MDL No. 2090. (February 23, 2017), 12 pp. and 44 pp. of exhibits.

[other reports relating to cases in progress to be listed when the existence of reports is public]

## ***WORKING PAPERS***

*Loyalty and the Consumer Cooperative, Staff Paper No. 77*, Department of Agricultural Economics, University of Wisconsin (June 1974) 56 pp. [with Michael C. Cook et al.].

*The Shaping of Market Structures by Multinationals, Staff Paper No. 120*, Department of Agricultural Economics, University of Wisconsin (February 1977) 57 pp. [with Willard F. Mueller].

*Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries, NC-117 Working Paper No. 19* (September 1978), 75 pp. [with Russell C. Parker].

*Market Structure and Performance of U.S. Multinationals in Brazil and Mexico, NC-117 Working Paper No. 24* (November 1978), 48 pp., [with Willard F. Mueller].

*Competition and the Role of the Largest Firms in the U.S. Food and Tobacco Industries, NC-117 working Paper No. 29* (March 1979), 166 pp.

*Conglomeration and Consumer Loss in the Food Manufacturing Industries: NC-117 Working Paper No. 30* (April 1979) 26 pp., [with Russell C. Parker].

*Food Product Proliferation: A Market Structure Analysis, NC-117 Working Paper No. 41* (March 1980) 35 pp.

*Competition in the U.S. Food Market System, Staff Report, National Economics Division, ESS-USDA.* Washington, DC (October 1980) 58 pp.

*Estimates of Manufacturers Values of Food and Beverage Shipments Among Major Marketing Channels, 1977: National Economics Division Staff Report No. AGES820416, ERS-USDA*. Washington, DC (April 1982), 93 pp.

*Determinants of Foreign Direct Investment by Food and Tobacco Manufacturers, NC-117 Working Paper No. 70* (March 1983), 34 pp.

*Diversification and FDI by U.S. Food Manufacturing Firms*, summary in *U.S.-Mexico Project Conference on Agricultural Trade. Price and Resource Policy,* Working Paper No. 7. Stanford, CA: Stanford University Project on United States-Mexico Relations (June 1984), 3pp.

*Trends in Marketing and Market Structure of the U.S. Food-Processing Industries, Staff Paper No. 85-7.* West Lafayette, IN: Agricultural Economics Department, Purdue University (April 1985) 71 pp. [with Robert L. Wills].

*Market Structure and Technological Opportunities in the U.S. Food Manufacturing Industries, Staff Paper No. 86-3.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (April 1986), 79 pp.

*Illinois Brick and the U.S. Food System: Testimony on an Amendment to the Clayton Act, Staff Paper 86-8.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 1986), 20 pp.

*Mergers in the Food Industry: Trends, Effects, and Policies, Staff Paper 87-9.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (March 1987), 18 pp.

*Mutually Destructive Advertising in the U.S. Beer Industry, Staff Paper 87-27.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (November 1987) 22 pp., [with Akin A. Adesina].

*The Institutional Market for Tofu in the Great Lakes States of the U.S., Report of the Purdue Value Added Research Center*, 10 pp. (January 1988), [with Stephen J. Hiemstra].

*Food Processing: An Industrial Powerhouse in Transition, Staff Paper 88-5.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 1988), 50 pp.

*Concentration Issues in the U.S. Beef Subsector, Staff Paper 89-12.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (August 1989), 55 pp. (Reprinted as Working Paper WP-16 of NE- 165).

*Market-Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products, Staff Paper 90-14.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (April 1990), 44 pp. (See also Connor and Peterson 1991), [with Everett B. Peterson].

*Northern America as a Precursor of Changes in Western European Food Purchasing Patterns, Staff Paper 91-02.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (January 1991), 56 pp.

*Northern America as a Precursor of Changes in Western European Food Purchasing Patterns, Staff Paper 91-02.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (January 1991), 56 pp. (Revised and reprinted as NC-194 Occasional Paper No. 22, February 1991.

*Market-Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products: Staff Paper 91-08.* West Lafayette, IN: Department of Agricultural Economics (April 1991), 66 pp. [with Everett B Peterson]. [http://ageconsearch.umn.edu/bitstream/116099/2/WP-23.pdf]

*A Re-Examination of Event Analyses of Horizontal Merger Enforcement, Staff Paper 92-04.* West Lafayette, IN: Department of Agricultural Economics, Purdue University, (March 1992), 56 pp., [reprinted as NE-165 Working Paper 28, June 1992] [with Yvette S. Hopkins].

*A Re-Examination of Event Analyses of Horizontal Merger Enforcement: NE-165 Working Paper 28.* (June 1992) [with Yvette S. Hopkins].

An Economic Evaluation of Federal Antitrust Activity in the Manufacturing Industries: 1980-1985, *Antitrust Bulletin* 34 (Winter 1992): 969-996 [with Warren P. Preston]. [preprint at http://ssrn.com/abstract=2166421]

*The Determinants of Intra-Firm International Trade, SP 93-11.* West Lafayette, IN: Dept. of Agric. Econ, Purdue University (September 1993), 60 pp., [with Kai Wang].

*New Estimates of Welfare and Consumer Losses in U.S. Food Manufacturing, Staff Paper SP 93-18.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (December 1993), 57 pp. [with Everett B. Peterson]. [Available at http://ssrn.com/abstract=2166431 and http://ageconsearch.umn.edu/bitstream/116120/2/WP-39.pdf]

*SAMI Microfisch Archive, a user guide.* West Lafayette, IN: Management and Economics Library, Purdue University (December 1993): 100 pp.

*Consumer Welfare Loss Estimates for Differentiated Food Product Markets, Staff Paper SP 94-08.* Blacksburg, Virginia: Virginia Polytechnic Institute and State University (April 1994; revised November 1995), 59 pp., [with Everett B. Peterson].

*New Estimates of Welfare and Consumer Losses in U.S. Food Manufacturing,* NE-165 Working Paper No. 39 (revised April 1994), 57 pp. [with Everett B. Peterson]. [http://ageconsearch.umn.edu/bitstream/116120/2/WP-39.pdf and http://ssrn.com/abstract=2166431]

*Time Series Data on U.S. Foreign Direct Investment: Staff Paper SP 94-1.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (April 1994), 235 pp.

*The Hungarian Food Industry and Foreign Investment*, unpublished manuscript (March 1995), 7 pages.

*A Comparison of Oligopoly Welfare Loss Estimates for U.S. Food Manufacturing Staff Paper SP 95-X.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University. (May 1995) [with Everett B. Peterson]

*Concentration, Demographics, and Conundrums: Metropolitan-Area Food Prices, Staff Paper SP 95-11.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (September 1995), 44 pp., [with James K. Binkley] [http://ageconsearch.umn.edu/bitstream/25988/1/wp44.pdf].

*Concentration Change and Countervailing Power, Staff Paper SP 95-20.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (December 1995), 38 pp., [with Richard T. Rogers and Vijay Bhagavan].

*Market Competition and Metropolitan-Area Grocery Prices, Staff paper no. 96-15.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (July 1996), 49 pp. Also NE-165 Working Paper [with James K. Binkley]. [http://ageconsearch.umn.edu/bitstream/25988/1/wp44.pdf] [also available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1238553].

*Did the Competitive Regime switch in the 1980s? Staff Paper 96-20.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (August 1996), 19 pp.

*Breakfast Cereals: The Extreme Food Industry, Issue Paper No. 12.* Storrs, Conn.: Food Marketing Policy Center, University of Connecticut (1997), 20 pp.

*Food Multinational Enterprise Investment Strategies: An Option Approach, Staff Paper 97-1.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (January 1997), 40 pp, [with Filipe Ravara].

*Archer Daniels Midland: Price-Fixer to the World, Staff Paper 97-04.* West Lafayette, IN: Dept. Of Agricultural Economics, Purdue University (April 1997), 69 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl].

*Concentration and Mergers in the Grocery Wholesaling Industry: First Edition, Staff Paper 97-09.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (June 1997), 68 pp. [http://ageconsearch.umn.edu/bitstream/28683/1/sp97-09.pdf] [http://ssrn.com/abstract=1238518].

*Couponing as a Horizontal and Vertical Strategy: Theory and Effects, Working Paper No. 97-06.* St. Paul, MN: Retail Food Industry Center, University of Minnesota (July 1997), 29 pp.

*The Effects of Changes in Regulatory and Trade Policies on the Structure, Conduct, and Performance of the Brazilian Dairy Processing Industry, Staff Paper 97-15.*[10] W. Lafayette, IN: Dept. of Ag. Economics, Purdue University (October 1997):1- 23. [with Danilo R. D. Aguiar].

*Archer Daniels Midland: Price-Fixer to the World: Second Edition, Staff Paper SP 98-01.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (January 1998), 64 pp.

---

[10] Later published, slightly revised, as: Aguiar, Danilo R. D. and Josana A. Santana. Asymmetry in Farm to Retail Price Transmission: Evidence from Brazil. *Agribusiness* 18, no. 1 (2002): 37-48.

*Lysine Production, Trade, and the Effects of International Price Fixing, Staff Paper 98-03*. W. Lafayette, IN: Dept. of Agricultural Economics, Purdue University (January 1998) 75 pp.

*Archer Daniels Midland: Price-Fixer to the World: Third Edition, Staff Paper SP 98-10*. West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (May 1998), 102 pp.

*Vertical Market Structure and Retail Grocery Pricing, Staff Paper 98-13*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 1998), 12 pp, [with Aaron J. Johnson].

*What Can We Learn From the ADM Global Price Conspiracies? Staff Paper SP 98-14*. West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (August 1998), 44 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl].

*Lysine Production, Trade, and the Effects of International Price Fixing. Staff Paper SP 98-18*. West Lafayette, IN: Dept. of Agricultural Economic, Purdue University (September 1998), 59 pp.

*How Market Structure Affects Food Product Proliferation: Theoretical Hypotheses and New Empirical Evidence for the U.S. and the German Food Industries, Working Paper No. 51*. University of Giessen, Giessen, Germany (March 1999), 60 pp, [with Roland Herrmann and Claudia Röder].

*Lysine Production, Trade, and the Effects of International Price Fixing, Staff Paper SP 99-13*. West Lafayette, IN: Purdue University (October 1999). [http://agecon.lib.umn.edu/cgi-bin/view.pl].

*Evolving Research on Price Competition in the Grocery Retailing Industry: An Appraisal: SSRN Working Paper* (October 1, 1999). [http://ssrn.com/abstract=1242143]

*Archer Daniels Midland: Price-Fixer to the World: Fourth Edition, SP 00-11*. W. Lafayette IN: Purdue University (December 2000), 364 pages. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Two Books about the ADM Price-Fixing Conspiracy: SSRN Working Paper* (Feb. 16, 2001). [http://ssrn.com/abstract=256847]

*The Food and Agricultural Global Cartels of the 1990s, SP 02-4*. West Lafayette, IN: Purdue University (August 2002), 56 pages. [https://www.researchgate.net/profile/John_Connor7/publication/5218802_THE_FOOD_AND_AGRICULTURAL_GLOBAL_CARTELS_OF_THE_1990s_OVERVIEW_AND_UPDATE/links/00b495220d5b8a8cc1000000.pdf].

*A Ban on Packer Ownership and Feeding of Livestock: Legal and Economic Implications: White Paper*. Organization for Competitive Markets (2002), 13 pp. [with others].

*Response to Questionnaire Regarding Livestock Marketing: House Committee on Agriculture*. Unpublished letter (September 20, 2002), 14 pp. [with others].

*The Changing Structure of Global Food Markets: Staff Paper 03-04*. W. Lafayette, IN: Department of Agricultural Economics, Purdue University (February 2003). [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=7295&ftype=.pdf and ssrn.com/abstract=1105363]

*Private International Cartels: Effectiveness, Welfare, and Anticartel Enforcement, Staff Paper 03-12.* W. Lafayette, IN: Department of Agricultural Economics, Purdue University (November, 2003), 145 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Comment on Crandall and Winston, Staff Paper 04-01.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (January 2004), 6 pp. [available at http://www.antitrustinstitute.org/~antitrust/node/10472 and http://ssrn.com/abstract=988740]

*How to Block Cartel Formation and Price-Fixing: American Enterprise Institute-Brookings Joint Center, Brief 04-01.* Washington, DC: (April 2004) [with others]. [http://www.aei-brookings.org/publications/abstract.php?pid=728]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: Staff Paper 04-08.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (May 2004), 26 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl] and [http://law.bepress.com/expresso/eps/263].

