# EXHIBIT 7

CWT Cooperatives® Working Together NEWS

MARCH 2009

## CWT reaches 2009-10 participation goal

As the dairy economic crisis deepened due to the economic collapse both domestically and around the world, CWT's leaders decided that additional financial resources would give the self-help program the ability to speed up the recovery of producer milk prices. To secure those resources, CWT needed, at a minimum, a two-year commitment from the cooperatives and producers marketing 67% of the milk produced in the U.S.

On March 11, 2009, CWT reached that goal, thanks to 35 dairy cooperatives and nearly 400 individual dairy farmers making the investment that gives CWT the resources necessary to achieve its milk reduction goals.

67% represents the minimum level of participation CWT needed to reach. However, to maximize the effectiveness of CWT's programs in 2009 and 2010, that number needs to grow. Cooperative members and individual producer members of CWT are encouraged to urge their business partners (in the case of cooperatives) and friends and neighbors (in the case of producers) to join them in supporting CWT.

## New rules for next herd retirement

On March 6th, the CWT Strategic Planning Task Force met to review CWT's past program activities and discuss ways of making future programs more effective. Toward that end, the task force recommended two changes to the way the future herd retirements will operate.

First, for the next herd retirement CWT carries out - and only for the next one - dairy farmers who were accepted in CWT's previous herd retirements will be given the opportunity to bid again. This move was made so that CWT's next herd retirement can achieve its goal of taking as many dairy cows as possible out of production at a reasonable cost. Given the reduced value of dairy cows today, that cost is expected to be significantly less than previous herd retirements.

The second rule change is aimed at extending the positive impact herd retirements have in reducing milk production. In future herd retirements, dairy farmers and the facilities where they operate will be required to stay out of the dairy business

## Cooperatives Investing in CWT

Agri-Mark Inc
Arkansas Dairy Cooperative
California Dairies Inc.
Conesus Milk Producers
Continental Dairy Products, Inc.
Cooperative Milk Producers Assn.
Cortland Bulk Milk Producers Coop
Dairy Farmers of America
Dairylea Cooperative Inc.
Empire Keystone Cooperative
Farmers Cooperative Creamery
Foremost Farms USA
Jefferson Bulk Milk Cooperative
Just Jersey Cooperative, Inc.
Land O' Lakes, Inc.
Lone Star Milk Producers
Lowville Producers Dairy Coop
MD & VA Milk Producers Assn.
Massachusetts Coop. Milk Producers
Michigan Milk Producers Assn.
Mount Joy Farmers Cooperative
National Farmers Organization
Northwest Dairy Association
Oneida-Madison Milk Producers Coop
Preble Cooperative
St. Albans Cooperative Creamery, Inc.
Schoharie County Cooperative Dairies
Select Milk Producers, Inc.
Snake River Dairyman Assoc. Inc.
South New Berlin Milk Cooperative
United Dairy Cooperative Services, Inc.
United Dairymen of Arizona
Upstate Niagara Cooperative, Inc.
Western Tier Milk Producers Coop
Zia Milk Producers

*Note: Manitowoc Milk Producers Cooperative has made a contribution to CWT as well.*

*(Continued on back)*

*(Continued from page 1)*

for 12 months following completion of the CWT farm audit. To ensure that this happens, successful bidders will be paid in two installments – 90% when CWT receives confirmation that all milk and dry cows have been sent to slaughter, and the remaining 10% plus interest following confirmation that neither the dairy farmer nor the dairy premises, whether owned or leased, has engaged in the commercial production of milk for 12 months.

For more details on CWT Herd Retirement, visit www.cwt.coop and click the Herd Retirement tab.

## CWT Herd Retirement(s) will speed recovery

Analysis by NMPF economists indicates that significant herd retirement activities in 2009 will shorten by six months the time it takes milk prices to recover. Currently, the analysis forecasts that without CWT taking action, the milk price will recover in the spring of 2010. With CWT herd retirement(s), that will happen in the fall of 2009.

This is essentially what CWT does – it takes what would happen *naturally* and makes it happen faster. It does this by making sure that when a producer goes out of business, his cows do, too. When things happen *naturally,* some of those cows go to another dairy, and they continue to produce milk until financial pressures brought on by low milk prices force more producers out of business.

By accelerating the reduction in the number of cows being milked, CWT helps accelerate the recovery in milk prices, too.

## CWT generates $1.6 billion additional producer revenue in 2008

Dr. Scott Brown of the University of Missouri and the Food & Agricultural Policy Research Institute (FAPRI) has completed his analysis of the impact of CWT programs in 2008. The result – CWT's herd retirement programs and its export assistance program activities added $1.6 billion to dairy farmer revenue in 2008.

Specifically, herd retirements accounted for $1.3 billion of the additional revenue while the export assistance program accounted for $300 million. On a per hundredweight basis, the herd retirements added 78 cents to the All-milk price during the year and the export assistance program 13 cents for a total of 91 cents*.

To view Dr. Brown's complete presentation go to www.cwt.coop and click on CWT's Impact.

| Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| CWT Herd Retirement Impact | $0.06 | $0.19 | $0.50 | $0.60 | $0.86 | $0.78 |
| CWT Export Assistance Impact | NA | $0.01 | $0.01 | $0.07 | $0.18 | $0.13 |
| TOTAL CWT Impact | $0.06 | $0.19 | $0.50 | $0.67 | $1.04 | $0.91 |

**The FAPRI model that Dr. Brown uses has been updated resulting in slightly higher impacts from those previously reported.*