# EXHIBIT 8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,

Case No. 11-CV-04766-JSW

Plaintiffs,

[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]

-vs-

NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.,

Defendants.

---

VOLUME I

The VIDEOTAPED DEPOSITION of THOMAS D. WEGNER, taken pursuant to Notice of Taking Deposition, at 4001 Lexington Avenue North, in the City of Arden Hills, State of Minnesota, on the 22nd day of January, 2015, before Gail M. Hinrichs, RPR and Notary Public, commencing at approximately 9:30 a.m.

Class IV. I need to be more specific about --
BY MR. FRIEDMAN:
Q Now --
A Excuse me. I need to be more specific about milk supply.
Q What do you mean you need to be more specific about milk supply?
A What I mean is that milk supply going to Class III and Class IV was where the impact and the purpose of the program was to be impacted.
Q So do you agree that the purpose of the Herd Retirement Program was to reduce the supply of milk in order to have some impact on price?
A Yes.
Q So you agree that the goal of the Herd Retirement Program was to reduce the supply of milk in order to impact price?
MR. SOLBERG: Object to form.
BY MR. FRIEDMAN:
Q Correct?
MR. SOLBERG: Object to form.
THE WITNESS: I've stated it several times. I don't know how to state it again about how I understood -- we've just -- we've just lost the video connection.

that term?

BY MR. FRIEDMAN:

Q Well, why don't you describe that -- what that term means to you?

A To me it means some individual who can benefit, in this case from an action that they didn't have to invest in per se. And in the case of this it's the notion that there would be dairymen who did not pay in to contribute to the CWT funds, but yet would receive the benefit from the increase in regulated prices.

So what the 70 percent do -- did, as I understand it, was get a minimal number, a bottom threshold of participation to ensure that you minimize the free rider impact -- or the free rider opportunity. Let me say it that way.

Another piece that's kind of important, I think, in this discussion is that there were actually cases where, sort of anecdotally heard, about producers feeling that a nonparticipating cooperative was taking home a nickel more than I was as a Land O'Lakes member, and in order to address that concern the idea was to get higher participation as a goal.

Q So if I understand one of the concerns that you referred to as free rider is that the