# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| WINN-DIXIE STORES INC., and BI-LO HOLDINGS, LLC, | ) |
| Plaintiffs, | ) |
| vs | ) No. 3:15-cv-01143-BID-PDB |
| SOUTHEAST MILK, INC., NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER, DAIRY FARMERS OF AMERICA, INC., LAND O'LAKES, INC., DAIRYLEA COOPERATIVES, INC., and AGRI-MARK, INC., | ) |
| Defendants. | ) |

The videotaped deposition of
BRYAN RICCHETTI, PhD

Called for examination pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions taken before JO ANN LOSOYA, Certified Shorthand Reporter within and for the County of Cook and State of Illinois at 224 South Michigan Avenue, Chicago, Illinois, on March 22, 2018 at the hour of 9:30 o'clock a.m.

Page 46

the model at issue here is looking at OOPs.
Q. And on the supply side, supply variables typically relate to the cost of production of the particular good or product, correct?
A. Yeah, that's a general way to think about it.
Q. And I believe you say somewhere in your report that you specifically identify feed costs as a supply variable in milk production, correct?
A. Yes. I think the feed costs are a supply variable in milk production, which we would expect to affect the total milk price, but --
Q. And then energy costs are typically --
MR. WALDIN: Let him finish his answer.
BY THE WITNESS:
A. I was just going to say but that's a separate question of whether they would effect the OOPs independent of the regulated price.
Q. Now, your understanding is that the OOPs were set by local competitive conditions, correct?
MR. BIRK: Objection to form.
MR. WALDIN: Objection.
BY THE WITNESS:
A. I discuss that in my report. I think there's many factors that determine OOPs. They

Page 47

behave in different ways in different parts of the country. They can be quite sticky and not move at all. Sometimes they can be affected by local demand conditions. There's evidence of that, but there's evidence that they're affected by lots of other things.
Q. Well, are you aware of the fact that the witnesses from the defendants in this case have testified that over-order premiums, OOPs, are set by local competitive conditions?
MR. WALDIN: Objection to form.
BY THE WITNESS:
A. I'm aware that's understood to be one factor that can impact OOPs.
Q. My question was slightly different.
A. Yeah.
Q. My question was unequivocally stated by witnesses of the defendants that over-order premiums, OOPs, or over-order prices are set by local competitive conditions. Are you aware of that?
MR. BIRK: Objection, foundation.
BY THE WITNESS:
A. I agree with the statement that local supply and demand conditions can effect OOPs, but,

Page 48

for example, the Class 2 OOP in Florida never moved during this period. So there are other factors that can influence OOPs, and they don't always move with supply and demand conditions.
And some of the supply and demand conditions really have to do with the services that co-ops are providing. The OOPs are a way to cover the costs of servicing and distributing milk because that's the role the co-op plays. So all those factors kind of feed in.
Q. A good answer, but it wasn't an answer to my question, so I move to strike as nonresponsive.
So what I asked you --
MR. BIRK: Object to the testimony of the attorney.
BY MR. AHERN:
Q. So what I asked you was whether or not you are aware of the fact that the witnesses for the defendants in this case have testified unequivocally that over-order premiums or over-order prices are set by local competitive conditions?
You're either aware of that testimony or you're not.
MR. WALDIN: Objection to form.

Page 49

BY THE WITNESS:
A. I'm aware of -- the only wrinkle -- I'm aware of testimony that says they are affected by those. You're saying are they set. That's a distinction. I'm saying they're affected.
Q. Now, how are you aware of the testimony? You only list declarations in your materials relied upon, correct?
A. No.
MR. WALDIN: Objection to form.
BY THE WITNESS:
A. That's not correct.
Q. Well, you didn't list any depositions of John Wilson or Mr. Stammer.
MR. BIRK: Objection. You just informed him that there was unequivocally testimony, so he's now aware of it.
BY THE WITNESS:
A. If you look at Appendix B, I have a section called "Depositions," which includes Richard Stammer's deposition.
Q. Apologies.
Other than the cows removed variable, which is the challenged conduct variable, and your contention that other supply and demand

response means his variable overstates the net number of cows that would have been removed.

Q. Is it your opinion that the herd retirement program did not reduce supply?

A. I think the way I would say it, again, is the focus of my report was on Professor Connor's measure of the effect, which is the total number of cows, and it's my opinion that that's an overstatement of the net number of cows that would have left because of CWT.

Q. So, it's your opinion that the herd retirement program had some effect on the reduction of supply?

MR. WALDIN: Objection to form.

