**EXHIBIT 10**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., and BI-LO

HOLDINGS, LLC,

    Plaintiffs,

                            Case No. 3:15-cv-1143-BJD-PDB

SOUTHEAST MILK, INC., et al.,

    Defendants.

_____/

Videotaped deposition of Andrew Novakovic, Ph.D.

Detroit, Michigan

March 16, 2018 - 9:10 a.m.

Reported by:

Anne E. Vosburgh, CSR, RPR, CRR

Job no: 21129

Page 154

1  no question Dairy Farmers of America
2  represents the largest share of milk marketed
3  in the United States.  Its share in
4  individual regions, of course, would be
5  different than its national share.
6         Q.  What is its share?
7         A.  I don't know exactly.
8         Q.  What's the share of the top four
9  cooperatives?
10        A.  I haven't looked at that recently.
11 It's not a number that I carry around in my
12 head.
13        Q.  From 2000 to 2013, did the dairy
14 cooperatives, the top four or the top ten,
15 have market power?
16            MR. MILLER:  Objection to form.
17            THE WITNESS:  The word "market
18 power" conveys a certain -- has a
19 certain connotation.  And I don't know
20 precisely what you mean, and so that
21 kind of makes me want to think about how
22 do I answer that relative to what you
23 mean.
24            In the IO literature, market share
25 is hypothesized to have a relationship

Page 155

1  to market power.  It's hardly a
2  slam-dunk proof, but it's expected that
3  that probably makes a difference.  There
4  are a number of things that would make
5  that more or less likely.
6             The fact that dairy farmers have
7  consistently chosen to market their milk
8  cooperatively since the early 1900s
9  suggests to me that they believe that it
10 is to their advantage to do so, and that
11 involves issues of market efficiency,
12 which are not quite the same as market
13 power, but also, I think, represents
14 that they believe that they are more
15 effectively represented in the
16 marketplace.
17            To me, that is saying, "We do
18 better if we market our milk
19 cooperatively."  If you want to call
20 that market power, okay.  But I would
21 say, you know, we can talk about
22 marketing effectiveness or market
23 potency, market efficiency.
24 BY MR. AHERN:
25        Q.  Would you agree that dairy farmers

Page 156

1  gain more power in terms of the marketing and
2  sale of their raw milk when they join a
3  cooperative?
4         A.  I would say that diary farmers
5  have given clear evidence that they believe
6  that they do, and I think that's entirely
7  plausible and logical to assume that such is
8  the case.
9         Q.  Let's go to Dr. Connor's report on
10 page 11, please.
11        A.  Sure.  Page 11.
12        Q.  Paragraph 22, the first sentence
13 says:
14            "At the first stage of the
15        dairy marketing subsector, most
16        dairy farmers belong to (and own
17        shares in) cooperatives that
18        assemble their raw milk."
19        Do you see that?
20        A.  I sure do.
21        Q.  And that's basically what we've
22 just been talking about, correct?
23            MR. MILLER:  Objection to form.
24            THE WITNESS:  Yes.  We've been
25 talking about farmers belonging to

Page 157

1  cooperatives.
2  BY MR. AHERN:
3         Q.  And then the next sentence says:
4             "In 2005, a U.S. Department
5         of Agriculture (USDA) survey found
6         that 76 percent of U.S. milk
7         production was handled by
8         cooperatives."
9         Do you see that?
10        A.  I do.
11        Q.  And do you have any reason to
12 dispute that?
13        A.  I do not.
14        Q.  And then the next sentence says:
15            "Academic researchers
16        similarly found that 80 percent of
17        U.S. milk marketed was handled by
18        cooperatives in 2008, with
19        significant regional variation."
20        Do you see that?
21        A.  I do.
22        Q.  Do you have any reason to dispute
23 that?
24        A.  I do not.
25        Q.  And then the next sentence says:

40 (Pages 154 to 157)

