# EXHIBIT 11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs. No. 4:11-CV-4766-JSW (NJV)

NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.

Defendants.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

KRISTIE TESSANDORI, on behalf of Herself and All Others Similarly Situated,

Plaintiffs,

vs. No. 1216-CV13257

DAIRY FARMERS OF AMERICA, INC.

Defendant.

VIDEO DEPOSITION OF DR. SCOTT BROWN
Taken on behalf of the Plaintiffs
November 7, 2014

Saundra Tippins, CCR

(The deposition began at 9:07 a.m.)




| QUESTIONS BY: | PAGE NO. |
|---|---|
| MR. FRIEDMAN | 11 |
| MR. DIEL | 160 |
| MR. METZ | 194 |
| MR. FRIEDMAN | 216 |
| MR. DIEL | 221 |


INDEX OF EXHIBITS


| EXHIBIT NO. | | PAGE REFERENCED |
|---|---|---|
| Exhibit 1 | BROWNMU_2552 | 23 |
| Exhibit 2 | BROWNMU_6 | 30 |
| Exhibit 3 | BROWNMU_843 | 34 |
| Exhibit 4 | BROWNMU_13 | 43 |
| Exhibit 5 | BROWNMU_31 | 44 |
| Exhibit 6 | BROWNMU_73 | 46 |
| Exhibit 7 | BROWNMU_129 | 51 |
| Exhibit 8 | D21921 | 59 |
| Exhibit 9 | Brown Declaration | 71 |
| Exhibit 10 | 2013 Baseline Update | 77 |
| Exhibit 11 | BROWN DEPO 001 | 144 |
| Exhibit 12 | BROWNMU_3636 | 159 |
| Exhibit 13 | Subpoena | 159 |
| Exhibit 14 | Brown Affidavit | 159 |




INDEX OF EXHIBITS (Continued)


| EXHIBIT NO. | | PAGE REFERENCED |
|---|---|---|
| Exhibit 15 | BROWNMU_226 | 159 |
| Exhibit 16 | BROWNMU_243 | 159 |
| Exhibit 17 | BROWNMU_313 | 159 |
| Exhibit 18 | BROWNMU_295 | 159 |
| Exhibit 19 | BROWNMU_331 | 159 |
| Exhibit 20 | BROWNMU_359 | 159 |
| Exhibit 21 | BROWNMU_391 | 159 |
| Exhibit 22 | BROWNMU_372 | 159 |
| Exhibit 23 | BROWNMU_432 | 159 |
| Exhibit 24 | BROWNMU_414 | 159 |
| Exhibit 25 | BROWNMU_420 | 159 |
| Exhibit 26 | BROWNMU_443 | 159 |
| Exhibit 27 | BROWNMU_449 | 159 |
| Exhibit 28 | Spreadsheet Page | 188 |


(Whereupon exhibits were attached to the original and copies.)



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs. No. 4:11-CV-4766-JSW (NJV)

NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.

Defendants.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

KRISTIE TESSANDORI, on behalf of Herself and All Others Similarly Situated,

Plaintiffs,

vs. No. 1216-CV13257

DAIRY FARMERS OF AMERICA, INC.

Defendant.

A Small changes in supplies can make for large movements in pricing when markets are very inelastic.
Q (By Mr. Friedman) You agree that characteristic exists in the dairy milk market, correct?
MR. METZ: Object to the form.
A Dairy markets tend to be very inelastic.
Q (By Mr. Friedman) So I take it that you agree it only takes small swings in either supply or demand to generate significant movement in milk prices?
MR. METZ: Object to form.
MR. BOULWARE: Objection, vague.
A I think that demand inelasticities determine for us what movements in milk supplies mean to movements in milk prices.
(The reporter marked Exhibit No. 6.)
MR. FRIEDMAN: Six, BROWN_73.
Q (By Mr. Friedman) Dr. Brown, please take a look at this document and familiarize yourself with it. I have just a few questions for you on it.

[Page 46]

A (Witness complies.)
Q Dr. Brown, you agree that the top of this Exhibit No. 6 states, "Script for audio track of Scott Brown presentation, quote, the impact of the CWT program on the U.S. dairy industry, unquote."
You agree that's what it says on the top of the document, correct?
A Yes.
Q And it also says it's a draft, apparently, on February 28th, 2013, 4:20 p.m., correct?
A That's what is stated on this document, yes.
Q And do you believe this document reflects presentation on the impact of the CWT program by you on behalf of the CWT?
MR. METZ: Object to form.
A Yes. It is a draft of a presentation of my CWT results.
Q (By Mr. Friedman) So I'd like you to first turn to slide five that's reflected in the upper left-hand corner of Bates number 76. Do you see that?
A Is that U.S. milk production?

