# EXHIBIT 12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Winn-Dixie Stores, Inc., and
Bi-Lo Holdings, LLC,

Plaintiffs,

Case Number:
3:15-cv-01143-BJD-PDB

v.

Southeast Milk, Inc., et al.,

Defendants.
________________________________/

* * * * * * * * * * * * * * * * * * * * * * * * * * * * 

VOLUME I OF II

VIDEOTAPED
DEPOSITION OF: CALVIN COVINGTON

DATE TAKEN: DECEMBER 6, 2017

TIME: 9:16 A.M. - 5:57 P.M.

LOCATION: LATHAM, SHUKER, EDEN & BEAUDINE, LLP
111 N. MAGNOLIA AVENUE,
SUITE 1400
ORLANDO, FLORIDA 32801

REPORTED BY: SHOSHANA KRAMER, RPR, CRR

Page 94

me get down to where you're at.
**Q. It just says, finally he discussed the CWT program.**
A. Yup. I see that now, yup, and it's history.
**Q. Okay. And -- and that -- it says, quote:**
**They are advocating an increase in the CWT program from $0.05 to $0.10 per hundredweight starting July 2006.**
**Do you see that?**
A. Yes.
**Q. Okay. And then if you -- if you turn to page four of the minutes, at the very top where it says, resolved.**
**Says, quote:**
**Resolved to support the CWT program at the $0.10 per hundredweight from July 1, 2006, through December 31, 2007?**
**Do you see that?**
A. Yes.
**Q. Okay. So this was the occasion in which the SMI Board voted to participate in the CW -- CWT program at the increased rate of $0.10 per hundredweight, correct?**
A. Yes.
**Q. Okay. Now -- okay. You can set that aside.**

Page 95

(Plaintiffs' Exhibit No. 7 was marked for identification.)
**Q. Okay. Mr. Covington, the court reporter has handed you what's been marked as Exhibit 7, which are the minutes of the board of directors meeting for Southeast Milk, Incorporated, dated November 6, 2007, bearing the document control numbers SMI 002063 through 66. And if you turn to page three under old business, down at the bottom it says, resolved. The associations -- I think probably says -- meant association -- renews its -- renew its participation in National Milk's CWT program for the calendar year 2008.**
**Do you see that?**
A. Yes, sir.
**Q. So this was the time when the SMI Board voted to renew its participation in the CWT program?**
A. For 2008.
**Q. For 2008.**
A. Yes.
**Q. Okay. Now, from time to time did you, as CEO, conduct producer meetings?**
A. Yes.
**Q. And at those meetings, you would get comments and feedback from producers?**
A. Yes.

Page 96

**Q. Do you recall at those -- do you recall at those producer meetings getting comments favorable to CWT?**
A. No.
**Q. Okay. Well, let me -- let me -- let me pull some documents as to that then.**
(Plaintiffs' Exhibit No. 8 was marked for identification.)
**Q. Oh, I apologize. You could set that aside for now.**
**Mr. Covington, isn't it true that when cow numbers fall, that reduces milk production?**
MR. BEAUDINE: Object to the form.
A. No.
**Q. After the SMI Board voted to participate in the CWT program in 2005, isn't it true that SMI had some of its member that submitted bids under the program?**
A. Yes.
**Q. And some of -- and those members were not only in Florida, but in other states in the Southeast?**
A. Again, you -- you have -- you have a list, and best I recall that would have been some members out -- outside of Florida that would have submitted bids.
**Q. And some inside -- and some in Florida that would have submitted bids?**

Page 97

A. Yes.
**Q. And some members also had their bids accepted, correct?**
A. Again, you -- you have a -- I have never seen a list of all the members that actually submitted a bid, but you have a document that we prepared for you that had a list of the members whose bids were accepted.
**Q. It was prepared for this litigation? I don't -- I don't think so, but that's okay.**
A. I -- I think you -- I could -- I think you do, but -- but we had no list of who submitted bids. You know, you could have -- producer could've submitted bids. We would not know who it was. Yes, you do have a document that was submitted to you that has a list of the members that bids were accepted.
**Q. Okay. Well, I'll -- I'll try to find that and talk to Mr. Beaudine about that.**
(Plaintiffs' Exhibit No. 9 was marked for identification.)
**Q. Mr. Covington, the court reporter has handed you what's been marked as Exhibit 8 -- oh, Exhibit 9, and this is monthly comments from the CEO for the year of 2003, bearing the document control numbers SMI-008524 through 8549.**
**And I want to direct your attention to just the**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Winn-Dixie Stores, Inc., and
Bi-Lo Holdings, LLC,

Plaintiffs,

Case Number:
3:15-cv-01143-BJD-PDB

v.

