# EXHIBIT 13

SPECIAL
MEMBER Update

Dairy Farmers of America, Inc.
Rick Smith, President & CEO
10220 N. Ambassador Dr.
Kansas City, MO 64153
816-801-6455
www.dfamilk.com

**DFA and Industry News from the Desk of Rick Smith**

Dear Members,

This letter is being written with the encouragement and support of our farmer Board of Directors, and our farmer leaders in the Area Councils.

We are entering a very severe and bad price/cost squeeze. While you have weathered tough cycles before, the projections suggest this next number of months will be particularly brutal.

As I stated in the most recent Member Update, I want to discuss some of the factors driving current dairy economics, share with you what we are doing to try and help improve the situation and end the down cycle quicker, and advise you of our efforts with others to strengthen the dairy environment in the future.

First, the numbers (see Attachment ② for charts and graphs). Beginning in 2004, the U.S. began to experience strong growth in the volume of dairy exports. Initial export growth was in nonfat dry milk and whey products. In 2007, U.S. cheese exports began to grow, and in 2008 U.S. butter exports leaped higher.

The ability for the U.S. to play a larger role in international dairy trade arose from a number of factors, including 1) economic growth (and growing demand for dairy) in countries like China, Mexico, Japan and Saudi Arabia; [illegible] dairy companies diversifying their produ[illegible]

DFA 30(b)(6) Wilson
Exhibit_4
1/8/15

to include items like standardized milk powder and 82% fat butter that opened new opportunities; 3) limited milk production growth in New Zealand and Australia; 4) shifting policy in Europe that lowered government intervention; and 5) success from U.S. Dairy Export Council efforts to build relationships with dairy buyers around the world.

All of these factors converged during 2007/08 and helped cause the record high price levels we experienced. During 2008, a record 11% of U.S. milk production was exported. By comparison, in 2005, only 5% of U.S. production was shipped internationally. As we enter 2009, unfortunately, many of the factors that provided support for milk prices are now applying downward pressure. Forecasts for 2009 indicate that U.S. exports may only represent 8-9% of production. While this is still above historical levels, the net effect is 2-3% of U.S. production being put back into domestic inventories. As we know from previous price cycles, little changes in supply or demand can have dramatic consequences for prices. This cycle is no different.

What are we doing? Attachment ① itemizes some activities. While there is little we can do to change the immediate situation, we are engaged in a number of efforts to more quickly turn the tide.

Industry consensus suggests that the excess supply is equivalent to approximately 200,000 dairy cows. (Some people target a higher number). DFA continues to be a strong supporter of the Cooperatives Working Together ("CWT") program. The future of CWT is yet to be determined based on some previously supportive cooperatives holding out on future commitments. We are regularly communicating to maintain and grow support for CWT during this critical time. CWT is currently in the process of removing 60,000 cows in its most recent Herd Retirement Program, and funding at the end of 2008 would allow for the removal of approximately 40,000 more. That will help, but it is not enough. CWT needs and deserves more support from dairy farmers. We need more cows removed in early 2009.

We are also seeking to work with lending institutions and other suppliers of credit during this difficult cycle. We are hosting a nationwide "webinar" on Monday, February 9, to get more engagement and collaboration among all who have a stake in the fortunes and futures of dairy farmers.

Efforts continue to help grow dairy demand.

DMI recently announced an initiative with Domino's Pizza to introduce new pizzas with 40% more cheese. We need others to follow.

These and other efforts will surely help, but we don't know how quickly. We know that, in the future, conditions will improve. Economies around the world will rebound, and improved dairy demand will return. But, in this new world dairy economy, volatility will be a constant challenge. We need to strengthen and enhance our resources and tools to help you manage through the volatility.

For now, though, you will be experiencing a very stressful time. We want you to know how much we care, and that we will work 24/7 to try to help.

To assist members in this difficult period, we have created a "DFA Cares" Hotline. Members can access staff members who will provide information, answer general questions, and offer consultative assistance in certain situations. We also now have a "Member Assistance Program", managed by a professional third party provider, that can help with stress and wellness issues, and/or provide referrals for financial and legal consultation. All services are free and confidential. Call 1-888-404-MILK - 24 hours a day.

Take Care -

Rick

- Attachment 1 -

# DFA Working to Help

We want to reassure you that we are aware of how difficult the current environment is, and we are doing what we can to help. It is difficult in a communication like this to fully describe everything we are working on, but we want to provide an overview of actions we are taking. These include:

- Maximizing revenue for raw milk, given the current market conditions, and continuing to look for and/or create efficiencies to reduce the cost of milk marketing. We are working with other cooperatives to most effectively do this.

- Engaging customers more fully to achieve supply chain efficiencies.

- Continuing support for the Cooperatives Working Together (CWT) program. An important meeting is scheduled for February 6. More details on the future of CWT will be provided in the next *MEMBERUpdate*.

- Continuing development of new products and technology to increase and serve unmet domestic needs and international demand. Some of the ways we are accomplishing this is to seek better utilization of government feeding programs for domestic and international consumption, and to support Dairy Management Inc. (DMI) on initiatives such as the recently launched specialty pizzas from Domino's, which use 40 percent more cheese per pizza.

- Encouraging U.S. Department of Agriculture (USDA) to implement the Dairy Export Incentive Program (DEIP) to offset export subsidies enacted by other countries and to increase U.S. dairy exports.

