# EXHIBIT 14 IS SUBJECT TO PLAINTIFF'S MOTION TO SEAL FILED ON 5-1-19 (DKT. 268)