**EXHIBIT 15**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

- - - - - - - - - - - - - - -x

| | |
|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated, | : Case No. 11-CV-04766-JSW |
| Plaintiffs, | : Consolidated with |
| vs. | : 11-CV-04791-JSW |
| NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC., | : And 11-CV-05253-JSW |
| Defendants. | : |

- - - - - - - - - - - - - - -x

Videotaped 30(b)(6) Deposition of

NATIONAL MILK PRODUCERS FEDERATION,

By and Through its Corporate Designee,

JEROME KOZAK

(Cont'd On Page 2:)

would be funded; we told him the specific activities that we were going to perform under CWT.

And as -- and during that meeting, we asked him if he had any concerns from both USDA's part and specifically about whether or not any of these activities would give him concern outside the parameters of our Capper-Volstead exemption.

They expressed no concerns whatsoever. In fact, Dr. Collins didn't think it would have much impact at all. He had sort of sarcastically said he saw these programs before and said that he didn't think it would last a year, but they saw no concerns, expressed no concerns, and we concluded that meeting.

I then went to meet with Congressman Goodlatte and Congressman Peterson who were the ranking and majority leaders of the House Agriculture Committee. And I sat down with them and their staffs, along with some of my staff, and once again we outlined what our intentions were, how we were going to do it, described it as a self-help voluntary program, outlined the three programs that we were intending to put forward, and neither Congressman Goodlatte or Mr. --

[Page 30]

Congressman Peterson expressed any concerns.

They were very familiar, obviously, with dairy cooperatives and Capper-Volstead. Mr. Goodlatte was an attorney who also now serves as the House Judiciary Chairman. So I felt extremely comfortable with that.

I then proceeded to go and meet with the Cattlemen's Association, because prior to my coming to National Milk, there was a government whole herd buyout. It had caused significant political concerns and interest on part of the cattlemen. It was fully conducted by the government. And I was aware of that, so I met with the -- my counterparts at the Cattlemen's Association, and I outlined the program.

They were extremely pleased that it was not a government-mandated program; that it was a voluntary program. And they understood how we were to perform that. Certainly the herd retirement portion of the program would have been of most concern, and they -- they understood the program, and they didn't express any real concerns on how we would handle it.

So after I did all of that due diligence, I collected that information or had

[Page 31]

those meetings -- and at the same time, Mr. Friedman, we were developing the bylaws, as to the question. And I then presented orally to the board a result of my meetings with all of these entities, because as you could imagine, if any -- anyone had expressed concern specifically -- USDA and the head of the Capper-Volstead committee -- I was under obligation to report any of that to the board of directors.

So we then proceeded to try to finalize the bylaws. And you'll have to excuse me, but I think the bylaws were adopted by the board of directors sometime in I want to say July. That's my -- the -- my recollection of the bylaws. That would have been prior -- or that would have been subsequent to our June board meeting. And that's -- that's what --

Q Okay. Thank you.

So let me -- let me ask you some follow-up questions on some of your testimony. First you -- you indicated that you met with Dr. Collins; is that correct?

A Yes, sir.

Q And when you met with Dr. Collins, what position did Dr. Collins hold?

[Page 32]

A At the time Dr. Collins was the chief agricultural economist for USDA, and he was also the head of the Capper-Volstead committee that USDA had within their department.

Q When you met with Mr. Collins, who else was present?

A In attendance was Dr. Larry Salati, who worked in -- as an assistant in Dr. Collins' office, and we -- I also had counsel with me.

Q And which -- who did -- which counsel did you have with you?

A I had Mr. Ewing, and I had Mr. Brosch.

Q Now, when you -- Mr. Ewing is Mr. Ewing who is currently representing you today with Steptoe & Johnson?

A Yes, sir.

Q Now, had you prepared any materials in advance of your meeting with Dr. Collins that you provided to Dr. Collins for the meeting or discussion?

A My recollection is that we did have some type of outline that we provided him at that time.

Q Now, did you have specific discussions with Dr. Collins about the potential legality or

[Page 33]

any notes.
Q Did you see anyone in the room take notes of your meeting with Dr. Collins?
A I don't -- I -- it's been so long I don't recall about the note taking, sir.
Q Do you recall what specifically Dr. Collins or anyone on behalf of the USDA that was present said specifically about the reasons why the program could or could not be considered to fall within Capper-Volstead?
A I don't -- Dr. Collins never indicated during the meeting that there was any concerns on his part about it operating under the Capper-Volstead committee.
He never expressed comments that it wasn't. He never offered recommendations on how to modify the program or to implement the program. All he did was listen to us. And when I had asked him, you know, his thoughts, he did not appear to have any concerns at all about what we were describing to him.
Q So, setting aside what he appeared to you as, what specifically did Dr. Collins say explicitly about USDA's position as to whether the program as described fell within Capper-Volstead?



