# EXHIBIT 16

# The Impact of the CWT Program on the U.S. Dairy Industry

Dr. Scott Brown
Brownsc@missouri.edu

August 2008 – Task Force Meetings
Revised 9/22/08

College of Agriculture, Food and Natural Resources
UNIVERSITY OF MISSOURI-COLUMBIA

¢wt Cooperatives Working Together

¢wt Cooperatives Working Together

# The Process of Analyzing the CWT Program

- Analysis uses a structural econometric model that replicates the important decision points in the dairy industry
  - Used extensively by US Congress to measure policy effects
  - This tool provides a meaningful way to compare alternatives
- This process allows for the effects of the CWT to be separated for everything else that has occurred in the industry during the operation of CWT program
- The analysis shown here examines on an annual basis (2003 – 2008) where the industry would have been without the CWT program

College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# CWT Assumptions

- Herd Retirement
  - Incorporates the five herd retirements held to date
  - Explicit accounting of CWT cows removed and the loss of their future heifer calves
  - Supply response from higher prices included
  - Bred heifers included
- Export Assistance
  - Very few dairy products moved under this program until 2006
  - Actual deliveries used through 2007
  - This analysis includes 2008 to date export assistance bids

College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# U.S. Dairy Cows




College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# U.S. Milk Production




College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# Effects on Milk Prices, by Herd Retirement




College of Agriculture Food and Natural Resources

# U.S. All Milk Price



¢wt Cooperatives Working Together

# Monthly Effect of CWT Herd Retirements, US All Milk Price




College of Agriculture Food and Natural Resources

Does not includes effects of CWT export assistance

# Monthly Effect of CWT Herd Retirements, Change in US All Milk Price




College of Agriculture Food and Natural Resources

Does not include the effects of CWT export assistance

¢wt Cooperatives Working Together

# Effect of Export Assistance on Prices




College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# Combine Effect of CWT Programs on Prices




College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# Effect of the CWT Program on the US All Milk Price *

| Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|
| US All Milk Price | 12.55 | 16.13 | 15.19 | 12.90 | 19.13 | 19.08 |
| Change in the milk price without CWT herd retirements | -0.05 | -0.16 | -0.44 | -0.55 | -0.62 | -0.57 |
| Change in the milk price without CWT herd retirements and exports | -0.05 | -0.17 | -0.45 | -0.64 | -0.77 | -0.69 |

* - Only includes 2008 CWT export assistance as of 9/20/2008

College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# Cumulative Change in Milk Market Revenue Under the CWT Program




MU College of Agriculture Food and Natural Resources

¢wt Cooperatives Working Together

# CWT Summary Points

- In isolating CWT impacts, the program has increased farm milk prices by $0.69 per cwt in 2008 and by $0.55 per cwt on average over the 2004 to 2008 period
- In 2008, the herd retirement under CWT increased farm milk prices by $0.57 per cwt and the CWT export assistance program added another $0.11 per cwt
- Over the life of the CWT program for every penny a producer has contributed to the program, it has provided the operator a 8 to 1 return on that investment
- Continuation of the CWT program is essential for producers to continue to enjoy the benefits of the program

MU College of Agriculture Food and Natural Resources