# EXHIBIT 17

OXFORD JOURNALS
OXFORD UNIVERSITY PRESS

**Agricultural & Applied Economics Association**

Aggregate Milk Supply Response and Investment Behavior on U.S. Dairy Farms
Author(s): Jean-Paul Chavas and Richard M. Klemme
Source: *American Journal of Agricultural Economics*, Vol. 68, No. 1 (Feb., 1986), pp. 55-66
Published by: Oxford University Press on behalf of the Agricultural & Applied Economics Association
Stable URL: http://www.jstor.org/stable/1241649
Accessed: 04-03-2018 02:20 UTC

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at http://about.jstor.org/terms

JSTOR

*Agricultural & Applied Economics Association, Oxford University Press* are collaborating with JSTOR to digitize, preserve and extend access to *American Journal of Agricultural Economics*

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

# Aggregate Milk Supply Response and Investment Behavior on U.S. Dairy Farms

**Jean-Paul Chavas and Richard M. Klemme**

This paper presents a dynamic model of herd composition and supply response in the U.S. dairy sector. By incorporating biological information, the influences of the economic environment on culling rates and the dynamics of the dairy cow population are analyzed. Short-run and long-run supply elasticities provide considerable insights on milk supply adjustments over time.

*Key words:* culling rate, dairy supply, investment, population dynamics.

Government involvement in marketing and pricing of milk has stimulated a considerable amount of research on the supply/demand characteristics of the markets for milk. On the supply side, Halvorson, Wipf and Houck, Hammond, Wilson and Thompson, Prato, Novakovic and Thompson, Hutton and Helmberger, Chen et al., Levins, Dahlgran and others have investigated milk supply response in the United States. However, the empirical results obtained from econometric estimation of aggregate supply functions have varied widely among studies. For example, Wilson and Thompson as well as Prato found, surprisingly, that the estimated coefficient of milk price in the milk production equation was not significant. In general, the short-run elasticity of milk supply was found to be very small: between .07 and .16 (Hammond, Wipf and Houck, Chen et al., Hutton and Helmberger). The estimates of the long-run elasticity of supply have varied from .14 (Hammond), 2.20 (Dahlgran), and 2.53 (Chen et al.). This suggests that the long-run elasticity of milk supply may be very different from the corresponding short-run elasticity. These wide variations in long-run supply elasticity estimates further indicate that additional research on the dynamics of milk production response is needed. In particular, a better understanding of the speed and magnitude of economic adjustments in dairy production would aid in anticipating long-run production impacts of alternative dairy policy options.

The objective of this paper is to investigate the dynamics of milk supply response in the U.S. dairy sector. This is done by considering the dairy herd as a capital good. Changes in the capital stock thus represent investment (or disinvestment) decisions which are influenced by market prices. Furthermore, as a dairy cow become older, its capital value is expected to change, implying that investment decisions in the dairy herd are different for each age cohort. On this basis, a dynamic model of the aggregate dairy herd's size and age structure is developed which, together with an analysis of milk cow productivity, constitutes a model of U.S. milk production. By considering explicitly the influence of market prices on culling and replacement decisions for each age cohort in the dairy herd, the proposed model departs significantly from previous dairy supply models. In particular, biological information concerning the dynamics of the dairy cow population is exploited in the specification of the model. The dynamics of the dairy herd is shown to play a crucial role in the economic adjustments of milk production to changes in relative prices. Short- and long-run supply elasticities, obtained by simulating the estimated model, give considerable insight on milk supply adjustments over time. For example, it is found that while short-run supply elasticity is small, the long-run milk supply elasticity is considerably larger than the ones

Jean-Paul Chavas and Richard M. Klemme are associate professors of agricultural economics, University of Wisconsin.

Review was coordinated by Peter Helmberger, associate editor.

Copyright 1986 American Agricultural Economics Association

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 4 of 14 PageID 16178



reported in most previous studies. Implications of the results for dairy policy are then explored.

## The Model

Consider an animal population classified into the age categories $x_{ot}, x_{it}, \ldots, x_{nt}$ where $x_{ot}$ represents the number of offspring at time $t$ and $x_{jt}$ is the number of animals of age $j$ at time $t$, $n$ being the oldest age category. Throughout this paper, it will be convenient to measure age and time with the same units. For example, $x_{1t}$ could represent the number of one-year-old animals in year $t$. The reproduction rate, defined as the number of offspring born per animal of age $j$ during each period, is denoted by $\gamma_j$. This implies that the number of offspring at time $t$ is given by

$$x_{ot} = \sum_{j=1}^{n} \gamma_j x_{jt}.$$

Similarly, the survival rate of animals of age $j$ is defined by

$$k_{jt} = \frac{x_{j+1,t+1}}{x_{j,t}},$$

i.e., by the proportion of animals of age $j$ which are still in the population after one time period ($j = 0, \ldots, n - 1$). Using this notation and assuming that the birth rate as well as the survival rate are independent of the size of the population, it follows that the dynamics of the population can be characterized by the linear homogenous difference equation (e.g., see Shoemaker).

$$(1)\quad \begin{bmatrix} x_{1,t+1} \\ x_{2,t+1} \\ x_{3,t+1} \\ \cdot \\ \cdot \\ \cdot \\ x_{n-1,t+1} \\ x_{n,t+1} \end{bmatrix} = \begin{bmatrix} k_{ot}\cdot\gamma_1 & k_{ot}\cdot\gamma_2 & \ldots & k_{ot}\cdot\gamma_{n-1} & k_{ot}\cdot\gamma_n \\ k_{1t} & 0 & \ldots & 0 & 0 \\ 0 & k_{2t} & & 0 & 0 \\ \cdot & & & \cdot & \cdot \\ \cdot & & & \cdot & \cdot \\ \cdot & & & \cdot & \cdot \\ 0 & 0 & \ldots & 0 & 0 \\ 0 & 0 & \ldots & k_{n-1,t} & 0 \end{bmatrix} \begin{bmatrix} x_{1t} \\ x_{2t} \\ x_{3t} \\ \cdot \\ \cdot \\ \cdot \\ x_{n-1,t} \\ x_{nt} \end{bmatrix}.$$

If the coefficients $k_{jt}$ are constant over time, then the characteristic roots of the lag matrix in (1) determine the dynamic properties of the animal population. For example, complex roots would imply cyclical population patterns. Also, the dominant root (i.e., the root with the largest modulus) would provide information on the dynamics of the population: the population would expand (contract) in the long run if the modulus of the dominant root is greater (less) than one.

