# EXHIBIT 19

# BYLAWS

**Amended and Restated Bylaws**

**Of**

**National Milk Producers Federation**

**(an Illinois not for profit corporation)**

**Effective as of June 2003**

**National Milk Producers Federation**
**2101 Wilson Boulevard**
**Arlington, Virginia 22201-3062**
**703/243-6111 FAX 703/841-9328**

## Article XIV

## CWT PROGRAM

**Sec. 132. CWT Program**

The Federation may establish and maintain the Cooperatives Working Together program (the "CWT Program") in accordance with the terms of this Article XIV.

**Sec. 133. Purpose**

The purpose of the CWT Program shall be to improve the prices that farmers receive for their milk through the implementation of programs to create incentives to balance supply and demand and such other programs as may be established by the CWT Committee.

**Sec. 134. CWT Membership**

A. Qualification

Membership in the CWT Program ("CWT Membership") shall be open to:

(a) Farmers' cooperative associations and other entities that are general members of the Federation;

(b) Farmers' cooperative associations and other entities that meet the qualifications for general membership but are not general members of the Federation; and

(c) Independent producers of milk for market that are not otherwise members of another CWT Member ("Independent Producers").

B. Applications

Applications for CWT Membership shall be made to the president/chief executive officer of the Federation. Applicants shall provide such records, documents and other information bearing on their eligibility for membership as the president/chief executive officer may require.

C. Admission

Applications for membership shall be acted upon by the CWT Committee on behalf of the Federation. Each admitted member of the CWT Program