**EXHIBIT 20**

# ¢wt Cooperatives Working Together

June 10, 2003

## GENERAL INFORMATION

### Q. What is "CWT"?

CWT (Cooperatives Working Together, or "Hundredweight") is a program designed exclusively by dairy farmers for the sole benefit of dairy farmers. It is a multi-dimensional, voluntary, producer-funded national program developed by National Milk Producers Federation (NMPF), and is intended to strengthen and stabilize milk prices by balancing supply with demand. CWT is designed to reduce dairy inventories and milk production in order to provide meaningful financial returns to dairy producers in all parts of the country. Because CWT has been designed as a voluntary farmer-led and farmer-funded effort, government approval of any and all of these programs is not necessary. In addition, all dairy farmers will share equally in the financial rewards of the program.

**The CWT program will consist of three major elements:**

- an export assistance program that will help stimulate exports and clear inventory from the U.S. marketplace;
- a herd purchasing program that will reduce the overall number of dairy cows in the national herd; and
- a program to provide incentives for producers to reduce their milk marketings.

### Q. What do the letters "CWT" signify?

Since the program was conceived by the member cooperatives of NMPF, the letters "CWT" originally were intended to mean "Cooperatives Working Together." However, because the program will benefit all dairy producers throughout the United States, regardless of their status as cooperative member or independent, it is probably more accurate to think of CWT as really signifying – "*Cooperatively Working Together*".

### Q. What are the specific objectives of CWT?

The target of the program is to balance supply with current demand by reducing the domestic milk supply by 2.7% over a twelve month period (July 03-June 04). This is to be achieved through a combination of eliminating approximately 125,300 cows, exporting a total of approximately 130 million pounds of cheese and butter, and reducing marketings by approximately 460 million pounds of milk. *Details about each of these individual program elements are found at the end of this document.*

The targeted reduction is the equivalent of 4.6 billion pounds of milk from the national milk supply. The reduction will be achieved through the three program elements as follows:

| | |
|---|---|
| Eliminating milk production by eliminating individual herds | 45% of total goal (volume basis) |
| Reducing dairy product inventories through export assistance | 35% of total goal (volume basis) |
| Reducing actual milk marketings | 10% of total goal (volume basis) |
| Unallocated* (applied to the above programs, as appropriate) | 10% of total goal (volume basis) |

*(The unallocated concept is intended to allow flexibility in managing the initial target goals as the program progresses. Additional milk removal will be allocated among the three individual programs on the basis of cost effectiveness.)

### Q. Why is CWT targeting a milk supply reduction of 4.6 billion pounds?

Other things being equal, it is estimated that the actual reduction in the milk supply necessary to achieve balance with current demand is 3.9 billion pounds. However, as the price rises with this supply reduction, there will be a modest supply response as some producers increase production. In addition, higher prices in the U.S. may make this market more attractive for dairy exporters in other countries to send dairy products into the U.S. It is estimated that the increased domestic production will total about 580 million pounds and the increased imports would account for approximately another 100 million pounds on the domestic market. Therefore, the total reduction is targeted to be about 4.6 billion pounds (3.9 billion + .58 billion + .1 billion).

### Q. What will prevent a particular geographical region from suffering the adverse effects of significant herd retirements or reduced milk marketings?

The CWT program will group the 48 contiguous states into five regions. In order to guard against a disproportionate loss of production capacity in the five regions, limits (Regional Safeguards) will be placed on the volume of milk production eligible to be removed through those two programs.

### Q. How will individual dairy producers benefit from CWT?

The CWT program is intended to bring immediate relief to dairy farmers by achieving an average increase of $1.30 in the All-Milk Price over a twelve month period. The net result is an actual average price increase to producers of $0.82 per cwt after accounting for the costs of the program and reduced MILC payments. Should producers elect to continue to support the program in some capacity beyond twelve months, it would also serve to bring longer term stability to producer prices.

### Q. How much will an individual producer be investing in CWT?

In order to achieve the objectives of the program, dairy producers will be investing 17.9 cents per hundredweight over the next 12 months. This rate includes both the costs associated with achieving the target reductions and necessary administrative overhead.

### Q. What is the rate of return on the producer's investment (assessment)?

Since the program will be financed by a producer assessment of $0.179 per cwt, the program's target for an average "return" on the producer's investment is more than 450% ($0.82 ÷ $0.179).

### Q. How can a producer sign up to help fund the program?

This question is answered in several ways, depending on a producer's individual situation:

- Producers who belong to a cooperative which markets its members' milk and issues milk checks will participate directly through the cooperative.
- Producers who belong to a service/testing cooperative, but ship their milk directly to a milk processor/handler and receive their milk checks from the processor/handler will be able request a form from the cooperative for assignment of the assessment by the processor/handler directly to CWT.
- Independent producers wishing to fund CWT will be able to participate through a special CWT membership program. Membership "dues" in CWT will be limited to $0.179 per cwt. for a twelve month period. Independent producers can obtain participation forms by calling CWT at 703-243-6111, ext. 343; by emailing us at info@nmpf.org, or by downloading an application at www.cwt.coop.

### Q. Since most of the cost estimates for CWT have been based on 70% national participation by producers, will the assessment be reduced as the participation reaches 80% or more?

