# EXHIBIT 21

## What is CWT?

Cooperatives Working Together is a multidimensional, farmer-led and farmer-funded national program to address the supply and demand imbalances that lead to depressed milk prices.

CWT's objective is to help strengthen and stabilize producer prices. CWT's goal is to balance supply with demand. In order to achieve this goal, we will reduce national milk production and finished product supplies by the equivalent of 0.7%, or roughly 1.2 billion pounds of milk. Part of that reduction will be achieved through export of finished products; the rest from reduced milk output at the farm level.

CWT will be operated within the structure of the National Milk Producers Federation, the membership organization for America's dairy cooperatives. Participation in CWT is open to all coops (not just NMPF's current members), and to independent dairy farmers not affiliated with a cooperative.

CWT's funding is coming from farmers who are being asked to invest 5 cents per hundredweight to pay for the activities described inside. While the final details of the CWT program will be released soon, you can learn more now about the key elements of CWT inside this brochure.

## The Need for Regional Safeguards

The dairy industry leaders working on CWT recognize that both the Herd Retirement Program and the Reduced Producer Marketings Program have the potential to disrupt the availability of fluid milk supplies in some parts of the country.

That's why the 48 contiguous states are grouped into five regions [Chart1]. In order to guard against a disproportionate loss of production capacity in the five regions, limits will be placed on the volume of milk production eligible for those two programs.

The safeguard limits will be tightest in the Northeast (Region 1), Southeast (Region 2) and Upper Midwest (Region 3). The safeguards are less stringent in the Southwest (Region 4) and West (Region 5.

This feature will ensure that CWT will focus on supply reductions in those regions where the greatest increases in production capacity currently exist.

**Cooperatives Working Together**
2101 Wilson Blvd., Suite 400
Arlington, VA 22201
Phone: (703) 294-4353
Fax: (703) 841-9328
Website: www.cwt.coop
Email: info@cwt.coop

# It's time for dairy producers to work together to strengthen milk prices…

cwt Cooperatives Working Together

*It's time for… Cooperatives Working Together*

nmpf

***National Milk Producers Federation***

# What will Cooperatives Working Together (CWT) do to strengthen farm-level milk prices?

## Herd Retirement Program

In order to stabilize milk production and supplies over the longer term, CWT will fund a program to remove whole herds of dairy cattle from production.

Under the herd retirement program, CWT will call for bids for the buyout of whole herds (milking and dry cows only.) Producers will have to submit herd records, including past milk production, along with the bids. Information about herds and their milk production will be audited, in order to verify that the cows being sold are consistent with the records submitted during the bidding process.

Once the conditions of the bid are verified, CWT, working with the producer, will make certain the animals are committed to slaughter.

Producers will receive the beef value of their culled cows. Cows will not be exported; all cows will be culled. However, there will be no effort to keep farmers out of future dairy production. These programs will focus on retiring cows, not farmers.

## Export Assistance Program

One of the reasons that farm-level milk prices are suffering is the glut of manufactured dairy products hanging over the U.S. market. CWT will address this problem by providing an incentive to dairy manufacturers and exporters to sell butter and cheese products to foreign commercial markets.

CWT's role in managing this program will consist of evaluating bids, awarding the export price assistance, and verifying the resulting exports. It will NOT take ownership of any product. The export assistance activity generated by CWT will be independent of the U.S. government's operation of the Dairy Export Incentive Program (DEIP).

## Reduced Production Marketings Program

This program element will allow a farmer to contract with CWT to reduce his future marketings by a specific percentage. A producer will offer a bid to CWT indicating the payment ($ per cwt.) he or she is willing to receive to reduce their production marketings by a specified percentage (at least 10%), and also indicating how they intend to achieve the reduction. After the bid has been accepted by CWT, the producer is paid per hundredweight for the period during which his or her marketings are reduced by the agreed-upon percentage.

The farmer's operation is contractually committed to no growth during the period, with any cows moving off the farm going directly to slaughter.

Marketing reductions must be made from the previous 12-month base period. All producers will be eligible, whether they increased milk production in the past year or not.

Producers owning multiple farms will be required to cumulatively reduce production on all operations by the agreed-upon amount.

**Chart 1**




***Regional Safeguards***

The degree to which each region of the country will be able to participate in CWT supply reduction programs will be capped at a maximum level equivalent to a specific portion of that region's annual milk production.

| Max supply reduction as % of milk in region | |
|---|---|
| Region 1 | 0.5% |
| Region 2 | 0.5% |
| Region 3 | 0.5% |
| Region 4 | 4.3% |
| Region 5 | 5.0% |