**EXHIBIT 25 IS SUBJECT TO PLAINTIFF'S MOTION TO SEAL FILED ON 5-22-19**