# EXHIBIT 29

THIS MARK MATTERS.

# OUR MARK

Submitted by dfamilk on Tue, 2011-03-15 10:56

**Custom link:**

http://www.dfamilk.com/our-mark (http://www.dfamilk.com/our-mark)

**Main pod image:**



**Sub pod image:**



**Pod Copy:**

We're all about milk and the dairy farmer members who produce it.