# EXHIBIT 33

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 11-CV-04766-JSW Consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW |
| vs. | ) | |
| NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC., | ) | |
| Defendants. | ) | |

HIGHLY CONFIDENTIAL
RULE 30(b)(6) VIDEOTAPED DEPOSITION of
AGRI-MARK, INC.'s REPRESENTATIVE
DR. RICHARD W. STAMMER
Hartford, Connecticut
Friday, January 30, 2015

Reported by:
PATRICIA A. BIDONDE, RPR

R. Stammer - Highly Confidential
without a fuel charge. So we couldn't put it on. It was competition.

Q. So there was sufficient supply from Agri-Mark's competitors in many of the states in New York that would not put an additional cost on for fuel that made it such that Agri-Mark couldn't and still be competitive. Is that right?

MS. O'TOOLE: Objection; form.

A. Yes, because when you come down to the buyer of milk, at the end of the day the buyer is interested in what's my total cost.

You know, you can call it whatever -- and they told us, "You can call it whatever you want, I'm interested in my total cost."

And our buyers, there's a lot of cooperation for who we sell milk to. There's other co-ops, there's independent producers, there's milk brokers. There's a lot of competition in the market.

So if somebody comes to a buyer and says, "I'll give you the same bundle of

R. Stammer - Highly Confidential

services. I'll give you BST milk, I'll give you the same balancing, I'll give you the same quantity, and I'll charge you 20 cents less," that's what the customer will do. He will go to the other person; actually come back to us and say, "Well, that guy is offering it to me for 20 cents less. So are you going to match it?"

But that's the competitive nature of the market.

Q. And so a prerequisite, obviously, for that competition is that seller number 1 has sufficient supply to meet buyer's demand in order to have that competitive force work. Correct?

MS. O'TOOLE: Objection; form.

A. You mean seller 1 being the person we're competing -- who is seller 1.

Q. Sure. I'm sorry. You know, you have your -- there's Agri-Mark and then a competing seller going to buyer, and if the competing seller has enough supply, supplied at a lower price than Agri-Mark, then the buyer is going to want to go with your

R. Stammer - Highly Confidential
rBST free charge to customers to 75 cents between that period of time. Correct?
A. That is correct, yes.
Q. And that's -- Agri-Mark did so in part based on the fact that processors' and consumers' demand for rBST free increased. Correct?
A. I would say totally in response to that.
Q. Okay. You gave a less lawyerly answer than my question. I appreciate that.
MS. O'TOOLE: Mr. Friedman, just so the record is clear, when you asked when it went up to 75 cents, did you mean to limit the period to January through March 2008 or did you mean January 2007 through March of 2008.
MR. FRIEDMAN: Well, I appreciate if I was not clear.
Q. Your declaration says approximately January 2007 to March 2008. Right?
A. Correct.
Q. Okay. And then in March of 2008

R. Stammer - Highly Confidential

the Agri-Mark lowered the premium back to 40 cents, if I understand it, because supply of rBST free increased relative to demand. Correct?

A. Yes, there was, there was more rBST-free milk available in the market. Again, it's a very competitive market. Some of the people we compete with were offering, had lowered their premiums from 75 down to this 40 cents. And we were getting pressure from our customers to lower ours.

I mean, one of the reasons that, you know, more rBST-free milk became available is because we paid a number of our farmers a transition payment to get off rBST.

So yes, as more became available in the market -- before there was a lot available, we incurred a lot of transportation costs. You know, you have a farm running down a road, the truck wants to pick up every farm on that road to be efficient.

When we had some farms who weren't using rBST and some farms that were, we'd run two trucks down those roads, one to

R. Stammer - Highly Confidential

Q. While those competitors were not labeling rBST free, had they implemented a policy where they were not going to accept rBST-free milk?

MS. O'TOOLE: Objection.

A. Not to my knowledge.

Q. Okay. Now, so in or about the 2008 time period, Dr. Stammer, Agri-Mark experienced competitive pressure with respect to the premiums it was charging its customers for rBST-free milk. Correct?

A. That's correct, yes.

Q. And as a result of that pressure Agri-Mark lowered its prices to its rBST premium price that it's charging its customers. Correct?

A. That's correct, yes.

Q. Now, in the northeast area, Agri-Mark, was it a member of the northeast milk marketing agency?

A. Greater Northeast Milk Marketing Agency?

Q. Yes.

A. Yes, yes we were.