# EXHIBIT 37

United States Department of Agriculture
Agricultural Marketing Service

Published on *Agricultural Marketing Service* (http://www.ams.usda.gov)

Home > Federal Milk Marketing Orders

# Federal Milk Marketing Orders [1]

Federal Milk Marketing Orders (FMMOs) establish certain provisions under which dairy processors purchase fresh milk from dairy farmers supplying a marketing area. In Federal order provisions, dairy processors are referred to as handlers and dairy farmers are known as producers. A marketing area is generally defined as a geographic area where handlers compete for packaged fluid milk sales, although other factors may be taken into account when determining the boundaries of a marketing area. Federal orders serve to maintain stable marketing relationships for all handlers and producers supplying marketing areas, thus facilitating the complex process of marketing fresh milk.

The Agricultural Marketing Agreement Act authorizes FMMOs and USDA amends and establishes them through a hearing process overseen by the Secretary of Agriculture. The hearing process enables the dairy industry to submit proposals and evidence to support the establishment of and amendments to Federal order provisions. This process allows the Federal order provisions to meet the changing needs of the dairy industry. The establishment and amendments to a Federal order become effective only after approval by producers via a referendum process.

## Benefits of the Program

Assures dairy farmers a reasonable minimum price for their milk throughout the year.

Assures consumers of an adequate supply of milk to meet their needs throughout the year and help prevent wild fluctuations in price through periods of heavy and light milk production.

## Program Operations

Each milk marketing order includes:

- Classified price plan
- System of minimum prices
- Terms of the order
- Provisions for administering the order

## Information Requests

- Industry Requests [2]

# Hearing Information

### Recently Completed Hearings

- California Promulgation Hearing [3]

### Hearing Petitions

- Multiple Component Pricing in the Southeast and Appalachian Orders [4]
- National FMMO Pricing Hearing [5]
- Organic Milk Amendment to all FMMOs [6]

### Closed Proceedings

- National Hearings [7]
- Regional Hearings [8]

# Contact Information

Erin Taylor [9], Acting Director (effective May 2, 2016)
William Richmond [10], Senior Marketing Specialist (on detail to AMS Administrator)
Laurel May [11], Senior Marketing Specialist

Phone: 202-720-7183
Fax: 202-690-0552

# Additional Resources

- Brochure: Federal Milk Marketing Order Program: Understanding the Milk Order Amendment Process (pdf) [12]
- Map of Federal Milk Marketing Order Areas (pdf) [13]
- List of Federal Milk Marketing Order Areas (doc) [14]

**Rules & Regulations:**
Dairy Marketing Orders [15]
Marketing Orders (ALL) [16]

---

**Source URL:** http://www.ams.usda.gov/rules-regulations/moa/dairy

**Links**
[1] http://www.ams.usda.gov/rules-regulations/moa/dairy
[2] http://www.ams.usda.gov/rules-regulations/moa/dairy/ca/industry-requests
[3] http://www.ams.usda.gov/rules-regulations/moa/dairy/ca
[4] http://www.ams.usda.gov/rules-regulations/moa/dairy/southeast-appalachian-orders
[5] http://www.ams.usda.gov/rules-regulations/moa/dairy/fmmo-pricing
[6] http://www.ams.usda.gov/rules-regulations/moa/dairy/organic-amendment
[7] http://www.ams.usda.gov/rules-regulations/moa/dairy/hearings
[8] http://www.ams.usda.gov/rules-regulations/moa/dairy/hearings/regional
[9] mailto:Erin.Taylor@ams.usda.gov
[10] mailto:William.Richmond@ams.usda.gov
[11] mailto:Laurel.May@ams.usda.gov
[12] http://www.ams.usda.gov/sites/default/files/media/DairyMarketingOrderAmendmentBrochure.pdf
[13] http://www.ams.usda.gov/sites/default/files/media/Federal Milk Marketing Orders Map.pdf
[14] http://www.ams.usda.gov/sites/default/files/media/ListofFederalMilkMarketingOrderAreas.docx
[15] http://www.ams.usda.gov/rules-regulations-terms/dairy-marketing-orders
[16] http://www.ams.usda.gov/rules-regulations-terms/marketing-orders-all