# EXHIBIT 38

# marketing

noun

mar·ket·ing | \ ˈmär-kə-tiŋ \

## Definition of *marketing*

1a **:** the act or process of selling or purchasing in a market did most of her marketing in local stores
b **:** the process or technique of promoting, selling, and distributing a product or service New automobiles are the subject of intense marketing.
2 **:** an aggregate (see aggregate entry 3 sense 1) of functions involved in moving goods from producer to consumer The company will increase its budget for marketing.

## Examples of *marketing* in a Sentence

The company will increase its budget for *marketing*. She has a job in *marketing*.
See More

Recent Examples on the Web

Co-*marketing* deals aren't uncommon between tech companies and partners — big banks advertise Apple's Apple Pay feature, for example — but Amazon's efforts underscore the uphill battle to build awareness and traction for this new purchasing method. — Rani Molla, *Recode*, "Amazon wants brands to advertise Alexa voice shopping — essentially for free," 26 Nov. 2018 Taylor Lorenz has details on a clever new Instagram hack in which bad people tempt users with the promise of easy influence-*marketing* money, then trick them into logging onto a portal that lets the hacker steal their login credentials and account. — Casey Newton, *The Verge*, "How Facebook's crisis PR firm triggered a PR crisis," 17 Nov. 2018

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'marketing.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More

## First Known Use of *marketing*

1561, in the meaning defined at sense 1a

Keep scrolling for more




## Learn More about *marketing*

Share *marketing*