# EXHIBIT 39

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Winn-Dixie Stores, Inc., and
Bi-Lo Holdings, LLC,

Plaintiffs,

Case Number:
3:15-cv-01143-BJD-PDB

v.

Southeast Milk, Inc., et al.,

Defendants.
_______________________________/

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

VOLUME II OF II

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | JOSEPH WRIGHT |
| DATE TAKEN: | DECEMBER 12, 2017 |
| TIME: | 9:11 A.M. - 7:14 P.M. |
| LOCATION: | LATHAM, SHUKER, EDEN & BEAUDINE, LLP<br>111 N. MAGNOLIA AVENUE<br>SUITE 1400<br>ORLANDO, FLORIDA 32801 |
| REPORTED BY: | SHOSHANA KRAMER, RPR, CRR |

(Continued from Volume I.)

THE VIDEOGRAPHER: This is disc number four. The time is 3:10. We're back on the record.

BY MR. AHERN:

**Q. All right. Let's show you some more documents.**

(Plaintiffs' Exhibit No. 37 was marked for identification.)

**Q. Mr. Wright, the court reporter has handed you what's been marked as Exhibit 37. Please take a moment to review it. It is a September 28, 2007, e-mail from you to Calvin Covington and Tom Pittman. The subject is CWT 2008 participation update, and it bears the document control number SMI 013966 to 967.**

A. Okay.

**Q. All right. I'm just going to focus on the portion of your e-mail to Covington and Pittman, not Tillison's e-mail below. You write, Jerry Kozak called -- did call me this week to lobby for renewal. I suggested he tell Baird and Smith to behave for the next couple of weeks. I asked him about select and continental, dash, dash. He said Mike will be okay. I think you meant to say, notice there, not on the list.**

A. Yes.

**Q. See that?**

A. That's a typo. Yes, sir.



**Q. SO what did you mean when you said tell Baird -- I suggest that you tell Baird and Smith to behave for the next couple of weeks?**

A. I assume Smith meant Rick Smith. This is still tied in. I don't know if -- I guess this was at a time where I guess we were in CWT. I don't remember if this is when we got out or not, but again --

**Q. It's not. That comes a year later.**

A. Okay. So I can't remember all the timeframes. So, again, I've tried -- I know it's not the subject matter of this deposition, but it has certainly been the subject matter of prior depositions I've given. Our epic battle with DFA and their friends -- and Baird at times fought with DFA, but at times he'd do the dirty work. Our cooperative just was attacked on so many fronts that it was very hard for us to go before our membership and say Cooperatives Working Together when we had so many cooperatives that weren't working together other than against us. So that's what I meant.

There were so many things in the marketplace, and things they were saying and doing to the customers to our detriment, that it was just kind of hard for us to come kumbaya and break bread with all of them. That's what I meant.

**Q. And actually, let me go ahead and show you this next document, which may strike a similar cord.**



(Plaintiffs' Exhibit No. 38 was marked for identification.)

THE WITNESS: The date on this is September 28th, okay.

BY MR. AHERN:

**Q. This is -- these are minutes from -- this is -- I'm sorry.**

**Mr. Wright, the court reporter has handed you what's been marked as Exhibit 38. These are minutes from a Southeast Milk, Incorporated, Board of Directors meeting, October 9, 2007, bearing the document control numbers SMI 002059-62, and I'm going to -- I'm going to ask you about, actually, just a reference at the top of page four.**

A. Okay. Well, let me review this document a little bit. There was a lot going on here.

Okay.

**Q. All right. Just turning your attention to page four at the top, the carry-over paragraph, the last sentence. It says, a specific point of concern with NMPF is, they are being selective where they want to -- where they want, quote, Farmers Working Together, close quote, such as CWT, but not on a lot of other issues.**

**Do you see that?**



A. Yes, sir.

**Q. Is that a similar sentiment that you're -- that you are -- that you've just testified to with respect to --**

A. Very much so. That was the state of affairs in the fall of 2007.

**Q. Okay. All right. You could set that aside.**

**Can you pull out Exhibit 22, please, and if -- if you'll just look at the -- at the -- the last two pages of that.**

A. As to the roll call or something else?

**Q. The roll call.**

A. Okay.

**Q. Was National -- National Milk dominated by Dairy Farmers of America?**

MR. BEAUDINE: Object to the form.

A. Let me say -- well, you see there's some weightings here to the number of directors. It's been a long time since I've looked at the specific dues formula, but, absolutely. In the time -- well, there's only been a Dairy Farmers of America since -- was it '98 or '99? We have never had a chairman who was not -- of National Milk that was not the chairman of DFA, and even though the cooperative principle -- and -- and I realized that even in our cooperative.