# EXHIBIT 22

**CWT Economic Policy Committee Conference Call:**

The purpose of this Friday's (August 13th) call is to once again discuss the implementation of the next Herd Retirement Program. You will recall that the CWT Committee passed a motion on July 9 which stated that the NMPF Staff should begin preparation for a Herd Retirement Program with a target date of September 1st, but that staff was not to initiate the program until the CWT Economic Policy Committee could review the proposed starting date of September 1st. The CWT Economic Policy Committee was directed to conduct this review for the purpose of making a recommendation to the CWT Committee prior to the committee's next scheduled conference call on August 16.

Subsequent to last month's call, the staff has received numerous phone calls and has been in contact with many members of CWT, both coop leaders as well as individual producers regarding this subject. In addition, the staff has once again reviewed, analyzed, and evaluated a number of factors affecting an initiation date for the Herd Retirement Program. As a result of these discussions and staff-level deliberations, we think it is important to re-establish the "benchmarks" or "guide posts" that should be used in making decisions not only about the Herd Retirement Program, but also regarding the Export Assistance Program.

We believe it is important to remember that **"the goal of CWT was to strengthen and stabilize milk prices for producers."** This was the mission statement that producers and coops agreed to as the goal for the CWT Program. As a result of that mission statement, both the Herd Retirement and Export Assistance Programs were developed. Although each of these programs has a unique and specialized function in meeting that goal, the programs were designed to work in tandem to produce the desired effect of "strengthening and stabilizing" prices. There seems to be a misconception that specific target prices for cheese and butter were the goal. This is not correct. They were merely target prices for the Export Assistance Program in awarding bonuses for exporting product.

Those unique and specialized functions are best summarized as follows:

**Herd Retirement:** Manages supply by reducing production and is a **long-term tool** helping to stabilize prices for the future.

**Export Assistance:** Creates demand by reducing current inventories and is a **short-term tool** by helping to strengthen prices.

Each of these programs requires a unique set of benchmarks or guideposts for use in making decisions about the program. The following are the benchmarks we continue to monitor and evaluate and on which we base our recommendations:

**Herd Retirement Benchmarks**

1. Number of cows in the national herd;
2. Change in the number of cows versus the previous year (expressed as a percentage)
3. Total milk production
4. Milk production per cow
5. Slaughter (culling) rates
6. Slaughter prices for cows
7. Feed costs

**Export Assistance Benchmarks**

Simply stated- the target prices established by the CWT Committee for cheese and butter are the benchmarks for accepting bids under this program.

Based on our review and analysis of these benchmarks, the staff recommendations for the Herd Retirement Program are as follows:

1. The number of cows in the national herd, once again, exceeds 9 million (9,012 M). The trend is that cow numbers will continue to grow (Chart 1). *Staff believes that a goal of CWT should be to keep the cow numbers below 9 million.*
2. Yearly percentages of cows compared to the previous year are clearly on an upward trend (Chart 1) as well. *Staff believes that a goal of CWT should be a 1% decrease in cow numbers from the previous year since each year production continues to exceed demand.*
3. Overall, milk production is now at the same level as this time last year when the first Herd Retirement Program was initiated. (Chart 2)
4. Milk production per cow is up over last year (Chart 3)
5. Dairy cow slaughter is considerably down from last year (Chart 4)
6. Slaughter prices remain strong and will continue to remain robust for the next several months.
7. Feed costs are expected to be much lower with a robust crop this year thus creating further incentives for increased production (Chart 5)

As you can see, all of these benchmarks indicate the necessity for a Herd Retirement Program to be initiated soon. The staff continues to strongly recommend the initiation of bid announcements beginning September 1, 2004, recognizing it will take a minimum of 60 days before the first herd is actually retired. **Chart 6 is perhaps the most compelling benchmark that we can provide – it shows that when cow #'s are up – milk prices are down and when cow numbers are down – milk prices are up.**

It is now our view that shortly after the elections in November, the Canadian Border will open up for animals 30 months or less for direct slaughter. This will have the impact of reducing slaughter values, making it less desirable to cull, and discourage the submission of lower bids in the herd retirement program. At the same time, Monsanto is making progress to correct its plant problems in Austria, and, as a result, there will be an increase in the availability of Posilac after the first of the year.

Staff has also analyzed the cumulative shortfall of producer revenue from January 2002 until July 2004, and it is apparent that producers have still not recovered financially from the long period of depressed prices.

The timing of CWT programs is the most critical factor in demonstrating the effectiveness of the program. The vast majority of producers believe that the program is working and that our timing has been right on target. The staff truly believes that by initiating the herd retirement bidding process on September 1, the goal of stabilizing prices will once again be served. The impact of removing the cows in November and December will not be felt for at least six months and will play a large role during the flush season months in the spring. **The removal of cows did not spike prices immediately last year, nor will it spike prices immediately in future years**. Only the Export Assistance program is capable of accomplishing this as demonstrated recently when CWT Announced it was increasing the target levels to $1.40 and $1.30 for cheese and butter respectively.

Finally, at the CWT Committee's request, we have actively pursued a media strategy to generate positive articles about milk prices coming down. Attached is a list of most of the stories written about milk prices dropping. The timing for an announcement about the herd retirement program now, is critical since we will lose our window of opportunity later in the fall when these stories will be a distant item.

