# EXHIBIT 23

# CWT: Impacting Supply and Demand

International Association of Milk Control Agencies
August 26, 2009

¢wt Cooperatives ® Working Together

# CWT's objective:

- Strengthen and stabilize producer milk prices
- Using two programs
  - Herd Retirements on the supply side
  - Export Assistance on the demand side

cwt Cooperatives Working Together

# CWT monitors key indicators

- Cow numbers
- Cullings
- Milk production
- Milk price
- Cost of production

CWT Cooperatives Working Together


U.S. Milk Prices and Costs of Production, 2006-2009(f)
Sources: USDA/NASS & USDA/ERS through May-09 From Jun-09 NMPF & CME Group futures as of 06/02/09
All-Milk Price
Feed Costs
Hired Labor Costs
Direct Energy Costs
Other Operating Costs
Dollars per Hundredweight of Milk
$25
$20
$15
$10
$5
$0
Jan-06 Apr Jul Oct Jan-07 Apr Jul Oct Jan-08 Apr Jul Oct Jan-09 Apr Jul Oct
Cooperatives Working Together

# How Herd Retirements work

- Producers bid per hundredweight of 12 month's milk production
- Send all milking and dry cows to processing
- Bred heifer option offered
- Full payment if out of business for one year

CWT Cooperatives Working Together

# Farm audits

- Milk production checked
- Cows counted
- Cows tagged




¢wt Cooperatives Working Together

# Producer payment

- Verification cows are gone received
- Producers receives 90% then
- Remaining 10%+ after 12 months
  - Producer not involved in milk production
  - Facility not involved in milk production

CWT Cooperatives Working Together

| Herd Retirement | Average Bid | Pounds of Milk | No. of Cows |
|---|---|---|---|
| 2003 | $4.02 | 609 million | 33,000 |
| 2004 | $5.24 | 908 million | 50,000 |
| 2005 | $6.75 | 1.2 billion | 64,000 |
| 2007 | $5.50 | 1.0 billion | 53,000 |
| 2008-1 | $6.10 | 432 million | 25,000 |
| 2008-2 | $6.49 | 976 million | 51,000 |
| 2009-1 | NA | 2.0 billion | 101,000 |
| 2009-2* | NA | 1.8 billion* | 87,000* |
| Totals | | 8.9 billion | 464,000 |

*Preliminary

CWT Cooperatives Working Together


U.S. All Milk Price
Per Hundredweight
$20
$19
$18
$17
$16
$15
$14
$13
$12
2003
2004
2005
2006
2007
2008
2009
Without CWT
With CWT
cwt Cooperatives Working Together


Effect on Milk Prices, by Herd Retirement
Per Hundredweight
$1.00
$0.80
$0.60
$0.40
$0.20
$0.00
2004
2005
2006
2007
2008
2009
Herd Retirement 1
Herd Retirement 2
Herd Retirement 3
Herd Retirement 4
Herd Retirement 5
Herd Retirement 6
cwt
Cooperatives Working Together


Cumulative Change in Producer Milk Revenue Under the CWT
Billions
$7
$6
$5
$4
$3
$2
$1
$0
$0.1
$0.1
$0.3
$0.3
$1.0
$1.0
$2.0
$2.1
$3.2
$3.7
$4.5
$5.3
$5.5
$6.4
2003
2004
2005
2006
2007
2008
2009
With CWT Herd Retirements
With CWT Herd Retirements and Export Program
cwt Cooperatives Working Together

# What CWT does

- Herd retirements make what would have happened if there was no CWT happen faster.

cwt Cooperatives Working Together


U.S. Dairy Cows -- Actual vs. Commercial Needs
Cows in Excess of Commercial Needs
Cows in Deficit to Commercial Needs
No CWT HRP
Thousand Head
500
400
300
200
100
0
-100
-200
-300
2007
2008
2009
2010
2011
Jan-09
Mar-10
Cooperatives Working Together



U.S. Dairy Cows -- Actual vs. Commercial Needs
Cows in Excess of Commercial Needs
Cows in Deficit to Commercial Needs
With CWT HRP
Thousand Head
500
400
300
200
100
0
-100
-200
-300
2007
2008
2009
2010
2011
Jan-09
Sep-09
Cooperatives Working Together

# CWT
# Export Assistance Program
# Review

Cooperatives ®
Working
Together


All CWT Assisted Exports
• 186.0 million pounds of product
• 4.2 billion pounds milk equivalent
Million pounds
100.0
90.0
80.0
70.0
60.0
50.0
40.0
30.0
20.0
10.0
0.0
2004
2005
2006
2007
2008
Cheese
Butter
AMF
WMP
Cooperatives Working Together

# Effect of the CWT Program on the US All Milk Price *

| Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| US All Milk Price | $12.55 | $16.13 | $15.19 | $12.90 | $19.13 | $18.34 | $12.99 |
| CWT Herd Retirement Impact | $0.06 | $0.19 | $0.50 | $0.60 | $0.86 | $0.78 | $0.68 |
| CWT Export Assistance Impact | NA | $0.01 | $0.01 | $0.07 | $0.18 | $0.13 | $0.03 |
| TOTAL CWT Impact | $0.06 | $0.19 | $0.50 | $0.67 | $1.04 | $0.91 | $0.71 |

cwt Cooperatives Working Together

# Thank You

¢wt Cooperatives Working Together