# EXHIBIT 25

M4490 - CWT - JERRY KOZAK

Jerry Kozak

Q Is dairy farming a lucrative business or are there other reasons why people go into it?

A Well, you know, dairy farming isn't really a lucrative business. I think that obviously it's an inherent part of our culture, and I think a lot of people are involved in farming for more things than just the money. But at the same time, obviously, you know, farmers want to be able to make a profit, be able to sustain their families and - and so that's one of the issues that we're trying to deal with.

Q What were the market conditions in general, and the conditions that led up to the establishment of CWT?

A Well, they weren't very good. You know, we had the lowest prices in twenty-five years at the farm level for dairy farmers, and so, you know, we decided at that point that it was time to take a look at helping ourself because we have had government programs, and we have had some other help from other arenas, but none of it seemed to be making a big difference in terms of profitability for dairy farmers, so with those record lows we decided to take a look at CWT.

Q If I could, this isn't one of the questions, but there was a point of real pride that came across with all the farms that I talk to is that this is a program by them and for them.

A Yeah, it is a sense of pride. I think it's a sense

of pride for everybody in the producer community because, as I mentioned, for years I think the general public has looked at dairy farming in some respects as being dependent on the government trough, and this hundred weight program is a program in which it's fully funded by farmers, administered by farmers, and it gives everybody a sense of pride in that the program is working, it's working efficiently, and that we're seeing results. And so rather than have any government assistance or assistance from other arenas, we are doing it ourselves, and I think that is instilling a great deal of pride in the producer community.

Q What about the farmers themselves, are they price makers or price takers?

A Well, you know, I think that in our country, farmers, especially dairy farmers, have been price takers, and I think that involves a lot of issues of - with our structure. You know, we're not vertically integrated as some of the other industries are, and one of the big problems we've had is that the spread between the retail price and what the farmer gets paid has been widening. In fact, I think, you know, farmers get approximately thirty percent of - of the price that consumers pay for at the retail level. And so that's something that we're trying to address by our hundred weight program.

Q How is the CWT program unique?

A Well, it's unique in that I think over the years dairy farmers have been putting a tremendous amount of money out

of their own paychecks, milk check, if you will, into promotion and research, but we've never really tended to look at the supply side of the equation. We - we've done a great job with our promotion money of expanding consumer demand for dairy products, but, at the same time, production in some cases is exceeding consumer demand. So this is the first time that we've looked at the supply side to help balance off the efforts on the promotion side.

Q How do you affect price?

A Well, of course, there are two things that affect price is supply and demand, and, you know, we have paid a great deal of attention to the supply side - sorry.

Q How do you affect price?

A Well, there are two things that affect price, supply and demand. And, you know, we spend a great deal of time and attention to the demand side. This is the first time when we are trying to look at what's happening on the supply side. I mean, any industry, whether it's in dairy farming or if it's producing automobiles, takes a look at supply and demand, and this is a big first step for us in the dairy producer community.

Q Again, off the questions, but it's an investment just like the investment you make on the demand side, isn't it?

A Well, it is an investment. You know, when we first approached cooperatives and our dairy producers, we told them that there was going to have to be a voluntary assessment which, in our

mind, was an investment, you know, an investment which we tried to help calculate out some figures. For instance, we calculated it out that if we had a five cent assessment from individual farmers that we would look at perhaps almost approximately a forty cent return on that investment. I'd take that investment in any portfolio. So it is an investment and it's a commitment, and I think that farmers recognize that when they okayed the program.

Q What kind of return can people expect on this investment we're making?

A Well, you know, when the program first was discussed, obviously, the highest level of interest was what is the return on investment? What do I get back for the nickel assessment that you're going to give me? And we've done some calculations, obviously, and, you know, our original calculations showed that for every nickel that a farmer would put into his investment, or her investment, they should receive at least a forty cent return, which is about an eight fold increase, which is pretty good. Now, some farmers may think that's not high enough, but it was all predicated on the fact that we were only going to assess them a nickel. The higher level the assessment, obviously, the higher rate of return. So I think we're pretty well on track to - to show that that investment has come back.

Q What's the structure? How does CWT actually work?

A Well, you know, the structure of --

Q What's the structure of CWT and how was it actually

reached?

A Well, the structure of CWT is rather unique. We - we created a whole new entity under National Milk Producers Federation, which is a trade association. This is a wholly operated subsidiary of National Milk, it's funded by producers, it's directed by producers, and the CWT Committee consists of National Milk Producer Board of Directors, as well as all of those from the CWT, if you will, community who aren't part of the National Milk organization, so we have at least about fifteen National -- we have fifteen coops who are not part of National who are participating in the program, as well as independent producers, and that's how CWT structure has been formed.

Q How is CWT structured?

A Well, CWT is structured in a way that, you know, National Milk provides the nucleus of the administration of the program, as well as our Board of Directors participating in the CWT Committee, and also consists of non-NMPF coops, as well as independent producers, so it's a wide swath of people who are involved in the program.

Q It's a big program, it sounds like it would cost a lot to administer it and to maintain it.

A Well, it is a big program, but, you know, one of the things that we're most proud of is that when we put this program together, we - we made a pledge to our farmers that the money that we were going to collect was going to go into

purchasing the cows, the export assistance and the milk reduction program. We were going to tailor this program in a way that was going to minimize the amount of people we put on staff. The program this year is probably about fifty-five million dollars, and we hired two people. Now, tell me what government program would put in a fifty-five million dollar program and only have two people hired? So we've only hired two people. We contracted with some others, obviously, but when their job was done, they were done. And we've used very little administration in terms of the money we've collected, so we're really proud of it. It just shows that, you know, you don't need a whole lot of people to get the job done, and we're - we're just really proud of it.

Q What were CWT's goals?

A Well, CWT's goals were primarily two things. One is, we wanted to impact the milk price in a way that we would help stabilize and strengthen it. Many farmers all around the country said it wasn't just the level of the price that they received that was important, but it was the consistency, rather, the ups and downs and the peaks. You know, most of us get a paycheck every two weeks so we can count on how much money we're going to have each month, where farmers are dependent on what that milk price is going to be each - each month of those twelve months, so our - our goal was to strengthen the price but also to stabilize it. The second goal was to demonstrate that farmers can work together, whether they're in California, in Vermont, or Wisconsin, or in

South Dakota. That - that all farmers working together in a unified effort for the benefit of all farmers is the way to go for the long term future. We only have 70,000 farmers left in our country, dairy farmers, and, you know, we need to make sure that all of us are pulling in the same direction on these issues, so that's part -that was the purpose of (inaudible).

Q What were the goals set for CWT?

A Well, there were two goals set for CWT. One was the economics, to try to impact the producer price in a way that would not only strengthen it but would also stabilize it. And then the second goal was obviously on a national effort, to try to unify producers, whether they're a member of National Milk or whether they're a member of another coop that isn't part of National Milk, or they're an independent producer, to all be pulling in the same direction on some of these policy issues.

