# EXHIBIT 26

# CWT COMMITTEE ✓
# ROLL CALL

March 7, 2005
Sheraton Crystal City

| | | |
|---|---|---|
| 1. | Paul Johnston* | Agri-Mark, Inc. |
| 2. | Floyd Wiedower* | Arkansas Dairy Cooperative Assoc. |
| 3. | Mark Furth* | Associated Milk Producers, Inc |
| 4. | Paul Toft* | Associated Milk Producers, Inc. |
| 5. | Marvin Nunes | At-Large Representative } INDEPENDENTS |
| 6. | John Reitsma | At-Large Representative |
| 7. | George Borba* | California Dairies, Inc. |
| 8. | Richard Cotta* | California Dairies, Inc. |
| 9. | Gary Korsmeier* | California Dairies, Inc. |
| 10. | Dan Macedo* | California Dairies, Inc. |
| 11. | Anthony Mendes* | California Dairies, Inc. |
| 12. | Greg Okerman | Cal-West Dairymen, Inc. |
| No 13. | Alan Qual* | Cass-Clay Creamery, Inc. |
| → 14. | Ed Pcolar | Champlain/Burke Milk Producers |
| 15. | Arnold Dueppengiesser | Conesus Milk Producers Coop |
| 16. | Bill Blalock | Cooperative Milk Producers Assoc. |
| → 17. | Stuart Young | Cortland Bulk Milk Producers Coop |
| 18. | Charles Beckendorf* | Dairy Farmers of America, Inc |
| 19. | Tom Camerlo Jr.* | Dairy Farmers of America, Inc. |
| 20. | Tom Croner* | Dairy Farmers of America, Inc. |
| 21. | Lewis Gardner* | Dairy Farmers of America, Inc. |
| 22. | Gary Hanman* | Dairy Farmers of America, Inc. |
| 23. | Kent Herman* | Dairy Farmers of America, Inc. |
| 24. | Steve Matthees* | Dairy Farmers of America, Inc. |
| 25. | Randy Mooney* | Dairy Farmers of America, Inc. |
| 26. | Wayne Palla* | Dairy Farmers of America, Inc. |
| 27. | Donald Schriver* | Dairy Farmers of America, Inc. |
| 28. | Bill Siebenborn* | Dairy Farmers of America, Inc. |
| 29. | Ray Veldhuis* | Dairy Farmers of America, Inc. |
| 30. | Clyde Rutherford* No | Dairylea Cooperative Inc. |
| 31. | Richard Smith* No | Dairylea Cooperative Inc. |
| 32. | Tom Blackwell* | Dairymen's Marketing Coop, Inc |
| 33. | Robert Swenson* | Ellsworth Coop. Creamery, Inc. |
| 34. | Dan Bansen | Farmers Cooperative Creamery |
| 35. | Bill Dropik* | First District Association |
| 36. | Edward Brooks* | Foremost Farms USA |
| 37. | Dave Fuhrmann* | Foremost Farms USA |
| No 38. | Frank Leonardo | Humboldt Creamery |
| → 39. | Dan Reed | Jefferson Bulk Milk Coop |
| 40. | Gordon Hoover* | Land O'Lakes, Inc. |
| 41. | Peter Kappelman* | Land O'Lakes, Inc. |
| 42. | Cornell Kasbergen* | Land O'Lakes, Inc. |
| 43. | Chris Policinski* ✓ | Land O'Lakes, Inc. — LOL Marketing Person |
| 44. | Jim Baird* | Lone Star Milk Producers |
| → 45. | Brien Tabolt SUB | Lowville Producers Dairy Coop Inc. |

