# EXHIBIT 31

# CWT Committee Meeting October 30, 2006 Las Vegas, Nevada

¢wt Cooperatives Working Together

# Membership Report

---

# Anuja Miner

Cooperatives Working Together

# Financial Report

## Tom Balmer

Cooperatives Working Together

# CWT Statement of Activities

## For the Period 7/01/05 - 6/30/06
## (Cash Basis – Unaudited)

| | |
|---|---|
| ***Revenue*** | |
| Balance (from previous period) | $ 27,712,000 |
| Contributions | $ 56,111,000* |
| Interest Income | $ 637,000 |
| Total | $ 84,460,000 |
| | |
| ***Expenses*** | |
| Herd Retirement | $ 85,648,000 |
| Export Assistance | $ 1,062,000 |
| Interest Expense | $ 567,000 |
| Administration | $ 1,773,000 |
| Total | $ 89,050,000 |
| | |
| ***Balance*** | $ ( 4,590,000) |

*Note: Statement prepared on cash basis - approx. 50% of receipts on May production and 100% of receipts on June production are not included

CWT Cooperatives Working Together

# CWT Revenue (Contributions) – 2005/06

## ($0.05 per hundredweight – effective 7/01/05)

| *Production Month* | *Amount* |
|---|---|
| Jul 2005 | $ 5,375,000 |
| Aug 2005 | $ 5,286,000 |
| Sep 2005 | $ 5,069,000 |
| Oct 2005 | $ 5,215,000 |
| Nov 2005 | $ 5,079,000 |
| Dec 2005 | $ 5,328,000 |
| Jan 2006 | $ 5,532,000 |
| Feb 2006 | $ 5,128,000 |
| Mar 2006 | $ 5,762,000 |
| Apr 2006 | $ 5,627,000 |
| May 2006 | $ 5,794,000[1] |
| Jun 2006 | $ 5,534,000[2] |
| ***Total*** | $ 64,729,000 |

[1] approx. 50% received after 6/30/06
[2] 100% received after 6/30/06

CWT Cooperatives Working Together

# CWT Statement of Activities

## For the Period 7/01/06 - 9/30/06
## (Cash Basis – Unaudited)

| | | |
|---|---|---|
| ***Revenue*** | | |
| Balance (from previous period) | $ | (4,590,000) |
| Contributions | $ | 25,766,000 |
| Interest Income | $ | 67,000 |
| Total | $ | 21,243,000 |
| | | |
| ***Expenses*** | | |
| Herd Retirement | $ | -0- |
| Export Assistance | $ | 4,071,000 |
| Interest Expense | $ | 20,000 |
| Administration | $ | 272,000 |
| Total | $ | 4,363,000 |
| | | |
| ***Balance*** | $ | 16,880,000 |

Cooperatives Working Together

# CWT Financial Forecast

## (Estimated For the Period 7/01/06 - 12/31/07)

| | |
|---|---|
| ***Revenue*** | |
| Balance (from previous period) | $ 3,000,000 |
| Contributions | $ 179,700,000 |
| Interest Income | $ 1,800,000 |
| Total | $ 184,500,000 |
| | |
| ***Expenses*** | |
| Herd Retirement | $ 157,500,000 |
| Export Assistance | $ 23,000,000* |
| Administration | $ 4,000,000 |
| Total | $ 184,500,000 |
| | |
| ***Balance*** | $ 0 |

* $17,000,000 of this total already obligated

CWT Cooperatives Working Together

# Chief Operating Officer's Report

## Walt Wosje

Cooperatives Working Together

# The Impact of the CWT on the U.S. Dairy Industry

Dr. Scott Brown
Browndo@missouri.edu

Cooperatives Working Together

College of Agriculture, Food and Natural Resources
UNIVERSITY OF MISSOURI-COLUMBIA

¢wt Cooperatives Working Together

# Looking Back at the Success of the CWT Program

- The analysis shown here examines on an annual basis (2003 – 2006) where the industry would have been without the CWT program
- There are larger within year effects from the CWT program
- Analysis uses a structural econometric model that replicates the important decision points in the dairy industry
  - Used extensively by US Congress to measure policy effects
  - This tool provides a meaningful way to compare alternatives

College of Agriculture Food and Natural

cwt Cooperatives Working Together

# Effect of the CWT Program on the US All Milk Price

| Year | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| US All Milk Price | 12.55 | 16.05 | 15.14 | 13.38 |
| Change in the milk price without CWT herd retirements | -0.06 | -0.18 | -0.42 | -0.51 |
| Change in the milk price without CWT herd retirements and export program | -0.06 | -0.19 | -0.42 | -0.60 |

College of Agriculture Food and Natural

# U.S. All Milk Price




College of Agriculture Food and Natural

# Cumulative Change in Milk Market Revenue Under the CWT Program



# Program Return per Dollar Spent on CWT Programs

## Peter Vitaliano

¢wt Cooperatives Working Together

# TOTAL PRODUCER RETURN PER DOLLAR SPENT ON PROGRAMS




CWT Cooperatives Working Together

# TOTAL PRODUCER RETURN PER DOLLAR SPENT ON EXPORTS




Cooperatives Working Together

# Export Assistance Task Force Report

## Elwood Kirkpatrick
## Jerry Kozak

CWT Cooperatives Working Together

# Task Force Recommendations

- Restrict participation in the CWT export program to products manufactured by CWT-participating coop.
- Add parmesan, asiago and romano cheeses to list of eligible products.
- Exclude Mexico as an ineligible destination for cheese.

