# EXHIBIT 36

# CWT Committee Meeting

## June 8, 2010
## Alexandria, VA

CWT Cooperatives® Working Together

# Meeting Minutes

## Randy Mooney

CWT Cooperatives® Working Together

# CWT Membership Report

## Anuja Miner

Cooperatives ® Working Together

# Financial Report

June 8, 2010

Tom Balmer

Cooperatives® Working Together

# CWT Balance Sheet at 12/31/09

## - Audited -

### *Summary*

| | | |
|---|---|---|
| ***Assets*** | | |
| Cash and Cash Equivalents | $ | 9,399,846 |
| Interest Receivable | $ | 120 |
| Dues Receivable (2010 contributions) | $ | 42,653,980 |
| Total | $ | 52,052,946 |
| | | |
| ***Liabilities*** | | |
| Accts. Payable & Accrued Expenses | $ | 200,178 |
| Accrued Interest Payable | $ | 128,137 |
| Other Liabilities – Accrued Herd Retirement Program | $ | 32,319,153 |
| Other Liabilities – Export Assistance Payable | $ | 1,445,547 |
| Line of Credit | $ | 14,297,050 |
| Total | $ | 48,390,065 |
| | | |
| ***Net Assets*** | $ | 3,662,881 |

CWT Cooperatives® Working Together

# CWT Statement of Activities

## For the Period 1/01/09 – 12/31/09

## - Audited -

| | |
|---|---|
| ***Revenue*** | |
| Membership Contributions | $ 219,176,268 |
| Interest Income | $ 433,416 |
| Total | $ 219,609,684 |
| ***Expenses*** | |
| Program Operations (HRP & EA Programs) | $ 215,834,698 |
| Administration | $ 4,298,454 |
| Total | $ 220,133,152 |
| *Change in Net Assets* | $ (523,468) |
| *Net Assets at beginning of year* | $ 4,186,349 |
| ***Net Assets at end of year*** | $ 3,662,881 |

¢wt Cooperatives® Working Together

# CWT Statement of Activities

## For the Period 1/01/09 – 12/31/09

## - Audited -

***Revenue Detail – Membership Contributions***

| | |
|---|---|
| Deferred Revenue from 2008 | $ 60,689,344 |
| 2009 Contributions | $ 115,833,944 |
| Dues Receivable | $ 42,652,980 |
| Total | $ 219,176,268 |

CWT Cooperatives® Working Together

# CWT Statement of Activities

## For the Period 1/01/09 – 12/31/09

## - Audited –

***Expense Detail – Program Operations***

| | |
|---|---|
| HR Payouts (incl. 10% "holdback") | $ 216,791,864 |
| Field Auditors (labor & expenses) | $ 509,566 |
| Other Direct HR Costs (e.g., ear tags) | $ 114,383 |
| Interest on Line of Credit | $ 76,486 |
| Export Assistance (credit due to cancellations) | $ (1,657,601) |
| Total | $ 215,834,698 |

¢wt Cooperatives® Working Together

# CWT Statement of Activities
## For the Period 1/01/09 – 12/31/09
## - Audited –

***Expense Detail – General & Administrative***

| | | |
|---|---|---|
| Professional Services[1] | $ | 1,439,969 |
| Communications | $ | 150,690 |
| Bank Fees[2] | $ | 769,467 |
| Travel & Meetings | $ | 96,144 |
| Management Fee | $ | 1,750,000 |
| Overhead | $ | 92,184 |
| Total | $ | 4,298,454 |

[1] incl. legal, accounting, & outside consulting services

[2] incl. closing and unused commitment fees for line of credit

CWT Cooperatives® Working Together

# CWT Statement of Activities

For the Period 1/01/10 – 4/30/10

***Revenue***

| | | |
|---|---|---|
| "Carryover" (at 12/31/09) | | |
| = Dues Receivable | $ (42,652,980) | |
| + Net Assets (2009) | $ 3,662,881 | |
| Total | | $ (38,990,099) |
| Contributions Received (1/01/10 through 4/30/10) | | $ 38,524,785 |
| Interest Income | | $ 524 |
| **Total Revenue** | | $ (464,790) |
| ***Expenses*** | | |
| Herd Retirement Program[1] | | $ 98,477 |
| Administration | | $ 867,639 |
| **Total Expenses** | | $ 966,116 |
| ***Net Revenue*** | | $ (1,430,906) |

