# EXHIBIT 40

**NATIONAL MILK PRODUCERS FEDERATION**
**BOARD OF DIRECTORS MEETING**
**Rosemont, IL**

**May 9, 2003**

**MINUTES**

EXHIBIT 8
Deponent J. Wright
Date 12-12-17 Rptr. SL
WWW.DEPOBOOK.COM

Chairman James P. (Tom) Camerlo called the meeting to order at 8:10 a.m. Mr. Camerlo called on Mr. Lew Gardner who delivered the invocation. Chairman Camerlo called on Mr. Jerry Kozak to do roll call, which determined that a quorum was present. A copy of the Roll Call is attached.

Chairman Camerlo called on the guests to introduce themselves.

***A motion was made; seconded and adopted to defer action on minutes from the March 13, 2003 minutes until July meeting. Motion passes.***

**Membership Report -** Ms. Miner reported that two applications for Coop membership in NMPF were submitted:

1. Arkansas Dairy Cooperative Association
2. Dairymen's Marketing Cooperative, Inc.

***A motion was made and seconded to approve Coop Membership applications for Arkansas Dairy Cooperative Association and Dairymen's Marketing Cooperative, Inc. Motion passes.***

Ms. Miner reported that two applications for Associate Membership in the NMPF were submitted:

1. California Dairy Research Foundation
2. Milk Producers Council

***A motion was made and seconded to approve Associate Membership applications for California Dairy Research Foundation and Milk Producers Council. Motion passes.***

**Cooperatives Working Together (CWT) Program:** Chairman Camerlo called on Mr. Jerry Kozak to present the CWT Program Overview. Mr. Kozak stated that the program would be multi-dimensional, voluntary, and a producer-funded national program. The program's intent is to bring both short term strengthening and long term stability to producer prices. The goal of the program is to raise the all-milk price $1.30 per hundredweight.

Mr. Kozak explained the three programs and how resources would be allocated.

There was considerable discussion on the fact that the program should be expediated as soon as possible.

**Redacted-Attorney-Client Privilege**

Chairman Camerlo called on Mr. Tom Balmer to review the cash flow/cost projections and NMPF's obligation.

Mr. Kozak went through and reported in commitments from the following:

1. member cooperatives
2. non-member cooperatives
3. independent dairy producers
4. committed volume projection – non-members

Mr. Kozak discussed the CWT structure as follows:

1. CWT would be administered under the present structure of NMPF
2. As an entity operating within the current structure of NMPF, CWT can include independent producers and/or producer-handlers.
3. Legal review indicates that there would be minimal organizational issues with the proposed structure of CWT
4. A "CWT Management Committee" will be formed.
5. Would help reduce administrative costs and keep bureaucracy to an absolute minimum.

There was an open membership discussion of the CWT Program and Review of Member Coop Votes.

Chairman Camerlo called on Mr. Jerry Kozak to do a roll call vote as to the membership commitment for the CWT program.

Mr. Kozak called on Mr. Don Berg, Chair of the Economic Policy Committee to make the following recommendation to the board:

**The Economic Policy Committee recommends to the Board of Directors that it take the following actions:**

- **Authorize the establishment of a CWT Program and administrative structure for implementing the program;**
- **Instruct the staff to take all actions necessary, including the appropriate amendment of the NMPF by-laws, to include current non-member cooperatives and independent producers as participants in the program;**
- **Reconvene on or before June 30, 2003 to formalize committed support for the program at an agree-upon target of 80% or more of current production, and upon such formalization, to immediately begin implementing assessments and other program elements.**

***A motion was made and seconded to accept the recommendation of the Economic Policy Committee and move forward with the CWT program. Motion passes.***

Mr. Camerlo called on Chris Galen to review the public relations campaign. Mr. Galen reported that a website will be constructed to further educate producers about how their $ is being spent, and also how to participate in CWT programs. WWW.CWT.COOP has been reserved and would be up and running in a few weeks.
Mr. Galen also stated that additional print materials will be made available to coops to help educate farmers about CWT. Mr. Galen also stated that an outside public relations firm would be used to help handle possible issues that may arise once the program is implemented.

Mr. Camerlo stated that the board would convene by teleconference on June 30th to discuss and vote on the recommendation from the Economic Policy Committee and whether or not to move forward with the CWT program.

With no other business, Chairman Camerlo adjourned the meeting at 12:00 noon.

