# EXHIBIT 41

**From:** Joe Wright <pjw@strato.net>
**Sent:** Friday, September 28, 2007 3:10 PM
**To:** 'Calvin Covington'; 'Tom Pittman'
**Subject:** FW: CWT 2008 Participation Update

EXHIBIT 37
Deponent J. Wright
Date
Rptr. CK
WWW.DEPOBOOK.COM

Jerry Kozak did call me this week to lobby for renewal. I suggested he tell Baird and smith to behave for the next couple of weeks. I asked him about Select and Continental – he said Mike will be okay. Notive they are not yet on the list.

Joe

---

**From:** Jim Tillison [mailto:jtillison@nmpf.org]
**Sent:** Friday, September 28, 2007 3:01 PM
**To:** CWT Committee
**Cc:** NMPF Staff Only; Thomas Gallagher; Tom Suber; Marc Beck; Janel Cone
**Subject:** CWT 2008 Participation Update

The renewal of CWT is well underway. As of Friday, September 28, the following cooperatives have advised us that their Boards of Directors have approved investing 10¢ per hundredweight on all the members' milk in 2008:

Agri-Mark Inc
California Dairies Inc.
Conesus Milk Producers Cooperative
Cooperative Milk Producers Association, Inc.
Dairy Farmers of America
Dairylea Cooperative Inc.
Foremost Farms USA
Humboldt Creamery Association
Land O' Lakes, Inc.
Lone Star Milk Producers
Lowville Producers Dairy Cooperative Inc.
Michigan Milk Producers Association
Northwest Dairy Association
Security Milk Producers Association
United Dairymen of Arizona
Upstate Niagara Cooperative, Inc.

Several others have indicated they will be voting in the next couple of weeks and fully expect their Boards to approve continuing their investment in CWT as well.

In addition, individual dairy farmers in Alabama, Arkansas, California, Idaho, Illinois, Indiana, Massachusetts, Maine, Minnesota, Missouri, North Carolina, North Dakota, Nebraska, New York, Ohio, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Utah, Vermont, Washington, and Wisconsin, have submitted their 2008 contracts as well.

The value of CWT to all producers, regardless of size, location, or who they ship their milk to cannot be over stated. The very fact that these cooperatives and individual producers have made their commitment a full three months in advance says it all.

If your cooperative has not made its commitment to CWT for 2008 please do so as soon as possible.

*Jim*

Jim Tillison
Chief Operating Officer
*¢WT*
2101 Wilson Blvd.
Suite 400
Arlington, VA 22201
P: 703-243-6111
F: 703-841-9328