UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

    Plaintiff,

v.

SOUTHEAST MILK, INC., *et al.*,

    Defendants.

Case No. 03:15-cv-1143-J-39-BJD-PDB

## NOTICE OF FILING (DOC. 286)

Defendants, by and through undersigned counsel, pursuant to the Court's Order dated October 21, 2019 (Doc. 286), hereby give notice of filing hard copy versions of the following documents with the clerk's office:

1. **Redacted versions for public filing and unredacted versions to be kept under seal of the following documents:**

| Doc. No. | Ex. | Associated Filing |
|---|---|---|
| Doc. 261-21 | U | Declaration of Nathan P. Eimer |
| Doc. 264-32 | 31 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-33 | 32 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-34 | 33 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-39 | 38 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-40 | 39 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-41 | 40 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-42 | 41 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |

| Doc. 264-44 | 43 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
|---|---|---|
| Doc. 273-3 | 2 | Defendants' Response in Opposition to Plaintiff's Partial MSJ |

2. Unredacted versions of the following documents to be kept under seal:

| Doc. No. | Ex. | Associated Filing |
|---|---|---|
| Doc. 264-22 | 21 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-23 | 22 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-24 | 23 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-25 | 24 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-26 | 25 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-27 | 26 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-28 | 27 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |
| Doc. 264-43 | 42 | Defendants' MSJ on Antitrust Immunity, Liability, and Standard of Review |

3. An unredacted version of the following document to be publically filed:

| Doc. No. | Ex. | Associated Filing |
|---|---|---|
| Doc. 261-8 | H | Declaration of Nathan P. Eimer |

4. Unredacted versions of the following deposition transcripts, including all exhibits thereto, to be kept under seal:

| Deposition | Date | Exhibits |
|---|---|---|
| Scott Brown | November 7, 2014 | BROWN 1-28 |
| John Connor | May 13, 2015 | CONNOR 1-7 |
| John Connor | February 13, 2018 | CONNOR 1-16 |
| John Connor | June 22, 2018 | CONNOR 17-26 |
| Calvin Covington | December 6, 2017 | COVINGTON 1-23 |
| Edward Gallagher | May 6, 2015 | GALLAGHER 1-10[1] |

---

[1] Gallagher Exhibits 1 through 10 do not bear an identification marking. Defendants will submit an amended filing if marked versions of these exhibits are later discovered.

| | | |
|---|---|---|
| Jerome Kozak | February 5, 2015 | KOZAK 1-24[2] |
| Graham Leary | March 6, 2018 | LEARY 1-37 |
| Andrew Novakovic | March 16, 2018 | NOVAKOVIC 1-13 |
| Bryan Ricchetti | March 22, 2018 | RICCHETTI 1-6, 9-10[3] |
| Richard Stammer | January 30, 2015 | STAMMER 1-11; 40-53[4] |
| Thomas Wegner | January 22, 2015 | WEGNER 1-13[5] |
| John Wilson | January 8, 2015 | WILSON 1-8 |
| John Wilson | January 9, 2015 | WILSON 9-25[6] |
| Joseph Wright | December 12, 2017 | WRIGHT 1-68 |

Respectfully submitted,

Dated:  October 25, 2019

By: */s/ Cindy A. Laquidara*
Cindy A. Laquidara
Florida Bar No. 394246
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
cindy.laquidara@akerman.com

*Attorneys for Defendants National Milk Producers Federation, Southeast Milk, Inc.; Dairy Farmers of America, Inc., Land O'Lakes, Inc.; and Agri-Mark, Inc.*

---

[2] Kozak Exhibits 1 through 24 do not bear an identification marking.  Defendants will submit an amended filing if marked versions of these exhibits are later discovered.

[3] Plaintiff and Defendants are working with the court reporting service to get obtain copies of marked Ricchetti Exhibits 7 and 8.  Defendants will submit an amended filing if marked versions of these exhibits are later discovered.

[4] Stammer Exhibits 1 through 11 do not bear an identification marking.  Defendants will submit an amended filing if marked versions of these exhibits are later discovered.

[5] Wegner Exhibits 1 through 13 do not bear an identification marking.  Defendants will submit an amended filing if marked versions of these exhibits are later discovered.

[6] Wilson Exhibits 9 and 10 do not bear an identification marking.  Defendants will submit an amended filing if marked versions of these exhibits are later discovered.

Michael J. Beaudine, Esq
Florida Bar No. 0772763
LATHAM, SHUKER, EDEN &
BEAUDINE, LLP
111 N. Magnolia Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
beaudine@lseblaw.com

*Attorneys for Defendant Southeast Milk, Inc.*

W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com

*Attorneys for Defendant Dairy Farmers of America, Inc.*

Nathan P. Eimer
Illinois State Bar No. 00735353
Scott C. Solberg
Illinois State Bar No. 6204487
Ben E. Waldin
Illinois State Bar No. 6317991
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com

*Attorneys for Defendant Land O'Lakes, Inc.*

        Jill M. O'Toole
Connecticut No. 414338
Diane C. Polletta
Connecticut No. 428468
John J. DiMarco
Connecticut No. 435220
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
jotoole@goodwin.com
dpolletta@goodwin.com
jdimarco@goodwin.com

*Attorneys for Defendant Agri-Mark, Inc.*

Jonathan B. Sallet
District of Columbia Bar No. 336198
John J. Kavanagh
New York Bar No. 2858074
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jsallet@steptoe.com
jkavanagh@steptoe.com

*Attorneys for Defendant National Milk Producers Federation aka Cooperatives Working Together*

## **CERTIFICATE OF SERVICE**

      I certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

      /s/*Cindy A. Laquidara*
      Cindy A. Laquidara, Esq.

8092711