United States District Court
Middle District of Florida
Jacksonville Division

**Winn-Dixie Stores, Inc.,**

*Plaintiff,*

v.

Nos. 3:15-cv-1143-J-39PDB
3:18-mc-14-J-39PDB

**Southeast Milk, Inc., Etc.,**

*Defendants.*

# Order

On October 21, 2019, the Court directed the plaintiff to provide the clerk's office hardcopy versions of the following exhibits to be temporarily placed under seal.

| Doc. No. | Ex. | Associated Filing |
|---|---|---|
| Doc. 263-10 | 9 | Plaintiff's Motion to Exclude or Limit Opinions of Defendants' Experts |
| Doc. 263-21 | 20 | Plaintiff's Motion to Exclude or Limit Opinions of Defendants' Experts |

Doc. 286 at 2. The Court explained it would direct the clerk to file the exhibits on the public docket unless, by November 1, 2019, the defendants filed a motion and memorandum of law showing the presumption of public access to the exhibits is overcome. Doc. 286 at 2.

The plaintiff timely filed the two exhibits. Docs. S-291, S-291-1. The defendants have filed no motion to maintain the exhibits under seal, and the deadline to do so has passed. By **November 6, 2019**, the clerk must unseal Docs. S-291 and S-291-1 and replace the placeholder at Doc. 263-10 with Doc. 291, and the placeholder at Doc. 263-21 with Doc. 291-1.

At the settlement conference in March 2019, Doc. 250, to foster frank discussions, I explained I would recuse myself upon request. A party requested

recusal after decisions on motions to seal portions of the record and any other then-pending motions. Having now decided those motions, I recuse myself and direct the clerk to reassign this case to another United States Magistrate Judge. The parties agreed I may continue to discuss settlement with them on an ex parte basis.

**Ordered** in Jacksonville, Florida, on November 4, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Counsel of record