**Exhibit 7**

`                                                        September 24, 2008

Vermont Milk Commission
C/o Vermont Agency of Agriculture, Food & Markets
116 State Street
Montpelier, VT  05620-2901

Dear Commission Members:

During my testimony before the Commission on September 9, 2008, I was asked to provide
some additional information and comments for the hearing record.  I appreciate this
opportunity to do so.

1.  Testimony was received from another witness in regard to cooperative over-order charges
for Class I milk.  Such charges are currently reported by USDA to be $1.50 per
hundredweight in the Northeast, but are higher in some other markets.  The following reasons
address the question that was raised as to why such charges are higher elsewhere.

The over-order charges for Class I milk reported by cooperatives includes a number of costs.
Premiums paid to producers are one factor, but so are service charges to cover the costs of
providing needed quantities of quality milk to Class I customers.  Such charges include the
costs of doing inspection and quality work at the farm that result in keeping Grade A
standards or higher for each operation.  Milk testing costs for components, quality and
antibiotics are also included in the over-order charge as are balancing costs.  Balancing costs
can be substantial as the volume of farm milk produced daily and seasonally rarely matches
the volume desired for Class I purposes.  Milk in excess of Class I needs must find a home
during the spring and other flush times as well as on weekends when many bottling plants
receive little or no milk.  Milk must be shifted from other customers or areas when Class I
sales peak in the fall, particularly on mid-week peak bottling days.

The Northeast Marketing Area is unique among all the Federal Orders due to the large amount
of both its Class I sales and its total volume of milk.  In addition, the area also has relatively
large Class I differentials given its large milk volume.  Cooperatives in the Northeast do an
effective job balancing Class I milk needs at a relatively low cost.  Northeast co-ops run
balancing plants and also work closely with the many local manufacturing plants to
coordinate their needs relative to Class I plants.  Class I processors also pay a relatively high
Class I differential at or above $3.00 per hundredweight in most metropolitan areas.  This
factors have kept Class I over-order charges near the $1.50 level.  In addition there are still a
number of Northeast Class I processors who receive their milk from non-cooperative
producers and that tends to limit over-order premiums.

In areas like the Southeast, cooperative over-order charges tend to be higher because the
cooperatives provide more expensive balancing services to Class I processors.  Those services

1

AMFL0001030

often include shipping milk in from great distances outside the region during milk deficit times and shipping milk great distances outside the region during surplus times.

2.      In our original testimony, we expressed our concern that the proposals put forth by the Commission could provide a disincentive for Class I processors to buy Vermont producer milk if they were located outside of Vermont, but had sales within the state.  We were asked to re-consider that issue relative to a discussion that occurred during hearing testimony.

We have done so, but stand by our original concerns.  Out-of-state Class I processors pay the appropriate over-order state premium on their Vermont sales, and then receive the producer blended payment back on the same milk volume for distribution to their farmers.  We have concerns that the processors will merely use the Vermont payment to replace existing premiums and thereby effectively keep the premium in their own pocket.  The State of Vermont might be able to enforce payment to Vermont dairy farmers from an out-of-state processor if it buys from Vermont farmers, but will almost certainly not be able to enforce payments of an out-of-state processor to an out-of-state producer.  In that case, the processor will likely keep the Vermont money.  As a means to maximize the amount of Vermont money it keeps, the out-of-state processor merely has to refuse to receive Vermont milk.

3.      Given our concerns expressed to the Commission, as well as the concerns of others in regard to the original proposals, we were also asked to suggest alternative actions on the part of cooperatives and/or the Vermont Milk Commission.

In regard to cooperatives, all Green Mountain member cooperatives have been extremely active in developing and supporting programs to benefit Vermont dairy farmers.  We originally supported and participated in the Cooperatives Working Together (CWT) program which has provided a net benefit to Vermont dairy farmers even greater than the $0.20 per cwt. estimated by the Commission's proposals.  Independent analysis has estimated that the CWT program benefits farm milk prices in Vermont and throughout the nation by $0.42 in 2005, $0.67 in 2006 and $0.75 in 2007.

In addition, we have worked closely with the Vermont Congressional delegation and others to achieve the original MILC program as well as the latest version of the program.  During the past six years, the MILC program has paid more than $2 billion to dairy farmers with more than $40 million going to Vermont farmers. This latest version includes an important feed adjustor that should also benefit farmers by more than $.20 per cwt. over time.  We do believe that farmers need more than both of these programs (CWT and MILC) combined, but we continue to improve existing programs and develop new ones.

Green Mountain cooperatives also work closely to improve the Federal Marketing Order program and its value to Vermont dairy farmers.  We are currently developing proposals to increase Class I differentials to cover the increased costs of hauling milk long distances.  Another cooperative proposal to increase Class I prices to reflect higher farm costs was considered as a national hearing and we are waiting for a decision from USDA.  Recently, our cooperatives have been meeting with Northeast milk processing groups to identify Federal

AMFL0001031

Order changes that would help dairy farmers and strengthen the entire market for milk in our region.

We have had significant success with Federal Order Class I pricing in the past, such as when our legal and legislative actions in 1999 resulted in maintaining such pricing at or above existing levels and calculating the Class I price using the "higher of" Class III or Class IV values. This "higher of" concept alone improved Northeast farm milk prices by $0.50 to more than $1.00 per cwt in several months of 2007.

There may also be other opportunities to improve milk prices. For example, the Maine Milk Commission currently sets an over-order producer premium paid by Class I users of milk in Maine. They review this premium monthly and it is set based upon prevailing premiums in the nearby states of southern New England.

We would recommend that the Vermont Commission position itself to implement similar pricing as other large milk producing states in the region, most notably New York State, are able to do so. Although this premium would likely only apply to Vermont milk produced, processed as Class I products in Vermont and sold in Vermont, it would level the competitive playing field. If New York was to set a premium level, Vermont would have the right and competitive justification to consider establishing a premium also.

We appreciate all that the Milk Commission has done to assist Vermont dairy farmers and the Vermont dairy industry. We hope these further comments and suggestions are helpful to your efforts. As you explore the proposed regulations further, Green Mountain and its members would like to be active participants.

Sincerely,

*Robert D. Wellington*

Robert D. Wellington, Treasurer
Green Mountain Dairy Farmers Cooperatives Federation

3