UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

    Plaintiff,

v.                                                               CASE NO. 3:15-cv-1143-J-39JBT

SOUTHEAST MILK, INC., et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Seal ("Motion") (Doc. 337). For the reasons set forth herein, the Motion is due to be **DENIED without prejudice** to any *Defendant* filing an appropriate motion **on or before December 6, 2019**.

Preliminarily, "[t]hough a stipulated protective order may provide that documents designated as confidential are presumptively protected, a party's calling a document confidential pursuant to a protective order does not make it so when it comes to filing the document with the court." *Joao Bock Transaction Sys., LLC v. Fidelity Nat'l Info. Servs., Inc.*, Case No. 3:13-cv-223-J-32JRK, 2014 WL 279656, at *1 (M.D. Fla. Jan. 24, 2014) (quotations omitted). Rather, the Court remains the primary representative of the public interest and must review any request to seal a portion of the record. *Estate of Martin Luther King, Jr., Inc. v. CBS, Inc.*, 184 F. Supp. 2d 1353, 1363 (N.D. Ga. 2002).

Plaintiff seeks to file under seal Exhibits 1–34 to its Motion *In Limine* #13 and Exhibits 1–32 (and the documents listed within Exhibit 32) to its Motion *In Limine* Regarding Co-Conspirator Statements. (Doc. 337 at 1–2.) In support of this request, Plaintiff states that these 66 exhibits contain information that was designated as "Confidential" or "Highly Confidential" by unspecified Defendants. (*Id.* at 2.) Thus, it appears that one or more Defendants, not Plaintiff, may have an interest in the sealing of the subject exhibits.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 337**) is **DENIED without prejudice** as stated herein.

2. If any Defendant desires to have any of the subject exhibits sealed, it shall file a proper motion in compliance with Local Rule 1.09(a) **on or before December 6, 2019**. Plaintiff shall not file the subject exhibits in the public record on or before this date.

3. If any Defendant files such a motion, Plaintiff shall not file the exhibits at issue in the motion in the public record until after the Court decides the motion. Plaintiff shall file in the public record any exhibits that are not the subject of a motion **after December 6, 2019 but before December 11, 2019**.

**DONE AND ORDERED** at Jacksonville, Florida, on November 26, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record