**From:**          Calvin Covington <ccovington@southeastmilk.org>
**Sent:**          Wednesday, November 12, 2008 3:18 PM
**To:**            JTillison@nmpf.org
**Cc:**            pjw@strato.net
**Subject:**       CWT

Jim,


Yesterday at the Southeast Milk, Inc. Board of Directors meeting the Board voted not to renew its membership in CWT as a cooperative, but support individual producers participating on a voluntary basis.

It was a close vote and lively discussion.

Ed Henderson did an excellent job of presenting the program.   Your presentation at the NMPF meeting was distributed to directors as well.


Calvin Covington

Ex. 4-1

SMI-013486