HOME   PRACTICE AREAS   ATTORNEYS   ATTORNEYS2   CONTACT
ATTORNEYS3

# Ahern and Associates, P.C.

ATTORNEYS AT LAW



## TURN YOUR IN-HOUSE LEGAL DEPARTMENT INTO A REVENUE GENERATOR >

Combining top expertise in antitrust litigation, experience representing companies as opt outs (direct action) plaintiffs, and alternative fee arrangements, we partner with our clients and deliver superior value to them, turning their in-house legal departments into revenue generators.

## LEARN ABOUT OUR SERVICES >

Antitrust and Complex Commercial Litigation, with a further specialty in representing companies in opt out antitrust actions, on an alternative fee basis. Led by a senior antitrust litigator – recognized by Chambers (2009-2013) and PLC Which Lawyer, with over 25 years of experience in antitrust litigation.

Copyright Ahern and Associates, P.C.. All rights reserved.

WebsiteBuilder

Ex. 6-1