| | |
|---|---|
| **From:** | Ed Henderson <ejh99@alltel.net> |
| **Sent:** | Friday, February 13, 2009 2:16 PM |
| **To:** | Mike McCloskey; Dale & Cindy Eade; Joe Wright; Calvin Covington; Jerry Kozak; Jim Tillison |
| **Subject:** | Comments on CWT |
| **Attachments:** | CWT comments.doc |

Please see attached letter.
Thanks,
Ed Henderson

1

Ex. 17-2

SMI-014346

February 12, 2009

Gentlemen:

I would like to take an opportunity to comment on the CWT program and perhaps some reflection from Southeast Milk's perspective. First of all, SMI is all for a cooperative effort across the country in a united spirit to solve or assist in managing our milk supply.

However, We have spent a great deal of money and effort only to wind up at support price. There is no question that there are numerous areas to lay blame for our economic condition. Most of which we have no control.

The issue for us is that CWT has not made significant changes that would lend itself toward a remedy of the circumstances that got us here in the first place. In other words, we are at support, what is the change that might somehow steer our ship in a different course. The argument is obviously, CWT will shorten the time to higher milk prices. But this is only a temporary move. Without some real change, there is no mechanism that would re-direct our dairy economy toward more stability.

The changes recommended by the task force have no real substance for allowing CWT to move the needle. If CWT was a player in the dairy economy, how did we get to support? The current economic conditions will correct our low milk price dilemma with or without CWT. What significant change has been made that might give us a better vision that we could prevent this from re-occurring?

We are in a crisis mode. Much like the president's stimulus package, the thought process is to shovel more money toward the predicament. In our opinion, the spending habits did not prevent us from getting in this quandary and some new strategy will be needed to get us out. The quandary is extraordinary volatility.

I believe it would be appropriate to truly air out additional opportunities and seek a new direction for solving the problem.

Sincerely,

Ed Henderson
Shenandoah Dairy
16540 68th Pl
Live Oak, Fl 32060

386-362-6849 office phone

Ex. 17-2

SMI-014347