# EXHIBIT 32



# 2009 Activities & Accomplishments Report

**NATIONAL MILK PRODUCERS FEDERATION**

### Inside:

Economic Policy             2
Government Relations        4
Trade Policy                6
Regulatory                  7
Scholarship Program        10
Young Cooperators          11
Annual Meeting             12
Membership                 13
Staff                      15

## From the President

During the toughest of times, often the best and only approach is to work diligently and methodically each day, day after day, with the expectation that better times are ahead. Such was the case in 2009, when NMPF worked hard on a daily basis to deliver demonstrable results for its members, with both short- and long-term implications.

Looking back, we can see that NMPF's direct intervention on behalf of dairy producers – including the aggressive use of our CWT program – made a major difference in the economic landscape for farmers. Much more work lies ahead, but in looking back at 2009, I have never been more proud of how our members and staff worked together to help overcome all of the challenges we faced.



Jerry Kozak
President/CEO
NMPF

## Important Dates for 2010

**Spring Board of Directors Meeting**
March 8-9, 2010
Ritz-Carlton Pentagon City - Arlington, VA

**CWT Committee Meeting**
June 8, 2010
Westin Alexandria - Alexandria, VA

**Board of Directors & YC Meeting**
June 8-9, 2010
Westin Alexandria - Alexandria, VA

**CWT Committee Meeting**
October 25, 2010
Grand Sierra Resort - Reno, NV

**Annual Meeting**
October 26-28, 2010
Grand Sierra Resort - Reno, NV

NMPF 30(b)(6) - Jerry Kozak
Exhibit_7
2/5/15

Highly Confidential

## Tackling the 2009 Dairy Crisis

The global recession that generated trillions of dollars in lost wealth across the world certainly hit America's dairy farmers extremely hard. As early as last January, NMPF took a series of concrete actions to correct the dairy recession, working with Congress and the U.S. Department of Agriculture. Those steps included:

- Winning a court decision in January that prevented the USDA from using a third-party broker to sell surplus nonfat dry milk at levels that undercut minimum prices;

- Working with USDA's new leadership team to methodically tackle the dairy crisis, resulting in an agreement in March to liquidate 200 million pounds of nonfat dry milk through domestic and overseas nutrition programs, feeding the hungry while avoiding negative impacts on dairy markets;

- Prompting the reactivation in July of the Dairy Export Incentive Program (DEIP) after five years of dormancy, which resulted in export of 900 million pounds milk equivalent, of dairy products in 2009;

- Recommending that the USDA temporarily increase the support prices of nonfat dry milk and cheese. The Department responded by raising the purchase prices during a four-month period from 80¢ to 92¢ per pound for powder, and from $1.13/lb. to $1.31 for blocks, accelerating the recovery in market prices; and

- Urging Congress to appropriate $350 million in dairy aid in the form of cheese purchases. Congress ultimately decided to split the aid package between cheese acquisitions and direct payments.

## CWT in 2009: Decisive Action Turns Milk Price Around



With dairy farmers facing financial disaster, NMPF's Cooperatives Working Together program aggressively reduced the supply/demand imbalance in the U.S. dairy market, resulting in milk prices making a significant upturn by the end of 2009.

CWT members' willingness to make a two-year commitment at the beginning of last year assured that the financial resources would be available to quickly bring supply into balance with reduced demand. Three herd retirements were implemented in quick succession, removing more than 200,000 cows from the national dairy herd. When combined with the two herd retirements CWT executed in the second half of 2008, a total of 276,000 cows that produced more than five billion pounds of milk a year have been retired in the past 18 months. Cow numbers dropped to their lowest level in six years, and milk production in 2009 dropped below year-earlier levels for the first time since 2001. None of these developments would have been achieved as quickly without CWT.

According to a detailed independent analysis by Dr. Scott Brown, University of Missouri and Food and Agriculture Policy Research Institute (FAPRI) economist, CWT's actions meant that the All Milk price averaged $1.54 higher in 2009.





## Building a Foundation for the Future

In addition to urging federal agencies to act on short-term measures to help dairy farmers, NMPF devoted considerable effort last year to devising a long-term approach to dairy pricing.

A new Strategic Task Force was formed in 2009 to consider proposals that would radically change the status quo. Last fall, the Task Force endorsed the development of a package of ideas, called "Foundation for the Future," that would drastically improve the present system of safety nets. Major changes would include:

- Revamping the Federal Milk Marketing Order system so that it better transmits pricing signals throughout the value chain, and revising the pricing formulas involved in establishing the controversial make allowance;
- Improving the CWT program so that it can employ other means of reducing milk supplies beyond the whole herd retirement and export assistance programs, while also bolstering participation in the program; and
- Shifting federal resources away from the less effective MILC and Dairy Product Price Support programs, into a new income protection program that addresses not just low milk prices, but also negative profit margins that periodically afflict farmers.

These concepts will be further refined in 2010, with an eye towards including them in future legislation.



## Working to Improve the Accuracy of Government Dairy Data

In response to ongoing questions about the accuracy of dairy product inventory and price reporting, NMPF again urged the U.S. Department of Agriculture to implement mandatory audited electronic reporting of both dairy product prices and inventories. This action is in response to the revelation in 2009 that cheese products in storage were not accurately accounted for by USDA's National Agricultural Statistics Service (NASS). Although a revision in those figures didn't have a major impact on market prices, NMPF will continue to press for improvements in the transparency of information collection, in order to provide for more timely and reliable dairy market data. Toward that end, the NASS expects to begin reporting milk protein concentrate production data as early as March 2010.



