# EXHIBIT 1

**[Page 1]**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW EDWARDS, et al., ) | |
| individually and on behalf of ) | |
| all others similarly situated,) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 11 CV 04766 |
| ) | |
| NATIONAL MILK PRODUCERS ) | |
| FEDERATION, aka COOPERATIVES ) | |
| WORKING TOGETHER; DAIRY ) | |
| FARMERS OF AMERICA, INC.; ) | |
| LAND O'LAKES, INC.; DAIRYLEA ) | |
| COOPERATIVE, INC. and ) | |
| AGRI-MARK, INC., ) | |
| ) | |
| Defendants. ) | |

The deposition of EDWARD GALLAGHER, called by the Plaintiff for examination pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Barbara Perkovich, a notary public within and for the County of Cook and State of Illinois, at Suite 1100, 224 South Michigan Avenue, Chicago, Illinois on the 6th day of May 2015.

1  asserting that you have knowledge that it was a legal
2  format in what they did?
3      A. I am not an anti-trust attorney, again, I
4  said that earlier. It's my opinion and I'm not
5  offering that opinion at trial or I have not made
6  that an opinion in my report.
7      Q. So you don't intend to offer that at trial,
8  correct?
9      A. Correct.
10     Q. You, in the last page, or I should say Page 7,
11 you have some summary comments. And at the end you say,
12 Upon reflection, I come to the conclusion that the
13 existing CWT Program is likely a better long run avenue
14 for increasing milk prices and attempting to reduce
15 their volatility, than a similar program operated by the
16 Federal government and requiring full participation by
17 all nonorganic dairy farmers. Do you see that?
18     A. I do.
19     Q. And so you will agree, will you not,
20 Mr. Gallagher, at the time you wrote these words, you
21 believed the CWT Program was effectively increasing milk
22 prices, correct?
23     A. I'm not sure I would agree with your term
24 effectively. And I don't know what you would mean
25 by that. Let me give you an example, if I could.

[Page 66]

1      Q. No, let me have you answer my question. And I
2  appreciate you saying you don't know what I mean by it,
3  so I'll rephrase. At the time you wrote that paragraph,
4  you believe, Mr. Gallagher, that the CWT Program was
5  increasing milk prices, correct?
6      A. I believed that the CWT Program was
7  increasing -- helping to reduce surplus milk and
8  increasing the regulated milk price.
9      Q. And if I understand your comment about the
10 regulated price, can you tell me where in this document
11 you refer to the regulated milk price?
12     A. You'll have to give me a few minutes to read
13 this. Is that okay?
14     Q. Sure.
15     A. Thank you.
16     MR. MILLER: Jeff, I'm going to hand him my iPad
17 to make it easier.
18     MR. FRIEDMAN: I can represent to you that I
19 don't think you are going to find it, but you are
20 entitled to look.
21     THE WITNESS: As I flip through this and scan it
22 quickly, I refer to -- I have a reference to the all
23 milk price, which is part --
24 BY MR. FRIEDMAN:
25     Q. You agree the all milk price is not the regulated

[Page 67]

1  price, correct?
2      A. The all milk price is different than the
3  regulated price, but it is probably -- in excess of
4  90 percent of its value is determined by the
5  regulated price. So it equates -- it's very --
6  highly correlated.
7      Q. The all milk price also includes the over order
8  premium, correct?
9      A. Yes. And I talk about price -- yeah, I
10 believe the analysis that Cornell did, I believe,
11 referred to the all milk price and -- so the -- I
12 believe it was just accepted at the time that the
13 impact of the CWT Program would have an impact on
14 changing the regulated price.
15     And so I may -- I didn't define it in this, I
16 didn't define it. So you're right, I don't see the
17 words "regulated price" in the document, as you have
18 identified.
19     Q. And I think, as you correctly identified,
20 Cornell's model estimated the impact of a CWT-like
21 program on the all milk price, correct?
22     A. Correct. It also has some forecasts, as I
23 look through, about the impacts on Class 3 and Class
24 4 prices. And I'm fairly -- no, I don't know how
25 they did it, so I can't recall exactly how they did

[Page 68]

1  it. But they did have, I think, some estimates on
2  what they thought would happen to the Class 3 and
3  Class 4 price, which are two of the regulated prices
4  that make up the blend price.
5      Q. I understand, but you didn't analyze the
6  variables in their regression, did you?
7      A. I'm not sure. Ask me the question again,
8  please.
9      Q. Did you analyze the variables in the regression
10 run by the Cornell study?
11     A. I don't believe so, although I may have
12 opined a little bit on some of the assumptions.
13     Q. Did you ever, in doing your work, analyze the
14 total cumulative effects in terms of how much the Herd
15 Retirement Program elevated the all milk price?
16     MR. MILLER: Objection to form.
17     THE WITNESS: I don't recall doing that, but --
18 I don't recall doing that, but I may have, I don't
19 know.
20 BY MR. FRIEDMAN:
21     Q. So you don't recall seeing any numbers about how
22 much the all milk price was elevated, due to the Herd
23 Retirement Program?
24     MR. MILLER: Objection to form.
25     THE WITNESS: I don't recall if I did the

[Page 69]

[18]  (Pages 66 to 69)