# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,

Case No. 11-CV-04766-JSW

Plaintiffs,

[consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW]

-vs-

NATIONAL MILK PRODUCERS FEDERATION, aka COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.,

Defendants.

---

VOLUME I

The VIDEOTAPED DEPOSITION of THOMAS D. WEGNER, taken pursuant to Notice of Taking Deposition, at 4001 Lexington Avenue North, in the City of Arden Hills, State of Minnesota, on the 22nd day of January, 2015, before Gail M. Hinrichs, RPR and Notary Public, commencing at approximately 9:30 a.m.

behalf of Land O'Lakes, I believe you testified that you reviewed at least hundreds of pages of documents; is that correct?

A Yes.

Q Now, with respect to the purpose of the CWT program, did you review even a single document that refers to the program's purpose as being limited to raising the regulated price of milk?

A No.

Q In your 60 to 80 hours of preparation and reviewing hundreds of pages of documents, did you review even a single document that referred to the program's purpose as being limited to raising only Class III or Class IV regulated prices?

MR. SOLBERG: Object to form.

THE WITNESS: No, I did not. I view it as a practical matter from the way milk supply and the regulated prices are calculated and how the Federal Milk Marketing Orders operate in terms of availability and ensuring availability of Class I milk.

BY MR. FRIEDMAN:

Q So the answer to my question, if I understand it, is no; is that correct?

A Yes, that is correct.

Q It's true that Land O'Lakes represented to its members that the Herd Retirement Program successfully raised their milk checks, correct?

A Yes, largely based on the analysis provided by Dr. Scott Brown is where I primarily utilized and made that statement -- utilized his analysis and made that statement.

Q Now, first of all, I'd like to ask you to define for me the term "All Milk Price"?

A All Milk Price is something calculated by our USDA National Ag Statistics Service, it includes prices received by dairymen across -- typically it's states, but there's also an All Milk Price calculated for the entire country. It includes prices received by farmers for their milk.

Q Does the All Milk Price that is calculated, whether nationally or by state, include both the regulated price of -- revenue from the regulated price of milk and revenue from over-order premiums?

MR. SOLBERG: Object to form.

THE WITNESS: It can include the -- I mean as I understand the All Milk Price, it includes the price that dairymen receive, which would include both regulated -- the regulated price and to the

extent there's premium, which has many components.

BY MR. FRIEDMAN:

Q So the All Milk Price has two major revenue components, one being revenue from the regulated price, the other being revenue from premiums that are charged on top of the regulated price, correct?

A Well, I maybe have to go back a little bit to premiums paid to producers which can have many, many different forms.

And what I mean by that is it can be a component premium for protein level, it can be a volume premium, it can be a bacteria or a somatic cell premium.

As I understand, there's no distinction made between that and a premium that could result from a marketing agency in common premium, which I think is the one you're speaking of because you're talking about premiums charged to customers.

Am I right in understanding that that's what you're referring to when you speak to premiums?

Q Well, let me ask it this way: So you agree that the All Milk check, in part, reflects revenue from regulated prices, correct?

A Yes.