# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs. No. 4:11-CV-4766-JSW (NJV)

NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.

Defendants.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

KRISTIE TESSANDORI, on behalf of Herself and All Others Similarly Situated,

Plaintiffs,

vs. No. 1216-CV13257

DAIRY FARMERS OF AMERICA, INC.

Defendant.

VIDEO 30(b)(6) DEPOSITION OF JOHN WILSON
VOLUME I
Taken on behalf of the Plaintiffs
January 8, 2015
Saundra Tippins, CCR

(The deposition began at 9:54 a.m.)

[Page 2]

QUESTIONS BY: PAGE NO.
MR. FRIEDMAN 10

INDEX OF EXHIBITS

| EXHIBIT NO. | | PAGE REFERENCED |
|---|---|---|
| Exhibit 1 | Notice | 13 |
| Exhibit 2 | General Notebook | 58 |
| Exhibit 3 | Article | 61 |
| Exhibit 4 | Handwritten Letter | 63 |
| Exhibit 5 | National Milk Notebook | 93 |
| Exhibit 6 | Email 3 | 172 |
| Exhibit 7 | Conference Call Notes | 191 |
| Exhibit 8 | Weekly Update | 192 |

(Whereupon Exhibits 2 and 5 were attached to the original and copies. Exhibits 1, 3, 4, 6, 7 and 8 are on eDepoze.)

[Page 3]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated,
Plaintiffs,
vs. No. 4:11-CV-4766-JSW (NJV)
NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC.
Defendants.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY
KRISTIE TESSANDORI, on behalf of Herself and All Others Similarly Situated,
Plaintiffs,
vs. No. 1216-CV13257
DAIRY FARMERS OF AMERICA, INC.
Defendant.

[Page 4]

VIDEO 30(b)(6) DEPOSITION OF JOHN WILSON, VOLUME I, produced, sworn, and examined on the 8th day of January, 2015, between the hours of nine o'clock in the forenoon and five o'clock in the afternoon of that day, at Embassy Suites Kansas City International Airport, 7640 Northeast Tiffany Springs Parkway, Kansas City, Missouri, before SAUNDRA TIPPINS, a Notary Public, and Certified Court Reporter within and for the States of Missouri and Kansas, in a certain cause now pending before the United States District Court, Northern District of California, Oakland Division, wherein MATTHEW EDWARDS, et al., individually and on behalf of all others similarly situated, are the Plaintiffs, and NATIONAL MILK PRODUCERS FEDERATION, a/k/a COOPERATIVES WORKING TOGETHER; DAIRY FARMERS OF AMERICA, INC.; LAND O'LAKES, INC.; DAIRYLEA COOPERATIVE, INC.; and AGRI-MARK, INC. are the Defendants; and in a certain cause now pending in the Circuit Court of Jackson County, Missouri, at Kansas City, wherein KRISTIE TESSANDORI, on behalf of Herself and All Others Similarly Situated, are the Plaintiffs, and DAIRY FARMERS OF AMERICA, INC., are the Defendants.

[Page 5]

better term to cover the whole gambit there.
Q Okay, so let me see if I can use members for right now.
With respect to members, the DFA board voted to participate in the Herd Retirement Program, correct?
A That is correct.
Q The DFA board then implemented a levy or a charge to all of its members deducting the, let's say, 5 cents from each of the members' checks, correct?
A That's correct.
Q And so is it true that all members of DFA were required to pay to support the program?
A That as part of a member -- the decision was made en mass by the Board of Directors that all -- all members would participate in the program.
Q Now, with respect to nonmembers that DFA marketed on behalf of, did DFA also deduct the 5 cents or the change to 10 cents from those nonmembers' checks as well?
A I did not research that specific question.
Q Okay. So do you have a educated

guess?
MR. KUNEY: Object, objection to form. Go ahead.
A There is no doubt that the nickel was paid on behalf of the independent producers that DFA was marketing under DMS.
What I did not research, as to whether it was specifically on their milk checks or not. I do not know that.
Q (By Mr. Friedman) Okay, and so what is the basis of your knowledge that the nickel was charged on the nonmembers' checks?
MR. KUNEY: Objection to form.
A I remember it.
Q (By Mr. Friedman) Okay.
A I mean, I just know it.
Q Okay. That's fine.
Do you agree or disagree that at least during part of the period between 2003 and 2009, DFA represented to its members that the Herd Retirement Program successfully raised the all milk price received by its members?
MR. KUNEY: Objection to form.
A I would have to look up in the documents to verify that we quoted an all milk

price. I would not doubt that it was, but I just, I'd have to look in the documents to validate that.
Q (By Mr. Friedman) Mr. Wilson, I appreciate that. Maybe my question was not well phrased.
What I'm asking more is generally, generally, as a general statement or representation that was made between 2003 and 2009, isn't it true that DFA represented to its members during that period of time on many occasions that the Herd Retirement Program had successfully raised the all milk price?
A I think that's, yes, that's fair, yes. I'm sure I would have personally discussed CWT and discussed the fact that it had some positive bearing on the all milk price, sure.
Q And that comes to my next question, is whether you, in fact, had made representations over the years between 2003 and 2009, let's say, to DFA's membership that the CWT program had successfully raised the all milk price for producers by reducing the supply of milk.
MR. KUNEY: Objection to form.
A Yes. Certainly I would have

personally indicated that yes, tightening the supply has some amount of improvement on the milk price. It's a function of how much.
Q (By Mr. Friedman) And do you recall ever doing so in front of a large meeting of producers?
A I don't have specific recollection of a meeting, but I'm certain I did. I don't know what you call a large collection. I guess you've got to define that.
But I would -- certainly the Board of Directors is an example. Probably I'm sure I would have been in front from time to time of leadership groups within DFA, which might mean, you know, two or three hundred people maybe, something like that.
It would not have been uncommon. We were very strongly supportive of the program. It was the best tool the dairy farmers had at the time to try to solve the problem of oversupply.
Q If part of the problem of oversupply was basic economics, which I think you generally stated, is that at least to lower prices, correct?
MR. KUNEY: Objection to form.
A Too much supply of any commodity means