# EXHIBIT 4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

- - - - - - - - - - - - - - -X

| | |
|---|---|
| **MATTHEW EDWARDS, et al.,** : | Case No. |
| individually and on behalf : | 11-CV-04766-JSW |
| of all others similarly : | |
| situated, : | |
| Plaintiffs, : | Consolidated with |
| vs. : | 11-CV-04791-JSW |
| **NATIONAL MILK PRODUCERS** : | And 11-CV-05253-JSW |
| **FEDERATION,** aka : | |
| **COOPERATIVES WORKING** : | |
| **TOGETHER; DAIRY FARMERS OF** : | |
| **AMERICA, INC.; LAND O'LAKES,** : | |
| **INC.; DAIRYLEA COOPERATIVE,** : | |
| **INC.; and AGRI-MARK, INC.,** : | |
| Defendants. : | |

- - - - - - - - - - - - - - -X

Videotaped 30(b)(6) Deposition of

NATIONAL MILK PRODUCERS FEDERATION,

By and Through its Corporate Designee,

JEROME KOZAK

(Cont'd On Page 2:)

[Page 62]

 1  farmers received for their milk.
 2      BY MR. FRIEDMAN:
 3      Q   So have you subsequently learned that
 4  the all milk price is not simply the regulated
 5  price?
 6      A   Yes.
 7      Q   Okay. So with respect to this graph
 8  under the U.S. All Milk Price, now, do you -- do
 9  you understand that the blue line reflects the
10  U.S. all milk price with the Herd Retirement
11  Program in place, as well as -- well, I should say
12  with the CWT program in place?
13      A   I'm sorry. While you were talking, I
14  got a message up top about Alabama being the
15  number one recruiting, so that distracted me on
16  the iPad. It was not me again. It's -- so can
17  you please repeat the question?
18      Q   No problem.
19          Was that distracting or does that make
20  you happy?
21      A   I am a University --
22      Q   Never mind.
23      A   I am a University of Michigan lifetime
24  alumni.
25      Q   Understood. All right.

[Page 63]

 1          So back to the question.
 2      A   Thank you.
 3      Q   With respect to -- you understand that
 4  the blue line reflects the all milk price with the
 5  CWT program?
 6      A   Yes.
 7      Q   Do you understand that the red line
 8  reflects what Dr. Brown analyzed the U.S. all milk
 9  price would have been had there been no CWT
10  program?
11      A   I understand that that's correct.
12      Q   Now, is it National Milk's position
13  that this chart reflects less volatility that was
14  caused by the Herd -- that -- by the CWT program?
15      A   (Witness reviews document.)
16          I would say in looking at this chart,
17  that if you look at January '04 to '07, that the
18  wild, as I would call it -- please excuse a
19  noneconomist -- but the wild swings were not as
20  prevalent as they were -- they were before the
21  program began. But there was a significant swing
22  certainly in '07 through '09.
23          That would be my assessment of looking
24  at this chart.
25      Q   So you believe (inaudible) --

[Page 64]

 1      THE COURT REPORTER: I'm sorry?
 2      THE WITNESS: Sorry, Jeff. Somebody
 3  sneezed.
 4      BY MR. FRIEDMAN:
 5      Q   No problem. God please whoever
 6  sneezed.
 7          So -- so you -- it's -- it's National
 8  Milk's position that from January '04 to January
 9  '06 that the Herd Retirement did -- that program
10  had effectively eliminated the swings in milk
11  prices?
12      MR. EWING: Objection as to form.
13      THE WITNESS: No, I wouldn't say that
14  it eliminated it because we never felt that we
15  could completely eliminate volatility.
16          Secondly, if I look at this correctly,
17  this also must contain -- it says, CWT, so there
18  was the export assistance program, which was
19  intended to look at the demand side of it. So I
20  would say that all -- that it may have modified
21  the volatility, but it -- but, you know, it
22  certainly didn't eliminate the volatility.
23      BY MR. FRIEDMAN:
24      Q   And, so, you would agree that even with
25  the CWT program, farmers faced volatility in the

[Page 65]

 1  marketplace; correct?
 2      A   Yes.
 3      Q   Now, Mr. Kozak, do you agree that CWT
 4  members or staff of CWT monitored industry
 5  benchmarks to determine when each round of herd
 6  retirement should occur?
 7      A   Yes.
 8      Q   Do you -- does National Milk agree that
 9  one of the most critical factors that was
10  considered in maximizing the impact of the Herd
11  Retirement Program was the timing of the program?
12      A   Yes.
13      Q   I'd like to have you look at Exhibit 4.
14          (Kozak Exhibit 4 was marked for
15  identification.)
16      BY MR. FRIEDMAN:
17      Q   When it pops up, if you could briefly
18  review it and tell me, if you recognize it, what
19  it is, Mr. Kozak?
20      A   (Witness reviews document.)
21      MR. EWING: Jeff, just for the record,
22  these exhibits have metadata attached to them at
23  the back, and you're, I assume, representing that
24  those are the metadata associated in the
25  production that you've culled from your receipt of

**[17] (Pages 62 to 65)**

877-479-2484        U.S. LEGAL SUPPORT, INC        www.uslegalsupport.com