# EXHIBIT 14

# EXPERT REPORT
## OF
## JOHN M. CONNOR, PH.D.

**In the matter of**

*Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC*
*v.*
*Southeast Milk, Inc., National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agrimark, Inc.*

**OnPoint Analytics, Inc.**

**Highly Confidential**
**Pursuant to Protective Order**

**December 18, 2017**

# TABLE OF CONTENTS

I.   BACKGROUND AND SCOPE OF WORK ............................................................................. 2

II.  QUALIFICATIONS ............................................................................................................... 4

III. SUMMARY OF CONCLUSIONS........................................................................................ 6

IV.  THE MARKET STRUCTURE OF THE DAIRY SUBSECTOR WAS CONDUCIVE TO PRICE-FIXING ...................................................................................................................... 8

    A.   MARKET BACKGROUND: THE DAIRY VERTICAL SUBSECTOR ............................................. 8
        1.   *Dairy Farming* ............................................................................................................. 8
        2.   *Wholesale Assembly of Farm Milk* ........................................................................... 11
        3.   *Milk Processing* ........................................................................................................ 15
    B.   MARKET CHARACTERISTICS FOR FRESH DAIRY PRODUCTS ARE CONDUCIVE TO PRICE-FIXING BEHAVIOR .. 17
        1.   *Supply factors influencing milk price* ...................................................................... 17
        2.   *The demand characteristics for dairy products* ...................................................... 20
    C.   THE CWT HERD RETIREMENT PROGRAM REPRESENTS AN EFFECTIVE CARTEL ................... 28
        1.   *The CWT Herd Retirement Program was an effective, well-coordinated supply reduction.* ... 28
        2.   *The components of an effective cartel are sufficiently satisfied by the CWT Herd Retirement Program.* 31
        3.   *Due to spatial integration, prices were raised in the Southeast and nationwide by the CWT Herd Retirement Program.* ... 33

V.   ACCORDING TO DR. BROWN'S ANALYSIS, THE CWT HERD RETIREMENT PROGRAM INCREASED THE ALL MILK PRICE NATIONALLY ...................................... 35

    A.   BACKGROUND: DR. BROWN AND THE FOOD AND AGRICULTURAL POLICY RESEARCH INSTITUTE ................ 35
    B.   A DESCRIPTION OF DR. BROWN'S MODEL ........................................................................ 38
    C.   DR. BROWN'S MODEL SHOWS THAT THE CWT HERD RETIREMENT PROGRAM SUBSTANTIALLY INCREASED THE ALL MILK PRICE ... 42

VI.  THE CWT HERD RETIREMENT PROGRAM SIGNIFICANTLY RAISED OVER-ORDER PREMIUMS ..................................................................................................... 47

    A.   RELIABLE DATA EXISTS TO ESTIMATE THE PRICE IMPACT OF THE CWT HERD RETIREMENT PROGRAM ....... 48
    B.   REGRESSION ANALYSES SHOW OOPS INCREASED FROM 2003-2013 DUE TO THE CWT HERD RETIREMENT PROGRAM. ... 54

VII. WINN-DIXIE WAS OVERCHARGED BY AT LEAST $21.4 MILLION ......................... 60

VIII. CONCLUSION ..................................................................................................................... 65

United States District Court
Middle District of Florida
Jacksonville Division

| | |
|---|---|
| Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC )<br><br>v. )<br><br>Southeast Milk, Inc., National Milk Producers Federation, aka Cooperatives Working Together; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agrimark, Inc. ) | Case No. 3:15-cv-01143-BJD-PDB |

**EXPERT REPORT OF JOHN M. CONNOR, PH.D.**

**I.   BACKGROUND AND SCOPE OF WORK**

1.   Defendant National Milk Producers Federation ("NMPF"), a trade association made up of more than 40,000 dairy producers, founded Defendant Cooperatives Working Together ("CWT"),[1] an alliance of dairy farmer cooperatives, whose members include Defendants Dairy Farmers of America, Inc. ("DFA"), Land O'Lakes, Inc. ("LOL"), Dairylea Cooperative, Inc., Agri-Mark, Inc., and Southeast Milk, Inc. ("SMI"). CWT instituted a series of ten "herd retirements" from July 2003 through 2010 (collectively, the "CWT Herd Retirement Program"). As part of the CWT Herd Retirement Program, the member cooperatives agreed to create the program, with the stated purpose of raising milk prices, and further agreed to collect assessments

---

[1] CWT in uppercase is the acronym for Cooperatives Working Together, as described above, while in lowercase (i.e., cwt) it is the abbreviation for a hundredweight of milk, which is the standard measurement of quantity.

from their members to fund the herd retirements.[2] Then, in each herd retirement, run and implemented by CWT, the dairy farmer members would submit bids to slaughter their entire dairy herd, including productive dairy cows, earlier than they would do so otherwise. In addition, after 2008, the dairy farmers agreed not to reenter the dairy farming business for at least one year in return for a portion of the cash payment from the CWT. As a result, Plaintiffs allege that the supply of milk was artificially reduced to increase the price of milk above competitive levels. More specifically, the Plaintiffs allege that the CWT Herd Retirement Program increased the over-order premium ("OOP")[3] for milk that they purchased.

2.   One of the more unusual features of this case in my experience is that the Defendants contemporaneously sponsored an economic analysis of the price increases caused by the CWT Herd Retirement Program. Dr. Scott Brown, an Assistant Extension Professor of Agricultural and Applied Economics at the University of Missouri, was retained in 2006 by the NMPF to estimate to what extent the herd retirement program affected the milk prices received by dairy farmers for raw milk.[4] Dr. Brown concludes that the CWT Herd Retirement Program increased raw farm milk prices ("the All Milk Price")[5] from 2003 through at least 2012, because each herd retirement affected milk prices for several years into the future.

---

[2] Once the Board of a cooperative, including but not limited to the Defendants, voted to "join" or "participate in" the CWT program, participation by its member producers (dairy farmers) in the CWT Herd Retirement Program was mandatory – they had to pay the assessments charged by their cooperative to them and paid to CWT (Deposition of John Wilson, January 8, 2015, at p. 46:2-18). It was voluntary for any dairy farmer to submit a bid offering to cull its entire herd in exchange for payment from CWT.

[3] As discussed in Section IV.A.2 below, the market for milk includes regulated minimum prices and an OOP. Thus, the OOP is dairy industry jargon for the difference between the prices received by the Defendants for delivered raw milk and the minimum mandatory federal- or state- regulated purchase prices.

[4] Declaration of Dr. Scott Brown, September 16, 2016, at ¶1-3.

[5] The "All Milk price" is essentially a weighted average of the gross price farmers received for all classes of milk, calculated by the National Agricultural Statistics Service, and usually reported for milk of average fat. The All Milk Price thus represents the total amount paid to a farmer, including the blend price and the OOP, which included a market premium, service charges, an rBST-free premium, and a fuel surcharge.

3

3.  I have been retained by Plaintiffs' counsel to perform the following:

- First, analyze the economic market for milk and dairy products and evaluate the feasibility of the CWT Herd Retirement Program to raise prices.

- Second, analyze the extent to which the CWT Herd Retirement Program increased the OOP for milk purchased by the Plaintiffs, if at all.

- Third, if a significant market price impact is found from the CWT Herd Retirement Program, calculate damages to Plaintiffs.

4.  To support my analysis, I have reviewed and analyzed numerous documents and data that are publicly available, including academic publications, industry reports, and government publications. In addition, I reviewed various materials produced in connection with this case.

5.  Compensation for my services as an expert in the present case is based on an hourly rate of $600. I was supported in my work by the staff of OnPoint Analytics, Inc. ("OnPoint"), an economic and statistical analysis firm. Time spent by the staff of OnPoint was billed at their standard hourly rates, which vary from $125 to $475 per hour depending upon the experience and credentials of the individuals performing the services.

## II.  QUALIFICATIONS

6.  Formerly Professor at Purdue University in West Lafayette, Indiana, specializing in industrial economics, I was appointed Professor Emeritus of Agricultural Economics at Purdue University in 2010. I have been an Advisor to the American Antitrust Institute since 2004, and Senior Fellow since 2009.

7.  I hold an A.B. degree in mathematics from Boston College, an M.A. in agricultural economics from the University of Florida, an M.S. degree in agricultural economics from the

4

University of Wisconsin, and a Ph.D. degree in economics with a minor concentration in applied econometrics from the University of Wisconsin at Madison. Since receiving my doctorate I have held positions in teaching, research, and administration at the University of Wisconsin at Madison, the Economic Research Service of the U.S. Department of Agriculture, and Purdue University at West Lafayette. In 1983, I was appointed Associate Professor and later Professor at Purdue University, where I taught price analysis, industrial-organization economics, and quantitative research methods, mostly at the graduate level. In 2009, I was elected Fellow of the Agricultural and Applied Economics Association, its highest honor bestowed for lifetime achievement. In 2014, I became the recipient of a similar honor, the Alfred E. Kahn Award, bestowed by the American Antitrust Institute.

8.   For the past 40 years my scholarly research specialty has been industrial-organization economics, a field that focuses on the relationship of market structure to the strategic conduct of firms and to industrial performance. Many, if not most, of my research projects have involved the collection of product, company, or industrial data that is analyzed with appropriate models and tested using applied statistical simulation methods, such as econometrics. For the last 20 years my scholarship has focused more specifically on studies of price-fixing conduct and competition-law issues related to price-fixing cartels. I have published, or have in preparation, more than 70 academic publications that analyze various facets of the economics of price fixing or antitrust enforcement.

9.   In addition to my academic career, I have served as a consultant to the U.S. Senate Subcommittee on Multinational Corporations, the U.S. Congress' Office of Technology Assessment, the Antitrust Division of the U.S. Department of Justice, the Federal Trade

Commission, the National Association of Attorneys General, the Organization of Economic

Cooperation and Development, and the United Nations Organization. In 2006, I was asked to

advise the antitrust authority of the Netherlands on their anti-cartel policies and procedures.  I

have also addressed economists and legal experts at the invitation of the Antitrust Division of the

U.S. Department of Justice, Competition Directorate of the European Commission, the

Competition Commission of Pakistan, the Competition Commission of India, and the

Competition Authority of Iceland concerning cartel enforcement. Over my career I have also

been retained as an expert witness in several cases involving agricultural economics, antitrust

claims, and economic damages.

10. Details of my education, employment background, and publications is provided in the

Curriculum Vitae attached as Exhibit A and a true and correct listing of my testimony over the

last four years is attached as Exhibit B. A list of the materials that I reviewed and relied upon in

the course of my work is attached hereto as Exhibit C.

### III.   SUMMARY OF CONCLUSIONS

11. After analyzing the market for raw milk and processed dairy products, it is my

conclusion that the market structure of the dairy subsector as a whole is conducive to price-fixing

behavior, as is the farm-milk-assembly stage of the subsector. There is substantial evidence that

dairy cooperatives are concentrated enough to exert market power over the farm prices of raw

cows' milk. Similarly, the demand for raw milk and related dairy products is especially

susceptible to price-fixing behavior because it is inelastic (i.e., the quantity demanded is not very

responsive to price) and there are no good economic substitutes for raw milk and related dairy

products. As a result, dairy cooperatives could achieve supra-competitive prices through a well-coordinated supply reduction.

12. Under the CWT Herd Retirement Program, Defendants implemented a program that systematically destroyed half a million cows and reduced the quantity of raw milk in an effort to increase market prices. According to economic analysis sponsored by Defendants themselves and publicized to their members, the CWT Herd Retirement program caused a significant reduction in U.S. raw dairy milk from 2003 to at least 2010, resulting in a substantial increase in milk prices. Their analysis finds that the All Milk Price was raised above its competitive levels at least through 2012 (because of lagged effects) and thereby increased producer revenues by more than $12 billion nationwide.[6]

13. Based on the market supply and demand characteristics that influence the prices of fluid milk and dairy products, I develop an econometric model to estimate the effect of the CWT Herd Retirement Program on over-order premiums ("OOPs"). My regression analysis finds that the CWT Herd Retirement Program increased OOPs from 2003 through at least 2013. Using OOP data from DFA within the Southeast, Appalachian, and Florida Federal Milk Marketing Orders ("FMMOs"), I find that the average annual overcharge in the Southeast U.S. from 2003 through 2013 was $0.58/cwt for Class I OOPs, $0.59/cwt for Class II OOPs, $0.25/cwt for Class III OOPs, and $0.24/cwt for Class IV OOPs. Applying the monthly overcharges to Winn-Dixie purchase data organized by milk Class results in economic damages of $21.4 million.

---

[6] Cooperatives Working Together. *The Economic Effects of the CWT Program*. October 8, 2012, NMPF0025083-88, at -88.

## IV.   THE MARKET STRUCTURE OF THE DAIRY SUBSECTOR WAS CONDUCIVE TO PRICE-FIXING

14.   The purpose of this section is three-fold. First, I explain the nature and operation of the dairy vertical subsector in general terms. Second, I describe the relevant supply and demand characteristics of raw milk, fluid milk and dairy products, and establish which are conducive to price-fixing. For example, there are no good substitutes for fresh liquid milk and the demand for milk is very inelastic (i.e., demand is not very responsive to price changes). Third, I discuss the CWT Herd Retirement Program and explain why it operated as an effective cartel.

### A.   Market Background: The Dairy Vertical Subsector

15. A *subsector* is a chain of vertically linked supply industries joined in the production and distribution of a single commodity. Subsectors exist for corn, soybeans, hogs, oranges, and dozens of other agricultural commodities as well as dairy. Each link in the chain is a set of horizontal firms selling the same product to *downstream* buyers. These firms also purchase one major input from *upstream* suppliers. The subsector consists of all vertically linked sellers, from agricultural producers to the retailers that supply the final consumers. In the dairy subsector, the main horizontal stages are farming, assembly, processing, and retailing, as discussed below.

### 1.   Dairy Farming

16. Dairy farms are where milk first takes form. Most milk in the United States comes from Holstein cows that are selectively bred for high milk production and raised in intensive production systems.[7] Dairy cows typically reach the appropriate maturity and breeding weight

---

[7] U.S. Environmental Protection Agency. "Ag 101: Dairy Production Systems." July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf, at p. 274.

around 15 months old and give birth when approximately 2 years of age.[8] Each period of

lactation (i.e., milk production) lasts for 12 to 14 months, and cows average about 2.5 lactations

before their milk productivity falls.[9] Thus, the productive life of a dairy cow averages

approximately 3 years (although they can remain productive much longer than this), with the

typical cow remaining in the dairy herd until about 5 years of age before being culled (i.e.,

usually sent to slaughter).

17. Raw farm milk then travels up the "value chain," taking on a higher and higher price

as it is transformed physically, spatially, and temporally.[10] The supply of milk available to

consumers at retail is therefore a *derived supply* that begins at the farm level but is affected by

the production conditions of all the intermediate manufacturing and distribution industries

through which that milk passes to consumers.

18. An important characteristic of supply in any industry is how responsive quantities are

to price changes. This responsiveness is summarized by economists in a number called the

*supply elasticity*.[11] If the elasticity is a large positive number, the industry supply is deemed

"elastic" (i.e., quantities supplied are very responsive to price), but if the number is small then

supply is called "inelastic" (i.e., quantities supplied are not very responsive to price). The supply

elasticity of milk varies between 0.22 and 2.53, depending on the time period considered (i.e.,

---

[8] U.S. Environmental Protection Agency. "Ag 101: Lifecycle Production Phases." July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf, at p. 276.
[9] U.S. Environmental Protection Agency. "Ag 101: Lifecycle Production Phases." July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf, at p. 276.
[10] For example, see: Novakovich, Andrew M. "Comparing the Prices of Milk Across the Dairy Value Chain." Cornell University Briefing Paper (June 2012), at p. 1.
[11] The supply elasticity is the percentage change in quantity supplied divided by the percentage change in market price. For example, if the raw price of milk rises from $10/cwt. to $12/cwt. and the quantity of milk increases by 6%, then the elasticity is 6%/20% = 0.30. Conventionally, elasticities greater than 1.0 are referred to as elastic.

short-run elasticity vs. long-run elasticity).[12] The shorter the time period, the lower the elasticity, *ceteris paribus.* In other words, in the short-run the supply of dairy milk is not very responsive to price (i.e., it is inelastic). However, if farmers have enough time to adjust their herd sizes and install new equipment then the long-run supply of fluid milk may be responsive to price;[13] however, any producer supply responses are unlikely to outweigh the effects of the supply reductions from the CWT Herd Retirement Program (as confirmed by my analysis that follows in Section VI of this Report).

19. Studies describe how "[f]arms typically operate as price-takers, with little control over the prices they receive for their products or the prices they pay for inputs."[14] In general, the number of producers are very large, products are highly homogeneous, production technologies are standardized, and economies of scale are small compared to some of the industries that supply the inputs (petroleum, machinery, chemical, and so forth) and handle farming outputs. However, as described in the following section, cooperatives (e.g., DFA) and cooperatives of cooperatives can enable farmers to coordinate and therefore influence prices, thus turning them into "price-makers."[15]

---

[12] Balagtas, Joseph V. and Sounghun Kim. "Measuring the effects of generic dairy advertising in a multi-market equilibrium." *American Journal of Agricultural Economics* 89, no. 4 (2007): 932-946, at p. 938.
[13] "What determines whether the supply of a good will be elastic or inelastic? The key factor is time. In the short run, a firm cannot easily change its output level, so supply is inelastic. In the long run, firms are more flexible, so supply is more elastic" (O'Sullivan, Arthur and Steven M. Sheffrin. *Economics: Principles in Action.* New Jersey: Prentice Hall, 2003, at p. 104).
[14] Marion, Bruce W. and James M. MacDonald. "The Agriculture Industry." Chapter 1 in *The Structure of American Industry.* 12th Edition, James Brock (editor). Long Grove, IL: Waveland Press, 2008, at p. 1.
[15] Cooperatives Working Together. "CWT Committee Meeting." October 27, 2008, NMPF0011018-094, at -089.

### 2. *Wholesale Assembly of Farm Milk*

20. Once the milk leaves the farm gate and starts its trip to the consumer's table, there are typically three to five middlemen that take ownership or physical control of the fluid milk and other dairy products prior to final purchase by consumers. However, some farms or processors are vertically integrated and cooperatives, such as the Defendants,[16] typically own some processing plants.[17] Although the vertically integrated agricultural operations own the facilities that assemble or process their raw milk, their operations are typically physically separate and distinct.

21. The first step in *marketing* milk is wholesale assembly and transportation of raw milk from farms in refrigerated trucks to either first-stage milk processors (that homogenize, pasteurize, or bottle fluid milk or cream products) or to dairy-products manufacturers (that make dairy products). Fluid milk processors and bottlers tend to deliver their perishable products directly to retail stores (or the warehouses owned by retail grocery chains) and foodservice outlets. Manufacturers of less perishable dairy products tend to ship their products on to merchant wholesalers that store and redeliver to retail outlets. End-use consumers purchase nearly all dairy products from retail stores or foodservice places.

22. At the first stage of the dairy marketing subsector, most dairy farmers belong to (and own shares in) cooperatives that assemble their raw milk. In 2005, a U.S. Department of Agriculture ("USDA") survey found that 76% of U.S. milk production was handled by

---

[16] Deposition of Joseph Wright, December 12, 2017, at 22:2-27:8.
[17] A few large supermarket chains also bottle a portion of their fluid milk in plants they own; similarly, a few processors have integrated forward into dairy retail stores. There are rare instances of consumers purchasing milk directly from farms.

11

cooperatives.[18] Academic researchers similarly found that 80% of U.S. marketed milk was handled by cooperatives in 2008, with significant regional variation.[19] Of particular interest to this case, cooperatives marketed 83% and 94% of all milk in the South Central and South Atlantic regions, respectively.[20] Over the past 50 years there has also been significant consolidation in the number of dairy cooperatives (as well as dairy farms). In 1980, less than half of U.S. milk was marketed by the largest 10 cooperatives, but this number increased to nearly 70% by 2008.[21] DFA, for example, was formed in a 1997 merger of four regional cooperatives.[22]

23. Academic researchers studying the dairy industry have also found that dairy cooperatives have significant market power. For example, early researchers found that dairy cooperatives' market power generated an additional $70 million in profits per year in the 1970s.[23] Subsequent researchers have also found that dairy cooperatives have operated as a cartel, with market power that is proportional to its market share.[24] More recently, researchers have found that the bargaining power of dairy cooperatives in Florida is greater than that of milk processors.[25] Recent research using a structural model to estimate oligopoly power in sequential

---

[18] United States Department of Agriculture. *The Transformation of US Livestock Agriculture Scale, Efficiency, and Risks*. By MacDonald, James M., and William D. McBride. Economic Research Service Report Number 43, January 2009, at pp. 25-26.

[19] Gould, Brian. "Consolidation and concentration in the US dairy industry." *Choices* 25, no. 2 (2010): 1-15, at p. 4.

[20] The "South Atlantic" and "South Central" regions in the Gould study largely correspond to the CWT bidding Region 2, which covers the Southeast United States. (Gould, Brian. "Consolidation and concentration in the US dairy industry." *Choices* 25, no. 2 (2010): 1-15, at p. 4, Figure 2; Cooperatives Working Together. *DFA Southeast Area Council Leadership Meeting*. July 10, 2007, NMPF0006110-152, at -116).

[21] Gould, Brian. "Consolidation and concentration in the US dairy industry." *Choices* 25, no. 2 (2010): 1-15, at p. 5-6.

[22] Gould, Brian. "Consolidation and concentration in the US dairy industry." *Choices* 25, no. 2 (2010): 1-15, at p. 5.

[23] Such profits are commonly called excess profits or supranormal profits (Masson, Robert T., and Philip M. Eisenstat. "Welfare impacts of milk orders and the antitrust immunities for cooperatives." *American Journal of Agricultural Economics* 62, no. 2 (1980): 270-278, at p. 270).

[24] Madhavan, Ananth N., Robert T. Masson, and William H. Lesser. "Cooperation for monopolization? An empirical analysis of cartelization." *The Review of Economics and Statistics* 76, no. 1 (1994): 161-175, at p. 161.

[25] Prasertsri, Peerapon, and Richard L. Kilmer. "The bargaining strength of a milk marketing cooperative." *Agricultural and Resource Economics Review* 37, no. 2 (2008): 204-210, at p. 204.

stages of production has found that "co-operatives use their market power to raise the farm price of milk by almost 9% above marginal cost, resulting in an income transfer of more than $600 million per year" in federally regulated markets.[26] This research found an average mark-up of $1.42/cwt in the farm price of milk across all regions of the United States; the mark-up in the Southeast and Florida was slightly higher at $1.44/cwt and $1.56/cwt, respectively.[27] Such markups are to be expected because of the greater market power of cooperatives in these regions and the fact that the derived demand for milk is very inelastic.[28]

24. The dairy marketing subsector in most regions of the United States is also subject to Federal Milk Marketing Orders ("FMMO") that "establish certain provisions under which dairy processors purchase fresh milk from dairy farmers."[29] FMMOs set minimum prices for more than 70% of the Grade A milk produced in the U.S. and define the four classes of milk as Class I (beverage products), Class II (soft manufactured products such as sour cream, ice cream, and cottage cheese), Class III (hard cheeses and cream cheese), and Class IV (butter and dry milk products).[30] The federal minimum prices for each class are reported weekly by the National Agricultural Statistics Service ("NASS") and are determined by a formula that links all class prices to the wholesale prices of grade AA butter, cheddar cheese, nonfat dry milk, and dry

---

[26] Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 647.
[27] Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 656, Table 4.
[28] For a discussion of demand characteristics, see Section IV.B.2 of this Report.
[29] United States Department of Agriculture. "Federal Milk Marketing Orders." Accessed January 31, 2017 at https://www.ams.usda.gov/rules-regulations/moa/dairy.
[30] Grade A milk constitutes more than 95% of all U.S. milk. (Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." University of Wisconsin Cooperative Extension Paper #A3379, January 2004, at pp. 8-9)

whey.[31] However, dairy cooperatives also negotiate with milk purchasers for a price premium above the federal minimums, which is known as the over-order premium ("OOP").[32] These OOPs are competitively set; they can include fuel surcharges and rBST-free payments, which are also competitively negotiated.[33] Thus, these OOPs reflect supply and demand conditions, and are not government regulated.

25. The administrators of FMMOs set minimum prices separately for each of the 10 FMMO regions, which are presented in Figure 1 below. In addition to shipments of farm milk that occur within the FMMOs, there are also milk shipments across FMMOs. Cooperatives regularly divert milk from FMMOs with lower prices to FMMOs with higher prices to achieve higher returns, as described by LOL's Director of Economics and Dairy Policy, Thomas Wegner.[34] DFA's Director of Customer Service for the Southeast Area similarly noted that DFA would bring milk into the southeast area from other areas as well.[35] This behavior is consistent with a spatially integrated economic network, and thus regulated milk prices (and OOPs) are highly correlated across FMMO regions.[36] In other words, spatial arbitrage affects the economic aspects of milk pricing, including the OOPs.

---

[31] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." University of Wisconsin Cooperative Extension Paper #A3379, January 2004, at p. 10.

[32] Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." University of Wisconsin Cooperative Extension Paper #A3379, January 2004, at p. 19.

[33] Deposition of John Wilson, January 8, 2015, at 73:6-16, 78:10-22, and 101:6-103:22; Deposition of John Wilson, January 9, 2015, at 238:5-22; Deposition of Dr. Richard Stammer, January 30, 2015, at 86:10-91:25; Deposition of Calvin Covington, December 6, 2017, at 197:11-25.

[34] Deposition of Thomas Wegner, January 22, 2015, at 271:21-274:5; Southeast Milk, Inc. *Power Point Presentation.* February 4, 2004, SMI-000327-374, at -337.

[35] Deposition of Frank Johns, December 8, 2017, at 31:20-32:11, 33:19-34:4.

[36] For additional discussion on spatially integrated economic networks, see Section IV.C.3.

14

**Figure 1: Map of FMMO Regions[37]**



### 3. *Milk Processing*

26. There is also evidence that the principal dairy milk processing and manufacturing

industries downstream from the cooperatives in the vertical dairy subsector possess market

power.[38]  Besides the ability to exclude entry, market power is demonstrated by the ability of

---

[37] United States Department of Agriculture. "Federal Milk Marketing Order Program: Understanding the Milk Order Amendment Process." April 2013, accessed January 31, 2017 at https://www.ams.usda.gov/sites/default/files/media/DairyMarketingOrderAmendmentBrochure.pdf.

[38] There is a distinction made in the industry between "processing" and "manufacturing" in the vertical dairy chain. Some manufacturers of packaged milk products purchase pasteurized, homogenized, separated fluid milk in bulk from the processors that engage in the first-stage transformation of raw farm milk. Other manufacturers of packaged milk products have facilities that also handle raw milk. Most bottlers of fluid milk products tend to be specialized in first-stage processing. For reasons of data availability, most studies of market power have ignored this distinction. Although some studies have not established adverse price effects due to market concentration in the agricultural sector, researchers have noted a number of serious flaws in the so-called New Empirical Industrial Organization ("NEIO") studies as applied to food processing industries. One criticism is the important effects that the specification of the supply and demand curves has on the size of those parameters. Such limitations in earlier research can be overcome using nonparametric methods. Applying these methods, the oligopolistic markup for fluid

sellers to either raise selling prices of their finished products (seller power) or to force down input prices of suppliers (buyer power). Because of the importance of raw milk or processed milk as a cost of operation at all levels of the dairy chain, one ought to be cognizant of the possibility of both forms of market power at work. However, research has found that the power over prices by milk processors is greater than that of retailers pressuring suppliers to reduce supply prices.[39] As a result, in the industrial-organization literature generally, empirical studies of seller power tend to be far more common than those of buyer power.[40]

27. The dairy processing industry is structured in a way conducive to market power.[41] Processors sell a homogeneous product in concentrated markets, employ industry-specific assets, and establish delivery and customer relationships that form barriers to new entry. The reported national four-firm concentration index for fluid milk processing increased from 16% in 1982 to

---

[39] milk was found to be 4.4% and the monopsonistic input markdown was 0.2%. This means that the power over prices by milk processors, many of which were owned by cooperatives such as the Defendants from 2003 to 2013 (and some of which are still owned by cooperatives to this day), is overwhelmingly directed downstream at retailers rather than pressuring suppliers to reduce supply prices. (Sexton, Richard J. "Industrialization and consolidation in the US food sector: implications for competition and welfare." *American Journal of Agricultural Economics* 82, no. 5 (2000): 1087-1104, at p. 1093; Love, H. Alan, and C. Richard Shumway. "Nonparametric tests for monopsonistic market power exertion." *American Journal of Agricultural Economics* 76, no. 5 (1994): 1156-1162; Ussif, Al-Amin, and David K. Lambert. "Testing for Noncompetitive Behavior in the US Food Industry." Selected Paper for the Annual Meeting of the American Agricultural Economics Association, Salt Lake City, Utah (1998), at p. 12, Table 5.2)

[39] Ussif, Al-Amin, and David K. Lambert. "Testing for Noncompetitive Behavior in the US Food Industry." Selected Paper for the Annual Meeting of the American Agricultural Economics Association, Salt Lake City, Utah (1998), at p. 12, Table 5.2.

[40] Sexton, Richard J., and Nathalie Lavoie. "Food processing and distribution: an industrial organization approach." *Handbook of Agricultural Economics* 1 (2001): 863-932, at p. 869.

[41] "The processing sector in many US food industries fits a prototypical oligopoly/oligopsony structure based on the presence of a few large firms, perhaps a fringe of smaller competitors, and substantial barriers to entry in the form of sunk assets—highly capital- intensive and specialized plants and equipment with little value in an outside use. Moreover, the same leading firms interact repeatedly both as buyers and sellers over time and across regions, and thus opportunities to learn to cooperate, at least tacitly, are manifest. (Saitone, Tina L., and Richard J. Sexton. "Market structure and competition in the US food industries." American Enterprise Institute Working Paper, April 2012, at p. 5)

43% in 2002, and mergers have likely driven it higher since then.[42] Measured at an appropriate regional level, four-firm buyer and seller concentration is certainly on average much higher than these reported national figures for dairy processors.[43]

### B. Market Characteristics for Fresh Dairy Products are Conducive to Price-Fixing Behavior

28. In this section I describe the market characteristics for fluid milk and other dairy products. The supply of farm milk is influenced by the costs of agricultural production, especially dairy-feed costs. Meanwhile, demand is influenced by the demographic characteristics of consumers, since there are no good substitutes.[44] Milk tends to be a "necessity" type good, with very inelastic demand, as opposed to a "luxury" type good where consumers are responsive to price. Overall, these are market characteristics that are conducive to price-fixing.

#### 1. Supply factors influencing milk price

29. The principal supply factors that affect the supply of fluid milk and related milk products in the short run are raw milk price, labor costs, and energy costs. Raw milk price is likely to be the dominant explanatory factor for processed, packaged milk and milk products downstream. According to basic economic theory, the marginal price of raw milk should generally be positively related to the marginal cost of production, for example the costs of feed

---

[42] Shields, Dennis A. "Consolidation and concentration in the US dairy industry." Congressional Research Service Report 41224, April 2010, at p. 13, Table 6.

[43] In 1963, the U.S. Census Bureau reported that the national share of the top four fluid milk processors was 23%; however, when corrected for the presence of local geographic market definition, the share of the top four was 53% (Connor, John M. and William A. Scheik. *Food Processing: An Industrial Powerhouse in Transition: Second Edition.* New York: Wiley (1997): Table 4-19).

[44] Primary demand is generated by consumers first at the retail level, but the buying activities of retailers transmit this primary demand upstream to milk processors, to milk-assembly wholesalers, and eventually to dairy farmers. The latter demand is called *derived* demand, and also tends to display price inelasticity. Similarly, primary supply characteristics at the farm level are transmitted into derived supply at the downstream levels of the dairy subsector.

and energy. Electric energy is used at all levels of the dairy chain to cool and manufacture milk. Diesel fuel or gasoline is used both on-farm and by trucks that assemble and deliver milk.[45] Wages are important throughout the supply chain because they are often the most important cost of operation for distributors that handle milk.

30. The USDA reports cost data consistent with the supply factors described above. For example, in 2016, the USDA reported that total feed costs were the largest component of dairy production costs, representing 79% of total operating costs and 48% of total dairy production costs.[46] Meanwhile, "fuel, lube, and electricity" costs represented 3% of total operating costs and 2% of total dairy production costs. Although energy and fuel costs represent a small portion of total dairy production costs, the negotiated OOPs often include fuel surcharge terms that are subject to seller-buyer negotiation.[47]

31. Overall, the USDA calculated that total operating costs were 61% of total dairy production cost, with allocated overhead costs comprising the remaining 39%. Although overhead costs are typically fixed costs that should not affect marginal pricing, the USDA considers labor costs as part of "allocated overhead." Labor costs represented 18% of total costs in 2016 and 46% of allocated overhead costs.[48] The next largest component of "allocated

---

[45] Diesel and gasoline prices are very highly correlated, so in statistical models only one price needs to be included.
[46] Calculated using USDA data (United States Department of Agriculture. "National milk cost of production.xls" updated December 7, 2017, accessed December 13, 2017 at https://www.ers.usda.gov/data-products/milk-cost-of-production-estimates).
[47] Deposition of John Wilson, January 9, 2015, at p. 238:5-22.
[48] This includes "hired labor" costs and the "opportunity cost of unpaid labor" as measured by the USDA. (United States Department of Agriculture. "National milk cost of production.xls" updated December 7, 2017, accessed December 13, 2017 at https://www.ers.usda.gov/data-products/milk-cost-of-production-estimates)

overhead" costs are machinery and equipment costs, which represent 17% of total costs and 43% of total allocated overhead costs.[49]

32. Since the 1930s, the dairy industry has also been assisted by a number of changing federal and state subsidies and other forms of government intervention.[50] There are several programs designed under certain circumstances to support the domestic dairy industry, for example:

- The Dairy Product Price Support Program directs the USDA to buy and store dairy products if the All Milk Price drops below $9.90/cwt. However, this did not happen during the relevant period.[51]

- The Milk Income Loss Contract ("MILC") program provides participating farmers payments whenever the Class I farm price of milk falls below a specific threshold for farm milk sold to processors in the Boston market. Although the Boston Class I price has fallen below the price threshold at times, this program includes a production limitation that substantially limits the impact. Almost all MILC payments occurred during 2002-2003, 2006, 2009, and 2012.[52]

---

[49] Calculated using USDA data (United States Department of Agriculture. "National milk cost of production.xls" updated December 7, 2017, accessed December 13, 2017 at https://www.ers.usda.gov/data-products/milk-cost-of-production-estimates).
[50] For example, see: Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012.
[51] Indeed, the annual All Milk Price has been above $9.90 every year between 1978 and 2012 (Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012, at p. 2, Figure 1)
[52] Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012, at pp. 4-5.

- The Dairy Export Incentive Program ("DEIP") subsidizes dairy product exports, although the DEIP has rarely been used in recent years.[53]

- Dairy Import Tariff Rate Quotas ("TRQs") are tariffs used to discourage imports, effectively creating quotas on storable U.S. dairy imports and helping to isolate the U.S. market.[54]

33. During the relevant period, the costs to the Treasury of the first three dairy price and income support programs were much lower than in previous years. From FY2003 to FY2007, USDA spent an average of about $750 million per year on the programs, and after 2007 expenditures fell to about half of that rate.[55] Meanwhile, although there is year-to-year price variation, the average All Milk Price has generally increased from 2000 onwards.[56] This increase in prices – despite the contemporaneous fall in USDA program spending – suggests that government subsidies are not driving increasing milk prices during the relevant period.[57]

### 2. The demand characteristics for dairy products

34. Market power and its extreme manifestation, cartels, are facilitated by certain market demand characteristics. Chief among them are highly inelastic demand and the absence of good

---

[53] Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012, at p. 6.
[54] Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012, at p. 6.
[55] Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012, at p. 8, Table 1.
[56] Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012, at p. 2, Figure 1.
[57] Moreover, as noted in Section VI of this Report, my analysis controls for annual government expenditures on dairy subsidies for each state using data collected from the Environmental Working Group's Farm Subsidy Database (Environmental Working Group. "Dairy Program Subsidies: 1995-2014." Accessed March 15, 2017 at https://farm.ewg.org/progdetail.php?fips=00000&progcode=dairy).

substitutes over the normal range of prices in the market. Both of these characteristics are evident in the market for dairy products.

35. Demand for milk is formed at the consumer level. It is primarily measured by the willingness of households to spend money for milk and other related dairy products. There are also secondary, much smaller sources of final consumption.[58] The demand for raw milk at the farmer-producer level is overwhelmingly determined as a *derived demand* of spending by final consumers on dairy products. That is, as consumers' willingness to spend on dairy products at retail varies, these changes most immediately show up in retailers' revenues, then in milk processors' revenues, and so forth up the vertical chain in the form of dairy farmers' receipts from the sale of raw farm milk.[59]

36. Figure 2 below shows an area graph of U.S. per capita consumption of major dairy products from 1995 through 2015. Fluid milk consumption (shown in red) has been steadily declining, with an average year-over-year decrease of 1.4%.[60] This decrease has been partially offset by increased consumption of yogurt (shown in green), butter (shown in purple), and cheese (shown in blue). From 1995 to 2015, per capita consumption of yogurt increased 139%, butter increased 22%, and total cheese consumption increased 27%, while per capita fluid milk consumption decreased by 24%.

---

[58] These include government purchases (for military commissaries, for example), institutional foodservice places (prisons, nursing homes, hospitals), and exports.
[59] As discussed throughout this Report, the consumer demand for milk is inelastic (i.e., demand is not very responsive to price changes). This inelasticity is also reflected upstream in the demand for raw milk.
[60] Statistics in this paragraph are all calculated from USDA data (United States Department of Agriculture. "Dairy products: Per capita consumption, United States (Annual)." September 2, 2016, accessed February 3, 2017 at https://www.ers.usda.gov/data-products/dairy-data/).

**Figure 2: U.S. Consumption of selected dairy products from 1995-2015[61]**



37. Although consumption of fluid milk per person has declined slightly over time, because of population increases, the quantity of total fluid milk sold was steady during the relevant period. Figure 3 below shows an area graph of total fluid beverage milk[62] sales (in weight) from 1995 through 2015 by product. Whole milk (shown in light blue) and 2% reduced-fat milk (shown in orange) are consistently the top two sold by weight, although sales of both have decreased slightly over time. The average year-over-year decrease in whole milk sold from 1995-2015 was 1.2%, while the average year-over-year decrease in 2% reduced-fat milk was

[61] United States Department of Agriculture. "Dairy products: Per capita consumption, United States (Annual)." September 2, 2016, accessed February 3, 2017 at https://www.ers.usda.gov/data-products/dairy-data/
[62] Fluid beverage milk excludes consumption of some other fluid milk products, for example half-and-half, heavy cream, eggnog, and yogurt beverages.

