# EXHIBIT 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC., and  )
BI-LO HOLDINGS, LLC,          )
          Plaintiffs,         )
     vs.                      ) 3:15-cv-1143-BJD-PDB
SOUTHEAST MILK, INC., et al., )
          Defendants.         )

VIDEOTAPED DEPOSITION

OF

JOHN M. CONNOR, PH.D.

Tuesday, February 13, 2018

9:04 a.m.

Reported by:

Juliana F. Zajicek, RPR, CSR

Job No. 20714

Page 50

```
 1  removal of the butter fat in the process before it
 2  ends up in the consumer packaging, correct?
 3      A.  Yes.  Butter fat is -- is then, perhaps,
 4  used to -- to make -- to make butter or other higher
 5  fat dairy products.
 6      Q.  Okay.  Would -- would that excess cream,
 7  butter fat, be used for fresh dairy products?
 8      A.  Yes, if you include in fresh dairy
 9  products all of the products that Classes I, II, III,
10  and IV are used for.  So, fresh dairy products is --
11  is a term that I adopted from the Complaint.  It's
12  possible that some consumers may not regard aged
13  cheeses as a fresh dairy product.  On the other hand,
14  even aged cheeses have an expiration date or a sell by
15  date on them.  So, I mean, they -- they need to be --
16  they need to be used up from some date of purchase
17  at -- at retail.  So in that sense, they are
18  perishable products to some extent.
19          But, of course, fluid milk is -- is the
20  outstanding example of a highly perishable milk with a
21  very -- a very nearby sell by or -- or use by date
22  stamped on it.  Those are -- those are probably from a
23  consumer's point of view considered fresher dairy
24  products, but even the -- even the more highly
```

Page 51

```
 1  processed products like cheese and butter do have
 2  expiration dates and so they are -- they are
 3  perishable to some extent.  So I use the term "fresh
 4  dairy" simply for convenience for this report.
 5      Q.  Okay.  So to you "fresh dairy" includes
 6  essentially all dairy products?
 7      A.  Yes, just for the purposes of this report
 8  and to be consistent with the Complaint.  Probably in
 9  my previous writings I would have -- I would have
10  distinguished between products with a sell by date of
11  less than a month, something like that, versus
12  products that have very lengthy sell by dates.  I
13  guess powdered milk and -- and butter would be the
14  outstanding examples of products that can be kept for
15  a long time by the -- by the store or by the consumer
16  without -- without deteriorating or becoming unusable.
17      Q.  Okay.  Is the definition of "fresh dairy
18  products" that you're using for the purposes of your
19  report in this case consistent with the way that the
20  term "fresh dairy products" is used in the industry?
21      MR. AHERN:  Object to the form.
22  BY THE WITNESS:
23      A.  It -- it is -- it -- it is likely that
24  people in the industry distinguish between highly
```

Page 52

```
 1  perishable fresh dairy products, such as beverage
 2  milk, cream, half and half, maybe some yogurts would
 3  be in the very fresh category, cottage cheese has a
 4  less than one-month usability typically for a
 5  consumer.  So those -- those types of products might
 6  be regarded by most people in the industry, or I
 7  believe they are regarded by most people in the
 8  industry as fresh dairy products.
 9          The term "fresh dairy products" may or may
10  not be applied by people in the industry to cheese,
11  butter and powdered milk.
12      Q.  In the Edwards litigation, did you offer
13  an opinion on the definition of fresh dairy products?
14      A.  I don't recall.
15      Q.  For ease of reference, I'm going to go
16  ahead and mark a bunch of stuff from Edwards, just to
17  make life easy.  So -- well, let me -- let me start
18  with small steps.
19          In the Edwards litigation, you prepared a
20  number of reports?
21      A.  Yes.  Three, I believe.
22      Q.  So you prepared a report in support of the
23  Motion For Class Certification, is that correct?
24      A.  Yes.
```

Page 53

```
 1      Q.  You did a rebuttal declaration in support
 2  of class certification?
 3      A.  Yes.
 4      Q.  You prepared a supplemental declaration in
 5  support of Motion For Class Certification?
 6      A.  That is correct.
 7      Q.  You prepared a report on the merits, is
 8  that correct?
 9      A.  If I could look at it I -- to be sure.  I
10  had sort of forgotten that one.
11      Q.  Okay.
12      A.  So maybe there were four reports.
13      Q.  There is more.
14      A.  Yeah.
15      Q.  You prepared a supplemental rebuttal
16  declaration and a rebuttal report on the merits.
17          Does that sound --
18      A.  My goodness, I wrote a lot, didn't I.  I
19  had forgotten all of those other reports.
20      Q.  Okay.
21      A.  Are they -- are they --
22      Q.  I'm happy to --
23      A.  They are all public?
24      Q.  No.
```

