# EXHIBIT 2

```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION



  WINN-DIXIE STORES, INC.,
  and BI-LO HOLDINGS, LLC,

         Plaintiffs,

  vs.                         CASE NO.:  3:15-cv-1143-J-39PDB


  SOUTHEAST MILK, INC.,
  et al.,

         Defendants.


  * * * * * * * * * * * * * * * * * * * * * * * * *

                             VOLUME I

                      (Pages 1 through 126)


  DEPOSITION OF:    GRAHAM LEARY

  DATE TAKEN:       March 6, 2018

  TIME:             9:03 a.m. - 3:50 p.m.

  PLACE:            Akerman, LLP
                    50 North Laura Street, Suite 3100
                    Jacksonville, Florida 32202


  TAKEN BEFORE:     Lisa McCormack, RMR
                    and Notary Public


  * * * * * * * * * * * * * * * * * * * * * * * * *
```

Case 3:15-cv-01143-BJD-JBT   Document 363-2   Filed 12/11/19   Page 3 of 6 PageID 31768

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018
Pages 34..37

Page 34

1  premium in order to purchase raw milk from cows not
2  treated with rBST?
3     A.  I believe so.
4     Q.  That was a flat premium, was it not?
5        MR. AHERN:  Object to the form.
6     A.  To my knowledge, it was.
7        THE VIDEOGRAPHER:  Excuse me, I hate to
8  interrupt.  Mr. Ahern, your microphone I think is --
9        MR. AHERN:  It fell off.  Can I put it on my
10 tie?
11       THE VIDEOGRAPHER:  Yes.
12       MR. AHERN:  Okay.
13       (Whereupon, Defendants' Exhibit Number 7 was
14 marked for identification.)
15    Q.  I'm going to show you Exhibit 7.  This is an
16 exchange between Don Breen and Frank Johnson at Dairy
17 Farmers of America, starting in May of 2007 and
18 concluding on June 26, 2007.  Have you seen this before?
19    A.  I believe so.
20    Q.  On the second page, the original e-mail from
21 Mr. Breen, you wrote that "Per our conversation, the
22 Winn-Dixie Hammond dairy will be switching to rBST-free
23 milk."  And then two sentences later, you wrote "After
24 September 1, the Hammond dairy will only accept
25 rBST-free milk."

Page 35

1       So in this instance, for Hammond, Mr. Breen, on
2  behalf of that plant, was insisting that any milk
3  delivered to that plant would be rBST-free; is that
4  right?
5     A.  I don't have the background specifically on
6  that; but just going on what it reads, it appears to
7  read that.
8     Q.  Then on the front page, in the e-mail to Mr.
9  -- or from Mr. Johnson --
10       (Telephone interruption.)
11       THE VIDEOGRAPHER:  Do you want to go off the
12 record?  We're off the record at 9:42.
13       (A recess was had.)
14       THE VIDEOGRAPHER:  We're back on the record at
15 9:43.
16    Q.  Okay.  Mr. Leary, looking at the first page of
17 Exhibit 7, in the e-mail to Don Breen from Frank
18 Johnson, the third paragraph, the first sentence reads
19 "The regularly announced prices and premiums will apply
20 to this milk, plus an rBST-free premium of 50 cents per
21 hundredweight on all milk delivered to the plant."
22       Is it fair to say that Winn-Dixie was willing
23 to pay that premium in order to obtain rBST-free milk?
24    A.  Based on my knowledge, yeah.  Yes.
25       (Whereupon, Defendants' Exhibit Number 8 was

Page 36

1  marked for identification.)
2     Q.  I'll show you Exhibit 8.  This is a composite
3  exhibit produced by Winn-Dixie, and it starts with a
4  price announcement from Southeast Milk and then there's
5  a pricing letter second page, some additional
6  information.  Have you seen this composite exhibit
7  before?
8     A.  I believe so.
9     Q.  In preparing for this deposition?
10    A.  Yeah, I believe so.
11    Q.  Winn-Dixie received monthly price announcements
12 from Southeast Milk regarding its raw milk purchases,
13 did it not?
14    A.  I believe we did, yes.
15    Q.  And SMI always identified the premium
16 associated with the rBST-free raw milk, correct?
17    A.  I believe somewhere it was stated in the -- in
18 each month announcement.
19    Q.  Do you recall that it went up from 50 cents per
20 hundredweight to 90 cents per hundredweight in 2008?
21    A.  I don't recall that.
22    Q.  Do you recall any increase at all in the
23 rBST-free premium?
24    A.  I don't recall that, no.
25    Q.  If you look at the fourth page of this exhibit,

Page 37

1  the number on the bottom is 50.  Do you know who
2  prepared this chart?  And the same question really would
3  apply to the next two pages as well.  It starts off with
4  class 1 pricing for Plant City dairy and then class 1
5  pricing for Hammond dairy, and then class 2 pricing for
6  ice cream.
7        Do you know who prepared these charts?
8     A.  I do not.
9     Q.  Do they look familiar to you at all?
10    A.  Vaguely.  I think I reviewed them when I
11 reviewed the documents, but they don't look very
12 familiar.
13    Q.  Okay.  If you look at all three charts, the
14 non-rBST premium is broken out a separate line item as
15 an additional charge.  Do you see that?
16    A.  Non-rBST premium?
17    Q.  Right.
18    A.  I see that on the first one.  I see it on the
19 second one and the third one.
20    Q.  Do you know why that was broken out on the
21 chart?
22    A.  I don't.
23    Q.  Do you know why the over-order premium was not
24 broken out on the charts?
25    A.  I don't.

