# EXHIBIT 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

- - - - - - - - - - - - - - - -X

MATTHEW EDWARDS, et al., : Case No.
individually and on behalf : 11-CV-04766-JSW
of all others similarly :
situated, :
Plaintiffs, : Consolidated with
vs. : 11-CV-04791-JSW
NATIONAL MILK PRODUCERS : And 11-CV-05253-JSW
FEDERATION, aka :
COOPERATIVES WORKING :
TOGETHER; DAIRY FARMERS OF :
AMERICA, INC.; LAND O'LAKES, :
INC.; DAIRYLEA COOPERATIVE, :
INC.; and AGRI-MARK, INC., :
Defendants. :

- - - - - - - - - - - - - - - -X

Videotaped 30(b)(6) Deposition of

NATIONAL MILK PRODUCERS FEDERATION,

By and Through its Corporate Designee,

JEROME KOZAK

(Cont'd On Page 2:)

maturity of the program, as it continued, was there were a number of farmers who had Bred Heifers. And obviously this is a -- a cow that's now been bred, and that's the natural course of the farming operation.

And when that farmer was going out of business and applying in the herd retirement, there were a number of farmers who talked to us about also being incentivized for their Bred Heifers. Because if I was a farmer, I applied to the CWT program, and I was -- I was literally going to retire, we were taking their milking and dry cows, but we weren't taking their Bred Heifers. And those Bred Heifers had to be dealt with; they had to be fed.

And, of course, there were two options. The farmer could sell those Bred Heifers to their neighbors, some other producer or -- or, as they suggested, they could be included in the bid process and we agree to pay a fixed num- -- number for them.

It was really more of a matter of convenience for the farmer than anything else.

**Q** So just -- and I do apologize for my ignorance on this, but can you clarify that,

meaning, what is a Bred Heifer?

Why is it distinguished from other -- from another dairy cow?

A Okay. And, by the way, don't apologize because this is -- I didn't grow up on a dairy farm, and I had to learn this myself, so . . .

You know, what happens is life out on the farm is that a cow first has to be bred, and generally you are breeding a one- to two-year-old cow. That's a Heifer. Once that cow becomes pregnant, we call it a Bred Heifer because that Heifer hasn't -- is still a younger animal.

Then, of course, the calf is born, and it could be a male or female. And then that Heifer begins lactating and producing milk. That -- before that, there was -- there is no milk production.

And then that cycle continues to go on because, remember, at the end of the day, dairy -- we make cows, not milk. Farmer -- dairy cows, the -- that is our product. We -- we -- we make cows. We raise, produce and breed cows.

It's probably more --

**Q** So --

A -- than you needed to know, but --

**Q** So it -- no, that -- no, that was good. Thank you.

So a Bred Heifer is a pregnant cow; is that right?

A Yes.

**Q** All right. And in the program, at least as of -- at -- at some point, are you telling me that the program -- the Herd Retirement Program was not purchasing the Bred Heifer but was purchasing only those cows that were either dry cows or were milk-producing cows --

MR. EWING: Objection --

BY MR. EWING:

**Q** -- is that correct?

MR. EWING: Oops, sorry, Jeff.

Objection as to form.

THE WITNESS: The -- the program initially, and for some time -- I don't recall the exact time when the Bred Heifer option was changed. There's probably some record that shows that clearly.

But, yes, we would only -- the -- the -- the -- the agreement was that when you bid your herd, we would only pay for the milking and the -- the dry cows.

BY MR. FRIEDMAN:

**Q** And, so, then the pregnant cow that was not being purchased pursuant to the Herd Retirement Program, if the dairy producer was going out of business entirely, or leaving, exiting, the Bred Heifer would either be sold to another dairy farm or would be slaughtered for use of her -- for meat; is that correct?

MR. EWING: Objection as to form.

THE WITNESS: I would say that those were at least two likely scenarios.

BY MR. FRIEDMAN:

**Q** Is the third a pet? I don't -- what -- what's the third?

A Not to be facetious about this because I know this is -- it -- but it -- it is possible. There were -- there were dairy farmers who did keep -- you understand, this is their life. So I -- I -- you know, in testimony here, I cannot say that -- sometimes they could have been kept as pets.

**Q** Okay. So -- or the Bred Heifers could have been kept and the cow could have had the calf and then could have stayed in the business and continued to produce milk; right?

BY MR. FRIEDMAN:
Q So what I would like to do, Mr. Kozak, is look at Exhibit 13 and tell me what it is.
A (Witness reviews document.)
Mr. Friedman, this appears to be a question and answer to me. I -- I can't discern at the moment on which -- what this document relates to. There's no heading. There's no -- at least I -- I haven't seen it -- a date. And I don't see anything that I could --
Q So let me see if I could help you. If you go to the metadata, the last page --
A Okay. That -- all right. And that's page --
Q -- you'll see the custodian being Christopher Galen. You'll see the file name J.KOZAK.doc. You'll see the date created, December 11th, 2003, 2:44 p.m.
A Okay.
Q You will see the source folder path which includes Chris Galen's name as well as CWT/Fratelli work/video project --
A Okay.
Q -- 2003 video --
A Okay.

