# EXHIBIT 4

**Cooperatives ® Working Together**

## 2009-3 CWT BRED HEIFER OPTION FORM

Complete and submit with completed CWT 2009-3 Herd Retirement Program Bid Form to:
CWT Herd Retirement Program
P.O. Box 41049
Bethesda, MD 20824-1049

The undersigned milk producer ("Producer") hereby submits this application to sell all Bred Heifers as part of the Herd Retirement Program of Cooperatives Working Together Program of the National Milk Producers Federation ("CWT").

1. **Offer.** Producer hereby offers to sell all of Producer's bred heifers for slaughter in accordance with the terms and conditions set forth in this offer form. **To be considered by CWT, a completed and signed copy of this offer must be mailed with Producer's 2009-3 Herd Retirement Bid Form to CWT with a postmark on or before October 15, 2009.** Producer **may not revoke** this offer for a period of **120 days after October 15, 2009** (the "Offer Period").

2. **Producer Information.** (Please type or print)

**Producer MUST submit a list of farm ear tag numbers for all bred heifers with this form and MUST have veterinary verification available when the CWT farm auditor visits the location at which the bred heifers are housed stating that all bred heifers offered are with calf.**

Producer Name: _____   Phone: _____

Dairy Name: _____(if applicable)   Cell Phone: _____

Address: _____   E-Mail:_____

_____

Total Bred Heifers as of **October 1, 2009:** _____   Bred Heifer Farm Tag #'s: A list MUST be attached

CWT Payment Amount: **$700.00** per Bred Heifer.

Location of Bred Heifers if different from above:

Address _____   Phone: _____

_____   Contact: _____

3. **Producer Representations and Warranties.** Producer hereby represents and warrants to the CWT that:
   (a) Producer is a member of a farmers' cooperative association, a participant in a milk-marketing organization or an independent producer, in each case that has been a CWT member effective January 1, 2009.
   (b) Producer has the full power and authority to execute and deliver this offer and to consummate the transactions contemplated hereby, including the sale of all Producer's bred heifers (the "Bred Heifers").
   (c) The execution and delivery of this Offer by Producer does not and will not violate the articles of incorporation, bylaws or other organizational documents applicable to Producer or any contract or other agreement to which Producer is a party.
   (d) Producer has not sold, leased, licensed, lent, exchanged or otherwise transferred any Bred Heifers, other than for slaughter, after **September 1, 2009.**
   (e) Producer holds legal and beneficial title to all Bred Heifers.
   (f) The Bred Heifers constitute all of Producer's bred heifers at any location.
   (g) The Bred Heifers offered have not been segregated from other dairy animals or quarantined due to illness, including from dairy animals in which Producer has an interest and which have been located to another farm.

4. **Acceptance.** The CWT may accept this Offer at any time during the Offer Period by having an officer execute this Form in the space provided below.

1

Confidential

5. <u>**Sale of Bred Heifers.**</u>  If this Offer is accepted by the CWT, Producer shall be obligated to <u>sell all of the Bred Heifers for slaughter</u>.  Producer shall be entitled to retain all proceeds from such sale. Producer shall be responsible for marketing the Bred Heifers and negotiating the terms of such sale with a slaughterhouse.  CWT shall have no responsibility for or liability under, any agreement between Producer and the slaughter house.  Producer shall brand or tag all Bred Heifers when and as directed by the CWT farm auditor and shall permit CWT or its agents to witness such branding or tagging. Producer agrees to maintain all animals as prescribed in "Top 10 Considerations for Culling and Transporting Dairy Animals to a Packing or Processing Facility," (available at www.cwt.coop). If any Bred Heifer is non-ambulatory, too weak to transport, or rejected by the slaughterhouse for any reason, Producer shall be required to dispose of such animal for slaughter by some other lawful means.   This Offer is not dependent on Producer receiving any minimum price or other terms for the sale of the Bred Heifers.  Producer shall be required to sell the Bred Heifers not later than fifteen (15) days after the CWT farm audit.  **Promptly after consummation of the sale of the Bred Heifers for slaughter in accordance with the terms of this Offer, Producer shall provide the CWT with documentation verifying such sale.**

6. <u>**Offer Payment.**</u>  After Producer sells **all Bred Heifers**, and subject to the acceptable results of its audit, CWT shall pay Producer the Payment Amount, as specified on p. 1 of this form, for each Bred Heifer determined to meet program requirements.  **If a Heifer calves prior to the CWT farm audit, Producer agrees that the animal shall be considered one of Producer's Cows for the purposes of the Herd Retirement agreement between CWT and Producer; and, as a result, that CWT shall have no obligation to make a payment for such animal under this Bred Heifer Option.**  Producer shall be responsible for all federal, state and local income and other taxes payable with respect to the Offer Payment and any amounts received by Producer in connection with the sale of the Bred Heifers.

7. <u>**Information and Audit Rights**</u>.  Producer shall maintain complete and accurate records, including records with respect to the sale of the Bred Heifers.  CWT and its agents shall have the right to visit Producer's properties, to inspect the Bred Heifers, and to review pregnancy verification and sales records in order to verify (a) the information with respect to Producer and the Bred Heifers set forth herein and (b) the sale of all of the Bred Heifers to a slaughterhouse.  Such inspections may include pregnancy testing of Bred Heifers.  Producer shall provide CWT with such information and documentation as CWT reasonably requests in connection with any such verification.

8. <u>**Indemnification & Liquidated Damages.**</u>  Producer agrees to indemnify, defend and hold harmless CWT from any and all claims, liabilities, losses or damages asserted against or incurred by CWT arising out of or relating to (a) any misrepresentation by Producer under this Offer or (b) the sale of the Bred Heifers.  If CWT accepts Producer's offer and Producer fails to perform, CWT shall be entitled to liquidated damages of $600 or six dollars per bred heifer, whichever is greater.

9. <u>**Governing Law; Dispute Resolution**</u>.  This Offer shall be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia, without regard to its conflict of law provisions.  Any dispute, claim, demand or controversy arising out of or relating to this Offer or any action to enforce any term, provision or condition hereof shall be finally settled by binding arbitration administered in accordance with the terms set forth in the Bylaws of CWT.

10. <u>**Certification.**</u>  Producer hereby certifies that the information provided by Producer pursuant to this Offer is true, complete and correct.  CWT shall be entitled, at its option, to terminate this Offer at any time after its acceptance hereof, if CWT finds that Producer made any false statement or misrepresentation hereunder or changed the terms of this Offer or otherwise is in violation of the terms of this Offer

Producer's signature: _____     Date: _____

---

**TO BE COMPLETED BY THE CWT:**
Accepted and agreed to by COOPERATIVES WORKING TOGETHER/NATIONAL MILK PRODUCERS FEDERATION

By: _____     Date: _____
　　　James E. Tillison, Chief Operating Officer

2

Confidential                                                                                                    LOL00001744