# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MATTHEW EDWARDS, et al., )
individually and on behalf of )
all others similarly situated,)
)
Plaintiffs, )
)
vs. ) No. 11 CV 04766
)
NATIONAL MILK PRODUCERS )
FEDERATION, aka COOPERATIVES )
WORKING TOGETHER; DAIRY )
FARMERS OF AMERICA, INC.; )
LAND O'LAKES, INC.; DAIRYLEA )
COOPERATIVE, INC. and )
AGRI-MARK, INC., )
)
Defendants. )

The deposition of EDWARD GALLAGHER, called by the Plaintiff for examination pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Barbara Perkovich, a notary public within and for the County of Cook and State of Illinois, at Suite 1100, 224 South Michigan Avenue, Chicago, Illinois on the 6th day of May 2015.

MR. MILLER: Objection to form.

THE WITNESS: It is possible. But I believe my prior answer is appropriate and I'll stay with my prior answer. So it is possible, but I believe it would have occurred because the safeguard was hit.

BY MR. FRIEDMAN:

**Q.** And do you know that the safeguard, in fact, was hit at times during the program?

A. I believe it was, but I cannot recall which rounds of the CWT Program that it would have happened. There must be information somewhere within the information submitted that would identify that. I apologize, though, I don't recall the specific dates and the times.

**Q.** No apology necessary. Do you believe that at least some dairy farms with larger herds are more efficient than some dairy farms with smaller herds?

A. Let me preface my answer by saying that -- well, let me ask a question. My definition of efficiency, for this question, will be the rate of output per cow that occurs at a dairy. So output per cow per dairy.

So the efficiency of dairies is size neutral and they're -- but the answer to your question can be yes. Because there can be larger dairies that

are more efficient than smaller dairies.

**Q.** And if you use, as your measure of efficiency, the cost of production, let's use that definition for my question now. Would you agree that efficiency measured at a cost of production, that large dairies are frequently more efficient that large dairies?

A. Using your definition based on cost of production and also with your terms frequently, I can agree to that. But based on my experience, working with thousands of dairy farmers from across the country, I have seen 100 cow or fewer dairies, using your cost of production as efficient, are more efficient than larger dairies. But by and large, there are economies of scale that would exist that the larger dairies, by and large, are more cost efficient, in general, than the smaller dairies.

**Q.** Do you agree, Mr. Gallagher, that the CWT program, and in particular the Herd Retirement component of it, did not use a profitability measure to decide which producers bids would be accepted?

A. Could you explain to me what you mean by profitability measure, please?

**Q.** Sure. The Herd Retirement Program didn't require, for example, any income statements to be submitted to analyze the profitability of one dairy

producer versus another in deciding which bid to accept.

A. To my knowledge, they did not collect that information and take that into consideration.

**Q.** Mr. Gallagher, before the lawsuit in this case was filed in 2011, do you agree that it was your opinion that the Herd Retirement Program raised raw milk prices by reducing the supply of milk available to be sold below what that supply would have been without the program?

A. So in my report, I have not made an opinion about the impact of the CWT program.

**Q.** Okay. Can you answer my question now?

A. I believe that the CWT Program resulted in milk prices improving sooner than they otherwise would have because of the utilization of the Herd Retirement Program.

And one of the reasons that occurred was because the CWT program's Herd Retirement Program removed productive dairy cows from the milking herd prior to when they otherwise would have been removed. That helped reduce the surplus milk on the market, that contributed to better prices later on.

**Q.** And when you say better prices, is that higher prices?

A. Yes.

**Q.** Mr. Gallagher, you made board presentations that represented that one of the reasons for higher milk prices in 2004 was the Herd Retirement Program, correct?

A. I don't recall specifically, but as I try to recollect a presentation I would have given 11 years ago and the circumstances going on that probably I would have included something about the CWT Program removing some cows helping improve milk prices.

