# EXHIBIT 6

WINTER 2008



# CWT Committee approves bred heifer retirement option

When the next CWT herd retirement program is announced, producers submitting bids to remove their milking and dry cows will have the option of offering <u>all their bred heifers</u> as well.  It is a logical expansion of the herd retirement program and should enhance and extend the positive impact CWT herd retirements have on the bottom line of the tens of thousand of dairy farmers still in business.

At the time CWT announces a herd retirement, it will announce the price per head it is willing to pay a dairy farmer for his/her bred heifers.  Since dairy farmers have bred heifers ranging from those just freshened to springers, the CWT Committee agreed that a flat price per head was the most logical way to operate the bred heifer option in conjunction with a herd retirement bid.  To do anything else would make the herd retirement bid selection process far too complicated.

A producer bidding in the herd retirement will not be required to offer his/her bred heifers.  Whether the bred heifer option is selected will have no bearing on whether the producer's herd retirement bid is selected.  However, if the herd retirement bid is not selected, the bred heifers offered will not be taken either.

A motion to adopt this proposal was tabled when the CWT Committee met in November so CWT staff could develop specific procedures as to how a bred heifer retirement program would work in conjunction with a herd retirement.  The proposed procedures were reviewed by the herd retirement task force and approved to be presented to the CWT Committee which gave final approval to the option in January.

A complete description of the bred heifer option including answers to frequently asked questions about the program are available on the CWT website, www.cwt.coop.

Over the past several months CWT has been using radio and print advertising to encourage dairy farmers to invest in CWT.  Dairy farmers already investing in CWT have said, "I know a good investment when I see one." "No other dollars spent on our dairies can rival that sort of return on investment (800 percent)." "Dairy producers need to help improve their milk prices . . . we should all be part of CWT." "I am convinced the returns (CWT) generates would be higher if every dairy producer participated."

**CWT membership: No more excuses**

Given the independent analysis of CWT's effectiveness, there are no valid excuses for any dairy producer not to be investing in CWT.  Dairy farmers are generally givers not takers, but those not paying their fair share into CWT are taking a benefit that they haven't earned.

No more excuses, it is time every dairy producer pulled his or her share of the load.  A list of cooperatives fully participating in CWT is at www.cwt.coop.  If your neighbors are members of a cooperative not on this list, or are independent shippers, tell them its time they begin investing in CWT.

# CWT continually monitoring economic benchmarks

Question: How does CWT determine the right time to execute a herd retirement program?

Answer: By continuously monitoring a number of benchmark economic indicators.

The saying goes, "Timing is everything," and that is certainly true when it comes to executing a herd retirement program to get the maximum bang for the dimes producers are investing in CWT. Watching various economic indicators is essential to getting the timing right.

There are several economic indicators that CWT follows and no single indicator is *the* key. For the first and second herd retirements, the number of cows in the national dairy herd was a key indicator. An increase in the number of dairy cows being culled was an important factor considered when the 2007 herd retirement was announced. In addition to cow numbers and the number of cows being culled, CWT tracks milk production, dairy product inventories, commercial sales of dairy products and, of course, milk prices.

For 2008, CWT has added another benchmark, the cost of producing milk. Most dairy farmers would be happy with a $17.00 milk price, unless operating costs (feed, direct energy, hired labor and other operating costs) are also $17.00 or more. The simple fact of the matter is that $20.00 milk in 2008 will be comparable to $14.00 milk in 2006 when the cost of production is taken into consideration.

Dairy farmers need to remember that CWT is a national program. Therefore, the benchmarks it monitors must be *national* benchmarks. Some regions of the country may be squeezed before other regions, but overall the benchmarks will tell CWT when to execute a herd retirement so to strengthen and stabilize dairy farmer milk prices.

# Strategic Business Plan to grow long-term export sales

Building long-term export sales can be as effective (and perhaps more cost effective) as *retiring* cows. Annual export sales of forty million pounds of cheese, butterfat and whole milk powder would remove the equivalent of 900 million pounds of milk every year from the domestic marketplace, depending on the mix of products exported.

That is why CWT is implementing a strategic business plan for the Export Assistance program in 2008. The objective is to support CWT members' development of sustainable export sales of U.S. cheese, butterfat and whole milk powder. The plan will also ensure the efficient use of CWT funds over time by motivating CWT members to commit product volumes and staff time against pre-established target markets and products. The use of market development tactics will build U.S. dairy product acceptance and sustainable sales for both commodity and value-added dairy products. The ultimate goal is to develop these markets to the point where sales will be sustained without assistance from CWT.

For a closer look at CWT's Strategic Business Plan and other information about CWT's programs, go to the CWT website at www.cwt.coop.



2101 Wilson Blvd, Suite 400, Arlington, VA 22201
Phone: 888-Info-CWT (888-463-6298), Fax: 703-841-9328
www.cwt.coop

