# EXHIBIT 8

[Page 1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---

MATTHEW EDWARDS, et al., individually

and on behalf of all others similarly

situated,

                                                Case No. 11-CV-04766-JSW

       Plaintiffs,

                      [consolidated with 11-CV-04791-JSW

-vs-               and 11-CV-05253-JSW]

NATIONAL MILK PRODUCERS

FEDERATION, aka COOPERATIVES

WORKING TOGETHER; DAIRY FARMERS

OF AMERICA, INC.; LAND O'LAKES, INC.;

DAIRYLEA COOPERATIVE, INC.; and

AGRI-MARK, INC.,

       Defendants.

---

VOLUME I

      The VIDEOTAPED DEPOSITION of THOMAS D.
WEGNER, taken pursuant to Notice of Taking Deposition,
at 4001 Lexington Avenue North, in the City of Arden
Hills, State of Minnesota, on the 22nd day of January,
2015, before Gail M. Hinrichs, RPR and Notary Public,
commencing at approximately 9:30 a.m.

1       And the board of directors is the one
2  who -- or they would bring those sentiments from our
3  members to the -- to the structure we call the dairy
4  committee, which is a subcommittee of our board of
5  directors.  Staff would certainly have a
6  recommendation as well, but primarily that's where the
7  discussion would take place would be the dairy
8  committee.  I hadn't --
9       Q    So --
10      A    Beg your pardon, I was just going to
11 suggest that my participation in dairy committee
12 around these decisions regarding the CWT had to do
13 more with the renewal of the program in the sense that
14 the initial decision I was not a part of.  I've seen
15 some documents that spoke to that decision, but I
16 wasn't right there in the room as a part of that
17 discussion.
18      Q    Thank you.  So the 2,500 members weren't
19 asked to formally vote on whether to participate or
20 not in the Herd Retirement Program; is that correct?
21      A    I am not aware of any documents that
22 suggested there was an actual vote.
23      Q    And with respect to when there was an
24 additional slaughter of cows or -- for the program
25 after the initial participation, are you aware whether

1       A       I believe that's on page four out of five?

2       Q       Correct.

3       A       Okay, very good.

4       Q       And do you see where it says: Producers whose bids are been accepted in this herd retirement will be paid in two installments.  90 percent of the amount bid times the producer's 12 months of milk production when it is verified that all cows have gone to slaughter, and the remaining 10 percent plus interest at the end of 12 months following the farm audit, if both the producer and his dairy facility, whether owned or leased, do not become involved in the commercial production and marketing of milk during that period.  Do you see that?

15      A       I do.

16      Q       What was Land O'Lakes' understanding as to why there was a requirement to stay out of commercial production and marketing of milk for a 12-month period in order to receive 100 percent of the bid price?

20      A       Well, from the way it reads -- the understanding of how that would work -- I'm not quite sure I understood what your precise question was.

                Let me try is this way:  Is it about why weren't they paid all at once?  Is that your question?

25      Q       Yes.  Why was the -- let me -- let me be

1   little bit.

2           If it had to do with they felt that
3   producers who benefited from the program should --
4   should not come right back into production.  And I
5   can't remember if there was anything else that really
6   played into it.  Sort of a fairness question is what
7   I'm seeing it as.

8        Q   So when you say a fairness question, in
9   fairness to whom?

10       A   I think fairness that if you receive the
11  benefit, that you need to be out for at least 12
12  months before you can come back in.  Fairness --

13       Q   Do you agree that -- I'm sorry, go ahead.

14       A   No, no, I'm trying to read into why this
15  is done.  But go ahead.

16       Q   Well, do you agree that one reason for
17  trying to incentivize the dairy producer to stay out
18  of the dairy producing business for at least a year
19  was in order to try and increase the potential impact
20  from the Herd Retirement Program?

21       A   Huh.  Well, I guess I was thinking of it
22  more from the standpoint of -- yeah, I would agree
23  with that, yes.  I mean the idea that -- that keeping
24  the production out and keeping the potential for
25  dairymen to come back in, yes.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---

MATTHEW EDWARDS, et al., individually

and on behalf of all others similarly

situated,

                                       Case No. 11-CV-04766-JSW

        Plaintiffs,

                  [consolidated with 11-CV-04791-JSW

-vs-             and 11-CV-05253-JSW]

NATIONAL MILK PRODUCERS

FEDERATION, aka COOPERATIVES

WORKING TOGETHER; DAIRY FARMERS

OF AMERICA, INC.; LAND O'LAKES, INC.;

DAIRYLEA COOPERATIVE, INC.; and

AGRI-MARK, INC.,

        Defendants.

---

VOLUME II

       The VIDEOTAPED DEPOSITION of THOMAS D. WEGNER, taken pursuant to Notice of Taking Deposition, at 4001 Lexington Avenue North, in the City of Arden Hills, State of Minnesota, on the 23rd day of January, 2015, before Gail M. Hinrichs, RPR and Notary Public, commencing at approximately 9:30 a.m.

1    A    It's my opinion that there's a good
2  potential that the use of rBST will result in a higher
3  producing cow if a dairyman does all the right things
4  beyond simply injecting rBST.
5         That is the key part to this.  There is no
6  magic to shooting rBST -- injecting, excuse me, rBST
7  into an animal without the proper care, feeding of
8  that cow.  That's what I would tell you.
9    Q    Is it Land O'Lakes' position that the Herd
10 Retirement Program retired cattle in proportion to the
11 proportion of rBST that was being used?
12              MR. SOLBERG:  Object to form.
13              THE WITNESS:  No, it is not Land
14 O'Lakes' position.
15 BY MR. FRIEDMAN:
16   Q    Does Land O'Lakes have any knowledge as to
17 the proportion of cows that were slaughtered pursuant
18 to the Herd Retirement Program that used rBST versus
19 not used rBST?
20   A    Land O'Lakes has no knowledge of that.
21   Q    So from Land O'Lakes' position,
22 100 percent of the herd that was slaughtered pursuant
23 to the Herd Retirement Program could have been herd
24 that was rBST-free; is that correct?
25              MR. SOLBERG:  Object to form.

1      THE WITNESS:  A hypothetical
2  statement like that -- I'm not comfortable with a
3  hypothetical statement like that, but I -- I suppose
4  it's possible.  It's possible, but I think it's highly
5  unlikely.
6  BY MR. FRIEDMAN:
7      Q    Why?
8      A    Because I think that when you look at the
9  period that we were speaking of, there were both
10 BST-free herds and BST herds during the herd
11 retirement period.  So I don't think it can be
12 100 percent of either.
13           And I can't remember which one you said it
14 was 100 percent of, but I don't think it can be
15 100 percent of either.  So maybe you can tell me again
16 so I can disagree with your statement one more time.
17     Q    Sure.
18     A    Okay.
19     Q    We'll do it in 2008.  When after February
20 of 2008, at least for Class I utilization, do you
21 believe that the supply of milk was greater than
22 80 percent rBST-free, again for Class I?
23           MR. SOLBERG:  Object to form.
24           THE WITNESS:  I have no way of
25 verifying that and I didn't look at any data that