# EXHIBIT 10



Submit completed bids to:
CWT
Dairy Herd Reduction Program Bid
2101 Wilson Blvd, Suite 400
Arlington, VA  22201

## CWT DAIRY HERD REDUCTION PROGRAM
## BID FOR COMMITMENT TO SELL DAIRY HERD

This Bid for Commitment to Sell Dairy Herd (this "Bid") is submitted by the undersigned milk producer ("Producer") to the Cooperatives Working Together Program of the National Milk Producers Federation ("CWT").

1. Bid Offer. This Bid constitutes an offer by Producer to sell Producer's entire dairy herd, including all milking cows and dry cows, in accordance with the terms and conditions set forth in this Bid. **To be considered by the CWT, a completed and executed copy of this Bid must be received by the CWT on or before August 22, 2003.** This Bid shall be irrevocable by Producer for a period of 45 days (the "Offer Period") after August 22, 2003. Upon expiration of the Offer Period, unless the CWT has accepted this Bid pursuant to Section 4 below, Producer may revoke this Bid by written notice to the CWT, which revocation shall be effective upon receipt of such notice by the CWT.

2. Producer Information.

   | Producer Name: _____ | Phone: _____ |
   
   Address: _____
   _____
   
   Name of Cooperative Marketing Organization or Milk Company: _____
   
   Total Milking Cows: _____     Total Dry Cows: _____
   
   Total Pounds of Milk Marketed (July 2002 – June 2003): _____
   
   Bid Price (per 100 pounds of Milk): _____
   
   Payment Election (select one):   ___ Lump Sum Payment    ___ Installment Payment (as defined in paragraph 6 below)

   Producer shall submit, with an executed copy of this Bid, **monthly** sales receipts, milk check stubs and/or a milk company printout for verification of milk marketed during the period from July 2002 through June 2003.

3. Producer Representations and Warranties. Producer hereby represents and warrants to the CWT that:
   (a) Producer has the full power and authority to execute and deliver this Bid and to consummate the transactions contemplated hereby, including the sale of Producer's entire dairy herd (the "Cows").
   (b) The execution and delivery of this Bid by Producer does not and will not violate the articles of incorporation, bylaws or other organizational documents of Producer (if applicable) or any contract or other agreement to which Producer is a party.
   (c) No consent of any person or entity is required in connection with the execution and delivery of this Bid by Producer, except any consents that have been obtained by Producer.
   (d) Producer has not sold, leased, licensed, lent, exchanged or otherwise transferred any cows, other than for slaughter, since July 1, 2003.
   (e) Producer holds legal and beneficial title to all Cows.
   (f) The Cows (i) constitute all of Producer's dairy herd, including all milking and dry cows; and (ii) constitute all of Producer's dairy herd that produced the total milk marketed for the period from July 2002 through June 2003, as set forth in Section 2 above, other than cows sold for slaughter.
   (g) Producer is a member of a farmers' cooperative association, a participant in a milk-marketing organization or an independent producer, in each case that is a member of the Cooperatives Working Together Program.

   The foregoing representations and warranties shall survive the execution of this Bid by the parties hereto and the consummation of the transactions contemplated hereby.

4. Acceptance. The CWT may accept this Bid at any time during the Offer Period or thereafter (unless this Bid has been revoked in accordance with Section 1 above) by executing this Bid in the space provided below. By its acceptance of this Bid, the CWT does not assume responsibility for or liability under, nor shall the CWT be held responsible for or liable under, any agreement between Producer and any purchaser of the Cows.

5. Sale of Cows. If this Bid is accepted by the CWT, Producer shall be obligated to sell all of the Cows for slaughter. Producer shall be responsible for marketing the Cows and negotiating the terms of such sale with the applicable slaughterhouse. Producer shall brand or tag all

Cows when and as directed by the CWT and shall permit the CWT or its agents or representatives to witness such branding or tagging. If any Cow is rejected by the slaughterhouse for any reason, Producer shall be required to dispose of such Cow for slaughter by some other lawful means. This Bid is not dependent on Producer receiving any minimum price or other terms for the sale of the Cows. Producer shall be required to consummate the sale of the Cows in accordance with this Bid within the time period established by the CWT after acceptance of this Bid (the "Sale Period"); provided that a reasonable extension will be given for dry cows that have been treated and are subject to a market withholding period. Promptly after consummation of the sale of the Cows for slaughter in accordance with the terms of this Bid, Producer shall provide the CWT with documentation verifying such sale. Producer shall be entitled to retain all proceeds from the sale of the Cows. Unless otherwise provided in writing by the CWT, if the sale of the Cows (excluding any treated dry cows for which an extension was given) is not consummated within the Sale Period, this Bid shall be deemed terminated in all respects.

6. Bid Payment. If Producer consummates the sale of the Cows in accordance with this Bid within the Sale Period, then the CWT shall pay Producer an amount (the "Bid Payment") equal to the Bid Price specified above multiplied by Producer's Approved Total Milk Volume (expressed in 100 pound increments) for the period from July 2002 through June 2003, as set forth below. Producer shall elect, in the space provided in paragraph 2 above, to receive the Bid Payment either (a) in a lump sum, payable after the CWT's confirmation that the sale of the Cows has been consummated in accordance with the terms of this Bid, or (b) in two equal installments (the "Installment Payment"), with the first installment payable after the CWT's confirmation that the sale of the Cows has been consummated in accordance with the terms of this Bid and the second installment payable in January, 2004. The payment per 100 pounds of milk marketed by Producer during the period from July 2002 through June 2003 shall represent compensation to Producer for the difference between the amount obtained by Producer for the sale of the Cows for slaughter and the amount Producer could have received for the sale of the Cows for milk production. The CWT and Producer acknowledge that Producer shall be responsible for all federal, state and local income and other taxes payable with respect to the Bid Payment and any amounts received by Producer in connection with the sale of the Cows.

7. Information and Audit Rights. Producer shall maintain complete and accurate records, including records with respect to the sale of the Cows. The CWT and its agents and representatives shall have the right to visit and inspect Producer's properties and records and the Cows in order to verify (a) the information with respect to Producer and the Cows set forth herein and (b) the sale of all of the Cows to a slaughterhouse. Such inspections may include pregnancy testing of dry Cows. Producer agrees to provide the CWT with such information and documentation as the CWT may reasonably request in connection with any such verification.

8. Indemnification. Producer agrees to indemnify, defend and hold harmless the CWT from any and all claims, liabilities, losses or damages asserted against or incurred by the CWT arising out of or relating to (a) any misrepresentation by Producer under this Bid or (b) the sale of the Cows.

9. Governing Law; Dispute Resolution. This Bid shall be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia, without regard to its conflict of law provisions. Any dispute, claim, demand or controversy arising out of or relating to this Bid or any action to enforce any term, provision or condition hereof shall be finally settled by binding arbitration administered in accordance with the terms set forth in the Bylaws of the CWT.

10. Certification. Producer hereby certifies that the information provided by Producer pursuant to this Bid is true, complete and correct. The CWT shall be entitled, at its option, to terminate this Bid at any time after its acceptance hereof, if the CWT finds that Producer made any false statement or misrepresentation hereunder or changed the terms of this Bid or otherwise is in violation of the terms of this Bid

Producer's signature: _____   Date: _____

SSN or Tax ID No.: _____

---

**TO BE COMPLETED BY THE CWT:**

    Approved Total Milk Volume: _____

    Total Bid Payment: _____

Accepted and agreed to
this _____ day of _____, 2003:

NATIONAL MILK PRODUCERS FEDERATION

By: _____
Name:
Title:

2

Confidential   LOL00002926