# EXHIBIT 12



**CWT DAIRY HERD RETIREMENT PROGRAM**
**BID FOR COMMITMENT TO SELL DAIRY HERD**

| Submit completed bids to: |
| --- |
| CWT |
| Herd Retirement Program |
| P.O. Box 41049 |
| Bethesda, MD  20824-1049 |

The undersigned milk producer ("Producer") hereby submits this "Bid for Commitment to Sell Dairy Herd" (this "Bid") to the Cooperatives Working Together Program of the National Milk Producers Federation ("CWT").

1. **Bid Offer.**  Producer hereby offers to sell Producer's entire dairy herd, including all milking cows and dry cows, in accordance with the terms and conditions set forth in this Bid.  Producer hereby warrants that he or she has not previously had a bid accepted in a CWT herd retirement program. **To be considered by the CWT, a completed and signed copy of this Bid must be mailed to CWT with a postmark on or before September 16, 2005.**  Producer **may not withdraw** this bid for a period of 120 days (the "Offer Period") after **September 16, 2005.**

2. **Producer Information.**

   Producer Name: _____  Phone: _____

   Dairy Name: _____(If applicable) Cell Phone (if available): _____

   Address: _____

   _____

   Name of Cooperative Marketing Organization or Milk Company: _____

   Total Milking Cows as of **August 15, 2005**: _____ Total Dry Cows as of **August 15, 2005**: _____

   Total Pounds of Milk Marketed (July 1, 2004 – June 30, 2005): _____

   Bid Price (**per 100 pounds of Milk**):  $____.____/cwt  (See para. 6 below)

   **Producer shall submit, with this Bid, a milk company printout as verification of milk marketed each month during the period from July 1, 2004 through June 30, 2005 <u>for all farms in which Producer holds an interest</u>.**

3. **Producer Representations and Warranties.**  Producer hereby represents and warrants to the CWT that:
   (a) Producer has the full power and authority to execute and deliver this Bid and to consummate the transactions contemplated hereby, including the sale of Producer's entire dairy herd (the "Cows").
   (b) The execution and delivery of this Bid by Producer does not and will not violate the articles of incorporation, bylaws or other organizational documents of Producer (if applicable) or any agreement to which Producer is a party.
   (c) Producer has not sold, leased, licensed, lent, exchanged or otherwise transferred any cows, other than for slaughter, since **June 15, 2005**.
   (d) Producer holds legal and beneficial title to all Cows.
   (e) The Cows constitute all of Producer's dairy herd, including all milking and dry cows; and heifers that have calved prior to the farm audit by CWT.
   (f) The Cows constitute a commercial dairy herd, and are not cows that have been segregated from other cows in which Producer has an interest due to lower production or illness and which have been located to another farm.
   (g) Producer is a member of a farmers' cooperative association, a participant in a milk-marketing organization or an independent producer, in each case that is a member of the Cooperatives Working Together Program.

4. **Acceptance**.  The CWT may accept this Bid at any time during the Offer Period by executing this Bid in the space provided below.  By its acceptance of this Bid, the CWT shall have no responsibility for or liability under, any agreement between Producer and any purchaser of the Cows.

5. **Sale of Cows.** If this Bid is accepted by the CWT, Producer shall be obligated to <u>sell all of the Cows for slaughter</u>. Producer shall be responsible for marketing the Cows and negotiating the terms of such sale with the applicable slaughterhouse. Producer shall brand or tag all Cows when and as directed by the CWT and shall permit the CWT or its agents or representatives to witness such branding or tagging. If any Cow is rejected by the slaughterhouse for any reason, Producer shall be required to dispose of such Cow for slaughter by some other lawful means. This Bid is not dependent on Producer receiving any minimum price or other terms for the sale of the Cows. Producer shall be required to consummate the sale of the Cows in accordance with this Bid within the time period established by the CWT after acceptance of this Bid (the "Sale Period"); provided that a reasonable extension will be given for dry cows that have been treated and are subject to a market withholding period. **Promptly after consummation of the sale of the Cows for slaughter in accordance with the terms of this Bid, Producer shall provide the CWT with documentation verifying such sale.** Producer shall be entitled to retain all proceeds from the sale of the Cows. If Producer fails to perform, CWT shall be entitled to liquidated damages of $1,000 for administrative and audit costs.

6. **Bid Payment.** After Producer consummates the sale of **all the Cows** as defined in 3 (e), in accordance with this Bid, and subject to the acceptable results of an audit by CWT, the CWT shall pay Producer an amount (the "Bid Payment") equal to the Bid Price specified above multiplied by Producer's Verified Total Milk Volume for the period from **July 1, 2004 through June 30, 2005 (the "Production Period").** CWT shall have no obligation to accept a Bid or to pay the Bid Payment if the milk company records or the audit reveal that there has been a significant decline in the Cows' milk production. Producer shall be responsible for all federal, state and local income and other taxes payable with respect to the Bid Payment and any amounts received by Producer in connection with the sale of the Cows.

7. **Information and Audit Rights**. Producer shall maintain complete and accurate records, including records with respect to the sale of the Cows. The CWT and its agents and representatives shall have the right to visit and inspect Producer's properties and milk records and the Cows in order to verify (a) the information with respect to Producer and the Cows set forth herein and (b) the sale of all of the Cows to a slaughterhouse. Such inspections may include pregnancy testing of dry Cows. Producer agrees to provide the CWT with such information and documentation as the CWT may reasonably request in connection with any such verification.

8. **Indemnification.** Producer agrees to indemnify, defend and hold harmless the CWT from any and all claims, liabilities, losses or damages asserted against or incurred by the CWT arising out of or relating to (a) any misrepresentation by Producer under this Bid or (b) the sale of the Cows.

9. **Governing Law; Dispute Resolution**. This Bid shall be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia, without regard to its conflict of law provisions. Any dispute, claim, demand or controversy arising out of or relating to this Bid or any action to enforce any term, provision or condition hereof shall be finally settled by binding arbitration administered in accordance with the terms set forth in the Bylaws of the CWT.

10. **Certification.** Producer hereby certifies that the information provided by Producer pursuant to this Bid is true, complete and correct. The CWT shall be entitled, at its option, to terminate this Bid at any time after its acceptance hereof, if the CWT finds that Producer made any false statement or misrepresentation hereunder or changed the terms of this Bid or otherwise is in violation of the terms of this Bid

Producer's signature: _____Date: _____

SSN or Tax ID No.: _____

---

**TO BE COMPLETED BY THE CWT:**
Accepted and agreed to this _____ day of _____, 2005:

NATIONAL MILK PRODUCERS FEDERATION

By: _____
    Walt Wosje, Chief Operating Officer