# EXHIBIT 13

**CWT** *Cooperatives Working Together*

Submit completed bids to:
CWT
Herd Retirement Program
P.O. Box 41049
Bethesda, MD 20824-1049

## CWT DAIRY HERD RETIREMENT PROGRAM
### BID FOR COMMITMENT TO SELL DAIRY HERD

The undersigned milk producer ("Producer") hereby submits this "Bid for Commitment to Sell Dairy Herd" (this "Bid") to the Cooperatives Working Together Program of the National Milk Producers Federation ("CWT").

1. **Bid Offer.** Producer hereby offers to sell Producer's entire dairy herd, including all milking cows and dry cows, in accordance with the terms and conditions set forth in this Bid. **To be considered by the CWT, a completed and signed copy of this Bid must be mailed to CWT with a postmark on or before March 3, 2007.** Producer **may not revoke** this bid for a period of 120 days (the "Offer Period") after **March 3, 2007.**

2. **Producer Information.**

| | |
|---|---|
| Producer Name: _____ | Phone: _____ |
| Dairy Name: _____ (if applicable) | Cell Phone _____ (if available) |
| Address: _____ | |
| _____ | |

Name of Cooperative Marketing Organization or Milk Company: _____

Total Cows as of **February 1, 2007**: _____ No. Milking Cows _____ No. Dry Cows_____

Total Pounds of Milk Marketed (**January 1, 2006 – December 31, 2006 – (the "Production Period")**): _____

Bid Price (**per 100 pounds of Milk**): $ ___.___ /cwt (See paragraph 6 below)

**Producer shall submit, with this Bid, a milk company printout as verification of milk marketed each month during the "Production Period" for each farm in which Producer holds an interest.**
**NOTE: All cows on all dairies in which producer holds an interest must be included in bid.**

3. **Producer Representations and Warranties.** Producer hereby represents and warrants to the CWT that:
   (a) Producer has the full power and authority to execute and deliver this Bid and to consummate the transactions contemplated hereby, including the sale of Producer's entire dairy herd (the "Cows").
   (b) The execution and delivery of this Bid by Producer does not and will not violate the articles of incorporation, bylaws or other organizational documents of Producer (if applicable) or any contract or other agreement to which Producer is a party.
   (c) Producer has not sold, leased, licensed, lent, exchanged or otherwise transferred any cows, other than for slaughter, after **December 31, 2006.**
   (d) Producer holds legal and beneficial title to all Cows.
   (e) The Cows constitute all of Producer's dairy herd, including all milking and dry cows; and heifers that have calved prior to the farm audit by CWT.
   (f) The Cows constitute a commercial dairy herd, and are not cows that have been segregated from other cows in which Producer has an interest due to lower production or illness and which have been located to another farm.
   (g) Producer is a member of a farmers' cooperative association, a participant in a milk-marketing organization or an independent producer, in each case that is a member of the Cooperatives Working Together Program.

4. **Acceptance.** The CWT may accept this Bid at any time during the Offer Period by executing this Bid in the space provided below. By its acceptance of this Bid, the CWT shall have no responsibility for or liability under, any agreement between Producer and any purchaser of the Cows.

1

AMFL0000236

5. <u>Sale of Cows</u>. If this Bid is accepted by the CWT, Producer shall be obligated to <u>sell all of the Cows for slaughter</u>. Producer shall be responsible for marketing the Cows and negotiating the terms of such sale with the applicable slaughterhouse. Producer shall brand or tag all Cows when and as directed by the CWT and shall permit the CWT or its agents or representatives to witness such branding or tagging. If any Cow is rejected by the slaughterhouse for any reason, Producer shall be required to dispose of such Cow for slaughter by some other lawful means. This Bid is not dependent on Producer receiving any minimum price or other terms for the sale of the Cows. Producer shall be required to consummate the sale of the Cows in accordance with this Bid within the time period established by the CWT after acceptance of this Bid (the "Sale Period"); provided that a reasonable extension will be given for dry cows that have been treated and are subject to a market withholding period. **Promptly after consummation of the sale of the Cows for slaughter in accordance with the terms of this Bid, Producer shall provide the CWT with documentation verifying such sale.** Producer shall be entitled to retain all proceeds from the sale of the Cows.

