**EXHIBIT 20**

[Page 1]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

MATTHEW EDWARDS, et al.,
individually and on behalf
of all others similarly
situated,

        Plaintiffs,

    vs.      No. 4:11-CV-4766-JSW (NJV)

NATIONAL MILK PRODUCERS
FEDERATION, a/k/a COOPERATIVES
WORKING TOGETHER; DAIRY
FARMERS OF AMERICA, INC.;
LAND O'LAKES, INC.; DAIRYLEA
COOPERATIVE, INC.; and
AGRI-MARK, INC.

        Defendants.


IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

KRISTIE TESSANDORI, on
behalf of Herself and
All Others Similarly
Situated,

        Plaintiffs,

    vs.      No. 1216-CV13257

DAIRY FARMERS OF AMERICA,
INC.

        Defendant.

[Page 2]

1
2
      VIDEO 30(b)(6) DEPOSITION OF JOHN WILSON
3
                  VOLUME I

        Taken on behalf of the Plaintiffs
4
              January 8, 2015
5
           Saundra Tippins, CCR
6
7
       (The deposition began at 9:54 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[Page 51]

1    Q    So as far as you know, those are the
2    two economic analyses that supported the
3    determination of the effect of the Herd Retirement
4    Program on the all milk price; is that correct?
5    A    That's the only two that I ran across
6    in my research.
7    Q    Pursuant to the program, if a producer
8    elected to participate in a bid to kill its herd,
9    was that producer required to kill its entire
10   herd?
11   A    As part of the herd reduction, excuse
12   me, I keep saying reduction.
13        As part of the Herd Retirement Program
14   yes.  He had to slaughter the entire herd.
15   Q    Why was that?
16   A    Well, the effect of the program would
17   have been greatly reduced if in fact the farmer
18   would have been able to just sell some of his cows
19   to a neighboring dairy farmer and those cows would
20   have continued to be in production.
21        Again, the point of the whole program was
22   to reduce the supply of milk, of surplus milk,
23   and so the only way that was going to happen is
24   if you have -- if you accelerate the slaughter of
25   dairy cows.