# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WINN-DIXIE STORES, INC.,

    Plaintiff,

v.

SOUTHEAST MILK, INC., *et al.*,

    Defendants.

Case No. 03:15-cv-1143-BJD-JBT

## NOTICE OF FILING (DOC. 370)

Defendants, by and through undersigned counsel, pursuant to the Court's Order dated December 13, 2019 (Doc. 370), hereby give notice of filing with the clerk's office hard copy, unredacted versions of the following documents, which will be kept under seal:

| Doc. No. | Ex. | Description |
| --- | --- | --- |
| 321 | | Defendants' Motion in Limine to Exclude From Evidence the Opinions and Work product of Dr. Scott Brown and Supporting Memorandum of Law |
| 322 | 4 | Excerpts from the deposition testimony of Dr. John M. Connor, taken on June 22, 2018. The complete transcript was previously filed under seal with the Court. (*See* Doc. 287.) |
| 322 | 6 | Excerpts from the deposition testimony of Dr. John M. Connor, taken on February 13, 2018. The complete transcript was previously filed under seal with the Court. (*See* Doc. 287.) |
| 325 | 1 | Excerpts from the deposition testimony of Joseph Wright, Vol. 1, taken on December 12, 2017. The complete transcript was previously filed under seal with the Court. (See Doc. 287.) |
| 325 | 3 | Excerpts from the deposition testimony of Graham Leary, Vol. 1, taken on March 6, 2018. The complete transcript was previously filed under seal with the Court. (See Doc. 287.) |

| 325 | 4 | Excerpts from the deposition testimony of Graham Leary, Vol. 2, taken on March 6, 2018. The complete transcript was previously filed under seal with the Court. (See Doc. 287.) |

Please take notice that the following exhibits included in the Court's Order (Doc. 370) have already been filed publicly:

| Doc. No. | Ex. | Description |
| --- | --- | --- |
| 322 | 3 | Excerpts from the deposition testimony of Dr. Scott Brown, taken on November 7, 2014 in Edwards v. National Milk Producers Federation, No. 3:11-cv-04766-JSW (N.D. Cal.) |
| 325 | 2 | Excerpts from the deposition testimony of Joseph Wright, Vol. 2, taken on December 12, 2017. |
| 325 | 5 | Excerpts from the deposition testimony of Calvin Covington, Vol 1, taken on December 6, 2017. |

The complete transcript of each of the foregoing depositions was previously filed under seal with the Court (*See* Doc. 287.)

DATED:   December 18, 2019        Respectfully submitted,

By: */s/ Cindy A. Laquidara*

Cindy A. Laquidara
Florida Bar No. 394246
AKERMAN LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202
Telephone: (904) 798-3700
Facsimile: (904) 798-3730
Email: cindy.laquidara@akerman.com
*Attorneys for Defendants National Milk Producers Federation; Southeast Milk, Inc.; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; and Agri-Mark, Inc.*

1

Jonathan B. Sallet
District of Columbia Bar No. 336198
John J. Kavanagh
New York Bar No. 2858074
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
jsallet@steptoe.com
jkavanagh@steptoe.com
*Attorneys for Defendant National Milk Producers Federation aka Cooperatives Working Together*

Michael J. Beaudine, Esq.
Florida Bar No. 0772763
LATHAM, LUNA, EDEN & BEAUDINE, LLP
111 N. Magnolia Avenue, Suite 1400
Orlando, FL 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
beaudine@lathamluna.com
*Attorneys for Defendant Southeast Milk, Inc.*

W. Todd Miller
District of Columbia Bar No. 414930
Lucy S. Clippinger
New York Bar No. 5105796
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: (202) 663-7820
Facsimile: (202) 663-7849
tmiller@bakerandmiller.com
lclippinger@bakerandmiller.com
*Attorneys for Defendant Dairy Farmers of America, Inc.*

Nathan P. Eimer
Illinois Bar No. 00735353

2

Scott C. Solberg
Illinois Bar No. 6204487
Ben E. Waldin
Illinois Bar No. 6317991
Sarah H. Catalano
Illinois Bar No. 6320731
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
neimer@eimerstahl.com
ssolberg@eimerstahl.com
bwaldin@eimerstahl.com
scatalano@eimerstahl.com
*Attorneys for Defendant Land O'Lakes, Inc.*

Jill M. O'Toole
Connecticut Bar No. 414338
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
jotoole@goodwin.com
*Attorneys for Defendant Agri-Mark, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

*/s/ Cindy A. Laquidara*

*Attorney for Defendants National Milk Producers Federation; Southeast Milk, Inc.; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; and Agri-Mark, Inc.*