*Collusion and Price Dispersion, Staff Paper 04-14.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (May 2004), 11 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: Staff Paper 04-08.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 2004), 27 pp. [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=14761&ftype=.pdf]

*How High Do Cartels Raise Prices? Implications for Reform of Sentencing Guidelines, Working Paper 04-01,* American Antitrust Institute (August 2004), 94 pp, [with Robert H. Lande]. [http://www.antitrustinstitute.org/]

*Price-Fixing Overcharges: Legal and Economic Evidence, Working Paper 04-05*, American Antitrust Institute (August 2004), 104 pp. [http://www.antitrustinstitute.org/]

*Global Antitrust Prosecutions of Modern International Cartels, Staff Paper 04-15.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (November 2004), 35 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Price-Fixing Overcharges: Legal and Economic Evidence, Staff Paper 04-17.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (November 2004), 103 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Private International Cartels: Effectiveness, Welfare, and Anticartel Enforcement: SSRN Working Paper 611909.* (Revised November 2004). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=611909]

*Collusion and Price Dispersion: Staff Paper 04-14.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (December 2004). [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=15553&ftype=.pdf]

*Global Antitrust Prosecutions of Modern International Cartels: SSRN Working Paper* (Revised January 2005). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=611886]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: SRRN Working Paper* (Revised February 2005). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=611948]

Golub, Alla, Detre, Joshua and Connor, John M., The Profitability of Price Fixing: Have Stronger Antitrust Sanctions Deterred? (April 8, 2005). [with Alla Golub and Joshua Detre] [Available at SSRN: http://ssrn.com/abstract=1188515]

*Optimal Deterrence and Private International Cartels,* paper presented at the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison (June 2005), 18 pp. [http://www.aae.wisc.edu/fsrg/research.html]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: AAEA Selected Paper 136399* (July 2005).
[http://agecon.lib.umn.edu/cgi-bin/detailview.pl?paperid=15553]

*The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases: AAEA Selected Paper 133695* (July 2005), [with Yuliya Bolotova and Douglas J. Miller].
[http://agecon.lib.umn.edu/cgi-bin/detailview.pl?paperid=16069]

*Price-Fixing Overcharges: Legal and Economic Evidence: AAEA Selected Paper 136396* (July 2005).
[http://agecon.lib.umn.edu/cgi-bin/detailview.pl?paperid=16093]

*Cartel Overcharges: Survey and Meta-Analysis: SSRN Working Paper* (Revised August 2005), [with Yuliya Bolotova]. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=788884]

*Price-Fixing Overcharges: Legal and Economic Evidence: SSRN Working Paper* (April 24, 2005, revised November 2005). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787924]

*Determinants of Cartel Duration: A Cross-Sectional Study of Modern Private International Cartels: SSRN Working Paper.* (August 2, 2005). [Available at: https://ssrn.com/abstract=1158577 or http://dx.doi.org/10.2139/ssrn.1158577]. [with Zimmerman, Jeffrey E.]

*Collusion and Price Dispersion: SSRN Working Paper* (Revised January 2006).
[http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787849]

*How High Do Cartels Raise Prices? Implications for Reform of Sentencing Guidelines, SSRN Working Paper* (Revised January 2006), [with Robert H. Lande].
[http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787907]

*The Great Global Vitamins Conspiracy: Working Paper.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (February 22, 2006; final version of 4/1/2008 below)
[http://www.agecon.purdue.edu/staff/connor/papers/The%20Great%20Global%20Vitamins%20Conspiracy.pdf]

*The Great Global Vitamins Conspiracy: Sanctions and Deterrence: AAI Working Paper No. 06-02.* Washington, DC: American Antitrust Institute (February 22, 2006; final version of 4/1/2008 below)
[available at http://www.antitrustinstitute.org/recent2/485.pdf and at
http://ssrn.com/abstract=1103604]

*The Great Global Vitamins Conspiracy: SSRN Working Paper* (March 2006) [final version of 4/1/2008 below http://papers.ssrn.com/sol3/papers.cfm?abstract_id=885968]

*Cartel Stability: An Empirical Analysis: SSRN Working Paper,* (October 2006, revised June 2007) [with Yuliya Bolotova and Douglas J. Miller]. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=991908]

*Statistics on Modern Private International Cartels: Working Paper #06-11*. West Lafayette, Indiana: Purdue University (November 2006), 63 pp. [with Gustav Helmers]. [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=24425&ftype=.pdf] [http://www.agecon.purdue.edu/working_papers/workingpaper.connor.11.10.06.pdf]

*Statistics on Modern Private International Cartels: Working Paper 07-01*. Washington, DC: American Antitrust Institute (January 2007), [with Gustav Helmers]. [http://www.antitrustinstitute.org/recent2/567.pdf]

*A Critique of Cartel Fine Discounting by the U.S. Department of Justice: SSRN Working Paper* 977772. (March 31, 2007). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=977772]

*Deterring International Cartels in the Face of Comity and Jurisdiction: A Legal, Economic, and Empirical Evaluation of the Extraterritorial Application of U.S. Antitrust Laws: SSRN Working Paper* (April 2, 2007) [with Darren Bush]. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=978846]

*Optimal Deterrence and Private International Cartels: SSRN Working Paper* (Revised April 2007) [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787927]

*Comment on Crandall and Winston (2003): SSRN Working Paper* (Revised May 31, 2007). [available at http://ssrn.com/abstract=988740]

*Forensic Economics: An Introduction with Special Emphasis on Price Fixing: SSRN Working Paper* (March 2007). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1105337]

*Statistics on Modern Private International Cartels: SSRN Working Paper* (Revised May 2007), [with Gustav Helmers]. [http://ssrn.com/abstract=1103610]

*Global Antitrust Prosecutions of International Cartels: Focus on Asia: SSRN Working Paper* (November 5, 2007). [http://ssrn.com/abstract=1027949]

*The Changing Structure of Global Food Markets: Dimensions, Effects, and Policy Implications: SSRN Working Paper* (2008). [Available at SSRN: http://ssrn.com/abstract=1105363]

*Effectiveness of Antitrust Sanctions on Modern International Cartels: Revised SSRN Working Paper* (March 18, 2008). [Available at SSRN: http://ssrn.com/abstract=988707]

*Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of the US Market: SSRN Working Paper* (March 2008). [Yuliya Bolotova first author and with Douglas J. Miller] [Available at SSRN: http://ssrn.com/abstract=1101679]

*How to Block Cartel Formation and Price Fixing: Using Extraterritorial Application of the Antitrust Laws as a Deterrence Mechanism: SSRN Working Paper* (March 29, 2008). [with Darren Bush] [Available at SSRN: http://ssrn.com/abstract=1156469]
*The Great Global Vitamins Conspiracies, 1985-1999: SSRN Working Paper* (April 1, 2008). [final version available at http://ssrn.com/abstract=1120936]
*A Critique of Cartel Fine Discounting by the U.S. Department of Justice: SSRN Working Paper* (revised April 24, 2008). [available at SSRN: http://ssrn.com/abstract=977772]

*The United States Department of Justice Antitrust Division's Cartel Enforcement: Appraisal and Proposals: SSRN Working Paper.* (Revised April 26, 2008). [with assistance of an AAI Task Force] [Available at SSRN: http://ssrn.com/abstract=1130204]
*A Critique of Partial Leniency for Cartels by the U.S. Department of Justice: SSRN Working Paper* (revised May 26, 2008). [available at SSRN: http://ssrn.com/abstract=977772]

*Cartel Sanctions: An Empirical Analysis: SSRN Working Paper* (April 2008). [with Yuliya Bolotova] [Available at SSRN: http://ssrn.com/abstract=1116421]

*Latin America and the Control of International Cartels*: *SSRN Working Paper* (April 14, 2008). [http://ssrn.com/abstract=1156401]

*The United States Department of Justice Antitrust Division's Cartel Enforcement: Appraisal and Proposals* (June 10, 2008). American Antitrust Institute Working Paper No. 08-02. [Available at http://ssrn.com/abstract=1130204]

*Determinants of Cartel Duration: A Cross-sectional Study of Private International Cartels, 1990-2003: SSRN Working Paper* (posted July 2008). [with Jeffrey Zimmerman] [http://ssrn.com/abstract=1158577]

*Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of Food Industry Cartels: SSRN Working Paper* (July 14, 2008). [with Yuliya Bolotova and Douglas J. Miller] [http://ssrn.com/abstract=1101705]

*Concentration and Mergers in the Grocery Wholesaling Industry: SSRN Working Paper* (posted August 19, 2008). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1238518].

*Market Competition and Metropolitan-Area Grocery Prices: SSRN Working Paper* (posted August 23, 2008). [with James K. Binkley] [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1238553]

*Couponing as a Horizontal and Vertical Strategy: Theory and Effects: SSRN Working Paper* (posted August 23, 2008). [http://ssrn.com/abstract=1242001]

*Evolving Research on Price Competition in the Grocery Retailing Industry: An Appraisal: SSRN Working Paper* (posted August 28, 2008). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1242143]

*The Determinants of Coupon Discounts for Breakfast Cereals: SSRN Working Paper* [with Gregory Price] (posted August 23, 2008). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1242202]

*Market Conduct in the U.S. Ready-to-Eat Cereal Industry: SSRN Working Paper* (posted August 20, 2008). [with Jeffrey J. Reimer] [http://ssrn.com/abstract=1242151]

*Cartel Overcharges and Optimal Cartel Fines: SSRN Working Paper* (October 16, 2008). [with Robert H. Lande] [Available at http://ssrn.com/abstract=1285455]

*Cartel Amnesties Granted: Worldwide Whistleblowers: SSRN Working Paper* (October 2008). [Available at http://ssrn.com/abstract=1285469]

*Cartels and Antitrust Portrayed: Detection: SSRN Working Paper* (March 2009). [http://ssrn.com/abstract=1372866]

*Cartels and Antitrust Portrayed: Numbers, Size, Location: SSRN Working Paper* (March 2009). [http://ssrn.com/abstract=1367843]
*Cartels and Antitrust Portrayed: Internal Structures: SSRN Working Paper* (March 2009). [http://ssrn.com/abstract=1372849 ]

*Cartels and Antitrust Portrayed: Corporate Penalties: SSRN Working Paper* (March 2009). [http://ssrn.com/abstract=1372852]

*Cartels and Antitrust Portrayed: Individual Penalties: SSRN Working Paper* (March 2009). [http://ssrn.com/abstract=1372854]

*Cartels and Antitrust Portrayed: Market Effects and Damages: SSRN Working Paper* (March 2009). [http://ssrn.com/abstract=1372850]

*Governments as Cartel Victims*: AAI Working Paper 09-03. (April 15, 2009). [Available at http://www.antitrustinstitute.org/archives/files/AAI%20Working%20Paper%2009-03_052120091755.pdf]

*Global Antitrust Prosecutions of International Cartels: Focus on Asia: SSRN Working Paper* (revised version April 20, 2009). [Available at http://ssrn.com/abstract=1027949]

*Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation 1996: SSRN Working Paper* (May 21, 2009). [Available at http://ssrn.com/abstract=1408070]

*Governments as Cartel Victims: AAI Working Paper No. 09-03*. (May 21, 2009) [Available at http://ssrn.com/abstract=1412463]

*Cartels & Antitrust Portrayed: Private International Cartels from 1990 to 2008: AAI Working Paper #09-06.* (August 31, 2009). [Available at http://ssrn.com/abstract=1467310]