BY MR. AHERN:

Q. Correct?

A. You know, the focus was really on Professor Connor's measure, so I didn't -- it's certainly possible it had no effect, but I'm certain that his measure overstates it. And then, of course, there's things like Class 1 milk that may have different effects on Class 1 milk, for example.

Q. Okay. So going back to my question: You are not offering an opinion in this case that the herd retirement program did not reduce raw milk



supply, correct?

MR. WALDIN: Objection to form, asked and answered.

BY THE WITNESS:

A. I think I have answered that. What I'm doing is I'm looking at Professor Connor's measure of the effect, which is how he measures damages, and I think that that measure of the net effect on cows is unreliable, his simple counting of the cows retired.

Q. So you're not offering an opinion in this case that the herd retirement program did not reduce raw milk supply, correct?

MR. WALDIN: Objection to form, asked and answered.

BY THE WITNESS:

A. That's not part of my assignment and would require further analysis.

Q. So you're not offering that opinion, correct?

MR. WALDIN: Objection to form.

BY MR. AHERN:

Q. It's okay to say yes.

A. I was not asked to answer that question.

MR. WALDIN: Patrick, come on.



BY MR. AHERN:

Q. So, in this case, you are not offering an opinion that the herd retirement program did not reduce supply of raw milk, correct?

MR. WALDIN: Objection to form, asked and answered.

MR. AHERN: It hasn't been. It's been asked. It hasn't been answered.

BY THE WITNESS:

A. My analysis in this case does not address the question of whether there was no effect of the herd retirement program. It addresses the effect of whether Professor Connor's measure of the herd retirement program is reliable.

Q. Now, one of the contentions that you make in Section 5.1 is that only 1 percent of the dairy farmers participated in the herd retirement program, correct?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. I think the way I would say it is that less than 1 percent of cows were killed by the CWT program.

Q. Well, you say in Paragraph 55 in the middle of it, you say, "The non-retiring farmers



owned 99 percent of the cows."

Okay? Do you see that?

A. Yes.

Q. Okay. Is it your opinion or testimony that only 1 percent of the dairy farmers participated in the herd retirement program?

A. I think, as I tried to say, my opinion is that less than 1 percent of the cows were killed via the herd retirement program.

Q. So it's not your testimony that only 1 percent of the dairy farmers in the United States participated in the herd retirement program?

MR. WALDIN: Objection, form.

BY MR. AHERN:

Q. Correct.

A. Can you clarify what you mean by "participated"?

Q. Well, do you recall seeing in the record reference to the fact that -- let's say at one point in time the CWT stated that it needed to have 67 percent of the -- of the national milk production to be participating in -- strike that. That's a bad question.

Do you remember seeing in the record something to the effect that CWT set as a threshold

Page 82

Q. Let's go back to Page 10. There's a sentence on the bottom of Page 10 that carries over to the top of Page 11.

In that sentence you write, "Under well-accepted economic theories, control of 1 percent of supply is far below the amount of market share required to confer market power?"

Do you see that?

A. Yes.

Q. In the previous sentence, you were talking about 1 percent of participation, right?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. I was referencing the 1 percent of cows that were retired.

Q. Right, and you used the word "participation"?

A. I meant the cows retired. That's how I was using that word.

Q. So, you talk about 1 percent of participation, and then you go from that to 1 percent of the control of supply?

MR. WALDIN: Objection to form.

BY MR. AHERN:

Q. Right?

Page 83

A. Yes.

Q. Now, you're aware that 1 percent is not the market share of the defendants in this case, correct?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. The market share of what?

Q. Of raw milk production.

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. The defendants do not produce raw milk. They're co-ops that market and assemble raw milk.

Q. 1 percent is not the market share of the defendants in this case for the assembly and marketing of raw milk, correct?

A. It is not --

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. -- the share of assembly and marketing of raw milk.

Q. Do you know what that is, what that market share is?

MR. WALDIN: Objection to form, vague.

BY THE WITNESS:

A. There's different shares. I'm not sure

Page 84

which share you are referring to, but...

Q. Well, the market share of, let's say, the national --

A. Which set --

Q. Let's say the national market share --

A. National market share.

Q. -- of the defendants in this case with respect to the assembly and marketing of raw milk.

A. I don't know that number exactly sitting here.

Q. Is it more than 60 percent?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. I would have to see a document. I wouldn't want to guess.