Page 166

 1      THE WITNESS:  Every farmer was
 2   obliged by the decision of the board,
 3   but they certainly could make individual
 4   membership decisions or express their
 5   views in the normal course of how one
 6   does that within an organization.
 7  BY MR. AHERN:
 8      Q.  But they didn't express their
 9  views to such an extent that DFA withdrew
10  from the program, correct?
11      MR. MILLER:  Objection to form.
12      THE WITNESS:  Inasmuch as DFA did
13   not withdraw from the program, one could
14   conclude that they felt they had broad
15   membership support.
16  BY MR. AHERN:
17      Q.  And in -- okay.
18      But as to the dissenters, which
19  you said still existed after DFA's board
20  voted to participate in the Herd Retirement
21  Program, they had to pay the assessment,
22  correct?
23      MR. MILLER:  Objection to form.
24      THE WITNESS:  To my knowledge,
25   they were bound by the decision of the

Page 167

 1   board.
 2  BY MR. AHERN:
 3      Q.  And if they didn't want to do
 4  that, since the DFA board didn't change its
 5  mind and withdraw from the Herd Retirement
 6  Program, the only option left to a dairy
 7  farmer member of DFA at that point would be
 8  to withdraw from DFA?
 9      MR. MILLER:  Objection to form.
10      THE WITNESS:  If they exhausted
11   all other options, they could withdraw.
12  BY MR. AHERN:
13      Q.  If they didn't want to pay the
14  assessment, they had to, correct?
15      MR. MILLER:  Objection to form.
16      THE WITNESS:  Yeah, or for
17   whatever reason, yes.
18  BY MR. AHERN:
19      Q.  Is it easy for a dairy farmer to
20  just up and leave a cooperative like DFA?
21      MR. MILLER:  Objection to form.
22      THE WITNESS:  The answer to that
23   question varies with market situation
24   both in space and in time.
25      If you're in a market that has

Page 168

 1   abundant milk supplies, probably it's
 2   hard to find somebody else that wants to
 3   buy your milk.
 4      If you're in a market where there
 5   are not that many customers, which would
 6   be a different answer, whether you're in
 7   Wisconsin or Arizona, you would face
 8   different choices.
 9      So there are places in the country
10   where farmers feel they have relatively
11   few choices.  There are places in the
12   country where they feel like they've got
13   plenty of choices.  They're not -- they
14   get to make a choice.
15  BY MR. AHERN:
16      Q.  If the dairy cooperatives in a
17  particular part of the country had 75 percent
18  of that region's market share and all of them
19  had voted to participate in the
20  Herd Retirement Program, then it would be
21  very difficult for a dairy farmer member of
22  one of those cooperatives to resign, correct?
23      MR. MILLER:  Objection to form.
24      THE WITNESS:  Well, it's a
25   hypothetical.  I mean, it's hard to say

Page 169

 1   absolutely yes or absolutely no without
 2   understanding more about context.
 3      Is there an independent processor
 4   nearby who would find your milk
 5   attractive?  Are you a large-scale
 6   producer with high-quality milk?  Are
 7   you a small-scale producer with
 8   low-quality milk?  Are you located at
 9   the dead end of a road that's hard to
10   get to?  Are you located on a highway?
11   Did a new plant just come into your
12   marketplace?  All those things have
13   implications for the ability of farmers
14   to find customers.
15      So to just say categorically it's
16   always one way, I'm reluctant to do.
17      It is not a decision that a farmer
18   would make lightly, to be sure, because,
19   of course, when you're harvesting milk
20   two or three times a day, you've got to
21   be real sure where your landing spot is.
22  BY MR. AHERN:
23      Q.  I'm trying to find the part of
24  your report where you say the following --
25  oh, I'm sorry, it's on page 17 of your

Page 170

1  report.  I apologize.  I was more efficient
2  than I thought.
3       In paragraph C on page 17 -- I'm
4  sorry, that's not where I'm referring to.
5  All right.  So at one point in your report
6  you say that:
7           "Dairy farmer cooperative
8           members exercise control over
9           their cooperative."
10      Correct?
11   A.  Dairy farmer members?
12   Q.  Yes.
13   A.  Yes.  I agree with that statement.
14  I probably said it.
15   Q.  It's on page 15, but I don't -- if
16  you agree with it, we don't have to go look
17  at it, necessarily.  I'm quoting it directly.
18      All right.  So dairy farmers join
19  cooperatives, correct?
20   A.  Uh-huh.
21   Q.  Those cooperatives, at least the
22  dairy farmers think those cooperatives have
23  market power, correct?
24   A.  Uh-huh.
25      MR. MILLER:  Objection.