[Page 47]

Q Yes. That's the graphic, but you see where it says slide five?
A Yes.
Q All right. And do you see in the last sentence there where it says, "The differences aren't huge, but as most of us know, it only takes small swings in either supply or demand to generate significant movement in milk prices."
Do you see that?
A Yes, I see that.
Q Do you agree with that statement?
A Yes. Small changes in supply or demand generate significant movements in milk prices received by farmers.
Q Okay. Could you go back to the first page, Dr. Brown.
A (Witness complies.)
Q And specifically in slide two, it appears to state here in your presentation that, "When prices go up, producers often add cows and produce more milk, semicolon, I've accounted for that."
Do you see that?
MR. BOULWARE: I'm sorry, Jeff. Where are you at?

[Page 48]

MR. FRIEDMAN: I'm sorry, slide two, last sentence.
MR. BOULWARE: Okay.
MR. FRIEDMAN: Are you there?
MR. BOULWARE: I'm there.
MR. FRIEDMAN: Okay.
Q (By Mr. Friedman) Do you see that, Dr. Brown?
A Yes.
Q Is it true that statement there that I read, that in your model you accounted for potential producers increasing the number of cows to produce more milk?
A My analysis includes response by those nonparticipating in CWT to those that did participate, so yes.
Q Thank you. We're done with that.
Dr. Brown, do you agree with the statement that one of the reasons the CWT was successful in generating income for dairy producers was because of how inelastic the demand was for milk and milk products?
MR. METZ: Object to form.
MR. BOULWARE: Objection, compound.

[Page 49]

Q I just want to make sure I understand from your prior testimony.
Where you've reported here an effect on milk prices, am I correct that what you're reporting are price effects that are estimated from your model? Is that correct?
A That is correct.
Q And because of that, they are price effects of the regulated price for milk that your model was estimating, correct?
MR. FRIEDMAN: Objection, form.
A The effects in this graph are changes in all milk prices which the model would only have changes in all milk prices from changes in minimum regulated prices.
Q (By Mr. Metz) And if we turn to the following page, and there's a bar chart of the all milk price, which I think when you look at the color version of this, it would show without CWT versus with CWT.
And I'm correct again, the same holds true, that what you're reporting is a difference in the all milk price as estimated by the model, which is an estimate of the regulated price?
A That is correct.

[Page 214]

Q And without necessarily going through each of Exhibits 15 through I believe it was 27, which were the other such presentations, are there any presentations you've done for CWT where that was not the case, where you were publishing a different price than the ones we just discussed?
A No. There are no differences in the other presentations.
Q And if you have Exhibit 2 in front of you.
A (Witness complies.)
Q You were asked questions about this several hours ago, but I direct you to the last page. And there you were asked some questions about the chart that appears there and the text below it about the return on investment.
And I just want to be clear for the record that what this reflects is the same price we were just discussing. It's the all milk price as estimated by your model, which is an estimate of the regulated price?
A That is correct.
Q And again, without asking you about all of the exhibits individually, is there a document you've seen today in which it reported

[Page 215]

your results about a particular price where you were referring to a different price than the all milk price as estimated by your model, which is the regulated price?
MR. FRIEDMAN: Objection, form.
A All of the documents today referred to the U.S. all milk price.
MR. METZ: Why don't we go off the record briefly.
THE VIDEOGRAPHER: Off the record 4:10 p.m.
(Off the record.)
THE VIDEOGRAPHER: On the record 4:12 p.m.

EXAMINATION

QUESTIONS BY MR. FRIEDMAN:
Q Dr. Brown, could you pull Exhibit 6 from your stack, please.
A (Witness complies.)
Q All right. And if you would turn to the first page at the bottom where it says slide two, and at the bottom where it says, "It's important to note that my analysis is dynamic, meaning that I account for how producers behave differently as a result of CWT. When prices go

[Page 216]

up, producers often add cows and produce more milk. I've accounted for that."
Do you see that?
A Yes.
Q Is that a true statement?
A Yes.
Q So your model, in fact, took into account if supply was reduced and prices went up, what impact that would potentially have on producing more cows from adding more cows, correct?
A The model would have taken into account the supply response from those not participating in the herd retirement event.
Q Okay. Now, I'd like you to go to Exhibit 9, the declaration.
A (Witness complies.)
Q Now, if you go to paragraph six, which counsel asked you about for Defendants, and specifically in paragraph six the last sentence where it says, "In my model, most of the additional supply of raw milk that the model estimates would have existed in the absence of the CWT program was used for the production of Class IV products."

[Page 217]