Southeast Milk, Inc., et al.,

Defendants.
________________________________/

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

VOLUME II OF II

VIDEOTAPED DEPOSITION OF: CALVIN COVINGTON

DATE TAKEN: DECEMBER 6, 2017

TIME: 9:16 A.M. - 5:57 P.M.

LOCATION: LATHAM, SHUKER, EDEN & BEAUDINE, LLP
111 N. MAGNOLIA AVENUE,
SUITE 1400
ORLANDO, FLORIDA 32801

REPORTED BY: SHOSHANA KRAMER, RPR, CRR

But the skim was broken down into protein and other solids, and then on Class II and Class IV products the protein and those solids are divided into nonfat solids.

**Q. I'm sorry. In the Southeast though, including Florida -- and I know they're not in the same Federal Order area, but they base it on skim and fat?**

A. Skim and fat, yes, sir.

**Q. Okay. All right.**

A. Skim -- skim and butter -- butterfat.

**Q. Okay.**

A. So then how do you go about determining what those minimum price -- what those minimum prices are for skim and fat? You have minimum prices in four different classes in the Florida Order, Class I, Class II, Class III and Class IV, and you had asked me about those earlier, and I defined what -- basically what goes -- goes into each of those classes. But it's broken into skim or fat.

Well, what's the pricing -- price discovery method, you might say, and how do you go about determining those prices? Well, in all Federal Milk Marketing Orders, including Florida, those minimum prices are determined by four -- four dairy commodities, butter, cheese, a combination of cheese block cheddar



and barrel cheddar, nonfat milk powder and dry whey.

Now, during 2003, 2010, there was different methods USDA used to get those -- to get those prices. They kept trying to improve on it. And so I'm going to give you the -- the basic way it's doing it, knowing that it was changed over a few years. But it's mandated by law. This was a -- finally put -- law wasn't put in 'til later. But it's mandated by law, and it's audited.

That -- there are about 100 dairy manufacturing plants in the United States, approximately 100 in the United States that are manufacturing one or more of those products, and they're required by law by -- I think it's Monday after the previous week of reporting to USDA's dairy division what they sold those products for.

And so they report those prices, those products to USDA, and then on Wednesday afternoon USDA publishes weekly -- unless it's a holiday or so forth -- on Wednesday, publishes the prices, average prices of those plants for those products I just mentioned, butter, cheese, nonfat dry milk and dry whey, those four products.

Now, the price of those four products that comes out weekly then are used by series of yield formulas and make allowances to come up with a price per



component for each of those products. Now, I can't -- when I was younger I could remember all those yield formulas, because I helped develop them, but they're -- but they're -- some of them are pretty lengthy. So I -- you can go out there to the USDA and get the exact mathematical yield formula. And likewise, your people at Winn-Dixie -- I've done two milk pricing workshops over there, so you can see how smart they are or how much they remember -- they've got those yield -- yield formulas as well.

You take the price of those commodities, plug them into those yield formulas, subtract them, make for manufacturing allowance, and then what you end up doing, you come up with a price per component, a price per component of butterfat, protein, other solids and nonfat solids. Price per component.

Now, in the Florida Federal Order, since there's not component pricing, you've got to convert those components, the protein and other solids over to the skim per hundredweight, and there's a mathematical formula to do that as well.

Now, so you take the prices of those products, go through those formulas, and you come up with what we call the Class III and Class IV prices. Class III and Class IV prices. Now, the Class III and Class IV are



based on the previous month's average. They're actually announced after the fact. But when it comes to Class 1, there's advanced pricing on Class 1. The Class 1 price is advanced ahead of when they actually buy the milk. We have advanced pricing, so it's done on the different timeframe, only uses two weeks of data, where the other one uses a full month, but it uses the same formulas.

So around the 22nd or 23rd of the month, those calculations are made for Class I, and then when it comes to Class 1, we look at the Class III skim and the Class IV skim, and the USDA takes the higher of that, and ends up what we call the Class 1 Mover. So we have a Class 1 mover, includes both skim and butterfat.

To arrive at the final Class 1 price, we add to that a Class 1 differential. Every county in the United States has a Class I differential. The Class I differentials generally are the lowest way up around the Montana North, Dakota, Canadian border, and then as you move south and east, they get higher.

A Class I differential, the ones we have now were -- were set up in January 1 of 2000, and the Class I differentials do a few things. One, they would represent the cost of dairy farmers converting from Grade B to Grade C milk to Grade A, because you have to have Grade A for fluid -- for fluid, and also, to help