- Engaging proactive dialogue with bankers and the financial community to talk about the situation occurring on farms and exploring ways to work together.

- Sponsoring a webinar for bankers, the financial community and input suppliers (e.g. feed companies, etc.) to explain the situation and offer collaboration.

- Creating a DFA Cares Hotline, 1-888-404-MILK, which will offer help and referrals for financial and legal questions, everyday stress management and farm/family issues.

- Upgrading and expanding communications about farm services offered ranging from risk management tools to buying/lending services.

- Advocating for fair trade policy.

- Advocating constructive small business/farmer-friendly tax policy.

- Advocating balanced policy on environmental matters and immigration.

- Attachment 2 -

# Current Market Factors

Following is some economic data that helps explain why milk prices have declined so sharply.

**World Production Increases 2.1 Percent**
According to DairyCo Datum's Dairy Market Update and International Dairy Federation, 2008 world milk production has increased 2.1 percent from 2007. China had the largest percentage increase of milk production at 7.8 percent compared to last year. Second was New Zealand at 7.2 percent. Iran (7.1 percent) and Turkey (5.5 percent) also increased milk production significantly.

Only two countries showed a decrease in production, the United Kingdom and Japan, -0.4 percent and -0.1 percent, respectively.

The European Union ranks first, producing 24.1 percent of the world's milk. India (17.4 percent), the United States (14.9 percent), China (6.6 percent) and Russia (5.7 percent) round out the top five. China only produced 2 percent of the world's milk in 2000. Since 2000, world production has increased 17 percent.

| Country | % Increase 2007 to 2008 | % of World Ouptut |
|---|---|---|
| European Union | 1.4% | 24.1% |
| India | 4.9% | 17.4% |
| United States | 2.1% | 14.9% |
| China | 7.8% | 6.6% |
| Russia | 0.1% | 5.7% |
| Brazil | 2.4% | 4.5% |
| New Zealand | 7.2% | 2.8% |
| United Kingdom | -0.4% | 2.4% |
| Turkey | 5.5% | 2.1% |
| Mexico | 2.0% | 1.9% |
| Australia | 1.1% | 1.6% |
| Canada | 1.4% | 1.4% |
| Iran | 7.1% | 1.4% |
| Japan | -0.1% | 1.4% |

**Steady Growth in U.S. Production**
U.S. milk production has been in a growth stage since June 2004. However, during the most recent six months (Jul – Dec 2008), U.S. milk production has averaged growth of 1.5 percent.

Over the last 10 years, U.S. growth has averaged 1.8 percent. Therefore, recent production has not flooded the market with new milk production.




**Sharp Decline in U.S. Exports**
During 2007, monthly NFDM exports averaged 47 million pounds per month.

During the first half of 2008, NFDM exports averaged 86 million pounds per month.

From July to November 2008, NFDM exports have averaged 60 million pounds per month.

U.S. markets began to expect peak exports, and the decline of 26 million pounds per month of NFDM exports represents an annualized decline of 312 million pounds (or 2.8 billion pounds of milk). It takes approximately 140,000 cows to produce 2.8 billion pounds of milk.



## U.S. Retail Dairy Sales Have Been Weak

Since the second half of 2007, Information Resources, Inc. (IRI) has reported negative growth rates for retail fluid milk and cheese sales.

The trends are working back toward positive territory, but reflect that consumers did react to high retail prices.




## U.S. Dairy Inventories Have Increased

U.S. American cheese inventories have exceeded prior year levels since June 2008. For December 2008, American cheese inventories were 33 million pounds (+6.5 percent) more than during December 2007.

Italian cheese inventories also are up. December "Other" cheese inventories of 282.3 million pounds were an increase from 2007 by 16.8 million pounds. Total cheese inventories in December 2008 were 49 million pounds more than during December 2007.




## High Input Costs Compound the Economic Situation

The reduction in international demand for U.S. dairy products has caused an increase in domestic inventories during a time when input costs are much higher, when compared with previous cycles.

Current dairy commodity prices would indicate All Milk prices less than $11.00 per hundredweight during the spring of 2009.

Prices that low are irrational given input costs.

| | Jul-02 | Jul-06 | Mar-09 / |
|---|---|---|---|
| Class III Price (per cwt) | $9.33 | $10.92 | $10.01 |
| All Milk Price (per cwt) | $11.10 | $11.70 | $10.73 |
| Corn Price (per bushel) | $2.13 | $2.14 | $3.83 |
| Soybean Price (per bushel) | $5.35 | $5.61 | $9.80 |
| Oil Price (per barrel) | $26.97 | $74.41 | $43.38 |

/ : Class III, Corn, Soybean and oil prices based on January 27, 2009 futures.

## Overall Economic Conditions are Weak

A number of other general economic factors are having some impact on the U.S. dairy industry.

The U.S. unemployment rate has reached 7.2 percent, leading to a loss of 3.6 million U.S. jobs during 2008.

Consumer confidence remains much below prior year levels, and is contributing to negative attitudes about future conditions.




## Strong Dairy Cow Slaughter Needs to Continue

In the first two weeks of January, dairy cow slaughter rates have exceeded 2008 levels by 23,000 head. Some of the increase in culling can be attributed to CWT's Herd Retirement Program.

In order to bring supply more in balance with current demand, slaughter rates need to remain at current levels for two to three months.