A I do remember him saying that he did not see any problems associated with the program as it rep- -- as it impacted the Capper-Volstead. That, I do remember.
Q Did you ask Dr. Collins or anyone from the USDA as a result of your meeting to memorialize the USDA's views about the proposed program?
A No, because historically USDA, whether it was on this type of program or other programs, would not send out authorizations or endorsements. That was their policy.
Q So you understood that if you had asked USDA to give a official position as to its views on whether the program fell within Capper-Volstead or not, that USDA would not take an official position; is that correct?
MR. EWING: Objection as to form; misrepresents the testimony, just so we're clear.
MR. FRIEDMAN: Objection as to form is sufficient.
MR. EWING: Thanks, Jeff.
MR. FRIEDMAN: Thank you.
THE WITNESS: Could you restate the question?



MR. FRIEDMAN: Sure.
Could the court reporter read it back, please?
(The Record was read as requested.)
THE WITNESS: Yes.
BY MR. FRIEDMAN:
Q Now, did National Milk ever attempt to approach the antitrust division or any division within the Department of Justice and ask for an opinion on whether the Herd Retirement Program fell within or outside of the Capper-Volstead Act?
A During the course of the operations of the CWT program, there was a inquiry into one of our dairy cooperatives from the antitrust division of the -- of the Jud- -- Justice Department. I'm sorry. And the CWT program was noted in those documents.
And then we received a request from the Justice Department to provide them with all of the documentations -- documents that we actually have provided during the course of this particular process, and all of those managed by our attorneys were submitted to the Justice Department.
I unfortunately don't re- -- recall the exact dates; it was some time ago while the



program was still operating.
And we had never had any feedback or follow-up or concerns or any other response after all those documents were provided to the Justice Department.
That was the only time that that had occurred.
Q So prior to the commencement of the Herd Retirement Program, National Milk never approached the Department of Justice and asked for an opinion letter as to whether or not the Herd Retirement Program potentially fell within or outside of the Capper-Volstead Act; is that correct?
A Yes.
Q And it's also true that throughout the operation of the Herd Retirement Program, National Milk never sought or received an opinion letter from the Department of Justice taking a position of whether the Herd Retirement Program fell within or outside of the Capper-Volstead Act; correct?
A That's correct.
Q Now, with respect to your meeting with, I believe, Congressman Goodlatte --
Forgive me, what -- what state is

MR. EWING: Objection as to form.
THE WITNESS: Yes.
BY MR. FRIEDMAN:
Q Mr. Kozak --
A Ex- --
Q -- would --
A Ex- --
Q -- you --
A -- -cuse --
Q -- agree --
A -- me.
Q -- that the --
A Mr. --
Q -- purpose --
A -- Friedman --
Q -- of the --
A -- could I --
Q -- herd --
A -- just --
Q -- retirement --
A I just wanted to get some more water. Sorry.
Q No problem.
A Go ahead. I -- I --
Q Mr. Kozak, do you agree that the

[Page 46]

purpose of the Herd Retirement Program was to strengthen and stabilize prices received by milk producers?
A I would agree that it was to strengthen and stabilize the regulated milk price that farmers receive for their milk.
Q Now, do you agree that the means by which the Herd Retirement Program operated to strengthen and stabilize prices received by milk producers was to reduce the supply of milk to be less than what it would have been without the program?
A I would say that the goal of the Herd Retirement Program was to bring -- was to, first of all, try to attempt to take volatility of producer regulated price -- to reduce the volatility of regulated price and to further bring demand and supply into a better or equal balance.
Q So I'd like to -- to have the court reporter read back my question; and if you disagree with the assertion in the question, you go ahead and disagree and then tell me why, all right?
A Yes, sir. I -- I'm sorry. Go ahead.
Q That's all right.