In the case where the reproduction rate is identical for all adults (i.e., $\gamma_j = 0$ for $j < m$; $\gamma_j = \gamma$ for $j \geqq m$, where $m$ is the earliest reproduction age of the animals), then, defining the adult population by $\bar{x}_t = \Sigma_{j=m}^{n} x_{jt}$, the number of offspring at time $t$ is given by $x_{ot} = \gamma \cdot \bar{x}_t$. Noting that $x_{jt}$ can be written as

$$x_{jt} = \left[ \prod_{i=1}^{j} k_{j-i,t-i} \right] x_{0,t-j},$$

the dynamics of the adult population can be characterized by

$$(2)\quad \bar{x}_t = \sum_{j=m}^{n} \alpha_{jt} \bar{x}_{t-j}$$

where $\alpha_{jt} = \gamma(\Pi_{i=1}^{j} k_{j-i,t-i}) \geqq 0$. Expression (2) is a linear homogenous difference equation characteristic of a growth model. Similar equations have been used to investigate business and trade cycles (see Hicks). If the $\alpha$ parameters are constant over time, then the coefficients in (2) provide direct information on the dynamic properties of the adult population. In particular, it has been shown that the dominant root of the lag matrix corresponding to (2) is always real and lies between 1 and $\Sigma_{j=m}^{n}\alpha_j$ while the nondominant roots are in the unit circle (see Hicks, Sydsaeter). This implies that the adult population would be expanding, remaining constant, or contracting depending upon whether $(\Sigma_{j=m}^{n}\alpha_j)$ is greater than, equal to, or less than one, respectively. Such information appears useful in the characterization of population dynamics.

So far, our discussion has focused on the biology of the animal population. Now, consider that the population is being managed with the objective of meeting particular goals. Here, we will assume that the objective is to maximize the present value of net returns from the animal population, given competitive markets. Denote the returns from the animal population at time $t$ by

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

$$(3)\quad \Pi_t = q_t \sum_{j=0}^{n} x_{jt} y_{jt}(u_{jt}) - s_t \sum_{j=0}^{n} x_{jt} u_{jt} + \sum_{j=0}^{n} p_{jt}(1 - k_{jt}) d_{jt} x_{jt}$$

where $y_{jt}$ is current product per animal of age $j$ (e.g., milk), sold at a market price $q_t$; $u_{jt}$ is input vector per animal of age $j$ (e.g., feed), purchased at market prices $s_t$; $p_{jt}$ is salvage value of an animal of age $j$ at time $t$; and $d_{jt} = 1 -$ (death loss among animals of age $j$ at time $t$). This notation indicates that the production function per animal for current product $y_{jt}(u_{jt})$ reflects the influence on output of the input use $u_{jt}$. Also, note that (3) considers death losses in the sense that some animals that leave the population may have no salvage value.

Equation (3) simply states that returns at time $t$ are equal to revenue from current products minus input cost plus the "salvage value" of the animals leaving the population (e.g., their slaughter value). Given (3), the assumed objective function is then the maximization of the present value of net return

$$(4)\quad L^* = \max L = \sum_{t=0}^{T} \left(\frac{1}{1+r}\right)^t \Pi_t$$

where $r$ is the discount rate and $T$ is the length of the planning horizon. Given equation (1) this is an optimal control problem where the state variables are $x_1, x_2, \ldots, x_n$, i.e., the size of the animal population by age group. Under controlled management, two major types of decisions are made: (*a*) how large should the animal population be by age category, and (*b*) how to choose the factors of production in order to obtain desired output levels. The former set of decisions involves choosing $k_{jt}$, or equivalently $(1 - k_{jt})$, the population culling rate by age category. These decisions correspond to those found in the economics of replacement and investment (Perrin, Jarvis). The second set of decisions involves choosing $u_{jt}$, which includes for example the choice of feed ration throughout the life of each animal. In the context of an optimal control problem, the control variables are thus the input use $u_{jt}$ and the retention rate $k_{jt}$, $0 \leqq k_{jt} \leqq 1$.

Besides the state equation (1), additional constraints may influence management decision of the animal population. Such constraints are assumed here to take the form

$$(5)\quad g_t(x_{ot}, \ldots, x_{nt}) = 0.$$

Examples of equation (5) in the dairy herd might include constraints associated with fixed resources (e.g., milking parlor or housing).

Considering the maximization problem (4) subject to equations (1) and (5), define the corresponding (undiscounted) Hamiltonian as

$$(6)\quad H_t = \left\{\Pi_t + v_t g_t(\cdot) + \sum_{j=1}^{n} \lambda_{j,t+1} k_{j-1,t} x_{j-1,t}\right\} \Bigg|\, x_{ot} = \sum_{j=1}^{n} \gamma_j x_{jt}$$

where $v_t$ is a Lagrange multiplier for constraint (5) and the λ's are the costate variables. From the maximum principle (see Bryson and Ho, Clark, Kamien and Schwartz), the necessary conditions for an interior solution at time $t$ are

$$(7a)\quad \frac{\partial H_t}{\partial u_{jt}} = \left[q_t \frac{\partial y_{jt}}{\partial u_{jt}} - s_t\right] x_{jt} = 0$$

$$(7b)\quad \frac{\partial H_t}{\partial k_{jt}} = [-p_{jt} d_{jt} + \lambda_{j+1,t+1}] x_{j,t} = 0, \quad j = 0, \ldots, n-1, \text{ and}$$

$$(7c)\quad (1 + r)\lambda_{j,t} = \frac{\partial H_t}{\partial x_{j,t}} = q_t y_{jt} - s_t u_{jt} + p_{jt}(1 - k_{jt}) d_{jt} + v_t \frac{\partial g_t}{\partial x_{jt}} + \lambda_{j+1,t+1} k_{jt} + \lambda_{1,t+1} k_{ot} \gamma_j.$$