The assessment will not be reduced as the participation rate reaches or exceeds 80%. In order for CWT to meet its stated goals, it is critical that the program be properly funded. Should the goals of the program be achieved in the specified timeframe for less money, the Committee managing the CWT Program will make further determinations, as necessary.

### Q. Who will serve on the Committee managing the CWT program?

CWT will be managed and administered under the present structure of NMPF, but a new "CWT Program Committee" consisting of the NMPF Board of Directors, representatives from each participating cooperative, and regional representatives from the independent producer community will be formed. Such a structure will help reduce administrative costs and also keep direct program (operational) costs to an absolute minimum. As an entity operating within the current structure of NMPF, CWT will be, in effect, a federation of cooperatives and producers acting in association for a specified purpose (achieving improved milk prices for all producers).

### Q. When will the program begin and what is the overall timeframe for CWT?

The CWT program is intended to begin on July 1, 2003, after a targeted participation of 80% of the national milk supply is reached. The program's milk price and producer return targets have been determined using this start-up date. Certain program elements such as a solicitation for bids for export assistance and requests for bids for participation in the herd retirement and reduced production marketings programs would also be initiated on or about that same time. Although the timeframe of the program is envisioned in both short-term and long-term phases, for the purposes of this report, only the short-term elements have been included using a twelve month assessment.

### Q. How can a producer participate in either the Herd Retirement Program or the Reduced Marketings Program?

Participation in either of these programs will require membership in CWT and the submission of bids by individual producers. During a specified bid solicitation period, producers will submit bids to CWT for review according to a defined set of evaluation criteria. Producers will subsequently be informed of a bid's acceptance or rejection. The forms necessary to submit a bid to CWT for either the Herd Retirement Program or the Reduced Marketings program will be available to cooperative members from their cooperative or directly from the CWT program for independent producers.

### Q. If an initial bid submitted to either the Herd Retirement Program or the Reduced Marketings Program is not accepted, will it be possible to re-bid?

Producers will be able to submit another bid if the goals of the program have not been achieved at the time of re-submission (i.e., CWT volume targets have not been met).

### Q. Will it be possible to submit concurrent bids for both the Herd Retirement Program and the Reduced Marketings Program?

Yes, however, if the Herd Retirement Program bid is accepted by CWT, the bid submitted for participation in the Reduced Marketings Program will be rendered moot.

### Q. If a producer has committed to funding CWT (either through a cooperative or as an Independent member of CWT) and the producer's herd is retired before the CWT program reaches the twelve-month endpoint, will the producer be required to continue paying the assessment during the remaining months?

No. The producer's commitment to the funding of the CWT program will terminate with the retirement of the herd.

# CWT PROGRAM DETAILS

## Herd Retirement Program

### How it will work:

CWT will issue a call for bids, on a per hundredweight basis, for the buyout of whole herds. Producers will submit bids, including a year's production and herd records. The bids will be evaluated according to criteria established by CWT, based on advancing the immediate goals of the program. These criteria will include removing the most milk for the lowest cost. In addition, early priority could be given to larger herds, in order to accelerate the price impact of the program.

Large herds will be audited before purchase, to verify that the current herd and its milk production are consistent with the submitted records.

In the case of smaller herds, all will be partially audited, but subject to full audit, as necessary.

Once the elements of the bid are verified, the animals will all be committed to slaughter.

The objective of this program is to shut down the greatest volume of production at the lowest possible price.

A call for bids will be announced as soon as CWT is officially in business. Herd purchases will begin soon thereafter.

### Herd Retirement Program Target:

Remove approximately 125,300 head, equivalent to a reduction of 2.07 billion pounds of milk over the 12 month program period.

### Additional impacts:

In addition to meeting short-run supply reduction targets, retiring whole herds will have a continuing impact for one to four years beyond the last purchase, due to the actual elimination of part of the national milking herd.

### Program Considerations:

- The program will target producing cows by buying whole herds only.
- Moving animals directly to slaughter reduces the complexity of transaction, and reduces the opportunities for cheating.
- There is no intent to make the farm or the farmer stay out of dairy production. The purpose of CWT is to get productive cows out of production, not farms or farmers.
- Cooperatives will provide technical assistance as requested, but remain disengaged from the program transactions.
- Export of cows will not be allowed, since they will generate competing milk supplies abroad, in the best case, and return to the U.S., in the worst case.
- Since CWT will, to the extent possible, remove cows over a period of time, any effect on beef prices should be minimized.
- Regional limits have been established on herd reduction programs to ensure that no one region suffers a disproportionate loss of production capacity.

## Dairy Product Export Assistance Program

### How it will work:

Manufacturers and exporters are paid a bonus, on a bid basis, to export cheese and butterfat to foreign commercial markets.

### Program Target:

Exporting 130 million pounds of product, consisting of approximately 100 million pounds of commodity cheddar cheese and approximately 30 million pounds of butterfat, on a butter equivalent basis, over 12 month period. This is equivalent to 1.61 billion pounds of milk.

### Program Considerations:

- The program will focus on assisting dairy product exports to foreign commercial markets for human food use.
- The program will be flexible enough to allow bids for exports for other uses, such as foreign food assistance; however, the criterion for approving bids should be, in all cases, to minimize the cost of exporting the targeted volume of products.