In short, now is the time to act – we must put into place a regimented schedule for our next herd retirement program – allowing the staff sufficient time to execute the program in a business-like fashion and avoid rushing, thus enhancing the probability of mistakes. It is also critical that enough lead time be available in order for us to continue to hold down administrative costs. It is our view that planning and scheduling creates efficiencies and helps keep costs down. **It is crucial that we look at what impact the Herd Retirement Program will have on prices for the future, not the present.** It is equally important that CWT decisions be based on sound data and benchmarks and not on individual opinions or goals. We need to keep CWT in a business-like mode.

It is for all of these reasons that we are basing our recommendations to initiate the herd retirement bidding process on September 1.

**Attachments (Charts)**

# Chart 1:


MILK COWS IN THE UNITED STATES, 2002-2004
Thousand Head
9,200
9,150
9,100
9,050
9,000
8,950
8,900
9,109
9,113
9,117
9,139
9,146
9,158
9,152
9,156
9,154
9,142
9,142
9,143
9,147
9,145
9,141
9,125
9,104
9,097
9,087
9,072
9,061
9,034
9,005
8,994
8,994
8,989
8,987
8,991
8,989
9,012
Jan-02
Mar
May
Jul
Sep
Nov
Jan-03
Mar
May
Jul
Sep
Nov
Jan-04
Mar
May


YEAR/YEAR CHANGE IN MILK COWS, 2002-2004
Year/year Change, percent
101.5%
101.0%
100.5%
100.0%
99.5%
99.0%
98.5%
98.0%
97.5%
97.0%
96.5%
Jan-02
Mar
May
Jul
Sep
Nov
Jan-03
Mar
May
Jul
Sep
Nov
Jan-04
Mar
May

## Chart 2:


MILK PRODUCTION IN THE UNITED STATES, 2003-2004
Million Pounds
15,500
15,000
14,500
14,000
13,500
13,000
12,500
15,044
15,003
14,584
14,634
14,739
14,476
14,263
14,268
14,015
14,164
13,898
13,107
(Adjusted for Leap Year)
2004
2003
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec

# Chart 3:









HIGHLY CONFIDENTIAL NMPF0008939

## Chart 4:




## Chart 5:



# Chart 6:


Monthly U.S. Dairy Cows and the All-Milk Price
Monthly Dairy Cows, Thousand Head
All-Milk Price, Dollars per Cwt.
9,350
9,300
9,250
9,200
9,150
9,100
9,050
9,000
8,950
8,900
8,850
$25
$20
$15
$10
$5
$0
Milk Cow Numbers
All-Milk Price
1998
1999
2000
2001
2002
2003
2004

# News Articles - Decreasing Milk Price

**July**

7-6-04 **Wholesale Milk Price Dropping**, The Republican, MA

7-8-04 **Dairy Prices Begin To Drop,** Plain Dealer Reporter, OH

7-12-04 **Not The Land Of Milk & Money** Dairy farmers struggle to recover from debt, RICHMOND'S TIMES-DISPATCH, VA
**Dairy Farmers See Lean Times,** The Herald-Sun, NC

7-26-04 **Record Prices For Milk Take Spill,** The Atlanta Journal-Constitution, GA
**Cost Of Milk To Drop As Of Aug. 1,** Newsday.com

7-27-04 **Dairy Prices Appear Set To Fall From Record Highs,** Tennessean.com

7-28-04 **Wholesale Rates Down 27 Percent From Record High Set In June,** Associated Press, ***this story was picked up by 22 papers across the country***

7-29-04 **Milk Prices Sinking,** St. Paul Pioneer Press, MN
**Report: Dairy Farmers Being Milked,** The Record, CA

7-30-04 **Milk Prices Slide From Record Level,** St. Cloud Times, MN
**Board Won't Milk Consumers as Much**, Pittsburg Tribune-Review, PA
**Milk Prices Dropping, But Still Above Spring Levels,** The Morning Call, PA
**Cost of Dairy Products Continues Slide,** Johnson County Daily Journal, IN
**Wholesale Milk Prices Due to Drop Soon,** Minneapolis Star Tribune, MN

**August**

8-2-04 **Milk Prices Headed Back Down,** The Capital Times, WI
**Wholesale Price Of Milk Will Likely Drop In August,** The Arizona Republic
**Drop In Milk Prices Expected**, Iowa City Press-Citizen
**Like A Yo-Yo Milk Prices Now Dropping,** The Providence Journal, RI
**Dairy Farmers Feeling Squeeze,** Knoxville News, TN

8-3-04 **Got Cheap Milk? In Durango, The Answer Is No,** Durango Herald, CO
**Milk Prices Begin To Drop From Record High**, Statesman Journal, OR
**Got Milk?,** The Amarillo Globe-News, TX

8-4-04 **Cost Of Farm-Level Milk Dropping**, Columbia Basin Herald, WA
**Lower Milk Prices Slowly Drip Into Stores**, Knox News, TN
**Milk Prices Continue Downward Trend,** Eldridge North Scott Press, IA
**Falling on Herd Times: Milk Prices Dropping,** Las Vegas Review-Journal, NV

8-5-04 **Farm-Level Milk Prices Drop 28 Cents Per Gallon; Retail Prices Should Follow,** Salem Farm & Dairy, OH

8-6-04 **High Milk Prices Drying Up,** Waterloo Cedar Falls Courier, IA

8-9-04 **Retail Price Of Milk Is Quick To Rise, But Slower To Fall,**
Boston Globe Staff, MA
**Seesawing Milk Prices Moving Downward Again,**
The Joplin Globe, MO
**Milking Consumers?,** The Reporter, CA
**Prices Paid To Dairy Farmers Drop,** Press & Sun-Bulletin, NY

8-11-04 **Milk Prices Drop**, The Bellingham Herald, WA