Q We're half way through this first year, how do you judge the success of CWT?

A Well, it won't be us who judges CWT, it'll be the farmers. And, you know, I think farmers are going to look at the fact that the price was about $11.10 in the spring when we began the negotiations, and I think at last count it was about $14.80. So, you know, they're going to be the ultimate judge of what has happened. Has CWT contributed to that increase? Absolutely. How much of that increase we can attribute to CWT? We're looking at that right now. But the fact of it is is that the marketplace

conditions and the profitability for dairy farming is at a much higher level now than when we started CWT, and I think that's how ultimately farmers will judge it.

Q We're six months into the program, how has it impacted the market through those months?

A Well, it's funny, because, you know, as soon as we started the discussions with CWT, the futures market started to react. We saw, you know, a jump in prices. We're only half way through the program and we haven't exercised the export assistance program, but if you look at the level of prices over the past six months, it's been phenomenal. So I think that we've had a great deal of impact. How much we can attribute to hundred weight is what we're trying to analyze now. Obviously, there are other market forces that contribute to it, but we're - we're pretty well pleased that we've had a major impact on producer prices with the hundred weight program.

Q So the program's been successful. Are you done?

A No, we're not done. You know, one of the goals we've had is to make CWT a long term program because we need something that's going to be available to us as we see the peaks and valleys of milk prices in the future. You know, it's sort of like an insurance policy. Nobody likes paying those premiums, but, God forbid, when you have an accident or you need your insurance, you're happy you've paid those premiums. Now that we've demonstrated that we've had some success with the hundred

weight program, I sure wouldn't want us to see us pull this hundred - this - the insurance program way.

Q So it's been a success. You're done?

A No, we're not done. In fact, one of the things that we're looking at is making CWT a longer term program. You know, it sort of reminds me of an insurance policy. You know, nobody likes to pay the premiums, but if you have to use your insurance because you've had an accident or some other kind of catastrophe, you're happy you've done it. With CWT in place now and the impact it's had, I'm not sure if farmers want to take the risk of removing that insurance policy.

Q You have had success at five cents. Did you look at any other possibilities?

A Look at my beard and you'll see it, it's --

Q You had great success at a nickel, were there any other possibilities or options you looked at?

A Well, you know, we first designed the program to be a larger scale program with an eighteen cent assessment, but, you know, with market conditions, discussions amongst farmers as to what was practical, we scaled it down to a nickel. We've been highly successful at a nickel. If we had more money, of course we would have been more successful. We - we've demonstrated that the level of interest in the program was much higher than what we could afford to pay with the nickel. But on the same token, this is a business that's being run by producers and it was their

decision to have a five cent assessment, and I think it was a - was a good decision.

Q Why were there several dimensions to this program?

A Well, you know, when you put together a national program that is going to be voluntary and voted on by the individual producers to participate in a program, it was critical for us to put something in the program that would attract the attention and the interest of producers all across the country. Some farmers thought the Herd Retirement Program should stand by itself. Others thought that we should only have an Export Assistance Program. Some others were very much interested in the Regional Milk Production Program. So we decided that if we were going to be successful, we were going to have a multi-dimensional approach that everybody would hate just a little bit.

Q Why does the program have different dimensions to it?

A Well, when you're designing a national program with different regions all across the country, farmers participating, I thought it was critical that we would have a multi-dimensional program that we could, just like your own portfolio is --

Q Why would a program like this have different dimensions, different prongs to it?

A Well, it's sort of like your own stock portfolio. You know, you don't put all of your money into just one stock. This was a multi-dimensional program that we could use to exercise

our options, if you will, when we needed to. For instance, the Export Assistance Program now is going to be done in the spring when we see prices coming down. The Herd Retirement Program was envisioned to do it early on because the impact of taking the cows out of the herd was going to show dividends later in the program. And then the Milk Reduction Program, that's a program that has to be run on a yearly basis to yield any results. So with the multi-dimensional program, we're able to sort of run the business and adapt it to market conditions.

Q Why does a program like this have different dimensions, and what function do each of those serve?

A Well, when you're putting and designing a national program, you have to attract the interest of a wide variation of individuals. Since it was going to be a producer funded program, there was a high level of interest in having different components to meet different demands, and so we designed a program so that it would attract the interests of a wide variety of people.

Q Why the different dimensions to a program like this?

A Well, I think there are two reasons. One is, first of all, you're designing a national program so you have to attract the interest of farmers all across the country. And secondly, you want to be able to have a program that we could execute in a way that would achieve the goals of the program, and so, thus, we have the Herd Retirement, the Export Assistance, and the Milk Reduction

Program, and all three of those play a different role at a different time during this period of time.

Q Why the different dimensions? Why the different aspects to this program?

A Well, two reasons. One is we're designing a national program so we had to attract the interest of a wide variety of farmers in the programs. And secondly, we wanted to be in a position to execute this program in a timely fashion and have the most impact on the milk price. So by having a Herd Retirement Program, an Export Assistance Program, and a Milk Market Reduction Program, that allowed us to space out some of the programs and get the biggest bang for the producer's buck.

Q Why the different dimensions of this program, and, more importantly, how do each of the aspects interrelate? How do interrelate?

A Well, they relate --

Q Why are there different components to this program, and now do each of those components interrelate?

A Well, there were different components because each one of those components was designed to produce a desired impact. So, for instance, in the Herd Retirement, we're taking out a certain amount of milk by taking out the cows out of the herds. We're doing it over a short period of time because those - picking out those cows --

Q Why does a program like this have different

components, and how do those components all inter-react?

A Well, first of all, I think one size doesn't fit all when you're putting together a national program. And so, you know, the programs inter-react very well because when you look at the Herd Retirement, the results of retiring cows from the herd show up several months after the - the program is - is finished. On the Export Assistance Program, we expect that we will see an immediate result when we send a signal to the marketplace that we've exported X amount of product out of the country. And on the Milk Reduction Program, it's a program that has to run for twelve months to show any results, so we needed to initiate that at a time and place. So they inter-react by the nature of their programs, and they help us get the biggest bang for the producer's buck as we execute the program.

Q Some critics would say that the farms that were chosen for this would have gone out of business anyway. How do you react to that?

A Well, I react to it by saying this. That's probably true in some respect. But on the other hand, we saw in the level of bids that we received and in the letters that we received attached to bids that farmers wanted a graceful exit. Many farmers didn't want to sell their cows to their neighbors. I was told that. In this case, we're taking the cows --

Q Critics might say that you're just helping out farmers that were going to go out of business anyway, so what

impact did the program have?

A Yeah, some farmers have said well, you know, wouldn't these farms have gone out of business anyway? And the answer probably is, in some respects, yes. But in other respects, there are many farmers who bid in the program because they wanted an honorable exit, they wanted to sell their cows in a way that would help contribute to the producer community. So the farms may have gone out of business, but those cows would not have gone out of the national herd. The way CWT worked was that we physically removed those cows from the herd and it benefitted all of those farmers who were staying in business.