CWT COMMITTEE
ROLL CALL

March 7, 2005
Sheraton Crystal City

| | | |
|---|---|---|
| 46. | Gary Coleman | *Magic Valley Quality Milk Producers* |
| 47. | Dennis Donohue* | *Manitowoc Milk Producers Co-op* |
| 48. | Gordon Cook | *Mass Cooperative Milk Prod. Fed. Inc.* |
| 49. | Tom Thompson, Jr.* | *MD & VA Milk Producers* |
| 50. | Elwood Kirkpatrick* | *Michigan Milk Producers Assn.* |
| 51. | Dale Hershey | *Mount Joy Farmers Coop Assoc.* |
| 52. | Don Hamm | *NFO* |
| 53. | Rod DeJong* | *Northwest Dairy Association* |
| 54. | John Underwood* | *Northwest Dairy Association* |
| 55. | Richard Baldwin | *Oneida-Madison Milk Producers* |
| 56. | Paul Mills* | *Prairie Farms Dairy, Inc* |
| 57. | Tom Kasper | *River Valley Milk Producers, Inc.* |
| 58. | Hank Perkins | *Security Milk Producers* |
| 59. | Fred Douma | *Security Milk Producers Association* |
| 60. | Mike McCloskey* | *Select Milk Producers/Continental Diary Products Assoc.* |
| 61. | Gaylon Clayson | *Snake River Dairyman Assoc. Inc.* |
| 62. | Joe Wright* | *Southeast Milk, Inc.* |
| 63. | Harold Howrigan* | *St. Albans Coop Creamery, Inc.* |
| 64. | Don Peterson* | *Swiss Valley Farms, Co.* |
| 65. | Jim McMullen* | *Tillamook County Creamery Assn* |
| 66. | Keith Murfield* | *United Dairymen of Arizona* |
| 67. | Bobby Hall* | *Upstate Farms Cooperative, Inc.* |
| 68. | Lorena Viveiros | *Utah Diary Farmers Cooperative* |
| 69. | Russell Hunick | *Western Tier Milk Producers Coop* |
| 70. | Frank Sheckarski, Sr.* | *Zia Milk Producers, Inc.* |

*NMPF Board Member

Cooperatives Working Together

# CWT Committee Meeting Minutes

- October 28, 2004 – Reno, NV



HIGHLY CONFIDENTIAL

# Chief Operating Officer Report

Walt Wosje

CWT Cooperatives Working Together

## The Concept

Bring **long-term price relief** and stability to dairy farmers by bringing supply and demand into balance.

CWT Cooperatives Working Together

## Executing the Concept

- Producer-funded
- Multi-dimensional
- National in scope
- On-going

CWT Cooperatives Working Together

## CWT guiding principle:

Remove the most milk and milk equivalent at the lowest cost, with the producer funds available.

CWT Cooperatives Working Together

Every Farm got a Visit
If Bid was for 30 million pounds and the last month at a 10 million Pound level the Bid was rejected even if previously accepted

# Herd Retirement Bids

- 736 bids submitted
- 361 bids accepted
- 50,066 cows removed
- 901.9 million pounds of milk
- $50.8 million expenditure
- $5.24 average bid

cwt Cooperatives Working Together

## 2004 CWT Herd Retirement Summary Of Bids

| Totals Bids | Region I | Region II | Region III | Region IV | Region V | Grand Total |
|---|---|---|---|---|---|---|
| Number of Bids | 97 | 134 | 261 | 134 | 110 | 736 |
| Volume of Milk | 155,360,742 | 230,810,942 | 243,594,558 | 502,105,307 | 914,498,021 | 2,046,369,570 |
| Number of Cows | 8,549 | 15,058 | 14,652 | 29,454 | 40,481 | 108,194 |
| Average Bid | $7.97 | $9.70 | $7.50 | $7.79 | $8.86 | $8.36 |
| Accepted Bids | | | | | | |
| Number of Bids | 53 | 39 | 149 | 72 | 48 | 361 |
| Volume of Milk | 68,869,834 | 62,063,448 | 140,994,611 | 284,043,403 | 345,901,824 | 901,873,120 |
| Number of Cows | 3,871 | 4,066 | 8,437 | 16,184 | 17,508 | 50,066 |
| $ Payment | $3,598,488 | $2,999,485 | $7,789,336 | $16,390,438 | $20,063,021 | $50,840,750 |
| Average Bid | $5.32 | $4.76 | $5.22 | $5.47 | $5.42 | $5.24 |

cwt Cooperatives Working Together

accepted

Hot Safe Bonds

Range 35-40

## Herd Retirement Program



CWT Cooperatives Working Together

1/3 the Farms

70% of the milk from these 2 regions in the west

## Bidding participation – Region 1



DE – 0 NJ – 0 CT - 1
MD – 1 NY – 24 RI - 0
ME – 1 PA – 22 MA - 0
NH – 0 VT - 4

Herd Retirement:
97 bids submitted
53 bids accepted
3,871 cows removed
68.9 million lbs. of milk
$5.32 average bid