¢wt Cooperatives Working Together

# Recommendations *(continued)*

- Exclude Canada as an eligible destination for all products.
- Maintain the $1.30 target level for butter and cheese
- Allocate $15 million of new money for export assistance. $23 million available July 1, 2006 through December 31, 2007.

¢wt Cooperatives Working Together

# Herd Retirement Task Force Report

---

Cornell Kasbergen
Jerry Kozak

Cooperatives Working Together

# Task Force Recommendations

- Producers previously selected for herd retirement not eligible to bid again.
- Bidders with more than one herd must bid all the herds into the program.
- Penalty for withdrawing after bid is accepted will increase with size of herd.
- Improve certain farm audit procedures
- Staff to develop viable bred heifer program for CWT Committee to consider.

¢wt Cooperatives Working Together

# Bred Heifer Pilot Program

# Jerry Kozak

Cooperatives Working Together

# Why a Pilot Program

- To allow CWT to:
  - Measure the effectiveness of such a program
  - Evaluate the operational and administrative aspects of carrying out a full-scale Bred Heifer Removal program in the future.

Cooperatives Working Together

# The Proposed Pilot Program

- Target to remove 5,000 to 7,500 bred heifers.
- Carried out only in Regions IV and V.
- "Offers" received and accepted only from CWT members.
- Bred heifers offered:
  - Must be at least six months pregnant
  - Dairyman must provide a certificate of pregnancy (at six months) for each heifer.

CWT Cooperatives Working Together

# Proposed Program (continued)

- Must include all bred heifers (at least six month pregnant) owned by the dairyman.
- Heifers must be healthy and in good physical condition.
- CWT farm auditor would verify compliance of the selected "offer".

¢wt Cooperatives Working Together

# Proposed Program (continued)

- Offered bred heifers selected:
  - Would be tagged with special CWT tags
  - Must immediately be shipped directly to a slaughter plant
  - Selected animals may not be sold through an auction barn.
- Proof of sale required for CWT payment.
- Producer receives the slaughter value.

CWT Cooperatives Working Together

# Proposed Program (continued)

- "Offers" must to be for a minimum of 20 bred heifers.
- CWT would offer a fixed price for bred heifers to be purchased.
- Discussion

CWT Cooperatives Working Together

# CWT Membership Levels

## Jim Tillison

¢wt Cooperatives Working Together

# Participation Levels




*At a dime July 1, 2006

Cooperatives Working Together

# Increasing Membership

- Cooperative Members
  - Personal contact
- Independent Producer-Members
  - Personalized direct mail
  - E-mail
  - Personal contact
- Independent Producers – Non-Members
  - Hoard's Dairyman ads
  - Recruiting state association support
  - Every member get a member

ȼwt Cooperatives Working Together

# Why You Should Invest In ¢wt

**Dairy Producers Working Together to Strengthen and Stabilize Milk Prices**



## Dollars $ense

¢wt

¢wt Cooperatives Working Together

# 2007 CWT Rules for Programs Participation

Jerry Kozak

CWT Cooperatives Working Together

# Herd Retirement Bidding

- Cooperative producer-member
  - Cooperative must be in at 10¢ level effective January 1, 2007.
  - If cooperative not in, producer-member must be in at 10¢ effective January 1, 2007.
- Independent producer
  - Must be CWT member at 10¢ effective January 1, 2007

Cooperatives Working Together

# Export Assistance Participation

- Cooperative must be a full participant at the 10¢ level effective January 1, 2007.

Cooperatives Working Together

# CWT Communication Program

## Chris Galen

Cooperatives Working Together

# CWT Communications Efforts

- Membership solicitation materials created to support renewal of program with higher assessment
- Periodic newsletters available electronically and via print materials
- News release issued with each export; now done weekly
- Membership application printed in Hoard's Dairyman
- Updates to www.cwt.coop
- Independent economic analysis summarized in brochure sent to members, media

CWT Cooperatives Working Together

# Future CWT Committee Meetings

- June 5, 2007, Washington, DC
- November 15, 2007, Orlando, FL

¢wt Cooperatives Working Together

# Questions?

¢wt Cooperatives Working Together