[1] Field audit costs and associated with 2009 HRP's and interest on line of credit

CWT Cooperatives® Working Together

# CWT Administrative Expenses
## For the Period 1/01/10 – 4/30/10

| | | |
|---|---|---|
| Professional Services | $ | 131,295 |
| Communications | $ | 23,693 |
| Bank Fees | $ | 120,959 |
| Management Fee | $ | 583,333 |
| Overhead | $ | 8,359 |
| Total | $ | 867,639 |

¢wt Cooperatives® Working Together

# CWT Financial Forecast

## Estimated for the Period 1/01/09 – 12/31/10 (Revised 06/10)

| ***Revenue*** | ***Forecast*** | |
|---|---|---|
| Total Carryover from 2008[1] | $ 76,227,000 | |
| Contributions (1/09 – 12/10 production) | $ 227,200,000 | |
| Interest Income | $ 500,000 | |
| Other Credits (cancelled EA - est.) | $ 2,000,000 | |
| **Total Revenue** | $ 305,927,000 | |
| ***Expenses*** | | ***Budget Allocation*** |
| Herd Retirement Program | $ 217,600,000[2] | $ 279,927,000 |
| Export Assistance Program | TBD[3] | $ 20,000,000[4] |
| Administration | $ 6,000,000 | $ 6,000,000 |
| **Total Expenses** | TBD | $ 305,927,000 |
| ***Net Revenue*** | TBD | -- |

[1] Represents sum of 2008 Deferred Revenue , 2008 Net Assets, and contributions from 2008 received after 12/31/08

[2] Estimated total cost (producer payout + direct costs) of 2009 HRP's #1, #2, #3; final amount to be determined following conclusion of HRP's in conducted in 2010.

[3] $6,987,000 committed as of May 31, 2010

[4] Allocation for 2010 (no allocation for 2009)

CWT Cooperatives® Working Together

# Chief Operating Officer Report

## Jim Tillison

Cooperatives® Working Together

# 2010 Export Assistance Activity

- Program opened March 18
- Limited to Cheddar, Colby, Jack and Gouda
- Total accepted as of June 4 = 36.1 million lbs.
- Obligation on bids accepted $6.8 million
- Balance available = $13.2 million

CWT Cooperatives® Working Together

# 2010 Herd Retirement

- Bidding opened May 28, 2010
- Bid postmark deadline June 25, 2010
- Bid selection July 7, 2010
- Farm audits begin July 12, 2010
- All bidders notified July 30, 2010
- Maximum bid $3.75

Cooperatives Working Together

# THE ECONOMIC EFFECTS OF THE CWT PROGRAM

June 8, 2010

Scott Brown
brownsc@missouri.edu

College of Agriculture, Food and Natural Resources
University of Missouri

CWT Cooperatives Working Together

# CWT Analysis Process

- Analysis uses an updated structural econometric model that replicates the important decision points in the dairy industry
  - Used extensively by US Congress to measure policy effects
  - This tool provides a meaningful way to compare alternatives
- This process allows for the effects of the CWT to be separated for everything else that has occurred in the industry during the operation of CWT program
- The analysis shown here examines on an annual basis (2003 – 2009) where the industry would have been without the CWT program

CWT Cooperatives Working Together

# CWT Assumptions

- **Herd Retirement**
  - Incorporates nine herd retirements
  - Explicit accounting of CWT cows removed and the loss of their future heifer calves
  - Supply response from higher prices included
  - Bred heifers included
- **Export Assistance**
  - Very few dairy products moved under this program until 2006
  - Actual deliveries are used
  - Analysis does not include any effect from long-term market development