**NATIONAL MILK PRODUCERS FEDERATION**
**Board of Directors Meeting**
**Rosemont, IL**
**May 9, 2003**

**ROLL CALL**

| | |
|---|---|
| Paul Johnston* | Agri-Mark, Inc. |
| James Smith | Arkansas Dairy Cooperative Assn. |
| Floyd Wiedower | Arkansas Dairy Cooperative Assn. |
| Mark Furth* | Associated Milk Producers, Inc. |
| Paul Toft* | Associated Milk Producers, Inc. |
| Richard Cotta* | California Dairies, Inc. |
| Gary Korsmeier* | California Dairies, Inc. |
| Dan Macedo* | California Dairies, Inc. |
| Stephen Maddox* | California Dairies, Inc. |
| Keith Pagel | Cass-Clay Creamery, Inc. |
| Alan Qual* | Cass-Clay Creamery, Inc. |
| Steve Bos | Continental Dairy Products |
| Tony Bos | Continental Dairy Products |
| William Blalock | Cooperative Milk Producers Assn. |
| Melvin Montgomery | Cooperative Milk Producers Assn. |
| Michael Myatt | Cooperative Milk Producers Assn. |
| Allen Sisson | Cooperative Milk Producers Assn. |
| Edward Titmus | Cooperative Milk Producers Assn. |
| Charles Beckendorf* | Dairy Farmers of America, Inc. |
| Herman Brubaker* | Dairy Farmers of America, Inc. |
| Tom Camerlo* | Dairy Farmers of America, Inc. |
| Tom Croner* | Dairy Farmers of America, Inc. |
| Lewis Gardner* | Dairy Farmers of America, Inc. |
| Gary Hanman* | Dairy Farmers of America, Inc. |
| Steve Matthees* | Dairy Farmers of America, Inc. |
| Randy Mooney* | Dairy Farmers of America, Inc. |
| Wayne Palla* | Dairy Farmers of America, Inc. |
| Don Schriver * | Dairy Farmers of America, Inc. |
| Bill Siebenborn* | Dairy Farmers of America, Inc. |
| Ray Veldhuis* | Dairy Farmers of America, Inc. |

*Denotes NMPF Board Member

| | |
|---|---|
| Clyde Rutherford* | Dairylea Cooperative, Inc. |
| Richard P. Smith* | Dairylea Cooperative, Inc. |
| | |
| Don Allen | Dairymen's Marketing Co-op Inc. |
| Tom Blackwell | Dairymen's Marketing Co-op, Inc. |
| Marty Hallock | Ellsworth Coop Creamery, Inc. |
| Joyce Herbison | Ellsworth Coop Creamery, Inc. |
| Ken McMahon | Ellsworth Coop Creamery, Inc. |
| Robert Swenson* | Ellsworth Coop Creamery, Inc. |
| Clint Fall | First District Association |
| Brad Nosbush* | First District Association |
| Ed Brooks* | Foremost Farms USA |
| Dave Fuhrmann* | Foremost Farms USA |
| Don Berg* | Land O' Lakes, Inc. |
| Gordon Hoover* | Land O' Lakes, Inc. |
| Peter Kappelman* | Land O' Lakes, Inc. |
| Cornell Kasbergen* | Land O' Lakes, Inc. |
| Jason Baird | Lone Star Milk Producers |
| Jim Baird | Lone Star Milk Producers |
| Randy Geiger* | Manitowoc Milk Producers Coop. |
| Jay Bryant | MD & VA Milk Prod. Coop Assn. |
| Tom Thompson, Jr.* | MD & VA Milk Prod. Coop Assn. |
| Elwood Kirkpatrick* | Michigan Milk Producers Assoc. |
| Dennis Tonak | Mid-West Dairymen's Coop. Co. |
| Jim Bird | Milwaukee Coop Milk Producers |
| Jim Stemper | Milwaukee Coop Milk Producers |
| Adrian Boer | Northwest Dairy Association |
| Rod DeJong* | Northwest Dairy Association |
| Jack Konyn | Northwest Dairy Association |
| John Mueller* | Northwest Dairy Association |
| Roger Capps | Prairie Farms Dairy, Inc. |
| Fred Kuenstler | Prairie Farms Dairy, Inc. |
| Paul Mills* | Prairie Farms Dairy, Inc. |
| Mike McCloskey* | Select Milk Producers |
| Joe Wright* | Southeast Milk. Inc. |
| Leon Berthiaume | St. Albans Cooperative Creamery |
| Harold Howrigan* | St. Albans Cooperative Creamery |
| Don Peterson* | Swiss Valley Farms, Co. |
| Eugene Quast | Swiss Valley Farms, Co. |

*Denotes NMPF Board Member

| | |
|---|---|
| George Allen | Tillamook County Creamery Assn. |
| Jim McMullen* | Tillamook County Creamery Assn. |
| Keith Murfield* | United Dairymen of Arizona |
| Bobby Hall* | Upstate Farms Cooperative, Inc. |
| Eric Zuber | Upstate Farms Cooperative, Inc. |

**NMPF Staff & Guests:**

Jerry Kozak, NMPF
Tom Balmer, NMPF
Kevin Brosch, DTB Associates
Dan Chavka, DMI
Ken Ewing, Steptoe & Johnson LLP
Chris Galen, NMPF
Marvin Hale, Co-Bank
Louise Kamali, NMPF
Anuja Miner, NMPF
Jim Tillison, NMPF
Peter Vitaliano, NMPF

*Denotes NMPF Board Member