*NASS, responsible for providing timely, accurate, and useful statistics for U.S. agriculture, had not correctly accounted for 2009 cheese inventories.*

## Immigration Policy Remains Key Priority

In 2009, NMPF continued its efforts to reform U.S. immigration laws, and defend farmers against unfair and unjustified raids. A critical element of NMPF's work on immigration was the unveiling of a comprehensive farm labor study fully funded by NMPF's members. The study was done by Texas AgriLife Research (part of Texas A&M University), and was based on surveys of more than 2,000 dairy farms asking about their hiring practices. The analysis found that U.S. dairies employed 138,000 full-time workers, of which 57,000, or 41%, were foreigners. If just half of those foreign-born workers were lost, an additional 66,000 workers would also lose their jobs, due to the negative multiplier effect as farms close down.

This comprehensive national examination of the employment practices of America's dairy farms played an important role in drawing attention to immigration legislation affecting agriculture. The study has also helped raise the profile of labor issues with the Obama Administration, by pointing out the importance of foreign labor to the dairy industry, and the lack of access for our industry to any federal visa program.

Also last year, the Department of Labor, as well as the Department of Homeland Security, modified a number of procedures and regulations initiated by the Bush Administration. NMPF submitted comments supporting the inclusion of dairy in the H2A visa program, and also requested a number of reforms that would make this program more user-friendly. In addition, NMPF joined other organizations in requesting President Obama withdraw the controversial No-Match letter provision that could have had a major impact on many industries and impacted both legal and undocumented employees.



*NMPF collaborated with Texas AgriLife Research to complete the farm labor study.*

## Food Safety Bills in Play



*Food safety was one of many issues NMPF watched on Capitol Hill.*

NMPF was heavily engaged in shaping the passage of legislation reforming how the Food and Drug Administration (FDA) regulates food safety. The House of Representatives passed a comprehensive bill last fall, while the full Senate has yet to act on a distinct, and better version of similar legislation. The Senate bill, S. 510, is expected to be one of the few bipartisan bills to pass the Senate early in 2010.

NMPF joined a coalition of more than 25 agricultural groups working on common goals of minimizing the cost or fees associated with registration of facilities, and the duplication of records and inspections required by facilities, while also assuring consumers that U.S. agriculture products are the safest in the world. For the most part, the agriculture community supports the Senate bill's science- and risk-based approach. NMPF continues to press for restrictions on the marketing of raw milk, which is a clear and present food safety concern.

Within the legislation, a priority for the dairy sector is to ensure Congress and FDA recognize two key elements: that state inspections under the Pasteurized Milk Ordinance (PMO) already meet and exceed FDA's inspection frequency; and that facilities in compliance with the PMO have food safety plans in place as required for hazard analysis, preventive controls and monitoring.

## Congressional Dairy Farmer Caucus Returns

The Congressional Dairy Farmer Caucus (CDFC) was reactivated within the House of Representatives in 2009. Ninety-five Members of Congress quickly joined the Caucus, under the bipartisan leadership of Representatives Joe Courtney (D-CT), Chris Lee (R-NY), Devin Nunes (R-CA), Thomas Petri (R-WI), Thomas Rooney (R-FL), Harry Teague (D-NM), Timothy Walz (D-MN), and Peter Welch (D-VT).

The Caucus has been an excellent forum to date for congressmen to interact and share concerns or ideas pertaining to the dairy industry, especially in a year when the dairy crisis has been a key issue across the country. The CDFC developed a newsletter to inform congressional staff on legislative issues, host meetings with invited speakers from the industry and producer groups, and actively engage in communications with other agencies when necessary.

Highly Confidential
D00067458

# Greenhouse Gas and Energy Policy Dominate Headlines

NMPF was fully engaged in the high-profile battle last year about what steps, if any, should be taken to regulate greenhouse gas emissions. Last June, the House of Representatives narrowly passed a cap and trade bill that offered dairy producers significant opportunities to take advantage of the offset market for trading carbon credits. Because the end costs of this legislation remain a major concern, NMPF was neutral on the overall passage of the bill.

Over in the Senate, the Environment and Public Works (EPW) and Agriculture Committees both considered a similar cap and trade bill. In November, the Environment Committee passed a bill without many of the ag-friendly measures that were contained in the final House version. It remains to be seen whether the full Senate will take up the cap and trade bill in 2010.

Also in the area of climate change policy, the Environmental Protection Agency (EPA) finalized a new regulation requiring large sources of greenhouse gases to monitor their emissions, starting Jan. 1, 2010, and submit annual reports beginning in 2011. EPA is expected to use this report to make policy decisions that will assist in the development of more stringent GHG regulation.

The final rule requires facilities emitting 25,000 metric tons of carbon dioxide equivalent, including livestock facilities with manure management systems, to monitor and report GHG emissions on an annual basis. EPA estimated that only dairy farms with 3,200 or more mature animals may be required to report emissions at this time. However, Rep. Todd Tiahrt (R-KS) attached an amendment to an EPA appropriations bill that restricted EPA from regulating livestock under the Clean Air Act for one year, and Rep. Tom Latham (R-IA) attached an amendment that prevented livestock from having to report GHG emissions for one year.

Energy legislation that benefits dairy producers was a major initiative during 2009 for NMPF. NMPF worked to address the disparities that exist between federal support for wind and solar sources of energy, in comparison to those for biogas. As a result of NMPF's efforts, legislation was introduced to increase and provide additional tax credits for the production of biogas.