0.4%.[63] These decreases have been partially offset by increased consumption of 1% reduced-fat milk, with average year-over-year growth of 1.5%. Meanwhile, sales of skim milk were relatively flat during the relevant period, although they have declined since about 2010.

**Figure 3: Total fluid milk sales by product from 1995 through 2015[64]**



38. Demand for liquid milk is primarily driven by household demographic characteristics. Although economists have long considered other drivers of demand, early research found that variables beyond age distribution and price have little or no effect on milk consumption,[65] with the demand for milk found to be highly inelastic, as discussed later in this subsection. More

---

[63] Statistics in this paragraph are all calculated from USDA data (United States Department of Agriculture. "Fluid milk sales by product (Annual)." September 2, 2016, accessed February 3, 2017 at https://www.ers.usda.gov/data-products/dairy-data/).

[64] United States Department of Agriculture. "Fluid milk sales by product (Annual)." September 2, 2016, accessed February 3, 2017 at https://www.ers.usda.gov/data-products/dairy-data/.

[65] Street, J. "Demand for Milk." *Review of Marketing and Agricultural Economics* 42, no. 2 (1974): 100-113, at p. 100.

recent USDA surveys have also found that fluid milk consumption varies by age, with children drinking more milk than adults.[66] However, some econometric studies analyzing milk demand have found that when models include a variable capturing the percentage of households with children, then that variable is only sometimes statistically significant.[67] Ethnicity has also been investigated with respect to milk consumption. However, econometric studies that control for a variety of demographic variables have found that ethnicity has only a weak effect on demand.[68]

39. The effect of income on milk consumption has also been examined, with mixed results. USDA surveys have generally found that milk consumption does not vary by income.[69] Econometric studies that examine income elasticities – the responsiveness of quantities bought to changes in consumer incomes – generally find them to be positive but quite small and not always statistically significant.[70] Moreover, for certain dairy products, such as whole milk, income elasticities have been found to be negative, meaning that consumption for this type of milk

---

[66] United States Department of Agriculture. *Fluid Milk Consumption in the United States*. By Rhonda Sebastian, Joseph Goldman, Cecilia Enns, and Randy LaComb. Food Survey Research Group Dietary Data Brief No. 3, September 2010, at pp. 1-2.

[67] For example, see: Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 654, Table 2; Huang, Chung L., and Robert Raunikar. "Household fluid milk expenditure patterns in the south and United States." *Southern Journal of Agricultural Economics* 15, no. 2 (1983): 27-33, at p. 30, Table 2; Gould, Brian W. "Factors affecting US demand for reduced-fat fluid milk." *Journal of Agricultural and Resource Economics* 21, no. 1 (1996): 68-81, at p. 77, Table 3.

[68] For example, see: Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 654, Table 2; Huang, Chung L., and Robert Raunikar. "Household fluid milk expenditure patterns in the south and United States." *Southern Journal of Agricultural Economics* 15, no. 2 (1983): 27-33, at p. 30, Table 2; Gould, Brian W. "Factors affecting US demand for reduced-fat fluid milk." *Journal of Agricultural and Resource Economics* 21, no. 1 (1996): 68-81, at p. 77, Table 3.

[69] United States Department of Agriculture. *Fluid Milk Consumption in the United States*. By Rhonda Sebastian, Joseph Goldman, Cecilia Enns, and Randy LaComb. Food Survey Research Group Dietary Data Brief No. 3, September 2010, at p. 1.

[70] For example, see: Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 654, Table 2.

24

decreases as income increases.[71] Collectively, these findings mean that fluid milk is regarded as a "necessity" type good for consumers rather than a luxury, which helps explain why demand is price-inelastic.[72]

40. Although the demand for many products is often driven by the prices of substitutes and complements, academic research has identified little to no strong substitutes for, or complements to, milk products. For example, early research found that consumption of milk was not affected by potential substitutes or complements such as carbonated drinks, beer, prepared breakfast food, or chocolate.[73] More recently, econometric analysis has shown there is no statistically significant relationship with the prices of cereal, coffee, or tea.[74] In recent studies the demand relationship with the prices of juices, carbonated beverages, and non-carbonated beverages has been measured to be small or statistically insignificant.[75] The USDA has found that the elasticity of demand for milk with respect to the prices of a variety of foods is also quite small and often statistically insignificant.[76] This is not surprising since surveys have found that the majority of fluid milk is consumed as a beverage, with approximately one-quarter of fluid milk consumed with cereal and under 8% of fluid milk being consumed as an ingredient that is

[71] Huang, Chung L., and Robert Raunikar. "Household fluid milk expenditure patterns in the south and United States." *Southern Journal of Agricultural Economics* 15, no. 2 (1983): 27-33, at p. 30, Table 2.
[72] Although not well studied, it is likely that those few dairy products with strongly advertised brands (principally yogurts) are more price-elastic than fluid milk and may have small positive income elasticities. I discuss this below.
[73] Street, J. "Demand for Milk." *Review of Marketing and Agricultural Economics* 42, no. 2 (1974): 100-113, at p. 107, Table 2 and p. 112.
[74] Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 654, Table 2.
[75] For example, see: United States Department of Agriculture. *The Demand for Disaggregated Food Away-From-Home and Food-at-Home Products in the United States*. By Abigail Okrent and Julian Alston. Economic Research Report Number 139, August 2012, at p. 51, Appendix Table A.10; Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 654, Table 2.
[76] United States Department of Agriculture. *The Demand for Disaggregated Food Away-From-Home and Food-at-Home Products in the United States*. By Abigail Okrent and Julian Alston. Economic Research Report Number 139, August 2012, at p. 48-52, Appendix Table A.10.

added to another beverage.[77] However, researchers find that different types of milk are close

substitutes for each other,[78] suggesting that the appropriate market definition at the producer and

processor levels is all raw milk.

41. Retail demand for fluid milk is highly inelastic with respect to retail price; that is, the

decrease in quantities of milk purchased is very small when retail prices change.[79] Economists

conventionally describe a demand elasticity lower than 1 (in absolute value) to be "inelastic."

Published estimates of demand elasticity for dairy products have ranged from -0.04 to -0.88.[80] A

2010 review of previous academic literature found that the average demand elasticity for fluid,

evaporated, and dried milk is -0.5; the average demand elasticities for dairy products and cheese

are -0.85 and -0.13, respectively.[81] Several computations using data during or near the relevant

period to this case calculate retail fluid milk elasticities around -0.2.[82] Academic researchers

have concluded that "[i]n the case of U.S. fluid milk markets, the fact that demand is so inelastic

[77] United States Department of Agriculture. *Fluid Milk Consumption in the United States*. By Rhonda Sebastian, Joseph Goldman, Cecilia Enns, and Randy LaComb. Food Survey Research Group Dietary Data Brief No. 3, September 2010, at p. 1 and p. 4, Figure 6.
[78] Gould, Brian W. "Factors affecting US demand for reduced-fat fluid milk." *Journal of Agricultural and Resource Economics* 21, no. 1 (1996): 68-81, at p. 79.
[79] In parallel to supply elasticity, own-price demand elasticity is the ratio of the percentage change in quantity purchased of a product due to a percentage change in the product's (own) price. When the demand elasticity is a large number in absolute value (say, close to or above one), then the quantity purchased is more responsive ("elastic") to the market price.
[80] For example, see: United States Department of Agriculture. *The Demand for Disaggregated Food Away-From-Home and Food-at-Home Products in the United States*. By Abigail Okrent and Julian Alston. Economic Research Report Number 139, August 2012, at p. 16, Table 4; Reed, Albert J., J. William Levedahl, and Charles Hallahan. "The generalized composite commodity theorem and food demand estimation." *American Journal of Agricultural Economics* 87, no. 1 (2005): 28-37; Park, John L., Rodney B. Holcomb, Kellie Curry Raper, and Oral Capps. "A demand systems analysis of food commodities by US households segmented by income." American Journal of Agricultural Economics 78, no. 2 (1996): 290-300; Balagtas, Joseph V., and Sounghun Kim. "Measuring the effects of generic dairy advertising in a multi-market equilibrium." *American Journal of Agricultural Economics* 89, no. 4 (2007): 932-946, at p. 937.
[81] Okrent, Abigail and Julian Alston. *Demand for food in the United States: A review of literature, evaluation of previous estimates, and presentation of new estimates of demand*. Giannini Foundation of Agricultural Economics Working Paper No. 48, University of California, 2011, at p. 56, Table 5.
[82] Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 650 and 655, Table 3.

means that even an apparently small conduct parameter [i.e., a small deviation from competitive supply quantities] could generate a large markup and an economically significant wealth transfer."[83] Dr. Scott Brown, the economist hired by CWT, has similarly testified that "[d]airy markets tend to be very inelastic" and "[s]mall changes in supplies can make for large movements in pricing when markets are very inelastic."[84]

42. There are many empirical works on U.S. demand for dairy products and they conclude that the own-price elasticity of demand for non-fluid milk dairy products is higher than that for fluid milk, but is still inelastic. A review of these works reports that the elasticity of demand for Class II products centers around -0.5.[85] However, highly novel or differentiated Class II Milk products can display elastic demand, for example various forms of branded yogurts.[86] Yogurts and cottage cheese tend to be used as snacks and desserts while cream cheese tends to compete with butter and margarine as a table spread. It is for these reasons that these other dairy products have a more elastic demand than fluid milk. However, I expect that all the drivers of demand for fluid milk are similar to the drivers of demand for the raw milk utilized in Class II, III, and IV milk, even though the marginal price *impacts* may differ.

---

[83] Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658, at p. 656.

[84] Deposition of Dr. Scott Brown, November 7, 2014 at 46:1-3; 46:8-9.

[85] "Estimates of the own-price elasticity of U.S. retail demand for cheese range from −0.773 to −0.14… Estimates of the own-price elasticity of U.S. demand for butter range from −0.410 to −0.2428… Based on the published estimates, we choose own price elasticities that fall in the range of the published estimates: −0.2 for fluid milk, −0.5 for cheese, and −0.6 for other dairy products" (Balagtas, Joseph V., and Sounghun Kim. "Measuring the effects of generic dairy advertising in a multi-market equilibrium." *American Journal of Agricultural Economics* 89, no. 4 (2007): 932-946, at pp. 937-938).

[86] The elasticities varied from -0.80 for branded drinkable yogurts to -2.63 for the very new yogurt product sold for children (Di Giacomo, Marina. "GMM estimation of a structural demand model for yogurt and the effects of the introduction of new brands." *Empirical Economics* 34, no. 3 (2008): 537-565, at p. 557, Table 6).

### C.  The CWT Herd Retirement Program represents an effective cartel

43. In this section I first generally describe the CWT Herd Retirement Program. In this context, I then discuss the general supply and demand characteristics that facilitate an effective cartel.[87] As noted in the prior section, the milk assembly, marketing, and processing levels of the dairy vertical subsector exhibit these characteristics, which are conducive to price-fixing behavior. I also explain spatially integrated markets in the context of the dairy markets and explain why the CWT Herd Retirement Program raised prices within the Southeast. I conclude that the participants in the CWT Herd Retirement Program had sufficient market power and represented an effective cartel that could substantially increase prices with a relatively small reduction in supply.

#### 1.  The CWT Herd Retirement Program was an effective, well-coordinated supply reduction.

44. I understand that the CWT Herd Retirement Program was formed in 2003 because of concerns around low and volatile milk prices.[88] Its purpose was "to strengthen and stabilize" milk prices,[89] with the objective to "raise the price of milk."[90] Price stabilization refers to a reduction in the variability of prices over time. Commodity cartels are frequently established for this purpose, but I shall focus on whether CWT "strengthened" milk prices. Stronger, or higher, prices are generally preferred by producers facing inelastic demand because the revenue effects

---

[87] An effective cartel meets its goal of raising selling prices (or lowering buying prices) as a means of increasing collective profits for the cartel members above the profits they would have garnered absent their collusive conduct. An effective cartel results in financial "success" for its participants at the expense of the cartel's customers (or suppliers).

[88] Deposition of Jerome Kozak, February 5, 2015, at 22:21-23:15, 28:16-24.

[89] Deposition of Jerome Kozak, February 5, 2015, at 46:25-47:6.

[90] Deposition of John Wilson, January 8, 2015, at 43:15-22.

will be positive, and the expectation is that total profits will also rise. Thus, dairy producers have built-in preferences for rising selling prices (relative to input costs).

45. From 2003 through 2010, Defendants agreed to limit the production of raw farm milk through ten rounds of so-called "herd retirements." Initially, the CWT Herd Retirement Program imposed assessments on cooperatives, their farmer-members, and independent producers of $0.05 per hundredweight of milk marketed (from 2006 forward that doubled to $0.10 per hundredweight of milk), mostly in order to generate funds that CWT would pay dairy farmers to prematurely slaughter their herds. During the relevant period, participation in the program covered nearly 70% of the national supply of marketed farm milk.[91] Interested dairy farmers would then submit bid forms with three key pieces of information provided: their herd's location, size, and the price at which they would sell their entire herd for slaughter.[92] If a dairy farmer's bid was accepted, it would receive not only the payment from CWT for each dairy cow, based on the prior year's production, but also the full amount from the slaughterhouse that it would receive if it had taken the dairy cow to slaughter outside of the CWT Herd Retirement Program.[93]

46. Several steps were taken to ensure that herd retirements maximized the reduction in supply. According to the Dairy Herd Retirement Program Bid Form, participating dairy farmers had to be members of CWT and agree to sell for slaughter their "entire dairy herd which means all of the producer's milking and dry cows and all of Producer's heifers that calve prior to

---

[91] Cooperatives Working Together. *DFA Southeast Area Council Leadership Meeting*. July 10, 2007, NMPF0006110-152, at -127.
[92] Bids were priced as per cwt of milk production. Thus, amounts paid to farmers were based on the prior year's milk production multiplied by that farmer's bid price. (National Milk Producers Federation. "Herd Retirement Program 2004 Producer Payment Worksheet," NMPF0008704.xls)
[93] National Milk Producers Federation. "Herd Retirement Program 2004 Producer Payment Worksheet," NMPF0008704.xls

CWT's farm audit."[94] The program explicitly included "all of The Cows in which Producer holds an interest at any location" to ensure that the dairy farmer left the market entirely.[95] Furthermore, to ensure that the effect of the program was not simply to weed out cows that would soon be sent to slaughter absent the program, eligibility was limited to "a commercial dairy herd…not cows that have been segregated from other cows due to lower production or illness."[96] In other words, a herd submitted had to include productive cows, as well as less productive cows, to avoid farmers from submitting "hospital herds."[97]

47. CWT then reviewed and tentatively accepted bids subject to farm visits by CWT auditors who supervised the tagging of the herds for removal.[98] The producers were then required to ship their cows and heifers for slaughter within 15 days after completion of the individual farm audit.[99] A farmer that had a herd accepted in a herd retirement could not participate in a subsequent herd retirement.[100] Beginning in 2009, persons participating in the CWT Herd Retirement Program were not only required to tender all of their dairy animals for slaughter but they were also required to withdraw entirely from dairy farming for at least one year, which represented an effort specifically "aimed at extending the positive impact herd retirements have in reducing milk production."[101]

---

[94] Amended Complaint, filed August 30, 2016 at p. 3.
[95] Amended Complaint, filed August 30, 2016 at p. 3.
[96] Amended Complaint, filed August 30, 2016 at p. 3.
[97] National Milk Producers Federation. "CWT Committee Meeting Minutes." June 13, 2005, NMPF0025995-26016, at -5998; Deposition of Joseph Wright, December 12, 2012, at 138:8-139:23.
[98] It is my understanding that the ears of the dairy cows were tagged with a special CWT tag. In order to verify that the dairy farmer had sent its herd to slaughter, the ears were cut off of the slaughtered dairy cows and sent to CWT to be counted and matched to CWT's records (Deposition of Jerome Kozak, February 5, 2015, at 112:23-113:3).
[99] It is my understanding that the CWT program added a "bred heifer" option, whereby pregnant cows (and their unborn calves) were slaughtered (Deposition of Jerome Kozak, February 5, 2015, at 116:12-117:24)
[100] National Milk Producers Federation. "CWT Committee Meeting Minutes." June 13, 2005, NMPF0025995-26016, at -5998.
[101] Cooperatives Working Together. "News." March 2009, NMPF0013488-89, at -88.

48. The amount CWT expended to fund the premature slaughter was a considerable expenditure. In 2009, for example, CWT spent $217 million on herd reductions.[102] In total, CWT spent approximately $490 million on herd reductions.[103]

### 2. *The components of an effective cartel are sufficiently satisfied by the CWT Herd Retirement Program.*

49. In this section I further explain the components of market structure that are conducive to effective cartels and note that the CWT Herd Retirement Program satisfies these criteria. Economists begin to assess the competitiveness of horizontal industries by examining three major features that together comprise an industry's *structure*. The three principal dimensions of industry structure are *concentration, homogeneity,* and *barriers to entry*:

- *Concentration* of ownership is high when there are few firms selling in the industry or when there is a notable disparity in size among sellers. One of the most common measures of inequality of size is the four-firm concentration ratio, which is simply the sum of the market shares of the top four companies in the industry.

- When a product is *homogenous*, buyers have no preferences for the products of one seller over another. This provides an incentive for collusive behavior and enables firms to benefit from price-fixing, especially if there are no readily available economic substitutes.

- *Barriers to entry* into an industry can be created by industry-specific assets, long delays in investment-to-production, unequal access to necessary technologies, and the combativeness of established firms.

---

[102] Brown, Scott. "Herd Retirement Cost-Impact." BROWN-MU_0000390.xls.
[103] Brown, Scott. "Herd Retirement Cost-Impact." BROWN-MU_0000390.xls.

50. When sellers are few, barriers to entry are high, and viable substitutes are absent, the industry's structure is classified as an *oligopoly* and the necessary conditions for aggressive price competition are absent. Oligopolistic industry structures facilitate overcharging buyers. Oligopolies confer sellers with the power to control price or prevent market entry, but whether they exercise that market power and to what degree requires a separate economic analysis.

51. During the relevant period, four operating cooperatives and their co-conspirator members of CWT had control of almost 70% of assembly of the national supply of marketed farm milk.[104] Given the substantial market control by established participants, entry by new cooperatives on a significant scale was difficult. Moreover, for some management activities, a federation of dairy cooperatives, the NMPF, and its subsidiary CWT, provide centralized direction for supply reduction.[105] These are factors that give rise to market power, so it is unsurprising that academic researchers have found that dairy cooperatives have significant market power.[106]

52. With respect to demand characteristics, a classic cartel is more profitable for its members when the demand for its product is relatively inelastic, so when the members collectively raise prices substantially, the quantity demanded by customers falls only slightly. Alternatively, a cartel like the CWT can agree to cut output by a small amount and customers will greatly bid up the prices of that supply. In either case, both of which are "price fixing" conduct broadly defined, the large extra revenues the cartel makes by selling at the higher price

---

[104] Cooperatives Working Together. *DFA Southeast Area Council Leadership Meeting*. July 10, 2007, NMPF0006110-152, at -127.
[105] The NMPF is a federation of 29 dairy cooperatives dedicated primarily to improving the economic interests of dairy farmers through lobbying (National Milk Producers Federation. "Member Cooperatives." Accessed February 2, 2017 at http://www.nmpf.org/member-cooperatives).
[106] For additional discussion of the academic research surrounding market concentration, consolidation, and market power of cooperatives, see Section IV.A.2 of this Report.

more than compensate for the small revenues lost because output contracted. The additional profits associated with the net increase in revenues generated by price fixing are akin to monopoly profits.

53. Members of the CWT and likely other U.S. dairy producers would have enjoyed years of increased profits that were a direct result of their "investments" in herd reductions (the herd retirements conducted under the CWT Herd Retirement Program), because the demand for fluid milk and dairy products is highly inelastic.[107] As a result, buyers of farm milk and finished dairy products could be adversely affected by relatively small supply reductions. Even after only four years of operation, the nature of the CWT herd reduction program was evident to professional economists: "The CWT program may be best described as a cartel where firms collude to reduce output and increase prices."[108] According to contemporaneous economic analysis sponsored by the Defendants, supply reduction accounted for supra-normal returns on investment of 700% per annum.[109]

### 3. *Due to spatial integration, prices were raised in the Southeast and nationwide by the CWT Herd Retirement Program.*

54. Neoclassical microeconomics assumes the supply-side of a market is comprised of profit-maximizing firms.[110] These producers are endowed with a given technology of production and are constrained by the structure of the market and perhaps market rules (regulations or laws).

---

[107] For additional discussion of demand characteristics and the elasticities of fresh dairy products, see Section IV.B.2.

[108] Nicholson, Charles, and Mark Stephenson. "An Analytical Review of a Voluntary Herd Retirement and Export Subsidy Plan for Dairy Producers." Cornell University Working Paper, Cornell Program on Dairy Markets and Policy (2007), at p. 3

[109] Cooperatives Working Together. "An independent analysis of the financial impact of Cooperatives Working Together." BROWN-MU 0000006-08, at -08.

[110] The other fundamental assumption of economic theory is that households maximize utility. Although sometimes challenged, the two theories are widely held by economists.

Subject to the limits of technology, in furtherance of maximizing profits, producers seek to minimize costs. The interplay between firms and buyers is exchange, and when exchange occurs (say milk in return for money), a price is established. Well-established theories and empirical observations prove that for homogeneous commodities in a market without artificial or regulatory barriers,[111] market prices tend to reach an equilibrium over time.

55. One possible source of profits is known as "arbitrage,"[112] which is nothing more than "buying low and selling high." Although most often discussed in the context of financial investments, arbitrage opportunities exist in commodity markets as well. If a seller or buyer believes that a future price will rise more than the cost of storage, then they will hoard the product (and profit if they are correct). Similarly, if a producer in one city discovers that prices are higher in a distant city, she will evaluate the profits that can be earned by selling in the distant city by comparing the geographic price difference to the transportation and related transfer costs.

56. Spatial arbitrage is one force that results in equilibration of delivered prices across a geographic market.[113] If price rises in one part of an integrated market sufficiently high enough to cover transportation costs (or, more generally, all ownership-transfer costs), then suppliers will move product from the low-price to the high-price area. This product movement will decrease supply in the low-price area (thereby increasing prices) and increase supply in the high-price area (thereby decreasing prices). In time, the geographic price differences in excess of

---

[111] Recall that there is no regulation of OOPs.
[112] For example, see: Dybvig, Phillip H. and Stephen A. Ross. "Arbitrage." in Volume I, pp. 100-106, in Eatwell, John, Murray Milgate, and Peter Newman. *The New Palgrave: A Dictionary of Economics: Volumes I to IV.* London: Macmillan (1987).
[113] For example, see: Arnott, Richard. "Spatial Economics." in Volume IV, pp. 429-431, in Eatwell, John, Murray Milgate, and Peter Newman. The New Palgrave: A Dictionary of Economics: Volumes I to IV. London: Macmillan (1987).

transfer costs will disappear. Arbitrage links, or integrates, spatially distinct markets such that prices in integrated markets tend to move together over time, *ceteris paribus*. So appealing is this logic, and so often has it has been empirically verified, that this process is called the Law of One Price ("LOOP").[114] The LOOP applies to all goods and services, including products that have relatively high transport costs per dollar of sales. Thus, products within many geographical markets, and in particular markets involving commodities such as the milk market, are economically linked across geography and producers by the competitive forces of supply and demand.

57. As result of the spatial integration, the CWT Herd Retirement Program increased prices across the United States. Indeed, the program itself was implemented nationwide. Furthermore, Defendants acknowledge that "67% [of the nation's milk production] represents the minimum level of participation CWT needed to reach."[115] Thus, as an effective cartel, the CWT Herd Retirement Program coordinated a nationwide effort to reduce supply in an effort to increase prices above competitive levels.

## V.   ACCORDING TO DR. BROWN'S ANALYSIS, THE CWT HERD RETIREMENT PROGRAM INCREASED THE ALL MILK PRICE NATIONALLY

### A.  *Background: Dr. Brown and the Food and Agricultural Policy Research Institute*

58. Dr. Scott Brown is an Assistant Extension Professor of Agricultural and Applied Economics at the University of Missouri.[116] In 2006, Dr. Brown was retained by the NMPF to

---

[114] Alternatively, and more accurately, it is the Law of Single Price Tendency. Again, the LOOP captures the concept of spatial arbitrage to the extent that arbitrage opportunities are high enough to cover transfer costs. In most agricultural markets, including the dairy market, there are transportation costs. Thus, I expect dairy prices and OOPs to be highly correlated across geographic markets, but not perfectly equal, and my analysis generally confirms this expectation.
[115] Cooperatives Working Together. "News." March 2009, NMPF0013488-89, at -88 [emphasis in original].
[116] Declaration of Dr. Scott Brown, September 16, 2016, at ¶1.

estimate how the CWT Herd Retirement Program affected the All Milk Price received by dairy farmers for raw milk.[117] Dr. Brown was invited to attend meetings of the CWT Committee at NMPF's expense and gave presentations to that Committee about the effects of the CWT Herd Retirement Program.[118] NMPF apparently paid Dr. Brown about $370,000 from 2006-2013 to produce a quantitative estimate of the market effects of the CWT program.[119] Dr. Brown has testified that he approached his analysis of the CWT Herd Retirement Program as an independent, unbiased economist and that his compensation was not contingent on finding certain results.[120] The Defendants in this case apparently relied on the economic analysis of Dr. Brown to understand and evaluate the impact of the CWT Herd Retirement Program on milk prices and, more importantly, to communicate the impact results to their producer members (dairy farmers), including as a justification for the Program and its assessments.[121]

59. Dr. Brown has long been affiliated with the Food and Agricultural Policy Research Institute ("FAPRI"), a policy research institute with offices at several universities, including the University of Missouri.[122] Since 1984, FAPRI has received funding from the U.S. Congress to develop and maintain economic models of the U.S. agricultural, ranch, and food sectors. By

---

[117] Declaration of Dr. Scott Brown, September 16, 2016, at ¶¶2-3.

[118] Email dated October 7, 2011, from Jim Tillison to Scott Brown, regarding "NMPF Annual Meeting." at BROWN-MU_0003688.

[119] Dr. Brown also assisted NMPF with economic analyses of other proposed dairy policies and programs over several years, but based on his files it appears that the majority of his effort was directed at analyzing the CWT program. (Global Ag Modeling, LLC, Invoices to National Milk Producers Federation, at BROWN-MU_0003729-744).

[120] Deposition of Dr. Scott Brown, November 7, 2014 at 65:1-14.

[121] Deposition of John Wilson, January 8, 2015, at p. 50:6-25; Deposition of Thomas Wegner, January 22, 2015, at 44:1-7; Deposition of Dr. Richard Stammer, January 30, 2015, at 40:17-42:15.

[122] Food and Agricultural Policy Research Institute. "About FAPRI-MU." Accessed February 3, 2017, at https://www.fapri.missouri.edu/about-fapri/; Food and Agricultural Policy Research Institute. "About FAPRI." Accessed February 3, 2017, at http://www.fapri.iastate.edu/about.aspx; Food and Agricultural Policy Research Institute. "Food and Agricultural Policy Research Institute (FAPRI)." Accessed February 3, 2017, at http://www.unr.edu/business/research-and-outreach/uced/food-and-agricultural-policy-research-institute-(fapri).

2009, there were approximately 50 commodities covering as many as 26 countries in FAPRI's model.[123] These models were then applied to perform economic analyses of the effects of existing, proposed, or alternative national and international agricultural policies.[124]

60. Dr. Scott Brown has spent more than 20 years engaged in quantitative research on developing economic models of the dairy subsector and analyzing policies affecting the dairy industry.[125] He has developed and applied FAPRI's dairy subsector model to evaluate alternative national dairy policies.[126] Dr. Brown has also testified before Congress on his analyses of dairy and livestock policy issues.[127] Dr. Brown's livestock modeling work has become one component of a very large, complex super-model developed, expanded and maintained by FAPRI for 30 years. This super-model was described in 236 closely typed pages in 2004, yet even this elaboration is insufficient for outside economists to replicate and verify the FAPRI model.[128] This type of modeling has been "[u]sed extensively by US Congress to measure policy effects."[129]

---

[123] Meyers, William H., Patrick Westhoff, Jacinto F. Fabiosa, and Dermot J. Hayes. "The FAPRI Global Modelling System and Outlook Process." *Journal of International Agricultural Trade and Development* 6, no. 1 (2010): 1-20, at p. 7.
[124] In 2010, FAPRI's principal clients were described as "the U.S. Senate Committee on Agriculture, Nutrition and Forestry, and the U.S. House Committee on Agriculture" (Meyers, William H., Patrick Westhoff, Jacinto F. Fabiosa, and Dermot J. Hayes. "The FAPRI Global Modelling System and Outlook Process." *Journal of International Agricultural Trade and Development* 6, no. 1 (2010): 1-20, at p. 3).
[125] University of Missouri. "Contact Us – AMAP." 2013, accessed February 3, 2017 at http://amap.missouri.edu/contact-us.html.
[126] Cooperatives Working Together. *The Impact of the CWT Program on the U.S. Dairy Industry.* August 2008, BROWN-MU_0000574-587 at -575.
[127] University of Missouri. "Contact Us – AMAP." 2013, accessed February 3, 2017 at http://amap.missouri.edu/contact-us.html.
[128] Food and Agricultural Policy Research Institute. "Documentation of the FAPRI Modeling System." FAPRI-UMC Report #12-04, 2004, accessed February 3, 2017 at https://fapri.missouri.edu/wp-content/uploads/2015/03/FAPRI-MU-Report-12-04.pdf.
[129] Cooperatives Working Together. *CWT Committee Meeting.* June 8, 2010, NMPF0002599-2648, at -2615.

61. Dr. Brown adapted the FAPRI dairy subsector model to analyze the impact of the CWT Herd Retirement Program, and his various studies of that Program have been reviewed and cited by several academic economists and policy analysts. For example, a report from the University of California's extension program discusses Dr. Brown's analysis and essentially quotes his results showing that price increases occurred in all years of the program.[130] Similarly, a report by Cornell University dairy economists cites Dr. Brown's conclusion that returns on investment were estimated by Dr. Brown to be 700%.[131]

## B.  A description of Dr. Brown's model

62. In this section, most of my effort is dedicated to understanding, documenting, and examining the coefficients and other assumptions in Dr. Brown's most recent mathematical simulation model of the CWT Herd Retirement Program, using his data and model specifications. I will explain how the mathematical equations relate to economic relationships in actual U.S. dairy markets and confirm that Dr. Brown's modeling choices were likely to result in reasonable predictions of dairy market quantities and prices.

63. Dr. Brown's mathematical simulation model of the U.S. dairy industry is an *annual, dynamic, partial equilibrium* model of a type that has become standard in agricultural economics to make long-run predictions for key economic variables.[132] Dr. Brown's model is *dynamic* in the sense that certain (endogenous) variables adjust over multiple years, which allows his model to

---

[130] Ellerby, Justin. "Challenges and Opportunities for California's Dairy Economy." California Center for Cooperative Development, 2010, at p. 18.
[131] Nicholson, Charles, and Mark Stephenson. "An Analytical Review of a Voluntary Herd Retirement and Export Subsidy Plan for Dairy Producers." Cornell University Working Paper, Cornell Program on Dairy Markets and Policy (2007), at p. 3.
[132] Meyers, William H., Patrick Westhoff, Jacinto F. Fabiosa, and Dermot J. Hayes. "The FAPRI Global Modelling System and Outlook Process." *Journal of International Agricultural Trade and Development* 6, no. 1 (2010): 1-20, at p. 7.

measure the price impact that a given herd retirement had over the next several years. The model

is called a "partial equilibrium" model, meaning that certain macro-economic factors that

influence dairy markets are assumed to be "determined outside the model." That is, they are

unaffected by changes in the main variable of interest (herd numbers in this case).[133]

64. Dr. Brown's dairy subsector model comprises several mathematical equations that are

used to estimate what the All Milk Price would have been in the absence of the CWT program.[134]

Some of the equations represent economic relationships while others represent biological

relationships. For example, there are four equations (out of many others) for which the dependent

variables are: (1) the number of milk cows on dairy farms, (2) average milk production per cow,

(3) average farm prices paid for milk, and (4) prices paid by dairy farmers for feed. Specification

of the mathematical forms for each equation is based upon orthodox competitive economic

theory, established biological laws, or other empirical regularities observed in the sector. The

parameters of the equations are estimated econometrically using standard statistical estimation

methods and NASS historical data.

65. Using these equations, the model estimates what the total national supply of raw milk

would have been without the CWT Herd Retirement Program and simulates the "but-for" total

production of related dairy products.[135] The milk supply reductions from the CWT Herd

Retirement Program enters into the model by directly adjusting the total number of cows on

dairy farms. The economic effect of the CWT Herd Retirement Program is quantified by

---

[133] Partial equilibrium models are one of two major classes of structural empirical models used by economists to derive quantitative predictions of economic phenomena. The other is the computable general equilibrium (CGE) model. (For example, see: Hertel, Thomas W. *Global trade analysis: modeling and applications*. New York, NY: Cambridge University Press, 1997)
[134] Declaration of Dr. Scott Brown, September 16, 2016, at ¶4.
[135] Declaration of Dr. Scott Brown, September 16, 2016, at ¶6.

simulating the direct addition of CWT-retired cows to the dairy herd. That is, the "counterfactual" or "but-for" scenario is created by assuming that the CWT Herd Retirement Program never occurred; then, the effects of this assumed scenario on quantities and the All Milk Price are allowed to work themselves out in the model. Resulting cow numbers, milk production, and prices are interpreted as the values of these variables that would have been observed *were it not for* the CWT Herd Retirement Program. The economic effects of the CWT Herd Retirement Program are calculated as the differences between observed values (with the program in place) and simulated values. For example, the effect of the CWT Herd Retirement Program on the All Milk Price is calculated as the observed All Milk Price (i.e., the price which includes the herd retirements) minus the simulated All Milk Price (with no herd retirements). This approach isolates the price effects of the CWT Herd Retirement Program from other factors that may influence the dairy sector, including but not limited to changes in demand and cost factors.[136]

66. Dr. Brown uses the number of milk cows in each U.S. state and the average milk production per cow in each U.S. state, which is a function of current-year milk prices and feed costs. Thus, the supply of milk (i.e., total milk production per state) is calculated as the product of the number of cows and the average milk production per cow for each state. Total U.S. milk production is calculated as the sum of state-level milk production.

67. The model also includes several cost variables, which are entered primarily through dairy feed and non-feed prices. Prices of feed (including separate equations for feed concentrate, hay, and silage) are estimated as functions of the prices of underlying components. Prices of feed

---

[136] Dr. Brown also separated the effects of CWT's export program from the effects of CWT's herd retirement program on the All Milk Price (Cooperatives Working Together. *The Economic Effects of the CWT Program.* October 8, 2012, NMPF0025083-88, at -87-88). As subsequently discussed in Section VI, I control for net exports in my analysis during one of my sensitivity analyses and my conclusions did not change.

concentrate are specified as functions of corn and soybean meal prices. Hay prices are specified as a function of alfalfa prices. Silage prices are specified as functions of hay and corn prices. Non-feed prices are estimated as a function of the U.S. Producer Price Index.

68. As previously noted, the primary price variable modeled by Dr. Brown is the All Milk Price, which is the average price received by farmers for their milk, representing the total amount paid to a farmer, including the blend price and the OOP, which includes a market premium, service charges, an rBST-free premium, and a fuel surcharge. The U.S. All Milk Price is specified in the model as a function of current and lagged milk production, as well as U.S. exports of dairy products. Inclusion of current and lagged milk production variables reflects the effects of milk supply on the equilibrium All Milk Price, including the fact that herd retirements that restrict the supply of milk in any given year can impact prices for several years into the future. Inclusion of U.S. exports of butter and cheese captures the effects of milk export demand and resulting supply on All Milk Prices. Simulated state-level All Milk Prices are calculated by adding the observed difference between actual U.S. and state-level All Milk Prices to the simulated U.S. All Milk Price.

69. I have examined the underlying equations and assumed parameters incorporated into Dr. Brown's model of the U.S. dairy sector, which he reports for the years 2003-2012. In my professional opinion, they are reasonable representations of the economic relationships of demand and supply in this sector; they are well specified and seem to incorporate reasonable parameters. For the purposes for which it was built, the model is competent. After examining Dr.

Brown's data and model, I am comfortable that it represents a workmanlike effort to estimate the quantity and price effects of the CWT program using orthodox economic principles.[137]

### C. Dr. Brown's model shows that the CWT Herd Retirement Program substantially increased the All Milk Price

70. Dr. Brown's analysis concludes that the CWT Herd Retirement Program substantially impacted the following three metrics: (1) the *number* of U.S. dairy cows in production, (2) the *quantity of raw dairy milk* produced and sold nationally, and (3) the U.S. farm *All Milk Price*. These conclusions are not surprising and are consistent with my expectations based on the structure of the U.S. dairy subsector and the implementation of the CWT Herd Retirement Program. As previously discussed, the supply structure of the dairy market and the demand characteristics of fluid milk and other dairy products are both conductive to price fixing,[138] so one would expect the CWT Herd Retirement Program to be effective at raising the prices of fluid milk and other dairy products nationally.

71. Figure 4 below reproduces Dr. Brown's analysis showing the total number of dairy cows with and without the CWT Herd Retirement Program. For example, Dr. Brown estimates that, absent the CWT Herd Retirement Program, there would have been about 200,000 more cows producing milk in 2010. The additional dairy cows in the absence of the CWT Herd Retirement Program varies from year-to-year, with relatively small differences in 2003 and a peak of almost 300,000 cows in 2009. Dr. Brown's analysis also purports to include the "[s]upply response from higher prices."[139]

---

[137] I note the model I develop in Section VI is specific to identifying the increase in OOPs from the CWT Herd Retirement Program. Thus, my model is not based on Dr. Brown's model and is not reliant on Dr. Brown's model or his dataset. However, Dr. Brown's model generally corroborates the findings of my model: the CWT Herd Retirement Program was a successful cartel that reduced supply and increased prices.

[138] See Section IV of this Report.

[139] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2616.

**Figure 4: Total Dairy Cows with and without CWT Herd Retirement Program[140]**



72. Figure 5 below reproduces Dr. Brown's analysis showing the quantity of milk production with and without the CWT Herd Retirement Program. Although the graphical depiction of milk production with and without the CWT Herd Retirement Program does not appear drastic, recall that the demand for milk is relatively inelastic, meaning that small changes in supply can create large changes in prices.[141] Dr. Brown's analysis concludes that the annual difference between milk production with and without the CWT Herd Retirement Program varies from year-to-year, which is expected because the size of each herd retirement varied from year-to-year. Dr. Brown's model predicts that the quantity of milk production was lower by about 1 to 2 billion pounds per year during 2004-2008, and this difference grew to approximately 5 billion

---

[140] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2617.
[141] For additional discussion on demand elasticities, see Section IV.B.2 of this Report.

pounds in 2009. Dr. Brown's analysis clearly supports the notion that supply of milk was materially reduced because of the CWT Herd Retirement Program. As emphasized previously, a contraction in output is a sure sign of an effective cartel.