Page 74

1 reason that you include Class III and Class IV
2 products in the Winn-Dixie case is because you've been
3 instructed to do so?
4     MR. AHERN:  Objection to the form.  It
5 mischaracterizes his testimony.
6 BY THE WITNESS:
7     A.   Not -- I was not instructed.  I was --
8 before I agreed to work on the case, I read the
9 Complaint and in order to decide whether Plaintiffs in
10 this case had a -- had a strong case, a possibility
11 of -- of winning the case, and I concluded from the
12 Complaint that there seemed to be a fairly strong -- a
13 fairly strong case and the term "fresh dairy products"
14 was used in the Complaint, so in order not to confuse
15 the judge, who is going to be the reader of this
16 expert opinion, and the reader of the Complaint, I
17 used the same word for fresh dairy products.
18         But I admit, of course, in prior testimony
19 that consumers and members, people in the industry may
20 not think of fresh dairy products.  So it's simply a
21 term of art adopted for this particular case.
22 BY MR. MILLER:
23     Q.   Can you point me to any scholarly articles
24 that treat butter as a fresh dairy product?

Page 75

1     MR. AHERN:  Object to the form.
2 BY THE WITNESS:
3     A.   I have reviewed the scholarly articles in
4 my Exhibit C, which is Exhibit 4 for this case, and I
5 do not see any there that I recall having read that
6 regard butter as a, quote, fresh dairy product,
7 unquote.
8 BY MR. MILLER:
9     Q.   Any of those scholarly article treat
10 cheese as a fresh dairy product?
11     MR. AHERN:  Object to the form.
12 BY THE WITNESS:
13     A.   Well, there are some cheeses that are
14 called fresh because they are not aged.  Brie is an
15 example of a cheese that would probably be called
16 fresh cheese.  Mozzarella would be another that was
17 probably called fresh cheese because its sell by date
18 or use by date is -- is a few days or a week or -- a
19 week at the most.  There are some cheeses that are
20 quite fresh, cottage cheese, but that's in a different
21 category, I suppose.  And then you have aged cheeses.
22         I think the fresh cheeses would be
23 regarded as a fresh dairy product, the two examples I
24 gave, but cheddar cheese and others that are aged for

Page 76

1 months would not be regarded as fresh by people in the
2 industry, and probably by academic writers as well.
3 BY MR. MILLER:
4     Q.   Examining Winn-Dixie's purchase data, what
5 percent of their cheese purchases were of aged cheese
6 versus fresh cheese?
7     A.   I -- I don't know.  We did not analyze
8 that breakdown.  I mean, we -- we had the information,
9 we had the -- all -- information on every product
10 identified by sometimes several words, four or five
11 words were used to describe it, so it would -- it
12 would have been possible to break out cheeses that had
13 a one, two, three-week expiration date versus those
14 that were -- had expiration dates of a month or more,
15 which might be a -- a reasonable breakdown between,
16 quote, fresh cheeses and aged cheeses.  We could have
17 done it, but we didn't because we were looking --
18 our -- our objective was to look at the four classes
19 of milk and the products derived therefrom.  So it was
20 unnecessary to do it for our purposes.
21     Q.   So, therefore, for purposes of your
22 analysis in this case, all cheeses were treated
23 together, whether they were what you are now calling
24 fresh cheeses versus aged cheeses?

Page 77

1     A.   We analyzed the OOPs for the four
2 different classes.  One of those classes contains most
3 of the products in -- in a store called cheese.  I
4 think cottage cheese might be an exception, but I'd
5 have to -- I'd have to look again.  So that's my
6 answer.
7     Q.   Let's -- let's go back to Exhibit 4.
8         We previously noted that you had an
9 interview with Graham Leary, and that's mentioned in
10 Exhibit 4, correct?
11     A.   That is correct.
12     Q.   How many times did you speak with
13 Mr. Leary?
14     A.   Once.
15     Q.   Okay.  And when did that take place?
16     A.   Somewhere between two and four months ago.
17     Q.   How long did your interview last?
18     A.   Almost an hour.
19     Q.   Did that take place in person?
20     A.   It was a conference call in which he was
21 included, I was included, yes.
22     Q.   Who else was on that call?
23     A.   I think it was Mr. Ahern.
24     Q.   Anybody else?