Case 3:15-cv-01143-BJD-JBT   Document 363-2   Filed 12/11/19   Page 4 of 6 PageID 31769

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME I on 03/06/2018                                      Pages 38..41

Page 38

1  Q. If you look at the last page of the exhibit
2  numbered 56, I believe the heading of this is
3  "Winn-Dixie Transfer Price Notification Review." Have
4  you seen this document before?
5  A. I don't recall seeing this document.
6  Q. Does this format look familiar to you?
7  A. It doesn't.
8  Q. Are you able to explain what this document
9  represents?
10 A. I think I would need more time to study it. It
11 appears to have a breakdown of cost of product,
12 ingredients, packaging, freight, variable cost, total
13 cost. It's a little hard to see on the left-hand side,
14 but it appears to be various product categories.
15 Prestige would probably be ice cream, milk, other
16 products that probably were made at the plant.
17 Q. Do you know why this was prepared?
18 A. I don't.
19 Q. And I think you might have answered this, but
20 do you know who prepared it?
21 A. No, I don't.
22    (Whereupon, Defendants' Exhibit Number 9 was
23    marked for identification.)
24 Q. I'll show you Exhibit 9. This is another
25 document. This was produced by Winn-Dixie. It's a

Page 39

1  memorandum from Joe -- is it Ragase?
2  A. Uh-huh.
3  Q. -- to you. The subject is "Milk and Butterfat
4  Pricing," and it's dated January 3, 2008. First of all,
5  what position did Mr. Ragase hold?
6  A. He, at the time I joined the company, was a
7  director of strategic sourcing.
8  Q. Did he report directly to you?
9  A. He did.
10 Q. How long was he with Winn-Dixie?
11 A. I don't recall, but I think he was with the
12 company quite some time. I don't know exactly how long
13 he was with the company.
14 Q. Do you know when he left?
15 A. Possibly a year or within a year after I joined
16 the company.
17 Q. Was he let go or did he leave voluntarily?
18 A. He let go.
19 Q. I'm sorry?
20 A. He let go.
21 Q. He let go?
22 A. He was let go.
23 Q. He was let go?
24 A. Yes. He was terminated, yeah.
25 Q. Do you know what prompted Mr. Ragase to send

Page 40

1  this memorandum to you?
2  A. My best recollection is it was probably around
3  the time we were working on the -- it's dated 2008 -- on
4  the milk plant sale, and it was probably to help provide
5  some information to myself and Ms. Reinken as to the
6  general mechanics of milk pricing.
7  Q. Did you ask him to prepare this?
8  A. I don't recall.
9  Q. Who is Sheila Reinken?
10 A. Sheila was the treasurer.
11 Q. Of which entity?
12 A. Winn-Dixie Stores.
13 Q. Is she with Winn-Dixie Stores today?
14 A. No.
15 Q. When did she leave?
16 A. I don't know exactly when she left, but
17 probably around 2009, I would say.
18 Q. Was she terminated?
19 A. I don't recall.
20 Q. How long was she with Winn-Dixie?
21 A. I think she had been with the company maybe a
22 year prior to me, but I'm just estimating that.
23 Q. In this document, under the "Raw Milk Pricing"
24 heading, there is a reference to prices for raw milk
25 purchases. And the second sentence reads "These are

Page 41

1  established each month based on supply and demand
2  factors that are also influenced by federal and state
3  dairy programs."
4     Is that consistent with your understanding?
5     MR. AHERN: Object to the form.
6  A. I'm not sure I understand what "state dairy
7  programs" is.
8  Q. Okay. But otherwise it's --
9  A. "Federal" I understand.
10 Q. Okay. All right.
11    MR. AHERN: Object to the form.
12 Q. At the end of that section, in the last
13 sentence of the second paragraph, it reads "Internally
14 these prices are used along with cost for other
15 ingredients, packing, labor, freight, and overhead to
16 develop the internal transfer prices to retail."
17    Do you see that?
18 A. No, I don't.
19 Q. It would be this sentence here (indicating),
20 the last sentence of that paragraph.
21 A. "Internally, these prices are used along with
22 cost for other ingredients, packaging [sic], labor,
23 freight, to develop the internal transfer prices to
24 retail."
25    Uh-huh.

```
 1                  UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
 2                      JACKSONVILLE DIVISION

 3

 4   WINN-DIXIE STORES, INC.,
     and BI-LO HOLDINGS, LLC,
 5
            Plaintiffs,
 6
     vs.                       CASE NO.:  3:15-cv-1143-J-39PDB
 7

 8   SOUTHEAST MILK, INC.,
     et al.,
 9
            Defendants.
10

11   * * * * * * * * * * * * * * * * * * * * * * * * *

12                          VOLUME II

13                   (Pages 127 through 225)

14
     DEPOSITION OF:     GRAHAM LEARY
15
     DATE TAKEN:        March 6, 2018
16
     TIME:              9:03 a.m. - 3:50 p.m.
17
     PLACE:             Akerman, LLP
18                      50 North Laura Street, Suite 3100
                        Jacksonville, Florida 32202
19

20   TAKEN BEFORE:      Lisa McCormack, RMR
                        and Notary Public
21

22   * * * * * * * * * * * * * * * * * * * * * * * * *

23

24

25
```