[Page 158]

Q -- J.KOZAK.doc.
A Yeah.
Q Do you see all that?
A Yeah, that's extremely helpful.
Q Okay.
A So --
Q So looking at the metadata associated with this document as well as the substance of the document, what do you believe this document is?
A I -- again, thank you for getting me to the last page.
I believe that this document is a -- I can only -- a draft script that was prepared in conjunction with the vid- -- the first video that I was referring to earlier.
Q Thank you.
So what I'd like to do, based on some conversation with counsel off the record we had, I'd like to just talk to you briefly and then maybe show you a subset of documents, as opposed to dozens and dozens of documents, about the -- the following area.
First of all, you -- National Milk agrees that it, through CWT and otherwise, monitored the details and tried to estimate the

[Page 159]

effects of the Herd Retirement Program; correct?
A Can -- I -- I -- that question wasn't quite clear to me.
MR. FRIEDMAN: Could you repeat the question and see if it works?
(The Record was read as requested.)
MR. EWING: Objection: form.
THE WITNESS: Yeah, I was not clear of the word "monitor." So now that she's repeated it, that -- my answer is that -- understanding the question now -- is that certainly through the course of the CWT program, it was National Milk's staff's responsibility in managing the program to monitor the program and to try to estimate its impacts.
BY MR. FRIEDMAN:
Q So one of the reasons -- and I think you alluded to it earlier -- that it was important for National Milk to monitor the program was in order to try and maintain the program, what National Milk viewed as the integrity of the program; correct?
MR. EWING: Objection: form.
THE WITNESS: I guess, you know, the word "monitor" has a number of different meanings.

[Page 160]

But if we -- if we agree that the word "monitor" related, in our opinion, to making sure that all of the rules and regulations that were adopted under the program were adhered to, then I would agree, yes, that's -- that was the case.
BY MR. FRIEDMAN:
Q Well, National Milk went so far as to require the ears of slaughtered cows to be sent to its offices; right?
A Right.
Q So that's some form of monitoring --
A Okay.
Q -- correct?
A Agreed. Agreed. I just wanted to make sure I was clear on -- on what you were -- agreed.
Q Okay. Now, one -- one method that National Milk used to estimate the impact of the Herd Retirement Program was to rely on a -- the stud- -- the economic studies of Dr. Scott Brown; right?
A That's correct.
Q Was there -- other than the economic studies of Dr. Brown, was there any other economic studies that National Milk relied on to assess the impact that the Herd Retirement Program had on

[Page 161]

A Okay. I got it. I'll click on it here.

Q Tell me --

A Okay. I got it.

Q Tell -- tell me if you recognize it and what -- what it is.

A (Witness reviews document.)

Okay. This -- this appears to be a news release that was issued on Novsem- -- November 17, 2009, drafted by the National Milk Producers Federation.

Q Now, I'd like you to look in the second paragraph, last sentence, where it starts with -- it says, He also -- referring to Scott Brown. He also noted positive contributions to price because of the Bred Heifer option that CWT has offered in recent years, along with the CWT's Export Assistance Program, which while dormant this year, was active in 2007 and 2008.

So could you explain to me your understanding of what the Bred Heifer option is referring to?

A Yes. It's my -- it's my recollection that we instituted a opportunity for farmers who were going to bid in the program to include their

Bred Heifers and that we would pay a fixed price on those Bred Heifers.

Q And then what would happen to the Bred Heifers?

A If -- if the farmer was successful in their bid, meaning that we accepted it, and he had the opt- -- or she had the option of including the Bred Heifers, those Bred Heifers would be removed along with the milking cows and the dry cows.

They were also required to provide a veterinary author- -- certificate or a veterinary affidavit -- that's the wrong word -- but some certification from the veterinarian who attended to them that they truly were Bred Heifers.

Q So when you say they were removed, refer- -- referring to the Bred Heifer, what would happen to the Bred Heifer?

A The Bred Heifer would go to the slaughterhouse and be culled just like the rest of the lactating animals and the dry cows.

Q So the Bred Heifer, if I understand it, was the pregnant cow that we were talking about earlier; is that right?

A Yes, that's correct.

Q So I'd like to ask you, at times would

members of the National Milk or CWT committee make presentations to various cooperatives or other organizations about the effectiveness of the Herd Retirement Program?

MR. EWING: Objection: form.

THE WITNESS: Could you just at least read the first sentence to the question?

(The Record was read as requested.)

THE WITNESS: Okay. The CWT committee consisted of members who were contributing to the program, and that consisted of dairy farmers, sometimes general managers, as well as sometimes dairy cooperative staff.

So if I understand the question, would any of them make presentations to their own co-op or to another association, and my comment would be -- or my answer would be, yes.

BY MR. FRIEDMAN:

Q So let -- let --

THE VIDEOGRAPHER: I'm sorry. Mr. Friedman, excuse me just a moment. We have about five minutes left on this video.

MR. FRIEDMAN: Okay. Great. Thank you for telling me.

BY MR. FRIEDMAN:

Q Look at Exhibit Number 14 -- 15, excuse me. Tell me if you recognize the document and describe to me generally what it is.

(Kozak Deposition Exhibit 15 was marked for identification.)

THE WITNESS: (Reviews document.)

Okay. I've looked at the document.

Q Okay. So do you recognize what it is?

A I -- I did not recognize what it is, but as you're training me, I went to page 35 --

Q Yes.

A -- on the metadata, and I see that this was a document that Jim Tillison authored, PowerPoint presentation. It was created on September 12th, 2008.

Q Well, let me ask you this: Who is the West- -- were Western United Dairymen -- were they part of National Milk at this time?

A Western -- Western United Dairymen is a trade association that is located in California, and it consists of a number of different types of individ- -- of -- of producers. And if my -- I'm not an aficionado of their membership, but it's the -- it's individual -- individual dairy farmers who belong to that state association.