**Q.** And can we agree, and you can choose to disagree, of course, that when today you use the word improve milk prices, you are referring to raising milk prices, correct?

A. Yes. Yes.

**Q.** Could you look at Exhibit 3?

A. All right, I've got Exhibit 3 up now.

**Q.** So, first, Mr. Gallagher, this appears to be a presentation you made in September 2004 at a joint meeting between Dairylea and DFA, correct?

A. Yes, between Dairylea and DFA's Northeast Council Board, yes, it is.

**Q.** Now, I'm going to apologize for having you flip around a little bit here, but I'd like you to look at, fairly deep into the document, lower right-hand corner it will say Page 31. And the slide will be, "What Was In Background Supporting High Prices".

there will be a slide on the top entitled, "Herd Retirement Program".
A. So I believe the particular document, though, that you've -- that is the exhibit, was not used by me. But I produced the slides, so, for instance, to give you an example of something, I believe I produced this for others to use. Because it has footnotes at the bottom that I don't think I would have had for my own presentation. So anyway, I don't know if that is neither here nor there. I'm getting to page -- tell me the page number again, please?
**Q.** Sure, Page 24.
A. All right, I'm there.
**Q.** So you are free to look at it as you wish. I want to focus my question on the last sentence of 24 and then it goes on to 25. And the sentence being, "This would tend to target retiring producers who would be induced to sell their herds into slaughter, rather than into another herd. The objective is to shut down the greatest volume of production at the lowest possible price." Do you see that?
A. Yeah. Can I read the page?
**Q.** Absolutely.
A. Thank you. Okay, yes, I see that. Just as

[Page 34]

a point --
**Q.** My question to you is --
A. I'm sorry, go ahead.
**Q.** My question to you is, what is your understanding of the meaning of that sentence, in particular referring to the fact that the Herd Retirement Program would induce retiring producers to sell their herds into slaughter, rather than into another herd?
A. Sure. Just as a, I don't know, a point of order. When this was -- document was put together, it was put together before the CWT Program was approved, I believe. I think it was during the process of starting to talk about the potential program. And so, as whatever is written here doesn't have -- doesn't necessarily mean that's how the program was administered, just as a caveat.
So to your question, the -- it gets to the discussion we had earlier about culling. So the -- if the program resulted in a dairy participating in the Herd Retirement Program and culling their animals, but half of them went to another farm, then it would not result in the intended purpose of reducing the surplus milk on the market to the degree that it could possibly.
And so the focus was to have a program that

[Page 35]

required the dairy farmer who was retiring, retiring their herd, to be required to sell or cull all their animals for slaughter, all their milking stock for slaughter. So that there weren't productive cows from that farm that ended up at another farm.
**Q.** Could you turn to Page 11 of this same presentation. And the title of the slide, just so we're on the same page, is "Milk Prices".
A. Could we take a break sometime in the next 10 minutes?
**Q.** Absolutely. You read my mind.
A. I'm on Slide 11 that says "Milk Prices".
**Q.** Do you see where the second bullet point says, "Over order affected by regional supply"?
A. I do see that.
**Q.** Do you agree that the over order that is referenced there is referring to over order premiums?
A. Yes.
**Q.** Could you turn to Page 16. And it's entitled, "2 to 3 Percent Issue".
A. I'm there.
**Q.** Do you see where it basically describes that the supply growth has outpaced the demand growth?
A. Yes.
**Q.** And do you recall how these figures were put

[Page 36]

together?
A. I don't recall specifically how the data that I used, it was quite some time ago, as you would agree.
**Q.** Fair enough. As a general matter, given your experience in the industry, do you have an educated opinion about what process you believe you likely would have undertaken in order to come up with the supply and demand percentages you were looking at here?
A. Yes. I likely used USDA reported data for commercial disappearance of dairy products. That would have been demand number that I was looking at. And I would have used U.S. milk production data from the USDA for the milk supply. That's likely how I came up with those calculations.
**Q.** So I take it, and correct me if I'm wrong, that one of the relevant points being articulated in this slide is that the supply of milk was in surplus relative to demand, correct?
A. Do you happen to know if there was a date on this, what year I was doing this?
**Q.** I do. And you can -- I can tell you, and this is in the document, but I'm trying to save you some time, but in the metadata, which is attached, it has a parent date as May 2, 2003.