6. <u>Bid Payment</u>. After Producer consummates the sale of **all the Cows** as defined in 3 (e), in accordance with this Bid and subject to the acceptable results of an audit by CWT, the CWT shall pay Producer an amount (the "Bid Payment") equal to the Bid Price specified above multiplied by Producer's Verified Total Milk Volume for the period from **January 1, 2006 through December 31, 2006**. Producer shall be responsible for all federal, state and local income and other taxes payable with respect to the Bid Payment and any amounts received by Producer in connection with the sale of the Cows.

7. <u>Information and Audit Rights</u>. Producer shall maintain complete and accurate records, including records with respect to the sale of the Cows. The CWT and its agents and representatives shall have the right to visit and inspect Producer's properties and milk records and the Cows in order to verify (a) the information with respect to Producer and the Cows set forth herein and (b) the sale of all of the Cows to a slaughterhouse. Such inspections may include pregnancy testing of dry Cows. Producer agrees to provide the CWT with such information and documentation as the CWT may reasonably request in connection with any such verification.

8. <u>Indemnification & Liquidated Damages.</u> Producer agrees to indemnify, defend and hold harmless the CWT from any and all claims, liabilities, losses or damages asserted against or incurred by the CWT arising out of or relating to (a) any misrepresentation by Producer under this Bid or (b) the sale of the Cows. If Producer fails to perform, CWT shall be entitled to liquidated damages of 3 cents/cwt based upon total pounds marketed during the "Production Period". (Minimum payment of $1000)

9. <u>Governing Law; Dispute Resolution</u>. This Bid shall be governed by and interpreted in accordance with the laws of the Commonwealth of Virginia, without regard to its conflict of law provisions. Any dispute, claim, demand or controversy arising out of or relating to this Bid or any action to enforce any term, provision or condition hereof shall be finally settled by binding arbitration administered in accordance with the terms set forth in the Bylaws of the CWT.

10. <u>Certification</u>. Producer hereby certifies that the information provided by Producer pursuant to this Bid is true, complete and correct. The CWT shall be entitled, at its option, to terminate this Bid at any time after its acceptance hereof, if the CWT finds that Producer made any false statement or misrepresentation hereunder or changed the terms of this Bid or otherwise is in violation of the terms of this Bid

Producer's signature: _____     Date: _____

SSN or Tax ID No.: _____

---

**TO BE COMPLETED BY THE CWT:**

Accepted and agreed to this _____ day of _____, 2007:

NATIONAL MILK PRODUCERS FEDERATION

By: _____
       Walt Wosje, Chief Operating Officer

2

AMFL0000237



# 2007
# Herd Retirement

## How you can participate




www.cwt.coop

## Participating Cooperatives

If you belong to one of these cooperatives you are eligible to bid. Otherwise, you must already be paying the assessment as an independent member of CWT.

Agri-Mark Inc

Arkansas Dairy Cooperative Assoc.

California Dairies Inc.

Conesus Milk Producers Cooperative.

Cooperative Milk Producers Association, Inc.

Cortland Bulk Milk Producers Cooperative

Dairy Farmers of America

Dairylea Cooperative Inc.

Dairymen's Marketing Cooperative Inc.

Ellsworth Cooperative Creamery

Farmers Cooperative Creamery

Foremost Farms USA

Humboldt Creamery Association

Jefferson Bulk Milk Cooperative

Just Jersey Cooperative, Inc.

Land O' Lakes, Inc.

Lone Star Milk Producers

Lowville Producers Dairy Cooperative Inc.