*Cartels & Antitrust Portrayed: Private International Cartels from 1990 to 2008: American Antitrust Institute Working Paper No. 09-06* (September 1, 2009). [Posted January 2010 and available at SSRN: http://ssrn.com/abstract=1535131]

*About Cartel Overcharges: Kroes is Correct: SSRN Working Paper.* (February 1, 2010). (Preprint of an article in *Concurrences: Review of Competition Law* 1-2010.) [Available at SSRN: http://ssrn.com/abstract=1610283]

*Price Fixing Overcharges: Revised 2nd Edition: SSRN Working Paper* (April 27, 2010). [Available at SSRN: http://ssrn.com/abstract=1610262]

*The Predictability of Global Cartel Fines: SSRN Working Paper* (May 4, 2010). (Preprint of an article in *Concurrences: Review of Competition Law* 2-2010.) [with Douglas J. Miller] [Available at SSRN: http://ssrn.com/abstract=1610284]

*Determinants of EC Antitrust Fines for Members of Global Cartels: SSRN Working Paper* (completed May 9, 2010). [with Douglas J. Miller] [Posted March 8, 2013 at: http://ssrn.com/abstract=2229358]
*Recidivism Revealed: Private International Cartels 1990-2009: SSRN Working Paper* (5/28/2010). [http://ssrn.com/abstract=1688508]

*The High Economic Costs of Cartels: Can Private Enforcement Help? SSRN Working Paper* (October 17, 2010). (Preprint of Chapter 2, "The Impact of International Cartels," in *The International Handbook on Private Enforcement of Competition Law,* Albert Foer and Jonathan Cuneo (editors). Cheltenham, UK: Edward Elgar. (2010). [ http://ssrn.com/abstract=1694156]

*The Changing Structure of Global Food Markets: Dimensions, Effects, and Policy Implications: SSRN Working Paper* (February 6, 2003; posted 11/20/10). [ http://ssrn.com/abstract=1105363]

*Has the European Commission Become More Severe in Punishing Cartels? Effects of the 2006 Guidelines: SSRN Working Paper* (draft 6/28/2010, posted 1/11/2011). [http://ssrn.com/abstract=1737885]

*Problems with Prison in International Cartel Cases: SSRN Working Paper* (draft 6/28/2010, posted June 20, 2011). [Available at http://ssrn.com/abstract=2166414]

*Cartels Portrayed, A 21-Year Perspective: U.S. vs. EC: Who's Winning the Prosecution Race?* AAI Working Paper No. 11-03 (posted 8/2/2011). [http://ssrn.com/abstract=2547695 OR www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-03.pdf]

*Cartels Portrayed, A 21-Year Perspective: Cartel Structures.* AAI Working Paper No. 11-04 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=25477XX] OR [http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-04.pdf]

*Cartels Portrayed, A 21-Year Perspective: Detection.* AAI Working Paper No. 11-05 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=2547700] OR http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-05.pdf]

*Cartels Portrayed, A 21-Year Perspective: Deterrence Effects of Penalties.* AAI Working Paper No. 11-06 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=2547687] OR [http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-06.pdf]

*Cartels Portrayed, A 21-Year Perspective: Executives Sanctioned.* AAI Working Paper No. 11-07 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=2547701] OR [http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-07.pdf]

*Optimal Cartel Deterrence: An Empirical Comparison of Sanctions to Overcharges: SSRN Working Paper* (Posted September 19, 2011). [http://ssrn.com/abstract=1917657] [with Robert Lande]

*Cartels as Rational Business Strategy: New Data Demonstrates that Crime Pays: SSRN Working Paper* (Posted March 7, 2012). [Robert Lande, senior author]. [http://ssrn.com/abstract=1917657]

*Cartels as Rational Business Strategy: Crime Pays: SSRN Working Paper* (Revision posted July 2012). [Robert Lande, senior author]. [http://ssrn.com/abstract=1917657]

Hefty Penalties on Big-Biz Cartels Will Provide Level Playing Field to Small Businesses. *Economic Times of India: Comments & Analysis: SSRN Working Paper No. 2273747.* (August 30, 2012). [with Robert H. Lande] [http://ssrn.com/abstract=2273747]

*Private Recoveries in International Cartel Cases Worldwide: What Do the Data Show*? AAI Working Paper No. 12-03. (October 15, 2012). [http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaperNo12-03.pdf] and [http://ssrn.com/abstract=2165431]

*Private International Cartels PIC Data Guide: SSRN Working Paper 2478271.* (July 1, 2013). [http://ssrn.com/abstract=2478271] [http://www.academicroom.com/manuscript/private-international-cartels-pic-data-guide-2013-01-07]

*Multiple Prosecutions Point to Huge Damages from Auto-Parts Cartels: AAI Working Paper 12-08.* (December 13, 2012). [http://ssrn.com/abstract=2190200] [http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaper12-06.pdf]

Cartel Detection and Duration Worldwide. *Competition Policy International: Antitrust Chronicle* 2011 (2) (February 2013): 2-10. [http://ssrn.com/abstract=2229242]

*Predicting EC Antitrust Fines on Participants of Global Cartels: SSRN Working Paper* (March 6, 2013) [with Douglas J. Miller] [http://ssrn.com/abstract=2229358]

*Predicting U.S. Antitrust Fines on Corporate Participants of Global Cartels: SSRN Working Paper* (March 9, 2013) [with Douglas J. Miller] [http://ssrn.com/abstract=2229300]

*The Determinants of Cartel Duration* (May 11, 2013). [With Rosa Abrantes-Metz and Albert D. Metz] [http://ssrn.com/abstract=2263782]

*Is Auto Parts Evolving into a Supercartel?: AAI Working Paper No. 13-04* (August 28, 2013) [http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaper13-04.pdf]

*PRICE-FIXING OVERCHARGES: REVISED 3RD EDITION: SSRN Working Paper No. 2400780.* (February 24, 2014): 1-316. [http://ssrn.com/abstract=2400780]

*BIG BAD BANKS: BID RIGGING AND MULTILATERAL MARKET MANIPULATION: AAI Working Paper 14-04.* (posted May 6, 2014). [http://ssrn.com/abstract=2547682 OR http://www.antitrustinstitute.org/sites/default/files/WorkingPaper14-04.pdf]

*The Private International Cartels (PIC) Data Set: Guide and Summary Statistics, 1990-2013: SSRN Working Paper.* (August 9, 2014). [http://ssrn.com/abstract=2478271]

*Quebec's Construction Cartels: SSRN Working Paper.* (November 5, 2014). [http://ssrn.com/abstract=2519768]

*Global Cartels Redux: The Lysine Antitrust Litigation: SSRN Working Paper.* (November 6, 2014). [http://ssrn.com/abstract=2520151]

Private International Cartels: A Concise Introduction: SSRN Working Paper. (November 12, 2014). [http://ssrn.com/abstract=2523883]

Antitrust Developments in Food and Pharma: SSRN Working Paper. (February 2015). [http://ssrn.com/abstract=2616799]

*Not Treble Damages: Cartel Recoveries Are Mostly Less Than Single Damages: SSRN Working Paper.* (June 4, 2015) [with Robert H. Lande]. [http://ssrn.com/abstract=2548712]

*The Rise of Anti-Cartel Enforcement in Africa, Asia, and Latin America: SSRN Working Paper.* (January 2016). [http://ssrn.com/abstract=2711972]

*Oceanic Disparities in Cartel-Recidivism Attitudes and Penalties: SSRN Working Paper.* (April 1, 2016): 1-9. [http://ssrn.com/abstract=2757784]

*On the Alleged Disproportionate Sentencing of Cartel Managers: SSRN Working Paper.* (July 23, 2016). [http://ssrn.com/abstract=2828280]

*The Private International Cartels (PIC) Data Set: Guide and Summary Statistics, 1990- July 2016 (Revised 2nd Edition): SSRN Working Paper.* (August 8, 2016). [http://ssrn.com/abstract=2821254]

*International Cartel Stats: A Look At The Last 26 Years. SSRN Working Paper.* (August 15, 2016). [http://ssrn.com/abstract=2862135]

*The Predictability of DOJ Cartel Fines: SSRN Working Paper* (March 2013, posted November 13, 2016). (with Douglas J. Miller). [http://ssrn.com/abstract=2863327]

*Canada's International Cartel Enforcement: Keeping Score: SSRN Working Paper* (November 14, 2016). [http://ssrn.com/abstract=2869430]

*Cartels Costly for Customers: Presentation at World Bank Conference on Income Distribution: SSRN Working Paper* (June 2017). [http://ssrn.com/abstract=2988489]

## FORMAL TEACHING MATERIALS

Class Notes for AGEC 506: Industrial Organization and Price Analysis in the Food System. West Lafayette, IN (1983-1996), 151 pp. illustrated.

Class Notes for AGEC 622: Food System Organization and Policy. West Lafayette, IN (revised annually 1985-2008), 200 pp. illustrated.

Class Notes: International Sales of Branded Food Products. West Lafayette, IN (March 2006), 25 pp.

American Antitrust Institute, *Fair Play in the Market Place*, film of 35 minutes on CD, popular and educational introduction to the U.S. Antitrust Laws [J. M. Connor's interview is excerpted five times] (June 2006).[11]

## SPEECHES & FORMAL PRESENTATIONS

### *PLENARY/KEYNOTE CONFERENCE SPEECHES*

Foreign Food Firms: Their Participation and Competitive Impact on the U.S. Food Manufacturing Industries, Invited paper at the XVII International Conference of Agricultural Economists, Banff, Canada (September 11, 1979).

Determinants of Foreign Investment by Food Manufacturers, invited paper, American Agricultural Economics Association, New York (December 1982).

Economic Forces Shaping the U.S. Food Processing Industries, Invited Paper, AAEA annual meeting, Iowa State University (August 1985) [with Dale Heien, Jean Kinsey and Robert Wills].

An Industrial Powerhouse in Transition: The U.S. Food Processing Industries, invited address at 1988 Institute of Food Technologist's Research Symposium, Food and Agriculture in a Global Economy -- The Role for Food Science and Technology, New Orleans, LA (June 20, 1988).

Growth of the Food Processing Industries in the South, 1963-1995, invited paper, Southern Association of Agricultural Economics annual meeting (January 1989) [with Ralph Christy].

Major Economic Trends Facing the Food Industry, plenary session address, Food Update '89 Conference, Scottsdale, AZ (April 17, 1989).

The Positioning of Food Processing Firms in the 1990s, keynote speech at the 61st National Institute on Cooperative Education, American Institute of Cooperation, Indianapolis, IN (July 24, 1989).

The Contribution of Food Processing to State Economic Development, speech at the 37th Annual Governor's Conference on Economic and Community Development, Nashville, TN, November 14, 1989.

[11] Produced by the Filmmakers Collaborative, the film received a 2007 Silver Telly Award [http://www.tellyawards.com/winners/list/?l=F&event=8&category=1&award=S] and a 2007 CINE Golden Eagle [http://www.cine.org/wp-content/uploads/2013/01/2007-CINE-Winner-Directory.pdf p. 12]. The Golden Eagle recognizes excellence in documentary and other informational film and video production. Past recipients of CINE Golden Eagles include Steven Spielberg, George Lucas, Ken Burns, Martin Scorsese, Mike Nichols, Robert Altman, Spike Lee, and Mel Brooks.

Economic Dimensions of the U.S. Food Processing Industry, keynote speech, Soviet-American Food Industry Conference, Lincoln, Nebraska, March 21, 1990.

Alternative Paradigms for Analyzing Structural Issues in the Food System, invited paper, annual meeting of the American Agricultural Economics Association, Vancouver, British Columbia, August, 1990.

The New Consumers: What Do They Want and How Do They Get It? Agriculture 2000: A Strategic Perspective: National Conference, Purdue's Center for Agricultural Business, West Lafayette, IN, November 2-3, 1992 [with Joseph Uhl].

Consumers and the Food Processing Sector, speech at three annual Farmland Industries' MCA System Conferences, Kansas City, MO, January 15, 1993; San Antonio, TX, January 29, 1993; and February 2, 1993.