Q. It's not 1 percent, right?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. There's a different share -- the share of marketing and assembly of milk is a different share than the share of cows that were retired via CWT.

Q. That's not what I asked.

MR. WALDIN: Objection.

BY MR. AHERN:

Q. What I asked you was what was the -- was

Page 85

it more than 50 -- more than 60 percent, the market share of the dairy cooperatives, with respect to the assembly and marketing of raw milk?

MR. WALDIN: Objection to form, asked and answered.

BY THE WITNESS:

A. I think I have answered that.

Q. No, I don't think you have.

Well, you admit that the -- you have admitted that the dairy cooperatives in the southeast have market power, right?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. Professor Connor cites to a large literature on that, and the MACs market, I think, 86 to 93 percent of milk in the southeast.

Q. And you agree with that?

A. I agree that they market that milk, yes.

Q. And as we've already testified -- as you've already testified to, the marketing agency-in-common would not have the price-setting power if the dairy cooperatives' members did not have market power, correct?

MR. WALDIN: Objection to form, mischaracterizes his testimony.

Page 90

So the dairy farmer members, by being members of the dairy cooperatives, have market power in the assembly and marketing of raw milk, correct?
MR. WALDIN: Objection to form, asked and answered.
BY THE WITNESS:
A. They control I think, as I said, 80 to 90 percent. In the southeast, 80 to 90 percent of the milk is marketed together through the marketing agencies-in-common and they set the OOPs jointly.
Q. That wasn't my question. Move to strike as nonresponsive.
So dairy farmers join cooperatives, right?
A. Yes.
Q. Dairy cooperatives have market power, right?
MR. WALDIN: Objection to form.
BY MR. AHERN:
Q. Over the assembly and marketing of raw milk, correct?
A. I'm trying to be precise here. I would say they jointly set prices in the southeast, and they market roughly 80 to 90 percent of the milk together in the southeast.

Page 91

Q. And so the dairy farmer members, through their dairy cooperatives, have market power in the assembly and marketing of raw milk, correct?
MR. WALDIN: Objection to form.
BY THE WITNESS:
A. I would -- they jointly set OOPs cooperatively to get better prices for their members, the best prices they can get in the marketplace.
MR. AHERN: Okay. Move to strike as nonresponsive.
MR. WALDIN: Objection.
BY MR. AHERN:
Q. So the dairy farmer members -- so the dairy farmers join cooperatives, right?
A. Correct.
MR. WALDIN: Objection to form.
BY MR. AHERN:
Q. And the dairy farmers' cooperatives have market power, correct?
A. I would say that they have joint price-setting power, so they are allowed to work together through these MACs to set OOPs jointly for their members.
Q. So dairy farmer members share in the

Page 92

market power of their cooperatives in the assembly and marketing of raw milk, correct?
MR. WALDIN: Objection to form, asked answered.
BY THE WITNESS:
A. The pricing of them -- yeah, I think I have answered this. But the prices are set through the MACs, and then they get paid through their cooperatives. But they produce independently, so their production decisions --
Q. We're talking about the assembly and marketing of raw milk.
A. Yeah.
Q. Right? You made -- that was your distinction that you wanted to make, so I'm going to with it.
MR. WALDIN: Patrick, stop badgering the witness. Come on.
MR. AHERN: I'm not badgering the witness.
MR. WALDIN: Ask a question.
BY MR. AHERN:
Q. So, the dairy farmer members, through their dairy cooperatives, have market power in the assembly and marketing of raw milk?

Page 93

MR. WALDIN: Objection, asked and answered.
BY MR. AHERN:
Q. Right?
A. I think I've answered that.
Q. I don't think so. Can you answer it again?
MR. WALDIN: Objection.
MR. BIRK: Objection.
BY THE WITNESS:
A. So, the MACs in the southeast jointly set prices, and the prices they set flow back to their farmer members.
Q. That wasn't anywhere near close to what I asked you.
It says -- the question is: Do the dairy farmer members, through their dairy cooperatives, have market power in the assembly and marketing of raw milk? Yes or no?
MR. WALDIN: Objection to form, asked and answered.
BY THE WITNESS:
A. Yeah, Professor Connor cites -- I've also mentioned that Professor Connor cites to literature that says that.