Page 171

1  BY MR. AHERN:
2   Q.  You need to speak audibly.
3   A.  Yes.
4   Q.  And those cooperatives that are
5  the defendants in this case, Dairy Farmers of
6  America, which now includes Dairylea,
7  Agri-Mar, and Land O'Lakes, they all voted to
8  participate along with others in the CWT
9  Herd Retirement Program, correct?
10      MR. MILLER:  Objection to form.
11  BY MR. AHERN:
12   Q.  Correct?
13   A.  To the best of my knowledge, yes.
14   Q.  So the dairy farmers made a
15  decision through their cooperatives, those
16  cooperatives, to create and participate in
17  the Herd Retirement Program, correct?
18      MR. MILLER:  Objection to form.
19      THE WITNESS:  Yes.
20  BY MR. AHERN:
21   Q.  Now, this same kind of collective
22  action would violate the antitrust laws in
23  most industries, correct?
24      MR. MILLER:  Objection to form.
25      THE WITNESS:  I am not a lawyer.

Page 172

1  BY MR. AHERN:
2   Q.  But you're aware of the
3  Capper-Volstead Act, though, correct?
4   A.  I am.
5   Q.  And that Act provides for immunity
6  for agricultural cooperatives under certain
7  circumstances from the antitrust laws?
8   A.  My understanding of the
9  Capper-Volstead act is that it provides
10  immunity for dairy farmers to create an
11  organization that allows them to work
12  together to bargain for prices or to buy
13  commodities, and that the issue of collusion
14  is among farmers as individual businesses
15  being able to do that as opposed to a group
16  of barbers sitting around the table saying,
17  "Let's peg the price."
18   Q.  So I think that gets back to my
19  first question, and that is this same kind of
20  collective action that the dairy farmers
21  engaged in that we just talked about would
22  violate the antitrust laws but for the
23  Capper-Volstead act, correct?
24      MR. MILLER:  Objection to form.
25      THE WITNESS:  A decision to

Page 173

1  participate in CWT is different than the
2  decision of farmers or the ability of
3  farmers to create an organization that
4  allows them to sit around the table and
5  talk about the price of milk.
6      So I believe that Capper-Volstead
7  certainly applies to the ability to form
8  a cooperative, which is a representation
9  of individual farm businesses.  How
10  Capper-Volstead relates to this
11  particular thing is a legal question
12  about which I don't have particular
13  expertise.
14  BY MR. AHERN:
15   Q.  If the Capper-Volstead did not
16  apply to this collective action, then it
17  would violate the antitrust laws, correct?
18      MR. MILLER:  Objection to form.
19  Asked and answered.
20      THE WITNESS:  I believe one of the
21  provisions of Capper-Volstead is sort of
22  sometimes referred to as a cooperative
23  of cooperatives, otherwise more properly
24  referred to as a marketing agency in
25  common.

44 (Pages 170 to 173)

Page 182

```
 1       about that sentence.  "What might seem"
 2       is very open.  What might seem to me or
 3       somebody else, I don't know what that
 4       would be.
 5            I do know that Capper-Volstead
 6       primarily says things that would be
 7       automatically ruled out under Sherman or
 8       Clayton -- mostly Clayton -- are
 9       allowable under Capper-Volstead, but you
10       can't be a bad guy.
11            Capper-Volstead isn't a blanket
12       authority to just go do whatever you are
13       able to do.  It's a -- is the word
14       "prima facie"?
15            You can get in a room and talk
16       about prices if you're part of a co-op.
17       That's not blatantly illegal.  That's
18       allowed under Capper-Volstead.  It would
19       be a violation under Clayton, as far as
20       I understand it.
21            So, okay, if that's what we mean
22       when we say "anticompetitive behavior."
23       But Capper-Volstead, like you say, is
24       not a blank check to just go do whatever
25       you feel like.
```