[Page 47]

MR. FRIEDMAN: Go ahead. Court reporter, could you read back the question?
(The Record was read as requested.)
THE WITNESS: Yes.
BY MR. FRIEDMAN:
Q Do you agree that National Milk believed that the Herd Retirement Program successfully reduced the supply of milk to be less than what it would have been without the program?
A Yes.
Q Do you believe that Nat- -- that National Milk believed that by successfully reducing the nation's supply of milk through the Herd Retirement Program, the prices received by milk producers were higher than they otherwise would have been?
A Yes.
Q Now, you agree that one of the purposes of the Herd Retirement Program was to strengthen prices received by milk producers; correct?
A Yes.
Q Now, the term "strengthen" in that context meant to raise the price received by dairy producers; correct?
A I -- I guess -- you know, I think

[Page 48]

they're -- when we use the word "strengthen," that -- well, let me -- yes.
Q And there's a second word, also, the purpose you had indicated was also to stabilize the price of milk; correct?
A Yes.
Q The goal certainly wasn't to lower the price of milk received by dairy producers; correct?
A Correct.
Q I'd like for you to take a look at Exhibit Number 2 for identification. Tell me when it pops up.
(Kozak Exhibit 2 was marked for identification.)
THE WITNESS: Okay. So now I -- I still have those five things --
BY MR. FRIEDMAN:
Q Yes. You're going to see another exhibit will pop up for you, Mr. Kozak --
A O- --
Q -- (inaudible) --
A -- -kay.
Q -- hopefully very shortly.
A Okay.

[Page 49]

Q Do you agree that that was the purpose of the CWT program?
A (Witness reviews document.) Yes.
Q Now, it's National Milk's position that the Herd Retirement Program was also intended to stabilize the prices received by dairy producers; correct?
A Correct.
Q Does National Milk believe that the Herd Retirement Program effectively made milk prices more stable?
A National Milk believes that one of the key issues that farmers were concerned about -- and almost equally the same as price -- was volatility. So we believe that the program was successful in helping to take or reduce the volatility that existed at that time.
Q Now, when you use the term "volatility," what do you mean?
A Well, if you would -- if you would look at some type of historical chart of produce -- of prices that producers were paid for their milk, you would see that there were wild (indicating) swings.
I don't know if you can see my hands on

[Page 54]

the video, but there would be wild swings, high (indicating), and then low (indicating), and then high (indicating), and then low (indicating).
And that was probably, if not -- the number one concern that was expressed to me ever since I took over at National Milk. And the reason for that is farmers have to be in a position to manage their costs; and if each week -- or, I'm sorry, if each month you're receiving a different amount for your milk, it's an extremely difficult situation for farmers.
So one of our major purposes was to try to remove volatility from the system and to cut off the extreme lows which eventually led to the extreme highs.
Q So if I understand it, Mr. Kozak, one purpose was -- of the Herd Retirement Program was to increase the prices of milk.
That was one purpose; correct?
MR. EWING: Objection as to form.
THE WITNESS: The purpose was to try to increase the price that the producer received for milk.
BY MR. FRIEDMAN:
Q Another purpose that you're testifying

[Page 55]

about is to decrease the volatility of the highs and lows in the marketplace; is that correct?
A That's correct.
Q And, just so we're clear, National Milk's position is that the Herd Retirement Program was effective in achieving both of its purposes; correct?
A Correct.
Q Now, to test whether the Herd Retirement Program was effective in reaching its two purposes that we're discussing, National Milk hired Dr. Brown in order to analyze these questions; correct?
A The original assignment to Dr. Brown was to try to verify a analysis that had been conducted on staff by our own people which indicated that there was some positive impact on the producer-regulated milk price. So the original assignment to Dr. Brown was to try to replicate or verify what that particular analysis yielded.
Q And who conducted the initial analysis?
A Our staff economists.
Q Was it -- what are the names of the economists who did this?

[Page 56]

A Dr. Vataleano and Dr. Cryan.
Q And when was that analysis conducted?
A My recollection is that the analysis was conducted sometime in either late 2005 or early 2006 because it covered the period of -- when CWT began in 2003 to 2006.
Q And so, if I understand it, that National Milk's internal staff made the determination that the CWT program, and in particular the Herd Retirement Program, was effective at raising prices that the dairy farmers were receiving --
MR. EWING: Objection as --
BY MR. FRIEDMAN:
Q -- correct?
MR. EWING: -- to --
Sorry, Jeff. Are -- are you done, Jeff? I apologize.
MR. FRIEDMAN: Yes. That's --
MR. EWING: There's a --
MR. FRIEDMAN: -- okay.
MR. EWING: -- delay here. Apologies.
So objection as to form.
THE WITNESS: I'm going to have to have to ask you to read that question back.