Equation (7a) is the classical first-order condition for production efficient of a competitive firm; it states that, at the optimum, marginal value product $(q_t\ \partial y_{jt}/\partial u_{jt})$ is equal to input price $s_t$. Equation (7b) indicates that, for an interior solution, the costate variable $\lambda_{j+1,t+1}$ is equal to $(p_{jt} d_{jt})$. Substituting this result into (7c) gives

$$(1 + r) p_{j-1,t-1} d_{j-1,t-1} = q_t y_{jt} - s_t u_{jt} + p_{jt}(1 - k_{jt}) d_{jt} + v_t \frac{\partial g_t}{\partial x_{jt}} + p_{jt} d_{jt} k_{jt} + p_{ot} d_{ot} k_{ot} \gamma_j, \text{ or}$$

$$(8)\quad -v_t \frac{\partial g_t}{\partial x_{jt}} = q_t y_{jt} - s_t u_{jt} + (p_{jt} d_{jt} - p_{j-1,t-1} d_{j-1,t-1}) - r \cdot p_{j-1,t-1} d_{j-1,t-1} + p_{ot} d_{ot} k_{ot} \gamma_j.$$

Expression (8) corresponds to the optimal replacement policy for animals of age $j$ at time $t$ (see Perrin, Jarvis). The right-hand side of (8) is equal to the profit per animal of age $j$ at time $t$, $q_t y_{jt} - s_t u_{jt}$, plus the marginal salvage value, $p_{jt} d_{jt} - p_{j-1,t-1} d_{j-1,t-1}$ (e.g., the change in

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 6 of 14 PageID 16180



the slaughter value from one period to the next), minus the opportunity cost of the salvage, $r \cdot p_{j-1,t-1}$, plus the value of the offspring, $p_{ot}d_{ot}k_{ot}\gamma_j$. If we define the right-hand side of (8) as the marginal value of replacement, it follows that this marginal value reflects the value and productivity of the animal population of age $j$. The animal population is a biological asset or capital stock producing three joint products: the current product $y$ (e.g., milk), the salvage product (e.g., meat of the animal at slaughter) which gives rise to the salvage value, and the stream of offspring. The value of each of these three products is expected to influence the replacement decision. In general, animals are expected to be kept in the population as long as their value in the herd exceeds their salvage value (see Jarvis). Thus, it appears natural to find that the value of each of the three products just mentioned influences the marginal value of replacement [the right-hand side in (8)].

Defining the left-hand side of (8) as the opportunity cost of replacement, it follows from (8) that the optimal replacement policy is characterized by the marginal value of replacement being equal to the opportunity cost of replacement. If the constraint (5) is not binding, it follows that $v_t = 0$ and that the opportunity cost of replacement is zero. This is the case discussed by Jarvis. However, if $v_t$ the shadow price of the constraint in (5) is positive then the opportunity cost of replacement ($-v_t\ \partial g_t/\partial x_{jt}$) is positive whenever $\partial g_t/\partial x_{jt} < 0$. This would happen, for example, if $x_{jt}$ can be increased only by decreasing the number of animals in other age categories. Such a case would be similar to the problem of self-replacement discussed by Perrin.

Denote by $u^* = \{u^*_{jt}\}$, $k^* = \{k^*_{jt}\}$ the optimal control trajectories, and $x^* = \{x^*_{jt}\}$ the optimal state trajectory in the optimization problem (4). It is of interest to discuss how changes in the economic situation influence such optimal trajectories. Here, we will limit our discussion to permanent changes in market prices. Denote by $\bar{q}$ a permanent change in the prices $q_t$ such that $q_t^1 = q^\circ_t \cdot \bar{q}$, $t = 0, \ldots, T$, where $q^\circ_t$ and $q_t^1$ are the set of prices respectively before and after the change. Similarly define by $\bar{s}$ and $\bar{p}$ permanent changes in the prices $s_t$ and $p_t$, respectively. It is clear from (3) that the objective function (4) is linear homogenous in $\bar{q}$, $\bar{s}$, and $\bar{p}$. This implies that the optimal choice functions $u^*$, $k^*$, and $x^*$ are homogenous of degree zero in $\bar{q}$, $\bar{s}$, and $\bar{p}$, i.e., that such prices can be specified as price ratios in the supply/demand functions. Also from the envelope theorem, the derivatives of the indirect objective function in (4) are given by

$$\frac{\partial L^*}{\partial \bar{q}} = \sum_{t=0}^{T}\left(\frac{1}{1+r}\right)^t \sum_{j=0}^{n} q_t(x^*_{jt}y^*_{jt}),$$

$$\frac{\partial L^*}{\partial \bar{s}} = -s_t \sum_{t=0}^{T}\left(\frac{1}{1+r}\right)^t \sum_{j=0}^{n} (x^*_{jt}u^*_{jt}), \text{ and}$$

$$\frac{\partial L^*}{\partial \bar{p}} = \sum_{t=0}^{T}\left(\frac{1}{1+r}\right)^t \sum_{j=0}^{n} p_{jt}(1 - k^*_{jt})d^*_{jt}x^*_{jt}.$$

This implies that the indirect objective function $L^*$ is an increasing function of $\bar{q}$ and $\bar{p}$ and a decreasing function of $\bar{s}$. Moreover, it can be shown that $L^*$ is convex in $(\bar{q}, \bar{s}, \bar{p})$ (e.g., see Silberberg), i.e., that $\partial^2 L^*/\partial^2(\bar{q}, \bar{s}, \bar{p})$ is a symmetric positive semidefinite matrix. This implies that

$$\text{(9a)}\quad \frac{\partial^2 L^*}{\partial \bar{q}^2} = \sum_{t=0}^{T}\left(\frac{1}{1+r}\right)^t q_t \sum_{j=0}^{n} \frac{\partial(x^*_{jt}y^*_{jt})}{\partial \bar{q}} \geqq 0,$$

$$\text{(9b)}\quad \frac{\partial^2 L^*}{\partial \bar{s}^2} = -\sum_{t=0}^{T}\left(\frac{1}{1+r}\right)^t s_t \sum_{j=0}^{n} \frac{\partial(x^*_{jt}u^*_{jt})}{\partial \bar{s}} \geqq 0, \text{ and}$$

$$\text{(9c)}\quad \frac{\partial^2 L^*}{\partial \bar{p}^2} = \sum_{t=0}^{T}\left(\frac{1}{1+r}\right)^t \sum_{j=0}^{n} \frac{\partial}{\partial \bar{p}} [p_{jt}(1 - k^*_{jt})d^*_{jt}x^*_{jt}] \geqq 0.$$