# EXHIBIT 25

M4490 - CWT - JERRY KOZAK

Jerry Kozak

Q Is dairy farming a lucrative business or are there other reasons why people go into it?

A Well, you know, dairy farming isn't really a lucrative business. I think that obviously it's an inherent part of our culture, and I think a lot of people are involved in farming for more things than just the money. But at the same time, obviously, you know, farmers want to be able to make a profit, be able to sustain their families and - and so that's one of the issues that we're trying to deal with.

Q What were the market conditions in general, and the conditions that led up to the establishment of CWT?

A Well, they weren't very good. You know, we had the lowest prices in twenty-five years at the farm level for dairy farmers, and so, you know, we decided at that point that it was time to take a look at helping ourself because we have had government programs, and we have had some other help from other arenas, but none of it seemed to be making a big difference in terms of profitability for dairy farmers, so with those record lows we decided to take a look at CWT.

Q If I could, this isn't one of the questions, but there was a point of real pride that came across with all the farms that I talk to is that this is a program by them and for them.

A Yeah, it is a sense of pride. I think it's a sense

of pride for everybody in the producer community because, as I mentioned, for years I think the general public has looked at dairy farming in some respects as being dependent on the government trough, and this hundred weight program is a program in which it's fully funded by farmers, administered by farmers, and it gives everybody a sense of pride in that the program is working, it's working efficiently, and that we're seeing results. And so rather than have any government assistance or assistance from other arenas, we are doing it ourselves, and I think that is instilling a great deal of pride in the producer community.

Q What about the farmers themselves, are they price makers or price takers?

A Well, you know, I think that in our country, farmers, especially dairy farmers, have been price takers, and I think that involves a lot of issues of - with our structure. You know, we're not vertically integrated as some of the other industries are, and one of the big problems we've had is that the spread between the retail price and what the farmer gets paid has been widening. In fact, I think, you know, farmers get approximately thirty percent of - of the price that consumers pay for at the retail level. And so that's something that we're trying to address by our hundred weight program.

Q How is the CWT program unique?

A Well, it's unique in that I think over the years dairy farmers have been putting a tremendous amount of money out

of their own paychecks, milk check, if you will, into promotion and research, but we've never really tended to look at the supply side of the equation. We - we've done a great job with our promotion money of expanding consumer demand for dairy products, but, at the same time, production in some cases is exceeding consumer demand. So this is the first time that we've looked at the supply side to help balance off the efforts on the promotion side.

Q How do you affect price?

A Well, of course, there are two things that affect price is supply and demand, and, you know, we have paid a great deal of attention to the supply side - sorry.

Q How do you affect price?

A Well, there are two things that affect price, supply and demand. And, you know, we spend a great deal of time and attention to the demand side. This is the first time when we are trying to look at what's happening on the supply side. I mean, any industry, whether it's in dairy farming or if it's producing automobiles, takes a look at supply and demand, and this is a big first step for us in the dairy producer community.

Q Again, off the questions, but it's an investment just like the investment you make on the demand side, isn't it?

A Well, it is an investment. You know, when we first approached cooperatives and our dairy producers, we told them that there was going to have to be a voluntary assessment which, in our

mind, was an investment, you know, an investment which we tried to help calculate out some figures. For instance, we calculated it out that if we had a five cent assessment from individual farmers that we would look at perhaps almost approximately a forty cent return on that investment. I'd take that investment in any portfolio. So it is an investment and it's a commitment, and I think that farmers recognize that when they okayed the program.

Q What kind of return can people expect on this investment we're making?

A Well, you know, when the program first was discussed, obviously, the highest level of interest was what is the return on investment? What do I get back for the nickel assessment that you're going to give me? And we've done some calculations, obviously, and, you know, our original calculations showed that for every nickel that a farmer would put into his investment, or her investment, they should receive at least a forty cent return, which is about an eight fold increase, which is pretty good. Now, some farmers may think that's not high enough, but it was all predicated on the fact that we were only going to assess them a nickel. The higher level the assessment, obviously, the higher rate of return. So I think we're pretty well on track to - to show that that investment has come back.

Q What's the structure? How does CWT actually work?

A Well, you know, the structure of --

Q What's the structure of CWT and how was it actually

reached?

A Well, the structure of CWT is rather unique. We - we created a whole new entity under National Milk Producers Federation, which is a trade association. This is a wholly operated subsidiary of National Milk, it's funded by producers, it's directed by producers, and the CWT Committee consists of National Milk Producer Board of Directors, as well as all of those from the CWT, if you will, community who aren't part of the National Milk organization, so we have at least about fifteen National -- we have fifteen coops who are not part of National who are participating in the program, as well as independent producers, and that's how CWT structure has been formed.

Q How is CWT structured?

A Well, CWT is structured in a way that, you know, National Milk provides the nucleus of the administration of the program, as well as our Board of Directors participating in the CWT Committee, and also consists of non-NMPF coops, as well as independent producers, so it's a wide swath of people who are involved in the program.

Q It's a big program, it sounds like it would cost a lot to administer it and to maintain it.

A Well, it is a big program, but, you know, one of the things that we're most proud of is that when we put this program together, we - we made a pledge to our farmers that the money that we were going to collect was going to go into

purchasing the cows, the export assistance and the milk reduction program. We were going to tailor this program in a way that was going to minimize the amount of people we put on staff. The program this year is probably about fifty-five million dollars, and we hired two people. Now, tell me what government program would put in a fifty-five million dollar program and only have two people hired? So we've only hired two people. We contracted with some others, obviously, but when their job was done, they were done. And we've used very little administration in terms of the money we've collected, so we're really proud of it. It just shows that, you know, you don't need a whole lot of people to get the job done, and we're - we're just really proud of it.

Q What were CWT's goals?

A Well, CWT's goals were primarily two things. One is, we wanted to impact the milk price in a way that we would help stabilize and strengthen it. Many farmers all around the country said it wasn't just the level of the price that they received that was important, but it was the consistency, rather, the ups and downs and the peaks. You know, most of us get a paycheck every two weeks so we can count on how much money we're going to have each month, where farmers are dependent on what that milk price is going to be each - each month of those twelve months, so our - our goal was to strengthen the price but also to stabilize it. The second goal was to demonstrate that farmers can work together, whether they're in California, in Vermont, or Wisconsin, or in

South Dakota. That - that all farmers working together in a unified effort for the benefit of all farmers is the way to go for the long term future. We only have 70,000 farmers left in our country, dairy farmers, and, you know, we need to make sure that all of us are pulling in the same direction on these issues, so that's part -that was the purpose of (inaudible).

Q What were the goals set for CWT?

A Well, there were two goals set for CWT. One was the economics, to try to impact the producer price in a way that would not only strengthen it but would also stabilize it. And then the second goal was obviously on a national effort, to try to unify producers, whether they're a member of National Milk or whether they're a member of another coop that isn't part of National Milk, or they're an independent producer, to all be pulling in the same direction on some of these policy issues.