1.8 million # per farm

CWT Cooperatives Working Together



HIGHLY CONFIDENTIAL AMFL0004171

## Bidding participation – Region 2



AL – 2 LA – 3 TN – 7
AR – 2 MO – 10 VA - 0
GA – 8 NC - 2 WV - 0
KY - 4 SC – 0 FL – 0
MS - 1

Herd Retirement:
134 bids submitted
39 bids accepted
4,066 cows removed
62 million lbs. of milk
$4.76 average bid

$5.98 – hit safeguards
└ Highest Bid

cwt Cooperatives Working Together

1.6 million #

## Bidding participation – Region 3



IA – 22 MI – 18 OH – 12
IL – 7 MN – 34 SD - 12
IN - 4 ND – 2 WI - 39

Herd Retirement:
261 bids submitted
149 bids accepted
8,437 cows removed
141.0 million lbs. of milk
$5.22 average bid

.50 % of the Dairy Farmers are here (not milk)

cwt Cooperatives Working Together

.946 million #

## Bidding participation – Region 4



AZ – 1 NM - 6
CO – 6 OK - 9
KS – 19 TX - 19
NE - 12

Herd Retirement:
134 bids submitted
72 bids accepted
16,184 cows removed
284 million lbs. of milk
$5.47 average bid

cwt Cooperatives Working Together

3.94 million #

## Bidding participation – Region 5



CA – 20 UT – 2 NV - 0
ID – 6 WA –17 WY - 0
OR – 3 MT - 1

Herd Retirement:
110 bids submitted
48 bids accepted
17,508 cows removed
345.9 million lbs. of milk
$5.42 average bid

cwt Cooperatives Working Together

7.2 million #



HIGHLY CONFIDENTIAL

Tag in cow
cut
all sent Back
to NMPF



cwt Cooperatives Working Together

## Ear tags returned for verification



cwt Cooperatives Working Together

## Producer Reaction Positive

- Mr. & Mrs. Charly Schakel of Enumclaw, WA, framed their letter of acceptance from CWT.



cwt Cooperatives Working Together

## Producer Reaction Positive

- *"My youngest son, I thought, would want to be a dairyman and he has told me that he does not. I have nobody else to pass this onto, so the decision to get out is best. I think CWT has served a real great purpose in the last two years, but I would really like to see it continue. Our industry will do nothing but benefit if CWT stays involved."*



Cotton Verhoeven, retiring dairy farmer from Chino, CA

cwt Cooperatives Working Together

## Producer Reaction Positive



"Thank you so much for helping us get out of the milking business, which we did for 41 years. We were tired after that long."

"I turned 65 this last Sept. and it was time for me to exit the dairy business. I feel CWT is an excellent program. I hope (it) lasts for many years. Thank you and keep up the good work."

CWT Cooperatives Working Together

## Export Assistance Program



Where the product is going and how much we are moving.




CWT Cooperatives Working Together

## Future of CWT - Producers



Pete Kappelman, dairy farmer and co-op leader from Two Rivers, WI

*"I think CWT has done exactly what we were hoping it would do and maybe even more. But, we need to be a little ingenious about how we run it. We need to think about options that we haven't considered before that make it more flexible and more useful for everyone."*

cwt Cooperatives Working Together

## Future of CWT - Lawmakers

*"Those who participate in CWT, I commend for undertaking what I think will be something that'll be beneficial to themselves and to the industry as a whole."*



Congressman Bob Goodlatte (R-VA), Chairman of the U.S. House of Representatives Agriculture Committee

cwt Cooperatives Working Together

## Strategic plan in the works

- Information being collected from current members about direction of program
  - Coop visits
  - Independent producer visits
- Resulting plan – due in the summer – will help determine future program elements, funding, structure