DAIRY COWS
Thousand Head
9,600
9,500
9,400
9,300
9,200
9,100
9,000
8,900
8,800
8,700
2003
2004
2005
2006
2007
2008
2009
2010
Without CWT
With CWT
CWT Cooperatives Working Together


MILK PRODUCTION
Billion Pounds
200
195
190
185
180
175
170
165
160
155
2003
2004
2005
2006
2007
2008
2009
2010
Without CWT
With CWT
cwt Cooperatives Working Together



ALL MILK PRICE
Dollars per Cwt.
20.00
19.00
18.00
17.00
16.00
15.00
14.00
13.00
12.00
11.00
10.00
2003
2004
2005
2006
2007
2008
2009
2010
Without CWT
With CWT
cwt
Cooperatives Working Together


CWT EFFECT ON THE ALL MILK PRICE
TOTAL EFFECT
$0.22
$0.51
$0.69
$1.06
$0.88
$1.66
$1.49
Dollars per Cwt.
1.80
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
0.00
2004
2005
2006
2007
2008
2009
2010
CWT
Cooperatives Working Together


EFFECT ON ALL MILK PRICE,
BY HERD RETIREMENT
Dollars per Cwt.
$1.80
$1.60
$1.40
$1.20
$1.00
$0.80
$0.60
$0.40
$0.20
$0.00
2004
2005
2006
2007
2008
2009
2010
1 2 3 4 5 6 2009-1 2009-2 2009-3
Cooperatives Working Together


CUMULATIVE CHANGE IN MILK MARKET REVENUE UNDER THE CWT PROGRAM
Billion Dollars
12
10
8
6
4
2
0
0.38
0.35
1.13
1.06
2.21
1.97
3.92
3.25
5.38
4.47
7.92
6.89
10.19
9.28
2004
2005
2006
2007
2008
2009
2010
Herd Retirement and Export Assistance
Herd Retirement
cwt
Cooperatives Working Together

# CWT Summary Points

- **2009 CWT bottom line:**
  - CWT increased producers' milk prices by $1.66 per cwt
  - The herd retirement program added $1.61 per cwt to milk prices and the export assistance program added $0.05 per cwt
- **On average over the 2004 to 2009 period:**
  - CWT increased producers' milk prices by $0.84 per cwt
  - The herd retirement program added $0.76 per cwt to milk prices and the export assistance program added $0.08 per cwt
- **The producer benefits of the CWT program will fade if the program is not continued**

# Economic Outlook

## Peter Vitaliano

¢wt Cooperatives® Working Together

# Market Outlook and CWT Benchmarks

## Peter Vitaliano

CWT Cooperatives® Working Together


U.S. All-Milk Price: 2009 - 2011
Dollars per cwt. at average test
$20
$18
$16
$14
$12
$10
$8
Jan
Feb
Mar
Apr
May
June
July
Aug
Sep
Oct
Nov
Dec
$16.60
$16.50
$16.50
$16.40
$15.90
$16.20
$16.50
$16.60
$16.70
$16.10
$15.90
$14.80
$14.60
$15.00
$15.40
$14.30
$13.30
$13.00
$12.10
$11.60
$11.70
$11.90
$11.60
$11.30
$11.30
2011 forecast
2010 forecast
2010 actual
2009
Based on CME Group futures settlement prices, June 1, 2010
Working Together



Monthly U.S. Milk Production, 2006 - 2010
Million pounds per month
17,000
16,500
16,000
15,500
15,000
14,500
14,000
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
2006
2007
2008
2009
2010
^
Leap year adjusted
Working
Together



GROWTH IN U.S. AVERAGE PRODUCTION PER COW, 2005-2010
Year/year change
106%
105%
104%
103%
102%
101%
100%
99%
98%
97%
2005
2006
2007
2008
2009
2010
ves
Working
Together