In December, USDA Secretary Tom Vilsack signed a Memorandum of Understanding between USDA and the Innovation Center for U.S. Dairy that will provide federal support for dairy sustainability efforts. The focus of the agreement is to gain USDA support – through research dollars and program improvements – for many of the 12 initiatives that the Innovation Center adopted earlier in 2009. Those projects formed the backbone of the Innovation Center's commitment on behalf of the U.S. dairy industry to achieve a 25% reduction in our greenhouse gas emissions by 2020.



# Estate Tax Dies, But Will Return

NMPF was part of a broad coalition to work on reforming the estate tax, which actually expired on Jan. 1, 2010, but will be reinstated in 2011 - if not sooner. This uncertain predicament makes family farms vulnerable to excessive taxes in the case of a death among farm owners.

The House of Representatives passed the Permanent Estate Tax Relief for Families, Farmers, and Small Businesses Bill of 2009 by a vote of 225 to 200 on December 3. The legislation would permanently extend the 2009 exemption for estates up to $3.5 million per individual, and $7 million for married couples, and set a maximum rate of 45% on estates above this threshold. In addition, the measure would repeal the enactment of carryover basis rules that would require many heirs to pay additional taxes on built-in gains of property inherited starting in 2010.

However, the Senate failed to pass any estate tax measure, thereby allowing a short-term repeal of estate taxes in 2010 only. The Senate is expected to work on a tax package quickly this year, with a probable extension of 2009 rates for one year, retroactive to January 1, 2010. NMPF will continue to support the highest exemption levels possible, while maintaining the stepped-up basis.

## Fighting for Good Export Opportunities and Against Bad Ideas

In 2009, NMPF continued to urge Congressional support for the Free Trade Agreements (FTAs) already negotiated with South Korea, Panama, and Colombia. In addition, NMPF urged the Obama Administration to resolve any issues with these pending agreements, in order to send them to Congress as quickly as possible.

Beyond lost sales opportunities, a key consequence of the delay in finalizing the FTAs came to light when the details of the new FTA between Korea and the European Union were unveiled in the fall. It revealed proof of further inroads by the EU in advancing its long-standing goal of clawing back various generic cheese names such as "parmesan." NMPF worked with the U.S. Trade Representative (USTR) to fight back against this overreach, and insisted that the Koreans resolve the problem.

In the face of the announcement that the U.S. will proceed with trade talks that involve New Zealand – as well as Vietnam, Brunei, Australia, Peru, Singapore and Chile – NMPF insisted that only a full exclusion of U.S.-New Zealand dairy trade would suffice. This Trans-Pacific Partnership (TPP) would offer only limited new export opportunities to the U.S., given preexisting U.S. FTAs with the latter four countries. The primary impact of an all-inclusive TPP would be to open the U.S. market to New Zealand, a country whose dairy industry is the most concentrated in the world, and which has managed to leverage that into control of a considerable amount of global dairy trade. As the TPP moves forward in 2010, this will be a critical battleground for NMPF.



*The proposed TPP FTA would be harmful to U.S. dairy producers because of the unique structure of New Zealand's dairy industry.*

## Safeguarding Against Impact of Imports



*Imports are monitored by NMPF to track their impact on the domestic market.*

Exports are vitally important to the future health and growth of our industry, but approximately 90% of U.S. milk is still used within our borders. Consequently, a critical component of NMPF's trade policy focus is to address tariff loopholes and stand guard against circumvention of import regulations.

That is why NMPF worked in support of new legislation introduced in 2009 by congressional dairy champions that would close the long-standing tariff loopholes on MPCs, casein, and caseinates that currently permit these products to come into the U.S. in essentially unlimited quantities. Additionally, NMPF continually monitors imports to analyze the likelihood that they may be circumventing our import regulations or trade agreement requirements.

A related effort is our work to ensure that imported dairy products are held to the same high safety standards as domestically-produced products. Ongoing regulatory efforts on this front were augmented last year by NMPF's work to ensure that the evolving food safety legislation sufficiently reflects this key food safety and fairness principle.

## Protecting Market Access in Mexico

NMPF recognizes the importance of not only pursuing meaningful new export opportunities, but also protecting existing foreign markets. In addition to close collaboration with the U.S. Dairy Export Council (USDEC) on a range of activities intended to avoid sales disruptions or remove non-tariff barriers in key markets, NMPF worked to maintain our open access into the Mexican market – our number-one export destination, valued at more than $900 million.

Early in 2009, Mexico imposed retaliatory tariffs on a wide range of U.S. exports in response to the lack of U.S. compliance with its transportation obligations under NAFTA. Although U.S. dairy products were not on this list, the Mexicans repeatedly made clear their intent to change that list, if the initial products targeted did not yield sufficient pressure from U.S. industries to seek change. NMPF worked with many other companies and industries that also keenly value the Mexican market to communicate to both Congress and the Administration the importance of resolving this dispute. To date, Mexico has not added any key dairy products to its retaliation list, and the Obama Administration has developed a proposal for resolution that it plans to discuss with Mexico and Congressional leaders this year.



*Mexico imports a variety of U.S. dairy products through NAFTA.*

Highly Confidential

D00067460

## NMPF Launches National Animal Care Program

NMPF, with support from Dairy Management, Inc., formally launched in 2009 the National Dairy FARM Program: Farmers Assuring Responsible Management™, a voluntary program, open to producers, co-ops, processors, and state and regional dairy organizations, that brings consistency and uniformity to animal care with a three-step approach: education, on-farm evaluations, and objective third-party verification. The comprehensive program includes the latest innovations and technologies in animal care, and is based on principles and guidelines of the 2008 National Dairy Animal Well-Being Initiative.