**Figure 5: Milk Production with and without CWT Herd Retirement Program[142]**



73. Figure 6 below reproduces Dr. Brown's analysis showing the All Milk Price with and without the CWT Herd Retirement Program. Dr. Brown concludes that the CWT Herd Retirement Program clearly increased the All Milk Price in each period after the initial 2003 herd retirement. Consistent with the supply of milk with and without the CWT Herd Retirement Program, the annual price increases from the program vary from year-to-year, as expected.

---

[142] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2617.

**Figure 6: All Milk Price with and without CWT Herd Retirement Program[143]**



74. Similarly, Figure 7 below estimates the annual impact of each herd retirement separately on the All Milk Price. Within this figure, each color represents a distinct herd retirement. The price impact of each retirement in each year is then stacked to show the total amount by which the All Milk Price increased due to the CWT Herd Retirement Program. Dr. Brown estimates that CWT herd removals (slaughters) raised the All Milk Price by approximately $0.21/cwt in 2004, the year after the program first began. The impact on prices increased to almost $1.80/cwt in 2010, the year after the number of cows slaughtered was at its highest. Dr. Brown testified that "an individual herd retirement had about a three-year effect on milk prices"[144] and the results of his analysis similarly show a price impact of up to four years

---

[143] Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2619.
[144] Deposition of Dr. Scott Brown, November 7, 2014 at 27:19-20.

for all herd retirements, as noted in the figure below. Thus, although I understand that the last herd retirement occurred in 2010, Dr. Brown shows a continual price impact through at least 2012. As a result, the Defendants in this case represented to their members that the CWT Herd Retirement Program had successfully raised the All Milk Price.[145]

**Figure 7: Price increases due to CWT Herd Retirement Program, by herd retirement[146]**



75. Dr. Brown similarly calculated that the CWT Herd Retirement Program resulted in a total increase of $12.48 billion in milk market revenues through 2012.[147] I interpret Dr. Brown's $12.48 billion as an estimate of the total overcharge to direct buyers of raw milk, that is, milk

---

[145] Deposition of John Wilson, January 8, 2015 at 48:7-49:20; Deposition of Dr. Richard Stammer, January 30, 2015, at 40:17-42:15.
[146] Cooperatives Working Together. *The Economic Effects of the CWT Program*. October 8, 2012, NMPF0025083-88, at -85.
[147] Cooperatives Working Together. *The Economic Effects of the CWT Program*. October 8, 2012, NMPF0025083-88, at -88.

processing plants. His estimate of powerful price effects from slight quantity effects is reasonable because the demand for raw farm milk by processors of fluid milk and related dairy products is highly inelastic.[148] As noted by Dr. Brown himself, "[d]airy markets tend to be very inelastic" and "small changes in supplies can make for large movements in pricing when markets are very inelastic."[149] As a result, Dr. Brown concluded that "every nickel that a dairy farmer invested in CWT every year earned an average of 40 cents per hundredweight. No other investment a producer can make provides that level of return."[150] Although this return on investment (700%) may appear to be astounding, returns of this level can be expected from effective price-fixing behavior. Thus, it is clear that Dr. Brown's model shows that the CWT Herd Retirement Program substantially increased the All Milk Price above its competitive level.

## VI.   THE CWT HERD RETIREMENT PROGRAM SIGNIFICANTLY RAISED OVER-ORDER PREMIUMS

76.   In this section I examine available data and develop my own econometric model to measure the increase in OOPs from the CWT Herd Retirement Program. After investigating the data produced in this litigation, as well as publicly available data from well-recognized sources, I conclude that reliable data exists to estimate the price impact of the CWT Herd Retirement Program.[151] Next, I develop a regression analysis consistent with the academic research literature to measure the relationship between CWT herd retirements and OOPs, while controlling for

---

[148] SMI's CEO during the CWT Program similarly noted that a small change in supply or demand can result in a major change in milk prices (Deposition of Calvin Covington, December 6, 2017, at 94:12-95:4, 96:15-20).
[149] Deposition of Dr. Scott Brown, November 7, 2014 at 46:1-3 and 46:8-9.
[150] Cooperatives Working Together. "An independent analysis of the financial impact of Cooperatives Working Together." BROWN-MU 0000006-08, at -08.
[151] In addition to reviewing documents and data produced in this litigation, I spoke with Graham Leary, Winn Dixie's Vice President of Strategic Sourcing, to confirm my understanding of milk purchasing and pricing mechanisms.

relevant supply and demand factors. Based on this model, I calculate a monthly overcharge due to the CWT Herd Retirement Program and calculate the resulting economic damages to Winn-Dixie.

**A. *Reliable Data Exists to Estimate the Price Impact of the CWT Herd Retirement Program***

77. Data on over-order premiums ("OOPs") were obtained from Dairy Farmers of America ("DFA") during discovery.[152] The dataset included Class I, II, III, and IV OOPs from January 2000 through December 2013 in various cities across the eastern United States.[153] The regression analysis described in Section VI.B uses OOPs (net of listed credits[154]) from all of the cities in the dataset that are in the Southeast, Appalachian, and Florida FMMOs, which correspond to the regions where the 11 distribution centers listed in Winn-Dixie's transaction

---

[152] In addition to DFA OOP data, I obtained SMI OOP data from 2006-2013 (although this time coverage is not complete for all locations). However, since the SMI data begins *after* the CWT Herd Retirement Program is in effect, there is no clean "benchmark period" with which to compare the prices affected by the program. Thus, I use the DFA OOP data in my analysis and I do not use the SMI OOP data. However, for the cities contained within both data sets (or in close proximity), the SMI OOP data is similar to, highly correlated with, the DFA OOP data. The DFA OOP data spreadsheet notes that it contains "Class Premiums for Billing" by month for each customer, so I treat these as the OOPs actually paid by customers. Through discovery I also received DFA "invoicing data" (DFA2013-00027624 through DFA2013-00027636), however this "invoicing data" did not include information sufficient to understand the OOPs paid by customers. For example, Defendant's counsel reported that this data contained no "data dictionary" that would explain the nature of this dataset and its variables (e.g., description of variable names, variable categories, or unit measurements of the variables). In addition, Defendant's counsel reported that net invoicing amounts listed in this dataset may not reflect the total price of milk charged, and that the product weight units may be either in pounds or in hundredweight. Lastly, this "invoicing data" only covered through 2010, which would require extrapolation of the lagged effects of the program. Given the incomplete information provided, it was not possible to use this data in my analysis.
[153] Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls.
[154] It is my understanding that purchasers would be eligible for various credits, which are listed in the data and deducted from the prices paid (Deposition of Calvin Covington, December 6, 2017, at 51:10-14).

48

data are located.[155] This matching leads to 65 cities within 13 states that are considered in the regression analysis.[156]

78. As expected, my analysis finds that OOPs are highly correlated across geographies, which is consistent with my assessment that the milk market is spatially integrated.[157] To analyze the correlations across geographies, I first calculate the average OOP by month for each of the three FMMOs. Tables 8, 9, 10, and 11 below show OOP correlations across FMMOs for Class I, II, III, and IV milk respectively.[158] The OOPs are generally positively correlated across FMMOs, with high correlations for Class I and II milk across all FMMOs, high positive correlations for Class III and IV milk across the Appalachian and Southeast FMMOs, and lower positive correlations for Class III and IV milk between Florida and other FMMOs.[159] This is also broadly consistent with NMPF's Vice President of Economic Policy and Market Research, who notes that "regional [All Milk] prices generally all move together."[160] My regression analysis uses data

---

[155] This data shows that, among every city within this region that has continuous data coverage, OOPs increased from 2000 to 2010 typically peaked around 2008 and 2009 when the CWT herd retirement program was removing the most cows. In 2017, long after the CWT program has ended, OOPs are "almost down to zero" according to the prior CEO of SMI (Deposition of Calvin Covington, December 6, 2017, at 190:15-19).

[156] The 13 states are AL, AR, FL, GA, IN, KY, LA, MO, MS, NC, SC, TN, and VA. The dataset is an unbalanced panel from 2000-2013, with customers in some cities dropping out of the dataset at times. In most cities, there is only billing data reported for one customer.

[157] For additional discussion of spatially integrated economic markets, see Section IV.C.3 of this Report.

[158] The Pearson Product-Moment Correlation Coefficient ("correlation coefficient") is used to calculate correlations throughout this Report. The formula for the correlation coefficient is: $cov(x,y) / (\sigma_x \sigma_y)$, where $cov(x,y)$ represents the covariance between the variables x and y, $\sigma_x$ represents the standard deviation of x, and $\sigma_y$ represents the standard deviation of y.

[159] All of the correlations shown in Tables 8-14 are statistically significant at the 5% level or better, except for the Class III correlation between the Appalachian and Florida FMMOs, which is statistically significant at the 10% level. The OOP data was appropriately processed to remove any outliers before calculating the correlations and performing the regression analysis discussed in Section VI.B.

[160] National Milk Producers Federation. "Testimony of Peter Vitaliano, Ph.D. before the Vermont Milk Commission." September 18, 2007, NMPF0024092-4103, at -4093.

49

on these three FMMOs, which broadly correspond to one of the bidding region boundaries outlined by the CWT Herd Retirement Program.[161]

*Table 8: Class I OOP correlations across FMMOs[162]*

|                     | 1005: Appalachian | 1006: Florida | 1007: Southeast |
|---------------------|-------------------|---------------|-----------------|
| **1005: Appalachian** | 1.0000            |               |                 |
| **1006: Florida**     | 0.9652            | 1.0000        |                 |
| **1007: Southeast**   | 0.9954            | 0.9533        | 1.0000          |

*Table 9: Class II OOP correlations across FMMOs[163]*

|                     | 1005: Appalachian | 1006: Florida | 1007: Southeast |
|---------------------|-------------------|---------------|-----------------|
| **1005: Appalachian** | 1.0000            |               |                 |
| **1006: Florida**     | 0.7502            | 1.0000        |                 |
| **1007: Southeast**   | 0.9976            | 0.7631        | 1.0000          |

*Table 10: Class III OOP correlations across FMMOs[164]*

|                     | 1005: Appalachian | 1006: Florida | 1007: Southeast |
|---------------------|-------------------|---------------|-----------------|
| **1005: Appalachian** | 1.0000            |               |                 |
| **1006: Florida**     | 0.1617            | 1.0000        |                 |
| **1007: Southeast**   | 0.9493            | 0.2845        | 1.0000          |

---

[161] See Section IV.A.2 to this Report (Cooperatives Working Together. *DFA Southeast Area Council Leadership Meeting*. July 10, 2007, NMPF0006110-152, at -113 and 116; United States Department of Agriculture. "Federal Milk Marketing Order Program: Understanding the Milk Order Amendment Process." April 2013, accessed January 31, 2017 at https://www.ams.usda.gov/sites/default/files/media/DairyMarketingOrderAmendmentBrochure.pdf).

[162] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).

[163] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).

[164] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).

*Table 11: Class IV OOP correlations across FMMOs[165]*

|  | 1005: Appalachian | 1006: Florida | 1007: Southeast |
|---|---|---|---|
| **1005: Appalachian** | 1.0000 |  |  |
| **1006: Florida** | 0.1964 | 1.0000 |  |
| **1007: Southeast** | 0.9493 | 0.2967 | 1.0000 |

79. Tables 12, 13, and 14 below provide a similar analysis. I calculate the correlations of OOPs across the four classes of milk *within* the Southeast, Appalachian, and Florida FMMOs, respectively. As expected, the results show that OOPs are correlated across the four different classes of milk, with correlation coefficients ranging between 0.2 and 1.0, but with most of the correlation coefficients at the higher end of that range.

*Table 12: OOP correlations across classes, within the Southeast FMMO[166]*

|  | Class I | Class II | Class III | Class IV |
|---|---|---|---|---|
| **Class I** | 1.0000 |  |  |  |
| **Class II** | 0.8248 | 1.0000 |  |  |
| **Class II** | 0.7129 | 0.7373 | 1.0000 |  |
| **Class IV** | 0.7129 | 0.7373 | 1.0000 | 1.0000 |

*Table 13: OOP correlations across classes, within the Appalachian FMMO[167]*

|  | Class I | Class II | Class III | Class IV |
|---|---|---|---|---|
| **Class I** | 1.0000 |  |  |  |
| **Class II** | 0.8218 | 1.0000 |  |  |
| **Class II** | 0.5818 | 0.5936 | 1.0000 |  |
| **Class IV** | 0.5818 | 0.5936 | 1.0000 | 1.0000 |

---

[165] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).

[166] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).

[167] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).

*Table 14: OOP correlations across classes, within the Florida FMMO[168]*

|         | Class I | Class II | Class III | Class IV |
|---------|---------|----------|-----------|----------|
| Class I | 1.0000  |          |           |          |
| Class II | 0.7232 | 1.0000   |           |          |
| Class II | 0.2153 | 0.6459   | 1.0000    |          |
| Class IV | 0.1979 | 0.6925   | 0.9245    | 1.0000   |

80. As previously discussed, household demographics are drivers of demand for dairy products.[169] Consequently, I assembled data on the following demand-side control variables from a number of publicly available sources for the period January 2000 through December 2013:

- The annual population of the metropolitan area, which was collected from the United States Census Bureau[170] and matched with the DFA data for each city.

- The percent of the state population aged 14 and below, which was calculated using United States Census Bureau tables categorizing each state's population by age on an annual basis.[171]

- Annual disposable income by state, which was collected using information from the United States Bureau of Economic Analysis.[172]

- U.S. outbreaks of "mad cow disease," which could adversely affect consumer demand for dairy products as well as beef products.[173] To control for this

[168] Calculated from DFA OOP data (Dairy Farmers of America. "Class Premiums for Billing." DFA2013-00037605.xls, DFAWD-00000030.xls).
[169] See Section IV.B.2 for a discussion of the demand characteristics for dairy products.
[170] United States Census Bureau, Populations of Metropolitan Areas, 1995-2013, accessed December 16, 2016 at https://www.census.gov/.
[171] United States Census Bureau, Annual Estimates of the Resident Population by Sex and Age, 1995-2013, accessed December 16, 2016 at https://www.census.gov/.
[172] United States Bureau of Economic Analysis, Disposable Personal Income Summary, 1995-2013, accessed December 16, 2016 at https://www.bea.gov/.
[173] CNN. "Mad Cow Disease Fast Facts." July 2, 2013, accessed February 21, 2017 at http://www.cnn.com/2013/07/02/health/mad-cow-disease-fast-facts

52

possibility, I include a binary variable indicating the three months following a mad-cow outbreak, which is consistent with the duration of market responses found in the academic literature.[174]

81. As previously discussed, production cost variables influence the supply of dairy products.[175] Thus, I obtained data on the following supply-side control variables (e.g., costs) from a number of publicly available sources for the period January 2000 through December 2013:

- Regional diesel fuel prices, which were collected from the United States Energy Information Administration ("EIA"). This information is available on a monthly basis by regions designated by the EIA and I matched each DFA city to these regions.[176]

- The percent of cows treated with the growth hormone recombinant bovine somatotropin ("rBST"), which was collected from the USDA's Economic Research Service. The data includes rBST usage rates for the nine Farm Resource Regions of the continental United States and I matched each DFA city to the appropriate Farm Resource Region.[177]

---

[174] Schlenker, Wolfram, and Sofia B. Villas-Boas. "Consumer and Market Responses to Mad-Cow Disease." University of California, Berkeley CUDARE Working Paper 1023, 2006.
[175] See Section IV.B.1 for a discussion of the supply characteristics for raw milk production.
[176] United States Energy Information Administration, Lower Atlantic Gasoline and Diesel Retail Prices, 1995-2013, accessed December 16, 2016 at http://www.eia.gov/; United States Energy Information Administration, Gulf Coast Gasoline and Diesel Retail Prices, 1995-2013, accessed December 16, 2016 at http://www.eia.gov/; United States Energy Information Administration, Midwest Diesel Retail Prices, 1995-2013, accessed December 16, 2016 at http://www.eia.gov/.
[177] United States Department of Agriculture's Economic Research Service, Milk production costs and returns per hundredweight (cwt) sold, 2000-2015, accessed December 16, 2016 at https://www.ers.usda.gov/data-products/commodity-costs-and-returns/commodity-costs-and-returns/#Recent Costs and Returns

- Monthly prices of alfalfa hay (dry) in the United States, which were obtained from the USDA's Feed Grains Database.[178]

- Average hourly wages, which were collected from USDA publications for animal farm workers, by quarter.[179]

- Monthly commercial electricity price data for each state, which was collected from the U.S. EIA.[180]

- Annual government expenditures on dairy subsidies for each state, which were collected from the Environmental Working Group's Farm Subsidy Database. This includes government expenditures on all of the relevant dairy support programs.[181]

82. To measure the impact of the CWT Herd Retirement Program on OOPs, I use the annual number of cows removed that are reported by CWT in the Southeast (referred to as Region II in the CWT Herd Retirement Program).[182]

**B.  Regression analyses show OOPs increased from 2003-2013 due to the CWT Herd Retirement Program.**

83. A regression model is a widely accepted technique that enables economists to simultaneously calculate the relationship between variation in a dependent variable (e.g., milk price) and the variations of multiple independent variables (e.g., supply and demand

---

[178] United States Department of Agriculture's Economic Research Service, Feed Grains Database, accessed December 15, 2016 at https://data.ers.usda.gov/FEED-GRAINS-custom-query.aspx
[179] Two quarters are omitted from the dataset, so I impute these wages using the average of the preceding quarter and the subsequent quarter (USDA National Agricultural Statistics Service. "Quick Stats." Accessed February 14, 2017 at https://quickstats.nass.usda.gov/).
[180] United States EIA. "Electricity Data Browser." Accessed December 16, 2016 at http://www.eia.gov/electricity/data/browser/.
[181] Environmental Working Group. "Dairy Program Subsidies: 1995-2014." Accessed March 15, 2017 at https://farm.ewg.org/progdetail.php?fips=00000&progcode=dairy.
[182] Cooperatives Working Together. "Summary of Herd Retirements." NMPF0018344-354, at -345-354.

characteristics). A well designed regression model identifies the sign (positive or negative) and magnitude of the effect for each independent variable (i.e., the estimated regression coefficients), the degree to which the effects are statistically significant (i.e., not due to random variation in the data), and how well the model predicts the outcomes (i.e., the "coefficient of determination"[183]). The particular type of regression model commonly used to investigate alleged price-fixing is known as a panel, fixed-effects, reduced-form price regression.[184] A regression model provides regression coefficients that measure the size of the price effects of market characteristics and of price-fixing behavior, statistics for each variable that indicate whether each effect is statistically different from the null hypothesis (usually zero), and the R-Squared that measures the overall goodness of fit of the model.

84. Consistent with the supply and demand factors shown to influence dairy prices,[185] I develop a regression model with the following specification using the previously described data:[186]

$$OOP_{imy} = \beta_0 + \beta_1 C_{my} + \beta_2 C_{m,y-1} + \beta_3 C_{m,y-2} + \beta_4 C_{m,y-3} + \beta_5 C_{m,y-4} + \beta X + \varepsilon_{imy}$$

where $OOP_{imy}$ represents the OOP for milk delivered to city $i$ during month $m$ and year $y$; $C_{my}$ represents the potentially anti-competitive conduct of the Defendants (i.e., number of cows killed from the CWT Herd Retirement Program[187]) within the past year of month $m$ and year $y$ in the

---

[183] The "coefficient of determination" is commonly known as "R-Squared," which is usually reported as the percentage of variation explained by the model from 0% to 100%.
[184] For example, see: Rubinfeld, Daniel L. "Quantitative methods in antitrust." *Issues in Competition Law and Policy* 723 (2008): 723-742.
[185] For additional discussion of the supply and demand factors influencing price, see Section IV.B of this Report.
[186] For a discussion of the data used in this regression analysis, see Section VI.A of this Report.
[187] Although the exact dates on which each herd was prematurely culled were not available, I selected months that were near the middle of the culling periods. Generally, I identified the culling date for each herd retirement to be the month prior to the announced completion of all farm audits, since herds were tagged and culled during the audit process. If the announced date of farm audit completion was not available, then I identified the culling date as the second month following the announcement of the herd retirement, because the audits were commonly completed

CWT's Southeast bidding region; $X$ represents a vector of market-characteristic control variables;[188] and $\varepsilon_{imy}$ represents an error term. Based on the average number of years that a dairy cow remains in the herd, I include four lagged variables ($C_{m,y-1}$, $C_{m,y-2}$, $C_{m,y-3}$, and $C_{m,y-4}$) to control for the lingering effects of prior herd retirements.[189] As discussed above, the vector of control variables, $X$, includes demand and supply controls, namely, the percentage of population aged 14 and below, state disposable income, state population, the percentage of milk sold with rBST treatments, the price of diesel, the price of alfalfa hay, wages of animal farm workers, electricity prices, dairy subsidy expenditures, binary monthly variables to control for seasonality, binary variables for each destination city (to control for fixed differences in pricing across cities),[190] and binary variables to control for mad-cow disease outbreaks. Before performing the regression analysis, all nominal prices are converted into real prices using CPI (Consumer Price Index) data from the Bureau of Labor Statistics to control for inflation.[191]

---

within three months. For one herd retirement where there is no information on the announced date of farm audit completion and culling started soon after the herd retirement announcement, then I used the same month as the herd retirement announcement.

[188] Note that the primary variable of interest in my analysis is the number of cows killed from the CWT Herd Retirement Program and is hence listed separately within the equation above. Meanwhile, the "control variables" in $X$ are included in my model to account for shifts in competitive market demand and supply effects on prices over time; the control variables assist in providing more precise estimates of the coefficients of the conduct variables; however, the sizes of the coefficients of the control variables are not a primary focus of the estimation results of the equation shown above.

[189] As previously discussed in Section IV.A.1, a cow usually remains in the dairy herd for about five years, although cows can remain productive in the herd for 12 to 15 years. Moreover, recall that the CWT Herd Retirement program removed entire herds from production and some of these prematurely culled cows would have given birth to calves, had the cows not been culled. In turn, these calves would have also produced milk. I note that including four lagged variables is also consistent with the model of Dr. Scott Brown, although my model is not based on his model. (U.S. Environmental Protection Agency. "Ag 101: Lifecycle Production Phases." July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf, at p. 276; Brown, Scott. Dairy Subsector Model, at BROWN-MU_0003728.xlsm)

[190] This variable controls for differences in the OOP that are due to supply and demand factors that are different between cities but unchanged across time (e.g., distribution networks or consumer preferences).

[191] Bureau of Labor Statistics. "CPI Detailed Report." Accessed December 16, 2016 at https://www.bls.gov/cpi/cpid1611.pdf

85. The effect on the OOP in month $m$ and year $y$ from the herd retirement program is measured by the signs (positive or negative) and size of the regression coefficients $\beta_1$, $\beta_2$, $\beta_3$, $\beta_4$, and $\beta_5$; each of these coefficients represents the marginal change in the OOP from the size of current or prior herd retirements after controlling for the supply and demand factors that ordinarily influence prices. More specifically, the estimated overcharge from collusive behavior during month $m$ and year $y$ is calculated as $\beta_1 C_{my} + \beta_2 C_{m,y-1} + \beta_3 C_{m,y-2} + \beta_4 C_{m,y-3} + \beta_5 C_{m,y-4}$. If the CWT Herd Retirement Program effectively raised milk prices, then one or more $\beta$ will be positive and statistically significant.

86. The regression results are shown in Table 15 below. My key finding is that, as expected, the number of cows removed under the CWT Herd Retirement Program has a positive and statistically significant impact on the OOP for up to five years after the herd retirement.[192] This is consistent with the economic theory of collusion, and with the contemporaneous beliefs of the Defendants. For example, NMPF's Vice President of Economic Policy and Market Research, noted that "the annual change in the nation's milking cow herd has functioned as a simple, but reasonably representative indicator of changes in the overall national supply-demand balance for milk."[193] The SMI board similarly believed that the CWT Herd Retirement Program resulted in higher milk prices, which is consistent with the analysis reported during CWT

---

[192] The size of the positive coefficients suggests lagged price effects of four years, which is consistent with the gestation periods of heifers and subsequent suppressed births of cow-calves.
[193] National Milk Producers Federation. "Testimony of Peter Vitaliano, Ph.D. before the Vermont Milk Commission." September 18, 2007, NMPF0024092-4103, at -4094.

57

committee meetings.[194] Overall, my regression model fits the data well, and most of the non-zero

demand and supply factors have the theoretically expected signs as well.[195]

**Table 15: Regression Results Explaining the OOP ($/cwt)[196]**

| Variable | Regression Coefficient | | | |
|---|---|---|---|---|
| | Class I | Class II | Class III | Class IV |
| Cows removed (thousands), within current year | -0.00101 | 0.04523*** | -0.00390 | -0.00286 |
| Cows removed (thousands), one-year lag | 0.06732*** | 0.03156*** | 0.00649 | 0.00635 |
| Cows removed (thousands), two-year lag | 0.01647*** | 0.02544*** | 0.02319*** | 0.02250*** |
| Cows removed (thousands), three-year lag | 0.04388*** | 0.03493*** | 0.01848*** | 0.01808*** |
| Cows removed (thousands), four-year lag | 0.04102*** | 0.03152*** | 0.03522*** | 0.03462*** |
| Percent of state population aged 14 and below | -0.03825 | -0.20060** | 0.25599** | 0.25595** |
| Disposable Income ($ millions) | -0.00375* | -0.00060 | 0.00039 | 0.00035 |
| State population (millions) | -0.03623 | -0.01302 | -0.03980 | -0.03642 |
| Percent of milk sold with rBST (%) | 0.01849*** | 0.01062** | -0.00658* | -0.00681* |
| Diesel prices ($/gal) | 0.52052*** | 0.16697*** | -0.00067 | 0.00245 |
| Alfalfa hay prices ($/ton) | -0.00287*** | 0.00216*** | 0.00092** | 0.00107** |
| Wages of Farm Animal Workers ($/hr.) | 0.44246*** | 0.03738 | -0.00248 | -0.02465 |
| Electricity prices (cents/kwh) | 0.03818* | 0.02195 | -0.01721 | -0.01685 |
| Dairy subsidy expenditures ($ millions) | 0.04940*** | 0.00453*** | -0.00234 | -0.00205 |
| City fixed effects | Yes | Yes | Yes | Yes |
| Month fixed effects | Yes | Yes | Yes | Yes |
| Mad cow outbreak fixed effects | Yes | Yes | Yes | Yes |
| Observations | 7,694 | 7,694 | 7,694 | 7,694 |
| R-squared | 0.72386 | 0.76274 | 0.52715 | 0.52280 |

Note: Standard errors are clustered at the city level: ***, **, & * denote statistical significance different from zero at the 1%, 5%, and 10% levels, respectively.

[194] Deposition of Calvin Covington, December 6, 2017, at 83:15-84:11; Cooperatives Working Together. *The Economic Effects of the CWT Program*. October 8, 2012, NMPF0025083-88, at -85; Cooperatives Working Together. *CWT Committee Meeting*. June 8, 2010, NMPF0002599-2648, at -2617-2621.

[195] Recall that my model is a reduced form price equation and therefore captures both the supply and demand effects for control variables. Although the coefficients of control variables are not the primary focus of this Report, I note that some of the control variables are correlated with each other and regression models can have trouble separately identifying the coefficients for such variables (but this does not limit the ability of the regression to adequately control for these factors). In statistics, this is called multicollinearity. This explains the sign change of some coefficients from one column to the next in Table 15, for example the rBST and alfalfa hay variables. Alfalfa hay prices are highly positively correlated with diesel prices, while rBST use is negatively correlated with diesel prices during this period. Similarly, certain demographic characteristics (e.g., percent of population under 14, disposable income, and state population) are highly correlated with the city fixed effects.

[196] Note that when calculating damages, I treat the few statistically insignificant coefficients on the conspiracy variables in this table as zero.

87. From the regression coefficients on the cows removed variables, I can compute the price-fixing overcharge in this market. Although the overcharge is calculated and applied to purchases on a *monthly* basis in my damage calculation, Table 16 summarizes average *annual* increases to the OOPs in the Southeast U.S. from the CWT Herd Retirement Program, by class of milk. From 2003 through 2013 the annual overcharge in the Southeast U.S. averaged $0.58/cwt for Class I OOPs, $0.59/cwt for Class II OOPs, $0.25/cwt for Class III OOPs, and $0.24/cwt for Class IV OOPs. In addition, I performed several sensitivity analyses by controlling for beef prices[197] as well as net foreign exports.[198] These analyses also find that OOP prices in

---

[197] To explore the theory that OOPs may be influenced by dairy herds being slaughtered early during periods of high beef prices (thereby reducing raw milk supply and increasing OOPs), I also perform a sensitivity analysis controlling for ground beef prices. However, this analysis finds that ground beef prices have a negative relationship with Class I and II OOPs when including proper controls, thereby negating the theory that higher beef prices lead to higher OOPs. I therefore do not include beef prices in my main model results. Regardless, under this alternative model the average annual overcharge from the CWT Herd Retirement Program is similar from 2003-2013: $0.52/cwt for Class I OOPs, $0.57/cwt for Class II OOPs, $0.26/cwt for Class III OOPs, and $0.22/cwt for Class IV OOPs. (Bureau of Labor Statistics. "Ground Beef U.S. City Average." Accessed December 16, 2016 at https://data.bls.gov/timeseries/APU0000703112).

[198] I do not control for net exports in my primary model because my model is a regional analysis that is focused in the southeastern United States. Moreover, there are minimal exports and imports of Class I and II products. For example, in 2013, only 5% of dairy exports (by dollar value) related to "fluid milk and cream," "yogurt & other fermented milk," and "ice cream," collectively. Regardless, adding net exports as a control variable yields similar price-effect results: the average annual overcharge from the CWT Herd Retirement Program from 2003-2013 is $0.71/cwt for Class I OOPs, $0.64/cwt for Class II OOPs, $0.22/cwt for Class III OOPs, and $0.21/cwt for Class IV OOPs. Note that total U.S. net exports may be considered exogenous with respect to OOPs in the southeastern United States. However, given the possibility that total U.S. net exports are endogenous with OOPs, I also perform an additional sensitivity analysis that uses a two-stage least squares "instrumental variables" approach (with exchange rates as instruments). In this sensitivity analysis, the exchange rates chosen were based on the currencies of the ten largest countries of U.S. dairy exports from 2003-2013 (Mexico, Canada, China, Japan, Philippines, Indonesia, South Korea, Vietnam, Malaysia, and Egypt) and the ten largest countries for U.S. dairy imports from 2003-2013 (New Zealand, Italy, France, Canada, Netherlands, Ireland, Australia, Denmark, Mexico, and Switzerland). Under this specification, the average annual overcharge from the CWT Herd Retirement Program from 2003-2013 is $0.51/cwt for Class I OOPs, $0.53/cwt for Class II OOPs, $0.19/cwt for Class III OOPs, and $0.19/cwt for Class IV OOPs. (USDA Foreign Agricultural Service. "Global Agricultural Trade System." Accessed February 14, 2017 at https://apps.fas.usda.gov/gats/default.aspx; Greene, William H. *Econometric Analysis.* Seventh Edition. Boston: Prentice Hall, 2012, at p. 89; OFX. "Historical Exchange Rate." Accessed April 5, 2017 at https://www.ofx.com/en-us/forex-news/historical-exchange-rates/; Quandl. "Currency Exchange Rates –USD vs VND. Accessed April 5, 2017 at https://www.quandl.com/data/CURRFX/USDVND-Currency-Exchange-Rates-USD-vs-VND)

the Southeast U.S. from 2003 to 2013 increased from the cow-supply constraints imposed by

CWT Herd Retirement Program.

**Table 16: Average Annual Increase to OOP in Southeast U.S.
from Herd Retirement Program**

| Year | Average Overcharge ($/cwt) | | | |
|---|---|---|---|---|
| | Class I | Class II | Class III | Class IV |
| 2003 | $0.00 | $0.05 | $0.00 | $0.00 |
| 2004 | $0.07 | $0.17 | $0.00 | $0.00 |
| 2005 | $0.21 | $0.32 | $0.03 | $0.03 |
| 2006 | $0.39 | $0.38 | $0.09 | $0.09 |
| 2007 | $0.44 | $0.57 | $0.19 | $0.19 |
| 2008 | $0.70 | $0.57 | $0.25 | $0.24 |
| 2009 | $0.53 | $0.96 | $0.32 | $0.32 |
| 2010 | $1.17 | $1.09 | $0.24 | $0.24 |
| 2011 | $1.09 | $0.88 | $0.49 | $0.48 |
| 2012 | $0.84 | $0.75 | $0.50 | $0.48 |
| 2013 | $0.89 | $0.71 | $0.61 | $0.60 |
| Average | $0.58 | $0.59 | $0.25 | $0.24 |

## VII.   WINN-DIXIE WAS OVERCHARGED BY AT LEAST $21.4 MILLION

88. To calculate damages to the Plaintiffs in this case, I apply the monthly overcharge to

data specific to Plaintiffs' purchases. Winn-Dixie dairy product purchase data was obtained for

the period April 27, 2004 through August 16, 2013 (the "Purchase Order Data"), which I

understand contains purchases from all vendors for raw milk, fluid milk and other dairy products

that use Class I, II, III, and IV milk. The Purchase Order Data includes variables for the purchase

order number, purchase order date, distribution center shipped to, vender number, item code,

product description, case pack, size, quantity ordered, quantity received, date received, unit cost,

60

vendor name, and total dollars purchased.[199] In total, the Purchase Order Data includes

approximately 1.66 million transactions comprising $3.08 billion in total dairy-product

purchases.[200] This dataset ends in August 2013 because Winn-Dixie changed data management

systems around this time, which prevented such data being produced through December 31,

2013.[201] Thus, I also obtained supplementary Winn-Dixie purchase data at the product level from

the new data management system from August 2013 through the end of 2013 (the "Additional

Purchase Data").[202] The Additional Purchase Data only includes Class I product purchases of

$28.9 million.[203] Consequently, my damages calculation is understated, because data for Class II,

III, and IV products purchased from August 2013 through the end of 2013 are unavailable.[204]

89. In addition, the Winn-Dixie Purchase Order Data includes item descriptions (e.g.,

"YOGURT CUPS REGULAR," "CHEESE SHREDDED NATURAL," or "MILK PRIVATE

LABEL WHITE") corresponding to various item codes in a separate tab. I first matched each

transaction in the dataset to these item descriptions and then identified which class of milk

---

[199] Although no data dictionary was provided that describes each variable in the dataset, it is my understanding that the "case pack" variable refers to the number of units per case, while the "size" variable refers to the size of each unit, and the "quantity received" variable indicates the number of cases received.
[200] Winn-Dixie. "Extract 1 - 2010 to 2013.xlx," WD1143_000299; Winn-Dixie. "Extract 1 - up to year 2010.xlx," WD1143_000300.
[201] My model results show that the overcharges continued through 2014, as noted by the positive lagged coefficients shown in my model in Table 15. However, due to data limitations, I was instructed to only calculate damages through 2013. This approach is conservative.
[202] Note that this Additional Purchase Data only includes item code, item description, category, sub-category, case pack, cases shipped, and total store cost. However, I obtain product size information sufficient to calculate the cwt purchased by matching the item code in the Additional Purchase Data to the item code in the Purchase Order Data. Lastly, I note that the Additional Purchase Data includes plant-based beverage milk (e.g., soymilk), but I appropriately exclude this from my damage calculation.
[203] Winn-Dixie. Milk Purchases from C&S After Transfer of Warehouse Operations, "Milk Purchases from C and S after warehouse transfer 2013.xlsx"
[204] Damages are also understated because of the absence of Purchase Order Data for the first eight months of the affected period. My model shows that damages began to accrue for Plaintiffs in September 2003, but because purchase orders are not available for the period September 2003 to May 11, 2004, I omit computing damages during that early period.

corresponded to each item description, which enabled me to calculate economic damages by class of raw milk.

90. For the Winn-Dixie Purchase Order Data, Plaintiffs' counsel instructed me to calculate damages on purchases of Class I, II, III, and IV products solely from vendors listed in Table 17 below. These purchases represent $1.24 billion in total dairy-product purchases by Winn-Dixie derived from the Purchase Order Data. I conservatively excluded Winn-Dixie purchases from all other vendors not listed in Table 17 before applying the overcharge calculated from my model.[205]

---

[205] This is a conservative assumption because when collusion is effective, market prices increase for all suppliers (including those outside the cartel). If the fringe firms did indeed practice such "umbrella pricing," then the true damages to Plaintiffs would be higher than what I report here, because the damage base would be calculated on at least $3.08 billion of sales instead of only $1.24 billion of sales within the Purchase Order Data. Lastly, although the Additional Purchase Data does provide cwt by each vendor, I conservatively reduce the calculated cwt in the Additional Purchase Data by 6.9% to account for excluded vendors. This reduction is based on the fact that 6.9% of Class I purchases within the Purchase Order Data relate to excluded vendors in 2012. The vendor exclusion is smaller for Class I products than Class II, III, and IV products because Winn-Dixie had supply contracts with included vendors and thus the Class I exclusion relates primarily to specialty products (e.g., organic and flavored milk).