Case 3:15-cv-01143-BJD-JBT   Document 363-2   Filed 12/11/19   Page 6 of 6 PageID 31771

WINN-DIXIE STORES, INC. and BI-LO HOLDINGS, LLC vs SOUTHEAST MILK, INC., ET AL.
GRAHAM LEARY - VOLUME II on 03/06/2018
Pages 140..143

Page 140

1  "Denied."  Do you see that?
2     A.  Uh-huh.
3     Q.  So is it your understanding that Class 2
4  products are not the subject of the lawsuit, that you're
5  not suing over Class 2 product?
6     A.  No.
7     Q.  So it says "encompasses those products."  That
8  means includes, right?
9     A.  Right.
10    Q.  Class 2 products.  As I read this, it's saying
11 that the fresh milk products do not include Class 2
12 products.  Do you see that?  I mean, I'm trying to
13 understand this denial.
14    A.  (Reading).
15        I'm not sure I fully understand.
16    Q.  You're not sure you fully understand why it's
17 denied?
18    A.  I'm not sure I understand that.  My
19 understanding is that Class 2 -- that all milk products,
20 Class 1, 2, 3, and 4, is included.
21    Q.  In the lawsuit?
22    A.  Yes.
23    Q.  That you're seeking damages for purchases of
24 all of those products?
25    A.  Yes, that's my understanding.

Page 141

1     Q.  So you've seen the complaint, correct?
2     A.  Yes.
3     Q.  And the Class 3 cheese and Class 4 butter, the
4  words "butter" and "cheese" aren't specifically
5  referenced as products that you're claiming under, are
6  they?
7     A.  I'd have to go back and look at the complaint.
8  I believe they were.
9     Q.  Do you understand that they're included in the
10 term "fresh milk products," butter and cheese?
11    A.  Yes.
12    Q.  That's your understanding?
13    A.  Yes.
14    Q.  So it's your understanding under Number 4 that
15 Class 3 and Class 4 products are included as fresh milk
16 products, but not Class 2 products?
17        MR. AHERN:  Object to the form.  Asked and
18    answered.
19        MR. SOLBERG:  I think he said he didn't
20    understand.
21        MR. AHERN:  He also said he understood it could
22    be covering all classes.
23        MR. SOLBERG:  He can testify.  The record will
24    be what it is.
25        MR. AHERN:  Yeah.

Page 142

1     A.  Covering all classes.
2     Q.  How did you gain that understanding?
3     A.  In reviewing the complaint.
4     Q.  Did you speak to others at Winn-Dixie to get
5  that understanding?
6     A.  I don't recall doing so.
7     Q.  This isn't something that you raised with any
8  of the other individuals that were involved personally
9  in the purchase of milk products, correct?
10    A.  That's correct.  I did not.
11    Q.  You didn't speak to them about it?
12    A.  No.
13    Q.  I'd like to you turn to Page 7, please.
14 Request Number 12, it says "Admit that Winn-Dixie did
15 not purchase any fresh milk products from Agri-Mark
16 before January 1, 2010."
17        Do you see that?
18    A.  Yes.
19    Q.  And then it just says "The answer is plaintiffs
20 state they lack knowledge sufficient to admit or deny
21 the request.  Investigation continues."
22        Is there an ongoing investigation into this as
23 we sit here today?
24    A.  There could be.  I'm not sure.
25    Q.  Do you know what the answer is, whether it

Page 143

1  should be admitted or denied?
2     A.  My understanding is it's admitted.
3     Q.  Your understanding is that Number 12 would be
4  admitted?
5     A.  Included.
6     Q.  I'm sorry?
7     A.  Admit that Winn-Dixie did not purchase any --
8  my understanding is we did purchase and that's included
9  in the lawsuit.
10    Q.  That you did purchase products from Agri-Mark
11 before January 2010?
12    A.  Okay.  I'm not familiar with exact dates.
13    Q.  I have the same questions for Number 13 below
14 it.  It has the same date.
15    A.  Same answer.
16    Q.  So you don't know whether it should be admitted
17 or denied?
18    A.  I don't know.
19    Q.  And you don't know what the extent of the
20 investigation is that's continuing, if any?
21    A.  I do not know.
22    Q.  I'd like to go back if we could, sir, to
23 Exhibit 27, which is plaintiffs' response to Defendant
24 DFA's first set of interrogatories.  We looked at this
25 earlier for the list of individuals with knowledge.  I'd