[Page 37]

A. Okay, thank you.

Q. You're welcome.

A. That helps me refresh my memory a little bit as to what was going on in the world of the dairy industry back at that point in time. So during 2002 and 2003, probably at that time, for that time, the economic performance of dairy farms was probably at the worse that it had ever been.

And the challenge was that, as this slide attempts to articulate, that milk production was growing much faster than demand was growing. Although, I've got to tell you, demand growing at 3.3 percent is a strong demand growth. It's just that milk production just was flowing, like a waterfall. There was a lot of extra milk being produced and it was the cause of low prices.

In fact, it was that time period that, in the end, created the incentive for the National Milk Producers Federation dairy coop members to get together and birth the CWT idea.

Q. All right, last line and then I'll adjourn for you.

A. Thank you.

Q. If you just turn to, I think this is -- I'll let the slide speak for itself. Let's go to Slide 20. It's

[Page 38]

entitled "NMPF CWT Program".

A. Okay, I'm there.

Q. And I guess I would just follow-up on your last comment. Do you agree that this slide, in part, sort of represents or corroborates your last statement, that the imbalance that was being remarked in the previous slide that we were discussing was part of the genesis for the CWT Program?

A. Yes.

Q. We can take a 10-minute break, how is that?

A. Wonderful. Thank you.

THE VIDEOGRAPHER: We are off the record at 11:19 a.m.

(Break taken.)

THE VIDEOGRAPHER: We are back on the record at 11:39 a.m.

BY MR. FRIEDMAN:

Q. Mr. Gallagher, you understand you are still under oath, correct?

A. Yes, I do.

Q. Can you define for me the meaning of the following terms, heifer, bred heifer, cow?

A. Okay. A heifer is a teenage female cow. So it would be a female that is older than would be a -- what would be considered a calf. So typically,

[Page 39]

I'll use a weight level. So USDA tracks statistics of dairy heifers 500 pounds or more. So it would be an animal of about that weight, which would be maybe about a year old.

So a heifer is a heifer until they have a calf and then they are considered a cow. And typically the goal of a dairy farm would be for the heifer -- or the goal of the dairy farmer would be for their heifers to have a calf somewhere between 20 and 24 months of age. And a bred heifer is a heifer that is pregnant and will eventually have its first calf.

And then a cow is a female bovine secreting milk. How is that? I'm sure my animal science professors at Cornell would have a cow over my definitions.

Q. Is there a term "dry cow"?

A. Yes, there is.

Q. Could you define that for me?

A. Certainly. A dry cow is a mature cow who has already had a calf, who has been milking, who no longer is producing milk. And the reason that they are not producing milk is because they have become pregnant again.

And the typical stage -- term of a pregnancy

[Page 40]

is quite similar for a cow as for most mammals, nine months. And typically by the seventh month of pregnancy, the cow has -- there is a, what is called in the animal science term, a production curve of the cow. So that after it has its calf, each ensuing day it produces a little bit more milk on average than the prior day, so they have an increasing rate of production to some point where they reach what's called peak production. And then they start continuing to produce milk, but don't produce as much each ensuing day, so they are on a declining curve.

And it gets to a point, when they're pregnant, that by about the seventh month, their production has slowed down quite a bit. And it is to prepare the cow, to give the cow time to prepare to have its calf.

Usually they stop milking the cow about 60 days before the expected calf would arrive. And it's that 60-day period or whatever it may be for that particular cow, where they are no longer giving milk that they are considered a "dry cow".