Magic Valley Quality Milk Producers, Inc.

Maryland And Virginia Milk Producers Cooperative Assn.

Massachusetts Coop. Milk Producers Fed. Inc.

Michigan Milk Producers Association

Mount Joy Farmers Cooperative Association

National Farmers Organization

Northwest Dairy Association

Oneida-Madison Milk Producers Cooperative

St. Albans Cooperative Creamery, Inc.

Schoharie County Cooperative Dairies

Security Milk Producers Association

Select Milk Producers, Inc.

Snake River Dairyman Assoc. Inc.

Southeast Milk, Inc.

United Dairymen of Arizona

Upstate Niagara Cooperative, Inc.

Utah Dairy Farmers Cooperative

Western Tier Milk Producers Cooperative

Zia Milk Producers Inc.

**CWT** Cooperatives Working Together

2101 Wilson Blvd., Suite 400
Arlington, VA 22201
Phone: 888-Info-CWT (888-463-6298)
Fax: 703-841-9328
info@cwt.coop
www.cwt.coop

## Timeline Targets

**February 6, 2007**
- Bid process opens

**March 3, 2007**
- Deadline for submitting bids

**March 5 — March 8, 2007**
- Independent audit firm reviews bids

**March 12 — March 14, 2007**
- Bids reviewed by CWT staff
- Final bid selection by CWT

**March 16, 2007**
- Notification of successful bidders to field auditors

**March 19, 2007**
- Field audits begin

AMFL0000238

# CWT Herd Retirement Bid Calculator



The purpose of this calculator is to assist you in developing a bid to participate in the CWT herd retirement program. Successful bidders under this program will market all cows to slaughter and will retain all proceeds from the sale of their cows to slaughter. Bids should reflect the difference between the expected value of the producer's herd as milking cows and the value of the same cow for slaughter, expressed on a per hundred-weight basis of the herd's 12-month milk marketings.

To help you prepare a bid, you can enter your own figures in the worksheet below. Follow the instructions given for each line. For an interactive form where the calculations are automatically completed for you, go to the CWT website which can be found at www.cwt.coop.

1. Enter the number of milking and dry cows in your herd: _____ head

2. Enter the average value, per cow, you expect to receive: $ _____ per cow

3. Multiply line 2 by line 1. This is the total expected value of your herd: $ _____

4. Enter the average weight of the milking and dry cows in your herd: _____ lbs. per cow

5. Enter the estimated slaughter price per pound of live weight: $ _____ per pound

6. Multiply line 4 by line 5. This is the slaughter value per cow: $ _____ per cow

7. Multiply line 6 by line 1. This is the total slaughter value of your herd: $ _____

8. Subtract line 7 from line 3. This is your expected payment from CWT: $ _____

9. Enter you milk marketings, in pounds, from January 1, 2006 through December 31, 2006: _____ pounds

10. Divide line 9 by 100. This is your milk marketings in hundredweights: _____ cwt.

11. Divide line 8 by line 10. **This is your CWT herd retirement bid:** $ _____ per cwt.

## Who Can Participate

You can apply for herd retirement if you participate in the CWT program either directly as an independent producer or through your cooperative or milk marketing organization, as long as;

· You have not sold, leased, licensed, lent, exchanged or otherwise transferred any cows (except for slaughter) since December 31, 2006;

· You did not retire a herd in a past CWT herd retirement program.

## What you need

The following materials must be submitted by the March 3, 2007 bid deadline for your bid to be considered:

· A completed bid form, available at www.cwt.coop or by calling; 888-Info-CWT (888-463-6298)

· A milk company print-out as verification of milk marketed each month during the period from January 1, 2006 through December 31, 2006, for all farms in which you hold an interest.

These materials should be mailed to:

**CWT Herd Retirement Program**
**P.O. Box 41049**
**Bethesda, MD 20824-1049**

AMFL0000239