Food Processing: An Industrial Powerhouse in Transition, Institute of Food Technologists, annual meeting, Anaheim, California, June 5, 1995.

Did the Competitive Regime Switch in the 1980s? Principal paper, American Agricultural Economics Association annual meeting, San Antonio, Texas, July 1996.

Keeping Tabs on the Consumer: Just a Few Links Away, plenary speech at the 1997 National conference for Agribusiness, Center for Agricultural Business, Purdue University, November 10, 1997.

Food Processing: An Industrial Powerhouse in Transition, keynote speech at the Pennsylvania State University conference on the food industries, Lancaster, Pennsylvania, April 15-16, 1998.

Prognosis on Pennsylvania's Food Processing Industries, Third Warehime Lecture, College of Agriculture, Penn. State Univ., State College, PA, April 17, 1998.

What Can We Learn from the ADM Global Price Conspiracies? speech at the Food and Agricultural Marketing Consortium's conference, "Economic and Policy Implications of Structural Realignments in Food and Agriculture Markets," Park City, Utah, August 1, 1998.

Evolving Research on Price Competition in Grocery Retailing: An Appraisal, keynote address, Northeastern Association of Agricultural and Resource Economics annual meeting, Morgantown, WV, June 28, 1999.

Private International Cartels: Resurgence and Deterrence, University of Wisconsin's Food System Research Group, Biennial Conference, Madison, Wisconsin, June 26-27, 2003.

John M. Connor and Robert Lande, "Thinking about Cartel Remedies," address at the annual meeting of the American Antitrust Institute, Washington, DC, June 21, 2005.
How High Do Cartels Raise Prices? Implications for Reform of Sentencing Guidelines, speech at annual meeting of the American Antitrust Institute, Washington, DC, June 22, 2005 [with Robert H. Lande].

The United States Department of Justice Antitrust Division's Cartel Enforcement: Appraisal and Proposals, keynote plenary speech at the 10th annual meeting of the American Antitrust Institute, Washington, DC, June 18, 2008.
Cartel Deterrence and Cartel Dissuasion: A Survey and Assessment. Address at a conference sponsored by the Institute of Competition, Brussels (June 4, 2012).

## ***INTERNATIONAL CONFERENCE ADDRESSES***[12]

The Determinants of Structural Adjustment in the Food Industries, and A Case Study of Structural Adjustment of the U.S. Food Manufacturing Industries, invited papers presented at a symposium sponsored by the OECD, Paris (January 1982).

Economic Trends in the U.S. Food Manufacturing Industries, speech before the 1987 Canadian Agricultural Outlook Conference, at the invitation of the Deputy Minister of Agriculture Canada, Ottawa, Canada (December 15, 1987).

John M. Connor, "Northern America--A Reference Model?," speech at the 5th International Agropolis Conference, Montpellier, France, December 6, 1990.

Future Consumer Preferences, conference on International Strategies for Food Processing, sponsored by the Danish office of AIESEC (L'Association internationale des etudiants de la science economique et commerciale), Copenhagen, Denmark, August 14, 1991.

The Economic Impact of Trade Liberalization in Sweeteners on U.S., EEC, and World Markets, selected paper, International Agribusiness Management Association meeting, Oxford, UK, May 1992 [with Thomas V. Greer].

The Emergence of Global Consumers of Food, speech given at the Universidad de Piura, Piura, Peru, October 5, 1993.

Export Opportunities for Processed Foods in the United States of America, speech given at the Universidad de Piura, Piura, Peru, October 5, 1993.

New Estimates of Welfare and Consumer Losses in U.S. Food Manufacturing, speech given at the Institute of Industrial Economics, University of the Social Sciences, Toulouse, France, October 21-23, 1993 [with Everett E. Peterson].

Concentration Change and Countervailing Power, paper presented at conference Economics of Innovation - the Case of the Food Industries, sponsored by the Catholic University of the Sacred Heart, Piacenza, Italy, June 10-12, 1994 [with Richard T. Rogers and Vijay Bhagavan].
New Estimates of Welfare Losses in U.S. Food Manufacturing, seminar at the University of Finland, Helsinki, Finland, October 30, 1994.

Empirical Estimation of Market Power in the Food Industries, Department Seminar, Economics Department, Åbo Akedemie University, Turku, Finland, November 1994.

---

12 See also presentations at international conferences in the section above.

Theory of Industrial Organization, invited lecture, Department of Agricultural Economics, Budapest University of Economic Sciences, Budapest, Hungary, November, 1994. (Also at Budapest University of Horticulture.)

Consumer Food Purchases and Policies, speech at the Department of Agribusiness Marketing, University of Agricultural Sciences, Gödölló, Hungary, November, 1994.

The Hungarian Food Processing Industries: Strengths and Weaknesses, address at the Department of Agricultural Economics, Budapest University of Economic Sciences, Budapest, Hungary, November, 1994.

Emerging Research Issues, address at NE-165 Conference on Food Retailer-Manufacturer Competitive Relationships in the EU and USA, Reading, UK, July 19, 1995.

Food Processing: An Industrial Powerhouse in Transition, University of Piura convocation of food industry executives, Lima, Peru, October, 1995.

The Global Convergence of Food Preferences, speech given at the Polytechnic University, Madrid, Spain, March 4, 1996.

Economic Trends in the U.S. Food Processing Industries, speech at Nihon University, Tokyo, Japan, November 19, 1996.

The Economics of Food Couponing, plenary address at the Conference on Vertical Relationships in the Food System, Piacenza, Italy, June 1997.

Market Concentration: Does Anyone Really Care Anymore?, organized symposium presentation, AAEA Annual Meeting, Toronto, July 1997.

The Effects of Changes in Regulatory and Trade Policies on the Structure, Conduct and Performance of the Brazilian Dairy Processing Industry, Selected Paper, annual meeting of the American Association of Agricultural Economics, Toronto, Canada, July 1997 [with Danilo R. D. Aguiar].

Recent Developments in Industrial Organization Research on the Food System, University of Sao Paulo, Piracicaba, Brazil, October 21, 1997.

International Convergence of Antitrust Laws and Enforcement, keynote address in the International Seminar Series, Federal University of Viçosa, Brazil, October 23, 1997.

Food Industry Growth Effects of Consumer Preference Changes, speech at Third Intl. Conference on Chain Management, Wageningen, Holland, May 28-29, 1998.

Are Structure Conduct Performance Hypotheses Confirmed in the Food Industry? Empirical Tests with Product Innovation Data and Conclusions for Antitrust. Selected Paper, IX Congress of the European Association of Agricultural Economics, Warsaw, Poland, August 24-28, 1999 [with Roland Herrmann].

Evolving Research on Price Competition in Grocery Retailing: An Appraisal, XXXVII Congresso Brasiliero de Economia e Sociologia Rural, Foz Do Iguaçu, Brazil, August 3, 1999.

Market Power in the German Food-Retailing Industry, paper presented at the European Association for Research in Industrial Economics (EARIE), Torino, Italy, September 4-7, 1999 [with Klaus Drescher].

Determinants of New Food Product Introductions, International Association of Agricultural Economics, Berlin, Germany, August 2000 [with Roland Herrmann].

Food Multinational Enterprise Investment Strategies, address at the Academy of Management annual meeting, Toronto, Ontario, Canada, August 2000 [with Felipe Ravara and Roberto Vassalo].

Trends in Food Distribution, joint CFAB/INCAE Seminar, San Salvador, El Salvador, November 2001.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at the annual meeting of the Organization for Competitive Markets, Omaha, NE, August, 2002.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at the annual meeting of the American Agricultural Law Association, Indianapolis, IN, October, 2002.

Trends in U.S. Anti-Trust and Competition Law, address at a legal seminar Undga faldgruberne i konkurrenceretten ("Avoiding the Pitfalls of Competition Law"), Copenhagen, Denmark, February 4, 2003.

International Cartel Case Studies, address at a legal seminar Internationale kartelsager – trends og okonomisk erstatningsudmaling ("International Cartel Cases – Trends and Economic Assessment of Damages"), Copenhagen, Denmark, February 4, 2003.

Trends in Agro-Industry Consolidation, address sponsored by the Organization of Economic Cooperation and Development, The Hague, Netherlands, February 6-7, 2003.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at La Politique de la Concurrence dans l'agro-alimentaire, a conference sponsored by the Societe Francaise d'Economie Rural, Paris, France, March 11, 2003.

Panel organizer and presenter of the paper, Private International Cartels: Welfare Impacts and the Antitrust Response, International Industrial Organization Conference, Boston, April 4-5, 2003.

Discussion of Minority Stakeholdings as an Anti-Competitive Device by Ugo Merlone and Carmello Salleo, International Industrial Organization Conference, Boston, April 4-5, 2003.

International Price Fixing: Resurgence and Deterrence, 30th Annual Conference of the European Association for Research in Industrial Economics, Helsinki, Finland, August 24-26, 2003.

International Price Fixing: Resurgence and Deterrence, opening keynote address, First Workshop of the Research Training Network Competition Policy in International Markets, at the Université des Sciences Sociales de Toulouse, Toulouse, France, October 17-18, 2003.

A Meta-Analysis of Cartel Overcharges, presentation at a workshop meeting of the International Journal of Industrial Organization, Amsterdam, Netherlands, April 1-2, 2005 [with Yuliya Bolotova].

The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases, International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2005 [with Yuliya Bolotova and Douglas J. Miller].
Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis," International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2005 [with Yuliya Bolotova and Douglas J. Miller].

Determinants of Cartel Duration: A Cross-sectional Study of Private International Cartels, 1990-2003, address at the International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2005 [with Jeffrey Zimmerman].

The Profitability of price Fixing: Have Stronger Antitrust Sanctions Deterred?, International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2006 [with Alla Golub and Joshua Detre].

International Cartel Overcharges: Focus on Europe, ENCORE Network Conference, Amsterdam, Netherlands, April 14, 2005.

Seminar lecture for cartel experts with the Dutch Competition Authority (NMa) Barbizon Palace Hotel, Amsterdam, April 14, 2005.

International Cartel Overcharges: Focus on Europe, lecture at Howrey Simon offices, Brussels, Belgium, April 15, 2005.

Cartel Antitrust Fining Practices in the Netherlands, the US, EU, and Canada, address at the offices of the Netherlands Competition Authority (NMa), the Hague, the Netherlands (March 16, 2006).

Measuring the National Impact of Competition-Law Activities, address at the offices of the Netherlands Competition Authority (NMa), the Hague, the Netherlands (March 16, 2006).

Effectiveness of International Cartel Sanctions, address at the offices of the Netherlands Competition Authority (NMa), the Hague, the Netherlands (March 16, 2006).

Forensic Economics, conference sponsored by the Amsterdam Center for Law and Economics, Amsterdam, Netherlands (March 17, 2006).

The Great Global Vitamins Cartels of 1989-1999, Economics Group lecture series, Directorate General for Competition, European Commission, Brussels, Belgium (March 20, 2006).

The Great Global Vitamins Cartels of 1989-1999, International Industrial Organization Conference 4, Boston, Mass. (April 8, 2006).

Cartel Duration: An Empirical Analysis, 5th Annual International Industrial Organization Conference, Georgia Southern University, Savannah, Georgia (April 14, 2007) [with Yuliya Bolotova].

Optimal Deterrence and Private International Cartels, 5th Annual International Industrial Organization Conference, Savannah, Georgia (April 14, 2007). [available at: http://agecon.lib.umn.edu/cgi-bin/view.pl and http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787927]

Comment on Predatory Buying and the Antitrust Laws by Roger D. Blair and John E. Lopatka, 5th Annual International Industrial Organization Conference, Savannah, Georgia (April 14, 2007).

Global Antitrust Prosecutions of International Cartels: Focus on Asia, Department of Business Administration, National Taipei University, Taipei, Taiwan (August 16, 2007).

Thoughts on Research and Academic Publishing, Department of Business Administration, National Taipei University, Taipei, Taiwan (August 16, 2007).