Page 298

A. Those variables, which I think are flawed and not a reliable measure of the herd retirement in this model based on the results that he presented after I wrote the report, have VIFs that I think are below five.
MR. WALDIN: Patrick, we've been going for an hour.
MR. AHERN: Let me just finish this.
BY MR. AHERN:
Q. So the cows removed variables did not exhibit multicollinearity, correct?
MR. WALDIN: Objection to form.
BY THE WITNESS:
A. In their current state, those variables I do not believe are a reliable measure of the CWT program. So, in this model, which I think is flawed, the results he presented show that to be true.
Q. If I could just get a straight yes because I don't know what you mean by "the results he presented showed that to be true."
You make a comment here in Paragraph 113 which says that -- second sentence, "Professor Connor also suggests that his unexpected estimates may be due to multicollinearity and

Page 299

provides conflicting comments on whether multicollinearity issues might taint his herd retirement variables as well."
Do you see that?
MR. WALDIN: Objection.
BY THE WITNESS:
A. Yes.
Q. And then you go on to say, "These problems, of course, could just as easily apply to the coefficients of the herd retirement variables rendering those coefficients and Professor Connor's overcharges unreliable," right?
Based on the VIF results with respect to the herd retirement variables, the problem you posit here is not a problem with respect to the herd retirement variables, correct?
MR. WALDIN: Objection to form.
BY THE WITNESS:
A. Given the results that were produced after I wrote this -- and it is true that there's -- the VIFs are not consistent with multicollinearity with that variable, but the model in general relying on those control variables and the signs that it is generating could be caused by other issues besides multicollinearity, and a model that fixed that

Page 300

variable might change that result. It might become highly collinear with these other variables.
But I agree that the model he presents here, the evidence he presents after his deposition is consistent with there not being multicollinearity with his version of the herd retirement variable.
MR. AHERN: Okay. Let's take a break.
THE VIDEOGRAPHER: The time is 5:28 p.m., and we're going off the video record.
(Whereupon, a break in the proceedings was taken.)
THE VIDEOGRAPHER: The time is 5:45 p.m., and we're back on the video record.
BY MR. AHERN:
Q. Dr. Ricchetti, we were talking earlier about supply elasticity in milk production.
A. Yes.
Q. And I think that you were asking for me to show you some reference points for that.
MR. WALDIN: Objection to form.
MR. AHERN: Well, you said you couldn't just say off the top of your head, and, you know, so I'm trying to help you out.

Page 301

(Deposition Exhibit 9 was marked for identification.)
BY MR. AHERN:
Q. Dr. Ricchetti, the court reporter has handed you what has been marked as Exhibit 9, which is a reprint of an article from the Journal of Agribusiness. It says -- it's called "Contemporary Issues in Economics of Dairy Markets and Policy." And it's from Marin Bozic, B-O-Z-I-C, and Andrew Novakovic. Correct?
A. Correct.
Q. This is fall of 2014?
A. Yes. That's what it says at the top.
Q. All right. In the -- maybe it's the second paragraph, the first sentence, would you read that into the record, please.
A. The second paragraph?
Q. Well, the one that starts, "Inelastic demand."
A. "Inelastic demand and low short-term price responsiveness of milk supply make dairy markets very volatile."
Q. Okay. So, according to Dr. Novakovic and his co-author, milk supply has a low short-term price responsiveness, correct?

Page 302

MR. WALDIN: Objection to form, misstates testimony.
BY THE WITNESS:
A. I just read the sentence. I agree with -- the sentence says what it says.
Q. And do you agree that milk supply has -- in the short run, that milk supply is inelastic?
A. As I mentioned earlier, Professor Connor cites to a paper, one paper in his report, that lists a variety of supply elasticities that vary with the different horizons. And so, for example, none of those show a zero supply elasticity, which is what Professor Connor's analysis assumes, and that paper shows, I think, a supply elasticity of one. It assumes a supply elasticity of one after one year.
So, the size of the responsiveness depends on the time horizon, and I think the key point is that Professor Connor's analysis assumes no supply response for a five-year period.
Q. Well, if there was a supply response but that supply response didn't wipe out what Dr. Connor finds in terms of the effects of the herd retirement program, that would suggest that the supply elasticity was maybe not zero, but maybe it was

Page 303

something that was still inelastic, correct?
MR. WALDIN: Objection to form.
BY THE WITNESS:
A. I don't -- you said something about wiping out the supply?
Q. Let me back up for a second.
All you're doing is saying that Dr. Connor's supply elasticity is zero, correct?
A. To be more precise, I'm saying Professor Connor's measure of the conduct is that every cow retired would not have otherwise retired, which implies no response.
Q. But you've already admitted that the number of cows culled and the number of cows relates to supply and demand factors, correct?
MR. WALDIN: Objection to form, mischaracterizes his testimony.
BY THE WITNESS:
A. In general, there's a -- sure, but in general the production has been rising as cows fall.
Q. But Dr. Connor's model controls for the relevant supply and demand factors relating to milk production. You have also admitted that, correct?
MR. WALDIN: Objection to form, mischaracterizes his testimony.