Page 183

```
 1  BY MR. AHERN:
 2       Q.  For the court reporter's purposes,
 3  when you refer to Sherman and Clayton, you're
 4  referring to the Sherman Act and the Clayton
 5  Act?
 6       A.  Indeed.
 7       Q.  C-l-a-y-t-o-n.
 8            All right.  You can set that
 9  aside.
10            Now, when you were discussing
11  cooperatives in your report, you mentioned
12  that they are one person, one vote, correct?
13            MR. MILLER:  Objection to form.
14            THE WITNESS:  It's a cooperative
15       principle that members represent
16       themselves with one vote as opposed to
17       the equity or some other way of having
18       representation.  It's called one of the
19       Rochdale principles, R-o-c-h-d-a-l-e.
20  BY MR. AHERN:
21       Q.  And there's no -- the voting power
22  is not tied to the allocation of income in
23  the cooperative, correct?
24       A.  Correct.
25       Q.  And if a dairy cooperative does
```

Page 184

```
 1       not practice one member, one vote, it would
 2       lose its Capper-Volstead protection, correct?
 3            MR. MILLER:  Objection to form.
 4            THE WITNESS:  Interesting
 5       question.  I don't know what
 6       Capper-Volstead says about that.
 7  BY MR. AHERN:
 8       Q.  But you know that one member, one
 9  vote, is an immutable principle of
10  cooperatives, correct?
11            MR. MILLER:  Objection to form.
12            THE WITNESS:  That's my
13       understanding.  Again, I'm not a lawyer,
14       but that's my understanding.
15  BY MR. AHERN:
16       Q.  Now, if one or more members of a
17  cooperative would dominate the control of the
18  cooperative, that would not be one member,
19  one vote, correct?
20            MR. MILLER:  Objection to form.
21            THE WITNESS:  Well, I don't know
22       what you mean by "dominate."  I mean,
23       one member, one vote, is if we have a
24       vote, everybody gets one vote.  There --
25       it's not unusual in an organization for
```

Page 185

```
 1       certain people to offer clear-headed
 2       arguments that sway other folks and, in
 3       that sense, get heard more than somebody
 4       who doesn't speak.  But I'm not sure
 5       what you mean by "dominate."
 6  BY MR. AHERN:
 7       Q.  Well, so dairy cooperatives have
 8  market power, so dairy farmers -- it makes it
 9  difficult for dairy farmers to make the
10  decision to leave in certain circumstances.
11  We've already talked about that.
12       A.  Yeah.  We've talked about --
13            MR. MILLER:  Objection.  There's
14       no question.  Objection.
15            Is there a question?
16  BY MR. AHERN:
17       Q.  So if DFA as an organization
18  wanted to get something done within the
19  National Milk Producers Federation, and if
20  DFA told all of its members that they wanted
21  them to support it, you would -- it would be
22  likely that all the members would support it
23  because they don't really have any choice but
24  to stay with DFA as a cooperative, correct?
25            MR. MILLER:  Objection to form.
```

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 186

1  THE WITNESS: Well, you've
2  actually conflated two things. One is
3  you have asserted that cooperatives have
4  market power, which I think when you
5  said that you were originally referring
6  to their power to influence prices in
7  product they sell. But then you
8  conflated that with a member's ability
9  to decide to exit. That's a very
10 different interpretation of, you know,
11 the power of a cooperative that, you
12 know, you can't leave.
13     I'm not really quite prepared to
14 say they have that power. Farmers have
15 made a membership commitment that
16 usually has a term, but they can leave.
17 I don't know -- what their choices are
18 is a different question.
19     National Milk Producers Federation
20 I don't believe is structured as a
21 cooperative. Members pay dues. The
22 dues, I believe, varies with the amount
23 of milk that they market. So that's not
24 a cooperative question. That's a trade
25 association question.

Page 187

1  BY MR. AHERN:
2     Q. But you don't know whether or not
3  if a -- if a dairy cooperative so dominated
4  an organization that -- let's say a
5  cooperative or cooperatives -- if that would
6  mean that one member, one vote, no longer
7  applied to that cooperative or cooperatives,
8  right?
9     MR. MILLER: Objection to form.
10    THE WITNESS: You're asking a very
11    general question, and I feel like you're
12    asking me about how National Milk works,
13    which I don't -- I could be wrong, but I
14    don't think it's organized as a
15    cooperative. So to the extent that I'm
16    correct, it isn't one member, one vote.
17    I don't know what their voting rules are
18    at National Milk.
19 BY MR. AHERN:
20    Q. CWT was a program -- Cooperatives
21 Working Together was a program under National
22 Milk Producers Federation, correct?
23    A. I'm not sure what "under" means,
24 but National Milk provided staff support for
25 CWT, correct.