[Page 57]

farmers received for their milk.
BY MR. FRIEDMAN:
Q So have you subsequently learned that the all milk price is not simply the regulated price?
A Yes.
Q Okay. So with respect to this graph under the U.S. All Milk Price, now, do you -- do you understand that the blue line reflects the U.S. all milk price with the Herd Retirement Program in place, as well as -- well, I should say with the CWT program in place?
A I'm sorry. While you were talking, I got a message up top about Alabama being the number one recruiting, so that distracted me on the iPad. It was not me again. It's -- so can you please repeat the question?
Q No problem.
Was that distracting or does that make you happy?
A I am a University --
Q Never mind.
A I am a University of Michigan lifetime alumni.
Q Understood. All right.

[Page 62]

So back to the question.
A Thank you.
Q With respect to -- you understand that the blue line reflects the all milk price with the CWT program?
A Yes.
Q Do you understand that the red line reflects what Dr. Brown analyzed the U.S. all milk price would have been had there been no CWT program?
A I understand that that's correct.
Q Now, is it National Milk's position that this chart reflects less volatility that was caused by the Herd -- that -- by the CWT program?
A (Witness reviews document.)
I would say in looking at this chart, that if you look at January '04 to '07, that the wild, as I would call it -- please excuse a noneconomist -- but the wild swings were not as prevalent as they were -- they were before the program began. But there was a significant swing certainly in '07 through '09.
That would be my assessment of looking at this chart.
Q So you believe (inaudible) --

[Page 63]

THE COURT REPORTER: I'm sorry?
THE WITNESS: Sorry, Jeff. Somebody sneezed.
BY MR. FRIEDMAN:
Q No problem. God please whoever sneezed.
So -- so you -- it's -- it's National Milk's position that from January '04 to January '06 that the Herd Retirement did -- that program had effectively eliminated the swings in milk prices?
MR. EWING: Objection as to form.
THE WITNESS: No, I wouldn't say that it eliminated it because we never felt that we could completely eliminate volatility.
Secondly, if I look at this correctly, this also must contain -- it says, CWT, so there was the export assistance program, which was intended to look at the demand side of it. So I would say that all -- that it may have modified the volatility, but it -- but, you know, it certainly didn't eliminate the volatility.
BY MR. FRIEDMAN:
Q And, so, you would agree that even with the CWT program, farmers faced volatility in the

[Page 64]

marketplace; correct?
A Yes.
Q Now, Mr. Kozak, do you agree that CWT members or staff of CWT monitored industry benchmarks to determine when each round of herd retirement should occur?
A Yes.
Q Do you -- does National Milk agree that one of the most critical factors that was considered in maximizing the impact of the Herd Retirement Program was the timing of the program?
A Yes.
Q I'd like to have you look at Exhibit 4.
(Kozak Exhibit 4 was marked for identification.)
BY MR. FRIEDMAN:
Q When it pops up, if you could briefly review it and tell me, if you recognize it, what it is, Mr. Kozak?
A (Witness reviews document.)
MR. EWING: Jeff, just for the record, these exhibits have metadata attached to them at the back, and you're, I assume, representing that those are the metadata associated in the production that you've culled from your receipt of

[Page 65]

organize it in -- in -- in a deliberate way, and so we asked the existing -- at that time since it was a new program -- the economic policy committee to review the program. And, of course, we were suggesting for the sake of organization, perhaps these are some of the benchmarks that we should look at.

BY MR. FRIEDMAN:

Q Now, if you look at the second page, in particular where the economic policy committee was reviewing some benchmarks relating to making decisions about implementing the Herd Retirement Program, you see in number 1, one of the benchmarks was the number of cows in the national herd; correct?

A Yeah. Let me make sure I'm clear. You said on page 2. It's in 1 -- it's page 1?

Q It looks to me like -- I'm sorry. If you turn to page 2, and you see number 1 on page 2, it's referencing the national herd.

A I got it. Thank you. I appreciate that.

Q And I see now it's also on page 1 as well, but my attention for -- I'm hoping to direct your attention to the number 1 on page 2.

[Page 70]

A Okay.

MR. EWING: I think the confusion may be that you were saying it has to do with herd retirement, and the heading here is Export Assistance.

Are we sure we're looking at the right list?

MR. FRIEDMAN: I appreciate whoever said that, but if you look down further, it says, Based on the [sic] review and analysis of these benchmarks, the staff recommendations for the Herd Retirement Program are as follows.