Expression (9a) indicates that a permanent increase in the price $q_t$ necessarily increases the discounted value of total animal production over the planning horizon. Similarly, from (9b), a permanent increase in input cost implies that the discounted value of total input use must decrease. Finally, (9c) shows that a permanent increase in the salvage price tends to stimulate the discounted value of total slaughter during the planning horizon. It is important to note that these predicted effects hold at the aggregate across time and across age groups. In particular, they do not imply that the effects of a price change on a decision variable must have the same sign for different age groups and different time periods. Jarvis has already emphasized this point in his analysis of the Argentine cattle sector. This indicates that short-run effects can be quantita-

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 7 of 14 PageID 16181



tively as well as qualitatively different from long-run effects. This also suggests the need to distinguish among the different age groups in empirical work.

## Dynamics of Dairy Population

In attempting to model the dynamics of the U.S. dairy herd, we note that male animals have values in dairy production only through their breeding value. Because, with artificial insemination, one bull can service many cows, the proportion of male calves retained for breeding in the dairy herd is quite small. Although this proportion is crucial in genetic selection and productivity improvement, it suggests that the number of male animals play only a minor role in the dynamics of the dairy herd population. For that reason, we focus here on the dynamics of female animals (i.e., heifers and cows) in the dairy herd.[1]

Because of data availability, it will be convenient to focus our attention on $\bar{x}_t$, the number of dairy cows in the herd in year $t$, and on $x_{2t}$ the number of two-year-old dairy heifers held for replacement in year $t$. Then, using the notation established earlier, the following two identities characterize the dynamics of the dairy herd.

$$(10) \quad x_{2t} = .5(k_{1,t-1} \cdot k_{0,t-2}) \cdot \bar{x}_{t-2}, \text{ and}$$

$$(11) \quad \bar{x}_t = \sum_{i=3}^{n} x_{it} = \sum_{i=3}^{n} \left[ \prod_{j=1}^{i-2} k_{i-j,t-j} x_{2,t-i+2} \right].$$

Assuming a twelve-month calving period with one calf per cow per year (i.e., $\gamma_j = \gamma = 1, j \geqq m = 3$), and given that male and female calves are born in roughly equal numbers, then (.5 $\bar{x}_{t-2}$) in (10) represents the number of female calves potentially available for replacement in the dairy herd in year $(t - 2)$. Then, $(k_{1,t-1} \cdot k_{0,t-2})$ in (10) is the proportion of female calves which are retained in the dairy herd as two-year-old replacement heifers.

Considering equation (11), the first equality follows from the definition of the number of dairy cows, with $m = 3$. The second equality is obtained simply by solving the relation $x_{it} = k_{i-1,t-1}x_{i-1,t-1}$ for $x_{it}$ as a function of the number of two-year-old heifers in the herd during previous periods where $(\Pi_{j=1}^{i-2} k_{i-j,t-j})$ is the proportion of two-year-old heifers which are retained in the herd as dairy cows of age $i$. Equations (10) and (11) express the dynamics of the dairy cow herd as a function of the retention rates $k$'s [or alternatively $(1 - k)$, the culling rates]. However, as argued above, the retention rates (or culling rates) are decision variables which correspond to the optimal replacement policy. Assuming that the U.S. dairy herd behaves like a representative competitive herd, then the optimal culling rate would be characterized by the optimal replacement condition (8). In this context, the retention rates $k$'s would be affected by the economic situation [e.g., milk price $(q)$, feed cost $(s)$, slaughter price $(p)$] as well as the productivity of the animals of various age categories.

How would the retention rates $k$'s be expected to respond to changing prices? From (9a), a *ceteris paribus* permanent increase in milk price gives economic incentives to increase milk production in the long run. This can be done by increasing herd size and/or by increasing production per cow. Increasing herd size is obtained from higher retention rates, while increasing production per cow follows from higher feed intake as well as from using genetically superior cows. Since genetic progress has been significant in the U.S. dairy herd, this suggests that increasing milk price may provide an incentive for U.S. dairy farmers to replace old cows with younger, more productive dairy cows. Moreover, the existence of constraints on herd size (e.g., from the milk parlor capacity) would imply that the only way to increase milk production (at least in the short run) is to increase production per cow. This suggests that the existence of such constraints would augment the incentive to cull older cows and replace them by more productive younger cows (Perrin). Therefore, a milk price increase is expected to have a large negative impact on the culling rate of female calves and heifers, which would increase herd size in the future. The impact of increased milk price on the culling rate of older cows is expected to be smaller in general and could be positive under short-run constraints and/or genetic progress. This underlies the importance of distinguishing among age categories when analyzing the effects of changing with price levels on the culling decisions.

Similarly, from (9b), a decrease in feed cost tends to stimulate long-run feed demand. This

[1] The purchase or sale of cows and heifers from a dairy farmer to another does not affect the size and composition of the aggregate dairy herd. Since this paper focuses on aggregated supply response, such actions are neglected in the analysis.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 8 of 14 PageID 16182



can be done by increasing herd size and/or by increasing feed intake per cow. Thus, in general, lower feed costs are expected to reduce some culling rates and increase feed demand and milk production per cow. However, as for the expected milk price impact, the effects of a change in feed cost on culling rates and herd composition may vary depending on the animal's age. This suggests that there may exist interaction effects between feed cost and age in the determination of optimal culling.

Finally, from (9c), a *ceteris paribus* change in slaughter price would affect the culling rates. As noted by Jarvis, female calves tend to have a bimodal slaughter age because more female calves are born than are usually needed for replacement in the dairy herd. As a result, some female animals are slaughtered as calves or fattened heifers before they begin to bear calves, while others are slaughtered only after their value as a breeding and milk producing animal has declined. If $p$, the value of a female at slaughter, rises relative to its other values, some females formerly destined to be retained in the herd will be slaughtered, implying a decline in some retention rates ($k$'s). The females culled typically will have relatively low milk productivity or reproduction problems that would lower their breeding or milk producing value compared to their slaughter value. To the extent that producing ability varies with age, it may be reasonable to expect the culling rates to be influenced by the animal's age and slaughter price as well as interaction effects between age and slaughter price.