Q We're half way through this first year, how do you judge the success of CWT?

A Well, it won't be us who judges CWT, it'll be the farmers. And, you know, I think farmers are going to look at the fact that the price was about $11.10 in the spring when we began the negotiations, and I think at last count it was about $14.80. So, you know, they're going to be the ultimate judge of what has happened. Has CWT contributed to that increase? Absolutely. How much of that increase we can attribute to CWT? We're looking at that right now. But the fact of it is is that the marketplace

conditions and the profitability for dairy farming is at a much higher level now than when we started CWT, and I think that's how ultimately farmers will judge it.

Q We're six months into the program, how has it impacted the market through those months?

A Well, it's funny, because, you know, as soon as we started the discussions with CWT, the futures market started to react. We saw, you know, a jump in prices. We're only half way through the program and we haven't exercised the export assistance program, but if you look at the level of prices over the past six months, it's been phenomenal. So I think that we've had a great deal of impact. How much we can attribute to hundred weight is what we're trying to analyze now. Obviously, there are other market forces that contribute to it, but we're - we're pretty well pleased that we've had a major impact on producer prices with the hundred weight program.

Q So the program's been successful. Are you done?

A No, we're not done. You know, one of the goals we've had is to make CWT a long term program because we need something that's going to be available to us as we see the peaks and valleys of milk prices in the future. You know, it's sort of like an insurance policy. Nobody likes paying those premiums, but, God forbid, when you have an accident or you need your insurance, you're happy you've paid those premiums. Now that we've demonstrated that we've had some success with the hundred

weight program, I sure wouldn't want us to see us pull this hundred - this - the insurance program way.

Q So it's been a success. You're done?

A No, we're not done. In fact, one of the things that we're looking at is making CWT a longer term program. You know, it sort of reminds me of an insurance policy. You know, nobody likes to pay the premiums, but if you have to use your insurance because you've had an accident or some other kind of catastrophe, you're happy you've done it. With CWT in place now and the impact it's had, I'm not sure if farmers want to take the risk of removing that insurance policy.

Q You have had success at five cents. Did you look at any other possibilities?

A Look at my beard and you'll see it, it's --

Q You had great success at a nickel, were there any other possibilities or options you looked at?

A Well, you know, we first designed the program to be a larger scale program with an eighteen cent assessment, but, you know, with market conditions, discussions amongst farmers as to what was practical, we scaled it down to a nickel. We've been highly successful at a nickel. If we had more money, of course we would have been more successful. We - we've demonstrated that the level of interest in the program was much higher than what we could afford to pay with the nickel. But on the same token, this is a business that's being run by producers and it was their

decision to have a five cent assessment, and I think it was a - was a good decision.

Q Why were there several dimensions to this program?

A Well, you know, when you put together a national program that is going to be voluntary and voted on by the individual producers to participate in a program, it was critical for us to put something in the program that would attract the attention and the interest of producers all across the country. Some farmers thought the Herd Retirement Program should stand by itself. Others thought that we should only have an Export Assistance Program. Some others were very much interested in the Regional Milk Production Program. So we decided that if we were going to be successful, we were going to have a multi-dimensional approach that everybody would hate just a little bit.

Q Why does the program have different dimensions to it?

A Well, when you're designing a national program with different regions all across the country, farmers participating, I thought it was critical that we would have a multi-dimensional program that we could, just like your own portfolio is --

Q Why would a program like this have different dimensions, different prongs to it?

A Well, it's sort of like your own stock portfolio. You know, you don't put all of your money into just one stock. This was a multi-dimensional program that we could use to exercise

our options, if you will, when we needed to. For instance, the Export Assistance Program now is going to be done in the spring when we see prices coming down. The Herd Retirement Program was envisioned to do it early on because the impact of taking the cows out of the herd was going to show dividends later in the program. And then the Milk Reduction Program, that's a program that has to be run on a yearly basis to yield any results. So with the multi-dimensional program, we're able to sort of run the business and adapt it to market conditions.

Q Why does a program like this have different dimensions, and what function do each of those serve?

A Well, when you're putting and designing a national program, you have to attract the interest of a wide variation of individuals. Since it was going to be a producer funded program, there was a high level of interest in having different components to meet different demands, and so we designed a program so that it would attract the interests of a wide variety of people.

Q Why the different dimensions to a program like this?

A Well, I think there are two reasons. One is, first of all, you're designing a national program so you have to attract the interest of farmers all across the country. And secondly, you want to be able to have a program that we could execute in a way that would achieve the goals of the program, and so, thus, we have the Herd Retirement, the Export Assistance, and the Milk Reduction

Program, and all three of those play a different role at a different time during this period of time.

Q Why the different dimensions? Why the different aspects to this program?

A Well, two reasons. One is we're designing a national program so we had to attract the interest of a wide variety of farmers in the programs. And secondly, we wanted to be in a position to execute this program in a timely fashion and have the most impact on the milk price. So by having a Herd Retirement Program, an Export Assistance Program, and a Milk Market Reduction Program, that allowed us to space out some of the programs and get the biggest bang for the producer's buck.

Q Why the different dimensions of this program, and, more importantly, how do each of the aspects interrelate? How do interrelate?

A Well, they relate --

Q Why are there different components to this program, and now do each of those components interrelate?

A Well, there were different components because each one of those components was designed to produce a desired impact. So, for instance, in the Herd Retirement, we're taking out a certain amount of milk by taking out the cows out of the herds. We're doing it over a short period of time because those - picking out those cows --

Q Why does a program like this have different

components, and how do those components all inter-react?

A Well, first of all, I think one size doesn't fit all when you're putting together a national program. And so, you know, the programs inter-react very well because when you look at the Herd Retirement, the results of retiring cows from the herd show up several months after the - the program is - is finished. On the Export Assistance Program, we expect that we will see an immediate result when we send a signal to the marketplace that we've exported X amount of product out of the country. And on the Milk Reduction Program, it's a program that has to run for twelve months to show any results, so we needed to initiate that at a time and place. So they inter-react by the nature of their programs, and they help us get the biggest bang for the producer's buck as we execute the program.

Q Some critics would say that the farms that were chosen for this would have gone out of business anyway. How do you react to that?

A Well, I react to it by saying this. That's probably true in some respect. But on the other hand, we saw in the level of bids that we received and in the letters that we received attached to bids that farmers wanted a graceful exit. Many farmers didn't want to sell their cows to their neighbors. I was told that. In this case, we're taking the cows --

Q Critics might say that you're just helping out farmers that were going to go out of business anyway, so what

impact did the program have?

A Yeah, some farmers have said well, you know, wouldn't these farms have gone out of business anyway? And the answer probably is, in some respects, yes. But in other respects, there are many farmers who bid in the program because they wanted an honorable exit, they wanted to sell their cows in a way that would help contribute to the producer community. So the farms may have gone out of business, but those cows would not have gone out of the national herd. The way CWT worked was that we physically removed those cows from the herd and it benefitted all of those farmers who were staying in business.