CWT Cooperatives Working Together

---

CWT Cooperatives Working Together

CWT Cooperatives Working Together

# CWT Economic Situation and Outlook

Peter Vitaliano

## U.S. Dairy Cows



# Dairy Cow Slaughter




Cooperatives Working Together

# U.S. Milk Production




Cooperatives Working Together

# 2005 Price Outlook




cwt Cooperatives Working Together

# 2005 Price Outlook




cwt Cooperatives Working Together

2005

# Impact of CWT Exports




cwt Cooperatives Working Together

cwt Cooperatives Working Together

cwt Cooperatives Working Together

# March 7, 2005
# Financial Report

Tom Balmer

CWT Cooperatives Working Together

## CWT Participation - Year 2

| | |
|---|---|
| Cooperative Vol. (46 coops) | 112,480,211,947 |
| Independent Producer Vol. | 5,788,481,280 |
| Total Vol. | 118,268,693,227 |
| Base Vol. (U.S.) | 167,792,000,000 |
| | ? 170 |
| % Participation (U.S.) | 70.5% |

Took out Farm use
HA alash
Producer Dealer

CWT Cooperatives Working Together



HIGHLY CONFIDENTIAL AMFL0004183

IRS on carryover - the tax issue
- actually had a loss when Herd Retirement occurred - 03 - 04
- have a Firm looking at it as we move forward - ?? - Sec 1 IRS

## CWT Financial Outlook – Year 2

12 months

6 mos / year 2/

| Revenue | As of 12/ 31/04 | Budget (12 mos.) |
|---|---|---|
| Balance (end Year 1) | $ 21,729,764 | $ 21,729,764 |
| Contributions | $ 28,713,025* | $ 58,600,000 (est.) |
| Interest | $ 211,554 | $ 240,000 (est.) |
| Total | $ 50,654,343 | $ 80,569,764 |
| **Expenses** | | |
| Herd Retirement | $ 50,840,750* | $ 52,400,000 |
| Export Assistance | $ 1,628,319* | $ 13,100,000 |
| Administration | $ 769,667 | $ 3,000,000 |
| Total | $ 53,238,736 | $ 68,500,000 |
| Balance | [$ 2,584,393] | $ 12,069,764 |

*accrued as of 12/31/04

CWT Cooperatives Working Together

## CWT Revenue (Contributions) - Year 2

| Production Month | Amount |
|---|---|
| Jul – 04 | $ 4,889,975 |
| Aug – 04 | $ 4,816,153 |
| Sep – 04 | $ 4,619,382 |
| Oct – 04 | $ 4,798,424 |
| Nov – 04 | $ 4,664,448 |
| Dec – 04 | $ 4,924,644 |
| Total | $ 28,713,025 |

CWT Cooperatives Working Together

## CWT Administrative Expenses – Year 2

(as of 12/31/04)

| | | |
|---|---|---|
| Professional Services (legal, accounting, audit, export) | $ 189,023 | |
| Banking Services (loan costs, service fees) | $ 20,112 | |
| Communications Services WEBSITE PR FIRM | $ 78,851 | |
| Travel & Meetings | $ 24,695 | |
| Overhead | $ 46,345 | – 1/2 each Tongs Partoji |
| Personnel (includes NMPF staff time) | $ 410,641 | – NMPF Staff |
| Total 6 mos. | $ 769,667 | |

CoBank cash mgt

25,000

Cooperatives Working Together

Cooperatives Working Together

Cooperatives Working Together

Honesty/abuse of the Program
arrive unannounced
look at milk Production – this last week
– compare to Bid

Cows Tagged – Tag #'s recorded

# CWT Renewal

Tags come back to NMPF

Jerry Kozak

CWT Cooperatives Working Together

## Recommendation

Renew the CWT program at the present $.05 assessment for an eighteen (18) month period beginning July 1, 2005 until December 31, 2007. 6

Vote

CWT Cooperatives Working Together

CWT Cooperatives Working Together

CWT Cooperatives Working Together

# CWT Strategic Planning Process

Don Berg (Retired from LOL)

CWT Cooperatives Working Together

¢wt Cooperatives Working Together

¢wt Cooperatives Working Together