REPLACEMENT HEIFERS PER MILK COW, JAN. 1, U.S., 1990-2010
Replacement Heifers Per Milk Cow
52%
50%
48%
46%
44%
42%
40%
38%
36%
1990 1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010
42% 42% 43% 43% 43% 43% 43% 44% 43% 45% 43% 44% 45% 45% 45% 46% 47% 47% 48% 47% 50%
Working
Together



Daily Average U.S. Dairy Cow Slaughter
Dairy Cows Slaughtered, Average per Day
10,000
9,000
8,000
7,000
6,000
5,000
4,000
3,000
Jan-04 Apr Jul Oct Jan-05 Apr Jul Oct Jan-06 Apr Jul Oct Jan-07 Apr Jul Oct Jan-08 Apr Jul Oct Jan-09 Apr Jul Oct Jan-10
HRP 4 Announced
HRP 5 Announced
HRP 6 Announced
HRP 7 Announced
HRP 8 Announced
HRP 9 Announced
Working Together


Monthly U.S. Dairy Cows
Monthly Dairy Cows, Thousand Head
9,400
9,350
9,300
9,250
9,200
9,150
9,100
9,050
9,000
8,950
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
Working
Together


Growth in U.S. Dairy Cows
Year-year Change in Dairy Cows, %
1.75%
1.50%
1.25%
1.00%
0.75%
0.50%
0.25%
0.00%
-0.25%
-0.50%
-0.75%
-1.00%
-1.25%
-1.50%
-1.75%
-2.00%
-2.25%
-2.50%
-2.75%
Zero growth line
1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010
CWT
Working Together


Growth in U.S. Dairy Cows and the Milk-Feed Margin
Change in Cow Numbers
Estimated Return Over Feed Costs
Year-year Change in Dairy Cows, %
Milk-Feed Margin, Dollars per Cwt.
1.75%
1.50%
1.25%
1.00%
0.75%
0.50%
0.25%
0.00%
-0.25%
-0.50%
-0.75%
-1.00%
-1.25%
-1.50%
-1.75%
-2.00%
-2.25%
-2.50%
-2.75%
$15
$14
$13
$12
$11
$10
$9
$8
$7
$6
$5
$4
$3
$2
$1
$0
1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010
CWT
Working Together


Growth in U.S. Dairy Cows and the Milk-Feed Margin
Change in Cow Numbers
Estimated Return Over Feed Costs
Year-year Change in Dairy Cows, %
Milk-Feed Margin, Dollars per Cwt.
1.75%
1.50%
1.25%
1.00%
0.75%
0.50%
0.25%
0.00%
-0.25%
-0.50%
-0.75%
-1.00%
-1.25%
-1.50%
-1.75%
-2.00%
-2.25%
-2.50%
-2.75%
$15
$14
$13
$12
$11
$10
$9
$8
$7
$6
$5
$4
$3
$2
$1
$0
1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010
CWT Working Together



U.S. AND WORLD PRICES - Butter
Exports/Production
World Price - U.S. basis
USDA - NASS Price
CCC Purchase Price
U.S. Exports as % of Production
35%
30%
25%
20%
15%
10%
5%
0%
$1.80
$1.60
$1.40
$1.20
$1.00
$0.80
$0.60
$0.40
$0.20
$0.00
Jun-05 Aug-05 Oct-05 Dec-05 Feb-06 Apr-06 Jun-06 Aug-06 Oct-06 Dec-06 Feb-07 Apr-07 Jun-07 Aug-07 Oct-07 Dec-07 Feb-08 Apr-08 Jun-08 Aug-08 Oct-08 Dec-08 Feb-09 Apr-09 Jun-09 Aug-09 Oct-09 Dec-09 Feb-10 Apr-10
Working Together


U.S. AND WORLD PRICES - Cheddar Cheese
Exports/Production
World Price - U.S. basis
USDA - NASS Price
CCC Purchase Price
U.S. Exports as % of Production
10%
9%
8%
7%
6%
5%
4%
3%
2%
1%
0%
$2.50
$2.00
$1.50
$1.00
$0.50
$0.00
Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-
05 05 05 05 06 06 06 06 06 06 07 07 07 07 07 07 08 08 08 08 08 08 09 09 09 09 09 09 10 10
Working Together