In early 2009, the NMPF Animal Health and Welfare Committee took the lead in developing the comprehensive Animal Care Manual, which details best management practices for a variety of issues including animal health, environment and facilities, animal nutrition, and transportation and handling. Last summer, the draft Animal Care Manual was circulated widely across the industry to milk cooperatives, proprietary processors, producer associations, animal care experts, and others for a critical review of its content.

During the fall, the Committee finalized the Animal Care Manual, carefully considering all comments received. The finalized Animal Care Manual and accompanying easy-to-use Animal Care Quick Reference User Guide debuted at the 2009 NMPF Annual Meeting in Grapevine, Texas. Development of additional resources to help educate farmers, processors and retailers about the best practices for animal care is on-going.

Beyond developing the core materials, NMPF conducted a substantial outreach effort to milk cooperatives, proprietary processors, producer associations, and restaurants and retailers. The National Dairy FARM Program has entered the dairy industry lexicon to be synonymous with quality animal care grounded in science. Particularly exciting from this outreach has been the enthusiastic reaction received from our customers – processors, restaurants, and retailers – with their desire to have a single industry-wide program with third-party verification available to meet their needs. In the absence of the National Dairy FARM Program, many customers expressed that they would be forced to develop their own individual programs.

The program will continue to be rolled out in phases throughout 2010 and 2011.



*The Animal Care Manual was released by the National Dairy FARM Program in the fall of 2009.*

## Animal Identification and IDairy



*Information about IDairy can be found online at www.idairy.org.*

NMPF continues to advance implementation of the National Animal Identification System (NAIS) through IDairy, a coalition of six leading dairy organizations. Through education and advocacy, IDairy's goal is to accelerate NAIS implementation throughout the dairy industry. IDairy has been actively engaged from the local to the national level to have all dairy premises registered. With the completion of a USDA grant to register dairy premises under the NAIS, there are now more than 42,000 dairy producers that have registered their premises - nearly 75% of commercial dairy producers. IDairy's goal is to have 100 percent of the operations registered in order to enable animal health officials to quickly respond to an animal health emergency.

In March, Dr. Karen Jordan, a dairy producer and veterinarian from Siler City, NC, testified before Congress on the necessity of mandatory animal ID as a collective insurance policy in the event of an animal disease emergency. As Chair of the NMPF Animal Health and Welfare Committee, Dr. Jordan emphasized that the need for 48-hour traceability can only be attained when all producers have all animals identified with animal movements recorded in a national tracking database. To move at the speed of commerce, RFID technology must be employed with official 840 identification tags.

Throughout the spring, the dairy industry provided rational input about our desire to protect our industry's collective assets with a consistent message about mandatory animal ID during a series of USDA NAIS listening sessions across the country. In early 2010, USDA announced it would take a new direction for animal ID. NMPF will continue to lead and work with USDA on this issue.

## Bovine Tuberculosis Eradication Program

The current low-level prevalence of bovine tuberculosis, combined with outdated testing and surveillance, necessitates modernization of the TB eradication program. NMPF continued to push for the modernization of the USDA TB program in 2009. Due to coordinated efforts across many livestock groups and state veterinarians, USDA has made improving TB diagnostics a priority, including establishment of a blood bank to facilitate development of new testing methodologies, eliminate the need for repeat handling of livestock, and increase the speed of test results. In 2009, USDA began to collect samples for a serum bank that will be utilized by developers to test the efficacy of the new diagnostic tests.

In October, USDA released a concept paper for a new framework for modernizing the TB eradication program. The NMPF Animal Health and Welfare Committee met with Dr. John Clifford, USDA's Chief Veterinary Officer, to review the proposal. From that meeting, the Committee crafted thorough comments to USDA on the proposal. While generally supporting the ideas in the Concept Paper to modernize the TB eradication program, NMPF presented a clear pathway for USDA to move forward with modernizing the TB eradication program. NMPF provided detailed comments on mitigating disease introduction, enhancing diagnostics and surveillance and traceability, managing TB affected animals and herds, modernizing the regulatory framework, and transitioning to a zoning approach.



*NMPF provided USDA direction for modernizing the TB program.*

## Johne's Disease Control Program

NMPF continues an active oversight role through the U.S. Animal Health Association and with USDA directly to assure that the Johne's Control Program is appropriately implemented for the benefit of dairy producers. During the past year, through the National Johne's Working Group, NMPF spearheaded the effort to revise and update the National Strategic Plan for Johne's Disease. Through the 2009 Agricultural Appropriations process, NMPF was also able to retain federal funding of more than $6 million, at a time when the growing federal deficit has made funding voluntary programs like the Johne's Control Program considerably harder.

At the 2009 U.S. Animal Health Association (USAHA) meeting, a resolution was passed to strengthen both producer participation in, and the scientific integrity of, the National Voluntary Johne's Control Program. The resolution called USDA to adopt the revised draft program standards for the Voluntary Bovine Johne's Disease Control Program, including the new Herd Classification System. The updated program standards reflect new testing strategies, such as the Milk ELISA test, and allow for greater flexibility in participating in the Herd Classification System. Additionally, USAHA requested that USDA develop educational materials for the Johne's Program to inform producers about the new program standards, including changes and transition to the new Herd Classification System.

## Antibiotic Use

Bolder criticisms on the judicious use of antibiotics in food-producing animals grew throughout last year, with multiple congressional hearings, and significant media exposure about the supposed link between antimicrobial resistance and antibiotic use in livestock production. Working in collaboration with other livestock and allied groups, NMPF put forth consistent information to Congress and FDA about how antibiotics are used in the dairy industry for disease treatment and disease prevention.