*Table 17: Venders included in the damage base,*
*showing total sales only from the Winn-Dixie Purchase Order Data*

| Vendor Name | Total Sales |
|---|---:|
| CABOT CREAMERY | $5,089,180 |
| DAIRY FARMERS OF AMERICA | $25,204,694 |
| GUSTAFSON'S DAIRY | $522,483 |
| GUSTAFSONS DAIRY | $62,377,433 |
| GUSTAFSONS DAIRY-SPECIALTY MLK | $3,758,614 |
| KEMPS LLC | $4,933,380 |
| LAND O LAKES | $61,976,757 |
| SUNSHINE DAIRY ICE CREAM | $15,098,619 |
| SUNSHINE DAIRY(MILK)- FL DC'S | $224,148,238 |
| SUNSHINE DAIRY(MILK)NON-FL DCS | $135,348,811 |
| SUPERBRAND DAIRY | $59,606,745 |
| SUPERBRAND ICE CREAM-GRNVLE | $228,749 |
| WD DAIRIES-HAMMOND (MILK) | $85,769,649 |
| WD DAIRIES-HAMMOND (MTG MILK) | $114,065,831 |
| WD DAIRIES-HIGHPOINT | $8,575 |
| WD DAIRIES-HIGHPOINT(MILK) | $21,436,082 |
| WD DAIRIES-MTG (BUTTERMILK) | $246,748 |
| WD DAIRIES-NEW ORLEANS | $66,177 |
| WD DAIRIES-PLANT CITY (MILK) | $407,102,505 |
| WD DAIRIES-PLANT CITY BAHAMAS | $2,462,331 |
| WD YOGURT (HIGH POINT) | $13,762,551 |
| **Total** | **$1,243,214,153** |

91. The overcharge results in Table 16 are expressed in dollars per hundredweight of farm milk, but the procurement data are in various volumetric units or weights other than hundredweights. To convert volumes into the appropriate cwt measurement, I employed the industry standard ratios shown in Table 18. For example, for bottled fluid milk, I used the conventional conversion rate of 8.6 pounds per gallon,[206] although I understand that milk weight can vary across batches delivered because of slight differences in fat and protein content. Lastly, approximately 0.2% of product purchases from relevant vendors (approximately $265,000 in the

---

[206] USDA. "USDA ERS Documentation." October 12, 2016, accessed November 28, 2016 via https://www.ers.usda.gov/data-products/price-spreads-from-farm-to-consumer/documentation/; Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milk-facts.

Purchase Order Data and Additional Purchase Data combined) were excluded because the data did not include sufficient information on the weight/volume units (e.g., the product size variable was listed as "counts" only). This is another reason why the economic damage calculations provided in Table 19 below are conservative numbers (i.e., lower-bound estimates).

*Table 18: Dairy-Product / Milk Conversion Assumptions*[207]

| |
|---|
| 1 pound of butter requires 21.2 pounds of milk for production |
| 1 pound of whole milk cheese requires 10.0 pounds of milk for production |
| 1 pound of cottage cheese requires 6.25 pounds of milk for production |
| 1 pound of plain yogurt requires 1 pound of milk for production |
| 1 gallon of ice cream requires 12.0 pounds of milk for production |
| 1 gallon of milk weighs 8.6 pounds |

92. Table 19 below shows my damages estimates for Plaintiffs, by milk class. Applying the monthly overcharge amounts from my model to Winn-Dixie purchase data yields a total estimate of at least $21.4 million in economic damages.[208]

---

[207] Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milk-facts.

[208] Again, these damages are conservative because they are only calculated from Winn-Dixie sales data through 2013, even though my model finds that milk prices remained artificially elevated for five years after a herd retirement. Similarly, only $1.2 billion of purchases are included in the damage base from the Purchase Order Data, out of at least $3.08 billion of total dairy purchases during this period (even though the price paid by Winn-Dixie on the excluded dairy purchases would have similarly been elevated beyond competitive levels). Moreover, damages of approximately $21.4 million represent a less than 2% overcharge on Winn-Dixie's $1.2 billion in purchases of dairy products from the included vendors in the Purchase Order Data.

*Table 19: Annual Damages, by Class[209]*

| Year | Class I | Class II | Class III | Class IV | Total |
|------|---------|----------|-----------|----------|-------|
| 2003 | $0 | $0 | $0 | $0 | $0 |
| 2004 | $291,632 | $130,005 | $0 | $0 | $421,637 |
| 2005 | $857,714 | $277,242 | $3,472 | $17,552 | $1,155,980 |
| 2006 | $1,380,846 | $194,440 | $15,154 | $49,761 | $1,640,201 |
| 2007 | $1,450,428 | $247,608 | $32,344 | $116,942 | $1,847,322 |
| 2008 | $2,192,548 | $233,261 | $42,644 | $101,988 | $2,570,441 |
| 2009 | $1,663,124 | $245,440 | $39,487 | $183,097 | $2,131,148 |
| 2010 | $3,375,315 | $13,481 | $1,457 | $128,684 | $3,518,937 |
| 2011 | $2,982,687 | $25,567 | $4,215 | $257,657 | $3,270,126 |
| 2012 | $2,200,238 | $26,425 | $5,785 | $244,672 | $2,477,120 |
| 2013 | $2,174,802 | $12,746 | $20,713 | $126,893 | $2,335,154 |
| **Total** | **$18,569,334** | **$1,406,215** | **$165,271** | **$1,227,246** | **$21,368,066** |

## VIII.   CONCLUSION

Inasmuch as discovery in this case is not yet complete, I reserve the right to revise or supplement my opinions as additional information becomes available.

Exhibits to be used in support of the opinions stated in this Report include all of the tables, graphics and information contained herein as well as the Exhibits cited in or accompanying this report. Additional demonstrative exhibits based upon this same information may be prepared for trial and used to support my opinions.

December 18, 2017

Respectfully submitted,

John M. Connor, Ph.D.

---

[209] Within Class I damages of $2,174,802 that occurred during 2013, $1,286,612 relates to the Purchase Order Data and $888,190 relates to the 2013 Additional Purchase Data. As previously noted, the 2013 total damage figures are conservative because the Additional Purchase Data did not include any Class II, III, or IV dairy-product purchases.

# Exhibit A

## Curriculum Vitae of
## John M. Connor, Ph.D.



# John M. Connor, Ph.D.
### Senior Consultant

Emeritus Professor
of Agricultural Economics,
Purdue University

4355 Creekside Pass
(317) 733-1938 Phone
jconnor@purdue.edu

Senior Fellow,
American Antitrust Institute,
Washington, DC

Senior Consultant,
OnPoint Analytics

## Principal Appointments

Emeritus Professor of Agricultural Economics, Purdue University, July 1, 2011 to present.

Senior Fellow, American Antitrust Institute, Washington, DC, March 2009 to present.

Senior Consultant, OnPoint Analytics, Emeryville, CA, January 2014-present.

Director, LECG LLC, May 2008 to March 2011. [LECG was one of the three largest economic consulting firms in the world]

Board of Advisers, American Antitrust Institute, Washington, DC, July 2003-present (the 6th economist selected).

Visiting Professor, Nationalekonomiska Institutionen, Åbo Akademi University, Åbo (Turku), Finland, 1994.

Adjunct Professor, Instituto Economica Agro-Alimentare, Università Cattolica del Sacro Cuore, Piacenza, Italy, June 1992 to present.

Professor, Department of Agricultural Economics, Purdue University, July 1989 to June 2011.

Associate Director, Purdue Center for Value Added Research, July 1987 to June 1991.

Assistant Head for Research, Department of Agricultural Economics, Purdue University, July 1985 to August 1988.

Associate Professor, Department of Agricultural Economics, Purdue University, West Lafayette, Indiana, May 1983 to June 1989.

Head, Food Manufacturing Research Section, Economic Research Service, U.S. Department of Agriculture, April 1979 to May 1983.

Adjunct Assistant Professor, Department of Agricultural Economics, University of Wisconsin at Madison, June 1976 to July 1979.

John M. Connor, Ph.D.
Page 2

Agricultural Economist, Economic Research Service, United States Department of Agriculture,
March 1976 to May 1983.

Research Assistant, Department of Agricultural Economics, University of Wisconsin at Madison,
January 1972-February 1976.

Research Assistant, Department of Food and Resource Economics, University of Florida, 1969-
1971.

Volunteer, United States Peace Corps, service as a mathematics teacher in Nigeria and Uganda,
September 1965 to December 1968.

## Academic Background

Ph.D., University of Wisconsin at Madison, 1976 (Agricultural Economics)

M.S., University of Wisconsin at Madison, 1974 (Agricultural Economics)

M.A.M.R.D., University of Florida, 1974 (Agricultural Economics)

A.B., Boston College, 1965 *cum laude* (Mathematics)

## Research Experience

Research prior to 1996 focused on the market structures and performance of food industries; since
1996 specialized in empirical cartel studies and assessing the effectiveness of anti-cartel policies and
enforcement.

Consultant, National Cattlemen's Association. Co-authored a report on changing structure of the
beef packing industry and packer procurement methods, January 1989-October 1989.

Senior Economist for Research Triangle Institute (North Carolina) project *Economic Cost/Benefit
Studies of Cosmetic and Food Safety Issues*. The purpose of the project was to support the Economic
Staff of the Center for Food Safety and Applied Nutrition (CFSAN) of the U.S. Food and Drug
Administration (FDA). CFSAN is responsible for economic impact analyses of present or proposed
FDA regulatory actions affecting cosmetic or food safety. This research project dealt with the
industry and social costs of mandatory food labeling regulations, which were later adopted by the
FCA. October 1987 to September 1993.

Consultant for the Office of Technology Assessment, U.S. Congress. Produced a report, part of the
OTA's Economic Transition Project, on the economic interrelationships of market structure to the
adoption and generation of significant new food-processing technologies, 1984-85.

Consultant for the Directorate for Food, Agriculture, and Fisheries of the Organization for
Economic Cooperation and Development. Aided in planning and prepared key papers for an
international symposium on "Structural Adjustment of the Food Industries," held in Paris, 1982.

▼ John M. Connor, Ph.D.
Page 3

Consultant, United Nations' Center on Transnational Corporations for its report, *Transnational Corporations in Food Processing Industries of Developing Countries,* 1978-80.

Consultant, U.S. Senate Select Committee on Nutrition and Human Needs. Provided original analysis and criticisms for a proposed staff report, *Guidelines for Food Purchasing in the United States* (printed May 1978), 1977-78.

Consultant, Subcommittee on Multinational Corporations, U.S. Senate Committee on Foreign Relations. Duties included a statistical analysis of a large-scale questionnaire sent to Fortune 500 companies and collaborating on a report to the Subcommittee, June 1974 to 1976.

Consultant for law firms in the United States and abroad, the National Association of Attorneys General, the U.S. Federal Trade Commission, the U.S. Department of Justice, and non-U.S. antitrust authorities on matters involving allegations of price-fixing, corporate financial performance, trademark infringement, tax liability, mergers, damage assessments, and product liability issues in the food, beverage, and tobacco; food and feed ingredient; grocery distribution industries; and several manufacturing industries. Advisor for publishers assessing proposed textbooks.

# Teaching Experience

Taught AGEC 506, "Agricultural Marketing and Price Analysis", annually to M.S. candidates. AGEC 506 covers derived demand, marketing margins, elasticities, modeling and estimating supply and demand relationships, economic forecasting techniques, empirical studies of the structure, conduct and performance of the food processing and distribution industries, vertical coordination and pricing systems in agricultural subsectors, and issues in food marketing regulation, 1983 to 1997.

Teach AGEC 622, "Food System Organization and Policy", biannually to Ph.D. students. AGEC 622 covers advanced concepts in industrial organization economics, empirical research on the food industries, and the role of economic theory and research in the formulation and enforcement of public policies that affect industry performance, 1985 to present.

Taught AGEC 305, a junior-senior level course in econometrics and price analysis, 1998-2000 and 2010.

Teach AGEC 596I (now AGEC 526), a case-studies agribusiness course, "International food and Agribusiness Marketing," annually 1999-2001 and 2005-2010.

Taught segments of AGEC 692 "Workshop in Applied Economics," 2000-2010.

Taught "International Selling of Branded Food Products" at the European Union's Advanced Mediterranean Institute of Agronomy, Zaragoza, Spain, February-March 1996, 1998, and 2000.

Taught AGEC 622-equivalent to M.S. students, Åbo Akademi University, Finland, fall 1994 and to graduate students and junior faculty of the Institute of Agro-Food Economics of the Catholic University of the Sacred Heart, Cremona, Italy, June 1992 to June 2000.

Taught AGEC 320, a junior-level course in agricultural marketing, spring 1991.

Developed a new course and first taught "Forensic Economics," AGEC 596F, spring 2004-2010.

## Administrative Experience

Associate Director, Purdue Center for Value Added Research. Duties include encouraging submission, selection, and monitoring of research awards of about $200,000 per year, 1987-1991.

Assistant Head for Research, Department of Agricultural Economics, Purdue University. Responsible for coordinating research in a department with about 40 faculty members with significant research appointments and 80 to 95 resident graduate students. Duties included: alerting the staff to Requests for Proposals; persuading them to respond; reviewing outgoing proposals; supervising and editing annual reports of research progress; recruitment of graduate students; selection of research assistants supported by departmental funds; assignment of RAs to their major advisors; forming committees to choose the best departmental theses; nominating faculty work for national research awards; counseling graduate students and faculty; making recommendations to the Department Head on annual salary changes, July 1985 to August 1988.

Head, Food Manufacturing Research Section, ERS-USDA. Supervised 4 to 6 professional research economists and support personnel. Duties included annual budget review; recruitment of new professionals; development of annual research plans; performance evaluations of staff; manuscript clearance; monitoring USDA-university contracts; responding to requests from the public, the press and other government officials; and policy analysis, 1979- May 1983.

## Honors and Awards

A.B., Boston College, *cum laude*, 1965.

Boston College Presidential Scholarship, 1961-65.

Omicron Delta Epsilon, national honorary economics fraternity, 1979-present.

Distinguished Policy Contribution Award, Agricultural and Applied Economics Association (one of several leaders of Regional Research Project NC-117, The Organization and Performance of U.S. Food Systems"), 1980.

Quality of Communication Award (Honorable Mention), Agricultural and Applied Economics Association, (with others), 1980.

Quality of Communication Award, Agricultural and Applied Economics Association, (for *The Food Manufacturing Industries,* with three co-authors), 1985.

Member, Sigma Xi, national scientific honorary society, 1986 - 1990.

Chairperson, North Central Regional Research Project NCT-149, "Organization and Performance of World Food Systems," 1986-1988. (Predecessor of NC-194, see below)
Vice President, Purdue Chapter, American Association of University Professors, 1987-88.

Major Professor for four Ph.D. dissertations that won the Department's "Best Dissertation" award:
- Warren P. Preston (1987)
- Thomas V. Greer (1992)
- Felipe De Almeida Cabral Pinto Ravara (1994)
- Yuliya Bolotova (2006)

President, Purdue Chapter, AAUP, 1988-90.

Chairperson, North Central Regional Research Project NC-194, "Organization and Performance of World Food Systems," 1988-1993.

Elected Regional Representative, National Council of the AAUP, 1991-1992.

Committee Member, Purdue University M.S. Thesis by Filipe Ravara, AAEA national award for "Best Thesis" (one of three awarded in 1991).

Distinguished Extension Program Award, Agricultural and Applied Economics Association, (with others), 1993.

Citations in:
- *Who's Who in America,* beginning 54th Edition (2000-2001) to present
- *Who's Who in Finance and Industry,* beginning 27th Edition (1992-1993)
- *Who's Who in the Midwest* beginning 23rd edition (1992-1993)
- *Who's Who in the World,* beginning 11th edition (1992)
- *Who's Who in American Education,* beginning 4th edition (1994-1995)
- *Who's Who Registry of Global Business Leaders* beginning July 1993
- *Who's Who in Science and Engineering,* beginning 2nd edition (1994-95)

"Little Nobel" Prize of Economics, from Metadosis, Finnish Students' Economics Society, awarded December 17, 1994, Turku, Finland.

Distinguished Extension Program Award, Agricultural and Applied Economics Association, 1999 (with others).

Distinguished Research Award, National Science Council, Taiwan, Ph.D. Dissertation of Chih-ching Yu, J.M. Connor supervisor (June 2000).

Quality of Communication Award, Agricultural and Applied Economics Association, (sole recipient, one award given nationally). [for *Global Price Fixing: First Edition*], July 2002.

Winner, Writing Award for Best Antitrust Publication of 2002 (*Global Price Fixing: First Edition*), sponsored by the Jerry S. Cohen Charitable Trust, presented at the annual meeting of the American Antitrust Institute, Washington, DC, June 24, 2003 ($8200 cash award).

Advisor, American Antitrust Institute, 2004-present.

Quality of Research Discovery Award, Agricultural and Applied Economics Association, Purdue University's Department of Agricultural Economics' nomination for 2006.

Honorable Mention for the Jerry S. Cohen Charitable Trust's award for the best antitrust publication of 2006 (for John M. Connor and Robert H. Lande, "How High Do Cartels Raise Prices?" *Tulane Law Review* (2005)), June 2007.

Lead role in "Fair Play in the Marketplace," a film produced by the American Antitrust Institute and Filmmakers Collaborative; awarded a 2007 Silver Telly Award and the 2007 CINE Golden Eagle.[1]

Foreign Affiliate of the Centre for Industrial Economics, University of Copenhagen, Denmark [http://www.econ.ku.dk/cie/], one of about 15 appointed September 2007-present.

Senior Fellow, American Antitrust Institute, 2009-present.

Fellow, Agricultural and Applied Economics Association, 2009-present.

Hungarian Society of Hunters, inducted November 2011.

Winner, Best Academic Anticompetitive Practices Article -- 2012 Antitrust Writing Awards, sponsored by the Institute of Competition Law and George Washington University Law School, presented at the Awards Banquet, Jefferson Hotel, Washington, DC, March 27, 2012.[2]

Semi-Finalist, Best Academic Anticompetitive Practices Article -- 2013 Antitrust Writing Awards, sponsored by the Institute of Competition Law and George Washington University Law School, presented at the Awards Banquet, Jefferson Hotel, Washington, DC, March 10, 2013.[3]

Winner, Writing Award for Best Antitrust Publication of 2012, sponsored by the Jerry S. Cohen Memorial Charitable Trust (for Cartels as Rational Business Strategy: Crime Pays. *Cardozo Law Review* Vol. 34 Issue 2 (December 2012): 428-491. [co-authored with Robert H. Lande]. Presented at the annual meeting of the American Antitrust Institute, Washington, DC, June 12, 2013 ($4000 cash award).

Recipient, Alfred E. Kahn Research Award for Antitrust Achievement, the highest award of the American Antitrust Institute. By vote of the Directors, awarded June 19, 2014, at the

---

[1] The Golden Eagle recognizes excellence in documentary production. Past recipients of CINE Golden Eagles include Steven Spielberg, George Lucas, Ken Burns, Martin Scorsese, Mike Nichols, Robert Altman, Spike Lee, and Mel Brooks.
[2] The Institute is headquartered in Paris, France (http://www.concurrences.com/?lang=en) and is one of five academic writing awards given in 2012 (http://awards.concurrences.com/What-are-the-Antitrust-Writing). About 100 articles were nominated, and, after voting online, winnowed to ten finalists by a jury of 20 European and U.S. antitrust experts (mostly professors of law) and editors of *Concurrences*.
[3] The Institute is headquartered in Paris, France (http://www.concurrences.com/?lang=en) and is one of five academic writing awards given in 2013 (http://awards.concurrences.com/article/what-are-the-antitrust-writing). About 100 articles were nominated, and, after voting online, winnowed to ten finalists by a jury of 20 European and U.S. antitrust experts (mostly professors of law) and editors of *Concurrences*.

National Press Club in Washington, DC.[4] The Award's statement says that "Connor is the world's leading cartel researcher." [http://www.antitrustinstitute.org/content/aai-award-john-m-connor-annual-achievement-award-cartel-research]

# Recognitions

Research Assistantships, 1969-76, Universities of Florida and Wisconsin.

Reviewer (1977-present) for 32 academic journals:
> *American Journal of Agricultural Economics*
> *Land Economics*
> *Journal of Developing Areas*
> *North Central Journal of Agricultural Economics*
> *National Food Review*
> *Review of Industrial Organization*
> *Agribusiness: An International Journal*
> *Western Journal of Agricultural Economics*
> *Journal of Industrial Economics*
> *Canadian Journal of Agricultural Economics*
> *Journal of Agribusiness*
> *Journal of Agricultural Cooperation*
> *Journal of Business and Economics Statistics*
> *Journal of Cooperatives*
> *Choices*
> *Review of Agricultural Economics*
> *Journal of Agricultural Economics*
> *International Journal of Industrial Organization*
> *Journal of Economic Education*
> *Economics Letters*
> *Applied Economics Letters*
> *Journal of Agriculture and Food Industrial Organization*
> *The Berkley Electronic Press Journal of Economic Analysis & Policy*
> *World Competition*
> *Economic Inquiry*
> *Southern Economic Journal*
> *International Review of Law and Economics*
> *Agricultural Economics*
> *European Journal of Law and Economics*
> *Canadian Journal of Economics*
> *International Journal of Economics and Business*
> *Journal of Competition Law and Economics*

Delegate for the U.S. Department of Agriculture, IUFoST/OECD Symposium, Espoo, Finland, September 1981.

---

[4] Connor was the 15th recipient and the 5th economist to be so recognized.

Member, Board of Editors, *Review of Industrial Organization,* 1983-1989.

Member, Office of Technology Assessment, U.S. Congress, Task Force on Postharvest Food
Technologies, 1983-84.

Elected Department representative, Agenda and Policy Committee, College of Agriculture, Purdue
University, 1984-1989.

Senator, Purdue University Senate, elected Department representative, 1987-1990 and 2002-2005.

External expert reviewer for academic tenure and promotion decisions:
Department of Agricultural Economics, Cornell University, 1987 and 1988;
Dept. of Agricultural Economics, University of Massachusetts, 1988, 1990 and 1993;
Department of Economics, University of Missouri at St. Louis, 1990, 1992;
Faculty of Agriculture, University of Helsinki, Finland, 1996;
Christian-Albrechts University, Kiel, Germany, 2003;
Catholic University of Leuven, Belgium, 2006;
Dept. of Applied Economics, Cornell University, Ithaca, New York, 2009;
University of Michigan, 2009.

Proposal reviewer, National Academy of Sciences, National Research Council, Board on Science and
Technology for International Development, November 1987.

Elected Member, Nominating Committee, Purdue University Senate, 1988-90.

Elected Member, President's ad hoc Advisory Committee on Faculty Governance, 1989-90.

Elected Member at Large, Executive Council, Indiana Conference of the AAUP, 1990-93.

Nominated by Department of Agricultural Economics for School of Agriculture Research Award,
1989 and 1990.

Member, U.S. Delegation representing the Foreign Agricultural Service, U.S. Dept. of State, to
investigate and report on the food processing industries of the USSR, July 1990.

Elected, Regional Representative to the National Executive Council of the AAUP, 1991-1992.

Panel Member, CSRS-USDA National Research Initiatives Grants Program, 1993.

Nominated, National Secretary-Treasurer, American Association of University Professors,
September 1993.

Member, Food Forum, advisory committee for the Food and Nutrition Board, Institute of
Medicine, National Academy of Sciences, 1994-1998.

Elected Member, University Promotions Committee, Purdue University, 1996-2000.

Elected Member, Faculty Censure and Dismissals Committee, Purdue University, 1997-2000.

Board of Editors, *Agribusiness: an International Journal,* 1998-2007.

Elected member, Executive Committee, Northeast Project NE-165, 1998-2002.

Organizer, "Forensic Economics in Action," a competitively selected session of five papers at the annual meeting of the Allied Social Sciences Association, co-sponsored by the Industrial Organization Society and the American Association of Agricultural Economics, New York City, January 5, 1999.

Member, Subcommittee on Corporate Funding and Academic Freedom, Committee A on Academic Freedom, American Association of University Professors, 1999, 2004, 2005.

Guest Editor, *Review of Industrial Organization,* Vol. 18 (2001).

Vice Chair, Board of Architectural Review, Austin Oaks Neighborhood Association, Zionsville, Indiana, 2002-  present.

Organizer, competitively selected four-paper session on International Cartels, International Industrial Organization Conference, Boston, April, 2003

Member and presenter, Remedies Forum, Antitrust Section Spring Meeting, American Bar Association, Washington, DC, April 2, 2003.

Member, the DeSilver Society, American Civil Liberties Union, Sept. 2005-present.

Panel Member, Center for State Enforcement of Antitrust and Consumer Protection Laws, (nonprofit organization, New York, NY).  One of five economists selected nationwide to respond to requests from State Attorneys General for expert advice on antitrust matters, January 2006- June 2008.

Director (one of three), Storm Water Utility Board, Town of Zionsville, Indiana, December 2010-May 2013. The SWUB is a federal- and State-mandated municipal regulatory authority that sets user fees, hears appeals, assesses penalties, and oversees the Town Utility and Stormwater Department.

Advisor, Competition Advocacy Working Group, International Competition Network (a "virtual network" of 110 of national and multinational competition authorities; see http://www.internationalcompetitionnetwork.org/uploads/library/doc608.pdf), September 2011-present.

Press Interviews by journalists with the following news organizations:
*The Wall Street Journal*
*The New York Times*
*The International Herald Tribune*
*Bloomberg News Service*
*American Lawyer*
*Business Week*

*CNN International*
*La Tribune (France)*
*Reuters*
*Corporate Crime Reporter*
*Economic Times (of India)*
*NutraIngredients-USA.com*
*Business Day (South Africa)*
*The Star (South Africa)*
*Chronicle of Higher Education*
*Competition Policy International*

# Professional Service

Member, Distinguished Policy Contributions Awards Committee, AAEA, 1980-83.

Chair, Distinguished Policy Contributions Awards Committee, AAEA, 1981-83.

Member, Graduate Policy Committee, Department of Agricultural Economics, 1983-present.

Reviewer, Selected Papers Committee, AAEA, 1984-86, 1996-1997, 1999-2001.

Member, Graduate Committee, Department of Agricultural Economics, 1984-85 and 1989-1992.

Chair, Market Structure Subcommittee, Selected Papers Committee, AAEA, 1985.

Member, Food Processing Subcommittee, Strategic Agricultural Plan Committee, State of Indiana, 1985.

Assistant Head of Department for Research, Agricultural Economics, Purdue University, 1985-1988.

Member, M.S. and Ph. D. Award of Recognition Selection Committees, Department of Agricultural Economics, every two or three years, 1984-2005.

Member, Quality of Research Discovery Award Subcommittee, AAEA, 1985-88.

Member, Executive Council, Purdue Chapter, American Association of University Professors (AAUP), 1986-1992.

Elected Department representative, Purdue School of Agriculture Agenda and Policy Committee, 1985-88.

Chair, Purdue School of Agriculture Agenda and Policy Committee, 1987-88.

Chair, Quality of Research Discovery Award Subcommittee, AAEA, 1988-89.
Member, Selection Committee, University Fellowships, School of Agriculture, 1989.

Chair, Ph.D. Dissertation Selection Committee, Department of Agricultural Economics, 1990.

Chair, Marketing Committee, quinquennial external Departmental review, 1991-1992 (wrote report).

Member, Purdue University, Krannert Library Committee, 1990 to 1994.

Member, Department Art Committee, late 1990s.

Chair, Marketing Committee, quinquennial external Departmental review, 1996-1997 (wrote report).

Member, AAEA Quality of Communications Award, Selection Committee, 2002-05.

Member, Antitrust Section, American Bar Association, 2002-present.

Member, Chair, Department Retirement Committee, 2001-2004

Member, Department Name Committee, 2004-2005

Chair, Department Seminar Committee, 2004-2005

Member, Purdue University Censure and Dismissal Committee, May 2007- May 2010.

Member, Department Outstanding Ph.D. Dissertation Committee, 2007-08.

Founding Member, John Sherman Society, American Antitrust Institute, 2008.

Owner (Founder), LinkedIn "Cartel Studies" Group, January 2009-present. Membership reached 1200 in 2016.

Appointed by the U. S. Department of Justice, United States Representative, International Competition Network's Cartel Working Group, December 2013 to present.

## Memberships (1972-2017)

Agricultural and Applied Economics Association, 1972-2011
American Economic Association
Industrial Organization Society
European Association for Research in Industrial Economics
American Bar Association
American Antitrust Institute
International Association of Agricultural Economists
Royal Economic Society (United Kingdom)
Association internationale d'économie alimentaire et agro-industrielle

# Publications[5]

## Books and Monographs

*A Quantitative Analysis of the Market Power of U.S. Multinational Corporations in Brazil and Mexico: Ph.D. Dissertation.* Madison, Wisconsin: University of Wisconsin (1976). [Directed by Willard F. Mueller].

*Multinational Corporations in Brazil and Mexico: Structural Sources of Economic and Noneconomic Power,* a report to the Subcommittee on Multinational Corporations of the U.S. Senate Committee on Foreign Relations (April 1975), 212 pp., [with Richard S. Newfarmer and Willard F. Mueller].

*The Market Power of Multinationals: A Quantitative Analysis of U.S. Corporations in Brazil and Mexico.* New York: Praeger Publishers, Inc. (1977), 309 + xxiv pp., (1,500 copies printed).

*Market Power and Profitability of Multinational Corporations in Brazil and Mexico,* a report to the Subcommittee on Foreign Economic Policy of the U.S. Senate Committee on Foreign Relations (April 1977), 136 pp., [with Willard F. Mueller].

*The U.S. Food and Tobacco Manufacturing Industries: Market Structure, Structural Change, and Economic Performance: Agric. Econ. Report No. 451.* Washington, DC: USDA (1980), 116 pp. (Translated into Japanese by the Japan Agricultural Policy Organization.)

*Structural Adjustment of the Food Industries of the United States,* ERS Staff Report No. AGES820723. Washington, DC: ERS-USDA (July 1982), 155 pp.

*Advertising and the Food System: Symposium Proceedings,* NC-117 Monograph No. 14. Madison, WI: University of Wisconsin (September 1983), 501 + ix pp., [with Ronald W. Ward (eds.)]

*The Food Manufacturing Industries: Structure, Strategies, Performance and Policies.* Lexington, MA: Lexington Books (1985), 472 + xxii pp. (Annotated in *Journal of Economic Literature* 23 (June 1986):719-20). (Translated into Japanese and Spanish.)  (about 3,000 copies printed), [with Richard T. Rogers, Bruce W. Marion, and Willard F. Mueller].

*Trends in Indiana's Food and Agricultural Industries, 1963- 1982,* Research Bulletin No. 986. West Lafayette, IN: Purdue University (February 1987), 123 pp.

*Food Processing:  An Industrial Powerhouse in Transition.* Lexington, MA: Lexington Books, D.C. Heath Co. (1988), 463 + xxvi pp., (nearly 10,000 copies printed).

*Employment, Output, and Growth of Food Processing in the Fifty States, 1963-1995,* Station Bulletin No. 542. West Lafayette, IN: Agricultural Experiment Station, Purdue University (December 1988), 231 pp, [with S.K. Choi].

*Food Processing:  An Industrial Powerhouse in Transition,* Second Revised Edition.  New York: John Wiley & Sons (1997), 670 + vii pp. [in print through 2007] [with William Schiek].

---

[5] If not indicated otherwise [in square brackets], solely authored by J. M. Connor.

*The Economic Geography of Food Processing in the Fifty States 1963-2002, Bulletin 750.* West Lafayette, IN: Agricultural Research Station, Purdue University (April 1997) [Christopher J. Barfels author, John M. Connor supervisor]

*Concentration and Mergers in the U.S. Grocery Wholesaling Industry, Research Bulletin No. 994.* West Lafayette, IN: Agricultural Research Station, Purdue University (December 1999), 103 pages. [monograph with multiple peer reviews, some outside of Purdue]

*Global Price Fixing: "Our Customers Are the Enemy": Studies in Industrial Organization No. 24.* Boston: Kluwer Academic (2001), 598 +xxi pp. [in print through 2007]

*Brief Amici Curiae No. 03-724 in the Supreme Court of the United States, F. Hoffmann-LaRoche et al. v. Empagran et al.* (March 15, 2004). [John M. Connor principal author with 9 others] [available at http://supreme.lp.findlaw.com/supreme_court/briefs/03-724/03-724.mer.ami.lawecon.pdf]

*Global Price Fixing: 2ⁿᵈ Updated and Revised Edition: Studies in Industrial Organization No. 26.* Berlin and Heidelberg, Germany: Springer Verlag (Copyright 2007, released December 2006), 503 + xxv pp. [reviewed *Journal of Economic Literature* 47 (June 2009): 527-529]

*Global Price Fixing: Paperback 2nd Edition.* Berlin and Heidelberg, Germany: Springer Verlag (April 2008), 503 + xxv pp. [http://www.springer.com/economics/industrial+organization/book/978-3-540-34217-5]

*Global Price Fixing: Kindle Edition.* Berlin and Heidelberg, Germany: Springer Verlag (2009), 503 + xxv pp. [http://www.amazon.com/Global-Price-Fixing/dp/B001CN7B38/ref=ed_oe_o]

## Refereed Journal Articles

Manufacturing Denationalization and Market Structure: Brazil, Mexico, and the United States, *Industrial Organization Review* 6 (June 1978) [with Willard F. Mueller].

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries, *American Journal of Agricultural Economics* 61 (November 1979): 626-39. [with Russell C. Parker].

Advertising, Promotion, and Competition: A Survey with Special Reference to Food, *Agricultural Economics Research* 33 (January 1981): 19-27.

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries:  Reply, *American Journal of Agricultural Economics* 63 (May 1981): 293-97 [with Russell C. Parker].

Food Product Proliferation: A Market Structure Analysis, *American Journal of Agricultural Economics* 63 (November 1981): 607-17.

Market Structure and Performance of U.S. Multinationals in Brazil and Mexico, *Journal of Development Studies* 18 (April 1982): 329-53.  [with Willard F. Mueller].

The Regulation of Advertising, *Agricultural Economics Research* 35 (January 1983): 35-43.

Determinants of Foreign Investment by Food Manufacturers, *American Journal of Agricultural Economics* 65(May 1983): 395-404. (Translated into Japanese and published in 1987 in *Nobiyuku Shokuhin* 77: 5-15, the journal of the Japan Agricultural Policy Research Committee.)

Review of *Multinational Enterprise and Economic Analysis* by Richard E. Caves, *American Journal of Agricultural Economics* 66 (May 1984): 252-53.

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries: Second Reply, *American Journal of Agricultural Economics* 66 (November 1984): 524-28 [with Russell C. Parker].

Economic Forces Shaping the U.S. Food Processing Industry, *American Journal of Agricultural Economics* 67(December 1985): 1136-42. (Reprinted and translated into Japanese by *Nobiyuku Nogyo,* (Growing Agriculture), the bimonthly journal of the Japan Agricultural Policy Research Committee, 1987) [with Dale M. Heien, Jean Kinsey, and Robert Wills].

The Intensity of Media and Other Selling Expenses in Food and Tobacco Manufacturing: Measurement, Determinants, and Impacts, *Agribusiness: An International Journal* 2 (1986): 294-319 [with Scott Weimer].

Discussion, at AAEA Invited Papers Session, Conceptualization of Research Problems in Agribusiness, *American Journal of Agricultural Economics* 70 (May 1988): 482-483.

Mergers in the Food Industry: Trends, Motives, and Policies, *Agribusiness: An International Journal* 4 (July 1988): 331-46 [with Frederick E. Geithman].

Mergers in the Food Industries, *Choices* 3 (Second Quarter 1988): 14-17 [with Frederick E. Geithman].

Economic Forces Influencing Value-Added Food Industries: Implications for Southern Agriculture, *Southern Journal of Agricultural Economics* (July 1989): 13-22 [with Ralph Christy].

Research Puzzles Arising from the Internationalization of U.S. Food Processors, *American Journal of Agricultural Economics* 71 (December 1989): 1255-58.

Discussion of Exports and Antitrust: Complements or Substitutes? *Review of Industrial Organization* 5 (Summer 1990): 53-57.

Empirical Challenges in Analyzing Market Performance in the U.S. Food Industries, *American Journal of Agricultural Economics* 72 (December 1990): 1219-1226. [Reprinted by the Agricultural Policy Research Committee, Japan].

Review of *Sunk Costs and Market Structure, American Journal of Agricultural Economics* 74 (May 1992): 513-515.

Market Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products, *The Journal of Industrial Economics* 60 (June 1992): 1-15 [with Everett Peterson].

An Economic Evaluation of Federal Antitrust Activity in the Manufacturing Industries: 1980-1985, *Antitrust Bulletin* 34 (Winter 1992): 969-996 [with Warren P. Preston].

North America as a Precursor of Food Expenditure Patterns in Western Europe, *European Review of Agricultural Economics* 21 (June 1994): 155-173.

Nouvelles estimations des pertes de bien-être et de surplus du consommateur dans l'industrie agro-alimentaire américaine, *Cahiers d'Economie et Sociologie Rurales* 32 (1994): 73-98 [with Everett B. Peterson].

A Comparison of Welfare Loss Estimates for U.S. Food Manufacturing, *American Journal of Agricultural Economics* 77 (May 1995): 300-308 [with Everett B. Peterson].

Concentration Change and Countervailing Power, *Review of Industrial Organization* 10 (1996): 473- 492 [with Richard T. Rogers and Vijay Bhagavan]. [http://www.springerlink.com/content/h301256175117128]

Consumer Welfare Loss Estimates in Differentiated Food Product Markets, *Review of Agricultural Economics* 18 (1996): 233-246, [with Everett B. Peterson].

A Comparison of Welfare Loss Estimates for U.S. Food Manufacturing: Reply. *American Journal of Agricultural Economics* 78 (August 1996): 710-711 [with Everett B. Peterson].

Did the Competitive Regime Switch in the 1980s? *American Journal of Agricultural Economics* 78 (December 1996): 1192-1197.

Market Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products; Reply, *Journal of Industrial Economics* 65 (June 1997): 225-226, [with Everett B. Peterson].

The Global Lysine Price-Fixing Conspiracy of 1992-1995, *Review of Agricultural Economics* 19 (Fall/Winter 1997): 158-174.

International Convergence of Antitrust Laws and Enforcement (I). *Antitrust Law and Economics Review,* 28 (1997):17-30.

International Convergence of Antitrust Laws and Enforcement (II). *Antitrust Law and Economics Review,* 28 (1997):73-94.

Economic Overview and Research Issues, *Agribusiness: An International Journal* 13, No. 2 (1997): 253-259.

The Global Citric Acid Conspiracy: Legal-Economic Lessons, *Agribusiness: An International Journal* 14 (1998): 435-452. [http://direct.bl.uk/bld/PlaceOrder.do?UIN=055434657&ETOC=RN&from=searchengine]

Grocery Market Pricing and the New Competitive Environment, *Journal of Retailing,* 74 (1998): 273-293 [with James K. Binkley]. [http://www.fearp.usp.br/fava/pdf/grocerymarket.pdf]

John M. Connor, Ph.D.
Page 16

Lysine: A Case Study in International Price Fixing. *Choices* (Third Quarter 1998):13-19. [available 11/2008 at http://nationalaglawcenter.org/assets/bibarticles/connor_lysine.pdf]

Breakfast Cereals: The Extreme Industry, *Agribusiness: An International Journal* 15 (1999): 247-260.

Evolving Research on Price Competition in the Grocery Retailing Industry: An Appraisal, *Agricultural and Resource Economics Review* 28 (October 1999): 119-127.

Determinants of New Product Introductions in the U.S. Food Industry, *Applied Economics Letters* 7 (2000): 743-74, [with Roland Herrmann and Claudia Röder].