Q. And then once that cow gives birth, I take it, does that cow then start creating or secreting milk again?

[Page 41]

sentence midway down that says, "This program, which is farmer lead and farmer funded, is designed to better align supply and demand, is expected to increase milk prices very quickly." Do you see that?

A. I see that.

**Q.** Do you agree that the ultimate formulation of the operation of the program was consistent with this sentence, correct?

MR. MILLER: Objection to form.

THE WITNESS: Let me see if I can answer it this way and see if we're saying the same thing. The primary purpose of the CWT Program was to reduce surplus milk to increase the regulated price of milk to a rate that would be higher than it otherwise would have been. Is that saying the same thing?

BY MR. FRIEDMAN:

**Q.** So if you could turn to, I believe it's two pages later, it's part of the background information on the "National Milk Producers Federation's Self-Help Initiative, Cooperatives Working Together". The second page of that, there is a bold sentence that says, "These programs will likely have some impacts on beef markets, both positive and negative." Do you see that?

A. I see that, yes.

**Q.** And I would like to focus in on the second arrow

that says, "On the positive side, these programs could result in stronger beef prices longer term. Since cows will be slaughtered now, and with it the elimination of any of their further calves, thus reducing the longer term beef supply." Do you see that?

A. I do.

**Q.** So is it correct that this sentence is referring to dynamic of removing from the herd, through the Herd Retirement Program, heifers?

A. Let me explain what I meant when I wrote that, how's that?

**Q.** Sure.

A. So if you slaughter a three-year-old dairy cow that might otherwise be milked for two more lactations, they would have two more calves. So those two more calves might come on the market and end up in the beef supply because -- there was a joke going around that probably farmers were telling that probably would have been relevant at about this time, where a farmer drove their pickup truck to the dinner for breakfast and when he came out there were four calves in the back.

Because they couldn't sell the calves for a net gain, because the price was -- the interest in buying calves to raise into the milking herd was low

enough that the price wasn't very good, because the price of the calves -- because the profitability was so poor.

And so in some cases, then, that had a bearing on my mind set back then, it would have been -- this was around 2002, probably? Yeah, 2003, because that's what the letter was, right? Yeah, 2003. As a point, if you take, in this example, a three-year-old cow and slaughtered it, then you would not have two calves that otherwise would have been born.

**Q.** And if you took a heifer who is yet to have any calves and slaughter it, you would potentially remove how many additional calves from the supply stream?

A. Yeah, so, let me just -- I can't recall what was being discussed at the beginning, but I don't believe we were talking about buying heifers at that time. But I would have to read this whole thing.

So I don't believe we were talking about heifers at that time. Without reading this closer, I can't recall back then if the heifer program was being talked about. But separately from that, if a heifer that would have been in the productive string, in this case, for three lactations, they potentially could have had three calves.

MR. KAVANAGH: Gentlemen, this is John Kavanagh, I'm signing off. Thanks.

BY MR. FRIEDMAN:

**Q.** Mr. Gallagher, was part of your job in 2007 to make recommendations on regulatory policy?

A. My role changed, and I apologize, I have to think about this. My role was constantly changing within Dairylea. And as I took on more of a role in risk management, forward contracting, I took on less of a role in other things, which would have -- one of the things would have been regulatory policy work.

I would have still been playing a role in milk pricing regulation, regulatory policy, but I can't recall about other regulatory policies and what my roles would have been at that time. So, for instance, if it was an animal welfare issue, I can't recall if I would have been participating very much in that decision process. I just can't recall.

**Q.** Fair enough. But you do recall that you likely were involved in regulatory analysis when it came to milk pricing in 2007?

A. I would have weighed in on milk pricing regulatory issues. If you've got a specific example of one, maybe I could be more focused in my answer.

for some reason to, quote, beef a bred heifer. And so that is just a normal part of what has been happening on dairy farms for decades, if not centuries.