Global Antitrust Prosecutions of International Cartels: Focus on Asia, Asian Law and Economics Society annual meeting, Taipei (August 17, 2007).

Canada and the Control of International Cartels, Presentation at the Speakers' Series, Economic Policy and Enforcement Branch, Canadian Competition Bureau, Ottawa, Canada (October 8, 2007).

Latin America and the Control of International Cartels, Presentation at the 2007 International Seminar on Strategy, Market Power and Antitrust, sponsored by the Center for Research in Strategy at IBMEC, Sao Paulo, Brazil (October 29, 2007).

Latin America and the Control of International Cartels, Latin American Competition Policy Conference, Latin American and Caribbean Economic Association, Sao Paulo, Brazil (April 4, 2008).

Measures of Effectiveness of EU Hard-Core International Cartel Enforcement, Amsterdam Centre for Law and Economics, Amsterdam, April 10-11, 2008.

A Critique of Cartel Fine Discounting by the U.S. Department of Justice, 6th International Industrial Organization Conference, Alexandria, Virginia, May 16-17, 2008.

Cartel Sanctions: An Empirical Analysis, 6th International Industrial Organization Conference, Alexandria, Virginia, May 16-17, 2008. [with Yuliya Bolotova]

Global Antitrust Prosecutions of International Cartels: Focus on Asia: Revised version, 6th International Industrial Organization Conference, Alexandria, Virginia, May 16-17, 2008.

Effectiveness of EU Hard-Core International Cartel Enforcement, workshop presentation, University of Copenhagen Centre for Industrial Economics, Copenhagen, June 5-6, 2008.

Optimal Deterrence and Private International Cartels: Revision of August 2008, paper presented at the 35th Conference of the European Association for Research in Industrial Economics (EARIE), Toulouse, France, September 4-7, 2008.

Determinants of Cartel Duration, paper presented at the 7th International Industrial Organization Conference, Boston, April 3-5, 2009. [with Rosa Abrantes-Metz]

Determinants of U.S. Antitrust Fines of Corporate Participants of Global Cartels, paper presented at the 7th International Industrial Organization Conference, Boston, April 3-5, 2009. [with Douglas J. Miller] [revisions posted March 2013 at http://ssrn.com/abstract=2229300]

Factors influencing the magnitude of cartel overcharges: an empirical analysis of the US market, Selected paper, the 7th annual International Industrial Organization Conference, Northeastern University, Boston, MA, April 3-5, 2009. [with Yuliya Bolotova and Douglas J. Miller]
Determinants of EC Fines for Members of Global Cartels: PowerPoint Slides, paper presented at the 3rd Conference on "The Economics of Competition Law," sponsored by LEAR (Laboratorio di Economia, Antitrust, Reglomentazione), Rome, June 25-26, 2009. [with Douglas J. Miller] [available at http://www.learlab.com/learconference/documents.html]

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Institute of Competition Law's conference on "New Frontiers of Antitrust," Paris, February 15, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Université de Paris-Pantheon, Paris, February 16, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Economists' Lecture Series, Directorate-General for Competition, European Commission, Brussels, February 17, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Institute of Law and Economics, University of East Anglia, Norwich, England, February 19, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Institute of Industrial Economics, Copenhagen Business School, February 22, 2010.

The Predictability of EC Fines on Global Cartels, paper presented at the 8th International Industrial Organization Conference, Vancouver, British Columbia, May 14-16, 2010. [with Douglas J. Miller]

Cartel Fines and Illegal Gains by Cartels, paper presented at "Public and Private Enforcement of Competition Law -- Legal and Economic Perspectives," conference sponsored by ZEW Centre for European Economic Research, University of Mannheim, Germany, March 10-11, 2011.

Europe and the Control of Cartels, paper presented at the 9th International Industrial Organization Conference, Boston, April 9, 2011.

Price Effects of International Cartels in Markets for Primary Products, paper presented at "CUTS Symposium on Trade in Primary Products and Competition Policy," World Trade Organization, Geneva, Switzerland, September 22, 2011 (25 pp.).

The Severity of EC Cartel Fines under the 2006 Guidelines, paper presented at "Antitrust Sanctions: How to Achieve 'Optimal Fines'?" Institute of Competition Law (Paris), Brussels, October 9, 2012.

"Cartels in Primary Products Industries: A Flag for Screening," presentation at the 3rd International Antitrust Conference, sponsored by the European Union and the Competition Commission of Pakistan, Islamabad, May 29-30, 2013.

"The Importance of Fighting Cartels in Small Economies," speech on the opening panel of the Competition Conference Marking the 20th Anniversary of the Founding of the Icelandic Competition Authority, Reykjavik, Iceland, September 27, 2013.

"The Fundamental Importance of Deterrence in Competition Enforcement and the Policies to Attain It," Keynote talk at afternoon workshop, Competition Conference Marking the 20th Anniversary of the Founding of the Icelandic Competition Authority, Reykjavik, Iceland, September 27, 2013.
Big Bad Banks. Fordham University Antitrust Conference, New York City, September 10-12, 2014.

Cartels Costly for Customers. Promoting Effective Competition Policies for Shared Prosperity and Inclusive Growth, World Bank Group and OECD, Washington DC, June 23, 2015.

EU Cartel Penalties: Severity and Recovery: With international comparisons. European Commission Conference, "On the deterrence effects and the macroeconomic impact of the work of Competition Authorities," Brussels, 17-18 September 2015.

Global Enforcement Directed at International Cartels: A Concise Introduction and Summary, Presentation at Session IV of the OECD's Global Forum on Competition, "Sanctions in Antitrust Cases," Paris, France, 2 December 2016.

Major Trends in Global Enforcement Directed at International Cartels, Presentation at the 2nd International Conference on Law and Economics, Competition Commission of India. India Habitat Centre, New Delhi, India. (March 2, 2017).

The Role of Micro-Data in Cartel Research. Presentation at the 2nd International Conference on Law and Economics, Competition Commission of India. India Habitat Centre, New Delhi, India. (March 3, 2017).

The Role of Economics in U.S. Cartel Enforcement, panel "The Role and Use of Economic Evidence in Cartel Enforcement," Presentation at the Competition Commission of India's *Economists Conclave*. India Habitat Centre, New Delhi, India. (March 4, 2017).

Forensic Economics: Presenting complex economic theories to the judiciary: challenges and the way forward, Presentation at the Competition Commission of India's *Economists Conclave*. India Habitat Centre, New Delhi, India. (March 4, 2017).

Forensic Economics: Calculation of Cartel Damages and Presenting Them to the Judiciary, Presentation at the Joint workshop of the Competition Commission of South Africa, Gordon Institute of Business Science ("GIBS") in Johannesburg, South Africa (August 29, 2017).

Major Trends in Global Enforcement Directed at International Cartels, Presentation at the 11th Annual Competition, Economics & Policy Conference of the Competition Commission of South Africa, Gordon Institute of Business Science ("GIBS") in Johannesburg, South Africa (August 30 to September 1, 2017).

Imperfect Collusion: Bid-Rigging Cartel Characteristics, Conference, Stellenbosch University, Capetown, South Africa, January, 2018.

***COMPETITIVE U.S. CONFERENCE PRESENTATIONS***

Mobility Among the Largest Food Manufacturing Companies, 1950-1975, Contributed paper, AAEA annual meeting, San Diego (August 1977). (Abstract in Am. J. Agric. Econ. 59 (December 1977):1099.

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries, Allied Social Sciences annual meeting, Chicago (August 1978) and Contributed paper, AAEA annual meeting (August 1978). (Abstract in Am. J. Agric. Econ. 60(December 1978):1067) [with Russell C. Parker].

Food Product Proliferation: Further Empirical Results, Contributed paper to the American Economic Association, Washington, DC (December 1981).

Advertising and the Composition of Demand for Food, paper presented at annual meeting of the Eastern Economic Association, Washington, DC (April 19, 1982) [with Tony Gallo].

Determinants of the Intensity of Media and Other Selling Expenses in Food and Tobacco Manufacturing, Selected Paper, AAEA annual meeting, Cornell University (August 1984). (Abstract in Am. J. Agric. Econ. 66 (December 1984:902) [with Scott Weimer].

An Economic Evaluation of Federal Trade Commission Antitrust Activity in the Manufacturing Industries: The Carter versus Reagan Years, presented at the Industrial Organization Society session, Eastern Economic Association annual meeting, Philadelphia, PA (April 12, 1986) [with Warren P. Preston].

Market-Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products, Selected Paper, AAEA annual meeting, East Lansing, MI (August 1987) [with Robert L. Wills and Everett Peterson].

Antitrust Activity Under the Reagan Administration: New Evidence, paper presented at the Industrial Organization Society session of the Southern Economic Association meeting, Washington, DC (November 22-24, 1987) [with Warren P. Preston].

The Influence of Antitrust Enforcement on International Competitiveness: Discussion, Southern Economic Association annual meeting, Orlando, FL, November 20, 1989.

Determinants of Intra-Firm Trade, paper selected for NC-194 Conference on Empirical Studies of Industrial Organization and International Trade in the Food Industries, Indianapolis, IN, April 7-8, 1993 [with Kai Wang].

U.S. Food Manufacturers' Choice of Foreign Sales Mode, selected paper, American Association of Agricultural Economics, San Diego, CA, August 1994 [with Christopher Overend].

Foreign Direct Investment and U.S. Exports of Processed Foods: Complements or Substitutes? selected paper, NCR-182 Conference on Foreign Direct Investment and Processed Food Trade, Arlington, Virginia, March 9-10, 1995 [with Christopher Overend and Victoria Salin].

Food Multinational Enterprise Investment Strategies: An Option Theory Approach, selected paper, NCR-182 Conference on Foreign Direct Investment and Processed Food Trade, Arlington, Virginia, March 9-10, 1995 [with Filipe A. Ravara].

Concentration, Demographics, and Metropolitan-Area Food Prices, Selected Paper, annual meeting of the American Agricultural Economics Association, Indianapolis, Indiana, August 7, 1995 [with James. R. Binkley].

Effects of Concentration in Grocery Wholesaling on Retail Prices, AAEA Selected Paper, Salt Lake city, Utah, August 1998 [with Aaron Johnson].

Modeling Coupon Values for Ready-to-Eat Breakfast Cereals. Selected Paper, AAEA annual meeting, Nashville, TN, August 1999 [with Gregory K. Price and Joan R. Fulton].

Federal Antitrust Enforcement: Focus on the Grain Industries, Symposium, AAEA annual meeting, Tampa, Florida, August 2000.

Valuing Strategic Growth Options: A Portfolio Approach, presentation at the Academy of Management annual meeting, Chicago, Ill., August 2001 [with Roberto Vassolo and Felipe Ravara].

Market Conduct in the Ready-to-Eat Cereal Industry, Selected Paper, annual meeting of the American Association of Agricultural Economics, Long Beach, Calif., July, 2002 [with Jeffery Reimer].

Modeling Coupon Values for Ready-to-Eat Cereals, Selected Paper, annual meeting of the American Association of Agricultural Economics, Long Beach, Calif., July, 2002 [with Gregory K. Price].

Private International Cartels, First Biennial Conference of the Food System Research Group, Madison, Wisconsin, June 24-25, 2003.

Market Conduct in the U.S. Ready-to Eat Cereal Industry, First Biennial Conference of the Food System Research Group, Madison, Wisconsin, June 24-25, 2003 [with Jeffrey Reimer].

The Profitability of price Fixing: Have Stronger Antitrust Sanctions Deterred?, paper prepared for submission to the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison, June 2005 (February 15, 2005), 15 pp. [with Alla Golub and Joshua Detre].

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of Food Industry Cartels, paper presented at the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison, June 16-17, 2005, 33 pp [with Yuliya Bolotova and Douglas J. Miller].

Optimal Deterrence and Private International Cartels, paper presented at the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison, June 16-17, 2005, 18 pp.

The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases, selected paper, annual meeting of the American Agricultural Economics Association, Providence, RI, July 25-27, 2005 [with Yuliya Bolotova and Douglas J. Miller].