Page 304

BY THE WITNESS:
A. I think I made it clear that his model -- his conduct variable is flawed and does not control for a supply response, and, therefore, his model is flawed. He is assuming that every cow retired has an effect for five years.
I have seen no literature that suggests a zero -- zero supply response over a five-year period. In fact, the paper he cites to shows a supply elasticity of one after one year.
Q. Setting aside his challenged conduct variable, his model, Dr. Connor's model, does include relevant supply and demand factors that relate to the number of cows culled and the number of cows, correct?
MR. WALDIN: Objection to form, vague.
MR. BIRK: Asked and answered.
BY THE WITNESS:
A. No. I disagree with that.
Q. So you are going back on the testimony you gave earlier?
MR. BIRK: Objection, mischaracterizes the prior testimony.
BY THE WITNESS:
A. I think what I testified to is some of

Page 305

his variables are factors that relate to the total raw milk price, but his model is looking at OOPs.
Q. And the total raw milk price relates to the milk production, correct?
A. Those variables could be related, yes.
(Deposition Exhibit 10 was marked for identification.)
BY MR. AHERN:
Q. Dr. Ricchetti, the court reporter has handed you what has been marked as Exhibit 10, and this is a reprint of an article from John Paul Chavas, C-H-A-V-A-S, and Richard M. Klemme, K-L-E-M-M-E, and it is dated 1986.
Have you ever seen this before?
A. I don't recall if I have seen this paper.
Q. And if you look on the first paragraph, the one that starts, "Government involvement," there's -- in the middle of the paragraph there's a sentence that begins, "In general." Would you read that into the record, please.
A. "In general, the short-run supply elasticity was found to be very small, between .07 and .16. The estimates of the long-run elasticity of supply have varied from .14, 2.20, and 2.53."
Q. Okay. And do you have any reason to

you'd like.
BY MR. AHERN:
Q. Are there any other papers?
A. I'm aware of general literature that studies this. I can't name a paper sitting here today, but I think the paper Professor Connor cites in his own report is the one I have been talking about.
Q. Okay. So if short-term supply for raw milk is inelastic, that means that dairy farmers cannot increase production materially in the short-run, correct?
MR. WALDIN: Objection to form, calls for speculation.
BY THE WITNESS:
A. It's a measure -- well, I don't think the short-run supply elasticity from these papers is necessarily the relevant measure for what would happen in the CWT program because it's a unique market circumstance where you have the public announcements. And then built into those public announcements is an expectation of the market affecting supply, and farmers would respond to that.
And so I think that makes it different, and so I wouldn't say that these supply



elasticities can be applied in the way you're suggesting to the CWT issue. And even if you were to take these supply elasticities, they're not zero. They suggest some supply response.
Q. So you disagree with the academic literature that says that the supply for raw milk is inelastic which, as an economist, you know would mean that production cannot be increased materially in the short-run?
MR. BIRK: Objection to the form.
BY THE WITNESS:
A. I disagree with that statement. Inelastic supply means production can be increased in the short-run by some amount. It's about -- it's sort of a percentage response to a percentage price increase. If it was zero, then it would mean there would be no way to respond, and that can be possible in certain industries. But the fact that it's not zero means there could be some response, and it would be a function of the size of the price effect.
And I don't -- these papers say what they say. I'm not disputing the numbers in these papers. I'm saying they don't show a supply response of zero, and it's not clear that this exact measure is the right way to think about the CWT



program which was publicly announcing that some chunk of the market would pull back its supply.
Q. You would agree that demand for raw milk is inelastic, correct?
A. I would say that the existing academic literature tends to find, yes, inelastic demand for the consumption of fluid milk. In recent years there's been this shift to almond milk and soy milk, and those relationships will be changing over time. But, in general, I would say that the demand for fluid milk is found in the academic literature to be less than one during the time period.
Q. As a matter of economic theory, if demand is inelastic and short-run supply is inelastic, then a small reduction of price would result in a large increase in the price of the product, correct?
MR. WALDIN: Objection to form, vague.
BY THE WITNESS:
A. As a matter of economic theory in a purely hypothetical sense, if you know the demand elasticity, that will give you a sense of -- and the supply elasticity, that will give you a sense of how prices would change given a change in supply, yes.
Q. And if both demand and supply were inelastic, then a small change in supply would