Page 188

1     Q. CWT was not its own entity,
2  corporate entity, correct?
3     MR. WALDIN: Objection.
4     THE WITNESS: I actually don't
5     know what its legal structure was. I
6     thought it had a staff and people that
7     were responsible for its governance.
8  BY MR. AHERN:
9     Q. But CWT was not itself a
10 cooperative, correct?
11    MR. MILLER: Objection.
12    THE WITNESS: I don't know.
13 BY MR. AHERN:
14    Q. Let's turn to page 24 of your
15 report, please.
16    On page 24, in the middle of the
17 page, you state:
18        "Viewed from another angle,
19    the regulatory structure of the
20    industry is designed to ensure the
21    class 1 processors always have
22    ample milk supply."
23    Do you see that?
24    A. I do.
25    Q. Now, over-order prices are not

Page 189

1  part of the regulatory structure, correct?
2     MR. MILLER: Objection to form.
3     THE WITNESS: Correct. That's why
4     they're called "over-order."
5  BY MR. AHERN:
6     Q. And over-order prices reflect
7  local or regional competitive conditions,
8  correct?
9     MR. MILLER: Objection to form.
10    THE WITNESS: Yes, potentially,
11    among other things. That would be two
12    things that one would normally associate
13    with over-order prices, but they're not
14    the only two things.
15 BY MR. AHERN:
16    Q. Now, are you aware of the fact
17 that the defendants in this case, the people
18 who hired you, have stated that the purpose
19 of the Herd Retirement Program was to
20 increase the prices of all classes of milk?
21    MR. MILLER: Objection to form.
22    Misstates the record.
23    THE WITNESS: I have not seen
24    those words in print, you know,
25    so-and-so saying "This is what we did."

48 (Pages 186 to 189)

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 198

1    A.  I do.
2    Q.  And do you agree with that?
3        MR. MILLER:  Objection to form.
4        THE WITNESS:  This is not
5    inconsistent with what I said.  As I
6    have, I would say it differently.  I
7    would say that the changes in the cow
8    herd has been the modality of changes in
9    production in most points in time.
10       This sounds a little bit different
11   in a sense of causation.  But his
12   statement and my statement aren't
13   identical, but they are consistent.
14  BY MR. AHERN:
15   Q.  Yeah.  I thought they were.  I
16  mean, I wasn't showing it to you because I
17  thought they were inconsistent.
18   A.  Sure.
19   Q.  All right.  You can set that
20  aside.
21       Dr. Novakovic, you would agree,
22  would you not, that the demand for raw milk
23  is inelastic?
24   A.  The demand for raw milk.
25       It is widely believed within dairy

Page 199

1   analyst circles that the supply of milk and
2   products and the demand for those products is
3   quite inelastic.  And so I would agree that
4   that's a general conclusion.  That's commonly
5   believed.
6        When you pose a question like "the
7   supply of milk is inelastic" that kind of
8   suggests that you believe that's true at
9   every point in time -- or is that true for
10  one day, is it true for one year, is it true
11  for 10 years in a row?  And so that is why
12  I'm making a longer answer to this.
13       The short-term elasticity measured
14  in days, weeks, months, or a year, is
15  undoubtedly highly inelastic.  When you
16  expand the time horizon over which these
17  price effects can be felt and responded to,
18  then it becomes more elastic.
19   Q.  Now, you were referring to
20  elasticity of supply at one point in your
21  response.  And I was asking you about
22  elasticity of demand.
23   A.  Oh, at the processor level.  The
24  answer is similar in that in the short term,
25  a processor's objective is to meet their sale