MR. EWING: Great. I just wanted to make sure we're looking at the right part, Jeff. I'm not trying to interfere.

MR. FRIEDMAN: Yeah.

BY MR. FRIEDMAN:

Q So with respect to the sentence that says, Based on our review and analysis of these benchmarks, the staff recommendation for the Herd Retirement Program are as follows, and then there's a number 1.

Are you there, Mr. Kozak?

A I'm there now, Mr. Friedman. I'm going -- I'm going to --

[Page 71]

Q And --

A -- read -- I'm going to read that, please, first.

Q Go ahead.

A (Witness reviews document.)

Okay. I've read it.

Q All right. And you see in italics there's a statement that appears to reflect National Milk's staff's position that it believes the goal of the CWT should be to keep the cow numbers below 9 million.

Do you see that?

A Yes, sir.

Q And -- and why was it the view that 9 million -- the goal should be to keep the national cow numbers below 9 million?

A When our staff economists began looking at producer price volatility and the swings that we talked about earlier -- and this was even prior to any formulation of a CWT program. This was an ongoing routine evaluation that they would make as to what was happening to dairy producer prices.

And during the course of the CWT program implementation, they offered their -- their opinion that when the -- historically that

[Page 72]

when the herd -- the dairy herd exceeded approximately 9 million cows, dairy cows, that it would cause producer prices to have -- to -- to -- to result in much lower producer prices.

It was a generalized number. It was the best that they had at the time. And in order to simplify for a number of people, that is how we arrived at that number.

Q So the 9 million-pound number was a target goal based on the economic pings analysis that showed cow numbers above 9 million would increase supply relative to demand that would have the effect of lowering milk prices; is --

MR. EWING: Ob- --

BY MR. FRIEDMAN:

Q -- that correct?

MR. EWING: Objection as to form.

THE WITNESS: That it would lower -- it could lower the regulated price that producers receive for their milk.

BY MR. FRIEDMAN:

Q Okay. Now, if you go down to the paragraph right below the numbers 1 through 7, and you see the -- the bold sentence that says, Chart 6 is perhaps the most compelling benchmark that we

[Page 73]

you mean the price the producer receives, other than the fact that I would not agree that freeloader and free rider are synonymous, I think the answer to my -- to your question would be yes.
BY MR. FRIEDMAN:
Q Okay. Thank you.
In implementing the Herd Retirement Program, did National Milk come to understand a practice that was potentially happening amongst producers that was being referred to as CWT farms?
MR. EWING: Objection as to form.
THE WITNESS: Yes.
BY MR. FRIEDMAN:
Q Describe what the term "CWT farms" refers to.
A My basic recollection is that some farmers had some concern that a farm would take their high-producing animals, good quality animals, and that they would sell those cows to another farmer or -- or exchange with another farmer lower-producing cows and then apply into the CWT program that, quote, CWT farm.
That is my recollection of perhaps -- of -- of what this was -- discussed.
Q Did National Milk believe that the

[Page 110]

potential of producers growing CWT farms would potentially reduce the Herd Retirement Program's effectiveness in raising producer prices?
A No, that -- that particular issue, the CWT farm, we never had concern that if that were to occur that it would impact the production of farms.
What it would do is it would have destroyed the credibility and integrity of the program. It would have demonstrated a lack of enforcement by the CWT staff, and it would eventually lead to much more problems.
So it had -- our concern was never addressed about the amount of volume that the farm would have been reduced on.
Q So it -- CWT was concerned that the Herd Retirement Program would lose its luster if farmers were using CWT farms --
A No, abs- --
Q -- correct?
MR. EWING: Objection as to form.
THE WITNESS: No, absolutely not. I -- the -- the -- we never used the word "luster." That's not how in any way we described the CWT program.