The above discussion indicates the importance of differentiating the economic behavior of dairy producers according to the age of their dairy animals. Milk prices, feed costs, slaughter prices, and age all affect the capital value of dairy animals. They also affect management decisions in the dairy herd. This can be illustrated in the context of an empirical model of the U.S. dairy herd that follows in the next section.

## Empirical Evidence

Equations (10) and (11) reflect the lag relationships associated with the dynamics of the heifer and cow population. Since good a priori information is available on the reproduction of dairy cows, the lag structure in (10) and (11) will provide the basis for specifying and estimating a model of the U.S. dairy herd. As argued above, the retention rates, $k$'s in (10) and (11) are functions of market prices. Given a multiperiod planning horizon, it follows that retention decisions are affected by price expectations. The price expectation formulation adopted here is a simple one: we assume that decision makers utilize the most recent information informing their expectations, i.e., that the expected price at time $t$ is equal to the observed price during the previous period. Given an annual observation period, this simple formulation may provide a reasonable approximation to the formation of price expectations.[2] On that basis, functional relationships for the retention rates $k$'s in (10) and (11) can now be specified.

Since the proportion $(k_{1,t-1} \cdot k_{0,t-2})$ in (10) is bounded by 0 and 1, it is specified here as a function of the form $(k_{1,t-1} \cdot k_{0,t-2}) = 1/[1 + \exp(X_t\beta)]$ where $X_t$ is a set of explanatory variables and $\beta$ is a parameter vector. In our model, the $X$'s include slaughter price ($SP$), milk price ($MP$) and feed cost ($FC$), specified as price ratios ($SP/FC$ and $MP/FC$). It will be convenient to redefine here the number of heifers ($x_{2t}$) by $H_t$ and the number of cows ($\bar{x}_t$) by $COW_t$. In the heifer equation (10), $H_t$ ($= x_{2t}$) is measured by the number of heifers over 500 pounds which are on dairy farms on 1 January of each year, as reported by the U.S. Department of Agriculture (USDA). The proportion $(k_{1,t-1} \cdot k_{0,t-2})$ is assumed to be a function of market prices at time $t-3$ and $t-1$, the former reflecting the economic situation just before the female calves are born, the latter reflecting the market conditions just before the heifers reach two years of age. This specification corresponds to a framework where the decision to slaughter (or shift to meat production) young female animals is made either at their birth or when they are two years old, with the opportunity to market slaughter heifers between six and eighteen months of age generally not being exercised.

In the cow equation (11), $COW_t$ ($= \bar{x}_t$) is measured by the number of cows on dairy farms on 1 January of each year, as reported by USDA, and where $n$ from (2) is set to 11.[3]

[2] Clearly, more sophisticated lagged formulations could have been used. Given the performance of the model in terms of signs and level of significance (see below) this expectation formulation seems to work.

[3] The model specification assumes that no dairy cow is kept in the herd beyond the age of eleven. The number of cows of more than eleven years of age actually present in the U.S. dairy herd is relatively small. Thus, the model is expected to provide a reasonable approximation to the dairy herd population.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

As the proportions ($k_{i-j,t-j}$) are bounded by 0 and 1, each is specified in the form $1/[1 + \exp(Z_t\beta)]$, where the $Z$ variable includes the proportion of two-year-old heifers ready to enter the dairy herd ($H_{t-j}/COW_{t-j}$), market prices at time ($t - j$) and the age of the cows. The proportion of heifers ($H_{t-j}/COW_{t-j}$) measures the influence of replacement availability on culling decisions. In general, the culling rate of three-year-old cows is not expected to be significantly affected by a *ceteris paribus* change in heifer numbers. However, under genetic progress, one would expect a high proportion of heifers in the dairy herd to give added incentives to cull older, less productive, cows. On this basis, the proportion of heifers is specified in the cow equation as an interaction variable with age: $(H_{t-j}/COW_{t-j}) \cdot (AGE\text{-}3)$. The prices at time ($t - j$) reflect the economic situation just before the decision to retain (or slaughter) the cows of age ($j + 2$) is made. They are specified as price ratios ($SP/FC$ and $MP/FC$). As discussed in previous sections, one expects age to affect the influence of market prices on the culling decision. Thus, the proportions $k_{i-j,t-j}$ are specified here as a function of replacement availability, prices, age along with the price-age interactions.

Finally, to complete the production model, dairy cow productivity is measured by average cow production per year ($YLD$). A productivity equation is specified as a function of milk price, feed cost, and a time trend which reflects technological progress in the dairy herd. In the absence of a priori information on the choice of a functional form, a linear form is used. This simple specification may provide a reasonable approximation to the determination of dairy cow productivity. Dairy production at time $t$ is then simply given by the number of cows times their average productivity.

The model is estimated using U.S. yearly data from 1960 to 1982. Assuming additive error terms, each equation is estimated by the least squares method.[4] The empirical results are reported in table 1. The $R^2$ of the $COW$ and $YLD$ equations (B) and (C) are high, indicating that these equations give a reasonable representation of the real world. The $R^2$ of the heifer equation (A) is lower, suggesting perhaps that there is considerable "noise" in the dairy herd replacement decision.

In the heifer equation (A), all the variables except $MP_{t-1}/FC_{t-1}$ are significantly different from zero at the 10% level. Also, all the price variables have the expected signs: a higher milk price increases the retention of replacement heifers, while a higher slaughter price increases the slaughter of young females. This result is consistent with recent high milk price to feed cost ratios and the increase in the number of heifers per 100 cows in the U.S. dairy herd. Also, equation (A) indicates that, while the retention decision of a female animal is strongly influenced by milk price at its birth, the slaughter price plays an equally important role in that decision whether it occurs when the animal is born or when it is two years old.

All variables in the cow equation (B) are significantly different from zero at the 5% level. The results support the hypotheses discussed above. As expected, higher slaughter price or lower milk price tends to stimulate the culling of young cows. However, the opposite result is obtained for older cows. Presumably because of genetic progress, lower slaughter price or higher milk price stimulates culling as younger, more productive dairy cows are substituted for older cows. Such substitution is also significantly stimulated by the proportion of young heifers ready to enter the dairy herd ($H_{t-j}/COW_{t-j}$). This underlies the importance of differentiating among age cohorts in the analysis of dairy supply response.