# EXHIBIT 25

M4490 - CWT - JERRY KOZAK

Jerry Kozak

Q Is dairy farming a lucrative business or are there other reasons why people go into it?

A Well, you know, dairy farming isn't really a lucrative business. I think that obviously it's an inherent part of our culture, and I think a lot of people are involved in farming for more things than just the money. But at the same time, obviously, you know, farmers want to be able to make a profit, be able to sustain their families and - and so that's one of the issues that we're trying to deal with.

Q What were the market conditions in general, and the conditions that led up to the establishment of CWT?

A Well, they weren't very good. You know, we had the lowest prices in twenty-five years at the farm level for dairy farmers, and so, you know, we decided at that point that it was time to take a look at helping ourself because we have had government programs, and we have had some other help from other arenas, but none of it seemed to be making a big difference in terms of profitability for dairy farmers, so with those record lows we decided to take a look at CWT.

Q If I could, this isn't one of the questions, but there was a point of real pride that came across with all the farms that I talk to is that this is a program by them and for them.

A Yeah, it is a sense of pride. I think it's a sense

of pride for everybody in the producer community because, as I mentioned, for years I think the general public has looked at dairy farming in some respects as being dependent on the government trough, and this hundred weight program is a program in which it's fully funded by farmers, administered by farmers, and it gives everybody a sense of pride in that the program is working, it's working efficiently, and that we're seeing results. And so rather than have any government assistance or assistance from other arenas, we are doing it ourselves, and I think that is instilling a great deal of pride in the producer community.

Q What about the farmers themselves, are they price makers or price takers?

A Well, you know, I think that in our country, farmers, especially dairy farmers, have been price takers, and I think that involves a lot of issues of - with our structure. You know, we're not vertically integrated as some of the other industries are, and one of the big problems we've had is that the spread between the retail price and what the farmer gets paid has been widening. In fact, I think, you know, farmers get approximately thirty percent of - of the price that consumers pay for at the retail level. And so that's something that we're trying to address by our hundred weight program.

Q How is the CWT program unique?

A Well, it's unique in that I think over the years dairy farmers have been putting a tremendous amount of money out

of their own paychecks, milk check, if you will, into promotion and research, but we've never really tended to look at the supply side of the equation. We - we've done a great job with our promotion money of expanding consumer demand for dairy products, but, at the same time, production in some cases is exceeding consumer demand. So this is the first time that we've looked at the supply side to help balance off the efforts on the promotion side.

Q How do you affect price?

A Well, of course, there are two things that affect price is supply and demand, and, you know, we have paid a great deal of attention to the supply side - sorry.

Q How do you affect price?

A Well, there are two things that affect price, supply and demand. And, you know, we spend a great deal of time and attention to the demand side. This is the first time when we are trying to look at what's happening on the supply side. I mean, any industry, whether it's in dairy farming or if it's producing automobiles, takes a look at supply and demand, and this is a big first step for us in the dairy producer community.

Q Again, off the questions, but it's an investment just like the investment you make on the demand side, isn't it?

A Well, it is an investment. You know, when we first approached cooperatives and our dairy producers, we told them that there was going to have to be a voluntary assessment which, in our

mind, was an investment, you know, an investment which we tried to help calculate out some figures. For instance, we calculated it out that if we had a five cent assessment from individual farmers that we would look at perhaps almost approximately a forty cent return on that investment. I'd take that investment in any portfolio. So it is an investment and it's a commitment, and I think that farmers recognize that when they okayed the program.

Q What kind of return can people expect on this investment we're making?

A Well, you know, when the program first was discussed, obviously, the highest level of interest was what is the return on investment? What do I get back for the nickel assessment that you're going to give me? And we've done some calculations, obviously, and, you know, our original calculations showed that for every nickel that a farmer would put into his investment, or her investment, they should receive at least a forty cent return, which is about an eight fold increase, which is pretty good. Now, some farmers may think that's not high enough, but it was all predicated on the fact that we were only going to assess them a nickel. The higher level the assessment, obviously, the higher rate of return. So I think we're pretty well on track to - to show that that investment has come back.

Q What's the structure? How does CWT actually work?

A Well, you know, the structure of --

Q What's the structure of CWT and how was it actually

reached?

A Well, the structure of CWT is rather unique. We - we created a whole new entity under National Milk Producers Federation, which is a trade association. This is a wholly operated subsidiary of National Milk, it's funded by producers, it's directed by producers, and the CWT Committee consists of National Milk Producer Board of Directors, as well as all of those from the CWT, if you will, community who aren't part of the National Milk organization, so we have at least about fifteen National -- we have fifteen coops who are not part of National who are participating in the program, as well as independent producers, and that's how CWT structure has been formed.

Q How is CWT structured?

A Well, CWT is structured in a way that, you know, National Milk provides the nucleus of the administration of the program, as well as our Board of Directors participating in the CWT Committee, and also consists of non-NMPF coops, as well as independent producers, so it's a wide swath of people who are involved in the program.

Q It's a big program, it sounds like it would cost a lot to administer it and to maintain it.

A Well, it is a big program, but, you know, one of the things that we're most proud of is that when we put this program together, we - we made a pledge to our farmers that the money that we were going to collect was going to go into

purchasing the cows, the export assistance and the milk reduction program. We were going to tailor this program in a way that was going to minimize the amount of people we put on staff. The program this year is probably about fifty-five million dollars, and we hired two people. Now, tell me what government program would put in a fifty-five million dollar program and only have two people hired? So we've only hired two people. We contracted with some others, obviously, but when their job was done, they were done. And we've used very little administration in terms of the money we've collected, so we're really proud of it. It just shows that, you know, you don't need a whole lot of people to get the job done, and we're - we're just really proud of it.

Q What were CWT's goals?

A Well, CWT's goals were primarily two things. One is, we wanted to impact the milk price in a way that we would help stabilize and strengthen it. Many farmers all around the country said it wasn't just the level of the price that they received that was important, but it was the consistency, rather, the ups and downs and the peaks. You know, most of us get a paycheck every two weeks so we can count on how much money we're going to have each month, where farmers are dependent on what that milk price is going to be each - each month of those twelve months, so our - our goal was to strengthen the price but also to stabilize it. The second goal was to demonstrate that farmers can work together, whether they're in California, in Vermont, or Wisconsin, or in

South Dakota. That - that all farmers working together in a unified effort for the benefit of all farmers is the way to go for the long term future. We only have 70,000 farmers left in our country, dairy farmers, and, you know, we need to make sure that all of us are pulling in the same direction on these issues, so that's part -that was the purpose of (inaudible).

Q What were the goals set for CWT?

A Well, there were two goals set for CWT. One was the economics, to try to impact the producer price in a way that would not only strengthen it but would also stabilize it. And then the second goal was obviously on a national effort, to try to unify producers, whether they're a member of National Milk or whether they're a member of another coop that isn't part of National Milk, or they're an independent producer, to all be pulling in the same direction on some of these policy issues.