U.S. AND WORLD PRICES - Dry Whey
U.S. Exports as % of Production
300%
250%
200%
150%
100%
50%
0%
$0.90
$0.80
$0.70
$0.60
$0.50
$0.40
$0.30
$0.20
$0.10
$0.00
Exports/Production
World Price - U.S. basis
USDA - NASS Price
Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-
05 05 05 05 06 06 06 06 06 06 07 07 07 07 07 07 08 08 08 08 08 08 09 09 09 09 09 09 10 10
Working Together


U.S. AND WORLD PRICES - SMP/NFDM
Exports/Production
World Price - U.S. Basis
USDA - NASS Price
CCC Purchase Price
U.S. Exports as % of Production
200%
175%
150%
125%
100%
75%
50%
25%
0%
$2.50
$2.00
$1.50
$1.00
$0.50
$0.00
Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-Jun-Aug-Oct-Dec-Feb-Apr-
05 05 05 05 06 06 06 06 06 06 07 07 07 07 07 07 08 08 08 08 08 08 09 09 09 09 09 09 10 10
Working Together


U.S. AND WORLD PRICES - SMP/NFDM
Exports/Production
World Price - U.S. Basis
USDA - NASS Price
CCC Purchase Price
U.S. Exports as % of Production
200%
175%
150%
125%
100%
75%
50%
25%
0%
$2.50
$2.00
$1.50
$1.00
$0.50
$0.00
Working
Together


U.S. Milk Prices and Costs of Production, 2006-2010(f)
Sources: USDA/NASS & USDA/ERS through May-10 From Jun-10 , NMPF & CME Group futures as of 6/1/2010
All-Milk Price
Feed Costs
Hired Labor Costs
Direct Energy Costs
Other Operating Costs
Dollars per Hundredweight of Milk
$25
$20
$15
$10
$5
$0
Jan-06
Apr
Jul
Oct
Jan-07
Apr
Jul
Oct
Jan-08
Apr
Jul
Oct
Jan-09
Apr
Jul
Oct
Jan-10
Apr
Jul
Oct
Together

# CWT Beyond 2010

## Jerry Kozak

Cooperatives® Working Together

# Proposed
# Sales Assistance Program

Cooperatives® Working Together

# Why a Voluntary Program

- A voluntary Sales Assistance Program can assist the export of any type and any quantity of dairy product:

| | CWT in 2008 |
|---|---|
| Nonfat Dry Milk | - 0 - |
| Butter & equivalents | 79.1 million pounds |
| Cheese | 3.3 million pounds |
| Other dairy | 3.3 million pounds |

- A voluntary program can assist members to compete domestically with imports.

Cooperatives® Working Together

# Proposed Programs

- Purpose of Sales Assistance Program to expand sales of U.S. dairy products both home and abroad.
- An Export Assistance Strategic Business Plan more focused on markets and products that hold the greatest potential for long–term profitable business relationships.
- A Domestic Product Diversification Program to assist members to compete domestically with imported dairy products such as casein and caseinates.
- Continue to explore an export marketing agency in common.

cwt Cooperatives® Working Together

# Funding & Structure

- Funding:
  - CWT funds remaining at the end of 2010 plus member participation of two-year investment at 1.5¢-3¢/cwt.
  - Goal: Annual budget of $40 million
    - $30 million for export assistance
    - $10 million for the domestic program.
- Structure
  - The current framework CWT operates under would continue.
  - CWT Committee is member cooperatives and representatives for independent producers.
  - It would function in the same way it does currently.

CWT Cooperatives® Working Together

# Future CWT Meetings

## Jerry Kozak

Cooperatives® Working Together

# Future CWT Committee Meetings

- October 25, 2010 – Grand Sierra Hotel & Casino, Reno, NV

CWT Cooperatives® Working Together

# Thank You!

Cooperatives®
Working
Together