NMPF also alerted members to the availability of tissue residue violation data on dairy beef carcasses. As part of an on-going educational outreach effort, a brief article on antibiotic use and residue avoidance, including information on drugs prohibited from use in dairy animals, was provided to the membership. Finally, the process of revising and updating the Milk and Dairy Beef Residue Prevention Protocol was begun to provide dairy producers with a comprehensive manual on antimicrobial use.



## National Conference on Interstate Milk Shipments

The National Conference on Interstate Milk Shipments (NCIMS) met in Orlando, FL last April to address the 133 proposals submitted to revise the Pasteurized Milk Ordinance (PMO) and its related documents. NMPF staff attended the Conference to advocate positions of interest to dairy cooperatives and their producer members. Many NMPF members also attended and played key roles in the Conference deliberations.

Several proposals of significance to dairy cooperatives and producers passed the conference. Pending final concurrence from FDA in the fall, these included clarification of the definition of products regulated by the PMO (addressing yogurt and coffee flavored drinks), allowing for UV light disinfection of water on dairy farms and in plants, and clarification of document cleaning and sanitizing requirements for multiple loads. In addition, a pilot program for evaluating third parties to certify compliance with the PMO for imported products continued its work throughout 2009.

A number of proposals that would have been potentially onerous or unnecessary were not passed by the Conference, including: allowing raw milk sales directly to consumers; additional record keeping requirements when a cow is treated with animal drugs; and requiring the name and address of the milk plant or hauler on milk trucks.



## Flavored Milk

*Adding non-nutritive sweeteners to existing milk standards would help increase consumption of flavored milk in schools.*

NMPF and the International Dairy Foods Association (IDFA) filed a citizen's petition on March 16, 2009, with the Food and Drug Administration (FDA) requesting a modification of the standards for milk and other dairy products to allow the use of non-nutritive sweeteners. According to the petition, this "small but valuable step" would help to promote more healthful eating practices and decrease childhood obesity.

The current standard requires processors to use special labeling, such as "reduced-calorie chocolate milk" or "no sugar added," for milk made with non-nutritive sweeteners. These phrases, according to market research, don't appeal to children and have contributed to an overall decline in milk consumption in schools, the petition states. Allowing milk processors to use any "safe and suitable" sweetener in flavored milk and still label it "milk" would help to stem the drop in consumption, while promoting healthy eating habits that could last a lifetime.

Last May, NMPF and IDFA jointly rejected a suggested federal excise tax on flavored milk drinks that contain sugar-based sweeteners. Connie Tipton, President and CEO of IDFA, and Jerry Kozak, President and CEO of NMPF, said flavored milk is part of the solution to the child obesity problem, not a cause, and its consumption needs to be encouraged among kids, not discouraged by a new tax.

## Salt Reduction Initiatives

NMPF wrote a letter last summer to the Institute of Medicine (IOM)'s Committee on Strategies to Reduce Sodium Intake cautioning the use of blanket recommendations that could negatively impact the nutritional composition of a person's diet without addressing nutrient, caloric, and sodium content. Sodium contribution of dairy products was approximately 11.1% of total U.S. intake, of which cheese accounted for approximately 7.8%. Reducing sodium is particularly challenging in cheese manufacturing, as it plays significant roles in terms of safety, functionality, and quality.

The New York City Department of Health and Mental Hygiene launched a "nationwide" initiative, asking the food industry to voluntarily commit to reducing sodium levels in their products. The goal is to reduce the daily intake of sodium by 20% by 2014.

In the summer of 2009, the Department shared sodium targets for five cheese categories and requested input on the feasibility of meeting these targets. NMPF responded by explaining the challenges associated with producing cheeses that meet these criteria. NMPF also questioned the rationale behind the recommendation for a 30% sodium reduction in pizza.

# National Air Emissions Monitoring Study

Last year, NMPF continued to oversee the National Air Emissions Monitoring Study (NAEMS) for the dairy industry – the air research required as part of the Environmental Protection Agency (EPA) Air Consent Agreement. The air emissions monitoring study, which is being funded by a one-time use of dairy-check off money, has been measuring emissions from dairy operations around the country during a two-year study that began in 2007. Data collection was mostly completed by the end of 2009. This research will help determine what emissions come from barns and lagoons on dairy operations. NMPF participates as a board member of the Agriculture Air Research Council (AARC), the group established to oversee the air study funding for each species group. As a participating member of the AARC, NMPF will have direct oversight of the money spent for the dairy study.

The NAEMS process-based model research concluded its second year in 2009, as the dairy industry looks to finalize recommendations from the National Academy of Sciences report. The overall goal of the project is to develop a model-based tool to quantify major gas pollutants released from dairies. The second year of the project focused on three aspects: finishing the overall modeling framework, conducting experiments to quantify the generation and emission rates of volatile organic compounds (VOCs), and testing and validation of the model.



*NAEMS researchers gather air emissions data from a circulation fan in a barn.*

# NMPF National Dairy Leadership Scholarship Program



*Matthew Ranieri from Cornell University received the 2009 Hintz Memorial Scholarship.*

Every year, NMPF's Board of Directors offers scholarships to qualified graduate-level students (enrolled in Masters or PhD programs) actively pursuing dairy-related fields of research that are of immediate interest to the dairy industry. In 2009, the NMPF Scholarship Committee selected five students to receive a total of $9,500 in scholarships.