Are Structure-Performance Hypotheses of Competition Policy Valid? *Ifo Studien* 46:2 (2000) 177-196 [with Roland Herrmann and Claudia Röder].

Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995. *Review of Industrial Organization* 18 (2001): 5-21. [http://economix.fr/docs/713/Connor-RIO2001-lysine.pdf]

Asymmetry in Farm to Retail Price Transmission: Evidence from Brazil. *Agribusiness* 18 (2002): 37-48 [with Aguiar, Danilo R. D. et al.]

Retesting the Price-Concentration Relationship in Grocery Retailing, *Agribusiness* 18 (Autumn 2002): 413-426 [with Chih-ching Yu]. [http://direct.bl.uk/bld/PlaceOrder.do?UIN=122084425&ETOC=RN&from=searchengine]

Modeling Coupon Values for Ready-To-Eat Breakfast Cereals, *Agribusiness* 19, No. 2 (Spring 2003) 223-243 [with Gregory K. Price].

La mondialisation des delites en col blanc: les cartels agroalimentaires des annees 90 (The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s), *Revue d'Economie Rurale* (September-December 2003): 3-26. [in French].

Choosing the Best Competition Models for the Margarine Industry in the United States, *Journal of Agricultural Economics* 74 (December 2003): 1-22 [with Chih-ching Yu].

Global Antitrust Prosecutions of Modern International Cartels, *The J. of Industry, Competition, and Trade* 4 (September 2004): 239-267. [http://ageconsearch.umn.edu/bitstream/28610/1/sp04-15.pdf]

Market conduct in the US ready-to-eat cereal industry. *Journal of Agricultural & Food Industrial Organization* 2, no. 1 (2004). [with Jeffrey J. Reimer] [preprint available at http://ssrn.com/abstract=1242151]

Collusion and Price Dispersion, *Applied Economics Letters* 12 (May 2005): 335-338. [http://ageconsearch.umn.edu/bitstream/28639/1/sp04-14.pdf]

Food Multinational Enterprise Investment Strategies: An Option Theory Approach, *Research Management* 3 (Winter 2004-2005): 87-99 [with Roberto Vassolo and Filipe A. Ravara].

How High Do Cartels Raise Prices?  Implications for Optimal Cartel Fines, *Tulane Law Review* 80 (December 2005): 513-570 [with Robert H. Lande].
[http://scholar.google.com/scholar?q=How+High+Do+Cartels+Raise+Prices&btnG=&hl=en&as_sdt=0%2C15]

Effectiveness of Sanctions on Modern International Cartels, *Journal of Industry, Competition, and Trade* 6 (2006): 195-223 [http://ssrn.com/abstract=988707 or http://dx.doi.org/10.2139/ssrn.988707]

The Great Global Price-Fixing Conspiracy: Sanctions and Deterrence. *Concurrences: Revue des droits de la concurrence* 4 (October 2006): 17-20. [http://www.antitrustinstitute.org/recent2/485.pdf and at http://ssrn.com/abstract=1103604]

Cartel Overcharges: Survey and Meta-Analysis, *International Journal of Industrial Organization* 24 (Nov. 2006): 1109-1137.  [with Yuliya Bolotova]. [available at http://ssrn.com/abstract=788884]

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of Food-Industry Cartels, *Agribusiness: An International Journal* 23 (Winter 2006-2007):17-33. [with Yuliya Bolotova and Douglas J. Miller].
[https://www.agecon.purdue.edu/staff/connor/papers/BolotovaConnorMiller_Food_Industry_Cartels.pdf]

Price-Fixing Overcharges: Legal and Economic Evidence, Chapter 4, pp. 59-153 in John B. Kirkwood (editor), Volume 22 of *Research in Law and Economics*. Oxford, Amsterdam and San Diego: Elsevier (January 2007). [Available at http://ssrn.com/abstract=787924]

Cartel Overcharges: Implications for U.S. and EU Fining Policies, *Antitrust Bulletin* 51 ("Winter 2006"/January 2007): 983-1022 [with Robert H. Lande]. [Available at SSRN: http://ssrn.com/abstract=1029755]

Forensic Economics Applied to Price-Fixing Overcharges. *Journal of Competition Law & Economics* Vol. 4, No. 1 (October 2007): 31-59. [Available at http://ssrn.com/abstract=988709]

How to Block Cartel Formation and Price Fixing: Using Extraterritorial Application of the Antitrust Laws as a Deterrent, *Pennsylvania State University Law Review* 122 ("Winter 2007"/ released March 2008): 813-855 [with Darren Bush]. [Available at http://ssrn.com/abstract=1156469]

The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases. *International Journal of Industrial Organization* 26 (online January 15, 2008, printed November 2008): 1290-1307 [with Yuliya Bolotova and Douglas J. Miller]. [Available at http://ssrn.com/abstract=991908]

Global Antitrust Prosecutions of International Cartels: Focus on Asia. *World Competition* 31 (December 2008): 575-605. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1027949]

Lysine: A Case Study in International Price Fixing. *Choices* (Third Quarter 1998): 13-19. (Posted by the National Agricultural Law Center)
[available 11/2008 at http://nationalaglawcenter.org/assets/bibarticles/connor_lysine.pdf]

Anti-Cartel Enforcement by the DOJ: An Appraisal. *Competition Law Review* Vol. 5, Issue 1 (December 2008): 89-122. [file:///Users/JohnC/Downloads/Vol5Iss1Art3Connor.pdf]

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of the US Market. *Journal of Competition Law and Economics* Vol. 5, No. 2 (online August 29, 2008, printed June 2009): 361 - 381. [with Y. Bolotova and D. Miller] [available at http://jcle.oxfordjournals.org/cgi/content/full/nhn025?ijkey=Cz5EJM8BMkJqTen&keytype=ref]

Cartel Overcharges: An Empirical Analysis. *Journal of Economic Behavior & Organization* 70 (2009): 321–341. [Yuliya Bolotova author, an essay from her Purdue dissertation] [Available at http://ssrn.com/abstract=931211]

About Cartel Overcharges: Kroes Was Right. *Concurrences: Revue des droits de la concurrence* No. 1-2010 (January 2010) : 1-6. [Available at http://ssrn.com/abstract=1610283]

The Predictability of Global Cartel Fines. *Concurrences: Revue des droits de la concurrence* No. 2-2010 (April 2010) : 59-64. [with Douglas J. Miller] [http://ssrn.com/abstract=1610284]

Criminalizing Cartels: An American Perspective. *New European Journal of Criminal Law* Vol. 1, Issue 2 (Fall 2010): 199-217. [with Albert Foer and Simcha Udwin]. [available at http://journals.sagepub.com/doi/pdf/10.1177/203228441000100207]

Recidivism Revealed: Private International Cartels 1990-2009. *Competition Policy International* Vol. 6, No. 2 (2010): 101-128. [Available at http://ssrn.com/abstract=1688508]

Has the European Commission Become More Severe in Punishing Cartels? Effects of the 2006 Guidelines. *European Competition Law Review* 1/2011 (December 2010): 27-36. [preprint available at http://ssrn.com/abstract=1737885][6]

Problems with Prison in International Cartel Cases. Terry and Torello Calvani editors, *Antitrust Bulletin: Symposium: Cartel Penalties: Effective Deterrents or License Fees?* 56 (Summer 2011): 311-344. [Revision available at http://ssrn.com/abstract=2166414]

Cartel Detection and Duration Worldwide. *Competition Policy International Antitrust Chronicle* (2) (September 28, 2011): 2-10. [https://www.competitionpolicyinternational.com/cartel-detection-and-duration-worldwide][7]

The Predictability of DOJ Cartel Fines. *The Antitrust Bulletin* 56 (2011): 525-541. [with Douglas J. Miller] [revised version at http://ssrn.com/abstract=2229300]

Private Recoveries in International Cartel Cases Worldwide: What Do the Data Show? *Competition Policy International Antitrust Chronicle* (1) (December 2012): 2-24. [Draft version available at http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaperNo12-03.pdf]

---

[6] In March 2012 awarded the 2012 Antitrust Writing Award, a contest sponsored by the Institute for Competition, in Washington, DC.
[7] Chosen as one of the year's 12 best articles by the editors of *CPI* in January 2011.

Cartel Fine Severity and the European Commission. *European Competition Law Review* 34 (2013): 58-77. [Preprint available at http://ssrn.com/abstract=2249010]

Cartels As Rational Business Strategy: Crime Pays. *Cardozo Law Review* Vol. 34 Issue 2 (December 2012): 428-491. [with Robert H. Lande]. [final version available at http://www.cardozolawreview.com/content/34-2/CONNOR.LANDE.34.2.pdf; Appendix at http://www.cardozolawreview.com/content/34-2/Connor.Lande.34.2/DenvilStudy.pdf, and Data at http://www.cardozolawreview.com/content/34-2/Connor.Lande.34.2/AntitrustStudyRawData.pdf][preprint available at SSRN: http://ssrn.com/abstract=1917657]

Cartel Overcharges, pp. 249-387 of *The Law and Economics of Class Actions*, in Vol. 29 of *Research in Law and Economics*, edited by James Langenfeld (March 2014). Bingley, UK: Emerald House Publishing Ltd. [http://www.emeraldinsight.com/books.htm?chapterid=17107611] [DOI: 10.1108/S0193-589520140000026008]

The Finnish Asphalt Cartel Court Decision on Damages: An Important EU Precedent and Victory for Plaintiffs**. *Competition Policy International: Antitrust Chronicle* (February 2014 (2)): 1-18. [with Toni Kalliokoski] [http://ssrn.com/abstract=2423789]

Not Treble Damages: Cartel Recoveries Are Mostly Less Than Single Damages. *Iowa Law Review* 100 No. 5 (July 2015): 1997-2023. (Centennial Volume of the *Iowa Law Review* and Centennial Symposium Honoring Professor Herbert Hovenkamp). [with Robert H. Lande]. [preprint available at: http://ssrn.com/abstract=2548712]

Antitrust Developments in Food and Pharma. *Annual Review of Resource Economics* 7 (2015): 1-41. [http://www.annualreviews.org/toc/economics/7/2]

The Rise of ROW Anti-Cartel Enforcement. *Competition Policy International: Antitrust Chronicle* (September 2015 (1)): 1-12. [http://ssrn.com/abstract=2711972]

Oceanic Disparities in Cartel-Recidivism Attitudes and Penalties. *Cartel & Joint Conduct Review, American Bar Association* (Spring 2016): 1-9. [http://ssrn.com/abstract=2757784] [**DOI:** 10.13140/RG.2.2.21000.62726]

Canada's International Cartel Enforcement:  Keeping Score. *World Competition: Law and Economics Review* Vol. 39, No. 4 (October 2016): 557-592. [http://ssrn.com/abstract=2869430][8]

Comment on [the Cartel Content in] "The Empirical Basis for Antitrust: Cartels, Mergers, and Remedies," by James Langenfeld, in the *International Journal of Economics and Business* 24 (2017): 329-338. [with Robert H. Lande] [Available at https://ssrn.com/abstract=3039665]

The German Auto-Emissions Scandal: Likely U.S. Antitrust Response. *Wirtschaft und Wettbewerb* Issue 9 *(The Economy and Competition) (WuW)*. (September 2017): 440-443. [https://wuw-

---

[8] Chosen as a semi-finalist for an Antitrust Writing Award in the "Concerted Practices" and "Academic" categories by the Editorial Committee of the Institute of Competition Law/*Concurrences* (January 11, 2017).

online.owlit.de/document.aspx?docid=WUW1247072&authentication=none] and
[https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3032030].

## Chapters in Books

Testimony before the Subcommittee on Antitrust, Monopoly and Business Rights, Committee on the Judiciary, U.S. Senate, *Impact of Market Concentration on Rising Food Prices,* Serial No. 96-22. Washington, DC: U.S. Government Printing Office (1979):46-84.

Manufacturing and Food Retailing, *Structure Issues of American Agriculture, Agric. Econ. Report No. 438*. Washington, DC: USDA (November 1979):226-34.

An Overview of Food Manufacturing, *Proceedings of the 24th National Conference of Bargaining and Marketing Cooperatives, ESCS-83*. Washington, DC: ESCS-USDA (July 1980):1-9.

Testimony before the Subcommittee on SBA and SBIC Authority and General Small Business Problems, Committee on Small Business, U.S. House of Representatives, in *Small Business Problems in the Marketing of Meat and Other Commodities,* Part 7--Monopoly Effects on Producers and Consumers. Washington, DC: U.S. Government Printing Office (November 1980):80-132 [with Howard W. Hjort, *et al.*].

Tracing Your Food Dollar Back to the Farm, *1981 Yearbook of Agriculture*. Washington, DC: USDA (1981):119-26 [with Harry Harp].
El Poder de Mercado y la Rentabilidad de las Corporaciones Multinationales en el Brasil y Mexico, *Industrializacion e Internationalizasion en la America Latina,* Fernando Fajnzylber (ed.). Mexico City, Mexico: Fondo de Cultura Economica (1981) [with Willard F. Mueller].

Foreign Food Firms, in Glenn Johnson and Allen Maunder (eds.), *Rural Change: The Challenge for Agricultural Economists--Proceedings of the 17th Meeting of the International Association of Agricultural Economists*. Farnborough, England: Gower Publishing Co. (March 1981):552-69.

Appendix on Public Policy toward Advertising, *Advertising and the Food System, NC-117 Monograph No. 14*. Madison, WI (1983): 491-501.

Determinants of Structural Adjustment in the Food Industries, *OECD Food Industries in the 1980s*. Paris: Organization of Economic Cooperation and Development (1983): 25-51. (Translated into French.)

Structural Adjustment of the Food Industries of the United States, *OECD Food Industries in the 1980s*. Paris: OECD (1983):120-26 (Translated into French.)

Introduction and Overview, *Advertising and the Food System, NC-117 Monograph No. 14*. Madison, WI (1983):1 -10 [with Ronald W. Ward].

Organization and Performance of the Food Manufacturing Industries, *The Organization and Performance of the U.S. Food System,* by Bruce W. Marion and the NC-117 Committee. Lexington, MA: Lexington Books (1986) [with Richard Rogers, Bruce Marion, Willard Mueller, and Robert Wills].

Food Manufacturing and Distribution, *The Organization and Performance of the U.S. Food System*, by Bruce Marion, et al. Lexington, MA: Lexington Books (1986) [with Bruce Marion].

Foreign Investment in Mexico's Food Manufacturing Industries, in Bruce F. Johnston, *et al.* (eds.), *U.S.-Mexico Relations: Agriculture and Rural Development.* Stanford: Stanford University Press (1987):219-42. (Translated into Spanish and published by the Fondo de Cultura Economica, Mexico City, Mexico, 1986.)

Trends in Marketing and Market Structure of the U.S. Food-Processing Industries, Ch. 4 in Chester O. McCorkle, Jr. (ed.), *Economics of the U.S. Food Processing Industry.* New York: Academic Press (1988):117-66 [with Robert Wills].

Consumer Loss Due to Monopoly in Food Manufacturing, in Gary Comstock (ed.), *Is There a Moral Obligation to Save the Family Farm?* Ames, IA: Iowa State University Press (1988) [with Russell C. Parker].

Economic Trends in the U.S. Food Manufacturing Industries, *Proceedings of the 1987 Canadian Agricultural Outlook Conference.* Ottawa, Canada: Agriculture Canada (March 1988).

Changes in Food Industry Concentration, *Proceedings of the 32nd Annual National Bargaining Conference.* Washington, DC: Agricultural Cooperative Service, USDA (May 1988):18-35.

Economic Forces Affecting the Food System in the 1990s, *Agricultural Research:  Meeting the Challenge of the 1990s*, Proceedings of an ESCOP-CSRS Symposium.  Ithaca, New York:  Cornell University (1991).

The U.S. Beefpacking Industry: Changing Market Structure and Performance Implications, pp. 532-545 in *Agriculture in a World of Change: Proceedings of Outlook '91.* Washington, DC: World Agricultural Outlook Board, USDA (March 1991).

Future Consumer Preferences, *International Strategies for Food Processing: Proceedings of the AIESEC-STP 1991 Conference.*  Copenhagen, Denmark:  Danish Office AIESEC (November 1991).

Northern America: A Reference Model? *Actes de la Semaine Internationale de l'Alimentation, de la Nutrition, et de l'Agro-Industrie.* Montpellier, France (January 1992

Changing Food Marketing Systems, *1992 Yearbook of Agriculture,* Chapter 3.  Washington, DC: USDA (1992) [with Alan D. Barkema].

Food Purchasing Patterns, *Indiana 2000:  A Strategic Perspective,* EC-664.  West Lafayette, Indiana: Purdue University Cooperative Extension Service (June 1992):49-68.

Food Marketing Industries, *Indiana 2000: A Strategic Perspective,* EC-664.  West Lafayette, Indiana: Purdue University Cooperative Extension Service (June 1992):209-228.

An Economic Investigation of Federal Antitrust Enforcement, *Competitive Strategy Analysis in the Food System,* Ronald W. Cotterill (editor).  Boulder, CO:  Westview Press (1993) [with Warren P. Preston].

The Determinants of Intra-Firm International Trade, *Empirical Analysis of Industrial Organization in Trade in the Food Industries,* Philip Abbott and Ian Sheldon (editors).  Boulder, CO:  Westview Press (1996) [with Kai Wang].

New Estimates of Welfare Losses due to Imperfect Competition in U.S. Food Manufacturing, *Contributions to Economic Analysis: No. 234: Agricultural Markets: Mechanisms, Failures, Regulations,* David Martimort (ed).  Amsterdam: Elsevier (1996) [with Everett E. Peterson].

Mergers in the Food Industries, *The Best of "Choices" 1986-1996,* Harry W. Ayer (ed.).  Ames, Iowa: American Agricultural Economics Association (1996). [Includes an epilog written in 1996], [with Fredrick E. Geithman].

Concentration Change and Countervailing Power in the U.S. Food Manufacturing Industries, *Economics of Innovation - The Case of the Food Industry,* Giovanni Galizzi and Luciano Venturini (eds.). Munich:  Physica-Verlag (1996) [with others].

Food Multinational Enterprise Investment Strategies: An Option Theory Approach, Chapter Three, pp. 57-78, in *Foreign Direct Investment and Processed Food Trade,* Shida Rastegari Henneberry (editor). Oklahoma State University (March 1997), [with Filipe A. Ravara].

Foreign Direct Investment and U.S. Exports of Processed Foods: Complements or Substitutes? Chapter Two, pp. 31-56, in *Foreign Direct Investment and Processed Food Trade,* Shida Rastegari Henneberry (editor).  Oklahoma State University (March 1997), [with Christopher Overend and Victoria Salin].

Comments on the Structural Convergence Hypothesis, Chapter 9 in *Strategy and Policy in the Food System: Emerging Issues,* Julie A. Caswell and Ronald W. Cotterill (eds.).  Storrs, CN: Food Marketing Policy Center, Univ. of Conn. (1997), pp. 121-126.

International Convergence of Antitrust Laws and Enforcement, in *Mercosul: Agronegócios e Desenvolvimento Econômico,* edited by Wilson Vieira and Fátima Carvalho.  Viçosa, Minas Gerais, Brazil: Federal University of Viçosa (1997): 221-244.

The Global Lysine Price-Fixing Conspiracy of 1992-1995, in *Mercosul: Agronegócios e Desenvolvimento Econômico,* edited by Wilson Vieira and Fátima Carvalho.  Viçosa, Minas Gerais, Brazil: Federal University of Viçosa (1997): 271-295.

Consumer Demand for Food, *Food System 21: Gearing Up for the New Millennium,* EC-710.  W. Lafayette, IN: Purdue University Cooperative Extension Service (1997) [with others].

Food Distribution Industries, *Food System 21: Gearing Up for the New Millennium,* EC-710.  W. Lafayette, IN: Purdue University Cooperative Extension Service (1997) [with others].

Food Industry Growth Effects of Consumer Expenditure Patterns, *Proceedings of the Third International Conference on Food Chain Management.*  Wageningen: Wageningen Agricultural University (May 1998).

What Can We Learn from the ADM Global Price Conspiracies? *Proceedings of Economic and Policy Implications of Structural Realignments in Food and Ag Markets.* Park City, Utah: Food and Agricultural Marketing Consortium(1998) [http://www.ag.uiuc.edu/famc.html].

Couponing as a Horizontal and Vertical Strategy: Theory and Effects, *Vertical Relationships and Coordination in the Food System,* G. Gallizzi and L. Venturini (editors). Heidelberg, Germany: Physica-Verlag (1999).

The United States Food Industry and Its Imperative for New Food Products, *New Food Products for a Changing Marketplace*, Aaron L. Brody and John B. Ford (editors). Lancaster, UK: Techtronics (2000) [with Aaron J. Brody and John B. Ford].

International Price Fixing in the Markets for Food and Agricultural Ingredients, *Handbook (Proceedings) of the Annual Meeting of the American Association of Agricultural Law.* Indianapolis, Indiana (October 2002).

Antitrust Issues: Global Cartels, Competition Law, and the New Economy, *Urban and Regional Prosperity in the Globalized New Economy,* Roger Sugden et al. (eds.). London: Edgar (2003). [http://scholar.google.com/scholar?q=Antitrust+Issues%3A+Global+Cartels%2C+Competition+Law%2C+and+the+New+Economy&btnG=&hl=en&as_sdt=0%2C15]

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), *The Antitrust Revolution* (Fourth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (2004). [http://courses.ttu.edu/econ3320-kdesilva/global_cartels_redux4.pdf]
Optimal Cartel Fines, *Thinking Creatively about Antitrust Remedies,* Proceedings of the American Antitrust Institute's annual meeting (June 21, 2005) [approved for 2 CLE credit hours by the Virginia State Bar], [with Robert H. Lande].

Effectiveness of Antitrust Sanctions on Modern International Cartels, chapter 7 in *The Political Economy of Antitrust* by Vivek Ghosal and Johan Stennek (editors). Amsterdam: North-Holland (April 2007). [http://www.untag-smd.ac.id/files/Perpustakaan_Digital_2/POLITICAL%20ECONOMY%20The%20Political%20Economy%20of%20Antitrust,%20Volume%20282.pdf#page=194]

Our Customers Are the Enemy: The Lysine Cartel of 1992-1995, chapter 25 in *Cartels: Volume 2,* Stephen W. Salant and Margaret C. Levenstein (editors). Cheltenham, UK: Edward Elgar (March 2007).

Evolution of the Global Lysine Industry, 1960-2000, Chapter 8, pp. 237-66 in *Innovation in the Food & Drink Industry,* Ruth Rama (ed.). New York: Haworth Press (April 2008). [http://ssrn.com/abstract=1188512]

Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995, *Recent Developments in Monopoly and Competition Policy*, edited by George Norman (in *The International Library of Critical Writings* series, Mark Blaug general editor). Cheltenham: Edward Elgar Publishers (March 2008).

Optimal Cartel Fines, Chapter 88, pp. 2203-2218, *Issues in Competition Law and Policy: Volume III,* Wayne Dale Collins (editor). Chicago: Section of Antitrust Law of the American Bar Association

(July 2008) (2400 pp., $550) [with Robert H. Lande]. [Available at SSRN: http://ssrn.com/abstract=1285455]

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), *The Antitrust Revolution* (Fifth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (July 2008).

Countering the Evil of Cartels, Chapter 1, pp. 22-54 in *The Next Antitrust Agenda*, ed. by Albert Foer. Lake Mary, Florida: Vanderplas Publications (September 2008). [principal author with the assistance of an AAI Committee].
[http://www.antitrustinstitute.org/archives/files/Cartels%20Chapter%20from%20%20AAI%20Transition%20Report_100520082109.pdf]

Fighting Food Inflation through Competition, in *The Next Antitrust Agenda*, ed. by Albert Foer. Lake Mary, Florida: Vanderplas Publications (September 2008). [member of writing committee].
[http://www.antitrustinstitute.org/archives/files/Food%20Chapter%20from%20%20AAI%20Transition%20Report_100520082051.pdf]

Building the Institutions of Enforcement, in *The Next Antitrust Agenda*, ed. by Albert Foer. Lake Mary, Florida: Vanderplas Publications (September 2008). [provided first drafts of sections].
[http://www.antitrustinstitute.org/archives/files/Institutions%20Chapter%20from%20%20AAI%20Transition%20Report_100520082101.pdf]

Latin America and the Control of International Cartels, Chapter XIV pp. 291-324, in *Competition Law and Policy in Latin America*, Eleanor M. Fox and D. Daniel Sokol (editors). Oxford: Hart Publishing (July 2009).  [draft available at http://ssrn.com/abstract=1417571]

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), *The Antitrust Revolution* (Fifth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (2009).

The Impact of International Cartels, Chapter 2, pp. 12-26 in *The International Handbook on Private Enforcement of Competition Law,* Albert Foer and Jonathan Cuneo (editors). Cheltenham, UK: Edward Elgar (2010). [draft available at http://ssrn.com/abstract=1694156]

Price Effects of International Cartels in Markets for Primary Products, Chapter 4, pp. 61-80 in Simon J. Evenett and Frederic Jenny (editors), *Trade, Competition, and the Pricing of Commodities.* London: The Centre for Economic Policy Research (CEPR) (February 2012). [available at http://voxeu.org/index.php?q=node/7626]

Private International Cartels, in *The Wiley-Blackwell Encyclopedia of Globalization: 5 Volumes,* George Ritzer (editor). New York: Wiley (March 2012). (2680 pp., $995)
[http://onlinelibrary.wiley.com/book/10.1002/9780470670590]

Has the European Commission Become More Severe in Punishing Cartels? Effects of the 2006 Guidelines: Revision, in *Bill Kovacic: A Tribute: Vol. 1,* Elisa Ramondo (editor). Paris: Institute of Competition Law (2012).

Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation (1996), Chapter 11, in *The Antitrust Revolution* (Sixth Edition), John E. Kwoka and Lawrence White (editors). Oxford: Oxford University Press (released July 30, 2013). [http://global.oup.com/academic/product/the-antitrust-revolution-9780199315499?cc=us&lang=en]

BIG BAD BANKS: BID RIGGING AND MULTILATERAL MARKET MANIPULATION, Chapter 8, pp. 213-250, Barry E. Hawk (editor), *International Antitrust law & Policy: Fordham Competition Law 2014*. New York City: Juris Publishing Inc. (2015). [available at https://books.google.com/books?id=lar0CQAAQBAJ&pg=PA213&source=gbs_toc_r&cad=3#v=onepage&q&f=false]

American Cartel Enforcement in Our Global Era, Chapter in *2017 Presidential Transition Report on Competition Policy*, ed. by Diana Moss. ("preview version" posted 2017). [co-author Bonny Sweeney]. [http://www.antitrustinstitute.org/sites/default/files/Cartels.pdf]


## Other Articles

The Conglomerate Firm in Food Processing: An Overview, *National Food Review* 3 (June 1978):16-19.

Conglomerate Firms in Food Processing: Incentives and Effects, *National Food Review* 4 (September 1978):25-28.

Public Policies Toward Conglomerate Firms in Food Processing, *National Food Review* 5 (December 1978):25-27.

The Conglomerate Firm in Food Processing: A Story about Spaghetti Sauce, *National Food Review* 7 (Summer 1979):14-16.

Mass Media Advertising of Food, *National Food Review* 9 (Winter 1980):10-13 [with Anthony Gallo and William T. Boehm].

Why the Biggest Food Firms Have the Edge, *Farmer Cooperatives* 47 (May 1980):20-23.

Food Product Proliferation: Part I, *National Food Review* 10 (Spring 1980):11-13.

Food Product Proliferation: Part II, *National Food Review* 11 (Summer 1980):10-13.

Packaging in Food Marketing, *National Food Review* 14 (Spring 1981):10-13 [with Anthony Gallo].

Foreign Direct Investment--An Overview, *National Food Review* 15 (Summer 1981): 7-12. (Translated into Japanese and reprinted in *Nobiyuku Nogyu,* (Growing Agriculture), the bimonthly journal of the Japan Agricultural Policy Research Committee, 77 (1988):5-25.)

Foreign Investment in U.S. Food Manufacturing, *National Food Review* 16 (Fall 1981):20-25.

Advertising and American Food Consumption Patterns, *National Food Review* 19 (Summer 1982):2-6, [with Anthony Gallo].

Trends in Indiana's Food and Agricultural Marketing Industries: 1963-1982, Part I, *Purdue Agricultural Economics Report* (February 1985):1-3.

Trends in Indiana's Food and Agricultural Marketing Industries: 1963-1982, Part II, *Purdue Agricultural Economics Report* (August 1985):1-4.

The Implications of Value Added for Indiana's Food Manufacturing Industries, *Indiana Business Review* 60(June 1986):2-12.

Review of *Issues After a Century of Federal Competition Policy*, *Review of Industrial Organization* 4(Spring 1989):165-168.

The University and the Antitrust Laws, *Indiana Academe* 19 (Summer 1991): 5-6.

Consumer Food Preferences - You Need to Know about Them, *Hoard's Dairyman* (December 1992):100 [with William A. Schiek].

Faculty Salaries and the University Budget, *Indiana Academe* 21 (Winter 1993): 2-3.

Foreword, *The European Agro-Food System, NC-194 Special Report*, by Remo Linda.  Columbus, OH: NC-194 (September 1993) [helped translate].

O Sistema Alimentar em Transição, interview conducted by Professor Danilo Aguiar, *Economia Rural,* Viçosa, 8(2) (Spring 1997): 3-8.

Interview on *Archer Daniels Midland: Price Fixer to the World*, edited by Russell Mokhiber, *Corporate Crime Reporter* 12, n.25 (June 22, 1998): 12-16.

Lysine: A Case Study in International Price Fixing, *Agricultural Law Update*, 16 (November 1998): 4-7.

Lysine: A Case Study in International Price Fixing, *Purdue Agricultural Economics Report* (June 1999):6-10.

The Lysine Cartel: Guest Editor's Introduction, *Review of Industrial Organization* 18 (2001):1-4.

Two Books about the ADM Price-Fixing Conspiracy. *FTC: Watch* (Feb. 2001). [http://ssrn.com/abstract=256847]

The Ban on Packer Ownership and Feeding of Livestock: Legal and Economic Implications, Statement of the Organization for Competitive Markets (March 2002) [with Peter C. Carstensen, Roger A. McEowen and Neil E. Harl]. [http://www.competitivemarkets.com/library/academic/Connor-etal.031202%20(1).htm].

Strong Action May Deter Price Fixing, *AgJournal* (September 26, 2002).

Antitrust Law and the Food and Agricultural Cartels of the 1990s, *Purdue Agricultural Economics Report* (February 2003):10 – 13 [with Jeffery Zimmerman].

Private International Cartels, slides of a presentation at the Remedies Forum of the Section of Antitrust Law, American Bar Association, Washington, DC, April 2, 2003 (www.abanet.org/antitrust/remedies/cartels.pdf).

Country of Origin Labeling, *Purdue Agricultural Economics Report (August 2003):* 7-10.

Cartel Catalyst at Work: A Note of Holman Jenkins, *FTC Watch* (September 22, 2003), 2 pp, [with Albert A. Foer].

Transcript of Roundtable I, Remedies Forum, Section of Antitrust Law, American Bar Association, Washington, DC, April 2 , 2003 (www.abanet.org/antitrust/remedies/roundtable1.doc).

The Benefits and Costs of COOL, *Purdue Agricultural Economics Report (December 2003): 1-4.*

A Comment on Crandall and Winston, American Antitrust Institute Note (January 2004). (available at http://www.antitrustinstitute.org/~antitrust/node/10472 and http://ssrn.com/abstract=988740)

Comments of the American Antitrust Institute Working Group on International Antitrust, submission to the U.S. Antitrust Modernization Commission (July 15, 2005) [chair, with others]. [www.antitrustinstitute.org/recent2/430a.pdf]

Comments of the American Antitrust Institute Working Group on Criminal Remedies, submission to the U.S. Antitrust Modernization Commission (September 30, 2005) [with others]. [http://www.antitrustinstitute.org/recent2/450.pdf]

Response of the American Antitrust Institute Working Group on Criminal Remedies to AMC Request for Public Comment, submission to the U.S. Antitrust Modernization Commission (June 30, 2006) [with Kenneth Adams, Albert A. Foer and Robert H. Lande]. [http://www.antitrustinstitute.org/recent2/460.pdf]

The Great Global Price-Fixing Conspiracy: Sanctions and Deterrence, *Linex Legal European Competition Law Alerter* (30 August 2007). [http://www.linexlegal.com/CONTENT/10551/10551Microsoft%20Word%20-%20GREAT%20GLOBAL%20VITAMINS%20CONSPIRACY%20Antitrust%20Mag%2008-06.pdf]

Punições por cartel são leves no Brasil segundo professor dos Estados Unidos: Justiça lenta e penas leves facilitam ação dos cartéis, interview in *Valor Econômico* (Brazil's leading business paper) (October 29, 2007).

On the History and Impacts of International Cartels: Op-Ed, 3 pp. (June 2008). [http://www.lecgcp.com/us/forum/index.aspx?id=387]

Interview by the editor of John M. Connor on the DOJ's cartel Enforcement, *Corporate Crime Reporter* 24 (July 21, 2008). [http://www.corporatecrimereporter.com/].

Cartel Enforcement at the Antitrust Division, U.S. Department of Justice, 1990-2007

*Global Competition Policy*[9] (September 25, 2008: Release Two): 2-11.
[http://www.globalcompetitionpolicy.org/index.php?&id=1393&action=907]

Hefty Penalties on Big-Biz Cartels Will Provide Level Playing Field to Small Businesses. *Economic Times of India: Comments & Analysis* (August 30, 2012). [co-author Robert H. Lande] [available at http://ssrn.com/abstract=2273747]

The Finnish Asphalt Cartel Court Decision on damages: An Important EU Precedent and Victory for Plaintiffs. *Competition Policy International Antitrust Chronicle: Winter 2014, Vol. 2 No. 2.* (Posted February 26, 2014): 1-17. [co-author Toni Kalliokoski] [available at https://www.competitionpolicyinternational.com/the-finnish-asphalt-cartel-court-decision-on-damages-an-important-eu-precedent-and-victory-for-plaintiffs]

On the Alleged Disproportionate Sentencing of Cartel Managers. *CPI International: Cartel Column.* (August 23, 2016): 1-9. [https://www.competitionpolicyinternational.com/on-the-alleged-disproportionate-sentencing-of-cartel-managers-2/]

International Cartel Stats: A Look At The Last 26 Years. *Law360* online. (August 15, 2016). [http://www.law360.com/articles/827868/international-cartel-stats-a-look-at-the-last-26-years]

## Academic Reports

*Directory of the 200 Largest U.S. Food Processing Companies, 1975: Special Report No. 1*, Madison, WI: NC-117 and Economics, Statistics, and Cooperatives Service, USDA, (1978), 475 pages [with Loys L. Mather].

*Competition in the U.S. Food Market System, Staff Report, National Economics Division, ESS-USDA.* Washington, DC (October 1980), 58 pp.

*Estimates of Manufacturer Values of Food and Beverage Shipments Among Major Marketing Channels, 1977, National Economics Division Staff Report No. AGES820416, ERS-USDA.* Washington, DC (April 1982), 93 pp.

*Market Structure and Technological Opportunities in the U.S. Food Manufacturing Industries,* project report to the Office of Technology Assessment, U.S. Congress, (March 1986), 79 pp.

*Food Manufacturing in the Future Farm and Food System, Resource Report No. 43.* East Lansing, MI: Michigan State University (May 1985):1-8. (Also published as *CES Paper No. 136,* Purdue University (February 1985), 19 pp., and reprinted in part in *Applied Agricultural Research* 1(4)(1986)), [with Bruce Marion].

*Value Added in Indiana Agribusiness: An Economic Perspective, CES Paper No. 157*, Purdue University, Cooperative Extension Service (June 1986), 28 pp.

---

[9] "If you are not familiar with us, *GCP* is a bi-weekly online magazine covering competition law, economics, and policy on the web at www.globalcompetitionpolicy.org. Articles are overseen by an independent board and readers include about 15,000 antitrust scholars, judges, practitioners and policymakers from over 100 countries with a high concentration in Brussels, Luxembourg, and Washington, DC."

*Multinational Firms in the World Food Marketing System, Resource Report No. 29,* The Future Farm and Food System in Transition Project. East Lansing, MI: Michigan State University (September 1984), 8 pp. (Also published as *CES Paper No. 112,* Purdue University (April 1984):1-24; reprinted in part in *Applied Agricultural Research* 1(4)(1987); and translated into Japanese by the Japan Agricultural Policy Research Committee and reprinted in *Nobiyuku Shokuhin* (Growing Agriculture), 77(1987):5-25.)

*Special Report: The Growth and Economic Impact of the Food Processing Industry* 42(5)(May 1988):95-110. (20,000 copies distributed) [with others].

*Technology and the American Economic Transition: Choices for the Future, OTA-TET-283.* Washington, DC: U.S. Congress, Office of Technology Assessment (May 1988) 501 pp. [with others].

*Economic Issues for Food, Agriculture, and Natural Resources, Publication No. 1,* 10 pp., (Spring 1989). (A brochure for high school economics teachers on the concept of value added). Purdue University, School of Agriculture.

*The Role of Food Processing in the U.S. Economy, report to the Foreign Agricultural Service, USDA.* (June 1990), 24 pp. [Translated into Russian.]

*Trip Report of Team ERI No. 4 on the Soviet Union's Consumer-Ready Foods Industries.* Washington, DC: Foreign Agricultural Service, USDA (August 29, 1990), 26 pp.

*Patterns of Foreign Direct Investment in the 50 States: Focus on the Food System, Station Bulletin SB-685.* West Lafayette, IN:  Agricultural Research Station, Purdue University (March 1994), 76 pp.

Consumer Demand for Food, *Food System 21.* Purdue University (1997), 50pp. [with others].

The Food Distribution Industries, *Food System 21.* Purdue University (1997), 60pp. [with others].

*Amicus Curiae Brief in Support of the Appellants, submitted to the Supreme Court of United States in Empagran, S.A. et al., Appellants v. F. Hoffmann-LaRoche, Ltd. et al., Appellees* (March 15, 2004) [principal author, joined by others].

Connor Says Antitrust Division Becoming Increasingly Irrelevant in Fight against Cartels, interview by the editor of *Corporate Crime Reporter* 22 (July 20, 2008): p. 29.

Price-Fixing: Hefty penalties on big-biz cartels will provide level playing field to small businesses. *Economic Times (India)* (Aug 30, 2012): Op-Ed page. [available at http://articles.economictimes.indiatimes.com/2012-08-30/news/33499410_1_cartels-prices-firms OR  http://economictimes.indiatimes.com/opinion/comments-analysis/price-fixing-hefty-penalties-on-big-biz-cartels-will-provide-level-playing-field-to-small-businesses/articleshow/15975329.cms]

BIG BAD BANKS: BID RIGGING AND MULTILATERAL MARKET MANIPULATION, Chapter 8, pp. 213-250, *Proceedings of the 2014 Fordham Competition Law Institute.* New York City: Fordham University Law School (2015).