And so, as part of the CWT program, they did have a program that provided an incentive for a dairy farmer to voluntarily choose to sell that bred heifer to slaughter, which may have been prior to when they otherwise would have done it.

BY MR. FRIEDMAN:

**Q.** So those cows that you grew up with that you had named and you viewed them as your pets, how many of them did you sell off pregnant to be killed?

MR. MILLER: Objection to form.

THE WITNESS: I don't remember.

BY MR. FRIEDMAN:

**Q.** Are there certain breeds of cows --

MR. MILLER: So Jeff, so it's 1:00 o'clock here. So just sort of looking, we've been going about an hour and a quarter.

MR. FRIEDMAN: I'm happy to take a break. Do you want to take a lunch break now?

MR. MILLER: I was really more asking what your plans are, if you have a sense -- I haven't asked Ed yet, but I'm sure it just depends on how you see the

[Page 78]

rest of the day going, we can adjust times and schedules.

MR. FRIEDMAN: Yeah, so, you know, I definitely don't think we should, especially if it's 1:00 o'clock there and Mr. Gallagher hasn't eaten, I don't think we should bank on me being complete before one of us should eat, at least.

So I think we should build in eating time and now is as good a time to take a break, as well as reorganize my remaining questions so I can come back and hopefully efficiently conclude. It's too early for me to give you an exact range, just because I have been eliminating some of my examination as we go on, but I need to sort of coalesce before I can give myself an estimate. Okay?

MR. MILLER: So you want like 45 minutes?

MR. FRIEDMAN: Why don't we do 45 minutes and I will endeavor to consolidate and get Mr. Gallagher out of here as soon as we can.

THE VIDEOGRAPHER: We are off the record at 1:00 o'clock p.m.

(Break taken.)

THE VIDEOGRAPHER: We are back on the record at 1:49 p.m.

[Page 79]

BY MR. FRIEDMAN:

**Q.** Mr. Gallagher, good afternoon.

A. Good afternoon.

**Q.** Let's see if I can move through efficiently and try and get you out of here as soon as I can, okay?

A. Okay.

**Q.** So, first, we've put back before you Exhibit No. 1, which is your report. And I want to focus in on Paragraph 16 and 17 with you, which is on Page 9, I believe, of your report. Pages 8 and 9 of your report. Tell me when you're there.

MR. MILLER: Hey, Jeff, can we just go off the record for a sec because we have a lot of hall noise.

MR. FRIEDMAN: Yeah, I just heard it. Go ahead.

THE COURT: We are off the record at 1:50 p.m.

(Break taken.)

THE VIDEOGRAPHER: We are back on the record at 1:51 p.m.

BY MR. FRIEDMAN:

**Q.** Okay, if you go to Page 9, paragraph 17. Tell me when you're there, Mr. Gallagher.

A. I am there now.

**Q.** And second sentence you say, "In my opinion, the use of GSS has caused sales of dairy cows for beef to increase." Right?

[Page 80]

A. Yes.

**Q.** So did you do any statistical analysis to test whether your hypothesis was correct or not?

A. I reviewed USDA data on a number of dairy cows slaughtered and I look at USDA data on herd size and I have knowledge of USDA data on number of heifers per 100 milking cows. And based on that information and my knowledge of what goes on in the dairy industry, I've come to the conclusion that is in the report.

**Q.** So with respect to the data that you relied on to support your opinion, that is the data that is referenced in your report in terms of your figure in Paragraph 13, as well as your figure in Paragraph 15; is that correct? As well as the figure in Paragraph 18. Are those the three pieces of data you relied on to support your opinion?

A. That is a majority of the data. I also know from my experiences that in the early to mid 2000's there were about 45 heifers of 500 pounds or more, per 100 milking cows, on average. And that number now is closer to 50. And talking with dairy farmers and their practices on their farms and with genetic companies, other agri businesses, I've come to the conclusion that the heifer population is growing at

[Page 81]