Price-Fixing Overcharges: Legal and Economic Evidence, selected paper, annual meeting of the American Agricultural Economics Association, Providence, RI, July 25-27, 2005.

Extraterritoriality of the Sherman Act and Deterrence of International Cartels, selected paper, annual meeting of the American Agricultural Economics Association, Providence, RI, July 25-27, 2005.

Optimal Cartel Fines, address at the American Association of Legal Scholars, San Antonio, Texas (January 2006), 30 pp. [with Robert H. Lande].

Optimal Cartel Fines, address at the Spring Meeting, Section of Antitrust Law of the American Bar Association, Washington, DC (March 29, 2006) [with Robert H. Lande].

Effectiveness of Sanctions on Modern International Cartels, Allied Social Sciences Association, American Economic Association session, annual meeting, Chicago, January 6, 2007.

Ownership Composition in Local Hotel Markets: A Spatial Analysis of Texas Hotels, AAEA Selected Paper at the 2009 AAEA & ACCI Joint Annual Meeting, Milwaukee, Wisconsin, July 26-July 28. [with Gustav Helmers and Raymond Florax]

## ***OTHER: INVITED SPEECHES AND TESTIMONIES***

Testimony before the U.S. Senate Subcommittee on Antitrust and Monopoly, Hearings on The Impact of Market Concentration in Rising Food Prices (April 6, 1979).The Role of Cooperatives in U.S. Food Manufacturing, presented at the 24th National Conference of Bargaining and Marketing Cooperatives (January 11, 1980).

Determinants of ESL Reading Performance, presented at the International Teachers of English to Speakers of Other Languages Association meeting, San Francisco (March 6, 1980) and the American Educational Research Association meeting, Boston (April 10, 1980) [with Ulla M. Connor].
Testimony before the Committee on Small Business, U.S. House of Representatives at Hearings on "Small Business Problems in the Marketing of Meat and Other Commodities" (May 5, 1980).

Diversification and Foreign Investment by U.S. Food Manufacturers, Paper presented at Mexican-U.S. Workshop on Agricultural Trade, Pricing Policies, and Resources, sponsored by Stanford University, Sante Fe, NM (August 23-25, 1983).

*The U.S. Food Manufacturing Industries:* Summary of Results, presentation before the NC-117 Technical Committee meeting, Alexandria, VA (May 1984) [with Richard Rogers].

Structure and Performance in the U.S. Food Processing Industries, departmental seminar series, Department of Agricultural Economics, Purdue University (September 1984).

Economic Benefits, invited conference address, Value Added Concepts for Agribusiness: Opportunities for the State of Indiana, sponsored by the Indiana Corporation for Science and Technology, Indianapolis, IN (February 13, 1986).

Testimony before the Committee on the Judiciary of the U.S. Senate on Senate Bill 6352, a Bill to Amend Section 4 of the Clayton Act, Washington, DC (June 3, 1986).

Symposium Commemorating the 25th Anniversary of the U.S. Peace Corps," Indianapolis, IN (June 7, 1986). [panel presentation]

AAEA Career Development Conference: Publishing Strategies Workshop, Reno, NV (July 27, 1986). [workshop leader]
The Economic Impact of Agriculture, invited address, Greater Lafayette Chamber of Commerce, 5th Annual Farm Tour, Montmorenci, IN (September 11, 1986).

Creating Value Added in Agribusiness, presentation at an executive education program held jointly by the Center for Agricultural Business/Krannert Graduate School of Management, West Lafayette, IN (December 1986).

Mergers in the Food Industry: Trends, Effects, and Policies, paper presented before the Department of Agricultural Economics, University of Illinois, Urbana, IL (March 12, 1987).

Economics of the U.S. Food Processing Industries, speech before the annual banquet of the Hoosier Chapter of the Phi Tau Sigma Honorary Society, West Lafayette, IN (April 23, 1987).

The Impact on the Structure of the Domestic Market of Food Manufacturers of Industry Consolidation, paper presented at Food Update '87, annual meeting of the Food and Drug Law Institute, Wesley Chapel, FL (April 29, 1987).

Discussion at Invited Papers Session, Conceptualization of Research Problems in Agribusiness, Allied Social Sciences Association, Chicago, IL (December 28-30, 1987).

Concentration Trends in Food Processing: Implications for Cooperative Bargaining, invited speech at the 32nd Annual National Bargaining Conference, Washington, DC (January 23, 1988).

Panel on Implications of Changes in Food and Nutrition for Agriculture, Hatch Act Centennial Seminar, Purdue University, West Lafayette, IN (March 18, 1988). [panel chair with others].

The Role of the Social Sciences in a College of Agriculture, invited speech, College of Agriculture, The Pennsylvania State University (May 28, 1988).

The U.S. and Indiana Food Processing Industries: Trends and Prospects, The Golden Corridor Business Expansion Conference, Remington, IN (October 26, 1988).

Merger Mania and Leveraged Buyouts, speech before the Purdue Farm Policy Study Group, West Lafayette, IN (December 15, 1988).

Facts on U.S. Meatpacking: Market Structure, Pricing, and Procurement, presentation to the Beef Industry Concentration/Integration Task Force, National Cattlemen's Association, Denver, CO (January 23, 1989).

The Growth and Size of Food Processing: Indiana, the United States, and the World, invited address, 1989 Indiana Canning Raw Products Conference, Indianapolis, IN (January 9, 1989).

Salaries and Salary Determination at Purdue, AAUP-AFT panel symposium, Purdue University (April 25, 1989) [with others].

Major Economic Trends Facing the Food Processing Industry, Seminar, Department of Agricultural Economics, Cornell University, Ithaca, NY (May 1, 1989).

Economic Impact of the European Community's 1992 Economic Integration, 80th annual meeting of the Flavor and Extract Manufacturers' Association of the United States, Sea Island, GA (May 23, 1989).

Economic Forces Affecting the U.S. Food System in the 1990s, Experiment Station Committee on Policy (ESCOP), annual Symposium on Agricultural Research, Washington, DC (June 13-15, 1989).

The Impact of Concentration on the U.S. Beef Subsector, speech at the National Cattlemen's Association meeting, Columbus, OH (July 28, 1989).

Concentration Issues in the U.S. Beef Industry, speech given at the 10th annual meeting of the U.S. Skin, Hide, and Leather Manufacturers' Association, Chicago, IL, November 1, 1989.

The Changing Structure of the U.S. Food System--Antitrust Implications, speech at 1990 Minnesota Dairy Policy Conference, St. Paul, MN, April 3, 1990.

Major Economic Trends Facing the Food Processing Industry, Michigan State University, May 23, 1990.

Shared Governance at Purdue University, Faculty Development Workshop, School of Nursing, Purdue University, August 16, 1990.

Market Structure and Performance of the Food Processing Industry, speech at a meeting of the Food and Agriculture Committee, National Planning Association, Washington, DC, September 21, 1990.

The End of State Monopoly: The Food Marketing Industries of the USSR, departmental seminar, Department of Agricultural Economics, Purdue University, West Lafayette, IN, September 27, 1990.

Economic Trends and Global Trade in the Food Industries, speech at the annual meeting of the Indiana Institute of Food Technologists, Purdue University, November 6, 1990.

The End of State Monopoly: The Food Marketing Industries of the USSR, speech at the Technical Committee meeting of NC-194, Washington, DC, November 17, 1990.

Structural Issues in the Beefpacking Industry, speech at the USDA National Outlook Conference, Washington, DC, November 28, 1990.

The Impact of Changing Business Structures on Food R&D Activities, speech at International Business Communications' conference on "Food: Basic Research and Development," Chicago, IL, June 27, 1991.

New Approaches to Measuring Antitrust Enforcement, NC-165 Conference on Business Strategies, Alexandria, VA, June 8-10, 1991 [wtith Warren P. Preston].

Shared Governance at Indiana University at Indianapolis. January 16, 1992.

Food: Consumption, Distribution Patterns, and Implications for Indiana Producers and Processors, Ag Forum '92: Indiana Agriculture 200: A Strategic Perspective, Purdue University, West Lafayette, IN (January 22, 1992).

On the Occasion of W.F. Mueller's Retirement, speech at the University of Wisconsin, Madison, WI, May 1992.

Purdue's SAMI Archive, panel presentation, American Agricultural Economics Association annual meeting, Baltimore, August 11, 1992.

Trends in American Food Expenditures, Indiana Top Farmers' Workshop, West Lafayette, IN, July 22, 1992.

American Food Demand and Indiana's Food Marketing Industries, School of Agriculture press conference, West Lafayette, IN, August 4, 1992.

The New Consumers: What Do They Want and How Do They Get It? Master Mix executive training session, Purdue's Center for Agricultural Business, West Lafayette, IN, October 20-21, 1992 [with Joseph Uhl].

American Food Demand and Indiana's Food Marketing Industries, annual County Extension Agent training session, Lafayette, IN, October 22, 1992.

The New Consumers: What Do They Want and How Do They Get It? Pioneer Seeds executive training session, Purdue's Center for Agricultural Business, West Lafayette, IN, November 18, 1992 [with Joseph Uhl].

U.S. Food Purchasing Trends and Indiana's Food Processing Industries, speech before Indiana farm group leaders, Indianapolis, IN, January 7, 1993.

Value Added Products, speech at the annual U.S. Legislative Staff Visit, Purdue University, West Lafayette, IN, February 12, 1993.

Accounting Profits and Economic Profits of U.S. Food Manufacturers, paper presented at the annual meeting of American Agricultural Economics Association, Orlando, FL, August 1993.

Consumer Issues, speech before the Indiana Ag. Leadership Program, Group VI, Purdue University, West Lafayette, IN, January 6, 1994.

Value Added in the Food Industries, speech as part of the Indiana visit of the Senior Seminar, Foreign Service Institute, U.S. Department of State, October 18, 1995.

Panel Presentation on the Effects of Public Policies on Processor-Supplier Relations, 1995 National Conference for Agribusiness, Center for Agricultural Business, Purdue University, October 23, 1995 [with Jim Rieth and Fred Hegele].

The Futures of the Food Processing Industries, speech before the Industrial Associates of the Purdue Food Science Department, Purdue University, October 25, 1995.

Breakfast Cereals: The Extreme Food Industry, testimony at a Congressional Forum, U.S. House of Representatives, Washington, DC, March 12, 1996.

Are Food Marketing Systems in North America and the European Union Converging? Paper presented at NE-165 Conference "Strategy and Policy in the Food System: Emerging Issues," Washington, DC, June 20-21, 1996.

Faculty Governance Issues, speech at the annual meeting of the Indiana Conference of the American Association of University Professors, Ball State University, Muncie, Indiana, November 2, 1996.

Archer Daniels Midland: Price-Fixer to the World, departmental seminar series, West Lafayette, IN, Department of Agricultural Economics, Purdue University, March 20, 1997.

New Developments in Price-Fixing Enforcement: The Lysine and Citric-Acid Cases, Food Marketing Seminar Series, Economic Research Service, USDA, Washington, DC, May 6, 1997.

The Food and Agribusiness Marketplace, Central Soya University, Center for Agricultural Business, Purdue University, September 9, 1997 [with Michael Boehlje].

Growth of Midwest Food Processing Industries, meeting of Electric Power Research Institute, Chicago, November 3, 1997.
Focus on the Food and Agribusiness Marketplace, Pioneer Hybred Institute VII, Center for Agricultural Business, Purdue University, November 7, 1997, [with Michael Boehlje].

Archer Daniels Midland: Price-Fixer to the World, department seminar series, Department of Economics, IUPUI, Indianapolis, IN, September 1997.

Panel member, "The Archer Daniels Midland Case: A Case Study of Corruption in the Ag/Food System," Economic Crime Summit, St. Louis, MO, April 28, 1998.

Agricultural Economists as Expert Witnesses, Free Session, annual meeting of the American Agricultural Economics Association, Salt Lake City, Utah, August 3, 1998. [with others].

Retail Concentration and Food Prices: An Overview of the Research, Organized Symposium, annual meeting of the American Agricultural Economics Association, Salt Lake City, Utah, August 5, 1998.

Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995, lead paper at a session of the Allied Social Sciences Association annual meeting (sponsored by the Industrial Organization Society and the American Association of Agricultural Economics), New York City, January 5, 1999.

Agriculture and Antitrust, keynote address at the annual Farm Forum and Trade Show, Shelby, Montana, February 13, 1999.

The Economics of Couponing. Selected Paper, American Agricultural Economics Association annual meeting, Nashville, Tennessee, August 1999. [with others].

Federal Antitrust Policy Applied to the Grain Industries, Symposium Presentation, American Agricultural Economics Association meeting, Tampa, FL (August 2000).

The competitiveness of the U.S. Grocery Retailing Industry, USDA National Conference, Washington, DC (March 2000).

ADM: End of a Legal Odyssey, Dept. Seminar, Purdue University, October 2001

Global Price Fixing, First International Conference on Agricultural Trade and Policy, Institute of Food and Agricultural Sciences, University of Florida, Gainesville, Florida, November 2001.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at the annual meeting of the Organization for Competitive Markets, Omaha, NE, August, 2002.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, departmental seminar, Department of Agricultural Economics, Purdue University, W. Lafayette, IN, September, 2002.

International Price Fixing in the Markets for Food and Agricultural Ingredients, address at the annual meeting of the American Agricultural Law Association, Indianapolis, IN, October 26, 2002.

International Price Fixing: Resurgence and Deterrence, Remedies Forum, Antitrust Law Section of the American Bar Association, Washington, DC, April 2-3, 2003.

Price-Fixing Overcharges and the U.S. Sentencing Guidelines, address at the U.S. Department of Justice, Washington, DC (March 28, 2006) [with Robert Lande].

A Critique of Cartel Fine Discounting by the U.S. Department of Justice, Purdue University, West Lafayette, IN, September 6, 2007.

International Cartels: Research Overview. Departmental Seminar, Purdue University, September 18, 2007.

A Critique of the U.S. Department of Justice, law offices of Dinker Biddle, Washington, DC, September 29, 2007.

Economic Development of Indiana's Food Processing Industries, joint meeting of the Indiana State Department of Agriculture and the Purdue University Department of Agricultural Economics, West Lafayette, IN, April 16, 2008.

Invited Participant: Comments on papers presented at the Consumer Antitrust Symposium, Loyola University Law School, Chicago, IL, April 25, 2008.

Invited Participant: Comments on papers presented at the Consumer Antitrust Symposium, Loyola University Law School, Chicago, IL, May 1, 2009.

International Cartels and Antitrust Enforcement, presentation at the 10th Annual Meeting of the American Antitrust Institute, "Antitrust in a World without a Center: Global Competition Policy in Perspective," Washington, DC, June 18, 2009.
[http://www.antitrustinstitute.org/archives/files/Breakout%20Report-International%20Cartels_081620091847.pdf]

Panelist, "The Global Food System," on *Worldview,* a nationally syndicated program produced by Chicago Public Radio WBEZ, May 26, 2009. [http://www.wbez.org/content.aspx?audioID=34417]

The Predictability of DOJ Fines, address at the 11th annual meeting of the American Antitrust Institute, Washington DC, June, 2010. [with Douglas Miller] [available, revised March 2013 at http://ssrn.com/abstract=2229300]

Cartels Portrayed, address at the 12th annual meeting of the American Antitrust Institute, Washington DC, June 23, 2011.

Private Recoveries in International Cartel Cases Worldwide: What Do the Data Show? Address at "The Future of Private Antitrust Enforcement," a conference sponsored by the American Antitrust Institute in Washington, DC, December 7, 2011.

Cartels As Rational Business Strategy: New Data Demonstrates that Crime Pays, presented at the Loyola University School of Law's Consumer Law Colloquium. Chicago (April 27, 2012). [with Robert Lande].

Cartels As Rational Business Strategy: Crime Pays, presented at a conference sponsored by the American Antitrust Institute in Washington, DC, December 3, 2011. [with Robert Lande].

Panelist, The Changing World of Antitrust Counseling, 14th Annual Conference of the American Antitrust Institute, Washington, DC, June 12, 2013.

Cartel Overcharges, Speech at the Navigant Economics Conference, "Class Action Landscape: Yesterday, Today, and Tomorrow: Perspectives in Law and Economics," Boston, October, 25, 2013.

Testimony Before the Investigative Commission on Public Contracts in the Construction Industry, Province of Quebec, Montreal, October 28, 2014. (Televised) [https://www.ceic.gouv.qc.ca/fileadmin/Fichiers_client/fichiers/Transcriptions/2014-10/Transcription_audience_CEIC_2014-10-28.pdf]

The AAI's *2016 Transition Report: Recommendations for U.S. Cartel Enforcement,* Annual Meeting, American Antitrust Institute, Washington DC. (June 18, 2015).

Cartel Fines Are Too Lenient. *GCR Live, "Cartels" Conference.* Organized by the Global Competition Review. Washington, DC (April 5, 2016).

Do Cartel Fines Measure Anti-Competitive Harm?, presentation at the *American Bar Association's 65th Antitrust Law Spring Meeting*, Washington, DC. (March 29, 2017).

The Origins and Uses of the *Private International Cartels* Data Set, OECD Competition Division, Paris, France (October 10, 2017)

## RESEARCH GRANTS AND CONTRACTS

John M. Connor (Principal Investigator) and Scott Weimer (Graduate Research Assistant), "The Interrelationship of Technological Change and Market Organization in the U.S. Food System." From the Office of Technology Assessment, U.S. Congress ($27,000; August 1984-October 1986).

John M. Connor (PI) and S.K. Choi (RA), "The Economic Importance and Performance of the U.S. Food Processing Industries." From the Institute of Food Technologists ($13,900; November 1986-June 1987).

John M. Connor (PI) and S.K. Choi (RA), "The Contribution to Economic Development of the Food Processing Industries to the States of the U.S." From Institute of Food Technologists ($14,900; April 1987-June 1988).

Philip E. Nelson, John M. Connor, and Glenn Sullivan (co-PIs), "Quick Response Analyses of Value-Added Opportunities." From Indiana Department of Commerce ($46,000; July 1987-June 1989).

John M. Connor and Stephen Hiemstra (co-PIs), "The Size of the Institutional Market for Tofu in the Great Lakes States." From the Purdue Center for Value Added Research ($2,500; July 1987-March 1988).

John M. Connor (PI) and Thomas Greer (RA), "The Influence of Market Structure on International Trade in Sweeteners." From Economic Research Service, USDA ($17,147; October 1988-September 1989).

John M. Connor (PI), "Food and Agricultural Sciences National Needs Fellowships in International Marketing of Processed Foods." From the Cooperative State Research Service of USDA ($144,000; October 1989-December 1993).

John M. Connor (PI) and Philip Abbott (co-PI beginning 1991), "Organization and Performance of World Food Systems: Implications for U.S. Policies." Special Grants Program, Agriculture Appropriations bill of U.S. Congress; administered by the Cooperative State Research Service of USDA. ($94,600 in FY1989; $97,500 in FY1990; $98,000 in FY1991; $100,000 in FY1992; $100,000 in FY1993.)

John M. Connor and Paul V. Preckel (co-PIs), "Economic and Technical Assessment for Proposed High-Value-Added Investments in Indiana." Indiana Department of Commerce ($2,700; 1990).

Philip E. Nelson and John M. Connor (co-PIs), "Quick Response Analyses of Value-Added Opportunities." From Indiana Department of Commerce ($20,000; July 1989-June 1991).

John M. Connor (PI), "Internationalization Curriculum Enhancement Award." School of Agriculture, Purdue University ($l,500; 1990).

John M. Connor (PI), "Economic Research on Problems Related to Agribusiness Restructuring in the Soviet Union," Purdue University, Global Initiative Faculty Grant ($5,000; January 1992-September 1993).

John M. Connor (PI), "Alternative Modes of Selling U.S. Processed Foods Abroad," from Cooperative State Research Service, USDA, National Research Initiative grants competition ($99,000; October 1992-September 1994).

John M. Connor and William Schiek (PIs), "Report on the Economics of the U.S. Food Processing Industries," Institute of Food Technologists, Research Committee, ($18,000; July 1993-June 1994).

John M. Connor and Filipe Ravara. "Support for Research on Strategic Analysis of Food Processing Multinationals in Europe," Luzo-American Foundation, Lisbon, Portugal ($10,000; July 1993-May 1994).

John M. Connor. Purdue Research Foundation Grant for Ph. D. student support, Collusion and Price dispersion" ($14,912; 2004-2006).

## PROPRIETARY ELECTRONIC DATA SETS

*Private International Cartels.* This spreadsheet, first created ca. 1998, is continuously updated with a rich assortment of legal and economic data on cartels discovered since 1990. As of 2014, the combined (Full Data) spreadsheet was a file of 28MB and 3,000,000 data cells. It consisted of observations more than 1300 cartels and 12,000 cartelists (companies and individual participants). There are also 13 back-up spreadsheets. Sold or excerpted gratis to more than 50 parties.

*The Private International Cartels (PIC) Data Set: Guide and Summary Statistics, 1990-2013: SSRN Working Paper.* (August 9, 2014). [http://ssrn.com/abstract=2478271] is a description of the extent of the PIC data, methods of collection, and a summary of its contents. Excerpts made available gratis to scores of parties. [Archived at Purdue University at http://doi.org/10.4231/R7GF0RPJ]

*Zimmerman-Connor Data on Cartel Duration.* Created 2003-2005. Consists of 237 cartel observations in a 232KB file.

*Cartel Price-Fixing Overcharges.* A spreadsheet first created ca. 2002 and continuously revised and expanded. The *Master Data Set* in 2014 has 2000+ observations of cartel price effects from about 500 cartel episodes.

*DOJ Cartel Fine Discounts* created 2007-08, consists of 128 sentencing observations. The file is 158KB.

*DOJ Cartel Enforcement 1990-2015,* spreadsheet created late 2007. Contains annual budgets, activities, and enforcement actions with respect to cartels.

## GRADUATE THESES DIRECTED

1. Walters, John Michael. "Some Economic Effects of FTC Regulation of Deceptive Advertising of Grocery Products," M.S. thesis, 1986.

2. Preston, Warren P. "An Economic Evaluation of Federal Antitrust Activity in the Manufacturing Industries: 1980-1985," Ph.D. Dissertation, 1987. [Department "Best Dissertation" Award 1988] [currently Associate Deputy Administrator and Chief Economist, Agricultural marketing Service, USDA, Washington, DC]

3. Hopkins, Yvette. "A Re-Examination of Event-Studies Applied to Challenged Horizontal Mergers," M.S. thesis, 1987. [Microbial Ombudsman, Registration of Microbial Pesticides, (703) 308-1090, U.S. Environmental Protection Agency, Washington, DC]

4. Esslimi, Lahsen. "Economic Liberalization and Structural Adjustment: The Moroccan Sugar Policy," Ph.D. Dissertation, 1990. [Economist. Ministry of Agriculture, Kingdom of Morocco]

5. Greer, Thomas V., "The Impact of Trade Liberalization on the World Sweetener Industry," Ph.D. dissertation, 1992. [Department "Best Dissertation" Award 1993] [Professor, university of Tennessee, deceased]

6. Möller, Kristian. "Barriers to Foreign Entry into the Ukrainian Meat Sector Under Alternative Scenarios: A Qualitative Analysis," M.S. thesis, 1992. [currently Managing Director of FoodPLUS and President of GLOBALG.A.P North America Inc., Cologne, Germany]

7. Wang, Kai. "Empirical Determinants of Intra-Firm International Trade by U.S. Manufacturing Industries in the 1980's." M.S. Thesis, 1994, 68 pages.