result in a relatively large increase in price, correct?
MR. BIRK: Objection, asked and answered.
BY THE WITNESS:
A. In theory, what the demand elasticity tells you is that a small change in quantity could -- would affect the price in the way the elasticity says it does.
Q. If demand is inelastic and supply is inelastic, as a matter of economic theory, a small change in supply can result in a relatively large increase in price, correct?
MR. WALDIN: Objection to the form, asked and answered.
BY THE WITNESS:
A. In theory, if there was a small change in supply and those facts were true, it could lead to a larger increase in price in percentage terms.
Q. Let's go to Page 61, please.
A. Of?
Q. I'm sorry. Of your report, and it is your Exhibit 11.
A. Sure.
Q. Now, the blue line here is Dr. Connor's variable of the number of cows retired under the

Page 326

and buyers of raw milk have explicitly agreed to countercyclical pricing programs, for the overall price will adjust automatically in the opposite direction of the regulated price."

So that, as a general matter, has occurred in the dairy industry, and then I show a statistical analysis showing that negative correlation.

Q. You're using SMI pricing announcements in Exhibit 24, right?

A. I'm using, yes, the OOPs for that plant.

Q. Based on the SMI pricing announcements?

A. Correct.

Q. And you're relying on Dr. Novakovic's report saying that this was something that was happening in the industry. You're also relying on that, correct?

A. I'm relying on the data, on his report. There's a -- I also cite to an academic paper. So, yes, there's -- there's clear evidence of this negative correlation over certain periods is all I'm saying.

Q. Well, if there was -- if the documents that were produced in the case indicated that in the southeast the OOPs were not set in this alleged

Page 327

countercyclical way, that would be inconsistent with your conclusion, correct?

MR. WALDIN: Objection, calls for speculation.

BY THE WITNESS:

A. The broader point here is that Professor Connor did not investigate this. I'm pointing out that this is a dynamic that can happen in the industry and showing some data where it occurs, and so he's -- part of his analysis is to trace through any effect of the OOP to the price that Winn-Dixie is paying for processed milk products.

I've identified this as a dynamic that can arise at different points in time in the industry that one would want to account for in making -- looking at whether the OOPs are positively correlated with the prices Winn-Dixie paid.

Q. Well, the -- Dr. Connor uses the DFA OOP data in his regression model, correct?

A. He does.

Q. So, he has a price variable that is based on the DFA OOP data, correct?

A. He -- Professor Connor looks at the DFA OOP data, correct.

Q. All right. Now, Dr. Ricchetti, you would

Page 328

agree, would you not, that having market power is the power to set prices?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. As a general matter, market power can be measured as elevating prices to some degree above competitive prices.

Q. And you would also agree that the power to set prices, as a matter of economic theory, equates to the power to set production, correct?

MR. WALDIN: Objection to form.

BY THE WITNESS:

A. I would say in a hypothetical example for a given firm or collection of firms with a given level of market power, they could leverage that market power either through a price increase or a supply restraint, that those get you to the same place.

MR. AHERN: Let's go off the record, but stay put.

THE VIDEOGRAPHER: The time is 6:26 p.m., and we're going off the video record.

(Whereupon, a short break in the proceedings was taken.)

THE VIDEOGRAPHER: The time is 6:26 p.m.,

Page 329

and we're back on the video record.

MR. AHERN: Thank you, Dr. Ricchetti. I have no further questions.

THE WITNESS: Thank you.

MR. WALDIN: Okay. We need to take a break.

THE VIDEOGRAPHER: Okay. Hold on a second. Let me do the read-off.

The time is 6:26 p.m. This is the end of Tape 4. It's also the end of the deposition of Dr. Bryan Ricchetti --

MR. WALDIN: Oh, no, no. We need to take a break.

THE VIDEOGRAPHER: Okay. Sorry. We're going off the video record at 6:27.

(Whereupon, a break in the proceedings was taken.)

THE VIDEOGRAPHER: The time is 6:32 p.m. This is the beginning of Tape 5, and we are back on the video record.

MR. WALDIN: Thank you, Dr. Ricchetti. Defendants have no questions.

THE WITNESS: Thank you.

THE VIDEOGRAPHER: Okay. The time is 6:33 p.m. This is the end of Tape 5. It's also the