Page 200

1   requirement in the most efficient way
2   possible.
3        As time expands, they're going to
4   have different ideas about what their sales
5   opportunities are.  They're going to have
6   different ideas about what their business
7   plan is.  They're going to have an
8   opportunity to think about future
9   profitability.  So their demand with respect
10  to price would be different if we're talking
11  about a longer time horizon.
12       So the logic of my answer is the
13  same in either way.  Short term, certainly
14  more inelastic and inelastic in general.
15   Q.  Well, is the demand for raw milk
16  what's referred to as a derived demand from
17  the demand for milk at the consumer level?
18   A.  Yes.  That concept says that
19  primary demand begins with the primary
20  demander, which typically we would think of
21  as the consumer.
22       And so a retailer's demand for a
23  product is based on the retailer's customers'
24  demand.  A manufacturer's -- a retailer's
25  demand from a manufacturer traces down from

Page 201

1   that ultimate customer demand until you get
2   down to, you know, a processing level.
3        So that's the implication of
4   "derived."  It is derived from sort of the
5   highest level or the last level, if you will,
6   demander.
7    Q.  Isn't it the fact that demand for
8   milk at the consumer level is inelastic not
9   only in the short run, but in the long run?
10       MR. MILLER:  Objection to form.
11       THE WITNESS:  I'm not entirely
12   sure.  One of the things that's
13   confusing about demand analysis is being
14   able to isolate own-price effects from
15   demand shifters.
16       As more alternatives become
17   available, there seems to be evidence to
18   suggest that consumers are more
19   sensitive to price differences than they
20   may have been historically.  So I
21   haven't seen any recent studies that try
22   to measure this or document it, but it's
23   a plausible question as to whether or
24   not consumers are more own-price
25   sensitive today than they were

Page 234

you know, markets would right themselves and they will get better.

There was certainly not a sense that we would be forever in this abysmal pit. So this made it logical to imagine that there would be people who would want to get out, to escape this abuse of profitability in late 2008/2009 period. And then if they could get back in later, that would be a likely scenario because markets would improve.

So this concern was attenuated in this 2009 period simply because of the market conditions. I don't remember if there was much of a concern about this expressed in 2006. I just don't. But it was particularly a plausible and relevant concern in 2009 simply because of the nature of that event.

Q. You use the word "incentivized" here. You would agree, would you not, that the Herd Retirement Program provided an incentive for a dairy farmer to slaughter his entire herd?

MR. MILLER: Objection to form.

THE WITNESS: The program required you, of course, to do that. It wasn't

Page 235

like you had a choice. If that's what you wanted to do, here it is. You're invited to submit bids, with the pretty obvious implication. If you submitted a low bid, you were likely to get accepted. If you submitted a high bid, you likely weren't.

So it created an opportunity for farmers to make that choice. It didn't say, "We'll pay you this to get out." It said, "How much do we have to pay you if you want to get out?"

BY MR. AHERN:

Q. And that included both productive cows and unproductive cows, correct?

MR. MILLER: Objection to form.

THE WITNESS: I'm not sure what you mean by an unproductive cow, but it was your whole herd, the whole milking herd.

BY MR. AHERN:

Q. Well, some cows are more productive than others within a dairy herd?

A. Yes. I wouldn't call them unproductive. I would call them less

Page 236

productive, perhaps.

Q. Well, if they're unproductive, then they're not in the herd anymore probably.

A. Well, a dry cow would be unproductive at that moment in time, but she's dry because she's gestating a baby inside of her. So yeah, I mean, there could be.

Q. At what point in time does a heifer cease the ability to give birth to calves?

MR. MILLER: Objection to form.

THE WITNESS: It's not a point in time. You're talking about a medical condition.

BY MR. AHERN:

Q. So how long would a cow be kept in a herd? What's the longest period of time that a cow would be kept in a herd?

A. Generally, culling decisions are made based not on age or number of lactations, but based on the productivity of the animal. Each farmer will have their own threshold, expectation, which may vary over

Page 237

time.

Of course, you may decide to terminate a cow because she has a health problem or something of that nature, but as a general rule, the productivity of cows rises and then, in successive lactations, decreases. And at some point you say the economics for keeping this cow is not good.

As I state in my paper when I talk about herd dynamics, it's possible you might remove a cow from the herd in two lactations. It might be five. It could be longer. Cows can live to be 20 or 30 years old. So it's not a question of age. It's a question of are they continuing to perform as an economic asset.