[Page 111]

Let me emphasize that one of the highest priorities that was expressed to us in many, many meetings was that farmers were concerned about farmers cheating each other. And when the program began, I cannot tell you how many conversations that I had with dairy farmers, co-ops insisting that we had the highest level of integrity and credibility in operating the program.
And, so, I set forth, as a former regulator, a series of very stringent activities and -- and -- and benchmarks that were to be performed.
We only notified the farm 24 hours -- the rule was that the farm would only be notified 24 hours in advance that they received acceptable bid. The auditor was out on the farm within that time period, and we had created specific CWT tags and colors and numbers that were -- that the auditor, along with the farmer, applied to the ears of all of these cows. And there was a complete audit of how many cows were there versus how many they submitted. And -- and when the cows were finally sent for culling to the slaughterhouse, the ears of those cows were

[Page 112]

removed with the tags and sent to the central office at National Milk for the first four or five years.
So it was very clear that we only were concerned about the credibility and the integrity of the program. We took seriously that when a farmer was giving us their hard earned money, that nickel, that it was not to be misused and nobody was to cheat the program.
BY MR. FRIEDMAN:
Q So just the last part where you -- you indicated that the ears of cows were sent to -- this is National Milk?
A Yes.
Q What was, again, the purpose of sending the ears of the cows to National Milk?
A We wanted to ensure that if we had a herd -- and I'll just use an example if that's okay, Mr. Friedman --
Q Sure.
A -- just a specific.
If -- if a herd had bid successfully in the herd retirement, and there were 100 cows that we accepted as part of that herd, and the auditor tagged those cows with those specific ear tags and

[Page 113]

A Okay. I got it. I'll click on it here.
Q Tell me --
A Okay. I got it.
Q Tell -- tell me if you recognize it and what -- what it is.
A (Witness reviews document.)
Okay. This -- this appears to be a news release that was issued on Novsem- -- November 17, 2009, drafted by the National Milk Producers Federation.
Q Now, I'd like you to look in the second paragraph, last sentence, where it starts with -- it says, He also -- referring to Scott Brown. He also noted positive contributions to price because of the Bred Heifer option that CWT has offered in recent years, along with the CWT's Export Assistance Program, which while dormant this year, was active in 2007 and 2008.
So could you explain to me your understanding of what the Bred Heifer option is referring to?
A Yes. It's my -- it's my recollection that we instituted a opportunity for farmers who were going to bid in the program to include their

[Page 166]

Bred Heifers and that we would pay a fixed price on those Bred Heifers.
Q And then what would happen to the Bred Heifers?
A If -- if the farmer was successful in their bid, meaning that we accepted it, and he had the opt- -- or she had the option of including the Bred Heifers, those Bred Heifers would be removed along with the milking cows and the dry cows.
They were also required to provide a veterinary author- -- certificate or a veterinary affidavit -- that's the wrong word -- but some certification from the veterinarian who attended to them that they truly were Bred Heifers.
Q So when you say they were removed, refer- -- referring to the Bred Heifer, what would happen to the Bred Heifer?
A The Bred Heifer would go to the slaughterhouse and be culled just like the rest of the lactating animals and the dry cows.
Q So the Bred Heifer, if I understand it, was the pregnant cow that we were talking about earlier; is that right?
A Yes, that's correct.
Q So I'd like to ask you, at times would

[Page 167]

members of the National Milk or CWT committee make presentations to various cooperatives or other organizations about the effectiveness of the Herd Retirement Program?
MR. EWING: Objection: form.
THE WITNESS: Could you just at least read the first sentence to the question?
(The Record was read as requested.)
THE WITNESS: Okay. The CWT committee consisted of members who were contributing to the program, and that consisted of dairy farmers, sometimes general managers, as well as sometimes dairy cooperative staff.
So if I understand the question, would any of them make presentations to their own co-op or to another association, and my comment would be -- or my answer would be, yes.
BY MR. FRIEDMAN:
Q So let -- let --
THE VIDEOGRAPHER: I'm sorry. Mr. Friedman, excuse me just a moment. We have about five minutes left on this video.
MR. FRIEDMAN: Okay. Great. Thank you for telling me.
BY MR. FRIEDMAN:

[Page 168]

Q Look at Exhibit Number 14 -- 15, excuse me. Tell me if you recognize the document and describe to me generally what it is.
(Kozak Deposition Exhibit 15 was marked for identification.)
THE WITNESS: (Reviews document.)
Okay. I've looked at the document.
Q Okay. So do you recognize what it is?
A I -- I did not recognize what it is, but as you're training me, I went to page 35 --
Q Yes.
A -- on the metadata, and I see that this was a document that Jim Tillison authored, PowerPoint presentation. It was created on September 12th, 2008.
Q Well, let me ask you this: Who is the West- -- were Western United Dairymen -- were they part of National Milk at this time?
A Western -- Western United Dairymen is a trade association that is located in California, and it consists of a number of different types of individ- -- of -- of producers. And if my -- I'm not an aficionado of their membership, but it's the -- it's individual -- individual dairy farmers who belong to that state association.

[Page 169]