Finally, the productivity equation (C) in table 1 indicates that the milk price to feed cost ratio, as expected, has a significant positive influence on production per cow. Also, the time trend variable $T$ shows that considerable technological progress had taken place in the dairy herd during the last twenty years; milk cow productivity has been increasing at a rate of 1.8% per year.[5]

## Some Implications

The above model can be used to further analyze economic adjustments of dairy production over time. This can be done in two ways: (*a*) by investigating the dynamics of the dairy herd population given a set of market prices and (*b*) by evaluating the dynamic elasticities

[4] While equation (C) is estimated by OLS, equations (A) and (B) are estimated by nonlinear least squares, using the Gauss-Newton method.

[5] Other more complicated formulations were tried in the productivity equation that attempted to relate milk production to the cow herd composition. None of these efforts appeared to add significantly to model performance.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 10 of 14 PageID 16184



**Table 1. U.S. Dairy Production Model**

(A) $$H_t = (.5\,COW_{t-2})\Big/\left[1 + \exp\left(\underset{(.691)}{2.722} + \underset{(.1215)}{.2521}\frac{SP_{t-3}}{FC_{t-3}} - \underset{(.997)}{3.458}\frac{MP_{t-3}}{FC_{t-3}} + \underset{(.0897)}{.2924}\frac{SP_{t-1}}{FC_{t-1}} - \underset{(.5601)}{.6118}\frac{MP_{t-1}}{FC_{t-1}}\right)\right].\qquad R^2 = .4073$$

(B) $$COW_t = \sum_{i=1}^{9}\left(H_{t-i}\Big/\left\{\prod_{j=1}^{i}\left[1 + \exp\left(\underset{(1.1916)}{11.565} + \underset{(.1647)}{.3814}\frac{SP_{t-j}}{FC_{t-j}} - \underset{(1.098)}{8.140}\frac{MP_{t-j}}{FC_{t-j}} - \underset{(.270)}{2.739}\cdot AGE - \underset{(.0335)}{.0795}\frac{SP_{t-j}}{FC_{t-j}}\right.\right.\right.\right.$$
$$\left.\left.\left.\left.\cdot AGE + \underset{(.228)}{1.668}\frac{MP_{t-j}}{FC_{t-j}}\cdot AGE + \underset{(.156)}{.937}\frac{H_{t-j}}{COW_{t-j}}\cdot(AGE - 3)\right)\right]\right\}\right)\qquad R^2 = .9874.$$

(C) $$YLD_t = \underset{(.000495)}{.003827} + \underset{(.0000108)}{.0002202}\,T + \underset{(.0002895)}{.0007956}\frac{MP_t}{FC_t}\qquad R^2 = .9774.$$

(D) $$PROD_t = YLD_t \times COW_t.$$

Sources: *Livestock and Meat Statistics, Dairy Situation.*
Notes: Asymptotic standard errors are in parentheses below the parameter estimates. The variables are defined as follows: $H_t$ is number of replacement heifers over 500 lbs. on dairy farms on 1 Jan. (1,000 head); $COW_t$ is number of dairy cows on dairy farms on 1 Jan. (1,000 head); $SP_t$ is Omaha slaughter cow utility price ($/100 lbs); $MP_t$ is milk price received by farmers ($/100 lbs); $FC_t$ is value of dairy ration ($/100 lbs); $T$ is time trend (1 = 1950; 2 = 1951; etc.): $AGE = (i - j + 3)$ in equation (B); $YLD_t$ is production per cow in year $t$; $PROD_t$ is U.S. dairy production (billion lbs).

of milk supply in response to changes in relative prices.

First, the estimated model was dynamically simulated over time for given values of the relative prices.[6] Both within-sample and out-of-sample predictions for milk production are presented in figure 1. The within-sample predictions, based on actual prices, indicate that the model does reasonably well tracking history. The out-of-sample predictions are based on stationary prices set at particular levels. The results indicate that the economic situation facing U.S. dairy farmers in 1982 gave them the incentive to increase dairy production by about 4% per year, 1.8% being caused by productivity increase and about 2.2% being caused by increased herd size (see fig. 1). This high rate of increase should not be surprising since, during the last three decades, the milk price to feed cost ratio (*MP/FC*) reached its highest value in 1982. There is considerable doubt that the demand for dairy products could match such a high expansion rate. Our results (see fig. 1) also indicate that market prices appear to have given dairy farmers incentives to increase milk production since the mid-1970s. All milk price to feed cost ratios from 1978, 1980, and 1982 led to increased production. The current surplus in dairy products is just another indication that the market prices of the late 1970s and early 1980s were not equilibrium market prices and that the dairy price support program of the recent years has helped create an excess supply disequilibrium in the dairy market.

Second, the response of milk production to changing market prices was analyzed from the estimated model. Using the 1980 prices in a base simulation, the model was simulated again by changing each market price by 10%. A comparison of the simulation results provided the estimates of short-run and intermediate-run elasticities of heifers ($H_t$), cows ($COW_t$) and dairy production ($PROD_t$) presented in table 2.[7] The intermediate-run elasticity measures the percentage change in production due to a one percent price change sustained over $j$ years, $j$ being the length of the run. The short-run elasticity measures the immediate impact of a price change ($j = 0$). The short-run supply elasticity of milk production with respect to milk price (.11) is comparable to the ones reported in previous studies (e.g., Hammond, Wipf and Houck, Hutton and Helmberger, Chen et al.). It reflects the increased productivity associated with higher milk price (see eq. (C) in table 1). As expected, the intermediate-run supply elasticities with respect to milk price are found to increase with the length of the run ($j$). In the long run ($j$ = 20 to 30 years), the supply elas-

[6] The model was simulated using the Newton method.