Q We're half way through this first year, how do you judge the success of CWT?

A Well, it won't be us who judges CWT, it'll be the farmers. And, you know, I think farmers are going to look at the fact that the price was about $11.10 in the spring when we began the negotiations, and I think at last count it was about $14.80. So, you know, they're going to be the ultimate judge of what has happened. Has CWT contributed to that increase? Absolutely. How much of that increase we can attribute to CWT? We're looking at that right now. But the fact of it is is that the marketplace

conditions and the profitability for dairy farming is at a much higher level now than when we started CWT, and I think that's how ultimately farmers will judge it.

Q We're six months into the program, how has it impacted the market through those months?

A Well, it's funny, because, you know, as soon as we started the discussions with CWT, the futures market started to react. We saw, you know, a jump in prices. We're only half way through the program and we haven't exercised the export assistance program, but if you look at the level of prices over the past six months, it's been phenomenal. So I think that we've had a great deal of impact. How much we can attribute to hundred weight is what we're trying to analyze now. Obviously, there are other market forces that contribute to it, but we're - we're pretty well pleased that we've had a major impact on producer prices with the hundred weight program.

Q So the program's been successful. Are you done?

A No, we're not done. You know, one of the goals we've had is to make CWT a long term program because we need something that's going to be available to us as we see the peaks and valleys of milk prices in the future. You know, it's sort of like an insurance policy. Nobody likes paying those premiums, but, God forbid, when you have an accident or you need your insurance, you're happy you've paid those premiums. Now that we've demonstrated that we've had some success with the hundred

weight program, I sure wouldn't want us to see us pull this hundred - this - the insurance program way.

Q So it's been a success. You're done?

A No, we're not done. In fact, one of the things that we're looking at is making CWT a longer term program. You know, it sort of reminds me of an insurance policy. You know, nobody likes to pay the premiums, but if you have to use your insurance because you've had an accident or some other kind of catastrophe, you're happy you've done it. With CWT in place now and the impact it's had, I'm not sure if farmers want to take the risk of removing that insurance policy.

Q You have had success at five cents. Did you look at any other possibilities?

A Look at my beard and you'll see it, it's --

Q You had great success at a nickel, were there any other possibilities or options you looked at?

A Well, you know, we first designed the program to be a larger scale program with an eighteen cent assessment, but, you know, with market conditions, discussions amongst farmers as to what was practical, we scaled it down to a nickel. We've been highly successful at a nickel. If we had more money, of course we would have been more successful. We - we've demonstrated that the level of interest in the program was much higher than what we could afford to pay with the nickel. But on the same token, this is a business that's being run by producers and it was their

decision to have a five cent assessment, and I think it was a - was a good decision.

Q Why were there several dimensions to this program?

A Well, you know, when you put together a national program that is going to be voluntary and voted on by the individual producers to participate in a program, it was critical for us to put something in the program that would attract the attention and the interest of producers all across the country. Some farmers thought the Herd Retirement Program should stand by itself. Others thought that we should only have an Export Assistance Program. Some others were very much interested in the Regional Milk Production Program. So we decided that if we were going to be successful, we were going to have a multi-dimensional approach that everybody would hate just a little bit.

Q Why does the program have different dimensions to it?

A Well, when you're designing a national program with different regions all across the country, farmers participating, I thought it was critical that we would have a multi-dimensional program that we could, just like your own portfolio is --

Q Why would a program like this have different dimensions, different prongs to it?

A Well, it's sort of like your own stock portfolio. You know, you don't put all of your money into just one stock. This was a multi-dimensional program that we could use to exercise

our options, if you will, when we needed to. For instance, the Export Assistance Program now is going to be done in the spring when we see prices coming down. The Herd Retirement Program was envisioned to do it early on because the impact of taking the cows out of the herd was going to show dividends later in the program. And then the Milk Reduction Program, that's a program that has to be run on a yearly basis to yield any results. So with the multi-dimensional program, we're able to sort of run the business and adapt it to market conditions.

Q Why does a program like this have different dimensions, and what function do each of those serve?

A Well, when you're putting and designing a national program, you have to attract the interest of a wide variation of individuals. Since it was going to be a producer funded program, there was a high level of interest in having different components to meet different demands, and so we designed a program so that it would attract the interests of a wide variety of people.

Q Why the different dimensions to a program like this?

A Well, I think there are two reasons. One is, first of all, you're designing a national program so you have to attract the interest of farmers all across the country. And secondly, you want to be able to have a program that we could execute in a way that would achieve the goals of the program, and so, thus, we have the Herd Retirement, the Export Assistance, and the Milk Reduction

Program, and all three of those play a different role at a different time during this period of time.

Q Why the different dimensions? Why the different aspects to this program?

A Well, two reasons. One is we're designing a national program so we had to attract the interest of a wide variety of farmers in the programs. And secondly, we wanted to be in a position to execute this program in a timely fashion and have the most impact on the milk price. So by having a Herd Retirement Program, an Export Assistance Program, and a Milk Market Reduction Program, that allowed us to space out some of the programs and get the biggest bang for the producer's buck.

Q Why the different dimensions of this program, and, more importantly, how do each of the aspects interrelate? How do interrelate?

A Well, they relate --

Q Why are there different components to this program, and now do each of those components interrelate?

A Well, there were different components because each one of those components was designed to produce a desired impact. So, for instance, in the Herd Retirement, we're taking out a certain amount of milk by taking out the cows out of the herds. We're doing it over a short period of time because those - picking out those cows --

Q Why does a program like this have different

components, and how do those components all inter-react?

A Well, first of all, I think one size doesn't fit all when you're putting together a national program. And so, you know, the programs inter-react very well because when you look at the Herd Retirement, the results of retiring cows from the herd show up several months after the - the program is - is finished. On the Export Assistance Program, we expect that we will see an immediate result when we send a signal to the marketplace that we've exported X amount of product out of the country. And on the Milk Reduction Program, it's a program that has to run for twelve months to show any results, so we needed to initiate that at a time and place. So they inter-react by the nature of their programs, and they help us get the biggest bang for the producer's buck as we execute the program.

Q Some critics would say that the farms that were chosen for this would have gone out of business anyway. How do you react to that?

A Well, I react to it by saying this. That's probably true in some respect. But on the other hand, we saw in the level of bids that we received and in the letters that we received attached to bids that farmers wanted a graceful exit. Many farmers didn't want to sell their cows to their neighbors. I was told that. In this case, we're taking the cows --

Q Critics might say that you're just helping out farmers that were going to go out of business anyway, so what

impact did the program have?

A Yeah, some farmers have said well, you know, wouldn't these farms have gone out of business anyway? And the answer probably is, in some respects, yes. But in other respects, there are many farmers who bid in the program because they wanted an honorable exit, they wanted to sell their cows in a way that would help contribute to the producer community. So the farms may have gone out of business, but those cows would not have gone out of the national herd. The way CWT worked was that we physically removed those cows from the herd and it benefitted all of those farmers who were staying in business.