As the top scholarship candidate, Matthew Ranieri was awarded the 2009 Hintz Memorial Scholarship, given in honor of Murray Hintz, former Chairman of the Board for Cass-Clay Creamery, Inc. Ranieri attended Cornell University and was working toward his Ph.D. His research examined the development of a single raw milk assay to predict shelf-life performance of pasteurized milk.

The four other scholarship recipients were:

Jessica Tekippe, a student at Pennsylvania State University, was pursuing her M.S. in Animal Science. Her research studied the effect of plant extracts on production, nutrient utilization, and ruminal fermentation.

Jaime Curbelo was working towards his Ph.D. at Mississippi State University. He researched the use of bio-photonic imaging technologies as a novel approach to understanding pathogen progression in bovine uterine infections.

Amy Hazel was pursuing her M.S. at the University of Minnesota. Her research examined rotational crossbreeding in 10 Minnesota commercial dairies.

Corwin Nelson, a student at Iowa State University, was pursuing his Ph.D. His research studied the effects of 1,25-dihydroxyvitamin D3 on the expression of genes involved in the immune response of the bovine mammary gland.

Highly Confidential                                                                                                            D00067464

# NMPF Young Cooperators Program

The Young Cooperators program continued to educate and connect dairy leaders from across the country in 2009. Fifteen cooperatives participated in the YC program through meeting attendance at one or both of the meetings held last summer and fall.

The June meeting brought 55 YCs to Washington to learn more about NMPF's top priorities, and then to connect with their elected officials. Participants also attended the Capitol Hill reception and the Board of Directors meeting.

The annual meeting brought nearly 100 YCs to Dallas, where they had numerous learning opportunities, including presentations from family business expert Jolene Brown; media trainer Joan Horbiak; animal husbandry professor Wes Jamison; and financial expert Gary Sipiorski. The group also heard from Dairy Management Inc. (DMI) on social networking, and Gary Matteson on the importance of leadership off the farm. The YCs also elected officers for the 2010 Advisory Council.

Council members include: Chaircouple Martin & Lisa Burken with Swiss Valley Farms; Vice Chaircouple Terry & Jill Hauser with Dairy Farmers of America; Secretary Glen & Sadie Frericks with Land O'Lakes, Inc.; G. Aaron & Kristen Allen with Dairylea Cooperative; Clint & Kara Burkholder with Maryland & Virginia Milk Producers Coop Association; Russ Klein with Upstate Niagara Cooperative; Mike & Mary Lummus with Tillamook Cooperative Creamery; Aaron Olson with Northwest Dairy Association, Gregory Peracchio with Agri-Mark, Inc.; Colorado Robertson with Dairy Farmers of America, Craig & Natasha Schoenberg with Prairie Farms; Kim & Allan VanHofwegen with United Dairymen of Arizona; and Jeremy & Summer Werth with Michigan Milk Producers Association.



*Back (left to right): Peracchio, Olson, Burkholder, Schoenberg, VanHofwegen, Hauser, Klein, Werth, Burken, Robertson, and Frericks.*
*Front: Burkholder, Schoenberg, Werth, Burken, and Frericks.*

# Dairy Industry Bids Farewell to Lifetime Leader



*Tom Camerlo served as NMPF's Chairman for nearly two decades.*

James P. "Tom" Camerlo, past Chairman of NMPF, passed away on December 3, 2009, after a courageous battle with cancer. Tom was truly a unique and special individual who profoundly impacted not only everyone at National Milk but the entire dairy industry – more than any individual in our history. Tom, who committed a lifetime of service to the global dairy industry, was known as the World's Dairy Ambassador. His leadership skills were always on display, whether it was for NMPF, DFA, or the many organizations he represented during his years of service. Tom served as NMPF Chairman from 1986 to 2003.

Tom was the essence of friendship and fellowship whose warmth and infectious personality brought everyone together for the common good of the industry. Tom provided years of expertise and leadership to the dairy industry in the broader arenas of dairy trade, farm policy, cooperative marketing, and dairy product promotion.

He also provided leadership at the local level by being active with the Florence Elks, Lion Club, Chamber of Commerce, and St. Benedict's Catholic Church. He also served on the board of the K-12 Foundation for Education and Destination ImagiNation. Tom's leadership was rewarded by being named World Dairy Expo's Dairyman of the Year in 2003. He also received the National Council of Farmer Cooperative's National Cooperative Statesman Award in 1999; and in 1996 the Soil Conservation Service presented him the Conservationist of the Year Award. Tom was inducted into the Colorado Agriculture Hall of Fame in 2001.

Tom was also devoted to his family which included his wife Barbara and four grown children, Tommy, Jimmy, Patty, and Brooke.

A scholarship to honor Tom's legacy was established at Colorado State University, his alma mater.

## Meeting Convenes in Texas After Difficult Year

With a cloud of gloom hanging over the U.S. dairy industry as producers faced an economically difficult year, there was hope for a brighter future at the joint NDB/NMPF/UDIA Annual Meeting that was held November 10-12, in Grapevine, TX. The theme – "Building Partnerships, Building Opportunities: Now More Than Ever," focused on drawing people together and devising innovative ways to change the course of the industry's future.

It was Randy Mooney's first Annual Meeting as NMPF Chairman, after assuming the role from Charles Beckendorf at the end of 2008. Mooney took the stage with NMPF President & CEO Jerry Kozak as they gave a joint address that discussed the actions being taken to combat the dairy crisis.

"The actions we've taken in 2009 have actually made improvements in the economic outlook for dairy farmers, and I think we can stand here today and say things are getting better, slowly but surely, and the outlook is for a better year ahead," Mooney said.