FINANCIAL SERVICES AND ANTITRUST: PANELISTS' PRESENTATIONS, Chapter 10, pp. 267-344, *Proceedings of the 2014 Fordham Competition Law Institute*. New York City: Fordham University Law School (2015).

*Amicus Curiae Brief in Support of the Petitioner, submitted to the Supreme Court of United States in Motorola Mobility, Petitioner v. AU Optronics Corp. et.al., Respondents* (April 16, 2015) [one of 12 co-authors].

*Amicus Curiae Brief in Support of Plaintiffs-Appellees, submitted to the U.S. Court of Appeal, Second Circuit, in United States in U.S. et al. v American Express Co. et al.* (November 4, 2016) [first author, joined by other economists].

*Amicus Curiae Brief in Support of Petitioners, submitted to Supreme Court of United States, in States of Ohio et al. v. American Express Co. et al.* (July 6, 2017) [first author, joined by other economists].

*Amicus Curiae Brief in Support of Pliantiff-Appellee, submitted to the U.S. Court of Appeal, Second Circuit, in U. S. Airways, Inc. v. Sabre Holdings Corp. et al.* (December 2017) [first author, joined by other economists].

*Amicus Curiae Brief in Support of Petitioners, submitted to Supreme Court of United States, in States of Ohio et al. v. American Express Co. et al.* (December 8, 2017) [first author, joined by other economists].


## Consulting Reports

*Location and Structure of the U.S. Navy Bean Industry*, (September 1983), 10 pp.

*Competitive Issues in the Beef Sector: Can Beef Compete in the 1990s? Institute Report No. 1*. Minneapolis, MN: The Humphrey Institute of Public Policy, University of Minnesota (October 1989), 135 pp. Over 2000 copies distributed, [with D. Gale Johnson, Timothy Josling, Andrew Schmitz, and G. Edward Schuh].

*Optimal Location of a PET Container Factory Serving the Eastern U.S. Food Processor Market*. Report of the Value Added Research Center, Purdue University, unpublished ms. April 1990, [with Paul Preckel].

*Compliance Cost Estimates of Food Labeling Regulations, Final Report No. 233U-3972-02DFR*. Research Triangle Institute: RTI Park, NC (January 1991), 158 pp. [with others].

*Market Value of RJR Cigarettes in 1987: A Damages Calculation*, (January 13, 1992), 15 pp.

*Expert Opinion on Profitability: U.S. Food Wholesaling*, in *U.S. v. Nestlé Holdings, Inc.*, U.S. Tax Court Docket No. 21562-90, (August 1994), 20 pp.

*Economic Analysis of the Issues in Abbott Laboratories versus Lexington Wholesale Co., Inc.*, in U.S. District Court for the Eastern District of Kentucky, Lexington Division, Civil Action No. 95-231 (February 22, 1996), 6 pp.

*Expert Opinion: The Cost to Animal-Feeds Manufacturers of an Alleged Price-Fixing Conspiracy by Lysine Manufacturers, 1992-1995, In Re: Amino Acid Lysine Antitrust Litigation*, U.S. District Court for the

Northern District of Illinois, Eastern Division, MDL No. 1083 and File No. 95-C-7679 (July 1996), 24 pp.

*Expert Opinion on the Financial Performance of Hanover Foods Corporation*, in *Warehime versus Warehime*, York, Pennsylvania, (September 1996), 52 pp.

*Affidavit of John M. Connor, in In Re: Amino Acid Lysine Antitrust Litigation*, U.S. District Court for the Northern District of Illinois, Eastern Division, MDL No. 1083 and File No. 95-C-7679 (July 19, 1996), 7 pp.

*Interim Report on Sodium Gluconate*, (October 8, 1996), 2 pp.

*Expert Opinion on the Citric Acid Market*, (October 10, 1996), 13 pp.

*Report on the U.S. Corn Syrup Market*, (October 16, 1996), 31 pp.

*Economic Analysis of the U.S. Corn Sweeteners Markets*, in *Gray & Co. versus Archer Daniels Midland, et al.* Civil Action No. 97-1203 and *In Re High Fructose Corn Syrup Antitrust Litigation* (October 27, 1998), 118 pp.

*Response to the Report of Charles J. Cicchetti*, in *Gray & Co. versus Archer Daniels Midland, et al.*, Civil Action No. 97-1203 and *In Re High Fructose Corn Syrup Antitrust Litigation* (March 3, 1999), 30 pp.

*Economic Analysis of the Market for Methionine*, (April 1999) 21 pp.

*Economic Analysis of the Market for Vitamins B3 and B4*, (June 9, 1999), 67 pp.

*Expert Report Submitted in United States v. Michael Andreas et al.*, U.S. District Court, Northern District of Illinois, Eastern Division (Criminal Case No. 96-CR-762),  (April 9, 1999), 43 pp.

*Declaration of Dr. John M. Connor in United States v. Michael Andreas et al.*, U.S. District Court, Northern District of Illinois, Eastern Division (Criminal Case No. 96-CR-762), (May 26, 1999), 17 pp.

*Lysine Pass-Through Injuries to Indirect Buyers in Ontario*, Ontario Provincial Court, Canada, Civil Case *Minnema v. ADM et al.* (January 2000), 12 pp.

*Indirect Purchaser Damages in Kansas due to Price Fixing of Cigarettes*, Affidavit filed in *Daric Smith v. Philip Morris et al.*, Case No. 00-CV-26, District Court of Seward County, Kansas (2001), 22 pp.

*Opinion on the monopoly Overcharges in Selected Vitamin Products*, report for the National Association of Attorneys General (2001), 53 pp. [assistance of Jeff Hyde].

*Indirect Purchaser Price-Fixing Damages*, *West Bend Elevator v. Rhône-Poulenc*, U.S. District Court, Eastern Wisconsin (2001), 37 pp.

*Indirect Purchaser Price-Fixing Damages in Methionine*, *Premier Pork v. Rhône-Poulenc*, Kansas (2001), 37 pp.

*Indirect-Purchaser Price-Fixing Damages in Sorbates by State*, client report (2001-2002).

*An Economic Analysis of the Global DRAM Market*, client report (September 5, 2002), 72 pp.

*Affidavit of John M. Connor in Support of Class Certification, Marvin D. Chance, Jr. v. United States Tobacco Company et al*, Case No. 02-C-12, District court of Seward County, Kansas (October 2002).

*Supplemental Opinion in Gray & Co. v. Archer Daniels Midland Co. et al.* Civil Action No. 97-120 (September 13, 2004), 49 pp.

*Daubert Opinion* for an economic expert in *Pickett et al. v. Tyson Fresh Meats, Inc.* (Feb. 2003). [a federal fed-cattle monopsony class action that has the distinction of being the first antitrust case to be tried under the 1921 Packers and Stockyards Act].

*Expert Opinion* in *Lesavich v. Supervalu et al.* (March 2005), 19 pp.

*Affidavit of John M. Connor, Ph.D. for Preliminary Calculation of Full-Consideration Damages* in *CHANCE V. U.S. TOBACCO PRODUCTS ET AL.*, District court of Seward County, Kansas (May 17, 2006), 3 pp.

*Declaration of John M. Connor, Ph.D. in Support of Plaintiffs' Motion for Class Certification* for indirect-purchaser plaintiffs, *In Re Dynamic Access Random Memory (DRAM) Antitrust Litigation,* U.S. District Court, San Francisco Division (September 2006), 62 pp.

*Expert Opinion for Class Certification for indirect purchasers of the synthetic rubber EPDM* in *Anderson Contracting v. Bayer AG, et al.* (Polk County, Iowa District Court) (June 2006).

*Expert Opinion for Class Certification for indirect purchasers of EPDM* residing in 24 states, *David Pearman et al. v. Crompton Corp. et al.,* Claiborne County, Tennessee Circuit Court) (May 2007), 46 pp.

*Expert Opinion for Class Certification for indirect purchasers of the synthetic rubber EPDM,* in *Box Butte County School District No. 6 v. Bayer AG, et al.* (Circuit Court for Box Butte County, Nebraska) (May 2007).

*Affidavit Concerning Class Certification for indirect purchasers in five states (CA, KS, TN, VT, and NE), In Re Methyl Methacrylate (MMA) Antitrust Litigation*, U.S. District Court, Eastern District of Pennsylvania (June 2007), 79 pp.

*Opinion on the Defendants' Motion to Dismiss*, in the class action *In Re: Air Cargo Shipping Services Antitrust Litigation* (October 2007), 15 pp.

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *G & T Roofing Company v. DSM NV* (First Judicial Court, County of Santa Fe, New Mexico) (November 2009).

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *G & T Roofing Company v. DSM NV* (First Judicial Court, County of Santa Fe, New Mexico) (November 2009).

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *Mitchell Teague et al. v. DSM, NV et al.* (General Court of Justice, Superior Court Division, Guilford County, North Carolina) (November 2009).

*Expert Opinion for Class Certification for Indirect Purchasers of the Synthetic Rubber EPDM,* in *Russell & Regier Quality Painting LP v. DSM, NV et al.* (District Court of Harvey County, Kansas) (November 2009).

*Expert Opinion,* in *Dell, Inc. v. Sharp Corporation et al.* (Case No. 3:07-md-1827 SI MDL No. 1827), filed in U.S. District Court, Northern District of California, San Francisco Division (March 12, 2011), 82 pp.

*Declaration of John M. Connor, Ph.D., in Kirk Dahl et al. v. Bain Capital Partners LLC et al.* (U.S. District Court District of Massachusetts, Civil Action No.: 07-12388-EFH) (August 23, 2012), 220 pp.

*Rebuttal Report of John M. Connor, Ph.D., in Kirk Dahl et al. v. Bain Capital Partners LLC et al.* (U.S. District Court District of Massachusetts, Civil Action No.: 07-12388-EFH) (August 24, 2014), 81 pp.

*Expert Opinion for Class Certification for Indirect Purchasers of Flexible Polyurethane Foam Products in Missouri,* in *Dennis Baker et al. v. Leggett & Platt, Inc. et al.* (in the Circuit Court of Jackson County, Missouri) (May 7, 2013), 43 pp.

*Declaration in Support of Plaintiffs' Motion for Class Certification,* in *Mathew Edwards et al. v. National Milk Producers Federation,* U.S. District Court for the Northern District of California, No. 11-04766 JSW. (October 2013), 66 pp.

*Corrected Unredacted Declaration in Support of Class Certification,* in *Mathew Edwards et al. v. National Milk Producers Federation,* U.S. District Court for the Northern District of California, No. 11-04766 JSW. (January 17, 2014), 69 pp.

*Unredacted Rebuttal Declaration in Support of Class Certification,* in *Mathew Edwards et al. v. National Milk Producers Federation,* U.S. District Court for the Northern District of California, No. 11-04766 JSW. (March 7, 2014), 67 pp.

*Unredacted Supplemental Declaration,* in *Mathew Edwards et al. v. National Milk Producers Federation,* U.S. District Court for the Northern District of California, No. 11-04766 JSW. (July 25, 2014), 15 pp.

*Sur-Reply to Defendants, John M. Connor, Ph.D., in Kirk Dahl et al. v. Bain Capital Partners LLC et al.* (U.S. District Court District of Massachusetts, Civil Action No.: 07-12388-EFH) (Sept. 10, 2012), 2 pp.
*Supplemental Rebuttal Report on the Merits,* in *Mathew Edwards et al. v. National Milk Producers Federation,* U.S. District Court for the Northern District of California, No. 11-04766 JSW. (September 19, 2014), 12 pp.

*Supplemental Rebuttal Report on the Merits,* in *Mathew Edwards et al. v. National Milk Producers Federation,* U.S. District Court for the Northern District of California, No. 11-04766 JSW. (April 23, 2015), 47 pp.

*Declaration of John M. Connor, Ph.D., in Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Company, Ltd., et al.,* U.S. District Court, Eastern District of Wisconsin, Case No. 2:09-CV-00852-LA. (December 1, 2015), 113 pp. plus 93 pp. of exhibits.

*Expert Report of John M. Connor, Ph.D., in the matter of Reorganized FLI Inc. (f/k/a J. P. Morgan Trust Co., National Association) v. ONEOK Inc. et al. and In re: Western States Wholesale Natural Gas Antitrust Litigation*, U.S.District Court, District of Nevada, MDL No. 1566 (April 1, 2016), 113 pp. plus 118 pp. of exhibits.

*Expert Report of John M. Connor, Ph.D., in the matter of In Re: Wholesale Grocery Products Antitrust Litigation*, U.S. District Court, District of Minnesota, Civil Action No. 09-md-02090, MDL No. 2090. (January 6, 2017), 19 pp. and 44 pp. of exhibits.

*Amended Expert Report of John M. Connor, Ph.D., in the matter of In Re: Wholesale Grocery Products Antitrust Litigation*, U.S. District Court, District of Minnesota, Civil Action No. 09-md-02090, MDL No. 2090. (February 23, 2017), 12 pp. and 44 pp. of exhibits.

[other reports relating to cases in progress to be listed when the existence of reports is public]

## Working Papers

*Loyalty and the Consumer Cooperative, Staff Paper No. 77*, Department of Agricultural Economics, University of Wisconsin (June 1974) 56 pp. [with Michael C. Cook et al.].
*The Shaping of Market Structures by Multinationals, Staff Paper No. 120*, Department of Agricultural Economics, University of Wisconsin (February 1977) 57 pp. [with Willard F. Mueller].

*Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries, NC-117 Working Paper No. 19* (September 1978), 75 pp. [with Russell C. Parker].

*Market Structure and Performance of U.S. Multinationals in Brazil and Mexico, NC-117 Working Paper No. 24* (November 1978), 48 pp., [with Willard F. Mueller].

*Competition and the Role of the Largest Firms in the U.S. Food and Tobacco Industries, NC-117 working Paper No. 29* (March 1979), 166 pp.

*Conglomeration and Consumer Loss in the Food Manufacturing Industries: NC-117 Working Paper No. 30* (April 1979) 26 pp., [with Russell C. Parker].

*Food Product Proliferation: A Market Structure Analysis, NC-117 Working Paper No. 41* (March 1980) 35 pp.

*Competition in the U.S. Food Market System, Staff Report, National Economics Division, ESS-USDA.* Washington, DC (October 1980) 58 pp.

*Estimates of Manufacturers Values of Food and Beverage Shipments Among Major Marketing Channels, 1977: National Economics Division Staff Report No. AGES820416, ERS-USDA.* Washington, DC (April 1982), 93 pp.

*Determinants of Foreign Direct Investment by Food and Tobacco Manufacturers, NC-117 Working Paper No. 70* (March 1983), 34 pp.

*Diversification and FDI by U.S. Food Manufacturing Firms*, summary in *U.S.-Mexico Project Conference on Agricultural Trade. Price and Resource Policy*, Working Paper No. 7. Stanford, CA: Stanford University Project on United States-Mexico Relations (June 1984), 3pp.

*Trends in Marketing and Market Structure of the U.S. Food-Processing Industries, Staff Paper No. 85-7*. West Lafayette, IN: Agricultural Economics Department, Purdue University (April 1985) 71 pp. [with Robert L. Wills].

*Market Structure and Technological Opportunities in the U.S. Food Manufacturing Industries, Staff Paper No. 86-3*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (April 1986), 79 pp.

*Illinois Brick and the U.S. Food System: Testimony on an Amendment to the Clayton Act, Staff Paper 86-8*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 1986), 20 pp.

*Mergers in the Food Industry: Trends, Effects, and Policies, Staff Paper 87-9*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (March 1987), 18 pp.

*Mutually Destructive Advertising in the U.S. Beer Industry, Staff Paper 87-27*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (November 1987) 22 pp., [with Akin A. Adesina].

*The Institutional Market for Tofu in the Great Lakes States of the U.S., Report of the Purdue Value Added Research Center*, 10 pp. (January 1988), [with Stephen J. Hiemstra].

*Food Processing: An Industrial Powerhouse in Transition, Staff Paper 88-5*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 1988), 50 pp.

*Concentration Issues in the U.S. Beef Subsector, Staff Paper 89-12*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (August 1989), 55 pp. (Reprinted as Working Paper WP-16 of NE- 165).

*Market-Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products, Staff Paper 90-14*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (April 1990), 44 pp. (See also Connor and Peterson 1991), [with Everett B. Peterson].

*Northern America as a Precursor of Changes in Western European Food Purchasing Patterns, Staff Paper 91-02*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (January 1991), 56 pp.

*Northern America as a Precursor of Changes in Western European Food Purchasing Patterns, Staff Paper 91-02*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (January 1991), 56 pp. (Revised and reprinted as NC-194 Occasional Paper No. 22, February 1991.

*Market-Structure Determinants of National Brand-Private Label Price Differences of Manufactured Food Products: Staff Paper 91-08*. West Lafayette, IN: Department of Agricultural Economics (April 1991), 66 pp. [with Everett B Peterson]. [http://ageconsearch.umn.edu/bitstream/116099/2/WP-23.pdf]

*A Re-Examination of Event Analyses of Horizontal Merger Enforcement, Staff Paper 92-04.*  West Lafayette, IN:  Department of Agricultural Economics, Purdue University, (March 1992), 56 pp., [reprinted as NE-165 Working Paper 28, June 1992] [with Yvette S. Hopkins].

*A Re-Examination of Event Analyses of Horizontal Merger Enforcement: NE-165 Working Paper 28.* (June 1992) [with Yvette S. Hopkins].

An Economic Evaluation of Federal Antitrust Activity in the Manufacturing Industries: 1980-1985, *Antitrust Bulletin* 34 (Winter 1992): 969-996 [with Warren P. Preston]. [preprint at http://ssrn.com/abstract=2166421]

*The Determinants of Intra-Firm International Trade, SP 93-11.*  West Lafayette, IN:  Dept. of Agric. Econ, Purdue University (September 1993), 60 pp., [with Kai Wang].

*New Estimates of Welfare and Consumer Losses in U.S. Food Manufacturing, Staff Paper SP 93-18.*  West Lafayette, IN:  Dept. of Agricultural Economics, Purdue University (December 1993), 57 pp. [with Everett B. Peterson]. [Available at http://ssrn.com/abstract=2166431 and http://ageconsearch.umn.edu/bitstream/116120/2/WP-39.pdf]

*SAMI Microfisch Archive, a user guide.*  West Lafayette, IN:  Management and Economics Library, Purdue University (December 1993): 100 pp.

*Consumer Welfare Loss Estimates for Differentiated Food Product Markets, Staff Paper SP 94-08.*  Blacksburg, Virginia:  Virginia Polytechnic Institute and State University (April 1994; revised November 1995), 59 pp., [with Everett B. Peterson].

*New Estimates of Welfare and Consumer Losses in U.S. Food Manufacturing,* NE-165 Working Paper No. 39 (revised April 1994), 57 pp. [with Everett B. Peterson]. [http://ageconsearch.umn.edu/bitstream/116120/2/WP-39.pdf and http://ssrn.com/abstract=2166431]

*Time Series Data on U.S. Foreign Direct Investment: Staff Paper SP 94-1.*  West Lafayette, IN:  Dept. of Agricultural Economics, Purdue University (April 1994), 235 pp.

*The Hungarian Food Industry and Foreign Investment*, unpublished manuscript (March 1995), 7 pages.

*A Comparison of Oligopoly Welfare Loss Estimates for U.S. Food Manufacturing Staff Paper SP 95-X*.  West Lafayette, IN:  Dept. of Agricultural Economics, Purdue University. (May 1995) [with Everett B. Peterson]

*Concentration, Demographics, and Conundrums: Metropolitan-Area Food Prices, Staff Paper SP 95-11.*  West Lafayette, IN: Department of Agricultural Economics, Purdue University (September 1995), 44 pp., [with James K. Binkley] [http://ageconsearch.umn.edu/bitstream/25988/1/wp44.pdf].

*Concentration Change and Countervailing Power, Staff Paper SP 95-20.*  West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (December 1995), 38 pp., [with Richard T. Rogers and Vijay Bhagavan].

*Market Competition and Metropolitan-Area Grocery Prices, Staff paper no. 96-15.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (July 1996), 49 pp. Also NE-165 Working Paper [with James K. Binkley]. [http://ageconsearch.umn.edu/bitstream/25988/1/wp44.pdf] [also available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1238553].

*Did the Competitive Regime switch in the 1980s? Staff Paper 96-20.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (August 1996), 19 pp.

*Breakfast Cereals: The Extreme Food Industry, Issue Paper No. 12.* Storrs, Conn.: Food Marketing Policy Center, University of Connecticut (1997), 20 pp.

*Food Multinational Enterprise Investment Strategies: An Option Approach, Staff Paper 97-1.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (January 1997), 40 pp, [with Filipe Ravara].

*Archer Daniels Midland: Price-Fixer to the World, Staff Paper 97-04.* West Lafayette, IN: Dept. Of Agricultural Economics, Purdue University (April 1997), 69 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl].

*Concentration and Mergers in the Grocery Wholesaling Industry: First Edition, Staff Paper 97-09.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (June 1997), 68 pp. [http://ageconsearch.umn.edu/bitstream/28683/1/sp97-09.pdf] [http://ssrn.com/abstract=1238518].

*Couponing as a Horizontal and Vertical Strategy: Theory and Effects, Working Paper No. 97-06.* St. Paul, MN: Retail Food Industry Center, University of Minnesota (July 1997), 29 pp.

*The Effects of Changes in Regulatory and Trade Policies on the Structure, Conduct, and Performance of the Brazilian Dairy Processing Industry, Staff Paper 97-15.*[10] W. Lafayette, IN: Dept. of Ag. Economics, Purdue University (October 1997):1- 23. [with Danilo R. D. Aguiar].

*Archer Daniels Midland: Price-Fixer to the World: Second Edition, Staff Paper SP 98-01.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (January 1998), 64 pp.

*Lysine Production, Trade, and the Effects of International Price Fixing, Staff Paper 98-03.* W. Lafayette, IN: Dept. of Agricultural Economics, Purdue University (January 1998) 75 pp.

*Archer Daniels Midland: Price-Fixer to the World: Third Edition, Staff Paper SP 98-10.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (May 1998), 102 pp.

*Vertical Market Structure and Retail Grocery Pricing, Staff Paper 98-13.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 1998), 12 pp, [with Aaron J. Johnson].

*What Can We Learn From the ADM Global Price Conspiracies? Staff Paper SP 98-14.* West Lafayette, IN: Dept. of Agricultural Economics, Purdue University (August 1998), 44 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl].

---

[10] Later published, slightly revised, as: Aguiar, Danilo R. D. and Josana A. Santana. Asymmetry in Farm to Retail Price Transmission: Evidence from Brazil. *Agribusiness* 18, no. 1 (2002): 37-48.

*Lysine Production, Trade, and the Effects of International Price Fixing.  Staff Paper SP 98-18.*  West Lafayette,
IN: Dept. of Agricultural Economic, Purdue University (September 1998), 59 pp.

*How Market Structure Affects Food Product Proliferation: Theoretical Hypotheses and New Empirical Evidence for
the U.S. and the German Food Industries, Working Paper No. 51.*  University of Giessen, Giessen,
Germany (March 1999), 60 pp, [with Roland Herrmann and Claudia Röder].

*Lysine Production, Trade, and the Effects of International Price Fixing, Staff Paper SP 99-13.* West Lafayette,
IN: Purdue University (October 1999). [http://agecon.lib.umn.edu/cgi-bin/view.pl].

*Evolving Research on Price Competition in the Grocery Retailing Industry: An Appraisal: SSRN Working Paper*
(October 1, 1999). [http://ssrn.com/abstract=1242143]

*Archer Daniels Midland: Price-Fixer to the World: Fourth Edition, SP 00-11.* W.  Lafayette IN: Purdue
University (December 2000), 364 pages.
[http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Two Books about the ADM Price-Fixing Conspiracy: SSRN Working Paper* (Feb. 16, 2001).
[http://ssrn.com/abstract=256847]

*The Food and Agricultural Global Cartels of the 1990s, SP 02-4.* West Lafayette, IN: Purdue University
(August 2002), 56 pages.
[https://www.researchgate.net/profile/John_Connor7/publication/5218802_THE_FOOD_AND
_AGRICULTURAL_GLOBAL_CARTELS_OF_THE_1990s_OVERVIEW_AND_UPDATE/lin
ks/00b495220d5b8a8cc1000000.pdf].

*A Ban on Packer Ownership and Feeding of Livestock: Legal and Economic Implications: White Paper.*
Organization for Competitive Markets (2002), 13 pp. [with others].

*Response to Questionnaire Regarding Livestock Marketing: House Committee on Agriculture.*  Unpublished letter
(September 20, 2002), 14 pp. [with others].

*The Changing Structure of Global Food Markets: Staff Paper 03-04.* W. Lafayette, IN: Department of
Agricultural Economics, Purdue University (February 2003). [http://agecon.lib.umn.edu/cgi-
bin/pdf_view.pl?paperid=7295&ftype=.pdf and ssrn.com/abstract=1105363]

*Private International Cartels: Effectiveness, Welfare, and Anticartel Enforcement, Staff Paper 03-12.*  W.
Lafayette, IN: Department of Agricultural Economics, Purdue University (November, 2003), 145
pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Comment on Crandall and Winston, Staff Paper 04-01.* West Lafayette, IN: Department of Agricultural
Economics, Purdue University (January 2004), 6 pp. [available at
http://www.antitrustinstitute.org/~antitrust/node/10472 and http://ssrn.com/abstract=988740]

*How to Block Cartel Formation and Price-Fixing: American Enterprise Institute-Brookings Joint Center, Brief 04-
01.* Washington, DC: (April 2004) [with others].
[http://www.aei-brookings.org/publications/abstract.php?pid=728]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: Staff Paper 04-08*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (May 2004), 26 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl] and [http://law.bepress.com/expresso/eps/263].

*Collusion and Price Dispersion, Staff Paper 04-14*.  West Lafayette, IN: Department of Agricultural Economics, Purdue University (May 2004), 11 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: Staff Paper 04-08*.  West Lafayette, IN: Department of Agricultural Economics, Purdue University (July 2004), 27 pp. [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=14761&ftype=.pdf]

*How High Do Cartels Raise Prices?  Implications for Reform of Sentencing Guidelines, Working Paper 04-01,* American Antitrust Institute (August 2004), 94 pp, [with Robert H. Lande]. [http://www.antitrustinstitute.org/]

*Price-Fixing Overcharges: Legal and Economic Evidence, Working Paper 04-05*, American Antitrust Institute (August 2004), 104 pp. [http://www.antitrustinstitute.org/]

*Global Antitrust Prosecutions of Modern International Cartels, Staff Paper 04-15*.  West Lafayette, IN: Department of Agricultural Economics, Purdue University (November 2004), 35 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Price-Fixing Overcharges: Legal and Economic Evidence, Staff Paper 04-17*.  West Lafayette, IN: Department of Agricultural Economics, Purdue University (November 2004), 103 pp. [http://agecon.lib.umn.edu/cgi-bin/view.pl]

*Private International Cartels: Effectiveness, Welfare, and Anticartel Enforcement: SSRN Working Paper 611909*. (Revised November 2004). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=611909]

*Collusion and Price Dispersion: Staff Paper 04-14*. West Lafayette, IN: Department of Agricultural Economics, Purdue University (December 2004). [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=15553&ftype=.pdf]

*Global Antitrust Prosecutions of Modern International Cartels: SSRN Working Paper* (Revised January 2005). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=611886]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: SRRN Working Paper* (Revised February 2005).  [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=611948]

Golub, Alla, Detre, Joshua and Connor, John M., The Profitability of Price Fixing: Have Stronger Antitrust Sanctions Deterred? (April 8, 2005). [with Alla Golub and Joshua Detre] [Available at SSRN: http://ssrn.com/abstract=1188515]

*Optimal Deterrence and Private International Cartels,* paper presented at the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison (June 2005), 18 pp. [http://www.aae.wisc.edu/fsrg/research.html]

*Extraterritoriality of the Sherman Act and Deterrence of International Cartels: AAEA Selected Paper 136399* (July 2005).
[http://agecon.lib.umn.edu/cgi-bin/detailview.pl?paperid=15553]

*The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases: AAEA Selected Paper 133695* (July 2005), [with Yuliya Bolotova and Douglas J. Miller].
[http://agecon.lib.umn.edu/cgi-bin/detailview.pl?paperid=16069]

*Price-Fixing Overcharges: Legal and Economic Evidence: AAEA Selected Paper 136396* (July 2005).
[http://agecon.lib.umn.edu/cgi-bin/detailview.pl?paperid=16093]

*Cartel Overcharges: Survey and Meta-Analysis: SSRN Working Paper* (Revised August 2005), [with Yuliya Bolotova]. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=788884]

*Price-Fixing Overcharges: Legal and Economic Evidence: SSRN Working Paper* (April 24, 2005, revised November 2005). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787924]

*Determinants of Cartel Duration: A Cross-Sectional Study of Modern Private International Cartels: SSRN Working Paper.* (August 2, 2005). [Available
at: https://ssrn.com/abstract=1158577 or http://dx.doi.org/10.2139/ssrn.1158577]. [with Zimmerman, Jeffrey E.]

*Collusion and Price Dispersion: SSRN Working Paper* (Revised January 2006).
[http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787849]

*How High Do Cartels Raise Prices?  Implications for Reform of Sentencing Guidelines, SSRN Working Paper* (Revised January 2006), [with Robert H. Lande].
[http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787907]

*The Great Global Vitamins Conspiracy: Working Paper.* West Lafayette, IN: Department of Agricultural Economics, Purdue University (February 22, 2006; final version of 4/1/2008 below)
[http://www.agecon.purdue.edu/staff/connor/papers/The%20Great%20Global%20Vitamins%20 Conspiracy.pdf]

*The Great Global Vitamins Conspiracy: Sanctions and Deterrence: AAI Working Paper No. 06-02.* Washington, DC: American Antitrust Institute (February 22, 2006; final version of 4/1/2008 below) [available at http://www.antitrustinstitute.org/recent2/485.pdf and at http://ssrn.com/abstract=1103604]

*The Great Global Vitamins Conspiracy: SSRN Working Paper* (March 2006) [final version of 4/1/2008 below http://papers.ssrn.com/sol3/papers.cfm?abstract_id=885968]

*Cartel Stability: An Empirical Analysis: SSRN Working Paper,* (October 2006, revised June 2007) [with Yuliya Bolotova and Douglas J. Miller].
[http://papers.ssrn.com/sol3/papers.cfm?abstract_id=991908]

*Statistics on Modern Private International Cartels: Working Paper #06-11.* West Lafayette, Indiana: Purdue University (November 2006), 63 pp. [with Gustav Helmers]. [http://agecon.lib.umn.edu/cgi-bin/pdf_view.pl?paperid=24425&ftype=.pdf]
[http://www.agecon.purdue.edu/working_papers/workingpaper.connor.11.10.06.pdf]

*Statistics on Modern Private International Cartels: Working Paper 07-01.* Washington, DC: American Antitrust Institute (January 2007), [with Gustav Helmers].
[http://www.antitrustinstitute.org/recent2/567.pdf]

*A Critique of Cartel Fine Discounting by the U.S. Department of Justice: SSRN Working Paper* 977772. (March 31, 2007).  [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=977772]

*Deterring International Cartels in the Face of Comity and Jurisdiction: A Legal, Economic, and Empirical Evaluation of the Extraterritorial Application of U.S. Antitrust Laws: SSRN Working Paper* (April 2, 2007) [with Darren Bush]. [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=978846]

*Optimal Deterrence and Private International Cartels: SSRN Working Paper* (Revised April 2007) [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787927]

*Comment on Crandall and Winston (2003): SSRN Working Paper* (Revised May 31, 2007). [available at http://ssrn.com/abstract=988740]

*Forensic Economics: An Introduction with Special Emphasis on Price Fixing: SSRN Working Paper* (March 2007). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1105337]

*Statistics on Modern Private International Cartels: SSRN Working Paper* (Revised May 2007), [with Gustav Helmers]. [http://ssrn.com/abstract=1103610]

*Global Antitrust Prosecutions of International Cartels: Focus on Asia: SSRN Working Paper* (November 5, 2007). [http://ssrn.com/abstract=1027949]

*The Changing Structure of Global Food Markets: Dimensions, Effects, and Policy Implications: SSRN Working Paper* (2008). [Available at SSRN: http://ssrn.com/abstract=1105363]

*Effectiveness of Antitrust Sanctions on Modern International Cartels: Revised SSRN Working Paper* (March 18, 2008). [Available at SSRN: http://ssrn.com/abstract=988707]

*Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of the US Market: SSRN Working Paper* (March 2008). [Yuliya Bolotova first author and with Douglas J. Miller] [Available at SSRN: http://ssrn.com/abstract=1101679]

*How to Block Cartel Formation and Price Fixing: Using Extraterritorial Application of the Antitrust Laws as a Deterrence Mechanism: SSRN Working Paper* (March 29, 2008). [with Darren Bush] [Available at SSRN: http://ssrn.com/abstract=1156469]
*The Great Global Vitamins Conspiracies, 1985-1999: SSRN Working Paper* (April 1, 2008). [final version available at http://ssrn.com/abstract=1120936]
*A Critique of Cartel Fine Discounting by the U.S. Department of Justice: SSRN Working Paper* (revised April 24, 2008). [available at SSRN: http://ssrn.com/abstract=977772]

*The United States Department of Justice Antitrust Division's Cartel Enforcement: Appraisal and Proposals: SSRN Working Paper.* (Revised April 26, 2008). [with assistance of an AAI Task Force] [Available at SSRN: http://ssrn.com/abstract=1130204]

*A Critique of Partial Leniency for Cartels by the U.S. Department of Justice: SSRN Working Paper* (revised May 26, 2008). [available at SSRN: http://ssrn.com/abstract=977772]

*Cartel Sanctions: An Empirical Analysis: SSRN Working Paper* (April 2008). [with Yuliya Bolotova] [Available at SSRN: http://ssrn.com/abstract=1116421]

*Latin America and the Control of International Cartels: SSRN Working Paper* (April 14, 2008). [http://ssrn.com/abstract=1156401]

*The United States Department of Justice Antitrust Division's Cartel Enforcement: Appraisal and Proposals* (June 10, 2008). American Antitrust Institute Working Paper No. 08-02. [Available at http://ssrn.com/abstract=1130204]

*Determinants of Cartel Duration: A Cross-sectional Study of Private International Cartels, 1990-2003: SSRN Working Paper* (posted July 2008). [with Jeffrey Zimmerman] [http://ssrn.com/abstract=1158577]

*Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of Food Industry Cartels: SSRN Working Paper* (July 14, 2008). [with Yuliya Bolotova and Douglas J. Miller] [http://ssrn.com/abstract=1101705]

*Concentration and Mergers in the Grocery Wholesaling Industry: SSRN Working Paper* (posted August 19, 2008). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1238518].