8. Filipe Ravara, "Investment and Divestment by Global Food Companies: A Real-Option-Theory Analysis," Ph.D. Dissertation, August 1994, 228 pages. [Department "Best Dissertation" Award 1995] [currently Strategy Director, Mello Bank, Lisbon, Portugal]

9. Christopher J. Overend, "The Choice between Exporting and Investing Abroad Facing U.S. Food Manufacturers," Ph.D. Dissertation, Purdue University (December 1996), 121 pp. [currently Senior Economist, Joint Economic Committee, U.S. Congress, Washington, DC]

10. Jing Liu, "Time Series Study of Foreign Investment and Exports by U.S. Food Processing Multinational Companies," M.S. thesis, Purdue University (December 1996), 167 pp.

11. Eric Steinbach, "Evidence on The International Convergence of Consumer Food Expenditures," M.S. thesis, Purdue University (April 1997), __pp. [in absentia]

12. Chih-Ching Yu, "Testing for Nested Hypotheses among Oligopoly Models Applied to Food Manufacturing," Ph.D. Dissertation, Purdue University (December 1998), 119 pp. [Distinguished Research Award, National Science Council, Taiwan, Ph.D. Dissertation of

Chih-ching Yu, J.M. Connor supervisor (June 2000)] [Associate Professor, Department of Business Administration, National Taipei University, Taiwan]

13. Gregory K. Price, "Modeling Coupon Values for RTE Breakfast Cereals," Ph.D. Dissertation, Purdue University (October 1999), 237 pp. [currently Director, Commodity R& D, CME Group, New York City; formerly economist with USDA and CFTC)

14. Zimmerman, Jeffrey E., "Determinants of Cartel duration: A Cross-Sectional Study of Modern Private International Cartels," M.S Thesis, Purdue University (May 2005), 80 pp. [former Agricultural attaché, Foreign Agricultural Service, USDA, Brasilia, Brazil; then Minister Counselor, U.S. Embassy, Ottawa, Canada; then FAS-USDA in Washington, DC]

15. Bolotova, Yuliya, "Three Essays on the Effectiveness of Overt Collusion: Cartel Overcharges, Cartel Stability and Cartel Success," Ph.D. Dissertation, Purdue University (June 2006). [Department "Best Dissertation" Award 2007] [currently, consultant, Russia; formerly Assistant Professor, University of Idaho, Idaho]

16. Helmers, Gustav. "Location Essays: Texas Hotels." Ph.D. Dissertation, Purdue University (Dec. 2020). [currently Assistant Professor, Hutson School of Agriculture, Murray State University, Murray, Kentucky]

17. Jing Hao. "Buyers' Cartels: Prevalence and Economic Characteristics." Senior Honors Thesis, Purdue University (May 2011). [Graduate student, Purdue University]

# Exhibit B

## Four Year Testimony List of John M. Connor, Ph.D.

John M. Connor, Ph.D.
Senior Consultant,
Emeritus Professor of Agricultural Economics, Purdue University

OnPoint Analytics

# EXPERT REPORTS, DEPOSITIONS, AND TESTIMONY (2014 – MARCH 2018)

*United States of America v. Elna Co, Ltd.*
Joseph Saveri Law Firm, Inc. (2018)

- Declaration

*Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC v. Southeast Milk, Inc., et al.*
Ahern and Associates, P.C. (2017-2018)

- Deposition
- Expert Report

*In Re: Wholesale Grocery Products Antitrust Litigation*
Kotchen & Low LLP (2017)

- Expert Report
- Deposition

*Reorganized FLI Inc. v. ONEOK Inc. et al.*
Sharp McQueen, P.A. (2016)

- Expert Report

*In Re: Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Company, Ltd., et al.*
Goldman Scarlato Karon & Penny, P.C. (2015)

- Expert Report

*Matthew Edwards, et al. v. National Milk Producers Federation*
Hagens Berman Sobol Shapiro LLC (2013-2014)

- Expert Reports
- Expert Declaration
- Depositions

*Dahl, et al. v. Bain Capital, et al.*
Scott + Scott LLP (2012-2014)

- Expert Reports

# Exhibit C

## Materials Reviewed and Relied Upon

## Pleadings and Orders

Amended Complaint, filed August 30, 2016

Memorandum Certifying a Class of Direct Purchasers of Shell Eggs, *In Re: Processed Egg Products Antitrust Litigation*, U.S.D.C. Eastern District of Pennsylvania, Case No. 2:08-md-02002-GP, September 18, 2015, filed September 21, 2015

## Deposition Testimony (*indicates with exhibits)

Deposition of Andrew Novakovic, March 16, 2018

Deposition of Calvin Covington, December 6, 2017

Deposition of Edward Gallagher, May 6, 2015*

Deposition of Jerome Kozak, February 5, 2015

Deposition of John M. Connor, February 13, 2018

Deposition of John Wilson, January 8, 2015*

Deposition of John Wilson, January 9, 2015*

Deposition of Joseph Wright, December 13, 2017

Deposition of Michael Lichte, February 10, 2015*

Deposition of Richard Stammer, January 30, 2015

Deposition of Scott Brown, November 7, 2014

Deposition of Thomas Wegner, January 22, 2015

Deposition of Thomas Wegner, January 23, 2015

## Expert Reports and Declarations

Declaration of Andrew M. Novakovic, February 20, 2018

Declaration of Richard W. Stammer, September 22, 2016

Declaration of Scott Brown, November 22, 2013

Declaration of Scott Brown, September 16, 2016

Expert Report of Bryan M. Ricchetti, February 20, 2018

Expert Report of John M. Connor, December 18, 2017

**Articles, Books, Press Releases & Reports**


Baker, Jonathan B. and Daniel L. Rubinfeld. “Empirical Methods in Antitrust Litigation: Review and Critique.” *American Law and Economics Review* 1, no 1/2 (1999): 386-435

Barron, John, Beck Taylor, and John Umbeck. “Number of Sellers, Average Prices and Price Dispersion.” *International Journal of Industrial Organization* 22 (2004): 1041-1066

Berry, William D. and Stanley Feldman. *Multiple Regression in Practice*. Thousand Oaks, CA: Sage Publications, Inc., 1985

Black, John. *Oxford Dictionary of Economics.* Second Edition. Oxford: Oxford University Press, 2002

Cakir, Metin and Joseph V. Balagtas. “Estimating Market Power of US Dairy Cooperatives in the Fluid Milk Market.” *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658

Chavas, Jean-Paul and Richard M. Klemme. “Aggregate Milk Supply Response and Investment Behavior on US Dairy Farms.” *American Journal of Agricultural Economics* 68, no. 1 (1986): 55-66

Dean Foods. “Suiza Foods and Dean Foods Announce Merger, Creating $10 Billion National Food Company.” Press release, April 5, 2001, accessed March 21, 2018 at http://www.deanfoods.com/newsroom/news/suiza-foods-and-dean-foods-announce-merger-creating-10-billion-national-food-company-2/

Fackler, Paul L. and Barry K. Goodwin. “Spatial Price Analysis.” Chapter 17 in *Handbook of Spatial Price Analysis, Vol. 1*. Edited B. Gardner and G. Rausser, 2001

Fisher, Irving. “What is Capital?” *The Economic Journal* 6, no. 24 (1896): 509-534

Gould, Brian. “Consolidation and Concentration in the US Dairy Industry.” *Choices* 25, no. 2 (2010): 1-15

Greene, William H. *Econometric Analysis.* 7th Edition. New Jersey: Prentice Hall, 2012

Hay, George A. and Daniel Kelley. “An Empirical Survey of Price Fixing Conspiracies.” *The Journal of Law and Economics* 17, no. 1 (1974): 13-38

Hendry, David F. “Econometrics-Alchemy or Science?” *Economica* 47, no. 188 (November 1980): 387-406

Jesse, Ed and Bob Cropp. “Basic Milk Pricing Concepts for Dairy Farmers.” *University of Wisconsin Cooperative Extension Paper #A3379*, September 2008

Johnson, John H. and Gregory K. Leonard. “In the Eye of the Beholder: Price Structure as Junk Science in Antitrust Class Certification Proceedings.” *Antitrust* 22, no. 3 (Summer 2008): 108-112

Kennedy, Peter. *A Guide to Econometrics*. Fourth Edition. Cambridge, MA: The MIT Press, 1998

Lach, Saul. "Existence and Persistence of Price Dispersion: An Empirical Analysis." *The Review of Economics and Statistics* 84, no. 3 (August 2002): 433-444

Leontief, Wassily. "Theoretical Assumptions and Nonobserved Facts." *The American Economic Review* 61, no. 1 (March, 1971): 1-7

Madhavan, Ananth N., Robert T. Masson, and William H. Lesser. "Cooperation for Monopolization? An Empirical Analysis of Cartelization." *The Review of Economics and Statistics* 76, no. 1 (1994): 161-175

Mas-Colell, Andreu, Michael D. Whinston, and Jerry R. Green. *Microeconomic Theory*. New York: Oxford University Press, 1995

McAfee, Preston R. and Tracy R. Lewis. *Introduction to Economic Analysis*. Washington, DC: Flat World Knowledge, 2013

Montgomery, Douglas C., Elizabeth A. Peck, and G. Geoffrey Vining. *Introduction to Linear Regression Analysis*. 5th edition. Hoboken, NJ: Wiley John Wiley & Sons, Inc., 2012

Rubinfeld, Daniel L. "Quantitative Methods in Antitrust." *Issues in Competition Law and Policy* 723 (2008): 723-742, at 724-725

Rubinfeld, Daniel L. "Reference Guide on Multiple Regression." *Reference Manual on Scientific Evidence* (2018): 415-469

Shephard, Tommie and Archie Flanders. "Do Shifting Milk-Production Patterns Weaken the Dairy Supply Chain? The Case for the Southeastern U.S." *Journal of Food Distribution Research* 39, no. 1 (March 2008): 130-137

U.S. Department of Justice. "Six International Freight Forwarding Companies Agree to Plead Guilty to Criminal Price-fixing Charges." Press Release, September 30, 2010, accessed March 15, 2018 at https://www.justice.gov/opa/pr/six-international-freight-forwarding-companies-agree-plead-guilty-criminal-price-fixing

U.S. Environmental Protection Agency. *Ag 101: Lifecycle Production Phases*. July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf

Varian, Hal R. *Microeconomics Analysis*. Third Edition. New York, NY: W. W. Norton & Company, 1992

Wooldridge, Jeffrey M. *Econometric Analysis of Cross Section and Panel Data*. Massachusetts Institute of Technology, 2002

## **Websites**

DMS. "About DMS." Accessed March 3, 2018 at http://www.dairymarketingservices.com/about.html

Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milkfacts

## Data

United States Department of Agriculture's Economic Research Service, Feed Grains Database, accessed December 15, 2016 at https://data.ers.usda.gov/FEED-GRAINS-custom-query.aspx

United States Energy Information Administration, Gulf Coast Gasoline and Diesel Retail Prices, accessed December 16, 2016 at http://www.eia.gov/

United States Energy Information Administration, Lower Atlantic Gasoline and Diesel Retail Prices, accessed December 16, 2016 at http://www.eia.gov/

United States Energy Information Administration, Midwest Diesel Retail Prices, accessed December 16, 2016 at http://www.eia.gov/

USDA Agricultural Marking Service. "Milk Marketing Order Statistics – Dairy Public Database." Accessed March 8, 2018 at https://www.ams.usda.gov/resources/marketing-order-statistics

USDA National Agricultural Statistics Service. "Quick Stats." Accessed March 3, 2018 at https://quickstats.nass.usda.gov/

## Bates Numbered Documents

BROWN-MU_0000006-08

BROWN-MU_0000390

BROWN-MU_0000574-587

BROWN-MU_0003745

DFA2013-00002903-920

DFA2013-00006544

DFA2013-00037604

DFA2013-00037605

DFAWD-00000118-19

DFAWD-00000178

LOL00005813-5895

NMPF0000006-09

NMPF0002599-2648

NMPF0013488-89

NMPF0013716

NMPF0017606-09

NMPF0018344-354

NMPF0024092-4103

NMPF0025083-88

NMPF0025995-26016

SMI-000130-135

SMI-001675-731

SMI-007373-7384

SMI-007465-66

SMI-007766-68

WD1143_000195-0298