Q. So the Herd Retirement Program gave a dairy farmer more than he could get just if he sent his entire dairy herd to slaughter, correct?

MR. MILLER: Objection, form.

THE WITNESS: I would say it differently. I would say a rational dairy farmer would submit a bid that gave them more money in whatever time

Page 270

```
 1        perfectly proper question.
 2            MR. MILLER:  And he had already
 3        answered that.
 4            MR. AHERN:  We'll take that to the
 5        judge.
 6            MR. MILLER:  You can.  Have fun.
 7   BY MR. AHERN:
 8        Q.  Okay.  Page 49.
 9        A.  Of?
10        Q.  Your report.  I'm sorry.
11        A.  Okay.
12        Q.  And paragraph -- in paragraph 3,
13   about seven lines down, you say that:
14             "In these cases, the
15             Herd Retirement Program may hasten
16             an exit decision."
17        Do you see that?
18        A.  I do.
19        Q.  And when you use the word
20   "hasten," you mean speed up?
21        A.  Make it occur earlier.
22        Q.  And that has an effect on supply
23   because if it didn't happen earlier, it would
24   have happened later, right?
25            MR. MILLER:  Objection, form.
```

Page 271

```
 1            THE WITNESS:  Yes.
 2   BY MR. AHERN:
 3        Q.  Now, when a dairy cow that is in
 4   the middle of its productive life is
 5   slaughtered, that cow might have one or maybe
 6   two more calves, correct?
 7        A.  Theoretically, sure.
 8        Q.  So the slaughtering of that cow at
 9   that point in time not only takes out of the
10   National Dairy Herd that cow, but that cow's
11   offspring, correct?
12            MR. MILLER:  Objection to form.
13            THE WITNESS:  Yes, recognizing, of
14        course, she's not going to have a female
15        calf every year.  Unlikely, but yes.
16   BY MR. AHERN:
17        Q.  And those calves can have calves,
18   correct?
19        A.  Indeed.
20        Q.  If she has calves.  And so to that
21   extent, there's a longer-term effect of
22   slaughtering that productive dairy cow,
23   correct?
24            MR. MILLER:  Objection, form.
25            THE WITNESS:  Potentially, yes.
```

Page 272

```
 1        It's one thing to talk about an
 2        individual animal.  It quite another
 3        thing to talk about 9 million cows.
 4   BY MR. AHERN:
 5        Q.  Okay.  Well, if you have 50,000
 6   productive cows that are taken out, then that
 7   50,000 productive cows might give birth to
 8   another 50,000 or 100,000, and those might
 9   give birth to another 100,000 or 200,000,
10   correct?
11            MR. MILLER:  Objection, form.
12            THE WITNESS:  There is some math
13        like that.  I won't try to double-check
14        individual numbers.  But, yeah.  Babies
15        make babies, make more babies, and
16        continue to make babies until the sun
17        goes Nova.
18   BY MR. AHERN:
19        Q.  Very well put.
20        Can we go to page 36 of your
21   report, please.
22        A.  Uh-huh.
23        Q.  In the first paragraph, the fourth
24   line, you say:
25             "But the reality is that a
```

Page 273

```
 1             farmer that wanted to grow or even
 2             replace an entire herd would have
 3             numerous options to do so."
 4        Do you see that?
 5        A.  I do.
 6        Q.  Now, you would agree that if a
 7   farmer just bought cows from another dairy
 8   farmer, that would not be increasing the
 9   dairy herd, correct?
10        A.  Moving from one farm to the other
11   does not change the total, correct.
12        Q.  So the only way that you can
13   increase the dairy herd or grow your own farm
14   is by raising or purchasing a springing
15   heifer or just raising a female cow to become
16   a heifer, correct?
17            MR. MILLER:  Objection, form.
18            THE WITNESS:  You can buy cows
19        that aren't from this country.  So that
20        would be the other scenario.  If you're
21        talking about moving cows from other
22        farms and how do I grow the herd, part
23        of it is creating a new baby cow that
24        grows, but also there's some
25        opportunities for importation or us
```

69 (Pages 270 to 273)