[7] Note that, in general, the elasticities presented in table 2 may not satisfy the price homogeneity condition of the milk supply function. The reasons are that the model is highly nonlinear and that the elasticities have been calculated from 10% changes (rather than "small" changes) in the respective prices.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms




**Figure 1. Actual and predicted U.S. dairy production**

ticity is found to be very large (see table 2); in particular, it is substantially larger than the ones reported in most previous studies (Hammond, Wipf and Houck, Hutton and Helmberger, Halvorson, Chen et al.). The elasticity of the dairy cow population with respect to milk price follows a similar pattern (see table 2). It indicates that, while the short-run response to milk price ($j = 0$) is due to the adjustment in production per cow, most of the intermediate- and long-run price response is through the adjustments in the size of the dairy herd. Also, the elasticity of heifers with respect to milk price is found to be substantially larger than the corresponding dairy cow elasticity. This suggests that the adjustment in heifer numbers plays an important role in the long-run adjustment of the dairy cow population.

The elasticity of milk supply (or dairy cow population) with respect to slaughter price is found to be zero in the short run ($j = 0$) (table 2).[8] In the intermediate run, the elasticity is close to zero for $j = 1, 2, 3$ but becomes negative for $j > 3$. This indicates that, although slaughter price does not influence much dairy supply for the first few years, its long-run impact on milk production is negative, suggesting that meat and milk production are long-run substitutes on dairy farms.

Finally, the elasticities of milk supply with respect to feed cost presented in table 2 indicate that, as expected, a sustained feed cost increase has a detrimental influence on heifer numbers, cow population, and dairy production. Again, although the short-run production elasticity is rather small ($-.11$ for $j = 0$), the long-run elasticity is found to be very large. This suggests that government programs supporting feed grain prices can have a large negative influence on dairy production in the long run.

Additional information derived from our model includes the patterns of the retention rates $k_j$ for each age category ($j$) [or alterna-

[8] Note the elasticity of dairy cow population with respect to slaughter price is equal to the corresponding elasticity of dairy production because productivity per cow is not influenced by the slaughter price.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 12 of 14 PageID 16186



**Table 2. Short-Run and Intermediate-Run Elasticities of U.S. Dairy Supply**

| Length of Run (*j* Years) | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 15 | 20 | 25 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elasticity[a] of | | | | | | | | | | | | | | | |
| $H_t$ w.r.t. $MP_{t-j}$ | 0 | .28 | .28 | 2.12 | 2.19 | 2.21 | 2.42 | 2.74 | 2.97 | 3.16 | 3.51 | 4.76 | 5.70 | 6.51 | 7.15 |
| $COW_t$ w.r.t. $MP_{t-j}$ | 0 | .01 | .09 | .12 | .38 | .79 | 1.08 | 1.32 | 1.77 | 2.19 | 2.39 | 3.85 | 4.99 | 5.91 | 6.67 |
| $PROD_t$ w.r.t. $MP_{t-j}$ | .11 | .12 | .20 | .22 | .48 | .89 | 1.17 | 1.41 | 1.85 | 2.27 | 2.46 | 3.90 | 5.03 | 5.95 | 6.69 |
| Elasticity of | | | | | | | | | | | | | | | |
| $H_t$ w.r.t. $SP_{t-j}$ | 0 | −.44 | −.44 | −.73 | −.77 | −.82 | −.91 | −1.05 | −1.17 | −1.29 | −1.40 | −2.02 | −2.66 | −3.34 | −4.05 |
| $COW_t$ w.r.t. $SP_{t-j}$ | 0 | .05 | .02 | −.02 | −.10 | −.24 | −.35 | −.45 | −.56 | −.68 | −.79 | −1.36 | −1.97 | −2.61 | −3.29 |
| $PROD_t$ w.r.t. $SP_{t-j}$ | 0 | .05 | .02 | −.02 | −.10 | −.24 | −.35 | −.45 | −.56 | −.68 | −.79 | −1.36 | −1.97 | −2.61 | −3.29 |
| Elasticity of | | | | | | | | | | | | | | | |
| $H_t$ w.r.t. $FC_{t-j}$ | 0 | .18 | .18 | −1.05 | −1.06 | −1.04 | −1.16 | −1.40 | −1.54 | −1.66 | −1.93 | −2.82 | −3.57 | −4.27 | −4.88 |
| $COW_t$ w.r.t. $FC_{t-j}$ | 0 | .01 | 0 | .02 | −.11 | −.37 | −.54 | −.67 | −.98 | −1.23 | −1.42 | −2.31 | −3.14 | −3.87 | −4.53 |
| $PROD_t$ w.r.t. $FC_{t-j}$ | −.11 | −.10 | −.10 | −.09 | −.22 | −.47 | −.64 | −.77 | −1.07 | −1.32 | −1.42 | −2.37 | −3.19 | −3.92 | −4.57 |

[a] All elasticities are evaluated at the 1980 data point.

tively the culling rates $(1 - k_j)$]. Using the 1980 data point, the proportions of female calves ($\Pi_{j=0}^{i} k_j$) and heifers ($\Pi_{j=2}^{i} k_j$) reaching a given age ($i$) are shown in figure 2.[9] They indicate a steady decline in the proportion of cows retained in the herd with cohort age. Finally, the elasticities of retention rates with respect to milk price ($MP$), slaughter price ($SP$), and feed cost ($FC$) are presented in table 3. They provide some insights in the changes in dairy herd composition: lower milk price and higher slaughter price and feed costs stimulate the culling of young cows, while the opposite changes in prices and costs appear to lead to a substitution of younger cows for the older cows.[10] The magnitude of the retention rate elasticities in table 3 also suggests that the culling rate is heavily dependent on cohort age as well as on the economic environment of the dairy herd.

## Concluding Remarks

The analysis presented in this paper suggests that modeling cow population dynamics provides considerable insights in the economic adjustments taking place on dairy farms. The results show that farmers respond strongly (particularly in the long run) to changing relative prices in the management decisions concerning the size and productive use of the dairy herd. They also indicate the importance of a constant monitoring of the dairy support price in the design of dairy policy. Indeed, given a rather small short-run supply elasticity, setting the support price higher than the market equilibrium price may not create noticeable excess supply of dairy products in the short run. However, the long-run effects of such a policy may be very costly since, once herd size has been expanded, the elimination of excess supply can become a rather difficult task. In addition, this task is compounded if increasing herd size is accompanied by a shift to a younger herd.