# EXHIBIT 25

M4490 - CWT - JERRY KOZAK

Jerry Kozak

Q Is dairy farming a lucrative business or are there other reasons why people go into it?

A Well, you know, dairy farming isn't really a lucrative business. I think that obviously it's an inherent part of our culture, and I think a lot of people are involved in farming for more things than just the money. But at the same time, obviously, you know, farmers want to be able to make a profit, be able to sustain their families and - and so that's one of the issues that we're trying to deal with.

Q What were the market conditions in general, and the conditions that led up to the establishment of CWT?

A Well, they weren't very good. You know, we had the lowest prices in twenty-five years at the farm level for dairy farmers, and so, you know, we decided at that point that it was time to take a look at helping ourself because we have had government programs, and we have had some other help from other arenas, but none of it seemed to be making a big difference in terms of profitability for dairy farmers, so with those record lows we decided to take a look at CWT.

Q If I could, this isn't one of the questions, but there was a point of real pride that came across with all the farms that I talk to is that this is a program by them and for them.

A Yeah, it is a sense of pride. I think it's a sense

of pride for everybody in the producer community because, as I mentioned, for years I think the general public has looked at dairy farming in some respects as being dependent on the government trough, and this hundred weight program is a program in which it's fully funded by farmers, administered by farmers, and it gives everybody a sense of pride in that the program is working, it's working efficiently, and that we're seeing results. And so rather than have any government assistance or assistance from other arenas, we are doing it ourselves, and I think that is instilling a great deal of pride in the producer community.

Q What about the farmers themselves, are they price makers or price takers?

A Well, you know, I think that in our country, farmers, especially dairy farmers, have been price takers, and I think that involves a lot of issues of - with our structure. You know, we're not vertically integrated as some of the other industries are, and one of the big problems we've had is that the spread between the retail price and what the farmer gets paid has been widening. In fact, I think, you know, farmers get approximately thirty percent of - of the price that consumers pay for at the retail level. And so that's something that we're trying to address by our hundred weight program.

Q How is the CWT program unique?

A Well, it's unique in that I think over the years dairy farmers have been putting a tremendous amount of money out

of their own paychecks, milk check, if you will, into promotion and research, but we've never really tended to look at the supply side of the equation. We - we've done a great job with our promotion money of expanding consumer demand for dairy products, but, at the same time, production in some cases is exceeding consumer demand. So this is the first time that we've looked at the supply side to help balance off the efforts on the promotion side.

Q How do you affect price?

A Well, of course, there are two things that affect price is supply and demand, and, you know, we have paid a great deal of attention to the supply side - sorry.

Q How do you affect price?

A Well, there are two things that affect price, supply and demand. And, you know, we spend a great deal of time and attention to the demand side. This is the first time when we are trying to look at what's happening on the supply side. I mean, any industry, whether it's in dairy farming or if it's producing automobiles, takes a look at supply and demand, and this is a big first step for us in the dairy producer community.

Q Again, off the questions, but it's an investment just like the investment you make on the demand side, isn't it?

A Well, it is an investment. You know, when we first approached cooperatives and our dairy producers, we told them that there was going to have to be a voluntary assessment which, in our

mind, was an investment, you know, an investment which we tried to help calculate out some figures. For instance, we calculated it out that if we had a five cent assessment from individual farmers that we would look at perhaps almost approximately a forty cent return on that investment. I'd take that investment in any portfolio. So it is an investment and it's a commitment, and I think that farmers recognize that when they okayed the program.

Q What kind of return can people expect on this investment we're making?

A Well, you know, when the program first was discussed, obviously, the highest level of interest was what is the return on investment? What do I get back for the nickel assessment that you're going to give me? And we've done some calculations, obviously, and, you know, our original calculations showed that for every nickel that a farmer would put into his investment, or her investment, they should receive at least a forty cent return, which is about an eight fold increase, which is pretty good. Now, some farmers may think that's not high enough, but it was all predicated on the fact that we were only going to assess them a nickel. The higher level the assessment, obviously, the higher rate of return. So I think we're pretty well on track to - to show that that investment has come back.

Q What's the structure? How does CWT actually work?

A Well, you know, the structure of --

Q What's the structure of CWT and how was it actually

reached?

A Well, the structure of CWT is rather unique. We - we created a whole new entity under National Milk Producers Federation, which is a trade association. This is a wholly operated subsidiary of National Milk, it's funded by producers, it's directed by producers, and the CWT Committee consists of National Milk Producer Board of Directors, as well as all of those from the CWT, if you will, community who aren't part of the National Milk organization, so we have at least about fifteen National -- we have fifteen coops who are not part of National who are participating in the program, as well as independent producers, and that's how CWT structure has been formed.

Q How is CWT structured?

A Well, CWT is structured in a way that, you know, National Milk provides the nucleus of the administration of the program, as well as our Board of Directors participating in the CWT Committee, and also consists of non-NMPF coops, as well as independent producers, so it's a wide swath of people who are involved in the program.

Q It's a big program, it sounds like it would cost a lot to administer it and to maintain it.

A Well, it is a big program, but, you know, one of the things that we're most proud of is that when we put this program together, we - we made a pledge to our farmers that the money that we were going to collect was going to go into

purchasing the cows, the export assistance and the milk reduction program. We were going to tailor this program in a way that was going to minimize the amount of people we put on staff. The program this year is probably about fifty-five million dollars, and we hired two people. Now, tell me what government program would put in a fifty-five million dollar program and only have two people hired? So we've only hired two people. We contracted with some others, obviously, but when their job was done, they were done. And we've used very little administration in terms of the money we've collected, so we're really proud of it. It just shows that, you know, you don't need a whole lot of people to get the job done, and we're - we're just really proud of it.

Q What were CWT's goals?

A Well, CWT's goals were primarily two things. One is, we wanted to impact the milk price in a way that we would help stabilize and strengthen it. Many farmers all around the country said it wasn't just the level of the price that they received that was important, but it was the consistency, rather, the ups and downs and the peaks. You know, most of us get a paycheck every two weeks so we can count on how much money we're going to have each month, where farmers are dependent on what that milk price is going to be each - each month of those twelve months, so our - our goal was to strengthen the price but also to stabilize it. The second goal was to demonstrate that farmers can work together, whether they're in California, in Vermont, or Wisconsin, or in

South Dakota. That - that all farmers working together in a unified effort for the benefit of all farmers is the way to go for the long term future. We only have 70,000 farmers left in our country, dairy farmers, and, you know, we need to make sure that all of us are pulling in the same direction on these issues, so that's part -that was the purpose of (inaudible).

Q What were the goals set for CWT?

A Well, there were two goals set for CWT. One was the economics, to try to impact the producer price in a way that would not only strengthen it but would also stabilize it. And then the second goal was obviously on a national effort, to try to unify producers, whether they're a member of National Milk or whether they're a member of another coop that isn't part of National Milk, or they're an independent producer, to all be pulling in the same direction on some of these policy issues.