Mooney and Kozak outlined several actions NMPF had taken in collaboration with USDA, including liquidating 200 million pounds of surplus nonfat powder; reactivating the Dairy Export Incentive Program; raising support levels temporarily to give prices a boost; and buying cheese products and donating them to feeding programs.

After discussing other issues NMPF tackled in 2009, such as the producer-handler rule, greenhouse gas regulations, and the continued efforts of the Cooperatives Working Together (CWT) program, Mooney and Kozak introduced a new long-term approach to the dairy policy called the "Foundation for the Future,"

which was developed by a special NMPF Strategic Planning Task Force. The "Foundation for the Future" plan was divided into four parts: Federal Milk Marketing Order Reform, a Revised CWT Program, Revised Federal Support Programs, and a Producer Income Insurance Program.

"NMPF's Strategic Task Force has provided leadership in focusing on the steps we can take, and the consensus we need, to help avert a similar crisis in the future," Kozak noted.

"That is why our package of interlinked proposals entitled 'Foundation for the Future' is critical to the vitality and prosperity of our industry," Mooney concluded. "To all of you, we say: Welcome to the Future."





*NMPF Chairman Randy Mooney addresses the membership.*

## Communicator of the Year



*Gary Weber accepts the award for the Land O'Lakes Communications Team.*

Every year, member cooperative communicators participate in NMPF's Communications Competition. The competition recognizes excellence among NMPF cooperative communicators, provides an outside evaluation of communications efforts, and offers feedback for improvement opportunities. In 2009, 107 entries were submitted in 14 categories. This year's Outstanding Achievement in Communications Award (which recognizes exceptional accomplishment in the fields of public relations, publishing, writing, advertising, and special projects that advances the interests and objectives of America's dairy farmers) was awarded to the Land O'Lakes Communications Team.

## Cheese Contest

At the conclusion of NMPF's 2009 Championship Cheese contest, member cooperative Agri-Mark (headquartered in Lawrence, MA) was presented with the Grand Champion Cheese award - the Chairman's Plaque - for its Cabot Vermont Sharp Cheddar cheese produced in Middlebury, Vermont. The cheese earned a score of 98.7 from contest judges. Nearly 140 cheese entries were judged in nine classes during the competition.



Highly Confidential D00067466

## NMPF Membership Strong Through 2009

Based on the latest Hoard's Dairyman top 50 coop list (from October 2009), NMPF coops represented at least 60% of milk and 60% of dairy farms in the U.S. in 2009. NMPF has 30 cooperative members who produce the majority of the U.S. milk supply, making NMPF the voice of more than 40,000 dairy producers on Capitol Hill and with government agencies. This list includes 26 of the 50 largest dairy coops in the U.S.

NMPF went into 2010 with more than 70 associate members who range from international dairy affiliates to regional trade associations, industry suppliers, consulting firms, and universities.



Total: 57,127 Licensed U.S. Dairy Farms



Total: 190 Billion Pounds of U.S. Production

## 2010 Cooperative Members

| | | |
|---|---|---|
| Agri-Mark, Inc. | Arkansas Dairy Cooperative Association | Associated Milk Producers, Inc. |
| Continental Dairy Products, Inc. | Cooperative Milk Producers Association | Dairy Farmers of America, Inc. |
| Dairylea Cooperative Inc. | Dairymen's Marketing Cooperative, Inc. | Ellsworth Cooperative Creamery |
| Farmers Cooperative Creamery | First District Association | Foremost Farms USA |
| Just Jersey Cooperative, Inc. | Land O'Lakes, Inc. | Lone Star Milk Producers |
| Manitowoc Milk Producers Cooperative | Maryland & Virginia Milk Producers Cooperative Association | Michigan Milk Producers Association |
| Mid-West Dairymen's Company | Northwest Dairy Association | Prairie Farms Dairy, Inc. |
| Scioto County Cooperative Milk Producers' Association | Select Milk Producers | Southeast Milk, Inc. |
| St. Albans Cooperative Creamery, Inc. | Swiss Valley Farms Company | Tillamook County Creamery Association |
| United Dairymen of Arizona | Upstate Niagara Cooperative | Zia Milk Producers, Inc. |

## 2010 Officers


Randy Mooney
Chairman
Dairy Farmers of America, Inc.


Clyde Rutherford
1st Vice Chairman
Dairylea Cooperative, Inc.


Cornell Kasbergen
2nd Vice Chairman
Land O'Lakes, Inc.


Rod DeJong
3rd Vice Chairman
Northwest Dairy Association


Dave Fuhrmann
Secretary
Foremost Farms USA


Paul Toft
Assistant Secretary
Associated Milk Producers Inc.


Ken Nobis
Treasurer
Michigan Milk Producers Assn.


Mike McCloskey
Assistant Treasurer
Select Milk Producers, Inc.

## 2010 Board of Directors

Paul Johnston
Agri-Mark, Inc.

Tom Croner
Dairy Farmers of America, Inc.

Jackie Klippenstein
Dairy Farmers of America, Inc.

Wayne Palla
Dairy Farmers of America, Inc.

Perry Tjaarda
Dairy Farmers of America, Inc.

Albert Knegendorf
Ellsworth Cooperative Creamery

David Scheevel
Foremost Farms USA

Tom Wakefield
Land O'Lakes, Inc.

Randy Geiger
Manitowoc Milk Producers Coop.

John Underwood
Northwest Dairy Association

Joe Wright
Southeast Milk Producers, Inc.

Keith Murfield
United Dairymen of Arizona

Ed Welch
Associated Milk Producers Inc.