*Market Competition and Metropolitan-Area Grocery Prices: SSRN Working Paper* (posted August 23, 2008). [with James K. Binkley] [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1238553]

*Couponing as a Horizontal and Vertical Strategy: Theory and Effects: SSRN Working Paper* (posted August 23, 2008). [http://ssrn.com/abstract=1242001]

*Evolving Research on Price Competition in the Grocery Retailing Industry: An Appraisal: SSRN Working Paper* (posted August 28, 2008). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1242143]

*The Determinants of Coupon Discounts for Breakfast Cereals: SSRN Working Paper* [with Gregory Price] (posted August 23, 2008). [http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1242202]

*Market Conduct in the U.S. Ready-to-Eat Cereal Industry: SSRN Working Paper* (posted August 20, 2008). [with Jeffrey J. Reimer] [http://ssrn.com/abstract=1242151]

*Cartel Overcharges and Optimal Cartel Fines: SSRN Working Paper* (October 16, 2008). [with Robert H. Lande]  [Available at http://ssrn.com/abstract=1285455]

*Cartel Amnesties Granted: Worldwide Whistleblowers: SSRN Working Paper* (October 2008). [Available at http://ssrn.com/abstract=1285469]

*Cartels and Antitrust Portrayed: Detection: SSRN Working Paper* (March 2009).
[http://ssrn.com/abstract=1372866]

*Cartels and Antitrust Portrayed: Numbers, Size, Location: SSRN Working Paper* (March 2009).
[http://ssrn.com/abstract=1367843]

*Cartels and Antitrust Portrayed: Internal Structures: SSRN Working Paper* (March 2009).
[http://ssrn.com/abstract=1372849 ]

*Cartels and Antitrust Portrayed: Corporate Penalties: SSRN Working Paper* (March 2009).
[http://ssrn.com/abstract=1372852]

*Cartels and Antitrust Portrayed: Individual Penalties: SSRN Working Paper* (March 2009).
[http://ssrn.com/abstract=1372854]

*Cartels and Antitrust Portrayed: Market Effects and Damages: SSRN Working Paper* (March 2009).
[http://ssrn.com/abstract=1372850]

*Governments as Cartel Victims*: AAI Working Paper 09-03. (April 15, 2009). [Available at
http://www.antitrustinstitute.org/archives/files/AAI%20Working%20Paper%2009-
03_052120091755.pdf]

*Global Antitrust Prosecutions of International Cartels: Focus on Asia: SSRN Working Paper* (revised version
April 20, 2009). [Available at http://ssrn.com/abstract=1027949]

*Global Cartels Redux: The Amino Acid Lysine Antitrust Litigation 1996: SSRN Working Paper* (May 21,
2009). [Available at http://ssrn.com/abstract=1408070]

*Governments as Cartel Victims: AAI Working Paper No. 09-03.* (May 21, 2009) [Available at
http://ssrn.com/abstract=1412463]

*Cartels & Antitrust Portrayed: Private International Cartels from 1990 to 2008: AAI Working Paper #09-06.*
(August 31, 2009). [Available at http://ssrn.com/abstract=1467310]

*Cartels & Antitrust Portrayed: Private International Cartels from 1990 to 2008: American Antitrust Institute
Working Paper No. 09-06* (September 1, 2009). [Posted January 2010 and available at SSRN:
http://ssrn.com/abstract=1535131]

*About Cartel Overcharges: Kroes is Correct: SSRN Working Paper.* (February 1, 2010). (Preprint of an
article in *Concurrences: Review of Competition Law* 1-2010.) [Available at SSRN:
http://ssrn.com/abstract=1610283]

*Price Fixing Overcharges: Revised 2nd Edition: SSRN Working Paper* (April 27, 2010). [Available at SSRN:
http://ssrn.com/abstract=1610262]

John M. Connor, Ph.D.
Page 44

*The Predictability of Global Cartel Fines: SSRN Working Paper* (May 4, 2010). (Preprint of an article in *Concurrences: Review of Competition Law* 2-2010.) [with Douglas J. Miller] [Available at SSRN: http://ssrn.com/abstract=1610284]

*Determinants of EC Antitrust Fines for Members of Global Cartels: SSRN Working Paper* (completed May 9, 2010). [with Douglas J. Miller] [Posted March 8, 2013 at: http://ssrn.com/abstract=2229358]

*Recidivism Revealed: Private International Cartels 1990-2009: SSRN Working Paper* (5/28/2010). [http://ssrn.com/abstract=1688508]

*The High Economic Costs of Cartels: Can Private Enforcement Help? SSRN Working Paper* (October 17, 2010). (Preprint of Chapter 2, "The Impact of International Cartels," in *The International Handbook on Private Enforcement of Competition Law,* Albert Foer and Jonathan Cuneo (editors). Cheltenham, UK: Edward Elgar. (2010). [ http://ssrn.com/abstract=1694156]

*The Changing Structure of Global Food Markets: Dimensions, Effects, and Policy Implications: SSRN Working Paper* (February 6, 2003; posted 11/20/10). [ http://ssrn.com/abstract=1105363]

*Has the European Commission Become More Severe in Punishing Cartels? Effects of the 2006 Guidelines: SSRN Working Paper* (draft 6/28/2010, posted 1/11/2011). [http://ssrn.com/abstract=1737885]

*Problems with Prison in International Cartel Cases: SSRN Working Paper* (draft 6/28/2010, posted June 20, 2011). [Available at http://ssrn.com/abstract=2166414]

*Cartels Portrayed, A 21-Year Perspective: U.S. vs. EC: Who's Winning the Prosecution Race?* AAI Working Paper No. 11-03 (posted 8/2/2011). [http://ssrn.com/abstract=2547695 OR www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-03.pdf]

*Cartels Portrayed, A 21-Year Perspective: Cartel Structures.* AAI Working Paper No. 11-04 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=25477XX]  OR [http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-04.pdf]

*Cartels Portrayed, A 21-Year Perspective: Detection.* AAI Working Paper No. 11-05 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=2547700]  OR http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-05.pdf]

*Cartels Portrayed, A 21-Year Perspective: Deterrence Effects of Penalties.* AAI Working Paper No. 11-06 (posted 8/2/2011).   [SSRN working paper http://ssrn.com/abstract=2547687]  OR [http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-06.pdf]

*Cartels Portrayed, A 21-Year Perspective: Executives Sanctioned.* AAI Working Paper No. 11-07 (posted 8/2/2011). [SSRN working paper http://ssrn.com/abstract=2547701] OR [http://www.antitrustinstitute.org/sites/default/files/AAI%20Working%20Paper%20No.%2011-07.pdf]

*Optimal Cartel Deterrence: An Empirical Comparison of Sanctions to Overcharges: SSRN Working Paper*
(Posted September 19, 2011). [http://ssrn.com/abstract=1917657] [with Robert Lande]

*Cartels as Rational Business Strategy: New Data Demonstrates that Crime Pays: SSRN Working Paper* (Posted
March 7, 2012). [Robert Lande, senior author]. [http://ssrn.com/abstract=1917657]

*Cartels as Rational Business Strategy: Crime Pays: SSRN Working Paper* (Revision posted July 2012).
[Robert Lande, senior author]. [http://ssrn.com/abstract=1917657]

Hefty Penalties on Big-Biz Cartels Will Provide Level Playing Field to Small Businesses. *Economic
Times of India: Comments & Analysis: SSRN Working Paper No. 2273747.* (August 30, 2012). [with
Robert H. Lande] [http://ssrn.com/abstract=2273747]

*Private Recoveries in International Cartel Cases Worldwide: What Do the Data Show?* AAI Working Paper No.
12-03. (October 15, 2012).
[http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaperNo12-03.pdf] and
[http://ssrn.com/abstract=2165431]

*Private International Cartels PIC Data Guide: SSRN Working Paper 2478271.* (July 1, 2013).
[http://ssrn.com/abstract=2478271] [http://www.academicroom.com/manuscript/private-
international-cartels-pic-data-guide-2013-01-07]

*Multiple Prosecutions Point to Huge Damages from Auto-Parts Cartels: AAI Working Paper 12-08.* (December
13, 2012). [http://ssrn.com/abstract=2190200]
[http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaper12-06.pdf]

Cartel Detection and Duration Worldwide. *Competition Policy International: Antitrust Chronicle* 2011 (2)
(February 2013): 2-10. [http://ssrn.com/abstract=2229242]

*Predicting EC Antitrust Fines on Participants of Global Cartels: SSRN Working Paper* (March 6, 2013) [with
Douglas J. Miller] [http://ssrn.com/abstract=2229358]

*Predicting U.S. Antitrust Fines on Corporate Participants of Global Cartels: SSRN Working Paper* (March 9,
2013) [with Douglas J. Miller] [http://ssrn.com/abstract=2229300]

*The Determinants of Cartel Duration* (May 11, 2013). [With Rosa Abrantes-Metz and Albert D. Metz]
[http://ssrn.com/abstract=2263782]

*Is Auto Parts Evolving into a Supercartel?: AAI Working Paper No. 13-04* (August 28, 2013)
[http://www.antitrustinstitute.org/~antitrust/sites/default/files/WorkingPaper13-04.pdf]

*PRICE-FIXING OVERCHARGES: REVISED 3RD EDITION: SSRN Working Paper No.
2400780.* (February 24, 2014): 1-316. [http://ssrn.com/abstract=2400780]

*BIG BAD BANKS: BID RIGGING AND MULTILATERAL MARKET MANIPULATION: AAI
Working Paper 14-04.* (posted May 6, 2014). [http://ssrn.com/abstract=2547682 OR
http://www.antitrustinstitute.org/sites/default/files/WorkingPaper14-04.pdf]

*The Private International Cartels (PIC) Data Set: Guide and Summary Statistics, 1990-2013: SSRN Working Paper.* (August 9, 2014). [http://ssrn.com/abstract=2478271]

*Quebec's Construction Cartels: SSRN Working Paper.* (November 5, 2014). [http://ssrn.com/abstract=2519768]

*Global Cartels Redux: The Lysine Antitrust Litigation: SSRN Working Paper.* (November 6, 2014). [http://ssrn.com/abstract=2520151]

*Private International Cartels: A Concise Introduction: SSRN Working Paper.* (November 12, 2014). [http://ssrn.com/abstract=2523883]

*Antitrust Developments in Food and Pharma: SSRN Working Paper.* (February 2015). [http://ssrn.com/abstract=2616799]

*Not Treble Damages: Cartel Recoveries Are Mostly Less Than Single Damages: SSRN Working Paper.* (June 4, 2015) [with Robert H. Lande]. [http://ssrn.com/abstract=2548712]

*The Rise of Anti-Cartel Enforcement in Africa, Asia, and Latin America: SSRN Working Paper.* (January 2016). [http://ssrn.com/abstract=2711972]

*Oceanic Disparities in Cartel-Recidivism Attitudes and Penalties: SSRN Working Paper.* (April 1, 2016): 1-9. [http://ssrn.com/abstract=2757784]

*On the Alleged Disproportionate Sentencing of Cartel Managers: SSRN Working Paper.* (July 23, 2016). [http://ssrn.com/abstract=2828280]

*The Private International Cartels (PIC) Data Set: Guide and Summary Statistics, 1990- July 2016 (Revised 2nd Edition): SSRN Working Paper.* (August 8, 2016). [http://ssrn.com/abstract=2821254]

*International Cartel Stats: A Look At The Last 26 Years. SSRN Working Paper.* (August 15, 2016). [http://ssrn.com/abstract=2862135]

*The Predictability of DOJ Cartel Fines: SSRN Working Paper* (March 2013, posted November 13, 2016). (with Douglas J. Miller). [http://ssrn.com/abstract=2863327]

*Canada's International Cartel Enforcement: Keeping Score: SSRN Working Paper* (November 14, 2016). [http://ssrn.com/abstract=2869430]

*Cartels Costly for Customers: Presentation at World Bank Conference on Income Distribution: SSRN Working Paper* (June 2017). [http://ssrn.com/abstract=2988489]

### Formal Teaching Materials

Class Notes for AGEC 506: Industrial Organization and Price Analysis in the Food System.  West Lafayette, IN (1983-1996), 151 pp. illustrated.

Class Notes for AGEC 622: Food System Organization and Policy.  West Lafayette, IN (revised annually 1985-2008), 200 pp. illustrated.

Class Notes: International Sales of Branded Food Products.  West Lafayette, IN (March 2006), 25 pp.

American Antitrust Institute, *Fair Play in the Market Place*, film of 35 minutes on CD, popular and educational introduction to the U.S. Antitrust Laws [J. M. Connor's interview is excerpted five times] (June 2006).[11]

# Speeches & Formal Presentations

## Plenary/Keynote Conference Speeches

Foreign Food Firms: Their Participation and Competitive Impact on the U.S. Food Manufacturing Industries, Invited paper at the XVII International Conference of Agricultural Economists, Banff, Canada (September 11, 1979).

Determinants of Foreign Investment by Food Manufacturers, invited paper, American Agricultural Economics Association, New York (December 1982).

Economic Forces Shaping the U.S. Food Processing Industries, Invited Paper, AAEA annual meeting, Iowa State University (August 1985) [with Dale Heien, Jean Kinsey and Robert Wills].

An Industrial Powerhouse in Transition: The U.S. Food Processing Industries, invited address at 1988 Institute of Food Technologist's Research Symposium, Food and Agriculture in a Global Economy -- The Role for Food Science and Technology, New Orleans, LA (June 20, 1988).

Growth of the Food Processing Industries in the South, 1963-1995, invited paper, Southern Association of Agricultural Economics annual meeting (January 1989) [with Ralph Christy].

Major Economic Trends Facing the Food Industry, plenary session address, Food Update '89 Conference, Scottsdale, AZ (April 17, 1989).

The Positioning of Food Processing Firms in the 1990s, keynote speech at the 61st National Institute on Cooperative Education, American Institute of Cooperation, Indianapolis, IN (July 24, 1989).

The Contribution of Food Processing to State Economic Development, speech at the 37th Annual Governor's Conference on Economic and Community Development, Nashville, TN, November 14, 1989.

---

[11] Produced by the Filmmakers Collaborative, the film received a 2007 Silver Telly Award [http://www.tellyawards.com/winners/list/?l=F&event=8&category=1&award=S] and a 2007 CINE Golden Eagle [http://www.cine.org/wp-content/uploads/2013/01/2007-CINE-Winner-Directory.pdf p. 12].  The Golden Eagle recognizes excellence in documentary and other informational film and video production. Past recipients of CINE Golden Eagles include Steven Spielberg, George Lucas, Ken Burns, Martin Scorsese, Mike Nichols, Robert Altman, Spike Lee, and Mel Brooks.

Economic Dimensions of the U.S. Food Processing Industry, keynote speech, Soviet-American Food Industry Conference, Lincoln, Nebraska, March 21, 1990.

Alternative Paradigms for Analyzing Structural Issues in the Food System, invited paper, annual meeting of the American Agricultural Economics Association, Vancouver, British Columbia, August, 1990.

The New Consumers:  What Do They Want and How Do They Get It?  Agriculture 2000:  A Strategic Perspective:  National Conference, Purdue's Center for Agricultural Business, West Lafayette, IN, November 2-3, 1992 [with Joseph Uhl].

Consumers and the Food Processing Sector, speech at three annual Farmland Industries' MCA System Conferences, Kansas City, MO, January 15, 1993; San Antonio, TX, January 29, 1993; and February 2, 1993.

Food Processing:  An Industrial Powerhouse in Transition, Institute of Food Technologists, annual meeting, Anaheim, California, June 5, 1995.

Did the Competitive Regime Switch in the 1980s?  Principal paper, American Agricultural Economics Association annual meeting, San Antonio, Texas, July 1996.

Keeping Tabs on the Consumer: Just a Few Links Away, plenary speech at the 1997 National conference for Agribusiness, Center for Agricultural Business, Purdue University, November 10, 1997.

Food Processing: An Industrial Powerhouse in Transition, keynote speech at the Pennsylvania State University conference on the food industries, Lancaster, Pennsylvania, April 15-16, 1998.

Prognosis on Pennsylvania's Food Processing Industries, Third Warehime Lecture, College of Agriculture, Penn. State Univ., State College, PA, April 17, 1998.

What Can We Learn from the ADM Global Price Conspiracies? speech at the Food and Agricultural Marketing Consortium's conference, "Economic and Policy Implications of Structural Realignments in Food and Agriculture Markets," Park City, Utah, August 1, 1998.

Evolving Research on Price Competition in Grocery Retailing: An Appraisal, keynote address, Northeastern Association of Agricultural and Resource Economics annual meeting, Morgantown, WV, June 28, 1999.

Private International Cartels: Resurgence and Deterrence, University of Wisconsin's Food System Research Group, Biennial Conference, Madison, Wisconsin, June 26-27, 2003.

John M. Connor and Robert Lande, "Thinking about Cartel Remedies," address at the annual meeting of the American Antitrust Institute, Washington, DC, June 21, 2005.
How High Do Cartels Raise Prices?  Implications for Reform of Sentencing  Guidelines, speech at annual meeting of the American Antitrust Institute, Washington, DC, June 22, 2005 [with Robert H. Lande].

The United States Department of Justice Antitrust Division's Cartel Enforcement: Appraisal and Proposals, keynote plenary speech at the 10th annual meeting of the American Antitrust Institute, Washington, DC, June 18, 2008.

Cartel Deterrence and Cartel Dissuasion: A Survey and Assessment. Address at a conference sponsored by the Institute of Competition, Brussels (June 4, 2012).

## International Conference Addresses [12]

The Determinants of Structural Adjustment in the Food Industries, and A Case Study of Structural Adjustment of the U.S. Food Manufacturing Industries, invited papers presented at a symposium sponsored by the OECD, Paris (January 1982).

Economic Trends in the U.S. Food Manufacturing Industries, speech before the 1987 Canadian Agricultural Outlook Conference, at the invitation of the Deputy Minister of Agriculture Canada, Ottawa, Canada (December 15, 1987).

John M. Connor, "Northern America--A Reference Model?," speech at the 5th International Agropolis Conference, Montpellier, France, December 6, 1990.

Future Consumer Preferences, conference on International Strategies for Food Processing, sponsored by the Danish office of AIESEC (L'Association internationale des etudiants de la science economique et commerciale), Copenhagen, Denmark, August 14, 1991.

The Economic Impact of Trade Liberalization in Sweeteners on U.S., EEC, and World Markets, selected paper, International Agribusiness Management Association meeting, Oxford, UK, May 1992 [with Thomas V. Greer].

The Emergence of Global Consumers of Food, speech given at the Universidad de Piura, Piura, Peru, October 5, 1993.

Export Opportunities for Processed Foods in the United States of America, speech given at the Universidad de Piura, Piura, Peru, October 5, 1993.

New Estimates of Welfare and Consumer Losses in U.S. Food Manufacturing, speech given at the Institute of Industrial Economics, University of the Social Sciences, Toulouse, France, October 21-23, 1993 [with Everett E. Peterson].

Concentration Change and Countervailing Power, paper presented at conference Economics of Innovation - the Case of the Food Industries, sponsored by the Catholic University of the Sacred Heart, Piacenza, Italy, June 10-12, 1994 [with Richard T. Rogers and Vijay Bhagavan].
New Estimates of Welfare Losses in U.S. Food Manufacturing, seminar at the University of Finland, Helsinki, Finland, October 30, 1994.

---

[12] See also presentations at international conferences in the section above.

Empirical Estimation of Market Power in the Food Industries, Department Seminar, Economics Department, Åbo Akedemie University, Turku, Finland, November 1994.

Theory of Industrial Organization, invited lecture, Department of Agricultural Economics, Budapest University of Economic Sciences, Budapest, Hungary, November, 1994. (Also at Budapest University of Horticulture.)

Consumer Food Purchases and Policies, speech at the Department of Agribusiness Marketing, University of Agricultural Sciences, Gödölló, Hungary, November, 1994.

The Hungarian Food Processing Industries: Strengths and Weaknesses, address at the Department of Agricultural Economics, Budapest University of Economic Sciences, Budapest, Hungary, November, 1994.

Emerging Research Issues, address at NE-165 Conference on Food Retailer-Manufacturer Competitive Relationships in the EU and USA, Reading, UK, July 19, 1995.

Food Processing: An Industrial Powerhouse in Transition, University of Piura convocation of food industry executives, Lima, Peru, October, 1995.

The Global Convergence of Food Preferences, speech given at the Polytechnic University, Madrid, Spain, March 4, 1996.

Economic Trends in the U.S. Food Processing Industries, speech at Nihon University, Tokyo, Japan, November 19, 1996.

The Economics of Food Couponing, plenary address at the Conference on Vertical Relationships in the Food System, Piacenza, Italy, June 1997.

Market Concentration: Does Anyone Really Care Anymore?, organized symposium presentation, AAEA Annual Meeting, Toronto, July 1997.

The Effects of Changes in Regulatory and Trade Policies on the Structure, Conduct and Performance of the Brazilian Dairy Processing Industry, Selected Paper, annual meeting of the American Association of Agricultural Economics, Toronto, Canada, July 1997 [with Danilo R. D. Aguiar].

Recent Developments in Industrial Organization Research on the Food System, University of Sao Paulo, Piracicaba, Brazil, October 21, 1997.

International Convergence of Antitrust Laws and Enforcement, keynote address in the International Seminar Series, Federal University of Viçosa, Brazil, October 23, 1997.

Food Industry Growth Effects of Consumer Preference Changes, speech at Third Intl. Conference on Chain Management, Wageningen, Holland, May 28-29, 1998.
Are Structure Conduct Performance Hypotheses Confirmed in the Food Industry? Empirical Tests with Product Innovation Data and Conclusions for Antitrust. Selected Paper, IX Congress of the

European Association of Agricultural Economics, Warsaw, Poland, August 24-28, 1999 [with Roland Herrmann].

Evolving Research on Price Competition in Grocery Retailing: An Appraisal, XXXVII Congresso Brasiliero de Economia e Sociologia Rural, Foz Do Iguaçu, Brazil, August 3, 1999.

Market Power in the German Food-Retailing Industry, paper presented at the European Association for Research in Industrial Economics (EARIE), Torino, Italy, September 4-7, 1999 [with Klaus Drescher].

Determinants of New Food Product Introductions, International Association of Agricultural Economics, Berlin, Germany, August 2000 [with Roland Herrmann].

Food Multinational Enterprise Investment Strategies, address at the Academy of Management annual meeting, Toronto, Ontario, Canada, August 2000 [with Felipe Ravara and Roberto Vassalo].

Trends in Food Distribution, joint CFAB/INCAE Seminar, San Salvador, El Salvador, November 2001.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at the annual meeting of the Organization for Competitive Markets, Omaha, NE, August, 2002.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at the annual meeting of the American Agricultural Law Association, Indianapolis, IN, October, 2002.

Trends in U.S. Anti-Trust and Competition Law, address at a legal seminar Undga faldgruberne i konkurrenceretten ("Avoiding the Pitfalls of Competition Law"), Copenhagen, Denmark, February 4, 2003.

International Cartel Case Studies, address at a legal seminar Internationale kartelsager – trends og okonomisk erstatningsudmaling ("International Cartel Cases – Trends and Economic Assessment of Damages"), Copenhagen, Denmark, February 4, 2003.

Trends in Agro-Industry Consolidation, address sponsored by the Organization of Economic Cooperation and Development, The Hague, Netherlands, February 6-7, 2003.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at La Politique de la Concurrence dans l'agro-alimentaire, a conference sponsored by the Societe Francaise d'Economie Rural, Paris, France, March 11, 2003.

Panel organizer and presenter of the paper, Private International Cartels: Welfare Impacts and the Antitrust Response, International Industrial Organization Conference, Boston, April 4-5, 2003.

Discussion of Minority Stakeholdings as an Anti-Competitive Device by Ugo Merlone and Carmello Salleo, International Industrial Organization Conference, Boston, April 4-5, 2003.

International Price Fixing: Resurgence and Deterrence, 30th Annual Conference of the European Association  for Research in Industrial Economics, Helsinki, Finland, August 24-26, 2003.

International Price Fixing: Resurgence and Deterrence, opening keynote address, First Workshop of the Research Training Network Competition Policy in International Markets, at the Université des Sciences Sociales de Toulouse, Toulouse, France, October 17-18, 2003.

A Meta-Analysis of Cartel Overcharges, presentation at a workshop meeting of the International Journal of Industrial Organization, Amsterdam, Netherlands, April 1-2, 2005 [with Yuliya Bolotova].

The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases, International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2005 [with Yuliya Bolotova and Douglas J. Miller].

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis," International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2005 [with Yuliya Bolotova and Douglas J. Miller].

Determinants of Cartel Duration: A Cross-sectional Study of Private International Cartels, 1990-2003, address at the International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2005 [with Jeffrey Zimmerman].

The Profitability of price Fixing: Have Stronger Antitrust Sanctions Deterred?, International Industrial Organization Conference 3, Atlanta, Georgia, April 8-9, 2006 [with Alla Golub and Joshua Detre].

International Cartel Overcharges: Focus on Europe, ENCORE Network Conference, Amsterdam, Netherlands, April 14, 2005.

Seminar lecture for cartel experts with the Dutch Competition Authority (NMa) Barbizon Palace Hotel, Amsterdam, April 14, 2005.

International Cartel Overcharges: Focus on Europe, lecture at Howrey Simon offices, Brussels, Belgium, April 15, 2005.

Cartel Antitrust Fining Practices in the Netherlands, the US, EU, and Canada, address at the offices of the Netherlands Competition Authority (NMa), the Hague, the Netherlands (March 16, 2006).

Measuring the National Impact of Competition-Law Activities, address at the offices of the Netherlands Competition Authority (NMa), the Hague, the Netherlands (March 16, 2006).

Effectiveness of International Cartel Sanctions, address at the offices of the Netherlands Competition Authority (NMa), the Hague, the Netherlands (March 16, 2006).

Forensic Economics, conference sponsored by the Amsterdam Center for Law and Economics, Amsterdam, Netherlands (March 17, 2006).

The Great Global Vitamins Cartels of 1989-1999, Economics Group lecture series, Directorate General for Competition, European Commission, Brussels, Belgium (March 20, 2006).

The Great Global Vitamins Cartels of 1989-1999, International Industrial Organization Conference 4, Boston, Mass. (April 8, 2006).

Cartel Duration: An Empirical Analysis, 5th Annual International Industrial Organization Conference, Georgia Southern University, Savannah, Georgia (April 14, 2007) [with Yuliya Bolotova].

Optimal Deterrence and Private International Cartels, 5th Annual International Industrial Organization Conference, Savannah, Georgia (April 14, 2007). [available at: http://agecon.lib.umn.edu/cgi-bin/view.pl and http://papers.ssrn.com/sol3/papers.cfm?abstract_id=787927]

Comment on Predatory Buying and the Antitrust Laws by Roger D. Blair and John E. Lopatka, 5th Annual International Industrial Organization Conference, Savannah, Georgia (April 14, 2007).

Global Antitrust Prosecutions of International Cartels: Focus on Asia, Department of Business Administration, National Taipei University, Taipei, Taiwan (August 16, 2007).

Thoughts on Research and Academic Publishing, Department of Business Administration, National Taipei University, Taipei, Taiwan (August 16, 2007).

Global Antitrust Prosecutions of International Cartels: Focus on Asia, Asian Law and Economics Society annual meeting, Taipei (August 17, 2007).

Canada and the Control of International Cartels, Presentation at the Speakers' Series, Economic Policy and Enforcement Branch, Canadian Competition Bureau, Ottawa, Canada (October 8, 2007).

Latin America and the Control of International Cartels, Presentation at the 2007 International Seminar on Strategy, Market Power and Antitrust, sponsored by the Center for Research in Strategy at IBMEC, Sao Paulo, Brazil (October 29, 2007).

Latin America and the Control of International Cartels, Latin American Competition Policy Conference, Latin American and Caribbean Economic Association, Sao Paulo, Brazil (April 4, 2008).

Measures of Effectiveness of EU Hard-Core International Cartel Enforcement, Amsterdam Centre for Law and Economics, Amsterdam, April 10-11, 2008.

A Critique of Cartel Fine Discounting by the U.S. Department of Justice, 6th International Industrial Organization Conference, Alexandria, Virginia, May 16-17, 2008.

Cartel Sanctions: An Empirical Analysis, 6th International Industrial Organization Conference, Alexandria, Virginia, May 16-17, 2008. [with Yuliya Bolotova]

Global Antitrust Prosecutions of International Cartels: Focus on Asia: Revised version, 6th International Industrial Organization Conference, Alexandria, Virginia, May 16-17, 2008. Effectiveness of EU Hard-Core International Cartel Enforcement, workshop presentation, University of Copenhagen Centre for Industrial Economics, Copenhagen, June 5-6, 2008.

John M. Connor, Ph.D.
Page 54

Optimal Deterrence and Private International Cartels: Revision of August 2008, paper presented at the 35th Conference of the European Association for Research in Industrial Economics (EARIE), Toulouse, France, September 4-7, 2008.

Determinants of Cartel Duration, paper presented at the 7th International Industrial Organization Conference, Boston, April 3-5, 2009. [with Rosa Abrantes-Metz]

Determinants of U.S. Antitrust Fines of Corporate Participants of Global Cartels, paper presented at the 7th International Industrial Organization Conference, Boston, April 3-5, 2009.  [with Douglas J. Miller] [revisions posted March 2013 at http://ssrn.com/abstract=2229300]

Factors influencing the magnitude of cartel overcharges: an empirical analysis of the US market, Selected paper, the 7th annual International Industrial Organization Conference, Northeastern University, Boston, MA, April 3-5, 2009. [with Yuliya Bolotova and Douglas J. Miller]

Determinants of EC Fines for Members of Global Cartels: PowerPoint Slides, paper presented at the 3rd Conference on "The Economics of Competition Law," sponsored by LEAR (Laboratorio di Economia, Antitrust, Reglomentazione), Rome, June 25-26, 2009. [with Douglas J. Miller] [available at http://www.learlab.com/learconference/documents.html]

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Institute of Competition Law's conference on "New Frontiers of Antitrust," Paris, February 15, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Université de Paris-Pantheon, Paris, February 16, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Economists' Lecture Series, Directorate-General for Competition, European Commission, Brussels, February 17, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Institute of Law and Economics, University of East Anglia, Norwich, England, February 19, 2010.

Determinants of EC Antitrust Fines for Members of Global Cartels, paper presented at the Institute of Industrial Economics, Copenhagen Business School, February 22, 2010.

The Predictability of EC Fines on Global Cartels, paper presented at the 8th International Industrial Organization Conference, Vancouver, British Columbia, May 14-16, 2010.  [with Douglas J. Miller]

Cartel Fines and Illegal Gains by Cartels, paper presented at "Public and Private Enforcement of Competition Law -- Legal and Economic Perspectives," conference sponsored by ZEW Centre for European Economic Research, University of Mannheim, Germany, March 10-11, 2011.

Europe and the Control of Cartels, paper presented at the 9th International Industrial Organization Conference, Boston, April 9, 2011.
Price Effects of International Cartels in Markets for Primary Products, paper presented at "CUTS Symposium on Trade in Primary Products and Competition Policy," World Trade Organization, Geneva, Switzerland, September 22, 2011 (25 pp.).

The Severity of EC Cartel Fines under the 2006 Guidelines, paper presented at "Antitrust Sanctions:
How to Achieve 'Optimal Fines'?" Institute of Competition Law (Paris), Brussels, October 9, 2012.

"Cartels in Primary Products Industries: A Flag for Screening," presentation at the 3rd International
Antitrust Conference, sponsored by the European Union and the Competition Commission of
Pakistan, Islamabad, May 29-30, 2013.

"The Importance of Fighting Cartels in Small Economies," speech on the opening panel of the
Competition Conference Marking the 20th Anniversary of the Founding of the Icelandic
Competition Authority, Reykjavik, Iceland, September 27, 2013.

"The Fundamental Importance of Deterrence in Competition Enforcement and the Policies to
Attain It," Keynote talk at afternoon workshop, Competition Conference Marking the 20th
Anniversary of the Founding of the Icelandic Competition Authority, Reykjavik, Iceland, September
27, 2013.

Big Bad Banks. Fordham University Antitrust Conference, New York City, September 10-12, 2014.

Cartels Costly for Customers. Promoting Effective Competition Policies for Shared Prosperity and
Inclusive Growth, World Bank Group and OECD, Washington DC, June 23, 2015.

EU Cartel Penalties: Severity and Recovery:  With international comparisons. European
Commission Conference, "On the deterrence effects and the macroeconomic impact of the work of
Competition Authorities," Brussels, 17-18 September 2015.

Global Enforcement Directed at International Cartels: A Concise Introduction and Summary,
Presentation at Session IV of the OECD's Global Forum on Competition, "Sanctions in Antitrust
Cases," Paris, France, 2 December 2016.

Major Trends in Global Enforcement Directed at International Cartels, Presentation at the 2nd
International Conference on Law and Economics, Competition Commission of India. India Habitat
Centre, New Delhi, India. (March 2, 2017).

The Role of Micro-Data in Cartel Research. Presentation at the 2nd International Conference on Law
and Economics, Competition Commission of India. India Habitat Centre, New Delhi, India. (March
3, 2017).

The Role of Economics in U.S. Cartel Enforcement, panel "The Role and Use of Economic
Evidence in Cartel Enforcement," Presentation at the Competition Commission of India's *Economists
Conclave*. India Habitat Centre, New Delhi, India. (March 4, 2017).

Forensic Economics: Presenting complex economic theories to the judiciary: challenges and the way
forward, Presentation at the Competition Commission of India's *Economists Conclave*. India Habitat
Centre, New Delhi, India. (March 4, 2017).
Forensic Economics: Calculation of Cartel Damages and Presenting Them to the Judiciary,
Presentation at the Joint workshop of the Competition Commission of South Africa, Gordon
Institute of Business Science ("GIBS") in Johannesburg, South Africa (August 29, 2017).

Major Trends in Global Enforcement Directed at International Cartels, Presentation at the 11th
Annual Competition, Economics & Policy Conference of the Competition Commission of South
Africa, Gordon Institute of Business Science ("GIBS") in Johannesburg, South Africa (August 30 to
September 1, 2017).

Imperfect Collusion: Bid-Rigging Cartel Characteristics, Conference, Stellenbosch University,
Capetown, South Africa, January, 2018.


## Competitive U.S. Conference Presentations

Mobility Among the Largest Food Manufacturing Companies, 1950-1975, Contributed paper,
AAEA annual meeting, San Diego (August 1977). (Abstract in Am. J. Agric. Econ. 59 (December
1977):1099.

Estimates of Consumer Loss Due to Monopoly in the U.S. Food Manufacturing Industries, Allied
Social Sciences annual meeting, Chicago (August 1978) and Contributed paper, AAEA annual
meeting (August 1978). (Abstract in Am. J. Agric. Econ. 60(December 1978):1067) [with Russell C.
Parker].

Food Product Proliferation: Further Empirical Results, Contributed paper to the American
Economic Association, Washington, DC (December 1981).

Advertising and the Composition of Demand for Food, paper presented at annual meeting of the
Eastern Economic Association, Washington, DC (April 19, 1982) [with Tony Gallo].

Determinants of the Intensity of Media and Other Selling Expenses in Food and Tobacco
Manufacturing, Selected Paper, AAEA annual meeting, Cornell University (August 1984). (Abstract
in Am. J. Agric. Econ. 66 (December 1984:902) [with Scott Weimer].

An Economic Evaluation of Federal Trade Commission Antitrust Activity in the Manufacturing
Industries: The Carter versus Reagan Years, presented at the Industrial Organization Society session,
Eastern Economic Association annual meeting, Philadelphia, PA (April 12, 1986) [with Warren P.
Preston].

Market-Structure Determinants of National Brand-Private Label Price Differences of Manufactured
Food Products, Selected Paper, AAEA annual meeting, East Lansing, MI (August 1987) [with
Robert L. Wills and Everett Peterson].

Antitrust Activity Under the Reagan Administration: New Evidence, paper presented at the
Industrial Organization Society session of the Southern Economic Association meeting,
Washington, DC (November 22-24, 1987) [with Warren P. Preston].

The Influence of Antitrust Enforcement on International Competitiveness: Discussion, Southern
Economic Association annual meeting, Orlando, FL, November 20, 1989.
Determinants of Intra-Firm Trade, paper selected for NC-194 Conference on Empirical Studies of
Industrial Organization and International Trade in the Food Industries, Indianapolis, IN, April 7-8,
1993 [with Kai Wang].

U.S. Food Manufacturers' Choice of Foreign Sales Mode, selected paper, American Association of Agricultural Economics, San Diego, CA, August 1994 [with Christopher Overend].

Foreign Direct Investment and U.S. Exports of Processed Foods:  Complements or Substitutes? selected paper, NCR-182 Conference on Foreign Direct Investment and Processed Food Trade, Arlington, Virginia, March 9-10, 1995 [with Christopher Overend and Victoria Salin].

Food Multinational Enterprise Investment Strategies:  An Option Theory Approach, selected paper, NCR-182 Conference on Foreign Direct Investment and Processed Food Trade, Arlington, Virginia, March 9-10, 1995 [with Filipe A. Ravara].

Concentration, Demographics, and Metropolitan-Area Food Prices, Selected Paper, annual meeting of the American Agricultural Economics Association, Indianapolis, Indiana, August 7, 1995 [with James. R. Binkley].

Effects of Concentration in Grocery Wholesaling on Retail Prices, AAEA Selected Paper, Salt Lake city, Utah, August 1998 [with Aaron Johnson].

Modeling Coupon Values for Ready-to-Eat Breakfast Cereals.  Selected Paper, AAEA annual meeting, Nashville, TN, August 1999 [with Gregory K. Price and Joan R. Fulton].

Federal Antitrust Enforcement: Focus on the Grain Industries, Symposium, AAEA annual meeting, Tampa, Florida, August 2000.

Valuing Strategic Growth Options: A Portfolio Approach, presentation at the Academy of Management annual meeting, Chicago, Ill., August 2001 [with Roberto Vassolo and Felipe Ravara].

Market Conduct in the Ready-to-Eat Cereal Industry, Selected Paper, annual meeting of the American Association of Agricultural Economics, Long Beach, Calif., July, 2002 [with Jeffery Reimer].

Modeling Coupon Values for Ready-to-Eat Cereals, Selected Paper, annual meeting of the American Association of Agricultural Economics, Long Beach, Calif., July, 2002 [with Gregory K. Price].

Private International Cartels, First Biennial Conference of the Food System Research Group, Madison, Wisconsin, June 24-25, 2003.

Market Conduct in the U.S. Ready-to Eat Cereal Industry, First Biennial Conference of the Food System Research Group, Madison, Wisconsin, June 24-25, 2003 [with Jeffrey Reimer].

The Profitability of price Fixing: Have Stronger Antitrust Sanctions Deterred?, paper prepared for submission to the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison, June 2005 (February 15, 2005), 15 pp. [with Alla Golub and Joshua Detre].

Factors Influencing the Magnitude of Cartel Overcharges: An Empirical Analysis of Food Industry Cartels, paper presented at the Second Biennial Conference of the Food System Research Group, University of Wisconsin-Madison, June 16-17, 2005, 33 pp [with Yuliya Bolotova and Douglas J. Miller].

Optimal Deterrence and Private International Cartels, paper presented at the Second Biennial
Conference of the Food System Research Group, University of Wisconsin-Madison, June 16-17,
2005, 18 pp.

The Impact of Collusion on Price Behavior: Empirical Results from Two Recent Cases, selected
paper, annual meeting of the American Agricultural Economics Association, Providence, RI, July
25-27, 2005 [with Yuliya Bolotova and Douglas J. Miller].

Price-Fixing Overcharges: Legal and Economic Evidence, selected paper, annual meeting of the
American Agricultural Economics Association, Providence, RI, July 25-27, 2005.

Extraterritoriality of the Sherman Act and Deterrence of International Cartels, selected paper,
annual meeting of the American Agricultural Economics Association, Providence, RI, July 25-27,
2005.

Optimal Cartel Fines, address at the American Association of Legal Scholars, San Antonio, Texas
(January 2006), 30 pp. [with Robert H. Lande].

Optimal Cartel Fines, address at the Spring Meeting, Section of Antitrust Law of the American Bar
Association, Washington, DC (March 29, 2006) [with Robert H. Lande].

Effectiveness of Sanctions on Modern International Cartels, Allied Social Sciences Association,
American Economic Association session, annual meeting, Chicago, January 6, 2007.

Ownership Composition in Local Hotel Markets: A Spatial Analysis of Texas Hotels, AAEA
Selected Paper at the 2009 AAEA & ACCI Joint Annual Meeting, Milwaukee, Wisconsin, July 26-
July 28. [with Gustav Helmers and Raymond Florax]

### Other: Invited Speeches and Testimonies

Testimony before the U.S. Senate Subcommittee on Antitrust and Monopoly, Hearings on The
Impact of Market Concentration in Rising Food Prices (April 6, 1979).The Role of Cooperatives in
U.S. Food Manufacturing, presented at the 24th National Conference of Bargaining and Marketing
Cooperatives (January 11, 1980).

Determinants of ESL Reading Performance, presented at the International Teachers of English to
Speakers of Other Languages Association meeting, San Francisco (March 6, 1980) and the American
Educational Research Association meeting, Boston (April 10, 1980) [with Ulla M. Connor].
Testimony before the Committee on Small Business, U.S. House of Representatives at Hearings on
"Small Business Problems in the Marketing of Meat and Other Commodities" (May 5, 1980).

Diversification and Foreign Investment by U.S. Food Manufacturers, Paper presented at Mexican-
U.S. Workshop on Agricultural Trade, Pricing Policies, and Resources, sponsored by Stanford
University, Sante Fe, NM (August 23-25, 1983).

*The U.S. Food Manufacturing Industries:* Summary of Results, presentation before the NC-117 Technical Committee meeting, Alexandria, VA (May 1984) [with Richard Rogers].

Structure and Performance in the U.S. Food Processing Industries, departmental seminar series, Department of Agricultural Economics, Purdue University (September 1984).

Economic Benefits, invited conference address, Value Added Concepts for Agribusiness: Opportunities for the State of Indiana, sponsored by the Indiana Corporation for Science and Technology, Indianapolis, IN (February 13, 1986).

Testimony before the Committee on the Judiciary of the U.S. Senate on Senate Bill 6352, a Bill to Amend Section 4 of the Clayton Act, Washington, DC (June 3, 1986).