Future research directions fall into different areas. Regional supply response may be inter-

[9] These results are, however, somewhat sensitive to the base data point. Using the 1982 data point, for example, would give higher culling rates for older cows.

[10] These results possibly raise the question of the reversibility of adjustments. However, previous research has failed to find strong evidence that the milk supply elasticity may be different for a price increase than for a price decrease (e.g., Buxton). More work seems to be needed on the reversibility question.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms




Note: Evaluated using the 1980 data point. The retention rates up to age $i$ are $\Pi_{j=0}^{i} k_j$ for female calf and $\Pi_{l=2}^{i} k_l$ for heifers.

**Figure 2. Retention rates in the U.S. dairy herd**

esting given the diverse nature of production in different parts of the country. The dynamics of dairy production along with the ability to move production units and output across regions should be important in determining the regional distribution of production.

Genetic progress is another area of research that merits considerable attention. Sire selection through artificial insemination has had a large influence of milk cow productivity over the last few decades. However, advances in genetics on the female side now seem possible in the future. For example, advances in genetic engineering, sex determination and embryo transfer could have significant impacts on the industry. In addition, introduction of growth hormone technology may become commercially viable in the near future. These events could affect significantly the dynamics of the dairy cow population as well as milk production in the coming decades.

Additional research topics include the effects of irreversibility and uncertainty on decision making. For example, how can such factors influence the timing of decisions and, indirectly, the dynamics of supply response? Also, our analysis is limited to a partial equilibrium approach. Additional research is needed to expand the analysis at the sector level. For example, further investigation of dynamic price adjustments in the dairy or re-

**Table 3. Retention Rate Elasticities**

| Age ($j$) | $\partial k_j/\partial \ln MP$[a] | $\partial k_j/\partial \ln SP$ | $\partial k_j/\partial \ln FC$ |
|---|---|---|---|
| 3 | .933 | −.149 | −.784 |
| 4 | .437 | −.066 | −.371 |
| 5 | −.058 | .016 | .042 |
| 6 | −.550 | .098 | .451 |
| 7 | −1.034 | .179 | .854 |
| 8 | −1.519 | .260 | 1.258 |
| 9 | −1.996 | .341 | 1.655 |
| 10 | −2.472 | .420 | 2.052 |
| 11 | −2.945 | .499 | 2.445 |
| 12 | −3.413 | .578 | 2.835 |

[a] $k_j$ is the retention rate during a particular year for a group of animals of age ($j$), and $\partial k_j/\partial \ln P$ is the change in retention rate due to one percent change in the price $P$. All elasticities are evaluated at the 1980 data point.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms

Case 3:15-cv-01143-BJD-J_T Document 276-18 Filed 05/22/19 Page 14 of 14
PageID 16188



lated markets seems in order. Although such topics suggest future research directions, they are beyond the scope of this paper.

[*Received April 1984; final revision received January 1985.*]

## References

Bryson, A. E., and Y. C. Ho. *Applied Optimal Control*. New York: John Wiley & Sons, 1976.

Buxton, B. M. *Factors Affecting U.S. Milk Production*. Washington DC: U.S. Department of Agriculture, Econ. Res. Serv. Agr. Econ. Rep. No. 527, 1985.

Chen, D., R. Courtney, and A. Schmitz. "A Polynomial Lag Formulation of Milk Production Response." *Amer. J. Agr. Econ*. 54(1972):77–83.

Clark, C. W. *Mathematical Bioeconomics*. New York: John Wiley & Sons, 1976.

Dahlgran, R. A. "A Synthesis of Microeconomic Duality Theory and Distribution Lag Modeling with Implications for U.S. Dairy Policy." *N. Cent. J. Agr. Econ*. 7(1985):132–44.

*Dairy Situation*. Washington DC: U.S. Department of Agriculture, Econ. Res. Serv., various issues.

Halvorson, H. W. "Response of Milk Production to Price." *J. Farm Econ*. 40(1958):111–13.

Hammond, J. W. "Regional Milk Supply Analysis." Dep. Agr. and Appl. Econ. Staff Pap. 74-12, University of Minnesota, July 1974.

Hicks, J. R. *A Contribution to the Theory of Trade Cycle*. London: Oxford University Press, 1950.

Hutton, P., and P. Helmberger. *Aggregative Analysis of U.S. Dairy Policy*. Res. Div. College of Agricultural and Life Sciences, University of Wisconsin, 1982.

Jarvis, L. S. "Cattle as Capital Goods and Ranchers as Portfolio Managers: An Application to the Argentine Cattle Sector." *J. Polit. Econ*. 82(1974):480–520.

Kamien, M.I., and N. Schwartz. *Dynamic Optimization*. New York: North-Holland Publishing Co., 1981.

Levins, R. A. "Price Specification in Milk Supply Response Analysis." *Amer. J. Agr. Econ*. 64(1982): 286–88.

Novakovic, A. M., and R. L. Thompson. "The Impact of Imports on Manufactured Milk Products on the U.S. Dairy Industry." *Amer. J. Agr. Econ*. 59(1977):507–19.

Perrin, R. K. "Asset Replacement Principles." *Amer. J. Agr. Econ*. 54(1972):60–67.

Prato, A. A. "Milk Demand, Supply, and Price Relationships, 1950–1968." *Amer. J. Agr. Econ*. 55(1973): 217–22.

Shoemaker, C. "Optimization in Agricultural Pest Management I: Biological and Mathematical Background." *Math. Biosciences* 16(1973):143–75.

Silberberg, E. *The Structure of Economics: A Mathematical Analysis*. New York: McGraw-Hill Book Co., 1978.

Sydsaeter, K. "Note on a Difference Equation Occurring in Growth Theory." *J. Econ. Theory* 1(1969):104–6.

Wilson, R. T., and R. G. Thompson. "Demand, Supply, and Price Relationships for the Dairy Sector, Post-World War II Period." *J. Farm Econ*. 49(1967):360–71.

Wipf, L., and J. P. Houck. *Milk Supply Response in the United States—An Aggregative Analysis*. Agr. Econ. Rep. No. 532, University of Minnesota, July 1967.

This content downloaded from 128.32.10.164 on Sun, 04 Mar 2018 02:20:12 UTC
All use subject to http://about.jstor.org/terms