Q We're half way through this first year, how do you judge the success of CWT?

A Well, it won't be us who judges CWT, it'll be the farmers. And, you know, I think farmers are going to look at the fact that the price was about $11.10 in the spring when we began the negotiations, and I think at last count it was about $14.80. So, you know, they're going to be the ultimate judge of what has happened. Has CWT contributed to that increase? Absolutely. How much of that increase we can attribute to CWT? We're looking at that right now. But the fact of it is is that the marketplace

conditions and the profitability for dairy farming is at a much higher level now than when we started CWT, and I think that's how ultimately farmers will judge it.

Q We're six months into the program, how has it impacted the market through those months?

A Well, it's funny, because, you know, as soon as we started the discussions with CWT, the futures market started to react. We saw, you know, a jump in prices. We're only half way through the program and we haven't exercised the export assistance program, but if you look at the level of prices over the past six months, it's been phenomenal. So I think that we've had a great deal of impact. How much we can attribute to hundred weight is what we're trying to analyze now. Obviously, there are other market forces that contribute to it, but we're - we're pretty well pleased that we've had a major impact on producer prices with the hundred weight program.

Q So the program's been successful. Are you done?

A No, we're not done. You know, one of the goals we've had is to make CWT a long term program because we need something that's going to be available to us as we see the peaks and valleys of milk prices in the future. You know, it's sort of like an insurance policy. Nobody likes paying those premiums, but, God forbid, when you have an accident or you need your insurance, you're happy you've paid those premiums. Now that we've demonstrated that we've had some success with the hundred

weight program, I sure wouldn't want us to see us pull this hundred - this - the insurance program way.

Q So it's been a success. You're done?

A No, we're not done. In fact, one of the things that we're looking at is making CWT a longer term program. You know, it sort of reminds me of an insurance policy. You know, nobody likes to pay the premiums, but if you have to use your insurance because you've had an accident or some other kind of catastrophe, you're happy you've done it. With CWT in place now and the impact it's had, I'm not sure if farmers want to take the risk of removing that insurance policy.

Q You have had success at five cents. Did you look at any other possibilities?

A Look at my beard and you'll see it, it's --

Q You had great success at a nickel, were there any other possibilities or options you looked at?

A Well, you know, we first designed the program to be a larger scale program with an eighteen cent assessment, but, you know, with market conditions, discussions amongst farmers as to what was practical, we scaled it down to a nickel. We've been highly successful at a nickel. If we had more money, of course we would have been more successful. We - we've demonstrated that the level of interest in the program was much higher than what we could afford to pay with the nickel. But on the same token, this is a business that's being run by producers and it was their

decision to have a five cent assessment, and I think it was a - was a good decision.

Q Why were there several dimensions to this program?

A Well, you know, when you put together a national program that is going to be voluntary and voted on by the individual producers to participate in a program, it was critical for us to put something in the program that would attract the attention and the interest of producers all across the country. Some farmers thought the Herd Retirement Program should stand by itself. Others thought that we should only have an Export Assistance Program. Some others were very much interested in the Regional Milk Production Program. So we decided that if we were going to be successful, we were going to have a multi-dimensional approach that everybody would hate just a little bit.

Q Why does the program have different dimensions to it?

A Well, when you're designing a national program with different regions all across the country, farmers participating, I thought it was critical that we would have a multi-dimensional program that we could, just like your own portfolio is --

Q Why would a program like this have different dimensions, different prongs to it?

A Well, it's sort of like your own stock portfolio. You know, you don't put all of your money into just one stock. This was a multi-dimensional program that we could use to exercise

our options, if you will, when we needed to. For instance, the Export Assistance Program now is going to be done in the spring when we see prices coming down. The Herd Retirement Program was envisioned to do it early on because the impact of taking the cows out of the herd was going to show dividends later in the program. And then the Milk Reduction Program, that's a program that has to be run on a yearly basis to yield any results. So with the multi-dimensional program, we're able to sort of run the business and adapt it to market conditions.

Q Why does a program like this have different dimensions, and what function do each of those serve?

A Well, when you're putting and designing a national program, you have to attract the interest of a wide variation of individuals. Since it was going to be a producer funded program, there was a high level of interest in having different components to meet different demands, and so we designed a program so that it would attract the interests of a wide variety of people.

Q Why the different dimensions to a program like this?

A Well, I think there are two reasons. One is, first of all, you're designing a national program so you have to attract the interest of farmers all across the country. And secondly, you want to be able to have a program that we could execute in a way that would achieve the goals of the program, and so, thus, we have the Herd Retirement, the Export Assistance, and the Milk Reduction

Program, and all three of those play a different role at a different time during this period of time.

Q Why the different dimensions? Why the different aspects to this program?

A Well, two reasons. One is we're designing a national program so we had to attract the interest of a wide variety of farmers in the programs. And secondly, we wanted to be in a position to execute this program in a timely fashion and have the most impact on the milk price. So by having a Herd Retirement Program, an Export Assistance Program, and a Milk Market Reduction Program, that allowed us to space out some of the programs and get the biggest bang for the producer's buck.

Q Why the different dimensions of this program, and, more importantly, how do each of the aspects interrelate? How do interrelate?

A Well, they relate --

Q Why are there different components to this program, and now do each of those components interrelate?

A Well, there were different components because each one of those components was designed to produce a desired impact. So, for instance, in the Herd Retirement, we're taking out a certain amount of milk by taking out the cows out of the herds. We're doing it over a short period of time because those - picking out those cows --

Q Why does a program like this have different

components, and how do those components all inter-react?

A Well, first of all, I think one size doesn't fit all when you're putting together a national program. And so, you know, the programs inter-react very well because when you look at the Herd Retirement, the results of retiring cows from the herd show up several months after the - the program is - is finished. On the Export Assistance Program, we expect that we will see an immediate result when we send a signal to the marketplace that we've exported X amount of product out of the country. And on the Milk Reduction Program, it's a program that has to run for twelve months to show any results, so we needed to initiate that at a time and place. So they inter-react by the nature of their programs, and they help us get the biggest bang for the producer's buck as we execute the program.

Q Some critics would say that the farms that were chosen for this would have gone out of business anyway. How do you react to that?

A Well, I react to it by saying this. That's probably true in some respect. But on the other hand, we saw in the level of bids that we received and in the letters that we received attached to bids that farmers wanted a graceful exit. Many farmers didn't want to sell their cows to their neighbors. I was told that. In this case, we're taking the cows --

Q Critics might say that you're just helping out farmers that were going to go out of business anyway, so what

impact did the program have?

A Yeah, some farmers have said well, you know, wouldn't these farms have gone out of business anyway? And the answer probably is, in some respects, yes. But in other respects, there are many farmers who bid in the program because they wanted an honorable exit, they wanted to sell their cows in a way that would help contribute to the producer community. So the farms may have gone out of business, but those cows would not have gone out of the national herd. The way CWT worked was that we physically removed those cows from the herd and it benefitted all of those farmers who were staying in business.