Les Hardesty
Dairy Farmers of America, Inc.

George Mertens
Dairy Farmers of America, Inc.

Bill Siebenborn
Dairy Farmers of America, Inc.

John Wilson
Dairy Farmers of America, Inc.

David Newhouse
Farmers Cooperative Creamery

Pete Kappelman
Land O'Lakes, Inc.

Jim Baird
Lone Star Milk Producers

Jay Bryant
MD & VA Milk Producers Coop.

Paul Mills
Prairie Farms Dairy

Ralph McNall
St. Albans Cooperative Creamery

Bobby Hall
Upstate Niagara Cooperative, Inc.

William Blalock
Cooperative Milk Producers

Jerrel Heatwole
Dairy Farmers of America, Inc.

Doug Nuttelman
Dairy Farmers of America, Inc.

Rick Smith
Dairy Farmers of America, Inc.

Greg Wickham
Dairylea Cooperative, Inc.

Clint Fall
First District Association

Chris Policinski
Land O'Lakes, Inc.

Dennis Donohue
Manitowoc Milk Producers Coop.

Adrian Boer
Northwest Dairy Association

Brad Bouma
Select Milk Producers, Inc.

Pat Schroeder
Swiss Valley Farms, Co.

Frank Sheckarski
Zia Milk Producers, Inc.

*At the time of this publication, DFA had one vacant board seat due to the death of Tom Camerlo.*

Highly Confidential
D00067468

## Staff Changes

Throughout 2009, NMPF witnessed several changes regarding its staff members.

At the beginning of the year, Dana Brooks joined the team as the Senior Director of Government Relations to bolster NMPF's presence on Capitol Hill. In March, NMPF hired Betsy Flores to be the new Director of Regulatory Affairs, focusing specifically on developing the National Dairy FARM Program: Farmers Assuring Responsible Management™. In July, Dr. Rob Byrne, who had worked at NMPF since 1998, left to take a new position as the Director of Industry and Regulatory Affairs at Schreiber Foods in Green Bay, Wisconsin.

In January of 2010, the staff was reorganized to augment efforts on dairy industry issues, such as milk price volatility, increased costs, increases in government regulations, and marketplace pressures. As part of this endeavor, Dr. Beth Briczinski came onboard as the Director of Dairy Foods & Nutrition. A new position was created for a Director of Environmental Services, which NMPF anticipated would be filled by early spring.

After several years with NMPF, most recently as the Manager of Government Relations, Mary Knigge announced in February that she would be leaving the organization to join the House Agriculture Committee professional staff, assisting the Livestock, Dairy, and Poultry Subcommittee for Chairman David Scott (D-GA) and Ranking Member Randy Neugebauer (R-TX).




*New staff members Dana Brooks (top), Betsy Flores, and Beth Briczinski.*

## 2010 Staff

Jerry Kozak
President & Chief Executive Officer

Beth Briczinski
Director, Dairy Foods & Nutrition

Jaime Castaneda
Senior Vice President, Strategic Initiatives & Trade Policy

Betsy Flores
Director, Regulatory Affairs

Khadija Gibson-White
Program Assistant, CWT

Anuja Miner
Senior Director, Executive Office & Member Relations

Shawna Morris
Vice President, Trade Policy

Jim Tillison
Senior Vice President, Marketing & Economic Research/
Chief Operating Officer, CWT

Tom Balmer
Executive Vice President

Dana Brooks
Vice President, Government Relations

Roger Cryan
Vice President, Milk Marketing & Economics

Chris Galen
Senior Vice President, Communications

Jamie Jonker
Vice President, Scientific & Regulatory Affairs

Gail Mobley
Director, Finance & Administration

Sarah Olson
Manager, Communications

Peter Vitaliano
Vice President, Economic Policy & Market Research

Highly Confidential
D00067469



**National Milk Producers Federation**

2101 Wilson Blvd., Suite 400
Arlington, VA 22201
Phone: (703) 243-6111
Fax: (703) 841-9328
www.nmpf.org
www.facebook.com/nationalmilk
twitter.com/nmpf
Email: info@nmpf.org

Highly Confidential                                                                                                    D00067470

## Metadata

| | | |
|---|---|---|
| **Author** | Sarah Olson | ORIGINAL |
| **BSK Confidentiality** | Highly Confidential | ORIGINAL |
| **BSK ProdBeg_Attach** | D00067453 | ORIGINAL |
| **BSK ProdEnd_Attach** | D00067470 | ORIGINAL |
| **Conversation Index** | 01CAC47C53DA56F4C6CC4C4B476DB728D25AC55AB4B70000DB05300059745330 | ORIGINAL |
| **Custodian** | Wickham, Greg | ORIGINAL |
| **Extracted Text** | .\Dairylea_Prod_005\TEXT\TEXT001\D00067455.txt | ORIGINAL |
| **File Name** | 2009-Activities-&-Accomplishments.pdf | ORIGINAL |
| **File Size** | 3034956.00 | ORIGINAL |
| **MD5 Hash** | AD834CE6036B07DB8A538816636046FD81208AD4C8A82A97D22C15DF07D2863B | ORIGINAL |
| **Original Folder Path** | BY CUSTODIAN / Winkham, Greg | ORIGINAL |
| **Parent Date** | 3/17/2010 12:00 AM | ORIGINAL |
| **Production Voume ID** | Dairylea_Prod_005; | ORIGINAL |
| **Time Created** | 13:03:30 | ORIGINAL |
| **Time Last Modified** | 13:04:46 | ORIGINAL |