Symposium Commemorating the 25th Anniversary of the U.S. Peace Corps," Indianapolis, IN (June 7, 1986). [panel presentation]

AAEA Career Development Conference: Publishing Strategies Workshop, Reno, NV (July 27, 1986). [workshop leader]

The Economic Impact of Agriculture, invited address, Greater Lafayette Chamber of Commerce, 5th Annual Farm Tour, Montmorenci, IN (September 11, 1986).

Creating Value Added in Agribusiness, presentation at an executive education program held jointly by the Center for Agricultural Business/Krannert Graduate School of Management, West Lafayette, IN (December 1986).

Mergers in the Food Industry: Trends, Effects, and Policies, paper presented before the Department of Agricultural Economics, University of Illinois, Urbana, IL (March 12, 1987).

Economics of the U.S. Food Processing Industries, speech before the annual banquet of the Hoosier Chapter of the Phi Tau Sigma Honorary Society, West Lafayette, IN (April 23, 1987).

The Impact on the Structure of the Domestic Market of Food Manufacturers of Industry Consolidation, paper presented at Food Update '87, annual meeting of the Food and Drug Law Institute, Wesley Chapel, FL (April 29, 1987).

Discussion at Invited Papers Session, Conceptualization of Research Problems in Agribusiness, Allied Social Sciences Association, Chicago, IL (December 28-30, 1987).

Concentration Trends in Food Processing: Implications for Cooperative Bargaining, invited speech at the 32nd Annual National Bargaining Conference, Washington, DC (January 23, 1988).
Panel on Implications of Changes in Food and Nutrition for Agriculture, Hatch Act Centennial Seminar, Purdue University, West Lafayette, IN (March 18, 1988). [panel chair with others].
The Role of the Social Sciences in a College of Agriculture, invited speech, College of Agriculture, The Pennsylvania State University (May 28, 1988).

The U.S. and Indiana Food Processing Industries: Trends and Prospects, The Golden Corridor Business Expansion Conference, Remington, IN (October 26, 1988).

Merger Mania and Leveraged Buyouts, speech before the Purdue Farm Policy Study Group, West Lafayette, IN (December 15, 1988).

Facts on U.S. Meatpacking: Market Structure, Pricing, and Procurement, presentation to the Beef Industry Concentration/Integration Task Force, National Cattlemen's Association, Denver, CO (January 23, 1989).

The Growth and Size of Food Processing:  Indiana, the United States, and the World, invited address, 1989 Indiana Canning Raw Products Conference, Indianapolis, IN (January 9, 1989).

Salaries and Salary Determination at Purdue, AAUP-AFT panel symposium, Purdue University (April 25, 1989) [with others].

Major Economic Trends Facing the Food Processing Industry, Seminar, Department of Agricultural Economics, Cornell University, Ithaca, NY (May 1, 1989).

Economic Impact of the European Community's 1992 Economic Integration, 80th annual meeting of the Flavor and Extract Manufacturers' Association of the United States, Sea Island, GA (May 23, 1989).

Economic Forces Affecting the U.S. Food System in the 1990s, Experiment Station Committee on Policy (ESCOP), annual Symposium on Agricultural Research, Washington, DC (June 13-15, 1989).

The Impact of Concentration on the U.S. Beef Subsector, speech at the National Cattlemen's Association meeting, Columbus, OH (July 28, 1989).

Concentration Issues in the U.S. Beef Industry, speech given at the 10th annual meeting of the U.S. Skin, Hide, and Leather Manufacturers' Association, Chicago, IL, November 1, 1989.

The Changing Structure of the U.S. Food System--Antitrust Implications, speech at 1990 Minnesota Dairy Policy Conference, St. Paul, MN, April 3, 1990.

Major Economic Trends Facing the Food Processing Industry, Michigan State University, May 23, 1990.

Shared Governance at Purdue University, Faculty Development Workshop, School of Nursing, Purdue University, August 16, 1990.

Market Structure and Performance of the Food Processing Industry, speech at a meeting of the Food and Agriculture Committee, National Planning Association, Washington, DC, September 21, 1990.

The End of State Monopoly: The Food Marketing Industries of the USSR, departmental seminar, Department of Agricultural Economics, Purdue University, West Lafayette, IN, September 27, 1990.

Economic Trends and Global Trade in the Food Industries, speech at the annual meeting of the Indiana Institute of Food Technologists, Purdue University, November 6, 1990.

The End of State Monopoly: The Food Marketing Industries of the USSR, speech at the Technical Committee meeting of NC-194, Washington, DC, November 17, 1990.

Structural Issues in the Beefpacking Industry, speech at the USDA National Outlook Conference, Washington, DC, November 28, 1990.

The Impact of Changing Business Structures on Food R&D Activities, speech at International Business Communications' conference on "Food: Basic Research and Development," Chicago, IL, June 27, 1991.

New Approaches to Measuring Antitrust Enforcement, NC-165 Conference on Business Strategies, Alexandria, VA, June 8-10, 1991 [wtith Warren P. Preston].

Shared Governance at Indiana University at Indianapolis.  January 16, 1992.

 Food:  Consumption, Distribution Patterns, and Implications for Indiana Producers and Processors, Ag Forum '92:  Indiana Agriculture 200:  A Strategic Perspective, Purdue University, West Lafayette, IN (January 22, 1992).

On the Occasion of W.F. Mueller's Retirement, speech at the University of Wisconsin, Madison, WI, May 1992.

Purdue's SAMI Archive, panel presentation, American Agricultural Economics Association annual meeting, Baltimore, August 11, 1992.

Trends in American Food Expenditures, Indiana Top Farmers' Workshop, West Lafayette, IN, July 22, 1992.

American Food Demand and Indiana's Food Marketing Industries, School of Agriculture press conference, West Lafayette, IN, August 4, 1992.

The New Consumers:  What Do They Want and How Do They Get It?  Master Mix executive training session, Purdue's Center for Agricultural Business, West Lafayette, IN, October 20-21, 1992 [with Joseph Uhl].

American Food Demand and Indiana's Food Marketing Industries, annual County Extension Agent training session, Lafayette, IN, October 22, 1992.

The New Consumers:  What Do They Want and How Do They Get It?  Pioneer Seeds executive training session, Purdue's Center for Agricultural Business, West Lafayette, IN, November 18, 1992 [with Joseph Uhl].

U.S. Food Purchasing Trends and Indiana's Food Processing Industries, speech before Indiana farm group leaders, Indianapolis, IN, January 7, 1993.

Value Added Products, speech at the annual U.S. Legislative Staff Visit, Purdue University, West Lafayette, IN, February 12, 1993.

Accounting Profits and Economic Profits of U.S. Food Manufacturers, paper presented at the annual meeting of American Agricultural Economics Association, Orlando, FL, August 1993.

Consumer Issues, speech before the Indiana Ag. Leadership Program, Group VI, Purdue University, West Lafayette, IN, January 6, 1994.

Value Added in the Food Industries, speech as part of the Indiana visit of the Senior Seminar, Foreign Service Institute, U.S. Department of State, October 18, 1995.

Panel Presentation on the Effects of Public Policies on Processor-Supplier Relations, 1995 National Conference for Agribusiness, Center for Agricultural Business, Purdue University, October 23, 1995 [with Jim Rieth and Fred Hegele].

The Futures of the Food Processing Industries, speech before the Industrial Associates of the Purdue Food Science Department, Purdue University, October 25, 1995.

Breakfast Cereals: The Extreme Food Industry, testimony at a Congressional Forum, U.S. House of Representatives, Washington, DC, March 12, 1996.

Are Food Marketing Systems in North America and the European Union Converging?  Paper presented at NE-165 Conference "Strategy and Policy in the Food System: Emerging Issues," Washington, DC, June 20-21, 1996.

Faculty Governance Issues, speech at the annual meeting of the Indiana Conference of the American Association of University Professors, Ball State University, Muncie, Indiana, November 2, 1996.

Archer Daniels Midland: Price-Fixer to the World, departmental seminar series, West Lafayette, IN, Department of Agricultural Economics, Purdue University, March 20, 1997.

New Developments in Price-Fixing Enforcement: The Lysine and Citric-Acid Cases, Food Marketing Seminar Series, Economic Research Service, USDA, Washington, DC, May 6, 1997.

The Food and Agribusiness Marketplace, Central Soya University, Center for Agricultural Business, Purdue University, September 9, 1997 [with Michael Boehlje].

Growth of Midwest Food Processing Industries, meeting of Electric Power Research Institute, Chicago, November 3, 1997.
Focus on the Food and Agribusiness Marketplace, Pioneer Hybred Institute VII, Center for Agricultural Business, Purdue University, November 7, 1997, [with Michael Boehlje].

Archer Daniels Midland: Price-Fixer to the World, department seminar series, Department of Economics, IUPUI, Indianapolis, IN, September 1997.

Panel member, "The Archer Daniels Midland Case: A Case Study of Corruption in the Ag/Food System," Economic Crime Summit, St. Louis, MO, April 28, 1998.

Agricultural Economists as Expert Witnesses, Free Session, annual meeting of the American Agricultural Economics Association, Salt Lake City, Utah, August 3, 1998. [with others].

Retail Concentration and Food Prices: An Overview of the Research, Organized Symposium, annual meeting of the American Agricultural Economics Association, Salt Lake City, Utah, August 5, 1998.

Our Customers Are Our Enemies: The Lysine Cartel of 1992-1995, lead paper at a session of the Allied Social Sciences Association annual meeting (sponsored by the Industrial Organization Society and the American Association of Agricultural Economics), New York City, January 5, 1999.

Agriculture and Antitrust, keynote address at the annual Farm Forum and Trade Show, Shelby, Montana, February 13, 1999.

The Economics of Couponing.  Selected Paper, American Agricultural Economics Association annual meeting, Nashville, Tennessee, August 1999. [with others].

Federal Antitrust Policy Applied to the Grain Industries, Symposium Presentation, American Agricultural Economics Association meeting, Tampa, FL (August 2000).

The competitiveness of the U.S. Grocery Retailing Industry, USDA National Conference, Washington, DC (March 2000).

ADM: End of a Legal Odyssey, Dept. Seminar, Purdue University, October 2001

Global Price Fixing, First International Conference on Agricultural Trade and Policy, Institute of Food and Agricultural Sciences, University of Florida, Gainesville, Florida, November 2001.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, address at the annual meeting of the Organization for Competitive Markets, Omaha, NE, August, 2002.

The Globalization of Corporate Crime: Food and Agricultural Cartels of the 1990s, departmental seminar, Department of Agricultural Economics, Purdue University, W. Lafayette, IN, September, 2002.

International Price Fixing in the Markets for Food and Agricultural Ingredients, address at the annual meeting of the American Agricultural Law Association, Indianapolis, IN, October 26, 2002.

International Price Fixing: Resurgence and Deterrence, Remedies Forum, Antitrust Law Section of the American Bar Association, Washington, DC, April 2-3, 2003.
Price-Fixing Overcharges and the U.S. Sentencing Guidelines, address at the U.S. Department of Justice, Washington, DC (March 28, 2006) [with Robert Lande].
A Critique of Cartel Fine Discounting by the U.S. Department of Justice, Purdue University, West Lafayette, IN, September 6, 2007.

International Cartels: Research Overview. Departmental Seminar, Purdue University, September 18, 2007.

A Critique of the U.S. Department of Justice, law offices of Dinker Biddle, Washington, DC, September 29, 2007.

Economic Development of Indiana's Food Processing Industries, joint meeting of the Indiana State Department of Agriculture and the Purdue University Department of Agricultural Economics, West Lafayette, IN, April 16, 2008.

Invited Participant: Comments on papers presented at the Consumer Antitrust Symposium, Loyola University Law School, Chicago, IL, April 25, 2008.

Invited Participant: Comments on papers presented at the Consumer Antitrust Symposium, Loyola University Law School, Chicago, IL, May 1, 2009.

International Cartels and Antitrust Enforcement, presentation at the 10th Annual Meeting of the American Antitrust Institute, "Antitrust in a World without a Center: Global Competition Policy in Perspective," Washington, DC, June 18, 2009.
[http://www.antitrustinstitute.org/archives/files/Breakout%20Report-International%20Cartels_081620091847.pdf]

Panelist, "The Global Food System," on *Worldview*, a nationally syndicated program produced by Chicago Public Radio WBEZ, May 26, 2009. [http://www.wbez.org/content.aspx?audioID=34417]

The Predictability of DOJ Fines, address at the 11th annual meeting of the American Antitrust Institute, Washington DC, June, 2010. [with Douglas Miller] [available, revised March 2013 at http://ssrn.com/abstract=2229300]

Cartels Portrayed, address at the 12th annual meeting of the American Antitrust Institute, Washington DC, June 23, 2011.

Private Recoveries in International Cartel Cases Worldwide: What Do the Data Show? Address at "The Future of Private Antitrust Enforcement," a conference sponsored by the American Antitrust Institute in Washington, DC, December 7, 2011.

Cartels As Rational Business Strategy: New Data Demonstrates that Crime Pays, presented at the Loyola University School of Law's Consumer Law Colloquium. Chicago (April 27, 2012). [with Robert Lande].

Cartels As Rational Business Strategy: Crime Pays, presented at a conference sponsored by the American Antitrust Institute in Washington, DC, December 3, 2011. [with Robert Lande].

Panelist, The Changing World of Antitrust Counseling, 14th Annual Conference of the American Antitrust Institute, Washington, DC, June 12, 2013.
Cartel Overcharges, Speech at the Navigant Economics Conference, "Class Action Landscape: Yesterday, Today, and Tomorrow: Perspectives in Law and Economics," Boston, October, 25, 2013.

Testimony Before the Investigative Commission on Public Contracts in the Construction Industry, Province of Quebec, Montreal, October 28, 2014. (Televised)

[https://www.ceic.gouv.qc.ca/fileadmin/Fichiers_client/fichiers/Transcriptions/2014-10/Transcription_audience_CEIC_2014-10-28.pdf]

The AAI's *2016 Transition Report: Recommendations for U.S. Cartel Enforcement,* Annual Meeting, American Antitrust Institute, Washington DC. (June 18, 2015).

Cartel Fines Are Too Lenient. *GCR Live, "Cartels" Conference.* Organized by the Global Competition Review. Washington, DC (April 5, 2016).

Do Cartel Fines Measure Anti-Competitive Harm?, presentation at the *American Bar Association's 65th Antitrust Law Spring Meeting*, Washington, DC. (March 29, 2017).

The Origins and Uses of the *Private International Cartels* Data Set, OECD Competition Division, Paris, France (October 10, 2017)

## Research Grants and Contracts

John M. Connor (Principal Investigator) and Scott Weimer (Graduate Research Assistant), "The Interrelationship of Technological Change and Market Organization in the U.S. Food System." From the Office of Technology Assessment, U.S. Congress ($27,000; August 1984-October 1986).

John M. Connor (PI) and S.K. Choi (RA), "The Economic Importance and Performance of the U.S. Food Processing Industries." From the Institute of Food Technologists ($13,900; November 1986-June 1987).

John M. Connor (PI) and S.K. Choi (RA), "The Contribution to Economic Development of the Food Processing Industries to the States of the U.S." From Institute of Food Technologists ($14,900; April 1987-June 1988).

Philip E. Nelson, John M. Connor, and Glenn Sullivan (co-PIs), "Quick Response Analyses of Value-Added Opportunities." From Indiana Department of Commerce ($46,000; July 1987-June 1989).

John M. Connor and Stephen Hiemstra (co-PIs), "The Size of the Institutional Market for Tofu in the Great Lakes States." From the Purdue Center for Value Added Research ($2,500; July 1987-March 1988).

John M. Connor (PI) and Thomas Greer (RA), "The Influence of Market Structure on International Trade in Sweeteners." From Economic Research Service, USDA ($17,147; October 1988-September 1989).

John M. Connor (PI), "Food and Agricultural Sciences National Needs Fellowships in International Marketing of Processed Foods." From the Cooperative State Research Service of USDA ($144,000; October 1989-December 1993).

John M. Connor (PI) and Philip Abbott (co-PI beginning 1991), "Organization and Performance of World Food Systems: Implications for U.S. Policies." Special Grants Program, Agriculture

Appropriations bill of U.S. Congress; administered by the Cooperative State Research Service of
USDA. ($94,600 in FY1989; $97,500 in FY1990; $98,000 in FY1991; $100,000 in FY1992; $100,000
in FY1993.)

John M. Connor and Paul V. Preckel (co-PIs), "Economic and Technical Assessment for Proposed
High-Value-Added Investments in Indiana." Indiana Department of Commerce ($2,700; 1990).

Philip E. Nelson and John M. Connor (co-PIs), "Quick Response Analyses of Value-Added
Opportunities." From Indiana Department of Commerce ($20,000; July 1989-June 1991).

John M. Connor (PI), "Internationalization Curriculum Enhancement Award." School of
Agriculture, Purdue University ($l,500; 1990).

John M. Connor (PI), "Economic Research on Problems Related to Agribusiness Restructuring in
the Soviet Union," Purdue University, Global Initiative Faculty Grant ($5,000; January 1992-
September 1993).

John M. Connor (PI), "Alternative Modes of Selling U.S. Processed Foods Abroad," from
Cooperative State Research Service, USDA, National Research Initiative grants competition
($99,000; October 1992-September 1994).

John M. Connor and William Schiek (PIs), "Report on the Economics of the U.S. Food Processing
Industries," Institute of Food Technologists, Research Committee, ($18,000; July 1993-June 1994).

John M. Connor and Filipe Ravara. "Support for Research on Strategic Analysis of Food Processing
Multinationals in Europe," Luzo-American Foundation, Lisbon, Portugal ($10,000; July 1993-May
1994).

John M. Connor. Purdue Research Foundation Grant for Ph. D. student support, Collusion and
Price dispersion" ($14,912; 2004-2006).

## Proprietary Electronic Data Sets

*Private International Cartels.* This spreadsheet, first created ca. 1998, is continuously updated with a rich
assortment of legal and economic data on cartels discovered since 1990. As of 2014, the combined
(Full Data) spreadsheet was a file of 28MB and 3,000,000 data cells. It consisted of observations
more than 1300 cartels and 12,000 cartelists (companies and individual participants). There are also
13 back-up spreadsheets. Sold or excerpted gratis to more than 50 parties.

*The Private International Cartels (PIC) Data Set: Guide and Summary Statistics, 1990-2013: SSRN Working
Paper.* (August 9, 2014). [http://ssrn.com/abstract=2478271] is a description of the extent of the
PIC data, methods of collection, and a summary of its contents. Excerpts made available gratis to
scores of parties. [Archived at Purdue University at http://doi.org/10.4231/R7GF0RPJ]

*Zimmerman-Connor Data on Cartel Duration.* Created 2003-2005. Consists of 237 cartel observations in
a 232KB file.

*Cartel Price-Fixing Overcharges.* A spreadsheet first created ca. 2002 and continuously revised and expanded. The *Master Data Set* in 2014 has 2000+ observations of cartel price effects from about 500 cartel episodes.

*DOJ Cartel Fine Discounts* created 2007-08, consists of 128 sentencing observations. The file is 158KB.

*DOJ Cartel Enforcement 1990-2015,* spreadsheet created late 2007. Contains annual budgets, activities, and enforcement actions with respect to cartels.

## Graduate Theses Directed

1.   Walters, John Michael.  "Some Economic Effects of FTC Regulation of Deceptive Advertising of Grocery Products," M.S. thesis, 1986.

2.   Preston, Warren P.  "An Economic Evaluation of Federal Antitrust Activity in the Manufacturing Industries: 1980-1985," Ph.D. Dissertation, 1987. [Department "Best Dissertation" Award 1988] [currently Associate Deputy Administrator and Chief Economist, Agricultural marketing Service, USDA, Washington, DC]

3.   Hopkins, Yvette.  "A Re-Examination of Event-Studies Applied to Challenged Horizontal Mergers," M.S. thesis, 1987.  [Microbial Ombudsman, Registration of Microbial Pesticides, (703) 308-1090, U.S. Environmental Protection Agency, Washington, DC]

4.   Esslimi, Lahsen.  "Economic Liberalization and Structural Adjustment:  The Moroccan Sugar Policy," Ph.D. Dissertation, 1990. [Economist. Ministry of Agriculture, Kingdom of Morocco]

5.   Greer, Thomas V., "The Impact of Trade Liberalization on the World Sweetener Industry," Ph.D. dissertation, 1992. [Department "Best Dissertation" Award 1993] [Professor, university of Tennessee, deceased]

6.   Möller, Kristian.  "Barriers to Foreign Entry into the Ukrainian Meat Sector Under Alternative Scenarios:  A Qualitative Analysis," M.S. thesis, 1992. [currently Managing Director of FoodPLUS and President of GLOBALG.A.P North America Inc., Cologne, Germany]

7.   Wang, Kai.  "Empirical Determinants of Intra-Firm International Trade by U.S. Manufacturing Industries in the 1980's."  M.S. Thesis, 1994, 68 pages.

8.   Filipe Ravara, "Investment and Divestment by Global Food Companies: A Real-Option-Theory Analysis," Ph.D. Dissertation, August 1994, 228 pages. [Department "Best Dissertation" Award 1995] [currently Strategy Director, Mello Bank, Lisbon, Portugal]

9.      Christopher J. Overend, "The Choice between Exporting and Investing Abroad Facing U.S. Food Manufacturers," Ph.D. Dissertation, Purdue University (December 1996), 121 pp. [currently Senior Economist, Joint Economic Committee, U.S. Congress, Washington, DC]

10.     Jing Liu, "Time Series Study of Foreign Investment and Exports by U.S. Food Processing Multinational Companies," M.S. thesis, Purdue University      (December 1996), 167 pp.

11.     Eric Steinbach, "Evidence on The International Convergence of Consumer Food Expenditures," M.S. thesis, Purdue University (April 1997), __pp. [in absentia]

12.     Chih-Ching Yu, "Testing for Nested Hypotheses among Oligopoly Models Applied to Food Manufacturing," Ph.D. Dissertation, Purdue University (December 1998), 119 pp. [Distinguished Research Award, National Science Council, Taiwan, Ph.D. Dissertation of Chih-ching Yu, J.M. Connor supervisor (June 2000)] [Associate Professor, Department of Business Administration, National Taipei University, Taiwan]

13.     Gregory K. Price, "Modeling Coupon Values for RTE Breakfast Cereals," Ph.D. Dissertation, Purdue University (October 1999), 237 pp. [currently Director, Commodity R&D, CME Group, New York City; formerly economist with USDA and CFTC)

14.     Zimmerman, Jeffrey E., "Determinants of Cartel duration: A Cross-Sectional Study of Modern Private International Cartels," M.S Thesis, Purdue University (May 2005), 80 pp. [former Agricultural attaché, Foreign Agricultural Service, USDA, Brasilia, Brazil; then Minister Counselor, U.S. Embassy, Ottawa, Canada; then FAS-USDA in Washington, DC]

15.     Bolotova, Yuliya, "Three Essays on the Effectiveness of Overt Collusion: Cartel Overcharges, Cartel Stability and Cartel Success," Ph.D. Dissertation, Purdue University (June 2006). [Department "Best Dissertation" Award 2007] [currently, consultant, Russia; formerly Assistant Professor, University of Idaho, Idaho]

16.     Helmers, Gustav. "Location Essays: Texas Hotels." Ph.D. Dissertation, Purdue University (Dec. 2020). [currently Assistant Professor, Hutson School of Agriculture, Murray State University, Murray, Kentucky]

17.     Jing Hao. "Buyers' Cartels: Prevalence and Economic Characteristics." Senior Honors Thesis, Purdue University (May 2011). [Graduate student, Purdue University]

# Exhibit B

## Four Year Testimony List of John Connor, Ph.D.

**OnPoint**

# JOHN M. CONNOR, PH.D.
Senior Consultant

## EXPERT REPORTS, DEPOSITIONS, AND TESTIMONY (2013 – DECEMBER 2017)

*In Re: Wholesale Grocery Products Antitrust Litigation*

Kotchen & Low LLP (2017)

- Expert Report
- Deposition

*Reorganized FLI Inc. v. ONEOK Inc. et al.*

Sharp McQueen, P.A. (2016)

- Expert Report

*In Re: Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Company, Ltd., et al.*

Goldman Scarlato Karon & Penny, P.C. (2015)

- Expert Report

*Matthew Edwards, et al. v. National Milk Producers Federation*

Hagens Berman Sobol Shapiro LLC (2013-2014)

- Expert Reports
- Expert Declaration
- Depositions

*Dahl, et al. v. Bain Capital, et al.*

Scott + Scott LLP (2012-2014)

- Expert Reports

*Dennis Baker, et al. v. Leggett & Platt, Inc., et al.*

Sharp McQueen, PA (2013)

- Expert Report
- Deposition

# Exhibit C

## Materials Reviewed and Relied Upon

## Pleadings and Orders

Amended Complaint, filed August 30, 2016

## Deposition Testimony

Deposition of Dr. Scott Brown, November 7, 2014

Deposition of Calvin Covington, December 6, 2017

Deposition of Frank Johns, December 8, 2017

Deposition of Jerome Kozak, February 5, 2015

Deposition of Dr. Richard Stammer, January 30, 2015

Deposition of Thomas Wegner, January 22, 2015

Deposition of John Wilson, January 8, 2015

Deposition of John Wilson, January 9, 2015

Deposition of Joseph Wright, December 12, 2017

## Industry Interviews

Interview with Graham Leary, Winn Dixie's Vice President of Strategic Sourcing

## Expert Report and Declaration

Declaration of Dr. Scott Brown, September 16, 2016

## Articles, Books & Reports

Arnott, Richard. "Spatial Economics." in Volume IV, pp. 429-431, in Eatwell, John, Murray Milgate, and Peter Newman. The New Palgrave: A Dictionary of Economics: Volumes I to IV. London: Macmillan (1987)

Balagtas, Joseph V. and Sounghun Kim. "Measuring the effects of generic dairy advertising in a multi-market equilibrium." *American Journal of Agricultural Economics* 89, no. 4 (2007): 932-946

Cakir, Metin, and Joseph V. Balagtas. "Estimating market power of US dairy cooperatives in the fluid milk market." *American Journal of Agricultural Economics* 94, no. 3 (2012): 647-658

Connor, John M. and William A. Scheik. F*ood Processing: An Industrial Powerhouse in Transition: Second Edition.* New York: Wiley (1997)

Di Giacomo, Marina. "GMM estimation of a structural demand model for yogurt and the effects of the introduction of new brands." *Empirical Economics* 34, no. 3 (2008): 537-565

Dybvig, Phillip H. and Stephen A. Ross. "Arbitrage." in Eatwell, John, Murray Milgate, and Peter
Newman. *The New Palgrave: A Dictionary of Economics: Volumes I to IV.* London: Macmillan
(1987)

Ellerby, Justin. "Challenges and Opportunities for California's Dairy Economy." California Center for
Cooperative Development, 2010

Food and Agricultural Policy Research Institute. "Documentation of the FAPRI Modeling System."
FAPRI-UMC Report #12-04, 2004, accessed February 3, 2017 at https://fapri.missouri.edu/wp-
content/uploads/2015/03/FAPRI-MU-Report-12-04.pdf

Gould, Brian W. "Factors affecting US demand for reduced-fat fluid milk." *Journal of Agricultural and
Resource Economics* 21, no. 1 (1996): 68-81

Gould, Brian. "Consolidation and concentration in the US dairy industry." *Choices* 25, no. 2 (2010):1-15

Greene, William H. *Econometric Analysis.* Seventh Edition. Boston: Prentice Hall, 2012

Hertel, Thomas W. *Global trade analysis: modeling and applications.* New York, NY: Cambridge
University Press, 1997

Huang, Chung L., and Robert Raunikar. "Household fluid milk expenditure patterns in the south and
United States." *Southern Journal of Agricultural Economics* 15, no. 2 (1983): 27-33

Jesse, Ed and Bob Cropp. "Basic Milk Pricing Concepts for Dairy Farmers." University of Wisconsin
Cooperative Extension Paper #A3379, January 2004

Love, H. Alan, and C. Richard Shumway. "Nonparametric tests for monopsonistic market power
exertion." *American Journal of Agricultural Economics* 76, no. 5 (1994): 1156-1162

Madhavan, Ananth N., Robert T. Masson, and William H. Lesser. "Cooperation for monopolization? An
empirical analysis of cartelization." *The Review of Economics and Statistics* 76, no. 1 (1994):
161-175

Marion, Bruce W. and James M. MacDonald. "The Agriculture Industry." Chapter 1 in *The Structure of
American Industry.* 12th Edition, James Brock (editor). Long Grove, IL: Waveland Press, 2008

Masson, Robert T., and Philip M. Eisenstat. "Welfare impacts of milk orders and the antitrust immunities
for cooperatives." *American Journal of Agricultural Economics* 62, no. 2 (1980): 270-278

Meyers, William H., Patrick Westhoff, Jacinto F. Fabiosa, and Dermot J. Hayes. "The FAPRI Global
Modelling System and Outlook Process." *Journal of International Agricultural Trade and
Development* 6, no. 1 (2010): 1-20

Nicholson, Charles, and Mark Stephenson. "An Analytical Review of a Voluntary Herd Retirement and
Export Subsidy Plan for Dairy Producers." Cornell University Working Paper, Cornell Program
on Dairy Markets and Policy (2007)

Novakovich, Andrew M. "Comparing the Prices of Milk Across the Dairy Value Chain." Cornell
University Briefing Paper (June 2012)

O'Sullivan, Arthur and Steven M. Sheffrin. *Economics: Principles in Action.* New Jersey: Prentice Hall,
2003

Okrent, Abigail and Julian Alston. Demand for food in the United States: A review of literature, evaluation of previous estimates, and presentation of new estimates of demand. Giannini Foundation of Agricultural Economics Working Paper No. 48, University of California, 2011

Park, John L., Rodney B. Holcomb, Kellie Curry Raper, and Oral Capps. "A demand systems analysis of food commodities by US households segmented by income." *American Journal of Agricultural Economics* 78, no. 2 (1996): 290-300

Prasertsri, Peerapon, and Richard L. Kilmer. "The bargaining strength of a milk marketing cooperative." *Agricultural and Resource Economics Review* 37, no. 2 (2008): 204-210

Reed, Albert J., J. William Levedahl, and Charles Hallahan. "The generalized composite commodity theorem and food demand estimation." *American Journal of Agricultural Economics* 87, no. 1 (2005): 28-37

Rubinfeld, Daniel L. "Quantitative methods in antitrust." *Issues in Competition Law and Policy* 723 (2008): 723-742

Saitone, Tina L., and Richard J. Sexton. "Market structure and competition in the US food industries." American Enterprise Institute Working Paper, April 2012

Schlenker, Wolfram, and Sofia B. Villas-Boas. "Consumer and Market Responses to Mad-Cow Disease." University of California, Berkeley CUDARE Working Paper 1023, 2006

Schnepf, Randy. "Dairy Policy Proposals in the 2012 Farm Bill." Congressional Research Service Report 42736, September 2012

Sexton, Richard J. "Industrialization and consolidation in the US food sector: implications for competition and welfare." *American Journal of Agricultural Economics* 82, no. 5 (2000): 1087-1104

Sexton, Richard J., and Nathalie Lavoie. "Food processing and distribution: An industrial organization approach." *Handbook of Agricultural Economics* 1 (2001): 863-932

Shields, Dennis A. "Consolidation and concentration in the US dairy industry." Congressional Research Service Report 41224, April 2010

Street, J. "Demand for Milk." *Review of Marketing and Agricultural Economics* 42, no. 2 (1974): 100-113

U.S. Environmental Protection Agency. "Ag 101: Dairy Production Systems." July 2015, accessed January 31, 2017 at https://www.epa.gov/sites/production/files/2015-07/documents/ag_101_agriculture_us_epa_0.pdf

United States Department of Agriculture. "Federal Milk Marketing Order Program: Understanding the Milk Order Amendment Process." April 2013, accessed January 31, 2017 at https://www.ams.usda.gov/sites/default/files/media/DairyMarketingOrderAmendmentBrochure.pdf

United States Department of Agriculture. *Fluid Milk Consumption in the United States*. By Rhonda Sebastian, Joseph Goldman, Cecilia Enns, and Randy LaComb. Food Survey Research Group Dietary Data Brief No. 3, September 2010

United States Department of Agriculture. *The Demand for Disaggregated FoodAway-From-Home and Food-at-Home Products in the United States.* By Abigail Okrent and Julian Alston. Economic Research Report Number 139, August 2012

United States Department of Agriculture. *The Transformation of US Livestock Agriculture Scale, Efficiency, and Risks.* By MacDonald, James M., and William D. McBride. Economic Research Service Report Number 43, January 2009

Ussif, Al-Amin, and David K. Lambert. "Testing for Noncompetitive Behavior in the US Food Industry." Selected Paper for the Annual Meeting of the American Agricultural Economics Association, Salt Lake City, Utah (1998)


## Websites

CNN. "Mad Cow Disease Fast Facts." July 2, 2013, accessed February 21, 2017 at http://www.cnn.com/2013/07/02/health/mad-cow-disease-fast-facts

Food and Agricultural Policy Research Institute. "About FAPRI." Accessed February 3, 2017, at http://www.fapri.iastate.edu/about.aspx

Food and Agricultural Policy Research Institute. "About FAPRI-MU." Accessed February 3, 2017, at https://www.fapri.missouri.edu/about-fapri/

Food and Agricultural Policy Research Institute. "Food and Agricultural Policy Research Institute (FAPRI)." Accessed February 3, 2017, at http://www.unr.edu/business/research-and-outreach/uced/food-and-agricultural-policy-research-institute-(fapri)

National Milk Producers Federation. "Member Cooperatives." Accessed February 2, 2017 at http://www.nmpf.org/member-cooperatives

United States Department of Agriculture. "Federal Milk Marketing Orders." Accessed January 31, 2017 at https://www.ams.usda.gov/rules-regulations/moa/dairy

University of Missouri. "Contact Us – AMAP." 2013, accessed February 3, 2017 at http://amap.missouri.edu/contact-us.html

USDA. "USDA ERS Documentation." October 12, 2016, accessed November 28, 2016 via https://www.ers.usda.gov/data-products/price-spreads-from-farm-to-consumer/documentation/

Wisconsin Dairy. "Milk Facts." Accessed March 15, 2017 at http://www.americasdairyland.com/dairy/milk/milk-facts


## Data

Bureau of Labor Statistics. "Ground Beef U.S. City Average." Accessed December 16, 2016 at https://data.bls.gov/timeseries/APU0000703112

Bureau of Labor Statistics. "CPI Detailed Report." Accessed December 16, 2016 at https://www.bls.gov/cpi/cpid1611.pdf

Environmental Working Group. "Dairy Program Subsidies: 1995-2014." Accessed March 15, 2017 at
https://farm.ewg.org/progdetail.php?fips=00000&progcode=dairy

OFX. "Historical Exchange Rate." Accessed April 5, 2017 at https://www.ofx.com/en-us/forex-
news/historical-exchange-rates/

Quandl. "Currency Exchange Rates –USD vs VND. Accessed April 5, 2017 at
https://www.quandl.com/data/CURRFX/USDVND-Currency-Exchange-Rates-USD-vs-VND

United States Bureau of Economic Analysis, Disposable Personal Income Summary, 1995-2013, accessed
December 16, 2016 at https://www.bea.gov/

United States Census Bureau, Annual Estimates of the Resident Population by Sex and Age, 1995-2013,
accessed December 16, 2016 at https://www.census.gov/

United States Census Bureau, Populations of Metropolitan Areas, 1995-2013, accessed December 16,
2016 at https://www.census.gov/

United States Department of Agriculture, "Dairy products: Per capita consumption, United States
(Annual)." September 2, 2016, accessed February 3, 2017 at https://www.ers.usda.gov/data-
products/dairy-data/

United States Department of Agriculture, "Fluid milk sales by product (Annual)." September 2, 2016,
accessed February 3, 2017 at https://www.ers.usda.gov/data-products/dairy-data/

United States Department of Agriculture's Economic Research Service, Feed Grains Database, accessed
December 15, 2016 at https://data.ers.usda.gov/FEED-GRAINS-custom-query.aspx

United States Department of Agriculture. "National milk cost of production.xls" updated December 7,
2017, accessed December 13, 2017 at https://www.ers.usda.gov/data-products/milk-cost-of-
production-estimates

United States Department of Agriculture's Economic Research Service, Milk production costs and returns
per hundredweight (cwt) sold, 2000-2015, accessed December 16, 2016 at
https://www.ers.usda.gov/data-products/commodity-costs-and-returns/commodity-costs-and-
returns/#Recent Costs and Returns

United States EIA. "Electricity Data Browser." Accessed December 16, 2016 at
http://www.eia.gov/electricity/data/browser/

United States Energy Information Administration, Gulf Coast Gasoline and Diesel Retail Prices, 1995-
2013, accessed December 16, 2016 at http://www.eia.gov/

United States Energy Information Administration, Lower Atlantic Gasoline and Diesel Retail Prices,
1995-2013, accessed December 16, 2016 at http://www.eia.gov/

United States Energy Information Administration, Midwest Diesel Retail Prices, 1995-2013, accessed
December 16, 2016 at http://www.eia.gov/

USDA Foreign Agricultural Service. "Global Agricultural Trade System." Accessed February 14, 2017 at
https://apps.fas.usda.gov/gats/default.aspx

USDA National Agricultural Statistics Service. "Quick Stats." Accessed February 14, 2017 at
https://quickstats.nass.usda.gov/.

Winn-Dixie. Milk Purchases from C&S After Transfer of Warehouse Operations, "Milk Purchases from
    C and S after warehouse transfer 2013.xlsx"

## Bates Numbered Documents and Data

| | |
|---|---|
| BROWN-MU 0000006-08 | NMPF0026235-6242 |
| BROWN-MU_0000390 | NMPF0026613-6620 |
| BROWN-MU_0000574-587 | SMI-000137-173 |
| BROWN-MU_0003688 | SMI-000327-374 |
| BROWN-MU_0003728 | SMI-001654-1925 |
| BROWN-MU_0003729-744 | SMI-007361-7464 |
| DFA2013-00027624-636 | WD1143_000299 |
| DFA2013-00037605 | WD1143_000300 |
| DFAWD-00000030 | |
| NMPF0002599-2648 | |
| NMPF0005170 | |
| NMPF0005177 | |
| NMPF0006110-152 | |
| NMPF0008695 | |
| NMPF0008700-8707 | |
| NMPF0011018-094 | |
| NMPF0013488-489 | |
| NMPF0013716 | |
| NMPF0013775 | |
| NMPF0013779 | |
| NMPF0018344-354 | |
| NMPF0021004-1007 | |
| NMPF0024092-4103 | |
| NMPF0025083-088 | |
| NMPF0025995-26016 | |
| NMPF0026128-6144 | |